# Exhibit 1




| SECRETARY OF STATE | CORPORATIONS | ELECTIONS | LICENSING | SECURITIES | CHARITIES |
|---|---|---|---|---|---|

## ELECTIONS SECURITY IS OUR TOP PRIORITY

### SECURITY-FOCUSED TECH COMPANY, DOMINION VOTING TO IMPLEMENT NEW VERIFIED PAPER BALLOT SYSTEM

(ATLANTA) -- After a competitive selection process, the Secretary of State Brad Raffensperger selects Dominion Voting Systems to implement its new verified paper ballot system. Implementation of the new secure voting system will start immediately and be in place and fully operational for the March 24, 2020 Presidential Preference Primary.
"Elections security is my top priority," said Raffensperger. "We look forward to working with national and local elections security experts to institute best practices and continue to safeguard all aspects of physical and cyber-security in an ever-changing threat environment."
The Georgia Secretary of State's office has already partnered with the Department of Homeland Security and private cyber-security companies to provide network monitoring, cyber-hygiene scanning, and cyber-security assessments. Many Georgia counties have also partnered with DHS to provide physical security assessments of their election offices.
"We are honored to partner with the State of Georgia to deliver a best-in-class system that is fully adaptable to state needs," said Dominion CEO John Poulous. "Election officials and voters alike can be assured they are using the most modern, accessible and security-focused system on the market today, with paper ballots for every vote cast to ease auditing and ensure confidence in results."
"As Election Director my job is to make sure every voter has a positive experience," said Rockdale County Elections Supervisor, Cynthia Willingham. "We are grateful to the Secretary of State for the new system and will ensure every voter is able to efficiently and accurately cast their ballot."

If you need assistance, please contact the Press Office: SosContact@sos.ga.gov.

### IMPORTANT VOTER INFORMATION:
(Please Click The Links Below For More Details)

Voter FAQ
Voting Is easy as 123
Voting Cart
Electronic Poll Book

### AWARD INFORMATION:
(Please Click The Links Below For More Details)

NOIA - Notice Of Intent To Award
Request for Proposals
Contract
Dominion Response to Request for Proposals
ES&S Response to Request for Proposals
Smartmatic Response to Request for Proposals
Selection Committee Bios
Evaluation Spreadsheet
Dominion Certification
Dominion Certification Report
KnowInk Electronic Poll Book Certification
KnowInk Security Information
Initial Findings: Pilot Counties Municipal Elections 2019

| SECRETARY OF STATE | CORPORATIONS | ELECTIONS | LICENSING | SECURITIES | CHARITIES |

## ELECTIONS SECURITY IS OUR TOP PRIORITY

### SECURITY-FOCUSED TECH COMPANY, DOMINION VOTING TO IMPLEMENT NEW VERIFIED PAPER BALLOT SYSTEM

(ATLANTA) -- After a competitive selection process, the Secretary of State Brad Raffensperger selects Dominion Voting Systems to implement its new verified paper ballot system. Implementation of the new secure voting system will start immediately and be in place and fully operational for the March 24, 2020 Presidential Preference Primary. "Elections security is my top priority," said Raffensperger. "We look forward to working with national and local elections security experts to institute best practices and continue to safeguard all aspects of physical and cyber-security in an ever-changing threat environment."

The Georgia Secretary of State's office has already partnered with the Department of Homeland Security and private cyber-security companies to provide network monitoring, cyber-hygiene scanning, and cyber-security assessments. Many Georgia counties have also partnered with DHS to provide physical security assessments of their election offices.

"We are honored to partner with the State of Georgia to deliver a best-in-class system that is fully adaptable to state needs," said Dominion CEO John Poulous. "Election officials and voters alike can be assured they are using the most modern, accessible and security-focused system on the market today, with paper ballots for every vote cast to ease auditing and ensure confidence in results."

"As Election Director my job is to make sure every voter has a positive experience," said Rockdale County Elections Supervisor, Cynthia Willingham. "We are grateful to the Secretary of State for the new system and will ensure every voter is able to efficiently and accurately cast their ballot."

If you need assistance, please contact the Press Office: SosContact@sos.ga.gov.

### IMPORTANT VOTER INFORMATION:
(Please Click The Links Below For More Details)

Voter FAQ
Voting Is easy as 123
Voting Cart
Electronic Poll Book

### AWARD INFORMATION:
(Please Click The Links Below For More Details)

NOIA - Notice Of Intent To Award
Request for Proposals
Contract
Dominion Response to Request for Proposals
ES&S Response to Request for Proposals
Smartmatic Response to Request for Proposals
Selection Committee Bios
Evaluation Spreadsheet
Dominion Certification
Dominion Certification Report
KnowInk Electronic Poll Book Certification
KnowInk Security Information
Initial Findings: Pilot Counties Municipal Elections 2019



OFFICE OF BRAD RAFFENSPERGER
NEWS & ANNOUNCEMENTS
PRESS & MEDIA KIT
PRIVACY POLICY

214 State Capitol
Atlanta, Georgia 30334
844.753.7825
E-Mail
© 2018 Georgia Secretary of State