# Exhibit 228

# Better Business Bureau®

Get Accredited | News & Events | Business Login

My BBB

**Find** businesses, charities, category
**Near** Northbrook, IL ✕ 🇺🇸 US ▾
[Search]

BBB remains operational and focused on serving our business community. **Read more.**

Home > Minnesota > Chaska > Pillows > My Pillow, Inc.

Share | Print

**Business Profile**

## My Pillow, Inc.

Pillows

👤 Headquarters    ◈ Multi Location Business  Find locations

---

⚠ **CURRENT ALERTS FOR THIS BUSINESS**

**Government Action:**
**California Final Judgement 2019**
On October 23, 2019, the business entered into a Stipulated Final Judgement with the People of the State of California. The Stipulated Final Judgement settles ...
Read More

**Pattern of Complaint:**
BBB files indicate that this business has a pattern of complaints concerning the on-going Buy-One-Get-One (BOGO) offer for the premium pillow offered on their website.  Consumers complaints allege confusion regarding the BOGO pricing of the pillows, as different pillow styles are offered in retail stores than those offered on ...
Read More

---

**ADDITIONAL BUSINESS INFORMATION**                        See all additional business information

**Additional Information:** Better Business Bureau accepts and reports customer complaints against MyPillow within the consistent manner and process it does for any business located in its services area throughout Minnesota and North Dakota. As of June 2019, MyPillow notified BBB that it will no longer attempt to resolve any customer disputes submitted through BBB's systems, ...Read More

---

### Contact Information
📍 343 E 82nd St STE 102
Chaska, MN 55318-2354

🌐 http://www.mypillow.com

📞 (800) 308-1299

### Customer Reviews
★★★☆☆ **3.23**/5

Average of 393 Customer Reviews

[Read reviews]    Start a Review

### Customer Complaints
**184** complaints closed in last 3 years
**88** complaints closed in last 12 months

[Read complaints]    File a Complaint

### BBB Rating & Accreditation
**F**

THIS BUSINESS IS NOT BBB ACCREDITED

**Years in Business:** 16

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

---

### Overview
MyPillow's are sold at My Pillow's web & retail stores, major retailers and trade shows.

### Products & Services
The patented MyPillow comes in S/Q and King size. MyPillow is antimicrobial, non allergenic and designed for washing and drying.

### Business Details

### Customer Complaints
184 Customer Complaints

**Need to file a complaint? BBB is here to help. We'll guide you through the process.** How BBB Processes Complaints and Reviews

[File a Complaint]

**Most Recent Customer Complaint**
**Complaint Type:** Billing/Collection Issues    **Status:** Unresolved ⓘ
                                                                                    01/28/2021
I returned 2 pillows I purchased it shows they received them on Jan 14th, 2021 I still have not received a credit to my bank account. I have contacted via phone no one will answer. I have contacted affirm who i used to make the purchas... show a credit either to issue me a credit. I have e...

Leave a message for BBB 💬

Document title: My Pillow, Inc. | Better Business Bureau® Profile
Capture URL: https://www.bbb.org/us/mn/chaska/profile/pillows/my-pillow-inc-0704-96152336
Capture timestamp (UTC): Mon, 08 Feb 2021 13:41:46 GMT





**For Consumers**
Select Language ▼
Powered by Google Translate
Search for a Business
Get a Quote
Start a Review
File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint
BBB Ad Truth
Sign up for Scam Alerts
Frequently Asked Questions (FAQ)

**For Businesses**
Search Business Profiles
Get Accredited
BBB EU Privacy Shield
Get Your Business Listed

**About BBB**
BBB Directory
Give.org
BBB Institute for Marketplace Trust
International Association of Better Business Bureaus
Contact
BBB Business Partner Code
Mission & Vision
BBB National Programs

         Leave a message for BBB 💬

