# Exhibit 231

The New York Times — PLAY THE CROSSWORD — Account

Campaign to Subvert the 2020 Election | Trump's Role | Key Takeaways | Extremist Wing of G.O.P.

ADVERTISEMENT



BREAK FREE FROM MONTHLY BILLS — tubi FREE MOVIES & TV

## As Corporate America Flees Trump, MyPillow's C.E.O. Stands by Him

Since the siege on the Capitol, Mike Lindell, a strong supporter of President Trump, has continued advertising heavily while repeating misinformation about the election and the attack.



Mike Lindell, the chief executive of MyPillow, at a 2019 rally for President Trump. His company has continued offering a discount code, "FightForTrump," on its website.
Stephen Maturen/Getty Images



By Tiffany Hsu

Published Jan. 12, 2021   Updated Jan. 27, 2021

Days after the storming of the Capitol, many American companies, including AT&T, Dow, Airbnb and Morgan Stanley, tried to distance themselves from the political violence by announcing that they would stop giving money to the 147 Republican members of Congress who objected to certifying the election results on Jan. 6.

MyPillow, a bedding company run by Mike Lindell, a fervent supporter of President Trump, has taken a different approach.

On Tuesday, MyPillow was offering a discount code to its

Document title: MyPillow's CEO Stands by Trump - The New York Times
Capture URL: https://www.nytimes.com/2021/01/12/business/media/mypillow-mike-lindell-trump.html
Capture timestamp (UTC): Mon, 08 Feb 2021 13:42:59 GMT

MyPillow, a bedding company run by Mike Lindell, a fervent supporter of President Trump, has taken a different approach.

On Tuesday, MyPillow was offering a discount code to its customers: "FightForTrump." Online shoppers who type in the phrase can receive lower prices on the company's "premium" pillow, "classic" pillow and other products.

The code was available on the day of the siege, when Mr. Lindell attended President Trump's rally at the Ellipse before the mob moved toward the Capitol building. It is not clear if MyPillow's "FightForTrump" code was valid before Wednesday.

ADVERTISEMENT



Mr. Lindell continued to back the protesters in the hours after Mr. Trump's violent supporters broke into the Capitol. Appearing on Wednesday as a guest on Newsmax, the right-wing cable network, Mr. Lindell described the events of the day as "very peaceful."

Refer someone to The Times.
They'll enjoy our special rate of $1 a week.

"There was probably some undercover antifa that dressed as Trump people and did some damage to windows and got in there," he added. The Federal Bureau of Investigation said there is "no indication" of any antifa involvement. In the same interview Mr. Lindell claimed that "Donald Trump will be our president for the next four years."

MyPillow is a major supporter of conservative media. The brand appeared on 16 TV networks from Wednesday through Friday, with 44 percent of its spending going to Fox News, Fox Business and Fox Sports, according to data from MediaRadar. From the day of the Washington riots until Monday, MyPillow spent tens of thousands of ad dollars on Newsmax, according to estimates from iSpot.TV. In the first three quarters of 2020, MyPillow spent more than $62 million on television ads, nearly 99 percent of it going to cable channels such as Fox News, according to Nielsen Ad Intel.

MyPillow did not respond to requests for comment.

Even as his company has advertised heavily on Fox News, Mr. Lindell has followed Mr. Trump's lead in criticizing the network, which declared Joseph R. Biden Jr. the president-elect on Nov. 7. In a Jan. 5 Twitter post, Mr. Lindell said that Fox News "keeps

**Editors' Picks**

'Saturday Night Live' Throws a Super Bowl Party With Host Dan Levy

Nominated for a Nobel Peace Prize? Wait Until You Receive It to Brag

The Working Woman's Anthem '9 to 5' Needed an Update. But This?



PAID POST: The Home Depot
Her: "Superhelpful." Him: "I Was Super-Duper Impressed."

Even as his company has advertised heavily on Fox News, Mr. Lindell has followed Mr. Trump's lead in criticizing the network, which declared Joseph R. Biden Jr. the president-elect on Nov. 7. In a Jan. 5 Twitter post, Mr. Lindell said that Fox News "keeps suppressing the evidence and election fraud!"

In the days after the siege, Mr. Lindell promoted debunked conspiracy theories on social media, urging fans in a since-deleted tweet to "keep the faith as evidence of the biggest election fraud in history gets revealed." He also complained that his follower count on Twitter was dropping as the platform cracked down on harmful content and removed users who expressed support for theories associated with the fringe movement QAnon.

ADVERTISEMENT



In an interview recorded the day after the storming of the Capitol at the Trump International Hotel in Washington, Mr. Lindell sent mixed messages. He repeated the false claim that "antifa" was behind the violence and said that one day even President Trump's detractors will say that he had won the 2020 election, while also acknowledging that his candidate would not return to office on Jan. 20.

On Sunday and Monday, Mr. Lindell posted two tweets promoting the false theory of a stolen election. Twitter flagged both, so that they could not be shared, "due to a risk of violence," the company said in statements attached to the tweets.

Tiffany Hsu is a media reporter for the business desk, focusing on advertising and marketing. Previously, she covered breaking business news. Before joining The Times, she wrote about the California economy for The Los Angeles Times. @tiffkhsu

A version of this article appears in print on Jan. 13, 2021, Section B, Page 3 of the New York edition with the headline: As Brands Flee President, MyPillow Does Opposite. Order Reprints | Today's Paper | Subscribe

   

**More in Media**


Erin Schaff/The New York Times


Australia's Department of Foreign Affairs and Trade, via


PAID POST: THE HEALTHY LIVING COALITION

**Most Popular**

Short-Sellers Fear for the Future

Celebratory Cannon Salute at Baby Shower Ends in Death, Police Say

10 Things You Might Have Missed at the Super Bowl







Erin Schaff/The New York Times

**Covering a Trial for the Ages. Again.**
4h ago

Australia's Department of Foreign Affairs and Trade, via Agence France-Presse — Getty Images

**China Arrests Australian Journalist on Spying Charge**
5h ago

PAID POST: THE HEALTHY LIVING COALITION

**The Fight to End Food Insecurity Is More Urgent Than Ever**

Celebratory Cannon Salute at Baby Shower Ends in Death, Police Say

**10 Things You Might Have Missed at the Super Bowl**

**Opinion: The Ugly Secrets Behind the Costco Chicken**

**Big Publishing Pushes Out Trump's Last Fan**






Gonzalo Marroquin/Patrick McMullan

**Big Publishing Pushes Out Trump's Last Fan**
10h ago

Cindy Nemser Papers, Getty Research Institute, Los Angeles.

**Cindy Nemser, Advocate for Women Artists, Is Dead at 83**
Feb. 7

Chester Higgins Jr./The New York Times

**Lawsuits Take the Lead in Fight Against Disinformation**
Feb. 7

**Opinion: I'm 39 and Healthy. And I Already Got the Shot.**

**Trevor Noah: Marjorie Taylor Greene Deleted Her Browser History IRL**

**The Chiefs, the Buccaneers and the Elephant in the Room**

**Family Vacation Rule: 'No Ring, No Bring'**

**How Scientists Shot Down Cancer's 'Death Star'**

### Editors' Picks

**Nearly 20 Million Americans Have a Felony Record. What Happens After They've Served Their Time?**
Feb. 3

ABC

**How the Pandemic Is Coming to Prime Time (or Not)**
Feb. 5

Marilyn K. Yee/The New York Times

**Why We Can't Stop Talking About Betty Friedan**
Feb. 4



ADVERTISEMENT

## The New York Times

Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| Home Page | Today's Opinion | Today's Arts | At Home | Reader Center | 🏠 Home Delivery |
| World | Op-Ed Columnists | Art & Design | Automobiles | Wirecutter | 🎁 Gift Subscriptions |
| Coronavirus | Editorials | Books | Games | Live Events | 🎮 Games |
| U.S. | Op-Ed Contributors | Dance | Education | The Learning Network | 🍳 Cooking |
| Politics | Letters | Movies | Food | Tools & Services | |
| Election Results | Sunday Review | Music | Health | Multimedia | Email Newsletters |
| New York | Video: Opinion | Pop Culture | Jobs | Photography | Corporate Subscriptions |
| Business | | Television | Love | Video | Education Rate |
| Tech | | Theater | Magazine | Newsletters | |
| Science | | Video: Arts | Parenting | TimesMachine | Mobile Applications |
| Sports | | | Real Estate | NYT Store | Replica Edition |
| Obituaries | | | Recipes | Times Journeys | International |
| Today's Paper | | | Style | Manage My Account | Canada |
| Corrections | | | T Magazine | | Español |


Covering a Trial for the Ages. Again.
4h ago


China Arrests Australian Journalist on Spying Charge
5h ago


PAID POST: THE HEALTHY LIVING COALITION
The Fight to End Food Insecurity Is More Urgent Than Ever

Opinion: The Ugly Secrets Behind the Costco Chicken

Big Publishing Pushes Out Trump's Last Fan

Opinion: I'm 39 and Healthy. And I Already Got the Shot.

Trevor Noah: Marjorie Taylor Greene Deleted Her Browser History IRL

The Chiefs, the Buccaneers and the Elephant in the Room

Family Vacation Rule: 'No Ring, No Bring'

How Scientists Shot Down Cancer's 'Death Star'


Big Publishing Pushes Out Trump's Last Fan
10h ago

Cindy Nemser, Advocate for Women Artists, Is Dead at 83
Feb. 7


Lawsuits Take the Lead in Fight Against Disinformation
Feb. 7

### Editors' Picks



Nearly 20 Million Americans Have a Felony Record. What Happens After They've Served Their Time?
Feb. 3

How the Pandemic Is Coming to Prime Time (or Not)
Feb. 5

Why We Can't Stop Talking About Betty Friedan
Feb. 4

ADVERTISEMENT



## The New York Times

Go to Home Page »

**NEWS** — Home Page, World, Coronavirus, U.S., Politics, Election Results, New York, Business, Tech, Science, Sports, Obituaries, Today's Paper, Corrections

**OPINION** — Today's Opinion, Op-Ed Columnists, Editorials, Op-Ed Contributors, Letters, Sunday Review, Video: Opinion

**ARTS** — Today's Arts, Art & Design, Books, Dance, Movies, Music, Pop Culture, Television, Theater, Video: Arts

**LIVING** — At Home, Automobiles, Games, Education, Food, Health, Jobs, Love, Magazine, Parenting, Real Estate, Recipes, Style, T Magazine, Travel

**MORE** — Reader Center, Wirecutter, Live Events, The Learning Network, Tools & Services, Multimedia, Photography, Video, Newsletters, TimesMachine, NYT Store, Times Journeys, Manage My Account

**SUBSCRIBE** — Home Delivery, Gift Subscriptions, Games, Cooking, Email Newsletters, Corporate Subscriptions, Education Rate, Mobile Applications, Replica Edition, International, Canada, Español, 中文网

© 2021 The New York Times Company  NYTCo  Contact Us  Accessibility  Work with us  Advertise  T Brand Studio  Your Ad Choices  Privacy Policy  Terms of Service  Terms of Sale  Site Map  Help  Subscriptions

---

Document title: MyPillow's CEO Stands by Trump - The New York Times
Capture URL: https://www.nytimes.com/2021/01/12/business/media/mypillow-mike-lindell-trump.html
Capture timestamp (UTC): Mon, 08 Feb 2021 13:42:59 GMT

Page 4 of 4