# Exhibit 233

File 16 Tucker Carlson Tonight Mike Lindell
January 26, 2021

1
2
3
4                          File 16
5     Tucker Carlson Tonight - Mike Lindell, CEO OF MyPillow
6                     Tuesday, January 26
7     https://video.foxnews.com/v/6226510395001#sp=show-clips
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1           I N T E R V I E W

2                    * * *

3           TUCKER CARLSON:  Well, of course you will likely

4    recognize our next guest.  His name is Mike Lindell.  He

5    runs MyPillow.  He advertises every night on this show

6    and across FOX news.

7           He is one of our biggest sponsors, and we are

8    grateful for that.  He is sponsoring free speech when he

9    does it.  But of course the enforcers of Orthodoxy are

10   not impressed.  They are enraged.

11          For the crime of having different opinions, Mike

12   Lindell has just been banned from Twitter.  Several

13   retailers have also stopped selling his products.  That

14   happened today.  That would include Bed Bath and Beyond,

15   Kohls and Kroger.  Again, Bed Bath and Beyond, Kohls and

16   Kroger.  Those are just a few of them.

17          When you support freedom of speech, you're no

18   longer allowed to speak.  That's the new rule.  Since

19   this network is one of the last places in this country

20   where Americans are allowed to speak, we're honored to

21   have Mike Lindell on tonight to give his perspective.

22          And one note for you, the transmission line that

23   connects the studio to ours to you, got cut minutes

24   before the show.  Not exactly sure how.  But thankfully,

25   Mike Lindell, the CEO my MyPillow, has facetimed.  And

1  he's on it right now.  Mike, thanks so much for coming
2  on.
3          MIKE LINDELL:  Thanks for having me on, Tucker.
4  That lists is bigger.  There's also HEB, the Shopping
5  Channel, Shop HQ, I mean it -- it -- the -- they just
6  keep, you know, turning in their POs and saying, "We
7  don't want MyPillow anymore."
8          TUCKER CARLSON:  So your views on politics,
9  whether our viewers or anyone else agrees or not, are
10 the views of millions of other people, and you've
11 expressed them.  You have now been shut down.  It seems
12 pretty clear they're sending a message.  People --
13         MIKE LINDELL:  Right.
14         TUCKER CARLSON:  -- of public recognizes cannot
15 step out of line because you might convince others to do
16 the same.  Do you take another message, or do you think
17 that's why they're doing this to you?
18         MIKE LINDELL:  Well, this one -- you know, I've
19 always backed this great -- great President, Donald
20 Trump.  I've always had his back since 2016 when I first
21 met him.  But when I went back to Minnesota in 2016, to
22 say, "Hey I met the candidate, Donald Trump."  I was
23 attacked by bots and trolls, and I -- I reached out to
24 the media.  Did a press release, and I was just called a
25 racist and everything you can imagine.

1     And I thought, wow.  Are these people real?  No.
2  They weren't real.  They're tech groups, and they're
3  bots and trolls.  So I've been through this before.
4  Last Spring, I spoke out from the Rose Gardens that we
5  should all get in our Bibles and reach out to Jesus.
6  Stay in the word.  Spend time with our families.  We
7  were attacked then.
8     So we're used to this at MyPillow.  But this time
9  it's different.  This time, about 17 days ago when
10 someone put up on -- on the internet, actual machine --
11 "new machine election fraud," I -- I re-Tweeted it, and
12 they took my Twitter down.
13    Now, when they took it down, this is interesting.
14 They didn't take it down all the way.  I just couldn't
15 do anything, and they were running my Twitter like they
16 were me.  My friends are going, "You're not Tweeting
17 very much, and when you do --" I said, "I'm not doing
18 that."
19    So I tried to take it down, and I got a Tweet --
20 a thing from Germany saying, "These are Twitter rules,
21 and you cannot do this, take anything down."  So they
22 ran my Twitter for about 14 days -- 15 days.  Then,
23 yesterday, they put it back up so I could run it, and I
24 made one Tweet, and the Tweet was a good -- a good
25 letter written by one of my employees because I'm

1   getting attacked about my integrity and stuff, and they
2   took it down 5 minutes later.
3         And then, a week ago, they did a -- Dominion went
4   online -- on TV and said they we're going to go after
5   Mike Lindell.  Well, they did.  They hired hit groups,
6   bots and trolls went after all my vendors, all these box
7   stores to cancel me out.  This cancer culture.
8         Fake stories coming out to attack my Linda
9   Recovery Networks, which helps addicts across the
10  country.  It's just a shame, Tucker, what they -- if
11  they can do it to me, believe me.  They can do it to
12  anyone out there, but we're not -- I'm not backing down.
13  We can't back down not of fear this time.  Nobody.
14        TUCKER CARLSON:  I totally agree.
15        MIKE LINDELL:  I told these box stores, "You
16  guys, these aren't real people.  They are trolls and
17  bots.  The real people will buy the products and will
18  support you.  You can't do this just because they cancel
19  you.  Try and cancel culture."
20        TUCKER CARLSON:  Can -- may I ask you one
21  question since I -- you grew up in this country.  If
22  they disagree with you, or think that you're saying
23  things that are incorrect, why don't they explain what
24  those things are, and why don't they try to convince you
25  that you're wrong?

1    I mean, I thought the rules were if you think
2 someone is saying something incorrect, you explain how
3 it's incorrect, and you convince his audience that
4 actually he's right, and you're wrong.  When did that go
5 away?  When did we decide force was the only answer to
6 disagreement?
7    MIKE LINDELL:  Right.  And that -- you know, they
8 -- I can't even live stream on Facebook.  They've shut
9 it down.  But you're exactly right, Tucker.  What I say
10 to them, with this particular thing that's going on now,
11 I've been all in trying to find the machine fraud, and I
12 -- we found it.  We have all the evidence.
13    So were all these -- all these ven -- all the
14 outlets that have been calling me from the Washington
15 Post, New York Times, every -- every outlet in the
16 country, they go, "Mike Lindell, there's no evidence,
17 and he's making fraudulent statements."  No.  I have the
18 evidence.
19    I dare people to put it on.  I dare Dominion to
20 sue me because then it will get out faster.  So this is
21 -- it -- you know, they don't -- they don't want to talk
22 about it.
23    TUCKER CARLSON:  No.  They don't.
24    MIKE LINDELL:  They don't want to say -- they
25 just say, "Oh, you're wrong," and I'm going, "You know

1  what?"

2         TUCKER CARLSON:  They're not making conspiracy
3  theories go away by doing that.

4         MIKE LINDELL:  Right.

5         TUCKER CARLSON:  You don't answer -- you don't --
6  you don't make people kind of calm down and get
7  reasonable and moderate by censoring them.

8         MIKE LINDELL:  Yeah.

9         TUCKER CARLSON:  You make them way crazier.  Of
10  course.  This is like ridiculous.

11         MIKE LINDELL:  Yeah.  You know why wouldn't
12  everyone want to know the truth to this country?  Just
13  let the truth be told.  If there's nothing to hide,
14  let's bring it out so we can all see it.  Instead,
15  they're trying to erase Mike Lindell and erase MyPillow.

16         Well, I'm not going to be erased.  I mean, there
17  -- these -- all my friends that lost their -- they lost
18  their YouTube channels.  They lost their Facebook, two
19  million followers.  One guy has 12 employees, he's gone.
20  His livelihood he built up is just gone.

21         Anybody, any business, churches that supported
22  the President, that's a whole another issue, they're
23  being attacked, and they're going to be just, you know,
24  cancelled.

25         TUCKER CARLSON:  You know, I've -- I've noticed.

1   Mike Lindell, I really appreciate your coming on
2   tonight.  Thank you, very much.
3           MIKE LINDELL:  Well, thank you, Tucker.  Thanks
4   for having me on and God bless you.  Thank you.
5           TUCKER CARLSON:  Amen.  God bless you.
6           Mike Lindell, he sells pillows.  Why has he been
7   censored?  And by the way, before you say, "Oh, it's
8   Mike Lindell."  Anyone who's censored has been wronged
9   as an American.  Period.
10          And the censorship of any person diminishes the
11  rest of us and diminishes this country.  Period.  It
12  doesn't matter what they are saying.  It doesn't matter
13  whether you agree with them.  In fact, if you disagree
14  with them, you should argue more forcefully that their
15  voice should be heard, and then argue against the points
16  that they are making.  Anyone who's been censored is
17  welcome on this show as one of the last venues where you
18  can speak, for real.  Anyone.  Whether we agree with you
19  or not.
20          Well, up next, a major court decision has just
21  come down on Joe Biden's deportation order.  It's a
22  decision that completely upends that order.  Pretty
23  amazing news.  And we will bring it to you in just a
24  moment.
25          (End of recording.)

CERTIFICATE

I, STEPHANIE TURNER, Certified Shorthand Reporter/Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto. Dated this 29th day of January, 2021.

*Stephanie Turner*

STEPHANIE TURNER, CSR 13439

### 1

**12** 7:19
**13439** 9:21
**14** 4:22
**15** 4:22
**16** 1:4
**17** 4:9

### 2

**2016** 3:20,21
**2021** 9:15
**26** 1:6
**29th** 9:15

### 5

**5** 5:2

### A

**ability** 9:8
**accurate** 9:7
**actual** 4:10
**addicts** 5:9
**advertises** 2:5
**agree** 5:14 8:13,18
**agrees** 3:9
**allowed** 2:18, 20
**amazing** 8:23
**Amen** 8:5
**American** 8:9
**Americans** 2:20
**anymore** 3:7
**argue** 8:14,15
**attack** 5:8
**attacked** 3:23 4:7 5:1 7:23

**attorney** 9:11
**audience** 6:3
**authorized** 9:5

### B

**back** 3:20,21 4:23 5:13
**backed** 3:19
**backing** 5:12
**banned** 2:12
**Bath** 2:14,15
**Bed** 2:14,15
**Bibles** 4:5
**Biden's** 8:21
**bigger** 3:4
**biggest** 2:7
**bless** 8:4,5
**bots** 3:23 4:3 5:6,17
**box** 5:6,15
**bring** 7:14 8:23
**built** 7:20
**business** 7:21
**buy** 5:17

### C

**called** 3:24
**calling** 6:14
**calm** 7:6
**cancel** 5:7, 18,19
**cancelled** 7:24
**cancer** 5:7
**candidate** 3:22
**Carlson** 1:5 2:3 3:8,14 5:14,20 6:23 7:2,5,9,25 8:5

**censored** 8:7, 8,16
**censoring** 7:7
**censorship** 8:10
**CEO** 1:5 2:25
**Certified** 9:3
**certify** 9:4, 11
**Channel** 3:5
**channels** 7:18
**churches** 7:21
**clear** 3:12
**completely** 8:22
**connects** 2:23
**conspiracy** 7:2
**convince** 3:15 5:24 6:3
**counsel** 9:11
**country** 2:19 5:10,21 6:16 7:12 8:11
**court** 8:20
**crazier** 7:9
**crime** 2:11
**CSR** 9:21
**culture** 5:7, 19
**cut** 2:23

### D

**dare** 6:19
**Dated** 9:15
**day** 9:15
**days** 4:9,22
**decide** 6:5
**decision** 8:20,22
**deportation** 8:21
**diminishes** 8:10,11

**disagree** 5:22 8:13
**disagreement** 6:6
**Dominion** 5:3 6:19
**Donald** 3:19, 22

### E

**election** 4:11
**employees** 4:25 7:19
**end** 8:25
**enforcers** 2:9
**enraged** 2:10
**erase** 7:15
**erased** 7:16
**events** 9:13
**evidence** 6:12,16,18
**explain** 5:23 6:2
**expressed** 3:11

### F

**Facebook** 6:8 7:18
**facetimed** 2:25
**fact** 8:13
**Fake** 5:8
**families** 4:6
**faster** 6:20
**fear** 5:13
**File** 1:4
**find** 6:11
**followers** 7:19
**force** 6:5
**forcefully** 8:14

**foregoing** 9:5
**found** 6:12
**FOX** 2:6
**fraud** 4:11
  6:11
**fraudulent**
  6:17
**free** 2:8
**freedom** 2:17
**friends** 4:16
  7:17

**G**

**Gardens** 4:4
**Germany** 4:20
**give** 2:21
**God** 8:4,5
**good** 4:24
**grateful** 2:8
**great** 3:19
**grew** 5:21
**groups** 4:2
  5:5
**guest** 2:4
**guy** 7:19
**guys** 5:16

**H**

**happened** 2:14
**heard** 8:15
**HEB** 3:4
**helps** 5:9
**Hey** 3:22
**hide** 7:13
**hired** 5:5
**hit** 5:5
**honored** 2:20
**HQ** 3:5
**https://video.**
**foxnews.com/v/**
**6226510395001#**
**sp=show-clips**
  1:7

**I**

**imagine** 3:25
**impressed**
  2:10
**include** 2:14
**incorrect**
  5:23 6:2,3
**integrity** 5:1
**interested**
  9:13
**interesting**
  4:13
**internet** 4:10
**issue** 7:22

**J**

**January** 1:6
  9:15
**Jesus** 4:5
**Joe** 8:21

**K**

**kind** 7:6
**Kohls** 2:15
**Kroger** 2:15,
  16

**L**

**letter** 4:25
**Linda** 5:8
**Lindell** 1:5
  2:4,12,21,25
  3:3,13,18
  5:5,15 6:7,
  16,24 7:4,8,
  11,15 8:1,3,
  6,8
**listening** 9:8
**lists** 3:4
**live** 6:8

**livelihood**
  7:20
**longer** 2:18
**lost** 7:17,18

**M**

**machine** 4:10,
  11 6:11
**made** 4:24
**major** 8:20
**make** 7:6,9
**making** 6:17
  7:2 8:16
**matter** 8:12
**media** 3:24
**message** 3:12,
  16
**met** 3:21,22
**Mike** 1:5 2:4,
  11,21,25 3:1,
  3,13,18 5:5,
  15 6:7,16,24
  7:4,8,11,15
  8:1,3,6,8
**million** 7:19
**millions** 3:10
**Minnesota**
  3:21
**minutes** 2:23
  5:2
**moderate** 7:7
**moment** 8:24
**Mypillow** 1:5
  2:5,25 3:7
  4:8 7:15

**N**

**network** 2:19
**Networks** 5:9
**news** 2:6 8:23
**night** 2:5
**note** 2:22
**notes** 9:7

**noticed** 7:25

**O**

**online** 5:4
**opinions** 2:11
**order** 8:21,22
**Orthodoxy** 2:9
**outlet** 6:15
**outlets** 6:14

**P**

**parties** 9:12,
  14
**people** 3:10,
  12 4:1 5:16,
  17 6:19 7:6
**Period** 8:9,11
**person** 8:10
**perspective**
  2:21
**pillows** 8:6
**places** 2:19
**points** 8:15
**politics** 3:8
**POS** 3:6
**Post** 6:15
**President**
  3:19 7:22
**press** 3:24
**pretty** 3:12
  8:22
**proceeding**
  9:6
**proceedings**
  9:12
**products** 2:13
  5:17
**provided** 9:9
**public** 3:14
**put** 4:10,23
  6:19

```
        Q                shame    5:10       things   5:23,
                         Shop     3:5          24                    V
question   5:21          Shopping  3:4       thought  4:1
                         shorthand             6:1             ven     6:13
        R                  9:3,7             time   4:6,8,9    vendors  5:6
                         show   2:5,24         5:13            venues   8:17
racist   3:25              8:17              Times   6:15      viewers  3:9
ran    4:22              shut   3:11 6:8     today   2:14      views    3:8,10
re-tweeted               speak   2:18,20     told    5:15      voice    8:15
  4:11                     8:18                7:13
reach    4:5             speech   2:8,17     tonight   1:5             W
reached   3:23           Spend    4:6          2:21 8:2
real   4:1,2             spoke    4:4        totally   5:14    Washington
  5:16,17 8:18           sponsoring          transcribe          6:14
reasonable                 2:8                 9:5             week    5:3
  7:7                    sponsors   2:7      transcript        word    4:6
recognize   2:4          Spring    4:4         9:6             wow     4:1
recognizes               statements          transcription     written   4:25
  3:14                     6:17                9:7             wrong    5:25
recorded   9:5           Stay    4:6         Transcriptioni      6:4,25
recording                step    3:15        st    9:4         wronged   8:8
  8:25  9:9              STEPHANIE           transmission
Recovery   5:9             9:3,21             2:22                     Y
related   9:14           stopped   2:13      trolls    3:23
release   3:24           stores   5:7,15       4:3 5:6,16      yesterday
Reporter   9:3           stories   5:8       true    9:6         4:23
rest   8:11              stream    6:8       Trump    3:20,22  York    6:15
retailers                studio    2:23      truth    7:12,13  Youtube   7:18
  2:13                   stuff    5:1        Tucker   1:5
ridiculous               sue    6:20           2:3 3:3,8,14
  7:10                   support   2:17        5:10,14,20
Rose   4:4                 5:18                6:9,23 7:2,5,
rule   2:18              supported             9,25 8:3,5
rules   4:20               7:21              Tuesday   1:6
  6:1                                        TURNER    9:3,21
run   4:23                                   turning   3:6
running   4:15                  T            TV    5:4
runs   2:5                                   Tweet    4:19,24
                         talk    6:21        Tweeting   4:16
                         tech    4:2         Twitter   2:12
        S                thankfully            4:12,15,20,22
                           2:24
selling   2:13           theories   7:3              U
sells    8:6             thereto    9:14
sending   3:12           thing    4:20       upends    8:22
                           6:10
```