# Exhibit 235

File 15  Thrivetime Show
December 23, 2020

1

2

3

4                        File 15

5      Thrivetime Show, Why Now is the Time to Stand Up for

6                        America

7                   (Dec. 23, 2020)

8

9    Https://www.thrivetimeshow.com/business-podcasts/mike-

10   Lindell-the-my-pillow-founder-why-now-is-the-time-to-

11   stand-up-for-America-the-freedoms-we-enjoy-and-President-

12   Donald-j-Trump/

13

14

15

16

17

18

19

20

21

22

23

24

25

1      CLAY CLARK:  On today's edition of the

2   Thrivetime Show, we interview the founder of My

3   Pillow, Mike Lindell.

4      On today's show Mike Lindell shares with us

5   why now is the time to stand up for America, the

6   freedoms we enjoy, and President Donald J. Trump.

7      On today's show the founder of My Pillow,

8   Mike Lindell, also shares why Christians and

9   freedom-loving Americas simply cannot afford to

10  remain silent.

11     Mike Lindell also asks why are doctors not

12  allowed to use proven effective Covid-19 therapies

13  and treatments, like Ivermectin, like Budesonide,

14  like Hydroxychloroquine, like Oleander.

15     If these treatments have been proven to be

16  effective, why can't doctors use them?  I mean,

17  think about it.

18     Dr. Richard Bartlett, the former top

19  medical advisor for the State of Texas and

20  Governor Perry.  This is Dr. Richard Bartlett,

21  he's treated thousands of Covid-19 patients with

22  zero deaths using Budesonide.

23     So why wouldn't doctors and health

24  professionals and hospitals systems want you to be

25  able to have access to these proven treatments and

```
 1   therapies?
 2        All this and more on today's edition of the
 3   Thrivetime show, on your radio and podcast
 4   download, with Mike Lindell.
 5        SPEAKER:  Some shows don't need a celebrity
 6   and a writer to introduce the show, but this show
 7   does.
 8        Two men, eight kids, co-created by two
 9   different women, 13 multimillion-dollar
10   businesses.  Ladies and gentlemen, welcome to the
11   Thrivetime Show.
12        (Music.)
13        CLAY CLARK:  Yes.  Yes.  Yes.  And yes.
14   Ladies and gentlemen, we have a guy on today's
15   show who loves the product My Pillow, and he loves
16   this country; and maybe he'll tell us what he
17   loves more, whether he loves My Pillow, the
18   product, or whether he loves his country more.
19        And now without any further adieu, Mike
20   Lindell.  Welcome on to the Thrivetime Show.  How
21   are you, sir?
22        MIKE LINDELL:  Hey, thanks for having me
23   on.
24        CLAY CLARK:  Hey, I -- I absolutely love
25   your patriotism, but I do want to ask you this
```

1  before we get into the politics:  When did you

2  have the idea to start My Pillow?

3       MIKE LINDELL:  2004, I got stuff in dreams

4  and I actually first came up with the logo first

5  right --  I mean, the name first, and write My

6  Pillow and all this stuff that I was getting that

7  I wanted to do.

8       My daughter actually came upstairs, one of

9  my daughters said -- she's like ten years old, she

10  goes:  What are you doing, dad?  And I said:  I'm

11  going to invent this pillow, it's going to be

12  called My Pillow; it's going to change the world.

13  She grabbed her glass of water, she said:  That's

14  really random.  And went back downstairs.

15       CLAY CLARK:  When did you start gaining

16  traction?  I mean, when did you go, okay, this was

17  an idea and now it's actually --

18       MIKE LINDELL:  It was -- I was turned

19  down -- it took a year to invent, and my friends

20  laugh at me, everybody laughs, said you're never

21  going to get a patent on a pillow, and these

22  things.

23       And -- and when I did finally get it, and

24  got the patent and -- I was turned down

25  everywhere.  Home -- or box stores, shopping

1   channels, you name it.  Nobody wanted it.  It

2   was -- and so I ended doing home shows and fairs

3   for -- for years before my first infomercial,

4   which -- and I -- I had a parallel track, too, of

5   a crack cocaine addict.  You know, I was also an

6   addict.  Lost a 20-year marriage, and had all

7   these people taking the company, all these things.

8        But it was funny because I saw -- finally I

9   convinced friends and family, after -- after I had

10  quit everything, January 16th, 2009, by the grace

11  of God; then I spent the next couple of years

12  getting my shows back that had been from me.

13       And finally I told my friends and family, I

14  said:  Let's all pool our money and we're -- I

15  said:  I have a dream of an infomercial, it will

16  be the biggest infomercial in history.

17       And -- and I didn't know infomercials don't

18  work.  Nobody told me they don't work.  And -- and

19  the -- but I was told by these producers:  Oh, you

20  can't be in it, you need to have an actor, and all

21  this stuff.  And -- and all this.  And I didn't

22  buy it.  I wanted to do it my way.

23       And the night before we went to film this,

24  we were reading our reads and the guy goes -- the

25  one guy from California texted the other producer,

1  he said:  This is the worst guy I have ever seen;

2  he'll never make it on the TV.

3       CLAY CLARK:  That's encouraging.

4       MIKE LINDELL:  And I -- I launched October

5  7th, 2009.  I had ten employees.  I was living in

6  my sister's basement.  40 days later, I had 500

7  employees.

8       CLAY CLARK:  So -- and just -- I want to

9  give the listeners a little bit of context.  I

10  mean, My Pillow is a very successful company.

11  You're doing well.  And so many people say:  Well,

12  Clay, I want to speak out in favor of America or

13  in favor of the first amendment, or in favor of

14  the second amendment, or in favor of the

15  President, but I just don't want to take a

16  financial hit.  I don't want to get bad reviews.

17  I don't want to get negative comments.

18       And you have been out front -- I mean, you

19  decided to become outspoken, and -- and you really

20  led the charge, and you've been an icebreaker for

21  a lot of people.  A lot of people feel empowered

22  now to speak out because --

23       MIKE LINDELL:  Right.

24       CLAY CLARK:  -- of you and other patriots.

25  So I just want to ask you -- I mean, where were

1   you or when were you -- what happened where you

2   decided to become politically outspoken?

3        MIKE LINDELL:  Well, let me tell you, when

4   I quit all my addictions and I came out of that in

5   2009, you know, then when I did that first

6   infomercial, I wore my cross on the outside of my

7   shirt.  I was always wearing that, even when I was

8   a crack addict, you know.  And -- I was attacked

9   for that all the time, I -- you know, for being on

10  TV with a -- wearing a cross.  And that was the

11  first attacks.

12       I started learning -- you know, what

13  happened to our -- you know, to people.  I mean,

14  that was like -- for me it was like coming out of

15  a -- a decades of culture or coma that I was kind

16  of in, because I wasn't paying attention to

17  politic- -- I didn't know anything about politics.

18  I had never voted.  And -- but that all changed in

19  the spring of 2015 when I had a dream I would end

20  up -- that -- it was a picture in this dream of me

21  and Donald Trump in a room, and I'm going:  Why

22  would I want to meet Donald Trump?  You know, it's

23  a very vivid dream.

24       CLAY CLARK:  Yeah.

25       MIKE LINDELL:  And -- and a -- a month

1   later he announced he was running for President,

2   and throughout '15 and '16, that dream came to

3   fruition on August 15th, 2016.  I ended up

4   having -- he reached out to me to meet with him in

5   a room in his -- in Trump Tower in New York City.

6   I walked in that room -- it was just him and I for

7   a -- a little over a half hour, and we -- he was

8   telling me all the things he was going to do; you

9   know, bring the jobs back, like My Pillow, made in

10  the U.S.A.

11       And -- and I told him I used to be a crack

12  addict, I'm going to help millions of addicts get

13  out -- pull them out of addiction.  He goes:  I'm

14  going to stop the drugs pouring in.

15       Just this amazing businessman.  And -- but

16  what I -- what -- for me, what I had seen there

17  the most though was his agenda.  The only agenda

18  he had was to really truly help the country and

19  help people.

20       So I got out of his office and I went to

21  my -- went to his employees, a lot of them I

22  talked to and said:  Is this for real?  And

23  they're going:  Oh, yeah, he's the best boss;

24  he -- he's done every -- you know, stuff for us

25  personally.  Each one had a story, a personal

 1  story.

 2      But I got back to Minnesota and I couldn't

 3  wait to tell the world about Donald Trump and just

 4  say, wow, he's going to be -- I've done my due

 5  diligence, right?  I do a press release back here,

 6  and I was just attacked by the media.  They called

 7  me a racist.  They called me a -- and I was their

 8  darling.  The Better Business Bureau, this corrupt

 9  organization, I was a -- the Better Business

10  Bureau, up for their highest award, they moved me

11  from an A-plus to an F, politic- -- because of my

12  politics, what I had gotten into.

13      And I didn't get into -- I didn't believe

14  in Democrat, Republican.  I believed in Donald

15  Trump.  You know, people don't realize that.  I

16  didn't know -- you know -- you know, he's cleaned

17  up the Republican party, which is still a lot of

18  cleaning to do, as we see in this election fraud,

19  who -- you know, what's going on.

20      But I went all in.  And then since -- you

21  know, I -- all my friends, I'm going -- I'm going

22  all in, my -- even with my company, they're going:

23  You're going to lose half of our business.  I go:

24  Why?  Why, because of my beliefs that I -- I --

25  you know.  And I went all in.  And guess what?

1   Every single -- I tell everyone out there, every

2   day -- like they said:  What's your busiest day

3   ever, Mike?  Right here, the day we're in.  My

4   business is flourished.  I've sold over 50 million

5   My Pillows.

6          CLAY CLARK:  Wow.

7          MIKE LINDELL:  I'm over 2,000 employees

8   now.

9          And you know what?  That big thing:  Oh,

10  they're going to boycott.  You know, boycott,

11  shmoycott.  Boycott -- let's boycott Mike Lindell

12  and My Pillow.  You know what the other ones say,

13  don't boycott him, he's double his ass, (phonetic)

14  we see enough of that guy.  And that's -- you

15  know, everybody has to quick living in fear for

16  your business --

17         CLAY CLARK:  Yeah.

18         MIKE LINDELL:  -- that's a big game the

19  left plays.  And it's -- it's all bots and trolls.

20  They're not even real people.  They sit in a thing

21  and -- and try and attack you.

22         CLAY CLARK:  Just so I -- just so I want to

23  make sure -- I want to make sure people understand

24  what you just said.  You said it's all bots and

25  trolls; just so we're clear, some people can't

```
 1   relate to this, but when you put out a tweet --
 2        MIKE LINDELL:  Right.
 3        CLAY CLARK: -- people --
 4        MIKE LINDELL:  Right.
 5        CLAY CLARK:  -- you're going to see like
 6   1,000 negative comments about you --
 7        MIKE LINDELL:  Right.  Right.
 8        CLAY CLARK: -- you personally, Mike, and
 9   you're saying there are bots or -- or programs
10   that are made that are deployed --
11        MIKE LINDELL:  Right.
12        CLAY CLARK: -- and so it looks as though
13   everybody in America hates you, when in fact --
14        MIKE LINDELL:  Yeah.
15        CLAY CLARK: -- it's just a couple of trolls
16   in the basement; is that -- is that what you're
17   referring to, sir?
18        MIKE LINDELL:  There's a couple -- that's
19   exactly right.
20        CLAY CLARK:  Okay.
21        MIKE LINDELL:  You know, you've got
22   companies like Truth and --
23   truthandadvertising.org.  You know, corrupt
24   organizations.
25        CLAY CLARK:  Right.
```

1        MIKE LINDELL:  These guys that are all

2   behind the scene, these people will sit there and

3   send out these programs.  They're not real people.

4   I had to convince -- or tell my call center a long

5   time ago with e-mails and chats and Twitter and

6   Facebook --

7        CLAY CLARK:  Yeah.

8        MIKE LINDELL:  -- you guys, they're not

9   even real.  Click on them, and go down, they have

10   three pictures, zero friends.

11        CLAY CLARK:  Right.

12        MIKE LINDELL:  Because it's -- it's all a

13   set up.

14        CLAY CLARK:  Now, this is an interesting

15   thought.  The Bible, which I know is a

16   controversial idea, you might even get censored --

17   I've had some of our videos censored just for

18   referencing the Bible.  It's crazy.  Matthew

19   5:11 --

20        MIKE LINDELL:  How about you talk about

21   Jesus and see if that's censored.

22        CLAY CLARK:  Why don't we do this, let's

23   say Jesus and George Soros a lot throughout the

24   show, and see if it makes it through the --

25        MIKE LINDELL:  Right.  Right.  Let's see

1   where it o goes --

2        CLAY CLARK:  -- the editing.  All right.

3   So --

4        MIKE LINDELL:  Right.

5        CLAY CLARK:  So, folks, listen here, it

6   says in the Bible, Matthew 5:11, it says:  Blessed

7   are ye when men shall revile and persecute you,

8   and shall say all men of evil against you falsely

9   for my sake.  A/k/a for God's sake.

10       So to me, how I read that, it's -- it's

11  blessed is Michael Lindell, when men shall hate

12  you or persecute you or say all men of evil

13  against you, Mike Lindell, for God's sake.

14       How do you process -- how should the people

15  out there who are becoming outspoken for the first

16  time, about standing up for their freedoms, how

17  should we be responding to negative hate, negative

18  comments, the canceled culture; how should we as

19  Christians be responding in your mind?

20       MIKE LINDELL:  Just plow through it.  You

21  don't have to fear one thing, fear the Lord.  I

22  mean, I'm telling you, I'm an example, look at

23  Phil Robertson back in the day, he's an example.

24  Look at Chick-fil-A.  Anyone that stands up for

25  what you believe --

File 15  Thrivetime Show
December 23, 2020                        14

1        CLAY CLARK:  Yeah.

2        MIKE LINDELL:  -- you come through and God

3    rewards you.  You're doing the right thing.  You

4    don't have to have fear.  That's the big game they

5    play.  And it's just like right now, they got a

6    thing out:  Mike Lindell wants martial law in

7    Minnesota.  Because I put out the tweet.  The

8    tweet was, if you read the whole thing --

9        CLAY CLARK:  Yeah.

10       MIKE LINDELL:  -- the tweet was, they need

11   those Dominion machines, those crooked machines,

12   and whatever it take to go in and get them, if it

13   takes two hours, if -- if you have to use the

14   military, whatever you need to go get them, we got

15   to get those.  There's -- they're trying to stop

16   the evidence from getting out there, and saving

17   our country.

18       CLAY CLARK:  Well, that's --

19       MIKE LINDELL:  It's craziness.  It's just

20   --

21       CLAY CLARK:  Let's talk about this for a

22   second, because -- again, I want to supply --

23   support for what you just said.  The President --

24       MIKE LINDELL:  Right.

25       CLAY CLARK:  -- right now is at a time where

```
 1    -- these -- these are facts, there are four facts,
 2    one the Dominion --
 3         MIKE LINDELL:  Right.
 4         CLAY CLARK: -- vote counting machines are a
 5    Canadian-made hardware and they have -- these --
 6    the hardware has Chinese parts.  That's a fact.
 7         Step two, the software on the Dominion
 8    hardware is called Sequoia or Smartmatic; and that
 9    is a company where the software was originally
10    coded out by communists from Venezuela -- that's a
11    real fact.  Again, the hardware company -- folks,
12    pop quiz -- is called Dominion.  And they share
13    office space with George Soros.  And the software
14    is called Smartmatic, a/k/a Sequoia, that was
15    coded up by communists.
16         MIKE LINDELL:  Right.
17         CLAY CLARK:  Step three, your votes are
18    then sent to amazon servers in Frankfurt, Germany.
19    And step number four, the votes are tabulated in
20    Barcelona, Spain for added security.
21         So this whole thing -- what is happening,
22    this is treasonous, it's -- it's insurrection.  I
23    want to get your take on this, because when you're
24    talking about or tweeting about martial law,
25    you're -- you're not crazy, because we're talking
```

File 15  Thrivetime Show
December 23, 2020                        16

1   about treason.  So the word treason means --

2        MIKE LINDELL:  Right.

3        CLAY CLARK: -- the crime of betraying one's

4   country, especially --

5        MIKE LINDELL:  Right.

6        CLAY CLARK: -- by attempting to kill the

7   sovereign or overthrow the government.

8        What are your thoughts right now on -- on

9   treason as it relates to these elections?

10       MIKE LINDELL:  This is -- it is -- 100

11  percent everything you just said is true.  This is

12  an attack on our country, everybody left, right,

13  Democrat, Republican, this is it.  We need to do

14  something right now.

15       CLAY CLARK:  Yeah.

16       MIKE LINDELL:  I'm going to tell you what

17  happened, I'm going to -- I'm going to tell

18  everybody what happened, and I -- you know, I -- I

19  talk to Sidney all the time, I talk to Lin Wood, I

20  talked to General Flynn, I put in a lot of my own

21  money to acquire machines, to acquire experts to

22  look into this.  I did my own due diligence.  So

23  I'm not just telling you all this stuff --

24       CLAY CLARK:  Right.

25       MIKE LINDELL:  -- because I -- because

1   I'm friends with the greatest President that ever

2   lived.  Okay.

3        I -- you know, I'm telling you this because

4   these are what I know as facts, doing my own due

5   diligence.

6        CLAY CLARK:  Correct.

7        MIKE LINDELL:  On election night, at 11:15

8   on election night -- I want everyone to listen to

9   this closely, this is where the miracle of our

10  lifetime happened.

11       CLAY CLARK:  Huh.

12       MIKE LINDELL:  Okay.  These guys had set up

13  these machines, you know, whether it's 1.2 to

14  Biden, and .8 to Donald Trump.

15       CLAY CLARK:  Yes.

16       MIKE LINDELL:  Now -- you know, I don't

17  know the exact number within a -- you know, within

18  one appointment.  Okay.

19       CLAY CLARK:  And just so we're clear --

20       MIKE LINDELL:  So now --

21       CLAY CLARK:  -- I want to make sure the

22  listen- -- all the listeners -- everything that

23  Mike is saying is cited, and if you'll just text

24  --

25       MIKE LINDELL:  Right.

File 15  Thrivetime Show
December 23, 2020                          18

```
 1        CLAY CLARK: -- me or send a text to
 2   918-851-6920, 918-851-6920, everything that you're
 3   about to say is all cited.  And so all of our
 4   listeners can find it there, because so many
 5   people accuse you of making stuff up.
 6        I just wanted you to know, everything
 7   you're saying right now is cited.  I would love to
 8   hear -- I would love -- love for you to break it
 9   down, but I want all the listeners to know, you're
10   not crazy.
11        MIKE LINDELL:  Right.  Right.  And -- okay.
12   So what happened was, because of our great
13   President, because of all the great things he did,
14   so all the voters in this country that got behind
15   him and put out the most votes ever for a sitting
16   President --
17        CLAY CLARK:  True.
18        MIKE LINDELL:  -- in history --
19        CLAY CLARK:  Yeah.
20        MIKE LINDELL:  -- it wasn't 74 million,
21   it's upward of 80 million.
22        CLAY CLARK:  Yeah.
23        MIKE LINDELL:  But let me tell you what
24   happened.  As these votes poured in, the
25   machines -- he was going to win anyway in spite of
```

1   all the cheating -- just like in '16 when he won

2   and they didn't expect that, so they made moves

3   there that -- or made non-moves.  In this election

4   they never expected this massive amount of vote.

5   So at 11:15 it broke the algorithms in the

6   machine.

7        CLAY CLARK:  Huh.

8        MIKE LINDELL:  What that means is, it sent

9   up a big red flags that he was going to win

10  anyway.  So at the exact same time, states around

11  the country, all these swing states, they

12  shutdown.  This has never happened.  They

13  shutdown.  They said:  Okay, we're done counting

14  for the night.

15       Well, every one of them -- they weren't

16  done counting.  They got out of their -- you've

17  seen tapes from Georgia, all this stuff, they had

18  to figure out -- backfill -- they backfilled

19  Wisconsin.  They were running -- all these spikes

20  you see, 200,000 votes get dumped into Michigan

21  for Biden, and 3,700 for Donald Trump.  They had

22  to -- it's like getting caught in a poker game

23  cheating --

24       CLAY CLARK:  Huh.

25       MIKE LINDELL:  -- and now you're going,

1    okay, we got caught, now we got to stop the

2    game -- let's just stop the game and we'll talk

3    about it tomorrow.

4           CLAY CLARK:  Busted.

5           MIKE LINDELL:  And the cheaters go outside

6    the room and say:  Now what are we going to do?

7    We can't just go pull our guns out and rob them,

8    they're going to know we did it.

9           CLAY CLARK:  Right.

10          MIKE LINDELL:  So they had to sit there --

11   but you know what?  The miracle was that the --

12   the moves they made were so blatant --

13          CLAY CLARK:  Yep.

14          MIKE LINDELL:  -- and exposed everything.

15   So that's what we have out there.

16          We have over 50,000 affidavits and stuff

17   from people, that means tens of thousands of

18   affidavits of something went on, but it doesn't

19   count the Dominion machine.  The Dominion

20   machines, which I focused on, you had that little

21   bit in Michigan that that judge finally said let's

22   look at this.  Well, that's just one little

23   millionth of what went on.

24          CLAY CLARK:  Right.

25          MIKE LINDELL:  You know, and no judge --

File 15  Thrivetime Show
December 23, 2020                          21

1   they have been shutting this down --

2        CLAY CLARK:  Right.

3        MIKE LINDELL:  -- trying to suppress all

4   this.  And I'm telling you this, what's going to

5   happen is, this is -- there's no statute of

6   limitations on murder, they're trying to take our

7   country.

8        CLAY CLARK:  True.

9        MIKE LINDELL:  This is -- China is trying

10  to do this.  They've got -- you've got social

11  media involved, the media, they're trying to

12  suppress it.  Maybe for their own reasons, and

13  maybe they're not even tied to them, but it's like

14  one big circle of -- of the biggest crime ever

15  committed.  And I'll tell you, just today, old

16  Suckabuck -- Mark Suckabuck from Facebook, he

17  blocked a video that I put up --

18       CLAY CLARK:  Yep.

19       MIKE LINDELL:  -- and it can't -- you know,

20  blocking these videos -- and I mean, it's just --

21  it's amazing right now the attacks coming against

22  me because I'm a voice.  I'm out there telling

23  people get -- it's getting out there.  You know,

24  it's getting out there through -- through the

25  media, but not the mainstream media.  They're

1    trying to suppress it.

2        But I'll say one thing right now that's

3    really upsetting --

4        CLAY CLARK:  Yep.

5        MIKE LINDELL:  -- all of you out there,

6    watch this Hunter Biden thing.  That's the big

7    news.  Oh, yeah, Hunter Biden -- blah, blah,

8    blah -- they didn't bring it up before the

9    election, because Donald Trump would --

10   overwhelming, even more votes with them cheating,

11   but what they're bringing up now is for one

12   reason -- actually for two, the first reason is

13   it's a big smoke screen.  We need to be talking

14   about the biggest crime against humanity and fraud

15   in the history of the world, and they're going to

16   take our country if people don't wake up.  We need

17   to get --

18       CLAY CLARK:  Correct.

19       MIKE LINDELL:  -- we need all see the

20   evidence.

21       CLAY CLARK:  Now, let's make sure the

22   listeners know this.  Okay.  On September 22nd of

23   1862, Abraham Lincoln issued the Emancipation

24   Proclamation, effectively ending slavery; but

25   there were some governors that said, yeah, yeah,

1  we know that we should end slavery, but we're not

2  going to.

3        MIKE LINDELL:  Right.

4        CLAY CLARK:  And so that is called

5  insurrection.  All right.  It's where they're

6  refusing to abide by the law.

7        Another example, in American history

8  martial law has been used 68 times throughout our

9  history.  So President Trump -- this would not be

10  the first time in American history, if he had to

11  implement it.

12        Also, ladies and gentlemen, we have had

13  four times in American history where a President

14  has had to issue the Insurrection Act.  And now

15  the Insurrection Act is a federal law that

16  empowers the President of the United States to

17  deploy the U.S. military and to federalize the

18  National Guard troops within the U.S., in

19  particular circumstances, to suppress

20  insurrection, disorder, rebellion.

21        So in 1957, they did the Insurrection Act

22  in Little Rock, Arkansas.  In 1962 in Mississippi.

23  In 1967 in Detroit.  And in 1992 in Los Angeles.

24        So think about this, folks, if you're

25  watching right now -- and I want to -- want to get

File 15  Thrivetime Show
December 23, 2020                          24

```
 1   your take on this, Mike, if -- if the -- if you're
 2   the President, if everybody listening right now,
 3   imagine you're the President, and if you have
 4   irrefutable evidence that the -- that the election
 5   was, in fact, rigged, if you have the CEO of
 6   Overstock who shows how the algorithm worked, if
 7   you have the head of E- -- eBay's fraud protection
 8   showing it works; if you have thousands of signed
 9   affidavits showing how the corruption happened, if
10   you have irrefutable evidence, and the judges
11   won't hear it --
12        MIKE LINDELL:  Right.
13        CLAY CLARK: -- what is the only option that
14   a President has?  What was the only option that
15   Abraham Lincoln had?  Abraham Lincoln is trying to
16   end slavery.
17        So I'm asking you rhetorically, the
18   listeners, what would you do?
19        And I'm going to ask you, Mike, what do you
20   think the President has to do right now if the
21   judges simply will not look at the facts?
22        MIKE LINDELL:  Well, my first prayer is
23   that there's at least six cases now with Sidney
24   before the Supreme Court; the Supreme Court should
25   at least open up and say, you know, it should be
```

1  nine nothing now, that yes, there was fraud --

2       CLAY CLARK:  Yeah.

3       MIKE LINDELL:  -- send it back to the state

4  legislature, let the process take -- because like

5  I say, there's no statute of limitation -- you can

6  say all these dates, oh, January 6th, December

7  14th -- we're in an anomaly here.  I think

8  everybody knows that.

9       CLAY CLARK:  Yep.

10       MIKE LINDELL:  You know, it's a crime.

11  There's no rules when you've had the biggest crime

12  in history done to you.

13       CLAY CLARK:  Huh.

14       MIKE LINDELL:  And -- but the Supreme Court

15  should tell everyone nine-zero, because here's

16  what has to happen, once everybody sees the fraud,

17  even people on the left, there's not going to be a

18  Civil War, because they're going to go, Donald

19  Trump was the rightful winner --

20       CLAY CLARK:  True.

21       MIKE LINDELL:  -- and they might not like

22  it, but they will accept it, because the truth

23  shall set you free.

24       CLAY CLARK:  Amen.

25       MIKE LINDELL:  Now, if the Supreme Court

File 15  Thrivetime Show
December 23, 2020                          26

1   doesn't get off their butts and do this, like all

2   the other judges haven't, and then whatever is

3   going to go down on this January 6th, which

4   Senators and the Vice President better -- the Vice

5   President and the Senators better look out for our

6   country, rather than look out for themselves and

7   their political agendas.  This is a crime against

8   the country, against the world.  The whole

9   world --

10          CLAY CLARK:  Now I --

11          MIKE LINDELL:  -- is looking at this.

12          CLAY CLARK:  -- have concerns --

13          MIKE LINDELL:  -- not only that -- let me

14   finish --

15          CLAY CLARK:  Yes, sir.

16          MIKE LINDELL:  -- if that doesn't -- if

17   those two things don't pan out, you only have one

18   thing, declare martial law and go in and get the

19   machines.  That's all it is.  It's just -- one

20   day.  Here, I'm going to go in or -- I don't know

21   how it works, (inaudible) security -- you -- you

22   got to secure our country, go into these states

23   and get those Dominion machines, confiscate the

24   evidence, show the American people, show the world

25   what's there, and then we -- and then we go from

1    there.

2          CLAY CLARK:  I have concerns about the

3    Senate, and I have concerns about -- about the

4    Vice President.  And let me just tell you what I'm

5    thinking here:  You and many other great patriots

6    early on pointed out that there are many affective

7    treatments for Covid-19 -- and I know it seems

8    like forever ago --

9          MIKE LINDELL:  Right.

10         CLAY CLARK: -- but the models that said 2.2

11   million people might die, heavily funded by Bill

12   Gates --

13         MIKE LINDELL:  Yeah.

14         CLAY CLARK:  -- turned out to be wrong.

15   Now we know that the PCR tests are supposed to be

16   calibrated at 17 to 20 amplifications, and they

17   were falsely calibrated at 40 amplifications.

18   Thus, the number of cases is exponentially high.

19   That would be like your speedometer telling you

20   you're driving 400 miles an hour, when you're, in

21   fact, driving seven miles an hour.  Effective

22   treatments, like Hydroxychloroquine, Ivermectin,

23   and Budesonide are being blocked.  And so --

24         MIKE LINDELL:  And Olean- -- and

25   myoleander.com.  Let's not forget what I was

1    attacked on Anderson Cooper --

2          CLAY CLARK:  Oh, yeah.  I watched that.

3          MIKE LINDELL:  -- let's not forget this.

4          CLAY CLARK:  Yep.  And then --

5          MIKE LINDELL:  Myoleander.com, promo code

6    777.

7          CLAY CLARK:  Let's repeat that web- --

8    website one more time.  Myoleander -- how do you

9    spell that?

10          MIKE LINDELL:  Myoleander.com, and it's

11    promo code 777.  And I'll -- I want to tell you,

12    they were -- this has been nothing but attacks

13    since this guy called me on Easter Sunday and

14    said:  Hey, we've got the answer to this -- this

15    Covid thing.  And all I did was -- you know, and

16    it was already before the FDA, and everything was

17    -- you know, and they leaked it -- they leaked it

18    out, and it's just been an attack by the media.  I

19    was attacked for -- I'm going, okay, I don't --

20    you know, for me, I wanted our country opened up.

21    I wanted --

22          CLAY CLARK:  Right.

23          MIKE LINDELL:  -- to -- you know, I wanted

24    to -- this mass garbage in Minnesota now, you

25    can't -- you can only open your restaurants and

1   dine outside in ten-below weather.

2        CLAY CLARK:  IT makes a lot of sense.

3        MIKE LINDELL:  You know, it's just

4   nonsense.  It's the biggest nonsense.  I think

5   there's a stat in 2018, more people have died than

6   in 2020.

7        CLAY CLARK:  That's true.

8        MIKE LINDELL:  I don't know that for a

9   fact, you'll have to fact-check me (inaudible) --

10       CLAY CLARK:  Well, I'll say this, what we

11  can say as a fact is the number of overall deaths

12  in the United States has not gone up exponentially

13  high, although the number of a -- the number of

14  cases the super deadly Covid-19 virus has gone up

15  exponentially high --

16       MIKE LINDELL:  Yeah.

17       CLAY CLARK: -- and if we did have a number

18  of exponentially increasing numbers of cases of a

19  deadly virus, you should also have an increasing

20  number of deaths.

21       MIKE LINDELL:  Right.

22       CLAY CLARK:  Back to why I worry about Vice

23  President Pence and the Senate, is Pence -- I feel

24  like he really likes Dr. Fauci.  I always -- I

25  feel like he's like Dr. Fauci's hype man.  I keep

File 15  Thrivetime Show
December 23, 2020                              30

```
 1    watching -- you know, it's like the guy who reads
 2    the trailers for movies, who tries to get you
 3    excited about the movie.  I feel like he really
 4    does talk favorably able Fauci, even though Fauci
 5    said to President Trump we shouldn't shut the
 6    borders, then we should.
 7          MIKE LINDELL:  Right.
 8          CLAY CLARK:  You shouldn't wear a mask,
 9    then you should.  And we should cancel Christmas,
10    we should never shake hands.  But I keep hearing
11    positive pro-Fauci statements from Vice President
12    Pence --
13          MIKE LINDELL:  Well --
14          CLAY CLARK: -- I just worry about that.
15          MIKE LINDELL:  -- you know -- and -- and
16    you see, you never know everybody's different
17    agendas, and that's what scary in politics.
18          I've learned now that you could break bread
19    with one of them and stop and they're going -- and
20    they make these decisions and stuff, and you're
21    going, okay, why would you do that?  It's either a
22    personal -- a personal agenda or --
23          CLAY CLARK:  Yeah.
24          MIKE LINDELL:  -- or a political agenda.
25    And I think -- I think so many of these
```

1  politicians have fear of their future, and -- and

2  then I look at -- you know, why isn't it in the

3  news?  You know, we call these deviations, I --

4  let's put election fraud aside for a second.  I'm

5  going to call -- I'm going to talk about

6  deviations and -- and the states just on this

7  pandemic -- this China virus --

8          CLAY CLARK:  Yep.

9          MIKE LINDELL:  -- my good friend Kristi

10  Noem, Governor Kristi Noem, of South Dakota.  When

11  this thing happened, she said, okay -- last spring

12  she said:  Okay, what constitutional rights do

13  people have that I cannot break?  And then I'm not

14  going to break.

15          Then she looked over here and said:  What

16  medical science is out there?  What's out there?

17  Talked to her own medical people, seeing what was

18  going on, and she made a decision to make every

19  business essential.

20          CLAY CLARK:  Amen.

21          MIKE LINDELL:  She also put it on the

22  people, you know, little responsibility,

23  individual responsibility, and said:  Hey, if

24  you're so worried about it, wear a mask that works

25  both ways; and you don't have to worry if I'm

```
 1   wearing a mask, stay six feet from me and call it
 2   a day.  You don't have to worry what I do.
 3        CLAY CLARK:  She's great.
 4        MIKE LINDELL:  Anyway, she did that.  She
 5   made all these moves there.  And now what has that
 6   manifested to?  The greatest -- number one economy
 7   in the United States.  Number two, her tourism is
 8   up 150 percent during a pandemic.  Are you kidding
 9   me?
10        CLAY CLARK:  Yeah.
11        MIKE LINDELL:  Over the last -- that's
12   crazy.
13        CLAY CLARK:  Yeah.
14        MIKE LINDELL:  And number three, what they
15   told them, the Fauci's of the world said, you're
16   going to have this much death rate if you do that.
17   She's ten times under what they said to her.
18        CLAY CLARK:  She is -- I'll tell you what,
19   that woman -- after President Trump serves for
20   four years, that woman -- I would love to see her
21   as a Vice President or a President or some sort --
22   that woman is just bold, she loves the Lord, she
23   loves our country.
24        MIKE LINDELL:  Yeah.  Yeah.
25        CLAY CLARK:  What I wanted to do here,
```

 1   Mike, is I have a few people here in the studio

 2   who are concerned Americans, who don't get a

 3   chance to talk to the President like you do; and

 4   they had a question for you.  So we're going to do

 5   about four or five quick questions here from

 6   concerned American citizens who are (inaudible) --

 7        MIKE LINDELL:  Yeah.  I do want to say one

 8   thing:  I don't -- I don't talk to the President

 9   all the time.  I haven't talked to him since

10   before the election.

11        CLAY CLARK:  Oh, okay.

12        MIKE LINDELL:  So that is a falsies out

13   there.

14        CLAY CLARK:  Okay.

15        MIKE LINDELL:  We became friends, but I

16   don't pick up the phone and -- you know, have -- I

17   give the respect to President of the United

18   States; he'll call me when he wants to.  Let's --

19        CLAY CLARK:  Okay.  Got it.  Got it.  Well,

20   they maybe don't know what you know.  They don't

21   know the contacts that you have --

22        MIKE LINDELL:  Yeah, yeah.  I have a lot of

23   other people I talk to every day, so --

24        CLAY CLARK:  Okay.

25        MIKE LINDELL:  -- I get it.

```
 1        CLAY CLARK:  That's great.  So this is an
 2   attorney, his name is James.  He moved to Oklahoma
 3   from Manhattan, because Manhattan is shut down.
 4   He's seen the shutdowns destroy small business in
 5   New York.
 6        MIKE LINDELL:  Yeah.
 7        CLAY CLARK:  So he moved to Oklahoma.  He's
 8   a friend of mine.  He's an attorney.
 9   DeCristofaro, what question do you have for Mike
10   Lindell?
11        JAMES:  Hi, Mike Lindell.  Thank you for
12   fighting the good fight.  More and more people are
13   jumping on our -- our train here and we're --
14   we're going to win.
15        The question I have for you, I want to
16   bring it back to when -- at what point in time did
17   you first realize that this Covid stuff was just
18   utter nonsense?
19        MIKE LINDELL:  Well, it -- I guess when I
20   realized that was, my employees -- I have 1500 --
21   now I have over 2,000 employees, but as -- you
22   know, you -- once in a while one of them would get
23   sick from their -- from their family, you know, at
24   home or whatever, you know, we had put in all
25   these things at My Pillow, plus we had -- remember
```

1    I had that -- that supplement, myoleander.com, so

2    I had that, so we take it as a preventive, we

3    didn't get it.  But the ones that did get it,

4    they -- they would say, this is just a minor -- it

5    was like -- it was like the flu --

6         CLAY CLARK:  Right.

7         MIKE LINDELL:  -- you know, it was like a

8    normal flu.  Which, by the way, you guys know

9    right now, I seen a statistic, this year 95

10   percent regular flu and everything is down.

11        CLAY CLARK:  Oh --

12        MIKE LINDELL:  What?

13        CLAY CLARK:  Covid -- Covid cures the

14   flu --

15        MIKE LINDELL:  You got to be kidding me --

16        CLAY CLARK:  Covid is --

17        MIKE LINDELL:  There's no colds anymore.

18   All that stuff went away.  So when I realized it

19   was -- there was a couple of things that happened.

20   One is, you know, I got involved in making masks,

21   the whole corruption of the mask thing was so

22   corrupt, I want to tell people this.  I got stuck

23   with millions of dollars worth of masks, my -- out

24   of my own pocket.  I couldn't give them away right

25   now.

1      And what the mask industry did, it's almost

2  like they had that planned, too, let's make all

3  the prices go up, and then we're going to whack

4  them, you know -- we're going to whack them there

5  and then we're going to saturate the market so

6  anybody that went to help out gets stuck with

7  them.

8      I mean, this -- it was so corrupt.  I just

9  seen so much corruption.  And I guess for me, it

10 was almost immediately.  Maybe within a month or

11 two.  You know, I was -- you know, it became real

12 -- really real in about a month or two, I had -- I

13 had actually had one employee that got stuck on a

14 respirator and he was one of the -- one of only

15 ten that lived.  Now there was a place where they

16 stuck him in a -- you know, they stuck everybody

17 in nursery homes.  I think people didn't know what

18 to do.  That's one thing.

19     Now, right away when they took the

20 Hydroxychloroquine up -- down and just attacked

21 that, something that's been around for 50 years.

22     CLAY CLARK:  Yeah.

23     MIKE LINDELL:  You knew something was up

24 then.  That's when it really opened my eye- -- are

25 you kidding me?  This is crazy.  We have a cure

1  here that costs ten cents, throw it in your mouth

2  and call it a day.  That's just nuts.

3      CLAY CLARK:  Hydro -- Hydroxychloroquine,

4  by the way, for people that don't know, this has

5  been around for decades, as you mentioned.  Almost

6  nobody -- this is a Malaria drug, it's been used

7  forever --

8      MIKE LINDELL:  Yeah.

9      CLAY CLARK:  -- with less than 25

10  documented deaths related to it.  And so if you

11  look up the corruption -- if you go to

12  timetofreeamerica.com, you can see the corruption.

13  But why would you ban treatments that are

14  effective and affordable?

15      MIKE LINDELL:  Right.

16      CLAY CLARK:  It makes no sense.

17      Mike, my wife here is with us now and my

18  wife -- we have been married almost 20 years, we

19  have five kids, and she talks to a lot of the

20  women out there who are concerned about the health

21  of their kids, concerned about the election.

22      Vanessa, is your mic on there?  I think

23  you're good to go.  Okay.

24      VANESSA:  Can you hear me?  Yeah.  Okay.

25  Perfect.  Well, so nice to meet you and -- and

File 15  Thrivetime Show
December 23, 2020                    38

1  chat with you here.

2      You know, I have a question for you.  I

3  loved hearing your story about how you got into

4  developing My Pillow, the store- -- the dreams

5  from the Lord.

6      MIKE LINDELL:  Right.

7      VANESSA:  And then the dream also about

8  meeting Donald Trump, and seeing that come to

9  fruition.

10      MIKE LINDELL:  Yeah.

11      VANESSA:  As a Christian, how do you view

12  and see this vaccine -- I feel like they're really

13  trying to push on everyone as this end all-be all

14  savior of this Covid -- you know, how -- what is

15  your perception of that and -- and I would like to

16  just hear your feedback on the vaccine.

17      MIKE LINDELL:  Okay.  My perception and my

18  opinion is, it's getting to mark of the beast.

19      CLAY CLARK:  Yeah.

20      MIKE LINDELL:  Look in the Bible.  I mean,

21  it -- when I hear from my friends, Scott Baio, out

22  in California, the stuff they're trying to come up

23  there with this vaccine.

24      , when you use public transportation, you

25  have to have this to have a vaccine card.  This is

 1   biblical.

 2          VANESSA:  Yeah.

 3          MIKE LINDELL:  This is in the Bible.  I

 4   mean, it's -- are you kidding me?  You can't --

 5   you're going to restrict all these things?  So --

 6   and if you take this -- we don't know what's in

 7   that stuff.

 8          VANESSA:  Yeah.

 9          MIKE LINDELL:  We don't know -- you know,

10   you're talking -- they make microchips now, they

11   can track you.  Here, I can grab my phone right

12   now and say, hello, Tim Cook, how's it going in

13   there?  You know, I mean, I'm sorry.  This stuff

14   is real.

15          VANESSA:  Uh-huh.

16          MIKE LINDELL:  And -- and I don't know -- I

17   would never take the vaccine myself, and I think

18   there's a lot of people that will not do it.

19          VANESSA:  Yeah.

20          MIKE LINDELL:  But what they're going to

21   try to do is they're going to try and force this

22   on it -- well, then you don't get to use this

23   public thing.  I feel -- I feel --  these are

24   the -- and you guys -- everyone's got to watch

25   their governors and these states --

1        VANESSA:  Yeah.

2        MIKE LINDELL:  -- this is where the

3   Governor of California, Minnesota, Michigan -- I

4   mean, these states what they're doing to keep us

5   -- stranglehold on us -- you know, right now if

6   you go -- if you have Covid right now, it's like a

7   -- they have all these things, they have steroids,

8   and they have Hydroxych- -- you know, I mean, not

9   Hydroxych- (inaudible) they're still suppressing

10  that, but you -- people are dying from it.

11       CLAY CLARK:  Yeah.

12       MIKE LINDELL:  You know, they're not dying

13  like they were.  So now here this vaccine, wow,

14  right in time.  You know what, this vaccine, they

15  could have announced this before the President,

16  too, was elected.  They suppressed that even

17  there.  Steve Hahn, the head of the FDA should be

18  ashamed of himself, all this stuff.  He has done

19  to this -- the -- FDA to the American people.

20  We're in the middle of the pandemic, and they

21  should have let all the stuff that got brought

22  through to them, we would have been out of this,

23  nobody wearing masks and sanitiers (phonetic) and

24  all this suppression garbage --

25       CLAY CLARK:  Right.

1      MIKE LINDELL:  -- it was all to keep us

2   suppressed.

3      CLAY CLARK:  Now, if anybody is listening

4   right now -- again, you might have heard our

5   interview with Dr. Richard Bartlett, he's the

6   former top medical advisor for the Governor of

7   Texas, he's treated thousands of patients, Mike,

8   with zero deaths, using Budesonide or Ivermectin.

9   So there's Budesonide, there's Ivermectin.

10   There's -- again, your website, one more time,

11   what's the website for your --

12      MIKE LINDELL:  My -- myoleander.com, and

13   it's -- it's a -- it's a homeopathic --

14      CLAY CLARK:  Yeah.

15      MIKE LINDELL:  -- so it's -- it -- we put

16   out there, and it's -- you know, this -- it's --

17   it's sad when -- you know, I was attacked by

18   Anderson Cooper 24 minutes --

19      CLAY CLARK:  I watched that.  That was

20   crazy.

21      MIKE LINDELL:  -- you know, it's like --

22   it's like, are you crazy?  I'm like --

23      CLAY CLARK:  He is crazy.

24      MIKE LINDELL:  -- we're trying to help the

25   country.

1        CLAY CLARK:  Yeah.

2        MIKE LINDELL:  We're trying to help people,

3    just think of all the stuff that gets stopped in

4    our country -- you know, all the things that get

5    stopped when there's no pandemic.

6        CLAY CLARK:  Right.

7        MIKE LINDELL:  All the cures for cancer.

8    You know, now you're talking big pharma.  You

9    know, is that stuff real or not?  Why is stuff

10   getting stopped coming into our country --

11       CLAY CLARK:  Hey, Ben Carson used your

12   product.  Ben Carson used your product.  And guess

13   what --

14       MIKE LINDELL:  Well, don't call it my

15   product.  I got behind this product early on, you

16   know, when this (inaudible) --

17       CLAY CLARK:  The product is not your

18   product?

19       MIKE LINDELL:  -- I was -- I was the -- you

20   know, I was an information center.  Everybody was

21   calling me --

22       CLAY CLARK:  Yeah.

23       MIKE LINDELL:  -- all -- from all over the

24   country with different things, and I just -- I --

25   I called Ben Carson, because he's on the task

 1   force.

 2        CLAY CLARK:  Yeah.

 3        MIKE LINDELL:  And told him about it, and

 4   he checked it out and said:  Wow, this thing has

 5   great potential.  And as we learned more about it

 6   and -- absolutely, he ended up taking it, it

 7   helped him.  It was -- he was done with it, then

 8   he had other complications that he had to go do

 9   the other things that --

10        CLAY CLARK:  Yep.

11        MIKE LINDELL:  -- he had to do afterwards.

12   But there's -- literally there was a test done in

13   Texas, and it's still in the FDA's website and

14   they just stopped her in the sand and said quit --

15   quit helping people.

16        CLAY CLARK:  Quit helping people.

17        MIKE LINDELL:  This -- this is nuts.  Quit

18   helping people.

19        CLAY CLARK:  Unbelievable.

20        MIKE LINDELL:  You can't do this.  I don't

21   care if there's a right to try.  Isn't it a right

22   to try?  I'll tell you what, if I was -- if I

23   was -- if I had this China virus and I was sitting

24   in a hospital, and they wouldn't let me take what

25   I wanted to take when we have a right to try,

1   what's wrong with our country?  They're blocking

2   that.  Why would you -- why the people not want to

3   take anything they could at the time?  You know --

4        CLAY CLARK:  Now, you -- you mentioned this

5   on the vaccines -- I want to go back to that just

6   briefly here, because most people don't know what

7   you know, those vaccines, by the way, are the

8   first RNA modifying vaccine that -- that we know

9   of, they're filled with nanotechnology.

10       The patent number on the -- it's crazy, the

11  patent number that the Bill and Melinda Gates

12  Foundation shows is W02020060606.  The actual

13  technology is named Lucifer Race.  That's crazy.

14  Lucifer Race.  And Dr. Christiane Northrup joined

15  us -- joined us on the show.  Dr. Christiane

16  Northrup, she joined us on the Thrivetime Show

17  with Dr. Jim Meehan to explain the technology.

18  And it really is mark of the beast-related

19  technology, called again Lucifer Race.  Listen to

20  that show if you haven't heard it.

21       MIKE LINDELL:  Wow.

22       CLAY CLARK:  Now, Clay Stares, (phonetic)

23  you are a former school teacher turned successful

24  entrepreneur.  I'm sure you have seen a -- a My

25  Pillow commercial in the past.

```
 1        CLAY:  Oh, yeah.
 2        CLAY CLARK:  What -- what question would
 3   you have for the great one, the great one Mike
 4   Lindell.
 5        CLAY:  Yeah.  Well -- yeah.  Well, first of
 6   all, Mike Lindell, thank you, because I --
 7   actually my wife and I have actually have the My
 8   Pillows.
 9        CLAY CLARK:  Oh.
10        CLAY:  Yeah, we're on our second round.  So
11   we're digging them.
12        CLAY CLARK:  Oh, come on now.
13        CLAY:  Yeah.  Man, it's fantastic.
14        CLAY CLARK:  Okay.
15        CLAY:  So thank you so much for that.
16   Okay.  Here's a question that I've got:  First of
17   all, thank you so much, sir, for being one of the
18   first -- creating this new entity here in the
19   United States, called an outspoken conservative.
20   There are -- this is just never been in our DNA to
21   be the outspoken.  And I really, really appreciate
22   guys like you in my life giving me the model of
23   what it's supposed to look like to be outspoken.
24   I'm sure that you're finding this, too, trying to
25   get more and more conservatives to stand up, step
```

 1  up --

 2        MIKE LINDELL:  Right.

 3        CLAY:  -- and step out, and be -- be

 4  outspoken.  It is so difficult.  So thank you so

 5  much --

 6        CLAY CLARK:  Yes.

 7        CLAY:  -- for that being that model.  And

 8  even as you are -- when you began -- I'm sure that

 9  you had this thought, if I start to be outspoken,

10  there's probably going to be some backlash.

11  Probably going to be some pushback.  And I'm

12  thinking right now there are probably thousands

13  of -- of conservatives that want to be outspoken,

14  but they're trapped in that fear of the backlash.

15        And so my question to you, first of all is:

16  Do I have to have a dream like you with -- that I

17  meet with the President to get me -- to actually

18  be outspoken?  Number one.

19        Number two, I -- I love if you could just

20  reiterate the blessing that you have received from

21  stepping out and telling the truth.  And then

22  finally number three --

23        CLAY CLARK:  You're hitting him with a

24  three-part question?

25        CLAY:  I'm doing the three-part.

File 15  Thrivetime Show
December 23, 2020                    47

```
 1        CLAY CLARK:  You're a sick freak.
 2        CLAY:  I know (inaudible) I know it's going
 3   to quick here.  And then finally, I'm just
 4   interested:  What is your prayer right now, what
 5   are you praying?  Because I want to agree with you
 6   in prayer, and so what is it that you are praying
 7   right now, when you are looking at America and the
 8   Trump?
 9        MIKE LINDELL:  Okay.  The first question,
10   it was -- being outspoken, and happened to see
11   Donald Trump.  No, I was outspoken now long before
12   that wearing my cross boldly on TV.
13        CLAY:  Amen.
14        MIKE LINDELL:  The attacks -- that what
15   they to, you got to realize this -- this cancel
16   culture attacks that come -- they're like
17   piranhas, they hit you, and it's very short, and
18   depends how big your platform is, but they try and
19   get you and then -- and then you just go through
20   it.  It's all make believe.
21        CLAY CLARK:  Fantastic.
22        MIKE LINDELL:  It's all garbage.  You don't
23   get your business ruined.  It's all a big lie.
24   They're saying -- you know, you're going to --
25   that this is going to happen.  And so I don't
```

1   ever -- when I'm outspoken, I was -- there was a

2   thing they put me on -- on -- I think it was one

3   of the late night crooked talk show hosts or

4   whatever -- you know, whatever they do -- they go,

5   yeah, Mike Lindell -- there got -- there was a

6   little cartoon, the Democrats are all talking:

7   What are we going to do with Mike Lindell?  And

8   the other one goes:  What do you mean?  He goes:

9   Well, he ruined half of his brain when he was on

10  crack, so now he has no awareness of any

11  self-doubt.

12       CLAY CLARK:  Wow.

13       MIKE LINDELL:  And my friends all said:

14  You didn't have any self-doubt long before that.

15  People need to stand up.  With me as the reason

16  they can't get me is because I've done my due

17  diligence.  And when you believe in something, and

18  you've done your homework, you've done your due

19  diligence, you're not going to change me from my

20  -- from my -- you know, core beliefs.

21       So if you're going to attack me for my

22  voice or for what I believe, and -- and have the

23  facts behind it -- the truth behind it, even

24  having the truth behind it makes it so much more

25  powerful than -- and I tell everyone, you cannot

1   live in fear.

2        CLAY CLARK:  Yes.

3        MIKE LINDELL:  Because, you know, I get

4   rewarded every single day.  If I do something and

5   you see me in the news out there and -- and

6   leading this charge and -- and they go:  Boy, he's

7   done now -- they want to do this big article on

8   how My Pillow's business had to have went down

9   during all this stuff, and going all the way back,

10  it's the busiest I have ever been.

11       CLAY CLARK:  Wow.

12       MIKE LINDELL:  I mean, 53 million My

13  Pillows sold.  What happens is, people -- even on

14  the right and people say, oh, he only advertises

15  on Fox.  Are you kidding me, Fox is like one of

16  5,000 stations I advertise on.  You know, and

17  here -- and let me tell you, so here you have all

18  the people that buy more when you're being

19  attacked --

20       CLAY CLARK:  Yeah.

21       MIKE LINDELL:  -- and then you have people

22  over here that can care less and they still buy

23  the same amount.

24       CLAY CLARK:  That's fantastic.

25       MIKE LINDELL:  You know, if you're talking

1   about products.

2        CLAY CLARK:  Yeah.

3        MIKE LINDELL:  If you can -- you know, and

4   they don't -- you know what, I try and set an

5   example out there and keep people -- keep the

6   pressure off other people that can stand up,

7   because let them just pick on me.  I -- it doesn't

8   bother me a bit.

9        CLAY CLARK:  Wow.  Well, once --

10        MIKE LINDELL:  I actually look forward to

11   it, you know --

12        CLAY CLARK:  Yeah.  And once again, thank

13   you so much for being that -- for taking that

14   space --

15        MIKE LINDELL:  Driving that force -- and

16   that's why I'm doing these rallies --

17        CLAY CLARK:  Yeah.

18        MIKE LINDELL:  -- and stuff that I have

19   done.  I paid for all these things to do my own

20   investigation, hired the experts and all this for

21   this -- for this corruption.  This is the biggest

22   crime.  This is right now my -- my prayer for

23   everyone, is twofold:  One is, you need to pray

24   for our President to have -- to sermon and wisdom.

25   He's already got strength.

1      CLAY CLARK:  Here we go.

2      MIKE LINDELL:  He's got great strength, but

3  you can still pray for him every day.  He -- he

4  knows what we're up against.  He knows it's China

5  trying to take our country right now.  And he's in

6  it for every single American, from Democrat to a

7  Republican.  This is the theft of our life as we

8  know it.

9      CLAY CLARK:  Amen.

10      MIKE LINDELL:  So we need to pray.  I -- my

11  prayer is that every single person steps it up and

12  demands that we see what's out there so everybody

13  can know the truth, because once you know the

14  truth --

15      CLAY CLARK:  Yep.

16      MIKE LINDELL:  There's going to be no civil

17  war.

18      CLAY CLARK:  Yeah.

19      MIKE LINDELL:  It's going to be people here

20  saying:  Wow, Donald Trump really won and we -- we

21  are going to go down in history, this is the best

22  time to be alive.  It's historical.  We were the

23  ones that started the biggest revival in history.

24  God gave us grace on November 8th, 2016.  He gave

25  us grace.  The path we were on -- and I said it at

1   the White House at the Rose Garden -- we had taken

2   God out of our schools, this path we were on.  Our

3   country had turned a nation -- a nation had turned

4   its back on God.

5        You're going to see miracles come out of

6   this now, because we all need to stand up and

7   pray, and pray for forgiveness, what our country

8   has done and our people have done, and what we

9   have done.

10        CLAY CLARK:  That's fantastic.

11        MIKE LINDELL:  And it's going to be

12   absolutely amazing.

13        CLAY CLARK:  Mike, this has been my

14   favorite interview of the year.  I -- I tell you,

15   I appreciate you so much for all the work you're

16   doing.  I mean that.  I know -- I know you hear

17   it.  I know people tell you thank you.  But again,

18   on behalf on our half million listeners, thank you

19   just so much for joining us today.

20        MIKE LINDELL:  Thanks for having me on.

21   And God bless you all.  Merry Christmas.  It's

22   going to be the best Christmas ever, because like

23   I say, it's going to be -- I mean, we're going to

24   look back on this some day and go, wow, everybody

25   stood up, every believed, everybody had the faith.

File 15  Thrivetime Show
December 23, 2020                            53

```
 1   And we look back and go, all this had to happen in
 2   order for things to come out and manifest into
 3   this most amazing revival ever.
 4            CLAY:  Yeah.
 5            CLAY CLARK:  Amen.  Amen.  And amen.
 6            And, folks, if you're out there and you're
 7   thinking about what should I get my significant
 8   other, Mike, I think there's still time to pick up
 9   a My Pillow; can we do like overnight orders or
10   are you all sold out right now?
11            MIKE LINDELL:  Yeah.  We still have
12   Christmas shipping.  You can do a -- you can use
13   promo code Mike, if you want.  But -- yeah,
14   we're using -- and saving up there -- right now we
15   have all kinds of stuff, the regular My Pillow is
16   69.99, and you can get it for 29.99 now.
17            CLAY:  Oh.
18            MIKE LINDELL:  I mean, it's the lowest
19   price in history.
20            CLAY:  I'm getting more.
21            CLAY CLARK:  Amen.  Amen.  And amen.  Thank
22   you so much, sir.  You take care.
23            MIKE LINDELL:  Thank you.  God bless.
24            CLAY CLARK:  Merry Christmas.
25            (End of the interview.)
```

File 15  Thrivetime Show
December 23, 2020                              54

1                    C E R T I F I C A T E

2

3              I, Jackie Mentecky, do hereby certify that

4    I was authorized to transcribe the foregoing recorded

5    proceeding, and that the transcript is a true and

6    accurate transcription of my shorthand notes to the best

7    of my ability taken while listening to the provided

8    recording.

9

10   Dated this 29th day of January, 2021.

11

12

13

14

15                    _____

16                         Jackie MENTECKY

17

18

19

20

21

22

23

24

25

**1**

**1,000**  11:6
**1.2**  17:13
**100**  16:10
**11:15**  17:7
 19:5
**14th**  25:7
**15**  8:2
**150**  32:8
**1500**  34:20
**15th**  8:3
**16**  8:2 19:1
**16th**  5:10
**17**  27:16
**1862**  22:23
**1957**  23:21
**1962**  23:22
**1967**  23:23
**1992**  23:23

**2**

**2,000**  10:7
 34:21
**2.2**  27:10
**20**  27:16
 37:18
**20-year**  5:6
**200,000**  19:20
**2004**  4:3
**2009**  5:10 6:5
 7:5
**2015**  7:19
**2016**  8:3
 51:24
**2018**  29:5
**2020**  29:6
**2021**  54:10
**22nd**  22:22
**24**  41:18
**25**  37:9
**29.99**  53:16

**29th**  54:10

**3**

**3,700**  19:21

**4**

**40**  6:6 27:17
**400**  27:20

**5**

**5,000**  49:16
**50**  10:4 36:21
**50,000**  20:16
**500**  6:6
**53**  49:12
**5:11**  12:19
 13:6

**6**

**68**  23:8
**69.99**  53:16
**6th**  25:6 26:3

**7**

**74**  18:20
**777**  28:6,11
**7th**  6:5

**8**

**8**  17:14
**80**  18:21
**8th**  51:24

**9**

**918-851-6920**
 18:2
**95**  35:9

**A**

**A-PLUS**  9:11
**a/k/a**  13:9
 15:14
**abide**  23:6
**ability**  54:7
**Abraham**  22:23
 24:15
**absolutely**
 43:6 52:12
**accept**  25:22
**accurate**  54:6
**accuse**  18:5
**acquire**  16:21
**Act**  23:14,15,
 21
**actor**  5:20
**actual**  44:12
**added**  15:20
**addict**  5:5,6
 7:8 8:12
**addiction**
 8:13
**addictions**
 7:4
**addicts**  8:12
**advertise**
 49:16
**advertises**
 49:14
**advisor**  41:6
**affective**
 27:6
**affidavits**
 20:16,18 24:9
**affordable**
 37:14
**agenda**  8:17
 30:22,24
**agendas**  26:7
 30:17
**agree**  47:5
**algorithm**
 24:6

**algorithms**
 19:5
**alive**  51:22
**all-be**  38:13
**amazing**  8:15
 21:21 52:12
 53:3
**amazon**  15:18
**amen**  25:24
 31:20 47:13
 51:9 53:5,21
**amendment**
 6:13,14
**America**  6:12
 11:13 47:7
**American**
 23:7,10,13
 26:24 33:6
 40:19 51:6
**Americans**
 33:2
**amount**  19:4
 49:23
**amplifications**
 27:16,17
**Anderson**  28:1
 41:18
**Angeles**  23:23
**announced**  8:1
 40:15
**anomaly**  25:7
**anymore**  35:17
**appointment**
 17:18
**Arkansas**
 23:22
**article**  49:7
**ashamed**  40:18
**ass**  10:13
**attack**  10:21
 16:12 28:18
 48:21
**attacked**  7:8
 9:6 28:1,19
 36:20 41:17
 49:19

attacks 7:11
21:21 28:12
47:14,16
attempting
16:6
attention
7:16
attorney
34:2,8
August 8:3
authorized
54:4
award 9:10
awareness
48:10

**B**

back 4:14
5:12 8:9 9:2,
5 13:23 25:3
29:22 34:16
44:5 49:9
52:4,24 53:1
backfill
19:18
backfilled
19:18
backlash
46:10,14
bad 6:16
Baio 38:21
ban 37:13
Barcelona
15:20
Bartlett 41:5
basement 6:6
11:16
beast 38:18
beast-related
44:18
began 46:8
behalf 52:18
beliefs 9:24
48:20
believed 9:14
52:25

Ben 42:11,12,
25
betraying
16:3
Bible 12:15,
18 13:6 38:20
39:3
biblical 39:1
Biden 17:14
19:21 22:6,7
big 10:9,18
14:4 19:9
21:14 22:6,13
42:8 47:18,23
49:7
biggest 5:16
21:14 22:14
25:11 29:4
50:21 51:23
Bill 27:11
44:11
bit 6:9 20:21
50:8
blah 22:7,8
blatant 20:12
bless 52:21
53:23
blessed 13:6,
11
blessing
46:20
blocked 21:17
27:23
blocking
21:20 44:1
bold 32:22
boldly 47:12
borders 30:6
boss 8:23
bother 50:8
bots 10:19,24
11:9
box 4:25
Boy 49:6
boycott
10:10,11,13

brain 48:9
bread 30:18
break 18:8
30:18 31:13,
14
briefly 44:6
bring 8:9
22:8 34:16
bringing
22:11
broke 19:5
brought 40:21
Budesonide
27:23 41:8,9
Bureau 9:8,10
busiest 10:2
49:10
business 9:8,
9,23 10:4,16
31:19 34:4
47:23 49:8
businessman
8:15
Busted 20:4
butts 26:1
buy 5:22
49:18,22

**C**

calibrated
27:16,17
California
5:25 38:22
40:3
call 12:4
31:3,5 32:1
33:18 37:2
42:14
called 4:12
9:6,7 15:8,
12,14 23:4
28:13 42:25
44:19 45:19
calling 42:21
Canadian-made
15:5

cancel 30:9
47:15
canceled
13:18
cancer 42:7
card 38:25
care 43:21
49:22 53:22
Carson 42:11,
12,25
cartoon 48:6
cases 24:23
27:18 29:14,
18
caught 19:22
20:1
censored
12:16,17,21
center 12:4
42:20
cents 37:1
CEO 24:5
certify 54:3
chance 33:3
change 4:12
48:19
changed 7:18
channels 5:1
charge 6:20
49:6
chat 38:1
chats 12:5
cheaters 20:5
cheating
19:1,23 22:10
checked 43:4
Chick-fil-a
13:24
China 21:9
31:7 43:23
51:4
Chinese 15:6
Christian
38:11
Christiane
44:14,15

Christians
  13:19
Christmas
  30:9 52:21,22
  53:12,24
circle  21:14
circumstances
  23:19
cited  17:23
  18:3,7
citizens  33:6
City  8:5
civil  25:18
  51:16
CLARK  4:15
  6:3,8,24 7:24
  10:6,17,22
  11:3,5,8,12,
  15,20,25
  12:7,11,14,22
  13:2,5 14:1,
  9,18,21,25
  15:4,17 16:3,
  6,15,24 17:6,
  11,15,19,21
  18:1,17,19,22
  19:7,24 20:4,
  9,13,24 21:2,
  8,18 22:4,18,
  21 23:4 24:13
  25:2,9,13,20,
  24 26:10,12,
  15 27:2,10,14
  28:2,4,7,22
  29:2,7,10,17,
  22 30:8,14,23
  31:8,20 32:3,
  10,13,18,25
  33:11,14,19,
  24 34:1,7
  35:6,11,13,16
  36:22 37:3,9,
  16 38:19
  40:11,25
  41:3,14,19,23
  42:1,6,11,17,
  22 43:2,10,
  16,19 44:4,22
  45:2,9,12,14

46:6,23 47:1,
  21 48:12
  49:2,11,20,24
  50:2,9,12,17
  51:1,9,15,18
  52:10,13
  53:5,21,24
Clay  4:15
  6:3,8,12,24
  7:24 10:6,17,
  22 11:3,5,8,
  12,15,20,25
  12:7,11,14,22
  13:2,5 14:1,
  9,18,21,25
  15:4,17 16:3,
  6,15,24 17:6,
  11,15,19,21
  18:1,17,19,22
  19:7,24 20:4,
  9,13,24 21:2,
  8,18 22:4,18,
  21 23:4 24:13
  25:2,9,13,20,
  24 26:10,12,
  15 27:2,10,14
  28:2,4,7,22
  29:2,7,10,17,
  22 30:8,14,23
  31:8,20 32:3,
  10,13,18,25
  33:11,14,19,
  24 34:1,7
  35:6,11,13,16
  36:22 37:3,9,
  16 38:19
  40:11,25
  41:3,14,19,23
  42:1,6,11,17,
  22 43:2,10,
  16,19 44:4,22
  45:1,2,5,9,
  10,12,13,14,
  15 46:3,6,7,
  23,25 47:1,2,
  13,21 48:12
  49:2,11,20,24
  50:2,9,12,17
  51:1,9,15,18

52:10,13
  53:4,5,17,20,
  21,24
cleaned  9:16
cleaning  9:18
clear  10:25
  17:19
Click  12:9
closely  17:9
cocaine  5:5
code  28:5,11
  53:13
coded  15:10,
  15
colds  35:17
coma  7:15
comments  6:17
  11:6 13:18
commercial
  44:25
committed
  21:15
communists
  15:10,15
companies
  11:22
company  5:7
  6:10 9:22
  15:9,11
complications
  43:8
concerned
  33:2,6 37:20,
  21
concerns
  26:12 27:2,3
confiscate
  26:23
conservative
  45:19
conservatives
  45:25 46:13
constitutional
  31:12
contacts
  33:21

context  6:9
controversial
  12:16
convince  12:4
convinced  5:9
Cook  39:12
Cooper  28:1
  41:18
core  48:20
Correct  17:6
  22:18
corrupt  9:8
  11:23 35:22
  36:8
corruption
  24:9 35:21
  36:9 37:11,12
  50:21
costs  37:1
count  20:19
counting  15:4
  19:13,16
country  8:18
  14:17 16:4,12
  18:14 19:11
  21:7 22:16
  26:6,8,22
  28:20 32:23
  41:25 42:4,
  10,24 44:1
  51:5 52:3,7
couple  5:11
  11:15,18
  35:19
Court  24:24
  25:14,25
Covid  28:15
  34:17 35:13,
  16 38:14 40:6
Covid-19  27:7
  29:14
crack  5:5 7:8
  8:11 48:10
craziness
  14:19
crazy  12:18
  15:25 18:10

Case 1:21-cv-00445-CJN Document 2-136 Filed 03/23/21 Page 59 of 67
BJN eDiscovery the Tiime Show
December 23, 2020
4

32:12 36:25
41:20,22,23
44:10,13
creating
45:18
crime 16:3
21:14 22:14
25:10,11 26:7
50:22
crooked 14:11
48:3
cross 7:6,10
47:12
culture 7:15
13:18 47:16
cure 36:25
cures 35:13
42:7

D

dad 4:10
Dakota 31:10
darling 9:8
Dated 54:10
dates 25:6
daughter 4:8
daughters 4:9
day 10:2,3
13:23 26:20
32:2 33:23
37:2 49:4
51:3 52:24
54:10
days 6:6
deadly 29:14,
19
death 32:16
deaths 29:11,
20 37:10 41:8
decades 7:15
37:5
December 25:6
decided 6:19
7:2
decision
31:18

decisions
30:20
declare 26:18
Decristofaro
34:9
demands 51:12
Democrat 9:14
16:13 51:6
Democrats
48:6
depends 47:18
deploy 23:17
deployed
11:10
destroy 34:4
Detroit 23:23
developing
38:4
deviations
31:3,6
die 27:11
died 29:5
difficult
46:4
digging 45:11
diligence 9:5
16:22 17:5
48:17,19
dine 29:1
disorder
23:20
DNA 45:20
documented
37:10
dollars 35:23
Dominion
14:11 15:2,7,
12 20:19
26:23
Donald 7:21,
22 9:3,14
17:14 19:21
22:9 25:18
38:8 47:11
51:20
double 10:13

downstairs
4:14
dream 5:15
7:19,20,23
8:2 38:7
46:16
dreams 4:3
38:4
driving
27:20,21
50:15
drug 37:6
drugs 8:14
due 9:4 16:22
17:4 48:16,18
dumped 19:20
dying 40:10,
12

E

E- 24:7
e-mails 12:5
early 27:6
42:15
Easter 28:13
ebay's 24:7
economy 32:6
editing 13:2
effective
27:21 37:14
effectively
22:24
elected 40:16
election 9:18
17:7,8 19:3
22:9 24:4
31:4 33:10
37:21
elections
16:9
Emancipation
22:23
employee
36:13
employees
6:5,7 8:21

10:7 34:20,21
empowered
6:21
empowers
23:16
encouraging
6:3
end 7:19 23:1
24:16 38:13
53:25
ended 5:2 8:3
43:6
ending 22:24
entity 45:18
entrepreneur
44:24
essential
31:19
everybody's
30:16
everyone's
39:24
evidence
14:16 22:20
24:4,10 26:24
evil 13:8,12
exact 17:17
19:10
excited 30:3
expect 19:2
expected 19:4
experts 16:21
50:20
explain 44:17
exponentially
27:18 29:12,
15,18
exposed 20:14
eye- 36:24

F

Facebook 12:6
21:16
fact 11:13
15:6,11 24:5
27:21 29:9,11

fact-check
  29:9
facts  15:1
  17:4 24:21
  48:23
fairs  5:2
faith  52:25
falsely  13:8
  27:17
falsies  33:12
family  5:9,13
  34:23
fantastic
  45:13 47:21
  49:24 52:10
Fauci  29:24
  30:4
Fauci's  29:25
  32:15
favor  6:12,
  13,14
favorably
  30:4
favorite
  52:14
FDA  28:16
  40:17,19
FDA's  43:13
fear  10:15
  13:21 14:4
  31:1 46:14
  49:1
federal  23:15
federalize
  23:17
feedback
  38:16
feel  6:21
  29:23,25 30:3
  38:12 39:23
feet  32:1
fight  34:12
fighting
  34:12
figure  19:18
filled  44:9

film  5:23
finally  4:23
  5:8,13 20:21
  46:22 47:3
financial
  6:16
find  18:4
finding  45:24
finish  26:14
flags  19:9
flourished
  10:4
flu  35:5,8,
  10,14
Flynn  16:20
focused  20:20
folks  13:5
  15:11 23:24
  53:6
force  39:21
  43:1 50:15
foregoing
  54:4
forever  27:8
  37:7
forget  27:25
  28:3
forgiveness
  52:7
forward  50:10
Foundation
  44:12
Fox  49:15
Frankfurt
  15:18
fraud  9:18
  22:14 24:7
  25:1,16 31:4
freak  47:1
free  25:23
freedoms
  13:16
friend  31:9
  34:8
friends  4:19
  5:9,13 9:21
  12:10 17:1

  33:15 38:21
  48:13
front  6:18
fruition  8:3
  38:9
funded  27:11
funny  5:8
future  31:1

_____

### G

gaining  4:15
game  10:18
  14:4 19:22
  20:2
garbage  28:24
  40:24 47:22
Garden  52:1
Gates  27:12
  44:11
gave  51:24
General  16:20
gentlemen
  23:12
George  12:23
  15:13
Georgia  19:17
Germany  15:18
give  6:9
  33:17 35:24
giving  45:22
glass  4:13
God  5:11 14:2
  51:24 52:2,4,
  21 53:23
God's  13:9,13
good  31:9
  34:12 37:23
government
  16:7
Governor
  31:10 40:3
  41:6
governors
  22:25 39:25

grab  39:11
grabbed  4:13
grace  5:10
  51:24,25
great  18:12,
  13 27:5 32:3
  34:1 43:5
  45:3 51:2
greatest  17:1
  32:6
Guard  23:18
guess  9:25
  34:19 36:9
  42:12
guns  20:7
guy  5:24,25
  6:1 10:14
  28:13 30:1
guys  12:1,8
  17:12 35:8
  39:24 45:22

_____

### H

Hahn  40:17
half  8:7 9:23
  48:9 52:18
hands  30:10
happen  21:5
  25:16 47:25
  53:1
happened  7:1,
  13 16:17,18
  17:10 18:12,
  24 19:12 24:9
  31:11 35:19
  47:10
happening
  15:21
hardware
  15:5,6,8,11
hate  13:11,17
hates  11:13
he'll  6:2
  33:18
head  24:7
  40:17

health  37:20
hear  18:8
  24:11 37:24
  38:16,21
  52:16
heard  41:4
  44:20
hearing  30:10
  38:3
heavily  27:11
helped  43:7
helping
  43:15,16,18
Hey  28:14
  31:23 42:11
high  27:18
  29:13,15
highest  9:10
hired  50:20
historical
  51:22
history  5:16
  18:18 22:15
  23:7,9,10,13
  25:12 51:21,
  23 53:19
hit  6:16
  47:17
hitting  46:23
home  4:25 5:2
  34:24
homeopathic
  41:13
homes  36:17
homework
  48:18
hospital
  43:24
hosts  48:3
hour  8:7
  27:20,21
hours  14:13
House  52:1
how's  39:12
humanity
  22:14

Hunter  22:6,7
Hydro  37:3
Hydroxych-
  40:8,9
Hydroxychloroq
  uine  27:22
  36:20 37:3
hype  29:25

_____

          I

icebreaker
  6:20
idea  4:2,17
  12:16
imagine  24:3
immediately
  36:10
implement
  23:11
inaudible
  26:21 29:9
  33:6 40:9
  42:16 47:2
increasing
  29:18,19
individual
  31:23
industry  36:1
infomercial
  5:3,15,16 7:6
infomercials
  5:17
information
  42:20
insurrection
  15:22 23:5,
  14,15,20,21
interested
  47:4
interesting
  12:14
interview
  41:5 52:14
  53:25
invent  4:11,
  19

investigation
  50:20
involved
  21:11 35:20
irrefutable
  24:4,10
issue  23:14
issued  22:23
Ivermectin
  27:22 41:8,9

_____

          J

Jackie  54:3,
  16
James  34:2,11
January  5:10
  25:6 26:3
  54:10
Jesus  12:21,
  23
Jim  44:17
jobs  8:9
joined  44:14,
  15,16
joining  52:19
judge  20:21,
  25
judges  24:10,
  21 26:2
jumping  34:13

_____

          K

kidding  32:8
  35:15 36:25
  39:4 49:15
kids  37:19,21
kill  16:6
kind  7:15
kinds  53:15
knew  36:23
Kristi  31:9,
  10

_____

          L

ladies  23:12
late  48:3
laugh  4:20
laughs  4:20
launched  6:4
law  14:6
  15:24 23:6,8,
  15 26:18
leading  49:6
leaked  28:17
learned  30:18
  43:5
learning  7:12
led  6:20
left  10:19
  16:12 25:17
legislature
  25:4
let all  40:21
lie  47:23
life  45:22
  51:7
lifetime
  17:10
likes  29:24
limitation
  25:5
limitations
  21:6
Lin  16:19
Lincoln  22:23
  24:15
Lindell  4:3,
  18 6:4,23
  7:3,25 10:7,
  11,18 11:2,4,
  7,11,14,18,21
  12:1,8,12,20,
  25 13:4,11,
  13,20 14:2,6,
  10,19,24
  15:3,16 16:2,
  5,10,16,25
  17:7,12,16,

20,25 18:11,
18,20,23
19:8,25 20:5,
10,14,25
21:3,9,19
22:5,19 23:3
24:12,22
25:3,10,14,
21,25 26:11,
13,16 27:9,
13,24 28:3,5,
10,23 29:3,8,
16,21 30:7,
13,15,24
31:9,21 32:4,
11,14,24
33:7,12,15,
22,25 34:6,
10,11,19
35:7,12,15,17
36:23 37:8,15
38:6,10,17,20
39:3,9,16,20
40:2,12 41:1,
12,15,21,24
42:2,7,14,19,
23 43:3,11,
17,20 44:21
45:4,6 46:2
47:9,14,22
48:5,7,13
49:3,12,21,25
50:3,10,15,18
51:2,10,16,19
52:11,20
53:11,18,23
listen 13:5
17:8 44:19
listen- 17:22
listeners 6:9
17:22 18:4,9
22:22 24:18
52:18
listening
24:2 41:3
54:7
literally
43:12

live 49:1
lived 17:2
36:15
living 6:5
10:15
logo 4:4
long 12:4
47:11 48:14
looked 31:15
Lord 13:21
32:22 38:5
Los 23:23
lose 9:23
Lost 5:6
lot 6:21 8:21
9:17 12:23
16:20 29:2
33:22 37:19
39:18
love 18:7,8
32:20 46:19
loved 38:3
loves 32:22,
23
lowest 53:18
Lucifer
44:13,14,19

———————

M

machine 19:6
20:19
machines
14:11 15:4
16:21 17:13
18:25 20:20
26:19,23
made 8:9
11:10 19:2,3
20:12 31:18
32:5
mainstream
21:25
make 6:2
10:23 17:21
22:21 30:20
31:18 36:2

39:10 47:20
makes 12:24
29:2 37:16
48:24
making 18:5
35:20
Malaria 37:6
man 29:25
45:13
Manhattan
34:3
manifest 53:2
manifested
32:6
mark 21:16
38:18 44:18
market 36:5
marriage 5:6
married 37:18
martial 14:6
15:24 23:8
26:18
mask 30:8
31:24 32:1
35:21 36:1
masks 35:20,
23 40:23
mass 28:24
massive 19:4
Matthew 12:18
13:6
means 16:1
19:8 20:17
media 9:6
21:11,25
28:18
medical
31:16,17 41:6
Meehan 44:17
meet 7:22 8:4
37:25 46:17
meeting 38:8
Melinda 44:11
men 13:7,8,
11,12
Mentecky
54:3,16

mentioned
37:5 44:4
Merry 52:21
53:24
mic 37:22
Michael 13:11
Michigan
19:20 20:21
40:3
microchips
39:10
middle 40:20
Mike 4:3,18
6:4,23 7:3,25
10:3,7,11,18
11:2,4,7,8,
11,14,18,21
12:1,8,12,20,
25 13:4,13,20
14:2,6,10,19,
24 15:3,16
16:2,5,10,16,
25 17:7,12,
16,20,23,25
18:11,18,20,
23 19:8,25
20:5,10,14,25
21:3,9,19
22:5,19 23:3
24:1,12,19,22
25:3,10,14,
21,25 26:11,
13,16 27:9,
13,24 28:3,5,
10,23 29:3,8,
16,21 30:7,
13,15,24
31:9,21 32:4,
11,14,24
33:1,7,12,15,
22,25 34:6,9,
11,19 35:7,
12,15,17
36:23 37:8,
15,17 38:6,
10,17,20
39:3,9,16,20
40:2,12 41:1,
7,12,15,21,24

42:2,7,14,19,
23 43:3,11,
17,20 44:21
45:3,6 46:2
47:9,14,22
48:5,7,13
49:3,12,21,25
50:3,10,15,18
51:2,10,16,19
52:11,13,20
53:8,11,13,
18,23
**miles** 27:20,
21
**military**
14:14 23:17
**million** 10:4
18:20,21
27:11 49:12
52:18
**millions** 8:12
35:23
**millionth**
20:23
**mind** 13:19
**mine** 34:8
**Minnesota** 9:2
14:7 28:24
40:3
**minor** 35:4
**minutes** 41:18
**miracle** 17:9
20:11
**miracles** 52:5
**Mississippi**
23:22
**model** 45:22
46:7
**models** 27:10
**modifying**
44:8
**money** 5:14
16:21
**month** 7:25
36:10,12
**mouth** 37:1

**moved** 9:10
34:2,7
**moves** 19:2
20:12 32:5
**movie** 30:3
**movies** 30:2
**murder** 21:6
**Myoleander**
28:8
**myoleander.com**
28:5,10 35:1
41:12
**myoleander.
com.** 27:25

___

### N

**named** 44:13
**nanotechnology**
44:9
**nation** 52:3
**National**
23:18
**negative** 6:17
11:6 13:17
**news** 22:7
31:3 49:5
**nice** 37:25
**night** 5:23
17:7,8 19:14
48:3
**nine-zero**
25:15
**Noem** 31:10
**non-moves**
19:3
**nonsense** 29:4
34:18
**normal** 35:8
**Northrup**
44:14,16
**notes** 54:6
**November**
51:24
**number** 15:19
17:17 27:18
29:11,13,17,

20 32:6,7,14
44:10,11
46:18,19,22
**numbers** 29:18
**nursery** 36:17
**nuts** 37:2
43:17

___

### O

**October** 6:4
**office** 8:20
15:13
**Oklahoma**
34:2,7
**Olean-** 27:24
**one's** 16:3
**open** 24:25
28:25
**opened** 28:20
36:24
**opinion** 38:18
**option** 24:13,
14
**order** 53:2
**orders** 53:9
**organization**
9:9
**organizations**
11:24
**originally**
15:9
**outspoken**
6:19 7:2
13:15 45:19,
21,23 46:4,9,
13,18 47:10,
11 48:1
**overnight**
53:9
**Overstock**
24:6
**overthrow**
16:7
**overwhelming**
22:10

### P

**paid** 50:19
**pan** 26:17
**pandemic** 31:7
32:8 40:20
42:5
**parallel** 5:4
**parts** 15:6
**party** 9:17
**past** 44:25
**patent** 4:21,
24 44:10,11
**path** 51:25
52:2
**patients** 41:7
**patriots** 6:24
27:5
**paying** 7:16
**PCR** 27:15
**Pence** 29:23
30:12
**people** 5:7
6:11,21 7:13
8:19 9:15
10:20,23,25
11:3 12:2,3
13:14 18:5
20:17 21:23
22:16 25:17
26:24 27:11
29:5 31:13,
17,22 33:1,23
34:12 35:22
36:17 37:4
39:18 40:10,
19 42:2
43:15,16,18
44:2,6 48:15
49:13,14,18,
21 50:5,6
51:19 52:8,17
**percent** 16:11
32:8 35:10
**perception**
38:15,17

Perfect  37:25
persecute
  13:7,12
person  51:11
personal  8:25
  30:22
personally
  8:25 11:8
pharma  42:8
Phil  13:23
phone  33:16
  39:11
phonetic
  10:13 40:23
  44:22
pick  33:16
  50:7 53:8
picture  7:20
pictures
  12:10
pillow  4:2,6,
  11,12,21 6:10
  8:9 10:12
  34:25 38:4
  44:25 53:9,15
Pillow's  49:8
Pillows  10:5
  45:8 49:13
piranhas
  47:17
place  36:15
planned  36:2
platform
  47:18
play  14:5
plays  10:19
plow  13:20
pocket  35:24
point  34:16
pointed  27:6
poker  19:22
politic-  7:17
  9:11
political
  26:7 30:24
politically

7:2
politicians
  31:1
politics  4:1
  7:17 9:12
  30:17
pool  5:14
pop  15:12
positive
  30:11
potential
  43:5
poured  18:24
pouring  8:14
powerful
  48:25
pray  50:23
  51:3,10 52:7
prayer  24:22
  47:4,6 50:22
  51:11
praying  47:5,
  6
President
  6:15 8:1
  14:23 17:1
  18:13,16
  23:9,13,16
  24:2,3,14,20
  26:4,5 27:4
  29:23 30:5,11
  32:19,21
  33:3,8,17
  40:15 46:17
  50:24
press  9:5
pressure  50:6
preventive
  35:2
price  53:19
prices  36:3
pro-fauci
  30:11
proceeding
  54:5
process  13:14
  25:4

Proclamation
  22:24
producer  5:25
producers
  5:19
product
  42:12,15,17,
  18
products  50:1
programs  11:9
  12:3
promo  28:5,11
  53:13
protection
  24:7
provided  54:7
public  38:24
  39:23
pull  8:13
  20:7
push  38:13
pushback
  46:11
put  11:1 14:7
  16:20 18:15
  21:17 31:4,21
  34:24 41:15
  48:2


Q

question  33:4
  34:9,15 38:2
  45:2,16
  46:15,24 47:9
questions
  33:5
quick  10:15
  33:5 47:3
quit  5:10 7:4
  43:14,15,16,
  17
quiz  15:12

R

Race  44:13,
  14,19
racist  9:7
rallies  50:16
random  4:14
rate  32:16
reached  8:4
read  13:10
  14:8
reading  5:24
reads  5:24
  30:1
real  8:22
  10:20 12:3,9
  15:11 36:11,
  12 39:14 42:9
realize  9:15
  34:17 47:15
realized
  34:20 35:18
reason  22:12
  48:15
reasons  21:12
rebellion
  23:20
received
  46:20
recorded  54:4
recording
  54:8
red  19:9
referencing
  12:18
referring
  11:17
refusing  23:6
regular  35:10
  53:15
reiterate
  46:20
relate  11:1
related  37:10

relates  16:9
release  9:5
remember
  34:25
repeat  28:7
Republican
  9:14,17 16:13
  51:7
respect  33:17
respirator
  36:14
responding
  13:17,19
responsibility
  31:22,23
restaurants
  28:25
restrict  39:5
reviews  6:16
revile  13:7
revival  51:23
  53:3
rewarded  49:4
rewards  14:3
rhetorically
  24:17
Richard  41:5
rigged  24:5
rightful
  25:19
rights  31:12
RNA  44:8
rob  20:7
Robertson
  13:23
Rock  23:22
room  7:21
  8:5,6 20:6
Rose  52:1
round  45:10
ruined  47:23
  48:9
rules  25:11
running  8:1
  19:19

_____

s

_____

sad  41:17
sake  13:9,13
sand  43:14
sanitiers
  40:23
saturate  36:5
saving  14:16
  53:14
savior  38:14
scary  30:17
scene  12:2
school  44:23
schools  52:2
science  31:16
Scott  38:21
screen  22:13
secure  26:22
security
  15:20 26:21
sees  25:16
self-doubt
  48:11,14
Senate  27:3
  29:23
Senators
  26:4,5
send  12:3
  18:1 25:3
sense  29:2
  37:16
September
  22:22
Sequoia  15:8,
  14
sermon  50:24
servers  15:18
serves  32:19
set  12:13
  17:12 25:23
  50:4
shake  30:10
share  15:12

shipping
  53:12
shirt  7:7
shmoycott
  10:11
shopping  4:25
short  47:17
shorthand
  54:6
show  12:24
  26:24 44:15,
  16,20 48:3
showing  24:8,
  9
shows  5:2,12
  24:6 44:12
shut  30:5
  34:3
shutdown
  19:12,13
shutdowns
  34:4
shutting  21:1
sick  34:23
  47:1
Sidney  16:19
  24:23
signed  24:8
significant
  53:7
simply  24:21
single  10:1
  49:4 51:6,11
sir  11:17
  26:15 45:17
  53:22
sister's  6:6
sit  10:20
  12:2 20:10
sitting  18:15
  43:23
slavery  22:24
  23:1 24:16
small  34:4
Smartmatic
  15:8,14

smoke  22:13
social  21:10
software
  15:7,9,13
sold  10:4
  49:13 53:10
Soros  12:23
  15:13
sort  32:21
South  31:10
sovereign
  16:7
space  15:13
  50:14
Spain  15:20
speak  6:12,22
speedometer
  27:19
spell  28:9
spent  5:11
spikes  19:19
spite  18:25
spring  7:19
  31:11
stand  45:25
  48:15 50:6
  52:6
standing
  13:16
stands  13:24
Stares  44:22
start  4:2,15
  46:9
started  7:12
  51:23
stat  29:5
state  25:3
statements
  30:11
states  19:10,
  11 23:16
  26:22 29:12
  31:6 32:7
  33:18 39:25
  40:4 45:19
stations
  49:16

statistic
  35:9
statute  21:5
  25:5
stay  32:1
step  15:7,17,
  19 45:25 46:3
stepping
  46:21
steps  51:11
steroids  40:7
Steve  40:17
stood  52:25
stop  8:14
  14:15 20:1,2
  30:19
stopped  42:3,
  5,10 43:14
store-  38:4
stores  4:25
story  8:25
  9:1 38:3
stranglehold
  40:5
strength
  50:25 51:2
stuck  35:22
  36:6,13,16
studio  33:1
stuff  4:3,6
  5:21 8:24
  16:23 18:5
  19:17 20:16
  30:20 34:17
  35:18 38:22
  39:7,13
  40:18,21
  42:3,9 49:9
  50:18 53:15
successful
  6:10 44:23
Suckabuck
  21:16
Sunday  28:13
super  29:14
supplement
  35:1

supply  14:22
support  14:23
supposed
  27:15 45:23
suppress
  21:3,12 22:1
  23:19
suppressed
  40:16 41:2
suppressing
  40:9
suppression
  40:24
Supreme  24:24
  25:14,25
swing  19:11

_____

**T**

_____

tabulated
  15:19
takes  14:13
taking  5:7
  43:6 50:13
talk  12:20
  14:21 16:19
  20:2 30:4
  31:5 33:3,8,
  23 48:3
talked  8:22
  16:20 31:17
  33:9
talking
  15:24,25
  22:13 39:10
  42:8 48:6
  49:25
talks  37:19
tapes  19:17
task  42:25
teacher  44:23
technology
  44:13,17,19
telling  8:8
  13:22 16:23
  17:3 21:4,22
  27:19 46:21

ten  4:9 6:5
  32:17 36:15
  37:1
ten-below
  29:1
tens  20:17
test  43:12
tests  27:15
Texas  41:7
  43:13
text  17:23
  18:1
texted  5:25
theft  51:7
thing  10:9,20
  13:21 14:3,6,
  8 15:21 22:2,
  6 26:18 28:15
  31:11 33:8
  35:21 36:18
  39:23 43:4
  48:2
things  4:22
  5:7 8:8 18:13
  26:17 34:25
  35:19 39:5
  40:7 42:4,24
  43:9 50:19
  53:2
thinking  27:5
  46:12 53:7
thought  12:15
  46:9
thoughts  16:8
thousands
  20:17 24:8
  41:7 46:12
three-part
  46:24,25
Thrivetime
  44:16
throw  37:1
tied  21:13
Tim  39:12
time  7:9 12:5
  13:16 14:25
  16:19 19:10

23:10 28:8
  33:9 34:16
  40:14 41:10
  44:3 51:22
  53:8
times  23:8,13
  32:17
timetofreeamer
  ica.com  37:12
today  21:15
  52:19
told  5:13,18,
  19 8:11 32:15
  43:3
tomorrow  20:3
top  41:6
tourism  32:7
Tower  8:5
track  5:4
  39:11
traction  4:16
trailers  30:2
train  34:13
transcribe
  54:4
transcript
  54:5
transcription
  54:6
transportation
  38:24
trapped  46:14
treason  16:1,
  9
treasonous
  15:22
treated  41:7
treatments
  27:7,22 37:13
trolls  10:19,
  25 11:15
troops  23:18
true  16:11
  18:17 21:8
  25:20 29:7
  54:5

Trump 7:21,22
  8:5 9:3,15
  17:14 19:21
  22:9 23:9
  25:19 30:5
  32:19 38:8
  47:8,11 51:20
truth 11:22
  25:22 46:21
  48:23,24
  51:13,14
truthandadvert
ising.org.
  11:23
turned 4:18,
  24 27:14
  44:23 52:3
TV 6:2 7:10
  47:12
tweet 11:1
  14:7,8,10
tweeting
  15:24
Twitter 12:5
twofold 50:23

─────────
        U
─────────

U.S. 23:17,18
U.S.A. 8:10
Uh-huh 39:15
Unbelievable
  43:19
understand
  10:23
United 23:16
  29:12 32:7
  33:17 45:19
upsetting
  22:3
upstairs 4:8
upward 18:21
utter 34:18

─────────
        V
─────────

vaccine
  38:12,16,23,
  25 39:17
  40:13,14 44:8
vaccines
  44:5,7
Vanessa
  37:22,24
  38:7,11 39:2,
  8,15,19 40:1
Venezuela
  15:10
Vice 26:4
  27:4 29:22
  30:11 32:21
video 21:17
videos 12:17
  21:20
view 38:11
virus 29:14,
  19 31:7 43:23
vivid 7:23
voice 21:22
  48:22
vote 15:4
  19:4
voted 7:18
voters 18:14
votes 15:17,
  19 18:15,24
  19:20 22:10

─────────
        W
─────────

W02020060606
  44:12
wait 9:3
wake 22:16
walked 8:6
wanted 4:7
  5:1,22 18:6
  28:20,21,23
  32:25 43:25

war 25:18
  51:17
watch 22:6
  39:24
watched 28:2
  41:19
watching
  23:25 30:1
water 4:13
ways 31:25
wear 30:8
  31:24
wearing 7:7,
  10 32:1 40:23
  47:12
weather 29:1
web- 28:7
website 28:8
  41:10,11
  43:13
whack 36:3,4
White 52:1
wife 37:17,18
  45:7
win 18:25
  19:9 34:14
winner 25:19
Wisconsin
  19:19
wisdom 50:24
woman 32:19,
  20,22
women 37:20
won 19:1
  51:20
Wood 16:19
word 16:1
wore 7:6
work 5:18
  52:15
worked 24:6
works 24:8
  26:21 31:24
world 4:12
  9:3 22:15
  26:8,9,24
  32:15

worried 31:24
worry 29:22
  30:14 31:25
  32:2
worst 6:1
worth 35:23
wow 9:4 10:6
  40:13 43:4
  44:21 48:12
  49:11 50:9
  51:20 52:24
write 4:5
wrong 27:14
  44:1

─────────
        Y
─────────

ye 13:7
year 4:19
  35:9 52:14
years 4:9
  5:3,11 32:20
  36:21 37:18
York 8:5 34:5