# Exhibit 237

1

2

3

4                         File 3

5      Conservative Business Journal, MyPillow CEO Mike Lindell

6      Joins John Di Lemme LIVE on the Biden Scam Series

7                        Dec. 11, 2020

8      Https://www.conservativebusinessjournal.com/podcast/

9      mypillow-ceo-mike-lindell-Biden-scam-series/

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   I N T E R V I E W

 2                        * * *

 3         JOHN DI LEMME:  Mike Lindell, my man.  How are

 4   you, Mike?

 5         MIKE LINDELL:  I'm doing good.

 6         Well, I am -- I'm -- I'm an excited guy.  I know,

 7   Mike, your schedule's incredibly tight.  We love you,

 8   brother.  This is -- this is your third appearance on

 9   the Conservative Business Journal Podcast, News Media

10   Series, and I'm excited to have you on, Mike.

11         This is part 35 of the Biden scam.  I rolled out

12   the Biden scam series, Mike, the night after the

13   election because God spoke to me saying this is a scam.

14   And a scam is an orchestrated effort to rob, steal, kill

15   or destroy something of integrity, and I know you're out

16   there very vocal.  You're out there as a major voice for

17   all of us as patriots, and we just -- we -- we

18   appreciate you.

19         And all of you, obviously, Mike Lindell is an

20   incredible author of a must-read book.  What Are The

21   Odds?  From Crack Addict To CEO, and he's the inventor

22   and creator of what makes me look so beautiful because I

23   get such a great night's sleep.  So Mike Lindell,

24   welcome to the Fighting Scam Series, part 35.  And how

25   about the election?  How about Joe Biden?  How about
```

1    what -- what we're doing here, Mike?

2         MIKE LINDELL:  Well, I'm -- I'm -- I guess, for

3    myself, I'm concentrating on exposing the fraud.  That's

4    what I've been doing the last three weeks.  I've talked

5    to Sidney Powell.  I've been on the phone with her many

6    times, Lin Wood.  I put -- I put up millions of dollars

7    to help out with the election fraud from getting

8    Dominion machine and all -- all this organized.

9         The marches across the country that are going to

10   end up in D.C. on the 12th.  So, you know, I'm not even

11   thinking -- I can't even put my mind there that Joe

12   Biden would be a President, much less our President.

13   Okay.  I'm not even here, you know, with my mind because

14   I know he is going to be -- Donald Trump's going to be

15   our President for four more years, and I really got a

16   (inaudible).

17        I cannot --  it's if people -- I -- I can't even

18   believe there was -- which I believe there was like 65

19   million voted for Joe Biden that actually -- actually

20   probably voted, and I can't believe that they don't

21   realize that their Democrat Party, that ship sailed a

22   long time ago, and they're not voting for that Party.

23   They're voting for a trojan horse for something so

24   horrific you can't even imagine.

25        JOHN DI LEMME:  That -- that's right.  That's

1    right.  And like -- and like you said, we talked about

2    it.  80 million votes, and we just talked about those --

3    just those six -- those six states between Arizona,

4    Nevada, Wisconsin, Georgia, Michigan, Pennsylvania and,

5    you know, it's actually just six cities inside those six

6    states that are anti-Trump, and -- and they're

7    Democratic Socialist ran.

8         So share with everyone, you know, what went

9    through your mind when you -- when you saw Arizona

10   called, and the next day everything shut down from 1:00

11   a.m. to 5:00 a.m., and we all woke up and all of a

12   sudden, Joe Biden was -- was winning.  And when we talk

13   about -- I've been saying, Mike, about being in a Gideon

14   season, a Daniel season, a Joshua, Caleb season.  Like,

15   God's really calling the warriors out.  And I know

16   you're a warrior out there every day.

17        MIKE LINDELL:  Right.  Well, you know, when I --

18   what happened that night, it was -- I just -- you know,

19   I stayed up all night.  I didn't go to bed, and I -- and

20   I watched -- I watched for DBAs every day with MyPillow,

21   5,000 TV stations, 5 -- or 500 radio stations and -- and

22   newspapers across the country.  I look at numbers every

23   single day and go, "Wow.  Look at this.  This is -- this

24   does not make sense."

25        So I have to find out why it doesn't make sense.

1   Okay.  Well, on election night, at 11:00 o'clock, Donald

2   Trump had went from a three to one in sports bet to two

3   to one underdog, all the way up to an eight to one

4   favorite at some sports books.  And then, all of the --

5   all of these -- the rest that was coming in, you -- all

6   you got to do is extrapolate the numbers, and it's

7   impossible for him to lose Wisconsin.

8         It's impossible for him to lose these other

9   states, you know?  And Michigan and Pennsylvania and all

10  these.  And then, you know, about that time they

11  declares -- FOX declares Arizona for Biden at 14

12  percent, and I'm going, "Okay.  There is something

13  seriously wrong when you haven't even declared Florida

14  for the -- for Donald Trump when he's up by -- it's

15  impossible for Biden to catch him, you know?  Or North

16  Carolina or Georgia for that matter."

17        I mean, they say it was just -- I -- it was

18  surreal at that moment going, "Okay.  What's going on

19  here?"  Then, I did find out what was going on.  Sidney

20  Powell, she told me we've got the Dominion machines and

21  stuff, and what happened is at 11:15, our great

22  President got so many votes that during that time, that

23  poured in, it broke the algorithms of the machines.

24        JOHN DI LEMME:  That's right.

25        MIKE LINDELL:  So instead of giving -- when

1   you're giving 1.3 to Biden and 0.7 to the President,

2   it's 26 percent.  But when you're doing that, there

3   wasn't enough votes left like in Wisconsin to -- he

4   would have still won in spite of the cheating.  So what

5   did they have to do?  They had to all shut down at the

6   same time.

7           I don't know.  I'd like to find out, and we will,

8   who ordered the Code Red.  Who's the one that ordered,

9   "Let's all shut down and pretend we're going to quit

10  counting."  And then, they had to backfill these states.

11  I mean, it's -- it's absolutely the -- the most -- it --

12  but you know what?

13          We're very blessed that that happened that he --

14  because if the -- if our President had not broke them

15  algorithms by going millions of votes over what they

16  expected, the Democrats expected, if that wouldn't

17  happen, we would have just thought oh it was mail-in

18  voting and, you know, Biden won.  But instead, he did

19  break it, and it -- all the fraud got exposed.

20          Now -- now, it's one thing to have numbers that

21  pr -- numbers don't prove it.  They just prove that

22  there's something seriously wrong, and this big

23  deviation that it's impossible.  Some of them are like

24  one in a trillion summits, absolutely impossible.  You

25  don't have enough left to do it, but not by doing that

1  though, we were able to find out why this happened, and

2  who -- who made these things happen, and what input made

3  this -- made this become the output.  So I'm very

4  excited, and I'm very -- we should feel blessed as a

5  country that if this wasn't exposed now --

6         JOHN DI LEMME:  That's right.

7         MIKE LINDELL:  -- we would have never -- we would

8  have never had a fair election in the history of the

9  world probably again because the technology nowadays

10  when you set up a machine like Dominion, (inaudible) an

11  election, technology is way beyond what -- you know,

12  it's like anything on any technology base you got fraud,

13  and then you got this.  And they -- they go back and

14  forth all the time.

15         We've got to come up with a system now voting

16  that everyone -- every American should want a fair -- a

17  fair voting system going forward once we get through

18  this.

19         JOHN DI LEMME:  That's right.  I tell you guys, I

20  want to thank all of you that are on LIVE sharing and

21  commenting.  Mike Lindell, MyPillow inventor and CEO,

22  author of What Are The Odds?  From Crack Addict to CEO.

23  And Mike, I want to ask you -- I want to ask you another

24  question, brother.  Once again, I appreciate your time.

25  This is your third appearance.  Your team is awesome.

 1  It was great to have -- it was great to speak to her all

 2  of you today.  And just -- just -- just your heart and

 3  your wisdom as a one percent warrior in America, why do

 4  people -- why does the left hate our President so much,

 5  and you and I obviously love him dearly, and I'll be

 6  there this weekend.  My wife and I will be there

 7  Saturday at the -- at the March and -- and the walk, and

 8  we're also gonna be at the White House on Sunday too for

 9  a little private tour.  But why does the radical left

10  hate our President so much, Mike?

11       MIKE LINDELL:  Well, you know, I -- I want to

12  tell you, I think this is a spiritual battle that's been

13  going on for a long time between good and evil.  I

14  really believe that.  You know why?  Because I didn't --

15  I didn't -- had never voted or anything in my life.  You

16  talked about my crack addiction.

17       When I came out of that on January 16th, 2009 by

18  the grace of God, for the next five years, I had never

19  voted.  I didn't think politics mattered in any way,

20  shape or form.  I'm living my life and all of a sudden,

21  I come out of this.  I'm going, "What did I miss?"

22       And my friends were losing their homes.  They --

23  we were giving money to an evil empire.  I mean, all

24  these things, I'm going, "What did I miss?"  Well, in

25  the Summer of 2016, Donald Trump reached out to me to

1    have a private meeting with him with MyPillow being made

2    in the U.S.A. and stuff and -- and you know what?  I

3    went -- I flew out there.

4         I go, wow.  This -- a President -- our

5    President-elect because he was -- he wasn't President

6    yet, and Donald Trump reached out to me, this just

7    normal citizen -- actually a little abnormal being an

8    ex-addict -- for -- for his opinions on stuff, and I

9    meet with him, private meeting.  Talked about bringing

10   jobs back.  He's telling me all these things he's going

11   to do.

12        I told him I was an ex-crack addict, and I was

13   going to help people with addiction by the millions, and

14   he goes, "And I'm going to stop the drugs from pouring

15   in," and he had all these common sense solutions to --

16   to problems.  Here's a problem.  Here's a solution.  And

17   -- and it's a business solution, but he knows what it's

18   going to manifest to.

19        When I left there, I go, "He's --" it was like

20   40 minutes.  I left there going, "He's going to be the

21   greatest President ever if -- if what he's saying is

22   true."  So I -- I talked to his employees, and every one

23   of them said great things about him, and I -- so I

24   couldn't wait to get back to Minnesota.

25        I got back to Minnesota, and I did a press

1  release to tell the media that I had a meeting with

2  Donald Trump, one of their biggest businessmen.  I was

3  like their darling of Minnesota.  You know, they'd ask

4  me -- they'd come out anytime the media to see all the

5  jobs I'm creating and all this.  Well, when I did that

6  press release, I was -- it was crickets, except for I

7  was called a racist.

8       I was attacked more than anything I've ever been

9  attacked.  The Better Business Bureau lowered me from an

10 A+ to an F because they said I ran my specials too long.

11 I was attacked in ways you've never seen.  Since then,

12 I've been attacked by social media, by Google, by

13 Facebook, by Twitter, by Microsoft.  You name it.  It's

14 happened to me.

15      And so why do they hate our President?  It's not

16 just him.  It's what he stands for.  He's stands to get

17 rid of this -- this -- this deep state or whatever you

18 want to call it, this establishment, this whatever is

19 out there that's driving this evil, whether it's Soros,

20 or whatever it is, this is what he's smashing.  When he

21 did it with political correctness, just smashed it, and

22 let's -- let's see what we have here.

23      And you know what?  They hid from him real good.

24 That's why they hate him.  So he -- they wanted him to

25 -- to not get exposed what he's -- what he's exposing.

1      Well, guess what?  It's too late to close the

2   gate.  The cows are out of the barn.  This election

3   exposed everything, and you know what?  They're not

4   going to be able to hide it now.

5      They can try with their getting ahold of crooked

6   Google who tried to shut down Youtube today.  If you say

7   anything about the election, you -- you shut down

8   Youtube.  I want every American to realize that they're

9   taking away -- you got social media from (phonetic)

10  Facebook to Twitter to Google to Youtube, all these

11  platforms after they -- when we get -- after Donald

12  Trump, and we get through this, he's got to do

13  something.

14      We both -- actually everybody's got to do

15  something on this.  They cannot continue to be -- to do

16  what they're doing to us, and -- and the -- all the rest

17  of the media to the -- the mainstream media that's out

18  There.  And now you as you see a lot of them are just

19  piling on, and what their agenda is, I believe, it's

20  just a world order.  I believe it's Socialism.  I

21  believe it's Communism.

22      There's so many things, and I don't get it.  Why

23  would anybody, a normal human being, want something

24  that's something that is so horrific that they can't

25  see.  It's like -- it's almost like they've been

1    brainwashed, and they have been brainwashed.  They're

2    schools for decades they have brainwashed our children.

3    Took God out of our schools, and then they get to

4    colleges, it gets even worse.  And this is what happened

5    with decades and decades of -- from the teacher's unions

6    to wherever.  This is craziness.

7         JOHN DI LEMME:  And -- and that's why when

8    promise is made, promise is kept with our President.

9    That's why we started the Body and Scam Series 35 days

10   ago because we knew that they were trying to rob our

11   justice.  Rob the integrity of our vote, and it is

12   definitely a spiritual war, and that's why it's -- it --

13   it's so exciting for all of you that are watching LIVE

14   to obviously share this episode.

15        Re-Tweet it.  Quote it.  Share it.  We have to

16   battle.  You know, I believe, Mike, you talk about the

17   Bible in the book of Genesis, God gives us dominion,

18   right, Mike, over everything.

19        And then, we got the radical, Socialist, Dominion

20   software.  I mean -- I mean, God is -- God has this all

21   lined up for the -- as we say, for the one percent

22   warriors, and it's so -- it's so important on a final

23   point tonight, Mike, this weekend in D.C., I love what

24   you're doing.  You're using a number of victory.  You're

25   gonna -- you're gonna -- you're gonna go seven times

1  around like the walls of Jericho, correct?  The Jericho

2  walk?  And --

3       MIKE LINDELL:  That's right.  I actually

4  sponsored three different rallies.  One's the March

5  Across that I'm in now.  We started in four all the way

6  across the country.  It's a bus tour.  I've been

7  speaking in different cities where two or three thousand

8  people have showed up.

9       And then, there's another one called the Jericho

10  March, the one you're talking about.  They reached out

11  to me.  I said, "Absolutely."  This is the prayer

12  warriors.  That we're out there.  We're gonna -- at 9:30

13  in the morning on -- on December 12th, I figure we're

14  going to have in D.C., 2.3 million people.  That's what

15  -- that's the number God's given me, and that's the

16  number we're going to get.

17       And we're going to go all the way around the

18  Capitol seven times.  We get back to the National Mall,

19  and I'm going to be speaking there and leading in

20  prayer.  And then, General Flynn, amazing speakers,

21  amazing prayers, and we're all in this together to keep

22  praying.  This God's got his hand in all this.  I

23  Want to take away everybody's fear.

24       JOHN DI LEMME:  Right.

25

1        MIKE LINDELL:  Let's get rid of the fear and be

2    bold in our faith.  Be bold in our faith.  Trust in God

3    because you know what?  When we get through this and

4    say, "Wow.  This had to happen for --" you know when we

5    look at things that happened in our life that we don't

6    understand --

7        JOHN DI LEMME:  Right.

8        MIKE LINDELL:  -- and then, you look back and

9    say, "If this wouldn't happen, this wouldn't have

10   happened."  And there's great things coming when we get

11   through this.  The better our children, our grandchild,

12   everything, our lives going forward.  So --

13       JOHN DI LEMME:  And that's why it's so important.

14   Like I said, this had to expose the corruption, and

15   that's why I've orchestrated this as the scam, which is

16   an orchestrated effort.  We talked about obviously

17   tonight your time is limited.  Love to have you back on

18   again, Mike.

19       Talk about Wuhan Virus, Fauci, lock downs,

20   quarantine, biochemical warfare, mail-in ballots.  They

21   orchestrated all of this to steal our election.  To

22   steal all freedom.  To steal our Judea, Christian

23   values.  And you know the attack is on Capitalism,

24   churches and synagogues.  And we're going to win.

25       That's why -- that's why it's Daniel's Seasons.

1   It's Gideon's Season, and so forth.  You're awesome,

2   Mike.  Final word, Mike Lindell, you're awesome brother.

3          MIKE LINDELL:  You know, I would like to say

4   something.  Do I have a minute, yet?

5          JOHN DI LEMME:  Well, Mike, go right ahead.

6          MIKE LINDELL:  Okay.

7          JOHN DI LEMME:  Go as long as you'd like.

8          MIKE LINDELL:  I'd like to talk about the virus.

9   This is -- you -- when they have vanasized (phonetic)

10  this, you know, when I was a slam by Anderson Cooper on

11  TV, that thing was real, the myoleander.com.  They've

12  attacked things that are out there to help from all

13  these things.

14         And then, here we are in Minnesota.  I mean, this

15  -- these are recent things.  Over Thanksgiving, you

16  can't have six or eight people in your house for

17  Thanksgiving, but then the Mall of America, and the box

18  stores apparently they don't have Covid.  Apparently,

19  restaurants -- my friends -- across the country, my

20  friend -- people have reached out to me, they're losing

21  that -- especially the restaurant.  They're shutting

22  down.

23         10:00 o'clock you shut your restaurant down

24  because I -- I guess Covid only comes out after 10:00

25  o'clock.  I mean, this is just nothing sense.  When you

1  go to Walmart or a box store, and you can be

2  wall-to-wall with people, especially when you're -- you

3  know, it's Christmas season.  Everyone's in there

4  scrambling.  And then, you live in your own homes.

5       If -- if people don't realize -- yes.  This Covid

6  is real, but do you know what?  You can look at --  I'll

7  give you an (inaudible) of governors, that the governors

8  if you don't look around and see the ones that have

9  politicized this, they're in the worst shape.

10  California, New York, Michigan, Minnesota.  Let me tell

11  you about South Dakota.

12       My good Governor, my friend, Kristi Noem, she --

13  at the beginning of this pandemic, she looked at it and

14  said, "I can't break the Constitution.  I'm not gonna

15  break people's rights, but how can I let them know and

16  live within that?"  And she put a lot of responsibility

17  on the people.

18       She talked to her scientists in her -- and the

19  inner doctors, and she said, "You know what?"  They said

20  -- here's what they -- she let them know how masks work.

21  That the ones that work both ways so you don't have to

22  worry if another person's wearing a mask.  Like a KN95,

23  an N95 or a treated disposable.

24       If you're wearing a cotton mask, you're not

25  protected from them.  They're just protected from you.

 1  So she educated her people.  Guess what?  And she --

 2  all the business -- businesses were deemed essential.

 3  Who is she to judge that a church or -- or a restaurant

 4  was not essential when a part -- a part store was or a

 5  -- or a Planned Parenthood was, you know?  I'm -- and

 6  what she -- everybody was an essential business in her

 7  mind.  Here's what happened, what it manifested to.

 8       The number one economy in the United States right

 9  now is South Dakota.  The -- not -- her biggest -- her

10  -- she is up 150 percent in tourism during a pandemic.

11  From a year ago until now.  Okay.  And guess what her

12  death rate that they predicted that these -- these

13  doctors that we listened to two doctors that are

14  supposed to be experts, her death rate is one tenth of

15  what they expected.

16       So you can't tell me, this is a big farce.  The

17  pandemic's real, but now we know how -- we know --

18  people know what to do now, and you -- and you put it

19  out there, and people can be.  If you don't want to go

20  out, then don't go out.  You put a sign on your

21  business, and if you don't want to have masks in your

22  business, then other people should know that at the

23  door, then don't come in there.

24       If it's required, I wear a mask where I'm

25  required to wear it.  But don't shut down those people's

 1  businesses.  This is wrong.  And you know what?  It's

 2  going to get worse if people don't stand up.  You should

 3  not have to sit inside California, Minnesota, Michigan,

 4  New York, New Jersey.  This is crazy.

 5       Look at that -- look at states like Florida,

 6  Oklahoma, and South Dakota and Iowa.  These places are

 7  open for business and everything's lower there.  They're

 8  helping people by keeping them indoors.

 9       JOHN DI LEMME:  That's right.  I tell you, Mike,

10  that -- that -- that there deserves a standing ovation

11  here in any auditorium, young man.  This -- this is a

12  standing ovation for you.

13       MIKE LINDELL:  Okay.

14       JOHN DI LEMME:  This is awesome.  Standing

15  Ovation.  This is absolute wisdom.  For all of you,

16  that's why we do -- for those of you that are on right

17  now, my name is John Di Lemme.  I'm the founder of

18  Conservative Business Journal, and we're out to conserve

19  Judeo, Christian values, integrity, hard work,

20  Capitalism, the ability for God's greatness to -- to be

21  able to manifest to all of you.

22       Mike, and on the final point tonight for you, you

23  can go as long as you like, which you -- you go as long

24  as you like.  Share a little about your book, Mike.

25  This -- this is such a must read book, and I talk about

1    this is a picture of you before MyPillow.  Before

2    Pillow, after Pillow.  I love your --

3        MIKE LINDELL:  Well, no.  It's not before Pillow.

4    It's -- it's before I quit crack and after I quit crack.

5    When I invented the Pillow, I was still on crack

6    cocaine.  I was still a -- very much an addict, and I

7    invented MyPillow in 2005.

8        I quit everything by the grace of God on January

9    16, 2009, and in that book, you're gonna see not just --

10   not just addiction, and how it effects everybody.  No --

11   no matter how many forks you eat with.  Everybody --

12   addiction is just not somebody on the street, homeless,

13   or whatever that you perceive.  Everybody out there,

14   addiction comes from childhood, from wounds.

15       In my case, it was my parents divorce when I was

16   seven, and I was put into a school.  I was the only kid

17   from a broken home.  And we all know what that does, the

18   fatherlessness and the cities, and the -- in all these

19   places where you don't have the traditional family, and

20   you don't have -- and -- and now, it's even been worse

21   because they've taken God out of our schools.

22       So these things, these pains manifest into, you

23   know, any addiction will mask pain, give you false

24   courage and all these things.  But also in the book is a

25   story of hope.  It's the transformation, story of hope.

1  I have four near-death experiences.  I've had -- you --

2  it reads like the best fiction novel you ever read.  And

3  then, you know what?  This is all true?  Because there's

4  entrepreneurship in there.

5      I was a very functional family for 20 years.  Had

6  raised a family, just like everyone else, and -- and the

7  white-picket fence, and people -- you know, very

8  functioning addict, but I want to tell everyone to -- in

9  the book, when you say -- when I say, "Don't lose hope."

10  Right now, if you're out there, and you're a Christian,

11  or a businessman, a business -- you know, you have a

12  business or whatever, you need to stand up.

13      And I'm telling you right now, everyone says to

14  me -- they just did an article, I think it was in

15  Forbes, "Mike Lindell has probably lost a lot of his

16  business because of he -- he does -- he -- he stands

17  firm on all these things," you know?  "He -- he said he

18  had a cure to the virus, and -- and he -- he backs

19  Donald Trump, and he stands for his values."

20      Well, you know what?

21      JOHN DI LEMME:  Right.

22      MIKE LINDELL:  My biggest -- my busiest day, is

23  the day I'm in.  I have over 2,000 employees now.  Every

24  single, we get busier because I stand up for what God

25  wants me to do.  I use proverbs 3,5,6.  "Trust in the

1   Lord with all your heart.  And always acknowledge him,

2   and he will -- lean on -- lean not unto your own

3   understanding, and always acknowledge him, and he will

4   guide your path."

5         And, you know, I'm telling you, that I just --

6   I'm not going to back down.

7         JOHN DI LEMME:  Right.

8         MIKE LINDELL:  I mean, they say all the time,

9   "Boycott Mike Lindell in MyPillow," and you guys say,

10  "Don't boycott him.  He'll double his ads.  We see

11  enough of that jerk."  Well, you know what?  It -- the

12  business keeps going up, and I'm happy with where -- you

13  know, I'm a happy person.

14        I don't have to live in fear.  I -- I get -- put

15  on that armor of protection every day of God.  And

16  that's what we all need to do right now is stand up.  We

17  are one nation under God, and don't be afraid of this.

18  Don't live in fear of boycotts of your business or

19  culture -- canceling your culture or canceling us.

20        Right now, they're trying to cancel us out.  My

21  own state of Minnesota.  I -- I never thought I'd ever

22  leave Minnesota, but Minnesota is leaving me.  This is

23  where we're at and things here.  It's -- it's really

24  sad, but we're all -- we're all going to get through

25  this.

1       I want to get the message out that's doing in

2    December 12th, when 2.3 million people, we're going to

3    be representing hundreds of millions of people because

4    you know what?  Around the world, you know who they want

5    for our President?  Donald Trump.

6       JOHN DI LEMME:  That's right.

7       MIKE LINDELL:  Maybe three countries don't.

8    China and Russia and maybe Iran.  I know those three,

9    they don't want -- those -- those don't.  But every

10   other country wants us because the whole world's

11   watching this because you -- you are stealing our lives

12   from us if we let this go.  So everybody speak out.

13      JOHN DI LEMME:  And that's why it's so important

14   what Mike said about standing up.  You know, Mike, when

15   we rolled out on Wednesday night, November 3rd, the day

16   after the election -- excuse me.  Wednesday night,

17   November 4th, and I just went crazy on my podcast

18   series.

19      Obviously, you've been on two other times, and

20   we're so blessed to have you back for the third

21   appearance.

22      MIKE LINDELL:  Right.

23      JOHN DI LEMME:  I just named it the body scam,

24   and when we were done, I said to my wife and our team,

25   I'm like, "There was thousands of people on."  People --

 1   we're now getting close up to -- we're getting close up

 2   to almost 9 million views, Mike, on this series.

 3   People want to know the truth.

 4        Take Mike's words for it, guys.  Stand up for

 5   red, white and blue.  Stand up for our troops.  You

 6   know, pray for our troops.  Pray for our military.  Pray

 7   for our country.

 8        And, you know, we have to stand.  You know, like,

 9   when people say, "What are you doing faith stands?"  I'm

10   standing by faith.  I'm a fervent man of prayer, and I

11   believe we're in a Gideon season.

12        MIKE LINDELL:  Yup.

13        JOHN DI LEMME:  I believe we're in a faithful

14   season.

15        So Mike, any -- any final words you want -- you

16   want to share?

17        MIKE LINDELL:  Here's my -- here's my final

18   words, and I gotta run.  I'm going on a shopping channel

19   here in three minutes.  I gotta change into my blue

20   suit -- or my blue shirt, but I wanna tell everyone

21   right now, I want everybody out there to view this as

22   the biggest opportunity in history for the greatest

23   revival in world history.

24        JOHN DI LEMME:  Amen.

25        MIKE LINDELL:  We can -- people look for hope.

File 3 Conservative Business Journal  Mike Lindell
December 11, 2020                        24

1   Things are down.  They -- and they -- and that hope is

2   Jesus Christ, and I'll tell you --

3          JOHN DI LEMME:  Right.

4          MIKE LINDELL:  -- this is the time for the

5   biggest revival ever.

6          So thanks for having me on and God bless you, and

7   keep the faith.

8          JOHN DI LEMME:  God bless you, Mike.  And thank

9   you.  I'll see you Saturday in -- in -- in Washington,

10  in D.C.

11         MIKE LINDELL:  That sounds great.  All right.

12  God bless.

13         JOHN DI LEMME:  Thank you.  Go sell a lot of

14  pillows, my Capitalism.  Bring it in.

15         MIKE LINDELL:  Right.

16         (End of recording.)

17

18

19

20

21

22

23

24

25

1              C E R T I F I C A T E

2

3   I, STEPHANIE TURNER, Certified Shorthand Reporter/

4   Transcriptionist, do hereby certify that I was

5   authorized to transcribe the foregoing recorded

6   proceeding, and that the transcript is a true and

7   accurate transcription of my shorthand notes, to the

8   best of my ability, taken while listening to the

9   provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15   Dated this 29th day of January, 2021.

16

17

18

19                      *Stephanie Turner*

20                      _____

21                      STEPHANIE TURNER, CSR 13439

22

23

24

25

| 0 | 5 | |
|---|---|---|

**0** column

**0.7** 6:1

**1**

**1.3** 6:1
**10:00** 15:23, 24
**11:00** 5:1
**11:15** 5:21
**12th** 3:10 13:13 22:2
**14** 5:11
**150** 17:10
**16** 19:9
**16th** 8:17
**1:00** 4:10

**2**

**2,000** 20:23
**2.3** 13:14 22:2
**20** 20:5
**2005** 19:7
**2009** 8:17 19:9
**2016** 8:25
**26** 6:2

**3**

**3,5,6** 20:25
**35** 12:9
**3rd** 22:15

**4**

**40** 9:20
**4th** 22:17

**5**

**5** 4:21
**5,000** 4:21
**500** 4:21
**5:00** 4:11

**6**

**65** 3:18

**8**

**80** 4:2

**9**

**9** 23:2
**9:30** 13:12

**A**

**A+** 10:10
**a.m.** 4:11
**ability** 18:20
**abnormal** 9:7
**absolute** 18:15
**absolutely** 6:11,24 13:11
**acknowledge** 21:1,3
**addict** 7:22 9:12 19:6 20:8
**addiction** 8:16 9:13 19:10,12,14, 23
**ads** 21:10
**afraid** 21:17
**agenda** 11:19
**ahead** 15:5
**ahold** 11:5

**algorithms** 5:23 6:15
**amazing** 13:20,21
**Amen** 23:24
**America** 8:3 15:17
**American** 7:16 11:8
**Anderson** 15:10
**anti-trump** 4:6
**anytime** 10:4
**apparently** 15:18
**appearance** 7:25 22:21
**Arizona** 4:3,9 5:11
**armor** 21:15
**article** 20:14
**attack** 14:23
**attacked** 10:8,9,11,12 15:12
**auditorium** 18:11
**author** 7:22
**awesome** 7:25 15:1,2 18:14

**B**

**back** 7:13 9:10,24,25 13:18 14:8,17 21:6 22:20
**backfill** 6:10
**backs** 20:18
**ballots** 14:20
**barn** 11:2
**base** 7:12
**battle** 8:12 12:16
**bed** 4:19

**beginning** 16:13
**bet** 5:2
**Bible** 12:17
**Biden** 3:12,19 4:12 5:11,15 6:1,18
**big** 6:22 17:16
**biggest** 10:2 17:9 20:22 23:22 24:5
**biochemical** 14:20
**bless** 24:6,8, 12
**blessed** 6:13 7:4 22:20
**blue** 23:5,19, 20
**body** 12:9 22:23
**bold** 14:2
**book** 12:17 18:24,25 19:9,24 20:9
**books** 5:4
**box** 15:17 16:1
**boycott** 21:9, 10
**boycotts** 21:18
**brainwashed** 12:1,2
**break** 6:19 16:14,15
**Bring** 24:14
**bringing** 9:9
**broke** 5:23 6:14
**broken** 19:17
**brother** 7:24 15:2
**Bureau** 10:9
**bus** 13:6

**busier** 20:24
**busiest** 20:22
**business** 9:17
  10:9 17:2,6,
  21,22 18:7,18
  20:11,12,16
  21:12,18
**businesses**
  17:2 18:1
**businessman**
  20:11
**businessmen**
  10:2

---

**C**

**Caleb** 4:14
**California**
  16:10 18:3
**call** 10:18
**called** 4:10
  10:7 13:9
**calling** 4:15
**cancel** 21:20
**canceling**
  21:19
**Capitalism**
  14:23 18:20
  24:14
**Capitol** 13:18
**Carolina** 5:16
**case** 19:15
**catch** 5:15
**CEO** 7:21,22
**change** 23:19
**channel** 23:18
**cheating** 6:4
**childhood**
  19:14
**children** 12:2
  14:11
**China** 22:8
**Christ** 24:2
**Christian**
  14:22 18:19
  20:10

**Christmas**
  16:3
**church** 17:3
**churches**
  14:24
**cities** 4:5
  13:7 19:18
**citizen** 9:7
**close** 11:1
  23:1
**cocaine** 19:6
**Code** 6:8
**colleges** 12:4
**commenting**
  7:21
**common** 9:15
**Communism**
  11:21
**concentrating**
  3:3
**Conservative**
  18:18
**conserve**
  18:18
**Constitution**
  16:14
**continue**
  11:15
**Cooper** 15:10
**correct** 13:1
**correctness**
  10:21
**corruption**
  14:14
**cotton** 16:24
**counting** 6:10
**countries**
  22:7
**country** 3:9
  4:22 7:5 13:6
  15:19 22:10
  23:7
**courage** 19:24
**Covid** 15:18,
  24 16:5
**cows** 11:2

**crack** 7:22
  8:16 19:4,5
**craziness**
  12:6
**crazy** 18:4
  22:17
**creating** 10:5
**crickets** 10:6
**crooked** 11:5
**culture** 21:19
**cure** 20:18

---

**D**

**D.C.** 3:10
  12:23 13:14
  24:10
**Dakota** 16:11
  17:9 18:6
**Daniel** 4:14
**Daniel's**
  14:25
**darling** 10:3
**day** 4:10,16,
  20,23 20:22,
  23 21:15
  22:15
**days** 12:9
**DBAS** 4:20
**dearly** 8:5
**death** 17:12,
  14
**decades** 12:2,
  5
**December**
  13:13 22:2
**declared** 5:13
**declares** 5:11
**deemed** 17:2
**deep** 10:17
**Democrat** 3:21
**Democratic**
  4:7
**Democrats**
  6:16

**deserves**
  18:10
**deviation**
  6:23
**Di** 3:25 5:24
  7:6,19 12:7
  13:24 14:7,13
  15:5,7 18:9,
  14,17 20:21
  21:7 22:6,13,
  23 23:13,24
  24:3,8,13
**disposable**
  16:23
**divorce** 19:15
**doctors** 16:19
  17:13
**dollars** 3:6
**dominion** 3:8
  5:20 7:10
  12:17,19
**Donald** 3:14
  5:1,14 8:25
  9:6 10:2
  11:11 20:19
  22:5
**door** 17:23
**double** 21:10
**downs** 14:19
**driving** 10:19
**drugs** 9:14

---

**E**

**eat** 19:11
**economy** 17:8
**educated** 17:1
**effects** 19:10
**effort** 14:16
**election** 3:7
  5:1 7:8,11
  11:2,7 14:21
  22:16
**empire** 8:23
**employees**
  9:22 20:23

end 3:10
24:16
entrepreneursh
ip 20:4
episode 12:14
essential
17:2,4,6
establishment
10:18
everybody's
11:14 13:23
Everyone's
16:3
everything's
18:7
evil 8:13,23
10:19
ex-addict 9:8
ex-crack 9:12
excited 7:4
exciting
12:13
excuse 22:16
expected 6:16
17:15
experiences
20:1
experts 17:14
expose 14:14
exposed 6:19
7:5 10:25
11:3
exposing 3:3
10:25
extrapolate
5:6

**F**

Facebook
10:13 11:10
fair 7:8,16,
17
faith 14:2
23:9,10 24:7
faithful
23:13

false 19:23
family 19:19
20:5,6
farce 17:16
fatherlessness
19:18
Fauci 14:19
favorite 5:4
fear 13:23
14:1 21:14,18
feel 7:4
fence 20:7
fervent 23:10
fiction 20:2
figure 13:13
final 12:22
15:2 18:22
23:15,17
find 4:25
5:19 6:7 7:1
firm 20:17
flew 9:3
Florida 5:13
18:5
Flynn 13:20
Forbes 20:15
forks 19:11
form 8:20
forward 7:17
14:12
founder 18:17
FOX 5:11
fraud 3:3,7
6:19 7:12
freedom 14:22
friend 15:20
16:12
friends 8:22
15:19
functional
20:5
functioning
20:8

**G**

gate 11:2
General 13:20
Genesis 12:17
Georgia 4:4
5:16
Gideon 4:13
23:11
Gideon's 15:1
give 16:7
19:23
giving 5:25
6:1 8:23
God 8:18
12:3,17,20
14:2 19:8,21
20:24 21:15,
17 24:6,8,12
God's 4:15
13:15,22
18:20
good 8:13
10:23 16:12
Google 10:12
11:6,10
gotta 23:18,
19
Governor
16:12
governors
16:7
grace 8:18
19:8
grandchild
14:11
great 5:21
8:1 9:23
14:10 24:11
greatest 9:21
23:22
greatness
18:20
guess 3:2
11:1 15:24
17:1,11

guide 21:4
guys 7:19
21:9 23:4

**H**

hand 13:22
happen 6:17
7:2 14:4,9
happened 4:18
5:21 6:13 7:1
10:14 12:4
14:5,10 17:7
happy 21:12,
13
hard 18:19
hate 8:4,10
10:15,24
He'll 21:10
heart 8:2
21:1
helping 18:8
hid 10:23
hide 11:4
history 7:8
23:22,23
home 19:17
homeless
19:12
homes 8:22
16:4
hope 19:25
20:9 23:25
24:1
horrific 3:24
11:24
horse 3:23
house 8:8
15:16
human 11:23
hundreds 22:3

**I**

imagine 3:24

important
  12:22 14:13
  22:13
impossible
  5:7,8,15
  6:23,24
inaudible
  3:16 7:10
  16:7
indoors  18:8
input  7:2
inside  4:5
  18:3
integrity
  12:11 18:19
invented
  19:5,7
inventor  7:21
Iowa  18:6
Iran  22:8

J

January  8:17
  19:8
Jericho  13:1,
  9
jerk  21:11
Jersey  18:4
Jesus  24:2
jobs  9:10
  10:5
Joe  3:11,19
  4:12
John  3:25
  5:24 7:6,19
  12:7 13:24
  14:7,13 15:5,
  7 18:9,14,17
  20:21 21:7
  22:6,13,23
  23:13,24
  24:3,8,13
Joshua  4:14
Journal  18:18
Judea  14:22

Judeo  18:19
judge  17:3
justice  12:11

K

keeping  18:8
kid  19:16
KN95  16:22
knew  12:10
Kristi  16:12

L

late  11:1
leading  13:19
lean  21:2
leave  21:22
leaving  21:22
left  6:3,25
  8:4,9 9:19,20
Lemme  3:25
  5:24 7:6,19
  12:7 13:24
  14:7,13 15:5,
  7 18:9,14,17
  20:21 21:7
  22:6,13,23
  23:13,24
  24:3,8,13
life  8:15,20
  14:5
limited  14:17
Lin  3:6
Lindell  3:2
  4:17 5:25
  7:7,21 8:11
  13:3 14:1,8
  15:2,3,6,8
  18:13 19:3
  20:15,22
  21:8,9 22:7,
  22 23:12,17,
  25 24:4,11,15
lined  12:21
listened
  17:13

live  7:20
  12:13 16:4,16
  21:14,18
lives  14:12
  22:11
living  8:20
lock  14:19
long  3:22
  8:13 10:10
  15:7 18:23
looked  16:13
Lord  21:1
lose  5:7,8
  20:9
losing  8:22
  15:20
lost  20:15
lot  11:18
  16:16 20:15
  24:13
love  8:5
  12:23 14:17
  19:2
lower  18:7
lowered  10:9

M

machine  3:8
  7:10
machines
  5:20,23
made  7:2,3
  9:1 12:8
mail-in  6:17
  14:20
mainstream
  11:17
make  4:24,25
Mall  13:18
  15:17
man  18:11
  23:10
manifest  9:18
  18:21 19:22
manifested
  17:7

March  8:7
  13:4,10
marches  3:9
mask  16:22,24
  17:24 19:23
masks  16:20
  17:21
matter  5:16
  19:11
mattered  8:19
media  10:1,4,
  12 11:9,17
meet  9:9
meeting  9:1,9
  10:1
message  22:1
Michigan  4:4
  5:9 16:10
  18:3
Microsoft
  10:13
Mike  3:1,2
  4:13,17 5:25
  7:7,21,23
  8:10,11
  12:16,18,23
  13:3 14:1,8,
  18 15:2,3,5,
  6,8 18:9,13,
  22,24 19:3
  20:15,22
  21:8,9 22:7,
  14,22 23:2,
  12,15,17,25
  24:4,8,11,15
Mike's  23:4
military  23:6
million  3:19
  4:2 13:14
  22:2 23:2
millions  3:6
  6:15 9:13
  22:3
mind  3:11,13
  4:9 17:7
Minnesota
  9:24,25 10:3

15:14 16:10
18:3 21:21,22
**minute** 15:4
**minutes** 9:20
23:19
**moment** 5:18
**money** 8:23
**morning** 13:13
**myoleander.**
**com.** 15:11
**Mypillow** 4:20
7:21 9:1
19:1,7 21:9

---

### N

**N95** 16:23
**named** 22:23
**nation** 21:17
**National**
13:18
**near-death**
20:1
**Nevada** 4:4
**newspapers**
4:22
**night** 4:18,19
5:1 22:15,16
**Noem** 16:12
**normal** 9:7
11:23
**North** 5:15
**November**
22:15,17
**nowadays** 7:9
**number** 12:24
13:15,16 17:8
**numbers** 4:22
5:6 6:20,21

---

### O

**Odds** 7:22
**Oklahoma** 18:6
**One's** 13:4

**open** 18:7
**opinions** 9:8
**opportunity**
23:22
**orchestrated**
14:15,16,21
**order** 11:20
**ordered** 6:8
**organized** 3:8
**output** 7:3
**ovation**
18:10,12,15

---

### P

**pain** 19:23
**pains** 19:22
**pandemic**
16:13 17:10
**pandemic's**
17:17
**Parenthood**
17:5
**parents** 19:15
**part** 17:4
**Party** 3:21,22
**path** 21:4
**Pennsylvania**
4:4 5:9
**people** 3:17
8:4 9:13
13:8,14
15:16,20
16:2,5,17
17:1,18,19,22
18:2,8 20:7
22:2,3,25
23:3,9,25
**people's**
16:15 17:25
**perceive**
19:13
**percent** 5:12
6:2 8:3 12:21
17:10
**person** 21:13

**person's**
16:22
**phone** 3:5
**phonetic** 11:9
15:9
**picture** 19:1
**piling** 11:19
**Pillow** 19:2,
3,5
**pillows** 24:14
**places** 18:6
19:19
**Planned** 17:5
**platforms**
11:11
**podcast** 22:17
**point** 12:23
18:22
**political**
10:21
**politicized**
16:9
**politics** 8:19
**poured** 5:23
**pouring** 9:14
**Powell** 3:5
5:20
**pr** 6:21
**pray** 23:6
**prayer** 13:11,
20 23:10
**prayers** 13:21
**praying** 13:22
**predicted**
17:12
**President**
3:12,15 5:22
6:1,14 8:4,10
9:4,5,21
10:15 12:8
22:5
**President-**
**elect** 9:5
**press** 9:25
10:6
**pretend** 6:9

**private** 8:9
9:1,9
**problem** 9:16
**problems** 9:16
**promise** 12:8
**protected**
16:25
**protection**
21:15
**prove** 6:21
**proverbs**
20:25
**put** 3:6,11
16:16 17:18,
20 19:16
21:14

---

### Q

**quarantine**
14:20
**question** 7:24
**quit** 6:9
19:4,8
**Quote** 12:15

---

### R

**racist** 10:7
**radical** 8:9
12:19
**radio** 4:21
**raised** 20:6
**rallies** 13:4
**ran** 4:7 10:10
**rate** 17:12,14
**Re-tweet**
12:15
**reached** 8:25
9:6 13:10
15:20
**read** 18:25
20:2
**reads** 20:2
**real** 10:23
15:11 16:6

17:17
**realize** 3:21
  11:8 16:5
**recent** 15:15
**recording**
  24:16
**red** 6:8 23:5
**release** 10:1,
  6
**representing**
  22:3
**required**
  17:24,25
**responsibility**
  16:16
**rest** 5:5
  11:16
**restaurant**
  15:21,23 17:3
**restaurants**
  15:19
**revival** 23:23
  24:5
**rid** 10:17
  14:1
**rights** 16:15
**rob** 12:10,11
**rolled** 22:15
**run** 23:18
**Russia** 22:8

---

**S**

**sad** 21:24
**sailed** 3:21
**Saturday** 8:7
  24:9
**scam** 12:9
  14:15 22:23
**school** 19:16
**schools** 12:2,
  3 19:21
**scientists**
  16:18
**scrambling**
  16:4

**season** 4:14
  15:1 16:3
  23:11,14
**Seasons** 14:25
**sell** 24:13
**sense** 4:24,25
  9:15 15:25
**series** 12:9
  22:18 23:2
**set** 7:10
**shape** 8:20
  16:9
**share** 4:8
  12:14,15
  18:24 23:16
**sharing** 7:20
**ship** 3:21
**shirt** 23:20
**shopping**
  23:18
**showed** 13:8
**shut** 4:10
  6:5,9 11:6,7
  15:23 17:25
**shutting**
  15:21
**Sidney** 3:5
  5:19
**sign** 17:20
**single** 4:23
  20:24
**sit** 18:3
**slam** 15:10
**smashed** 10:21
**smashing**
  10:20
**social** 10:12
  11:9
**Socialism**
  11:20
**Socialist** 4:7
  12:19
**software**
  12:20
**solution**
  9:16,17

**solutions**
  9:15
**Soros** 10:19
**sounds** 24:11
**South** 16:11
  17:9 18:6
**speak** 8:1
  22:12
**speakers**
  13:20
**speaking**
  13:7,19
**specials**
  10:10
**spiritual**
  8:12 12:12
**spite** 6:4
**sponsored**
  13:4
**sports** 5:2,4
**stand** 18:2
  20:12,24
  21:16 23:4,5,
  8
**standing**
  18:10,12,14
  22:14 23:10
**stands** 10:16
  20:16,19 23:9
**started** 12:9
  13:5
**state** 10:17
  21:21
**states** 4:3,6
  5:9 6:10 17:8
  18:5
**stations** 4:21
**stayed** 4:19
**steal** 14:21,
  22
**stealing**
  22:11
**stop** 9:14
**store** 16:1
  17:4
**stores** 15:18

**story** 19:25
**street** 19:12
**stuff** 5:21
  9:2,8
**sudden** 4:12
  8:20
**suit** 23:20
**Summer** 8:25
**summits** 6:24
**Sunday** 8:8
**supposed**
  17:14
**surreal** 5:18
**synagogues**
  14:24
**system** 7:15,
  17

---

**T**

**taking** 11:9
**talk** 4:12
  12:16 14:19
  15:8 18:25
**talked** 3:4
  4:1,2 8:16
  9:9,22 14:16
  16:18
**talking** 13:10
**teacher's**
  12:5
**team** 7:25
  22:24
**technology**
  7:9,11,12
**telling** 9:10
  20:13 21:5
**tenth** 17:14
**Thanksgiving**
  15:15,17
**thing** 6:20
  15:11
**things** 7:2
  8:24 9:10,23
  11:22 14:5,10
  15:12,13,15
  19:22,24

20:17 21:23
24:1
**thinking** 3:11
**thought** 6:17
21:21
**thousand** 13:7
**thousands**
22:25
**time** 3:22
5:10,22 6:6
7:14,24 8:13
14:17 21:8
24:4
**times** 3:6
12:25 13:18
22:19
**today** 8:2
11:6
**told** 5:20
9:12
**tonight** 12:23
14:17 18:22
**tour** 8:9 13:6
**tourism** 17:10
**traditional**
19:19
**transformation**
19:25
**treated** 16:23
**trillion** 6:24
**trojan** 3:23
**troops** 23:5,6
**true** 9:22
20:3
**Trump** 5:2,14
8:25 9:6 10:2
11:12 20:19
22:5
**Trump's** 3:14
**Trust** 14:2
20:25
**truth** 23:3
**TV** 4:21 15:11
**Twitter** 10:13
11:10

**U**

**U.S.A.** 9:2
**underdog** 5:3
**understand**
14:6
**understanding**
21:3
**unions** 12:5
**United** 17:8

**V**

**values** 14:23
18:19 20:19
**vanasized**
15:9
**victory** 12:24
**view** 23:21
**views** 23:2
**virus** 14:19
15:8 20:18
**vote** 12:11
**voted** 3:19,20
8:15,19
**votes** 4:2
5:22 6:3,15
**voting** 3:22,
23 6:18 7:15,
17

**W**

**wait** 9:24
**walk** 8:7 13:2
**wall-to-wall**
16:2
**walls** 13:1
**Walmart** 16:1
**wanna** 23:20
**wanted** 10:24
**war** 12:12
**warfare** 14:20
**warrior** 4:16
8:3

**warriors** 4:15
12:22 13:12
**Washington**
24:9
**watched** 4:20
**watching**
12:13 22:11
**ways** 10:11
16:21
**wear** 17:24,25
**wearing**
16:22,24
**Wednesday**
22:15,16
**weekend** 8:6
12:23
**weeks** 3:4
**white** 8:8
23:5
**white-picket**
20:7
**wife** 8:6
22:24
**win** 14:24
**winning** 4:12
**Wisconsin** 4:4
5:7 6:3
**wisdom** 8:3
18:15
**woke** 4:11
**won** 6:4,18
**Wood** 3:6
**word** 15:2
**words** 23:4,
15,18
**work** 16:20,21
18:19
**world** 7:9
11:20 22:4
23:23
**world's** 22:10
**worry** 16:22
**worse** 12:4
18:2 19:20
**worst** 16:9
**wounds** 19:14

**wow** 4:23 9:4
14:4
**wrong** 5:13
6:22 18:1
**Wuhan** 14:19

**Y**

**year** 17:11
**years** 3:15
8:18 20:5
**York** 16:10
18:4
**young** 18:11
**Youtube** 11:6,
8,10
**Yup** 23:12