# Exhibit 239



ADVERTISEMENT

# Drug Pitched to Trump for Covid-19 Comes From a Deadly Plant

The chief executive of My Pillow, a Trump donor, claims oleandrin is a miracle cure for Covid-19. But no studies have shown that it is safe or effective, and the shrub it's derived from is poisonous.

       144



My Pillow C.E.O. Mike Lindell speaking from the Rose Garden of the White House in March.  Al Drago for The New York Times

By Heather Murphy

Published Aug. 20, 2020   Updated Aug. 22, 2020

A plant extract trumpeted this week as a "cure" for Covid-19 by the leader of a pillow company is untested and potentially dangerous, scientists say.

Mike Lindell, the chief executive of My Pillow and a big donor to President Trump, told Axios that the president was enthusiastic about the drug, called oleandrin, when he heard about it at a White House meeting last month.

"This thing works — it's the miracle of all time," Mr. Lindell, who has a financial stake in the company that makes the compound and sits on its board, said in an interview with CNN's Anderson Cooper

---

Document title: Oleandrin, Covid-19 Treatment Pitched to Trump, Could Be Dangerous - The New York Times
Capture URL: https://www.nytimes.com/2020/08/20/health/covid-oleandrin-trump-mypillow.html
Capture timestamp (UTC): Mon, 08 Feb 2021 13:51:14 GMT

The Coronavirus Outbreak · LIVE · Latest Updates · Maps and Cases · See Your Local Risk · Vaccine Information · Wuhan, One Year Later

Case 1:21-cv-00445-CJN   Document 2-40   Filed 02/22/21   Page 3 of 9

House meeting last month.

"This thing works — it's the miracle of all time," Mr. Lindell, who has a financial stake in the company that makes the compound and sits on its board, said in an interview with CNN's Anderson Cooper on Tuesday. When CBS asked Mr. Trump about oleandrin for Covid-19, Mr. Trump said, "We'll look at it."

The unsubstantiated claims alarmed scientists. No studies have shown that oleandrin is safe or effective as a coronavirus treatment. It's unclear what dose the purported treatment would have, but ingesting even a tiny bit of the toxic shrub the compound comes from could kill you, experts say.

ADVERTISEMENT



"Don't mess with this plant," said Cassandra Leah Quave, a medical ethnobotanist at Emory University.

Oleandrin is derived from Nerium oleander, a lovely, flowering Mediterranean shrub that is popular with landscapers and responsible for many cases of accidental poisoning. Oleandrin is the chemical that makes the plant deadly, Dr. Quave wrote in an article in The Conversation.

Ingesting any part of the plant — or even eating a snail that previously munched on some of its leaves — can cause an irregular heart beat and kill humans and animals, she and other doctors and scientists said.

## So why would anyone think oleandrin could be a treatment for Covid?

It's not uncommon for plants — even poisonous ones — to generate interest as treatments for disease. Robert Harrod, a professor at Southern Methodist University, has studied oleandrin's potential to fight a type of leukemia, for example. Although Dr. Harrod said that using oleandrin to treat the coronavirus was not yet more than "an intriguing idea," he's rooting for it to work.

The U.S. Army Medical Research Institute of Infectious Diseases conducted a lab test in May to determine if oleandrin could stop coronavirus infection in cells. The results were "inconclusive," and the agency opted to discontinue this line of research, according to Lori Salvatore, a spokeswoman for the Army's Medical Research and Development Command.

**Editors' Picks**


'Saturday Night Live' Throws a Super Bowl Party With Host Dan Levy


Nominated for a Nobel Peace Prize? Wait Until You Receive It to Brag


The Working Woman's Anthem '9 to 5' Needed an Update. But This?


PAID POST: The Home Depot
Buying Major Appliances Doesn't Have to Mean a Major Hassle

The Coronavirus Outbreak ›  LIVE  Latest Updates    Maps and Cases    See Your Local Risk    Vaccine Information    When One Year Later

Case 1:21-cv-00445-CJN   Document 2-40   Filed 02/22/21   Page 4 of 9

coronavirus infection in cells. The results were "inconclusive," and the agency opted to discontinue this line of research, according to Lori Salvatore, a spokeswoman for the Army's Medical Research and Development Command.

Another cell study, which has not yet been published by a scientific journal, involved two employees of Phoenix Biotechnology, a San-Antonio based company that Mr. Lindell has a stake in. According to its website, the company has spent the last 20 years exploring the health benefits of oleandrin.

ADVERTISEMENT



The study found that oleandrin could block the coronavirus in monkey cells in a test tube. But these so-called in-vitro experiments do not tell us much, according to scientists, one of whom conducted the study.

"The testing of antivirals on cells is only the first step, and promising results must be followed up with animal testing," Scott Weaver, a virologist at University of Texas Medical Branch at Galveston, and one of study's authors, said in a statement. "There are many drugs like this one that look promising during initial in vitro testing, but then fail later for a variety of reasons."



The extract is derived from Nerium oleander, a flowering shrub native to the Mediterranean.  DeAgostini/Getty Images

That cell study also raises questions about the drug's safety, said Dr. Melissa Halliday Gittinger, a toxicologist at the Georgia Poison Center and a professor at Emory University School of Medicine. An oleander dose as small as 0.02 micrograms per milliliter can be

The Coronavirus Outbreak · 🔴 LIVE · Latest Updates · Maps and Cases · See Your Local Risk · Vaccine Information · Wuhan, One Year Later

Case 1:21-cv-00445-CJN   Document 2-40   Filed 02/22/21   Page 5 of 9

That cell study also raises questions about the drug's safety, said Dr. Melissa Halliday Gittinger, a toxicologist at the Georgia Poison Center and a professor at Emory University School of Medicine. An oleander dose as small as 0.02 micrograms per milliliter can be fatal. The paper does not offer a suggested dose for people, but some of the lab tests on cells involved concentrations that were substantially higher.

In his interview with Mr. Cooper on CNN, Mr. Lindell repeatedly stated that oleandrin was shown to be safe in a study of 1,000 people. But that is misleading: No known study examining the safety of oleandrin as a treatment for coronavirus or anything else has ever been conducted in such a large group.

> The Coronavirus Outbreak ›
>
> **Latest Updates** ›
> Updated Feb. 6, 2021
>
> - How Tampa, Florida, is preparing for a pandemic Super Bowl.
> - A San Diego area school district quarantines more than 100 students and staff members just days after reopening.
> - They died within hours of each other early in the pandemic. Their countries then went down two very different roads.
>
> Is this helpful? 👍 👎

Pressed on what Mr. Lindell might have been talking about, Andrew Whitney, vice chairman and director of Phoenix Biotechnology, said that Mr. Lindell misspoke. A company provided 1,000 cancer patients in Honduras with a drug containing oleandrin on a "compassionate" basis, he said. It was not a controlled study.

Mr. Whitney, who was also present at the White House pitch meeting, said he is nonetheless convinced that oleandrin can safely treat coronavirus because two early clinical trials, both of which used Phoenix Biotechnology's compound, found that it could safely treat cancer patients. These studies, however, were small, each involving around 50 people, and did not prove the drug's effectiveness.

ADVERTISEMENT



AD NATUREFRESHPURIFIER.COM

**How this grandma turned her dusty house into a fresh air paradise without lifting a finger**

How this grandma turned her dusty house into a fresh air paradise without lifting a finger

OPEN

Still, Mr. Whitney said he is "100 percent sure" that oleandrin is effective at treating the coronavirus because of compelling data in

The Coronavirus Outbreak ›  LIVE  Latest Updates   Maps and Cases   See Your Local Risk   Vaccine Information   Wuhan, One Year Later

Case 1:21-cv-00445-CJN   Document 2-40   Filed 02/22/21   Page 6 of 9

Still, Mr. Whitney said he is "100 percent sure" that oleandrin is effective at treating the coronavirus because of compelling data in people. He said it was too soon to elaborate, but confirmed that he was referring to a study run by Dr. Kim Dunn, an internist in private practice in Houston.

> **The Coronavirus Outbreak ›**
>
> **Let Us Help You Better Understand the Coronavirus**
>
> › Are coronavirus case counts rising in your region? Our maps will help you determine how your state, county or country is fairing.
>
> › Vaccines are rolling out and will reach many of us by spring. We've answered some common questions about the vaccines.
>
> › Now that we are all getting used to living in a pandemic, you may have new questions about how to go about your routine safely, how your children will be impacted, how to travel and more. We're answering those questions as well.
>
> › So far, the coronavirus outbreak has sickened more than 95 million people globally. More than 2 million people have died. A timeline of the events that led to these numbers may help you understand how we got here.

That study was not a rigorously controlled clinical trial. In an interview, Dr. Dunn said that Phoenix Biotechnology provided about 200 samples of an extremely low-dose supplement of oleandrin to give to roughly 80 people who were either infected with the coronavirus or live with infected people. Undergraduate students studying medicine were asked to evaluate its impact on volunteers' immune systems with the help of mentors at the Schull Institute in Houston, she said.

"I don't know yet what they found," Dr. Dunn said, adding that no side effects had been identified so far.

## Could Phoenix Biotechnology sell oleandrin as an over-the-counter supplement?

Possibly. And that's part of why the compound has become a hot topic this week.

Mr. Whitney said that he hopes that Phoenix Biotechnology will be able to test the drug among people infected with coronavirus in hospitals. But he's also looking into selling the extract as an over-the-counter dietary supplement. Vitamins, weight-loss pills, melatonin and other dietary supplements are not required to go through the drug testing review process of the Food and Drug Administration to be sold.

If Phoenix Biotechnology sold the product over the counter, it would be prohibited from labeling oleandrin as a cure for Covid. But scientists still worry that people will believe it works, especially given the company's connections to the Trump administration.

Case 1:21-cv-00445-CJN   Document 2-40   Filed 02/22/21   Page 7 of 9

But scientists still worry that people will believe it works, especially given the company's connections to the Trump administration.

Mr. Lindell is not only the face of My Pillow but also the honorary chairman of Trump's re-election bid in Minnesota. At a Rose Garden event in March, Mr. Trump introduced him as a "friend." ("Boy, do you sell those pillows," the president said.) And Mr. Lindell said on CNN that he was friends with Dr. Ben Carson, the secretary of housing and urban development and a member of the White House Coronavirus Task Force. Dr. Carson also was at the oleandrin pitch meeting at the White House in July and is enthusiastic about the drug, according to Axios.

This is not the first time that Mr. Lindell has been criticized for exaggerating the scientific merit of a product. His company has claimed that its pillows could treat insomnia and sleep apnea. At one point, the company said in an ad that its pillows had been tested in a randomized and placebo-controlled study. "Clinical sleep study proves: '78% showed improvement in sleep!'"

ADVERTISEMENT

AD VISIONFOCUS

New Adjustable Glasses Takes US by Storm

Everyone Over 55 is Rushing to Get These Revolutionary Reading Glasses

OPEN

After a lawsuit by California prosecutors and investigation by Truthinadvertising.org, the company stopped making those claims. As it turned out, the study did not use a placebo control and had not been scientifically reviewed. There was no evidence that Mr. Lindell's pillows could treat sleep disorders.

When asked about this suit on CNN, Mr. Lindell said: "I have been attacked with frivolous lawsuits that I had to settle because I backed the greatest president this country has ever seen in history."

**Ties to Trump's campaign**



A firm linked to a Trump ally's pillow company is buying ads for his campaign.

Aug. 18, 2020

Heather Murphy is a general assignment reporter who often writes about advances in DNA technology.  @heathertal

A version of this article appears in print on Aug. 25, 2020, Section D, Page 7 of the New York edition with the headline: The Pitch for a Proposed Covid-19 Cure Ignores Its Risks. Order Reprints | Today's Paper | Subscribe

READ 144 COMMENTS

The Coronavirus Outbreak  Latest Updates    Maps and Cases    See Your Local Risk    Vaccine Information    Wuhan, One Year Later

DNA technology.  @heathertal

*A version of this article appears in print on Aug. 25, 2020, Section D, Page 7 of the New York edition with the headline: The Pitch for a Proposed Covid-19 Cure Ignores Its Risks.* Order Reprints | Today's Paper | Subscribe

READ 144 COMMENTS

### The Coronavirus Outbreak

 What to Watch Out for This Week in the Pandemic — 18m ago

 Second February Snowfall Blankets New York — 4h ago

 'We Are Forgotten': Grocery Workers Hope for Higher Pay and Vaccinations — 4h ago

### More in Health


Jae C. Hong/Associated Press
The Coronavirus Crossroads: the Vaccinated, the Stymied and the Waiting — 4h ago


Daniel Leal-Olivas/Agence France-Presse — Getty Images
Virus Variant First Found in Britain Now Spreading Rapidly in U.S. — Feb. 7


Nicole Craine for The New York Times
In Line for Vaccination, and Not Getting Younger — Feb. 5


Steve Gschmeissner/Science Source
How Scientists Shot Down Cancer's 'Death Star' — Feb. 5


Sebastian Hidalgo for The New York Times
A Parallel Pandemic Hits Health Care Workers: Trauma and Exhaustion — Feb. 4

### Editors' Picks


Nearly 20 Million Americans Have a Felony Record. What Happens After They've Served Their Time? — Feb. 3


ABC
How the Pandemic Is Coming to Prime Time (or Not) — Feb. 5


Marilyn K. Yee/The New York Times
Why We Can't Stop Talking About Betty Friedan — Feb. 4

### Most Popular

Celebratory Cannon Salute at Baby Shower Ends in Death, Police Say

10 Things You Might Have Missed at the Super Bowl

Opinion: The Ugly Secrets Behind the Costco Chicken

Trump's Sleight of Hand: Shouting Fraud, Pocketing Donors' Cash for Future

Big Publishing Pushes Out Trump's Last Fan

The Chiefs, the Buccaneers and the Elephant in the Room

Trevor Noah: Marjorie Taylor Greene Deleted Her Browser History IRL

A 'Masculinity Crisis'? China Says the Boys Are Not All Right

New Zealand Sentences Woman Caught With Cacti Tied to Her Body

Family Vacation Rule: 'No Ring, No Bring'

---

ADVERTISEMENT


AD NATUREFRESHPURIFIER.COM
How this grandma turned her dusty house into a fresh air paradise without lifting a finger

---

Document title: Oleandrin, Covid-19 Treatment Pitched to Trump, Could Be Dangerous - The New York Times
Capture URL: https://www.nytimes.com/2020/08/20/health/covid-oleandrin-trump-mypillow.html
Capture timestamp (UTC): Mon, 08 Feb 2021 13:51:14 GMT
Page 6 of 7





Vaccinated, the Stymied and the Waiting
4h ago

Britain Now Spreading Rapidly in U.S.
Feb. 7

The Chiefs, the Buccaneers and the Elephant in the Room

Trevor Noah: Marjorie Taylor Greene Deleted Her Browser History IRL





Nicole Craine for The New York Times

In Line for Vaccination, and Not Getting Younger
Feb. 5

Steve Gschmeissner/Science Source

How Scientists Shot Down Cancer's 'Death Star'
Feb. 5

Sebastian Hidalgo for The New York Times

A Parallel Pandemic Hits Health Care Workers: Trauma and Exhaustion
Feb. 4

A 'Masculinity Crisis'? China Says the Boys Are Not All Right

New Zealand Sentences Woman Caught With Cacti Tied to Her Body

Family Vacation Rule: 'No Ring, No Bring'

### Editors' Picks

Nearly 20 Million Americans Have a Felony Record. What Happens After They've Served Their Time?
Feb. 3

ABC

How the Pandemic Is Coming to Prime Time (or Not)
Feb. 5

Marilyn K. Yee/The New York Times

Why We Can't Stop Talking About Betty Friedan
Feb. 4

ADVERTISEMENT



AD NATUREFRESHPURIFIER.COM

How this grandma turned her dusty house into a fresh air paradise without lifting a finger

How this grandma turned her dusty house into a fresh air paradise without lifting a finger

OPEN

Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| Home Page | Today's Opinion | Today's Arts | At Home | Reader Center | Home Delivery |
| World | Op-Ed Columnists | Art & Design | Automobiles | Wirecutter | Gift Subscriptions |
| Coronavirus | Editorials | Books | Games | Live Events | Games |
| U.S. | Op-Ed Contributors | Dance | Education | The Learning Network | Cooking |
| Politics | Letters | Movies | Food | Tools & Services | |
| Election Results | Sunday Review | Music | Health | Multimedia | Email Newsletters |
| New York | Video: Opinion | Pop Culture | Jobs | Photography | Corporate Subscriptions |
| Business | | Television | Love | Video | Education Rate |
| Tech | | Theater | Magazine | Newsletters | |
| Science | | Video: Arts | Parenting | TimesMachine | Mobile Applications |
| Sports | | | Real Estate | NYT Store | Replica Edition |
| Obituaries | | | Recipes | Times Journeys | International |
| Today's Paper | | | Style | Manage My Account | Canada |
| Corrections | | | T Magazine | | Español |
| | | | Travel | | 中文网 |

© 2021 The New York Times Company  NYTCo  Contact Us  Accessibility  Work with us  Advertise  T Brand Studio  Your Ad Choices  Privacy Policy  Terms of Service  Terms of Sale  Site Map  Help  Subscriptions