# Exhibit 244













Donald J. Trump
@realDonaldTrump

RINO Governor Charlie Baker of Massachusetts is unsuccessfully trying to defend Mail In Ballots, when there is fraud being found all over the place. Just look at some of the recent races, or the Trump Ballots in Pennsylvania that were thrown into the garbage. Wrong Charlie!

7:32 AM · Sep 25, 2020 · Twitter for iPhone



