# Exhibit 245



> ↻ Mike Lindell Retweeted
>
> **Donald J. Trump** ✓
> @realDonaldTrump
>
> So in California, the Democrats, who fought like crazy to get all mail in only ballots, and succeeded, have just opened a voting booth in the most Democrat area in the State. They are trying to steal another election. It's all rigged out there. These votes must not count. SCAM!
>
> 4:45 PM · May 9, 2020 · Twitter for iPhone