# Exhibit 246

