# Exhibit 247



AP NEWS
Top Stories   Topics   Video   Listen

ADVERTISEMENT

SEL
Fast Motor Bus Transfer
OPEN

# Delays in verifying mail-in ballots will slow election tally

By ANTHONY IZAGUIRRE    October 4, 2020







Voters awaiting results in some of the key presidential battleground states on election night should be prepared to keep waiting, thanks to obstacles that will slow the count for what is expected to be a crush of mailed-in ballots amid the coronavirus pandemic.

Many states allow local officials to start processing those ballots weeks before Election Day or even as they arrive. But in some of the most crucial states on the electoral map, rules prevent or give clerks little time to begin sorting ballots and verifying signatures before the election.

That's priming a scenario in which results may come in days — or even weeks — later.

In an election cycle that has seen President Donald Trump baselessly cast doubt on the legitimacy of mail voting, many fear that any delay in results could give the president more room to continue his attacks.

Democrats are requesting mail-in ballots at higher rates than Republicans in many states, giving rise to the notion that Trump could enjoy election night leads — a so-called "red mirage" — only to see that edge slowly vanish as mail-in ballots are tallied over the days that follow.

Potential problems are looming most acutely in Pennsylvania, which is being hotly contested by Trump and Democratic nominee Joe Biden. Republican state lawmakers there have not

**RELATED TOPICS**

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

ADVERTISEMENT

EQUITY MULTIPLE
Invest in exclusive, professionally managed commercial real estate assets all across the U.S.
Start with just $10k.
LEARN MORE

**Trending on AP News**


Arizona Republican Party chair sees new heat on her election


What of 'Individual-1'? Feds' Trump campaign case is 'dead'


Capitol breach invader of Pelosi's office pleads not guilty



by Taboola

---

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT

AP
Delays in verifying mail-in ballots will slow election tally
Case 1:21-cv-00445-CJN   Document 2-48   Filed 02/22/21   Page 3 of 10
Top Stories   Topics   Video   Listen






Click to copy

**RELATED TOPICS**

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

mirage" — only to see that edge slowly vanish as mail-in ballots are tallied over the days that follow.

Potential problems are looming most acutely in Pennsylvania, which is being hotly contested by Trump and Democratic nominee Joe Biden. Republican state lawmakers there have not allowed additional time to process ballots that arrive before Election Day, despite pleas from local election officials.

Pennsylvania is expected to see 3 million or more mail-in ballots — half of this year's total and a ten-fold increase from 2016. Registered Democrats are applying at a rate of nearly 3 to 1 over Republicans.

"The longer it takes for the election results to be known, the greater the risk that they're going to be questioned and second-guessed, and that we're going to be that national news story that we really don't want to be," said Lisa Schaefer, executive director of the County Commissioners Association of Pennsylvania.

The seemingly mundane administrative task of processing ballots — verifying signatures and other voter information to ensure legitimacy, and separating them from their envelope so they are ready to be tabulated — essentially readies ballots for counting on Election Day. That helps speed up the release of results.

County officials have pushed Pennsylvania Gov. Tom Wolf and state lawmakers to set aside a larger partisan fight and let them process mail-in ballots before Election Day. They argue that doing so will speed up vote counting amid concerns that the presidential election result will hang in limbo over a drawn-out count.

Capitol breach invader of Pelosi's office pleads not guilty

by Taboola

ADVERTISEMENT



ADVERTISEMENT



During a recent rally in Pennsylvania, Trump said the only way he will lose the state is if Democrats "steal the election."

"A lot of people are worried that if it takes a long time to count, people are going to use that to say we can't trust the results, when in fact it's the exact opposite," said Lawrence Norden, director of the Brennan Center's Election Reform Program. "It's taking so long because of all these security measures to make sure the count is as accurate as possible."

In Michigan, another battleground this fall, the Republican-controlled legislature has approved a measure to let clerks begin some ballot processing in cities or townships with at least 25,000 people the day before Election Day. Democrats had asked for at least three days of processing time and for no population-based limits.

"That one day can really make a difference," said the bill sponsor, Republican Sen. Ruth Johnson, a former secretary of state.

Johnson said allotting additional days would have been difficult because the new law will require volunteer election inspectors from both major political parties to observe the removal of ballots from their outer envelopes.

"You need to make sure that there's integrity," she said.

Still, the timing is tight. The day before Election Day already is a busy one for local election officials scrambling to get ready for in-person voters. Sonja Buffa, clerk for Warren, a city of roughly 135,000 people outside Detroit, has sent upwards of 30,000 absentee ballots so far with hundreds more going out every day.

"The day before is the worst day," Buffa said. "I wish I had three days so we could spread it out and not be so stressed."

Democrats in Wisconsin, another closely-watched state, sued in federal court to allow for absentee ballots to be tabulated before Election Day. They argued that the law, which had not been an issue before the pandemic when absentee voting was about 6% of all ballots cast, made it difficult for clerks to address problems with the ballots.



AP-NORC poll: Few in US say democracy is working very well

  




**RELATED TOPICS**

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

Democrats in Wisconsin, another closely-watched state, sued in federal court to allow for absentee ballots to be tabulated before Election Day. They argued that the law, which had not been an issue before the pandemic when absentee voting was about 6% of all ballots cast, made it difficult for clerks to address problems with the ballots.

But the judge was unmoved, noting in a September ruling that state law already allows for errors made on the outside of absentee ballots to be corrected before Election Day. It is on the outside of the ballot that voters must have a witness signature, address and date, the source of most of the errors seen in absentee ballots.

The judge also said that extending the deadline for counting absentee ballots by six days -- a ruling Republicans vowed to appeal to the U.S. Supreme Court — sufficiently addresses the concern about not being able to count absentee ballots before Election Day.

Andrew Hitt, chairman of the Wisconsin Republican Party, said "the earlier you start counting and the wider the time frame before you normally do it can introduce some risk into the processes and election integrity."

In a normal election, when about 5% of Georgia voters cast absentee ballots, scanning and tabulating them on Election Day isn't a problem, said Gabriel Sterling, voting system implementation manager for the secretary of state's office.

But with fears about potential coronavirus exposure, nearly 1.2 million people voted absentee in the primary, about 50% of the total turnout. With such a dramatic increase, county election officials would be overwhelmed if they had to wait until Election Day to process ballots, Sterling said.

The state election board implemented a rule before the June primary to allow county election officials to begin processing absentee ballots eight days before Election Day, as long as they aren't actually tabulated until Nov. 3. Anticipating an even greater flood of absentee ballots this fall, the board extended that to 15 days.

"If we had not done this, the system would have broken down," Sterling said. "I do genuinely feel bad for those states where there's a hard law against it."

___

Izaguirre reported from Lindenhurst, New York. Associated Press writers Scott Bauer in Madison, Wis.; Kate Brumback in Atlanta; David Eggert in Lansing, Mich.; and Marc Levy in Harrisburg, Pa., contributed to this report.

___

The Associated Press produced this coverage with support from the Carnegie Corporation of New York.



**Fast Motor Bus Transfer**

In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity



Arizona Republican Party chair sees new heat on her



**RELATED TOPICS**

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020



**Arizona Republican Party chair sees new heat on her election**

PHOENIX (AP) — Pressure is rising on the leader of the Arizona Republican Party to allow an audit of her recent …

February 5, 2021

### Ad Content



**Why Anderson Cooper Didn't Inherit His Mother's Spectacular…**
Promoted: Factable



**Awkward Moments Caught By Elevator Cameras**
Promoted: Definition



**Illinois: Say Bye To Expensive Solar Panels If You Own A Home I…**
Promoted: EnergyBillCruncher



**Finally - A perfect mask to breathe freely all day long.**
Promoted: SportsMask



**What of 'Individual-1'? Feds' Trump campaign case is 'dead'**

NEW YORK (AP) — The federal probe of hush money paid to cover up former President Donald Trump's alleg…

February 5, 2021



**Capitol breach invader of Pelosi's office pleads not guilty**

LITTLE ROCK, Ark. (AP) — An Arkansas man who was photographed sitting with his feet on a desk in House …

February 5, 2021



### Ad Content



**The 20 Most Fearless And Careless People**
Promoted: Post Fun



**Study Reveals Least Educated States In The Country**
Promoted: Money Pop



**This Is Why Lily From The AT&T Ads Is Causing A Stir**
Promoted: Total Past



**The 20 Most Fearless And Careless People**
Promoted: Post Fun

**Study Reveals Least Educated States In The Country**
Promoted: Money Pop

**This Is Why Lily From The AT&T Ads Is Causing A Stir**
Promoted: Total Past

**RELATED TOPICS**

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

### AP sources: Alabama senator has indicated he won't run again

MONTGOMERY, Ala. (AP) — U.S. Sen. Richard C. Shelby of Alabama, the Senate's fourth most senior member, ha…

 February 6, 2021



### Judge rules Republican Tenney won last open US House race

ALBANY, N.Y. (AP) — A New York judge ruled Friday that Republican Claudia Tenney defeated U.S. Rep. Anthony …

February 6, 2021



## Ad Content

**Ever Wondered What Kind of American Accent You Have?**
Promoted: World Life Style



**N95 Respirator Mask Reusable (FDA Registered), 10% Off**
Promoted: Canopus Group



**The Ingenious Reason You See Red Balls on Power Lines**
Promoted: maternityweek.com



**End Nighttime Shoulder Pain with Patented Arm Pocket**
Promoted: MedCline



### GOP-led Kentucky panel keeps Gov. Beshear impeachment alive

FRANKFORT, Ky. (AP) — A Republican-led legislative panel dismissed two petitions Friday calling for Gov. An…

 February 5, 2021



### FBI slayings show risk surveillance cameras pose to police

FORT LAUDERDALE, Fla. (AP) — The child pornography suspect who gunned down two South Florida FBI agents…

 February 5, 2021



## Ad Content






**Delays in verifying mail-in ballots will slow election tally**

Top Stories | Topics | Video | Listen

February 5, 2021

### Related Topics

- Election 2020
- Virus Outbreak
- Donald Trump
- U.S. News
- AP Top News
- Elections
- Voting
- Voting 2020

### Ad Content


**Most Scenic Drive in All 50 States**
Promoted: Thrillist


**Not Sure What Laptop To Get? No Worries. Here's The Top Ones!**
Promoted: Laptops | Search Ads


**He Was Once An Icon In The NBA, Here's Him Now**
Promoted: Gameday News

**As Trump prosecutor, delegate gets her say on impeachment**

WASHINGTON (AP) — Stacey Plaskett couldn't cast a vote last month when the House impeached former …



February 6, 2021

**Fox Business cancels 'Lou Dobbs Tonight' after a decade**

LOS ANGELES (AP) — Fox Business Network's "Lou Dobbs Tonight," whose host has trumpeted unfounded …



February 6, 2021

### Ad Content

**62yo Top Trainer: This Is What "Ripped" Old Guys Do Differently…**
Promoted: Power Life


**Get 1 sqft of land in Scotland and become a Lord!**
Promoted: establishedtitles.com


**Designed By Black Creators**
Promoted: Bombas


**The New Toyota RAV4 Will Take Your Breath Away. Research 2021…**
Promoted: BrilliantCheck


**A fluke or the future? Boebert shakes up Colorado district**

DENVER (AP) — Colorado's 3rd Congressional District, a stretch of ski resorts, national forest, ranches, coal town…



February 6, 2021


Rescuers in India digging for 37 trapped in glacier flood

---

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT
Page 5 of 8



**Delays in verifying mail-in ballots will slow election tally**



Click to copy

**RELATED TOPICS**

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020

district

DENVER (AP) — Colorado's 3rd Congressional District, a stretch of ski resorts, national forest, ranches, coal town…

 February 6, 2021

**Judge sets bail hearing for Kyle Rittenhouse next week**

MADISON, Wis. (AP) — A judge will hold a hearing next week on whether to arrest or increase bail for an 18-year-…

 February 5, 2021

**Ad Content**


**Tom Cruise's Private Jet Puts Air Force One To Shame**
Promoted: Money Pop


**The Dead Giveaway That Tells You When Amazon's Giving You A Better Price Than Other Retailers**
Promoted: Capital One Shopping


**The Current Cost Of Renting A Private Jet Might Surprise You. Research Private Jet Membership**
Promoted: BrilliantCheck

**NC Supreme Court: Dan Forest can sue over 2012 political ad**

RALEIGH, N.C. (AP) — North Carolina's Supreme Court on Friday upheld a split decision by a lower court to allo…

 February 5, 2021



**Analysis: Trump's Senate trial matters regardless of outcome**

WASHINGTON (AP) — This matters. The outcome may seem preordained in the unprecedented second …

 yesterday



**Ad Content**

**Kristy McNichol, 57, Is A Walking Talking Beauty**
Promoted: BoredomTreatment



**35 Best Shows Ever On Netflix: There's A New Top 5**
Promoted: thedelite.com



**Dental Implants Are Cheaper Than You…**



**Pepper, salt and lemon: a miracle cure**

 


Rescuers in India digging for 37 trapped in glacier flood

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT

Page 6 of 8


Delays in verifying mail-in ballots will slow election tally
Top Stories Topics Video Listen
Case 1:21-cv-00445-CJN   Document 2-48   Filed 02/22/21   Page 9 of 10

Click to copy

**RELATED TOPICS**

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020



**Dental Implants Are Cheaper Than You Think: See Prices**
Promoted: DidUKnow



**Pepper, salt and lemon: a miracle cure**
Promoted: Tips and Tricks

ADVERTISEMENT

**Fast Motor Bus Transfer**

In The Event Of A Power Source Failure, Rely On The SEL-700BT To Ensure Process Continuity



**Pro-Trump GOP chair steps down in Ohio, may seek Senate seat**

CINCINNATI (AP) — An Ohio Republican linked closely to Donald Trump stepped down Friday as the party's …

February 5, 2021



**Wyoming GOP censures Rep. Liz Cheney over impeachment vote**

RAWLINS, Wyo. (AP) — The Wyoming Republican Party voted overwhelmingly Saturday to censure U.S. Rep. Liz …

February 6, 2021

## Ad Content



**Seniors On Medicare Are In For A Big Surprise This January**
Promoted: Quick Medigap



**Who Are The Top 10 Attorneys in Northbrook**
Promoted: Lawyers | Search Ads



**Gastric Cancer Signs (Some Might Be Surprising)**
Promoted: Gastric Cancer | Search Ads



**Senate Republicans back Trump as impeachment trial nears**

WASHINGTON (AP) — Donald Trump's defenders in the Senate on Sunday rallied around the former president …

yesterday



**Pilots say they, too, were molested by Univ. of Michigan doc**

DETROIT (AP) — A cargo pilot who regularly needed health checkups to keep his license contacted a Universi…

February 6, 2021



Rescuers in India digging for 37 trapped in glacier flood

Document title: Delays in verifying mail-in ballots will slow election tally
Capture URL: https://apnews.com/article/virus-outbreak-election-2020-donald-trump-elections-voting-2020-b382942a72809ab70a32d7dc1a93ee40
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:09 GMT
Page 7 of 8






Click to copy

**RELATED TOPICS**

Election 2020
Virus Outbreak
Donald Trump
U.S. News
AP Top News
Elections
Voting
Voting 2020


**Seniors On Medicare Are In For A Big Surprise This January**
Promoted: Quick Medigap


**Who Are The Top 10 Attorneys in Northbrook**
Promoted: Lawyers | Search Ads


**Gastric Cancer Signs (Some Might Be Surprising)**
Promoted: Gastric Cancer | Search Ads

**Senate Republicans back Trump as impeachment trial nears**

WASHINGTON (AP) — Donald Trump's defenders in the Senate on Sunday rallied around the former president ...

 yesterday



**Pilots say they, too, were molested by Univ. of Michigan doc**

DETROIT (AP) — A cargo pilot who regularly needed health checkups to keep his license contacted a Universi...

 February 6, 2021

### Ad Content


**How Turmeric Is Linked To Rheumatoid Arthritis**
Promoted: HealthCentral.com


**In Photos, Reconstruction of Paris' Notre Dame Cathedral**
Promoted: MSN

ADVERTISEMENT

Globalization Partners
**Borders Aren't Boundaries**
DOWNLOAD

---

**AP NEWS**
Top Stories
Video
Contact Us

**DOWNLOAD AP NEWS**
Connect with the definitive source for global and local news

**MORE FROM AP**
ap.org
AP Insights
AP Definitive Source
AP Images Spotlight
AP Explore
AP Books

**FOLLOW AP**

Rescuers in India digging for 37 trapped in glacier flood

THE ASSOCIATED PRESS  About  Contact  Customer Support  Careers  Terms & Conditions  Privacy