# Exhibit 248



| COVID-19 BY STATE<br>Track vaccinations | U.S. CAPITOL RIOTS<br>Database of arrests | COVID-19 RESOURCES<br>Your questions answered | CORONAVIRUS NUMBERS<br>Virus numbers by state | SUBSCRIBE NOW<br>$2 for 2 Months. Save 90%. |

[ News ]  Sports  Entertainment  Life  Money  Tech  Travel  Opinion  5°F  Subscribe  Sign In




INVESTIGATIONS

# Still waiting for a winner? Blame outdated mail-in ballot counting laws in seven states

**Katie Wedell and Kyle Bagenstose** USA TODAY
Published 9:11 a.m. ET Nov. 4, 2020 | Updated 2:21 p.m. ET Nov. 4, 2020



**Elections 2020: Mail-in voting could decide next president**
Many states are planning on drastically different elections this year and mail-in ballots could be a big game changer. *Just the FAQs, USA TODAY*

As Americans woke up Wednesday wondering who their next president would be, delayed vote counting in several states – particularly battlegrounds like Pennsylvania and Wisconsin – kept them from an answer.

More than 65 million voters this year cast mail-in or absentee ballots. But the laws in seven states prevented election officials from counting many of them until Election Day. Votes that could have been tallied in advance sat in unopened envelopes until Tuesday morning.

As counting drags on, USA TODAY asked election experts across the country why these states still wait until the last minute.

Those interviewed, including law professors and Denver's former head of elections, said no one reason drove the decisions. But most agreed on a few things.

The rules were written at a time when absentee voting was very limited and elections officials needed little time to tally the mailed-in ballots. States also kept the ballots sealed to prevent tampering, especially in the days before electric scanning machines, said Edward Foley, director of election law at Ohio State



### More Stories


**Fact check: Rep. Marjorie Taylor Greene misquoted in viral meme**
NEWS


**Fact check: Doctored image spreads false claim on age of consent**
NEWS


**New York congressional race finally has a winner: GOP's Claudia Tenney**
NEWS

*Notice our new look? As you get used to things, please let us know what you think!*

Document title: Who won? Mail-in ballots rules delay election results in key states
Capture URL: https://www.usatoday.com/story/news/investigations/2020/11/04/who-won-mail-ballots-rules-delay-election-results-key-states/6152470002/
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:57 GMT

Winter flash sale

As low as $2 for 2 months.
Ad-free and eNewspaper subscriptions

Subscribe now

USA TODAY

COVID-19 BY STATE
Track vaccinations

U.S. CAPITOL RIOTS
Database of arrests

COVID-19 RESOURCES
Your questions answered

CORONAVIRUS NUMBERS
Virus numbers by state

SUBSCRIBE NOW
$2 for 2 Months. Save 90%.

[ News ]   Sports   Entertainment   Life   Money   Tech   Travel   Opinion      5°F   Subscribe   Sign In

scanning machines, said Edward Foley, director of election law at Ohio State University's Moritz College of Law.



Mail-in ballots await counting in Linden, N.J., on Oct. 29, 2020. *Seth Wenig, AP*

And doing so ensured against someone leaking the results early, a concern some people still harbor.

"Nothing good can come from early counting," said Bruce Ledewitz, a professor at the Duquesne University School of Law in Pittsburgh.

But other states – with both Republican and Democrat leadership – have for decades allowed officials to start counting those ballots early. And none has fallen victim to early leaks of absentee vote tallies, said Lawrence Norden, director of the Brennan Center for Justice's Election Reform Program at NYU Law School.

Advertisement



The machines that scan mail-in ballots don't tally a total until someone runs that query after polls are closed, according to Amber McReynolds, CEO of the National Vote at Home Institute and former director of elections for the city and county of Denver, Colorado. State laws set harsh penalties for any official caught sharing absentee ballot information early.

The overwhelming reason most states had these rules on the books was simply that they never anticipated mail-in voting becoming as widespread as it was this year.

Advertisement








Winter flash sale

As low as $2 for 2 months.
Ad-free and eNewspaper subscriptions

Subscribe now

| USA TODAY | COVID-19 BY STATE<br>Track vaccinations | U.S. CAPITOL RIOTS<br>Database of arrests | COVID-19 RESOURCES<br>Your questions answered | CORONAVIRUS NUMBERS<br>Virus numbers by state | SUBSCRIBE NOW<br>$2 for 2 Months. Save 90%. |

[ News ]   Sports   Entertainment   Life   Money   Tech   Travel   Opinion   5°F   Subscribe   Sign In



"The main expectation was that almost everybody would vote on this one day," Foley said.

Typically, poll workers would be able to find downtime during Election Day to count the small number of absentee ballots, he said.

"That model," Foley said, "doesn't make any sense in a world of no-excuse vote-by-mail," which was available in 34 states plus Washington, D.C., before COVID-19 and expanded elsewhere as a result of the pandemic.

Get the **Coronavirus Watch** newsletter in your inbox.
Stay safe and informed with updates on the spread of the coronavirus
Delivery: Varies
Your Email

In Pennsylvania, where nearly 2.5 million ballots have been returned by mail, the count was expected to take days to complete. As of early Wednesday, about 1.4 million remained to be counted, and many of those from Democrat-friendly Philadelphia and its collar counties.

In suburban Montgomery County, officials said they would be counting ballots around the clock. Even still, a statewide total may not be available until the end of the week.

Pennsylvania Democrats introduced bills this year into the Republican-controlled state Legislature to allow the early opening and verification of mail-in ballots.

Despite initial bipartisan support, the effort died after state Republicans demanded scaling back other voting provisions, such as the number of available drop boxes for mail-in ballots.

Ledewitz pointed out that Republicans quickly voted to allow all Pennsylvanians to vote by mail earlier this year. Ultimately, he said, counting ballots through the end of the week should not lead to any voter disenfranchisement, it will just take longer than the public would like.

The situation looks less dire in Wisconsin and Michigan, where overnight counting allowed officials to report about 95% of estimated ballots from both states by Wednesday morning. Both showing a slight edge for Democrat Joe Biden.

The experts said there was no reason for states to still stick with these outdated policies, except partisan politics.





[ News ] | Sports | Entertainment | Life | Money | Tech | Travel | Opinion

COVID-19 BY STATE
Track vaccinations

U.S. CAPITOL RIOTS
Database of arrests

COVID-19 RESOURCES
Your questions answered

CORONAVIRUS NUMBERS
Virus numbers by state

SUBSCRIBE NOW
$2 for 2 Months. Save 90%.

5°F   Subscribe   Sign In

"There honestly is no valid reason," McReynolds said. "All they're doing is adding stress to an already stressful situation."

Prior to this election cycle, mail-in voting wasn't a partisan issue, Norden said.

"Now it's become sort of a political football," he said.



**Joe Biden reaches 270 electoral votes needed to win election**
Joe Biden won key several battleground states like Michigan and Wisconsin. *USA TODAY*

  



Taboola Feed


**Meet the Mower that Exceeds the Power of Gas**
EGO Power+ | Sponsored


**Take A Look At Sean Hannity's New Girlfriend**
FinancialAdvisorHer... | Sponsored


**The Dating Site for Highly-Educated Singles in Northbrook**
EliteSingles | Sponsored


**This Is Why Lily From The AT&T Ads Is Causing A Stir**
Total Past | Sponsored


**Couple Makes A Bet: No Eating Out, No Cheat Meals, No Alcohol. A Year After, Th...**
Post Fun | Sponsored


**N95 Respirator Mask Reusable (FDA Registered), 10% Off**
Canopus Group | Sponsored


**Illinois Launches New Policy For Cars Used**


**Tommy Chong: Throw Away Your CBD Now**



Document title: Who won? Mail-in ballots rules delay election results in key states
Capture URL: https://www.usatoday.com/story/news/investigations/2020/11/04/who-won-mail-ballots-rules-delay-election-results-key-states/6152470002/
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:57 GMT
Page 3 of 8



# Winter flash sale

As low as $2 for 2 months.
Ad-free and eNewspaper subscriptions

Subscribe now

| COVID-19 BY STATE | U.S. CAPITOL RIOTS | COVID-19 RESOURCES | CORONAVIRUS NUMBERS | SUBSCRIBE NOW |
|---|---|---|---|---|
| Track vaccinations | Database of arrests | Your questions answered | Virus numbers by state | $2 for 2 Months. Save 90%. |

[ News ]  Sports  Entertainment  Life  Money  Tech  Travel  Opinion   5°F   Subscribe  Sign In

Illinois Launches New Policy For Cars Used Less Than 49 Miles/Day
Comparisons.org | Sponsored

Tommy Chong: Throw Away Your CBD Now
Tommy Chong | Sponsored


Illinois Drivers With No DUI's Getting A Pay Day on Monday
Comparisons.org | Sponsored


After 13 Years Of Working At CNN, This is Don Lemon's Annual Salary
Daily Finance Stories | Sponsored

## Deal of the Day



**Tons of Bras Are $15 or Less Right Now at Macy's**
REVIEWED | USA TODAY Network

View Deal ↗

Recommendations are independently chosen by our editors.
Purchases you make through our links may earn us a commission.

## Recommended Content


**This videoconferencing platform is improving how global companies function**


**20 Questions to Tell If You're Ready to Retire**
SmartAsset | Sponsored


**This Game Can Train Your Brain To Think Strategically**
Total Battle - Tactical Game Online | Sponsored

## Most Popular


**Fox News taps Trump adviser Larry Kudlow, Kayleigh McEnany may be next**
ENTERTAINMENT from USA TODAY


**Fox News, three hosts, Trump lawyers sued over election-fraud claims**
ENTERTAINMENT from USA TODAY


**Newsmax anchor walks out after MyPillow CEO Mike Lindell's rant**
ENTERTAINMENT from USA TODAY





---

Document title: Who won? Mail-in ballots rules delay election results in key states
Capture URL: https://www.usatoday.com/story/news/investigations/2020/11/04/who-won-mail-ballots-rules-delay-election-results-key-states/6152470002/
Capture timestamp (UTC): Mon, 08 Feb 2021 14:05:57 GMT

Page 4 of 8



ENTERTAINMENT from USA TODAY

## Featured Video



**An air fryer can cook a perfect steak**
TECH from USA TODAY

  

**Gorgeous Bra and Panty Sets (take a look)**
Bra & Panty Sets | Search Ads | Sponsored

**NHL Player's Wife Is Hands Down The Most Beautiful Woman In The World**
UnPasted | Sponsored

## Featured Gallery



**Post-Trump stress disorder: Today's Toon**
OPINION from USA TODAY

 

**Finally - A perfect mask to breathe freely all day long.**
SportsMask | Sponsored

**Ever Wondered What Kind of American Accent You Have?**
World Life Style | Sponsored

## Most Popular



**Donald Trump's impeachment filing fails to make a case for acquittal**
OPINION from USA TODAY



**Impeachment trial: More evidence of Trump wrongdoing could convict him**
OPINION from USA TODAY



**Sinclair ends Eric Bolling's weekly show 'America This Week'**
ENTERTAINMENT from USA TODAY





















**'SNL': John Krasinski shares kiss with Pete Davidson, gets 'arrested' for participating in Capitol riot**
ENTERTAINMENT from USA TODAY



**Fact check: Rep. Marjorie Taylor Greene misquoted in viral meme**
NEWS from USA TODAY

## Featured Video



**Tech startup has developed a tabletop holographic projector you can buy**
TECH from USA TODAY



**In Photos, Reconstruction of Paris' Notre Dame Cathedral**
MSN | Sponsored

**End Nighttime Shoulder Pain with Patented Arm Pocket**
MedCline | Sponsored

## Featured Gallery



**Dustin Diamond dies: The 'Saved by the Bell' star through the years**
ENTERTAINMENT from USA TODAY



**Research Psoriatic Arthritis Symptoms & Treatments**
Psoriatic Arthritis Treatment | Search ... | Sponsored



**Insanely Cool Dog Toy That Keeps Your Pet Fit**
Pet Ball is an active rolling ball that your pet will fall in love with and will keep your pet busy all day long! It's the perfe...
Dog Training Device | Sponsored

## Most Popular



**GM's Will Ferrell Super Bowl ad draws response from Ford**
MONEY from USA TODAY








**Super Bowl 2021: Tom Brady doesn't deserve pass for Trump support**
SPORTS from USA TODAY

**Trump has been canceled by the nation. No need for an impeachment trial**
OPINION from USA TODAY



**Fitness Expert: "Muscle Loss in Seniors is Real, But It Doesn't Have to Be"**
Celebrity fitness trainer Tony Horton says he's found a much more effective way to fight age-related muscle loss …
Power Life | Sponsored



**If Your Dog Follows You Everywhere, Here's What It Means**
AmoMedia | Sponsored



**If Your Dog Eats Dry Food, Do This Every Day**
Most commercial dog foods are missing essential nutrients — "Up-level" the nutritional value by adding ONE thing to …
Ultimate Pet Nutrition Nutra Thrive Su... | Sponsored



**America's Coolest Small Towns for Summer Vacation**
Far & Wide | Sponsored

## More Stories



**Donald Trump resigns from SAG: Read his resignation letter**
ENTERTAINMENT from USA TODAY



**Donald Trump State Park: Can it be named for Sojourner Truth? Unlikely**
TRAVEL from USA TODAY





