# Exhibit 253

