# Exhibit 257



RSVP TO JOIN PRESIDENT TRUMP

# March to Save America Rally

Democrats are scheming to disenfranchise and nullify Republican votes. It's up to the American people to stop it. Along with President Trump, we will do whatever it takes to ensure the integrity of this election for the good of the nation.

**Please join us in Washington, D.C. on Wednesday, January 6th, 2021. Your support is necessary before it's too late!**

FIRST NAME *

LAST NAME *

EMAIL ADDRESS *

MOBILE NUMBER *

ZIP CODE *

STATE *

Alabama

HOW MANY TICKETS? *

1

## Event Details

**LOCATION:** The Ellipse in President's Park (Next to South Lawn of White House)

**MAP:** https://goo.gl/maps/w9hrbQcQ4eEmcRUY9

**WHEN:** Entrance opens at 7:00am. Arrive early!

**ENTRANCE:** Constitution Ave NW between 15th St NW 17th St NW, Washington, DC 20230

**TICKETS ARE NOT REQUIRED TO ATTEND EVENT**

Donald J. Trump @realDonaldTrump · Jan 3
I will be there. Historic day!

Kylie Jane Kremer @KylieJaneKremer · Jan 2
BE A PART OF HISTORY!
January 6th
White House Ellipse
RSVP @ TrumpMarch.com
#MarchForTrump #StopTheSteal #DoNotCertify

MARCH for TRUMP bus tour
WASHINGTON, DC
JANUARY 6TH, 2021
TRUMPMARCH.COM
PAID FOR BY WOMEN FOR AMERICA FIRST

8.9M views    0:30 / 0:30

22.3K    49.6K    179.7K

---

Document title: TRUMP MARCH | D.C.
Capture URL: https://web.archive.org/web/20210106224955/https://trumpmarch.com/
Capture timestamp (UTC): Mon, 08 Feb 2021 14:21:30 GMT

Case 1:21-cv-00445-CJN   Document 2-56   Filed 02/26/21   Page 3 of 3





