# Exhibit 258

```
1

2

3

4    IN RE:

5    7. RSBN's Exclusive with Mike Lindell Part 2 (Jan. 18, 2021),

6    available at, https://rumble.com/vczxlt-rsbn-exclusive-

7    interview-with-mike-lindell-part-2.html

8    _____

9

10

11                 RECORDED INTERVIEW WITH MIKE LINDELL

12                              PART II

     FILE NO:            7
13

14   DATE:               January 18, 2021

15

16   LOCATION:                Audio Recording of Interview

17
     TRANSCRIBED BY:          Lourdes Alvarado, Court Reporter
18                            U.S. Legal Support, Inc.

19

20

21

22

23

24

25
```

1      BRIAN GLENN:  We are joined once again by Mike

2  Lindell, CEO of MyPillow.com on this Monday, a very

3  busy Monday in our nation's capitol.  Now, let's kind

4  of recap yesterday, you joined, us talked about your

5  visit last week in the White House with President Trump

6  for a few minutes.  You got a little bit of pushback

7  from what you had to say.

8      What has happened since then, since Friday?  And

9  you just got off a couple phone calls earlier today.

10  Let's talk about that.

11      MIKE LINDELL:  You know, it's kind of the same

12  thing that everybody is hearing out there.  There is so

13  many things you want to believe and then there is so

14  many things that you don't want to believe.  And so

15  there is all these stories.  I wish I had one that was

16  for sure.

17      But what I will tell you for sure is, there is 100

18  percent evidence that China and other countries took

19  our whole election.  That's 100 percent.  I've seen it.

20  I have access to it and I will tell everyone, I will

21  not quit until this is all seen by every single person

22  in this country and the world.  And, you know, there is

23  no -- I want everyone to know, that there is no statute

24  of limitations on this kind of crime.  This is a crime

25  against humanity.  This is a crime against every

1  person, I don't care what you are, democrat, republican

2  or even if you're in another country, because

3  everything that's going to happen here is going to

4  affect the rest of the world.

5       You even seen an article, there was an article

6  that came out from over in Italy or UK, I'm not sure.

7  And, you know, they're telling what can happen here in

8  the aftermath, if they would go down this dark path.

9  And --

10     BRIAN GLENN:  Of a new world order, Mike, a new

11  global association.

12     MIKE LINDELL:  Right.  And that's the people

13  behind it.  This wasn't just one country.  There is

14  like six or seven countries on there.

15     And I want to, since we talked last time, another

16  piece of the puzzle came in.  This guy came to me.  Now

17  you got to realize that there were so many groups out

18  there, lawyers and groups on the ground doing different

19  things trying to uncover this fraud.  It wasn't just

20  the administration's people.  You know, the campaign

21  people.  And it seemed like I became their hope.  So

22  these guys came to me four days ago, and they had --

23  this guy is a genius.  I've never seen anything like

24  that.  Showed me this presentation of what he did for

25  two months.  He dug into the algorithms inside the

1    machines, these -- how they did this.  And it shows

2    timestamps in there of what you take this wheel and

3    turn it and it shows it's 100 percent forensic proof

4    that this happened.  And this is the -- it's proofed by

5    mathematics.  And I have a background in mathematics

6    and I'm looking at it, and I'm going, but this guy is

7    way beyond.  So, anybody that's seen this, that was a

8    cyber specialist, whatever, look at this and go, wow.

9        Okay.  Just in Georgia, in Fulton County alone

10   26,000 votes that he has right there.  Okay.  Now,

11   that's just in that county, okay?  So, now this -- now

12   he doesn't know who did it or whatever.  This just

13   shows that you don't need to know that.  Just know that

14   this 100 percent that it happened.

15       The other piece that we have that I brought to the

16   president, those things, they actually have timestamps

17   of who did it.  Let's say it was China, what time it

18   happened; how many votes were flipped; the IP addresses

19   of the computers and the latitude and longitude of

20   where it was.

21       So, you know, this is why I'm excited.  You know,

22   I'm not using -- I can't -- God's in control here and I

23   can't count what's going to happen.  You know, I'd like

24   to be able to tell you all, "You know what, this

25   happened, the election was stolen."  The hope is that

 1 | God's got it.  It's God's timing on this.  And look so
 2 | much got revealed.  What if they would have did -- I
 3 | want to put everyone here -- we're going to go a
 4 | different route here for a second.
 5 |      I said on the first episode, 11:15 and the miracle
 6 | of this election is on January 3rd, about 11:15 at
 7 | night.  Donald Trump, because of the great job he did
 8 | and the American people that all voted for him, so many
 9 | more votes came in than they expected.  They had to
10 | stop everything and recalibrate those machines.  And
11 | that math guy showed me what they did with that wheel
12 | okay.  They turned this.
13 |      And you've all heard that thing -- the guy over in
14 | Italy.  This stuff is true.  But, you know, so that's
15 | just one guy though.  We don't know how many people
16 | actually did the mechanisms to do all this.
17 |      Well, anyway, that happened.  If that didn't
18 | happen, we would have all went -- you know, three
19 | o'clock the whole election would have been done.  Oh,
20 | Donald Trump made it close.  But Biden won because of
21 | mail-in voting.  You know, because of that, because
22 | that was the theory that, boy, if you mail in votes,
23 | you know, any republican's going to lose.  Right?
24 |      BRIAN GLENN:  Uh-huh.
25 |      MIKE LINDELL:  Well, but that's not the case here.

1    The case is they got caught.  So they had to cheat

2    more.

3        Now, I want to say that during this whole time

4    that on each state, that the reason they -- the machine

5    things weren't concentrated on is because you had --

6    right away you had all these other kind of -- you know,

7    the dead people that voted.  You had the minors.  You

8    had the non-residents.  You had the ballot fraud, you

9    know, the using ballots from China.  You had all these

10   different frauds.  So, anyone one of them, in a normal

11   world we live in -- you take, like, Arizona you take

12   the dead people and the non-residents and you win

13   Arizona.  Okay.  In Georgia you take two

14   (unintelligible) of that and you win Georgia.  Same

15   thing in Wisconsin.

16       So you, got these states, but the thing is, they

17   didn't look at that.  And they said, "Oh, it's okay if

18   you have that many dead people voting that."  But

19   here's what that manifested to, what if that wouldn't

20   have happened and they would have said, "You know what,

21   this state goes to this.  This goes to this."  We would

22   have -- Donald Trump would have won there, yes.  But we

23   would have never found out the biggest problem in

24   history to the whole world and that's these machines.

25       BRIAN GLENN:  Uh-huh.

1      MIKE LINDELL:  Because now that it got late in

2  December, and then into January, when all this came out

3  about 10 days ago, that was revealed and everybody is

4  excited trying to get into this -- say, "Hey, we got

5  them," you know.

6      But you know what, there is no statute of

7  limitations here.  So, when everybody sees this, it's

8  going -- if the Supreme Court looks at this they're

9  going to go, "Wow, this is the biggest attack on our

10  nation and the world in history."  And when we get

11  through these -- no matter what happens now, the good

12  thing that will happen is that we know that this -- you

13  know, it's there and we could never have machine voting

14  again in history for the whole world.  All these

15  machines were online.

16      BRIAN GLENN:  Yeah.  Okay.  So we've got millions

17  of people that are probably asking this question and

18  asking it out loud.  Mike, where do we go from here?

19  We've got all this evidence.  You've done so much time

20  in digging all of this up and presenting it to the

21  people in the White House and the president has it, but

22  where do we go from here?  We got 48 hours before a new

23  world order kicks in.  So, is there hope?  Does

24  President Trump have an ace up his sleeve before

25  Wednesday?

1       MIKE LINDELL:  I can honestly say I don't know.  I
2    didn't ask him that when I was in the White House.  You
3    know, that's his -- he's the one-- he's our commander
4    and chief.  He's here to protect our nation and we
5    would hope -- you know, everyone knows what a great
6    president he's been, and he's been there for us.  He's
7    fought and fought and fought and fought.
8       Now, did this come to him too late?  It's never
9    too late, because we got -- they already told him,
10    well, you know what, it's okay if dead people vote.
11    It's okay if, you know, minors vote.  It's okay with
12    people in prisons vote.  It's okay if non-residents
13    vote.  It's okay if you use fake ballots from China.
14    So, that had to be so frustrating for him, but this
15    thing comes in late and now you know it was an attack
16    by another nation and nations.  So, what he's going to
17    do with that, you have to protect -- you know, his job
18    is to protect our nation.
19       So, I don't know.  And I don't know -- you know,
20    there is a lawyer that sent a list with me -- you know,
21    because we're an anomaly in history.  And there were
22    suggestions, but he didn't get -- you know, he didn't
23    get a chance to look at that.  And we went upstairs and
24    they ended up -- that I'm sure he knows his options,
25    you know.  Whatever she put down in there.  But, you

1    know, he knows his options.  And we can only pray.

2    Everybody pray.

3         Everyone here that I know that's out there that

4    uncovered stuff that went out there and worked night

5    and day from November 4th on, like Sidney Powell.  I

6    was just on the phone with Sidney an hour ago, before I

7    came on.  She wanted to let everybody know she's just

8    like me, we will guarantee one thing, we're never going

9    to stop fighting to get this evidence exposed.

10   Because, you know, it's going to get out there.  I

11   don't care how long or how many days or whatever, and

12   when it gets out there, you guys there is no -- there

13   is no statute of limitations.  If you, okay, this is

14   invalid president.  I mean, you know there is that.

15   Now, how much -- if I (unintelligible) how much damage

16   could they do in a -- before that comes out and

17   everything stopped or whatever has to happen, we don't

18   even know what would do that.  I don't know that.

19        But I think everybody right now, get in prayer.

20   God's got his hands in this.  You guys got to see the

21   miracle this is.  This is going to -- in the long run,

22   this is going to save -- not just the United States,

23   but the world.  If we don't have elections -- if we

24   don't have anything, communism, everything, socialism

25   takes over --

1      BRIAN GLENN:  Right.

2      MIKE LINDELL:  -- isn't it great that our

3   president was such a strong president that he got more

4   votes than what evil expected.  That's a beautiful

5   thing, you know.

6      BRIAN GLENN:  Okay.  Let's talk about your

7   business.  Cancel culture is in full effect.  We've

8   seen this from day one, since you stepped out.  You

9   shared that story with our viewers yesterday, when you

10  had that first meeting with the president.  But what is

11  happening now to My Pillow and the attacks you're

12  getting across the internet to boycott your business?

13     MIKE LINDELL:  Well, let me tell you, this is why

14  we know we're right over the target with this new

15  evidence.  I've been attacked before many times.  I was

16  attacked last summer with the myoleander.com

17  (phonetic), with that myoleander thing on Anderson

18  Cooper, myoleander.com.  Well, when I did that, I was

19  attacked and lost about three businesses.

20     Because what they are, these are bots and trolls.

21  This is a group that this goes out and they get hired

22  actually to go out and attack businesses on social

23  media and everything.  Well, this one is different.

24  Magnify that by 20 fold.  I had one of the worst -- I

25  found out yesterday I made it to the top.  It's called

1   sleeping giant.  Sleepinggiant.com, whatever.  They're

2   a watchdog group that claim to be -- they're out of

3   Silicone Valley.  The most evil people on the planet.

4   And these guys get hired.  And they're attacking not

5   only My Pillow, many other companies out there.  But

6   they're attacking my vendors.

7        They go to people -- I just got off the phone with

8   Bed Bath and Beyond and they're dropping My Pillow.

9   Just got off the phone not five minutes ago.  Kohl's,

10  all these different places.  So, you know what, if

11  you're out there, these guys don't understand.  They're

12  scared, like the Bed Bath and Beyond.  They're scared.

13  They were good partners.  And, in fact, I told them,

14  "You guys come back any time you want."  But it's not

15  their fault that they're scared, because they don't

16  realize these are fake people that are on there going,

17  "We're going to boycott your store if you don't drop My

18  Pillow."  And, you know, so you know anyone out there,

19  you know -- you can go in there.  I told them, I said,

20  "You know what, since Friday my business direct sale,

21  I'm up 30, 40 percent," because everyone gets behind

22  these attacks.

23       If you're a business owner out there, don't

24  believe in those little bots and trolls.  This is the

25  evil left.  This is the evil, crazy left deep state or

1  whatever it is.  This isn't a politician thing of a

2  democrat republican.  This is what part of the thing

3  attacking our country, you know, this is the communism

4  coming in basically.  And they hire the best to attack

5  us.

6       And I have friends of mine that they're getting --

7  they've been gone after by the machine people.  You

8  know, these Dominion, these SOS, you know, SAS machines

9  or whatever.  They're threatening to -- or they did, I

10 think they're going after them.  But you know what,

11 that's great.  I welcome them to come after me because

12 I got all the evidence and then we'll finally see it.

13 Right?

14       BRIAN GLENN:  Absolutely.

15       Well, I think we should call -- I think that's a

16 great call for action for all of our viewers right now.

17 If you do not like what you're hearing, if you do not

18 want to see Mike Lindell, a true patriot, get attacked

19 by these trolls and have these spineless CEOs for these

20 companies shut him out of the stores, I want everyone

21 to write, call, send an email to these stores and

22 demand that My Pillow is brought back on the shelves or

23 you won't shop there anymore.  I think we need turn

24 this around.  There is a lot of power in the

25 conservative mindset, when it comes to consumerism.

1      MIKE LINDELL:  And that's Bed, Bath and Beyond.

2    That's HEB, Kohl's, Costco, The Shopping Channel in

3    Canada, Wayfair, Zulily.  I mean, the list goes on.

4    But those are the big ones.  The big ones would be your

5    HEBs, your Bed, Bath and Beyonds and your Kohls'.  And

6    I think these guys need to know that -- these are bots

7    and trolls.

8      Yet, if you're out there, and you're a shopper of

9    those stores you're going to lose this just because of

10   some evil entity telling them that you're going to

11   boycott them.  They don't even shop there because

12   they're not a real person.  I told the CEO and the one

13   thing, and the CMO, I said, "Why don't you go there,

14   open them up and see that they only have two friends.

15   They're not real."  They are like two friends, the guy

16   sitting next to him and the guy sitting to the left of

17   him.  Sometimes they have five because they're in a big

18   room.  They sit in a big room all day long.  These guys

19   get paid to do this.  It is horrible.

20     BRIAN GLENN:  It is horrible.  Yeah, you've been

21   so -- and you've been so gracious with our viewers,

22   given the discount codes, RSBN and giving up to 50, 60

23   percent off.  So, I want to encourage everybody right

24   now, if you don't have a My Pillow, please go and

25   support.

 1       Because as you said before, certain proceeds from

 2  sales that you guys get come back to help RSBN and all

 3  of the efforts that we do here.

 4       MIKE LINDELL:  Yeah, 50 percent you, guys.  This

 5  is -- of all the stations, look at RSBN, they have

 6  stood by us all.  I'm so proud of this station.  And

 7  half the proceeds, so if you buy -- we're in the fight.

 8  RSBN and Mike Lindell, I'm out there.  I'm using all my

 9  money, you know, from these sales, to fight this.  I've

10  got millions of dollars since November 4th of my own

11  money, just putting it out there because I want to save

12  our country.  I want to save our country, our republic.

13       And it's a great deal up to 66 percent off all my

14  products.  Now, up to.  Because we have a lot of new

15  products too, bathrobes.  We have beds out.  Our brand

16  new bed's coming out.  I mean, all these great things.

17  So, it's not like we're just selling pillows.  We have

18  110 products now, I just found out today.

19       BRIAN GLENN:  Okay.  Just reading some notes here

20  we got from some viewers.

21       You answered one earlier about Sidney Powell.

22  You've been communicating with her.  So, she's

23  obviously still on board, right?  We can check that

24  off?

25       MIKE LINDELL:  Yeah, yeah.  Sidney has been hard

1   to reach.  She's been working night and day.  Her and I

2   talk at least twice a day.  I kind of go around the

3   loop and talk to every people out there.  But she said

4   to tell everyone she promises she is going to keep

5   fighting until everybody knows about this machine

6   fraud.  And that other countries took this election

7   from us.  And that's my promise to everybody too.

8   There is no way -- and she -- you know, she -- do we

9   get down?  Sure, we get down like everyone.  You know,

10  I'm -- I had to tell Sidney, "We live with no fear.  We

11  only fear the Lord."  And that's all we can do.

12      And, you know, we've done -- we keep doing.  If

13  there is something else that comes in, I do it.  We're

14  proactive.  We keep trying to get out ahead of this.

15  But because of all the stuff that was done, that wasn't

16  normal, we kind -- things fell behind.  Because when

17  you find all fraud of everything else, you expect a

18  judge to say, "Wow, that was illegal.  Let's take these

19  guys out.  Yes, Donald Trump wins this state, this

20  state, this state."  But that didn't happen.

21      So, now all of a sudden, and the machines at one

22  time were going -- everybody knew they were off or at

23  least a lot of people did.  When I first heard about

24  them I did my own math.  I did my own math on November

25  4th and I said, "This is mathematically impossible," or

```
 1   "improbably."  For sure improbably, close to

 2   impossible.  And then I got this guy four days ago, he

 3   brought it in.  100 percent impossible and not just --

 4   you know, so I just want everyone to know that this --

 5   this exposed -- if you think of it as God's plan, this

 6   exposed so much evil.  So much self-serving people.  So

 7   much people that do politics for their own agenda.  In

 8   both parties, as far as I'm concerned.

 9       I didn't know anything about politics, but

10   politicians, I mean you could really judge them.  There

11   is very few that are righteous, and I'm serious.  You

12   know, that's when our president, I think that's what

13   they fear, that he was such a -- going in there -- and

14   when they said drain the swamp, now I know what he

15   meant, boy.  But that swamp was deep.

16       BRIAN GLENN:  That swamp was deep.

17       Another question that I see here, that came up

18   multiple times.  Do you fear for your safety, your

19   personal safety, Mike?  I mean you're putting yourself

20   out there.  You are here in DC.  A lot of people want

21   to know, Mike, do you feel safe?

22       MIKE LINDELL:  You know, I do but only because of

23   the Lord.  You know, you know, I put on a cloak of

24   armor every day and, you know, I pray.  And, you know,

25   if I lived in fear, that's the problem that these bots
```

1  and trolls and everybody has with me, because I'm not

2  changing.  You know what, I've had -- if you read my

3  story I've had guns to my head back when I was into

4  crack cocaine.  I've had swords to my throat.  And God

5  protected me then.  And he sure going to protect me

6  know when I'm doing the right thing.

7      BRIAN GLENN:  Correct.  They also want to get your

8  thoughts on all the military presence here in DC?  Now,

9  obviously I've been walking around the last three days

10  showing all the security measures here.

11      What's your take on all the military setup here in

12  DC?

13      MIKE LINDELL:  That's the wild card I can't even

14  explain because it doesn't make sense.  You know, I've

15  heard, is it going to be like a virtual reality if this

16  fake inauguration.  I don't know.  You here so many

17  things.  And so why would you need that military

18  presence?  You know, I mean this is just -- there is a

19  lot of stuff going on that is unexplainable.

20      So you can't -- do I have a hotline -- could I,

21  you know, make up a scenario, there is -- to me there

22  is only like four scenarios that you can go by, and

23  everybody knows what they are.  But, you know, the one

24  is that they're just calling that much security because

25  of -- there is going -- people think it's that they won

1    and other people here think that they won.  You got two

2    sides.  You got to realize, there is still people over

3    here that are democrats that really believe they won.

4    So, you know, and we over here, there is just a few

5    over here that really believe that we lost.  So, you've

6    got two sides.  Somebody won and somebody lost.

7        And this has been what the American people, what

8    the world want to see, show us the evidence.  No one's

9    ever been able to see what we have.  Can't you just

10   open up and say, "Okay, here's this state.  We can show

11   everything that went on.  Pile this, this and this."

12   And then we look at it -- if I'm a democrat, I want to

13   know too did another country steal our election?  What

14   if it happened to you?

15       And then there is a lot of democrats over here

16   that are very fearful that they voted for something

17   that they didn't mean to vote for.  They voted for a

18   socialist/communist thing coming in rather than

19   democrat party that they thought was -- maybe a

20   traditional democrat, you know.  And it's sad because

21   they didn't even get -- your vote didn't matter,

22   people.  Your vote did not matter.  I've seen it.

23       China and four or five other countries stole this

24   election from everybody.

25       BRIAN GLENN:  Okay.  Lately there is been a huge,

1    I guess, call to -- for those republicans that did not

2    stand up for Trump during the impeachment, and maybe

3    voted for impeachment.

4        What accountability should they have -- I mean,

5    we've got primaries coming up here shortly.  What's

6    your thoughts on getting rid of every republican that

7    did not have Donald Trump's back?

8        MIKE LINDELL:  Oh, they'll never win again.  Are

9    you kidding?  Lindsey Graham is shameful what he did.

10   Shameful.  And I can say that because I know Lindsey

11   Graham.  When he said in there, "Yeah, Donald Trump we

12   had a good run.  6000 dead people, I couldn't even find

13   10."  We got the list of the dead people, birth

14   certificates, pictures of the gravestones and death

15   certificates.  Lindsey, you lied to the American

16   people.

17       And there was a lot like him.  You start with

18   your, you know, your Brian Kemp, your Doug Duceys, all

19   your state legislatures in all these states, they let

20   the American people down.  Not just one party, they let

21   everybody down.  Nobody will ever trust any one of them

22   again ever.  But, you know what, you got to start with

23   these corrupt machines.  You got to protect us against

24   a foreign power.  And that's what has to be done.

25       But then you're right, then you got to go down and

1  look at what happened.  Look what happened.  How did

2  this get past all these levels that were put in our

3  Constitution to look at this and say -- you get to one

4  judge, "I'm not going to look at the fraud."  Go to the

5  next one, "I'm not going to look at the fraud."  You

6  get to all these legislators, "I don't think there is

7  any fraud."  You know, give me a break.

8      When you got a list of -- I want to say the

9  example this is the one I just don't get, which

10  everybody should listen to that one hour show or one

11  hour thing where the president talked to the Secretary

12  of State in Georgia.  On that call he said, the

13  president goes -- now, I don't know the exact numbers,

14  so I'm going to try and get close.  So in Georgia the

15  president goes, "So, wait a minute," he's looking at

16  the thing, "we got 8000 dead people.  We've got 7000

17  minors.  8000 people that don't even live in Georgia.

18  8000 duplicate votes."  So these are solid numbers.

19  And he said, "Just give us any two of these and we win

20  Georgia."  Because it was 11,730 votes.  That's not

21  counting the machines, right, or anything.

22      And the Secretary of State goes, "Those are the

23  wrong numbers."  And the president goes, "Well, where

24  did we get these numbers from?"  And his own person

25  said, "Sir, we got them from the Secretary of State's

1   office."  So, he said that to the Secretary of State,

2   he said, "Well, if they're the wrong numbers, give us

3   the real ones."  And then Donald Trump's person, he

4   goes, "We've been trying to get them, sir, for two

5   months from these guys.  They won't give it to us."

6        So if you're out there, and you're -- everyone out

7   there, this is what went on in just about every single

8   state.  You got Nevada -- you got 30 some thousand

9   people that you have to live in Nevada for 30 days.  30

10  some thousand dollars people or whatever the number was

11  did not -- voted that didn't even live there.

12       I mean, so I always compare it to -- there is a

13  movie.  I think I did on the first time we were on the

14  show.  It just reminds me of this movie called Big

15  Daddy.  And this little kid is playing cards with the

16  pizza man and the pizza man says, "I got a full house.

17  Aces over 10s." And the kid goes, "I got a 10, a 4, a 3

18  and 8 and a 2.  I win."  And the guy says, "Well, what

19  do you mean?  This wins."  He goes, "No, no, no, I

20  win."

21       You know, I just can't -- it's not reality when

22  you show this and you go, hey, this is the hand

23  everybody.  It means that we had -- we didn't have a

24  good election.  And everybody goes, "Yeah, yeah, you're

25  right.  But guess what, we're just going to move on."

1    The weirdest thing.

2         But like I say, it's almost a good thing because

3    it's going to expose the big thing that we would have

4    never, ever, ever been able to be.  Because these

5    things are embedded in these machines, but they were

6    built to cheat.  They were built to steal elections.

7    And I can say this.  You guys, I'm not making this up

8    because I've heard it on some Facebook or something.

9    That's why when this thing came out -- and I talked to

10   the guy that's got the stuff too.  I've talked to him

11   almost every day.  So I've seen stuff.  I've seen

12   stuff.  The guy with -- I've seen all the evidence.

13        This guy over here that did the mathematics thing,

14   I went through that with him for five hours, five

15   hours.  County by county going, this is incredible.

16   You know, what they did and how broad this was.  Well,

17   you know, once -- it's just a matter of getting it out

18   there to see.

19        The Supreme Court right now, if the Supreme Court

20   -- if you justices see this.  I mean, just look Sidney

21   Powell has got five cases, I believe before the Supreme

22   Court right now.  And when I was on the phone with her,

23   she goes -- I said, "Well, what do you think they're

24   going to do with them?"  She goes, "It wouldn't

25   surprise me if they just throw them up.  Just throw

1   them out and not look at them."  Because -- and they're

2   not supposed to do this stuff.  They're to protect the

3   country too.

4       But if they open them up, if they do open them up,

5   it's going to be a nine zero vote, because it's so

6   blatant.  It's like, hey, is this a white holder?  And

7   everyone going, yeah, I hate to say it, but it really

8   is.  And then they're going to go, wow, this was an

9   attack on our country.

10      This makes -- you know, the attacks we've had on

11  our country before, you know, Pearl Harbor, what did

12  that manifest to?  If that hadn't happen, tragic as it

13  was, we probably wouldn't be talking because that got

14  us involved in a war that wouldn't have been lost

15  because we were waiting too long to get involved.

16      9/11, when 9/11 happened.  When 9/11 happened,

17  what happened after that?  We became secure.  Our

18  airports became secure.  More security than ever

19  because if we didn't have that, we'd have terrorists

20  walking into our cities with a suitcase and blowing up

21  the city.  So, security got great.

22      So, when this -- when God -- you know, all the bad

23  people, everything's getting revealed.  I want

24  everybody out there, to give this hope.  Because it is.

25  You can just look and say, the odds -- do you know the

1    odds of every state not saying, "Okay.  We're not just

2    going to talk about the dead people and all this

3    stuff."  Those odds, that almost like it's a miracle in

4    itself because it revealed these machines 10 days ago.

5        And, so, I'm very happy, hopeful.  Because, you

6    know what, how this plays out, the aftermath down the

7    road will be the best thing in history for us and the

8    world, for our children or grandchildren.  This is the

9    turning point in history where -- this is where evil

10   versus good.  This spiritual warfare is higher now than

11   I think anytime in, it could be ever, I don't know.  I

12   don't know, but it's amazing.

13       BRIAN GLENN:  Yeah, it's definitely good versus

14   evil.

15       Mike Lindell, My Pillow.  We'll remind everybody,

16   if you want to support all of our efforts here at RSBN,

17   you can do that by having a good night sleep on a My

18   Pillow.  Go to MyPillow.com.  MyPillow.com.  Click away

19   and shop.  Because I feel like at this point, when you

20   click, you're clicking for conservative values.  And

21   you're supporting all of Mike's effort and, obviously,

22   all of our effort here at RSBN.  And you're just a true

23   patriot.

24       All right.  And one last thing, what is your final

25   message for the president.  If he watches this video

1   right now, this is going to be pushed out today, what's

2   your message to our president?

3       MIKE LINDELL:  My message to the president is, we

4   know 100 percent, and he does too, that this has been

5   an attack by China and other countries.  And, as a

6   commander and chief, we voted you in, number one, to

7   protect us against an attack on our country.  And this

8   is the biggest attack ever.

9       All of our businesses that are being attacked now,

10  can you imagine what it's going to be afterwards, if he

11  let's this happen.  I mean, churches are being attacked

12  now.  Look at what they've done to social media.

13  They're just shutting us down.  That's what they do.

14  That's what they did in Germany.  You just shut the

15  media or any of these states, from Iran to North Korea,

16  you shut down the communications.  And social media,

17  the mainstream media.

18      So, we're just -- our prayers are with you, Mr.

19  President.  We pray that God.  You know, pray to God

20  that you will get -- that you will get -- make the

21  great decisions.  And I also want to say, Mr.

22  President, we love you.  You've done -- everything

23  you've done for us.  Everything -- we have never had --

24  this is the best president in the history of the

25  planet.  And I just, I'm praying.

1      Obviously, that's why he's president.  He knows

2  more than we do.

3      BRIAN GLENN:  Absolutely.

4      And we want to remind our viewers when they go to

5  your website, to put in the RSBN promo code, RSBN, for

6  that discount that we talked about earlier.  And also

7  to help the conservative values here that we have.

8      Well, we've got 48 hours I guess that our

9  president will be in the White House.  I know that he's

10  scheduled to exit on Wednesday.  We have a crew there

11  in West Palm Beach that will take his arrival there.

12  We're still working on trying to cover his departure

13  here from the White House.

14      But, hey, Mike, I get this question asked 100

15  times a day.  I still think there is a two to three

16  percent chance Donald J. Trump remains in that White

17  House past Wednesday for whatever reason happens, and

18  whatever God has planned for this great country and

19  this great president.  That's just my personal

20  thoughts.  I got to go.

21      MIKE LINDELL:  Yep.  Yep.  And I want everyone out

22  there to keep the prayers up and for our president.

23  But I will say this, 100 percent the truth will be

24  revealed.  And when it is, we don't know what happens

25  then.  So, you know, don't -- I don't want everyone out

1    there going -- being so depressed that, okay, what if

2    nothing gets done and this guy -- that's not -- their

3    inauguration then would be a null and void.  I mean,

4    it's not even real when it was done under suspicion,

5    but then when this is revealed, and it will be.  I give

6    everybody my promise, it will be.  We didn't come all

7    this way and God didn't -- we're fighting evil to lose.

8    This is going to be amazing.

9         And it's also going to lead to the biggest revival

10   in history.  Because everyone's going to see the

11   biggest miracle.  And people on the left and the right

12   and the liberal and conservative, everyone, everyone

13   around the world is going to see the miracle of this if

14   they look at the pieces I've just laid out.  Because if

15   everyone out there says, "Wow, just think if this

16   wouldn't have happened and we would have never had

17   known about these machines."  You guys, then every vote

18   we ever made in our lives, and every vote any other

19   country made, was made by a machine, by a guy that

20   decides who is going to win or lose, and you decide

21   which direction you're taking, who is more corrupt and,

22   you know, whose IT guys are better than their IT guys.

23        So, yeah, I'm very, very, very faithful, hopeful,

24   and it's going to be amazing.

25        BRIAN GLENN:  I talked to you about this

1    yesterday, when I was near the capitol.  I told

2    everybody to fall and find comfort in God right now, in

3    the Bible right now.  If someone is watching us, and

4    perhaps they've never been spiritual, perhaps they've

5    fallen away from God, what is your message to them to

6    come back and seek peace within the scripture?

7         MIKE LINDELL:  Well, that's, you know, I said that

8    last spring, and it fits now more than ever, from the

9    Rose Garden I said, "Now is the time.  If you're

10   looking for -- get back in the word.  Get in the Bible.

11   Get on your knees.  Surrender to Jesus.  Put it in his

12   hands, and you will have a peace that passes all

13   understanding."  I mean, it's just going to be amazing

14   peace.

15        And we will become, once again, our nation under

16   God and down the road we'll put God back into our

17   schools.  And I just look at the future, it's just

18   going to be amazing.  And you can't -- you know, we're

19   in the dark, you know, but there is light.  And that

20   light is Jesus.  And now get in that Bible and you get

21   on your knees today, and everybody pray and we'll get

22   through this.  And it's going to be amazing.  It really

23   is.

24        BRIAN GLENN:  Mike Lindell, My Pillow.  We

25   certainly appreciate your time.  We love you here at

1   Right Side Broadcasting.  And, you know, of course

2   millions of people watching us right now appreciate

3   everything you've done for this president, for this

4   country.  And, hey, a lot of people are sleeping better

5   because of you.  Right?

6        MIKE LINDELL:  That's right.  God bless you, guys.

7        BRIAN GLENN:  Even our dogs, right?  Even our

8   dogs?

9        MIKE LINDELL:  Right on.  That's right.  That's

10  right.

11       BRIAN GLENN:  All right.  Well, God bless you and

12  perhaps we'll -- we can do this -- who knows what

13  happens tonight, but maybe we get together tomorrow and

14  recap.

15       MIKE LINDELL:  Yup.  I'll come back tomorrow.  I

16  can keep everybody -- we got to keep -- everybody,

17  we're all together in this.  Right, left, it doesn't

18  matter.  We're under attack and we need daily -- we

19  need daily -- we need to all inspire each other so --

20       BRIAN GLENN:  Yes, sir.

21       All right.  Until next time.  Good bye, God bless,

22  my friend.  I appreciate it.

23       MIKE LINDELL:  Thank you.

24       BRIAN GLENN:  Thank you.

25       (Thereupon, the recording concluded.)

```
1                        REPORTER'S CERTIFICATE

2

3        I, LOURDES ALVARADO, Professional Reporter, certify

4    that I was authorized to and did stenographically transcribe

5    said recording; and that the foregoing pages are a true and

6    complete record; and that this computer-assisted transcript

7    was prepared under my supervision.

8

9    Dated this 28th day of January, 2021.

10

11

12    _____

13    LOURDES ALVARADO, Professional Reporter

14

15

16

17

18

19

20

21

22

23

24

25
```

**1**

**10**  7:3 19:13
   21:17 24:4
**100**  4:3,14
   16:3 25:4
   26:14,23
**10s**  21:17
**11,730**  20:20
**110**  14:18
**11:15**  5:5,6

**2**

**2**  21:18
**20**  10:24
**26,000**  4:10

**3**

**3**  21:17
**30**  11:21
   21:8,9
**3rd**  5:6

**4**

**4**  21:17
**40**  11:21
**48**  7:22 26:8
**4th**  9:5 14:10
   15:25

**5**

**50**  13:22 14:4

**6**

**60**  13:22
**6000**  19:12
**66**  14:13

**7**

**7000**  20:16

**8**

**8**  21:18
**8000**  20:16,
   17,18

**9**

**9/11**  23:16

**A**

**Absolutely**
   12:14 26:3
**accountability**
   19:4
**ace**  7:24
**Aces**  21:17
**action**  12:16
**addresses**
   4:18
**aftermath**
   24:6
**agenda**  16:7
**ahead**  15:14
**airports**
   23:18
**amazing**  24:12
   27:8,24
   28:13,18,22
**American**  5:8
   18:7 19:15,20
**Anderson**
   10:17
**anomaly**  8:21
**anymore**  12:23
**anytime**  24:11
**Arizona**  6:11,
   13
**armor**  16:24

**arrival**  26:11
**attack**  7:9
   8:15 10:22
   12:4 23:9
   25:5,7,8
   29:18
**attacked**
   10:15,16,19
   12:18 25:9,11
**attacking**
   11:4,6 12:3
**attacks**  10:11
   11:22 23:10

**B**

**back**  11:14
   12:22 14:2
   17:3 19:7
   28:6,10,16
   29:15
**background**
   4:5
**bad**  23:22
**ballot**  6:8
**ballots**  6:9
   8:13
**basically**
   12:4
**Bath**  11:8,12
   13:1,5
**bathrobes**
   14:15
**Beach**  26:11
**beautiful**
   10:4
**Bed**  11:8,12
   13:1,5
**bed's**  14:16
**beds**  14:15
**Beyonds**  13:5
**Bible**  28:3,
   10,20
**Biden**  5:20
**big**  13:4,17,
   18 21:14 22:3

**biggest**  6:23
   7:9 25:8
   27:9,11
**birth**  19:13
**blatant**  23:6
**bless**  29:6,
   11,21
**blowing**  23:20
**board**  14:23
**bots**  10:20
   11:24 13:6
   16:25
**boy**  5:22
   16:15
**boycott**  10:12
   11:17 13:11
**brand**  14:15
**break**  20:7
**Brian**  5:24
   6:25 7:16
   10:1,6 12:14
   13:20 14:19
   16:16 17:7
   18:25 19:18
   24:13 26:3
   27:25 28:24
   29:7,11,20,24
**broad**  22:16
**Broadcasting**
   29:1
**brought**  4:15
   12:22 16:3
**built**  22:6
**business**
   10:7,12
   11:20,23
**businesses**
   10:19,22 25:9
**buy**  14:7
**bye**  29:21

**C**

**call**  12:15,
   16,21 19:1
   20:12

called 10:25
  21:14
calling 17:24
Canada 13:3
Cancel 10:7
capitol 28:1
card 17:13
cards 21:15
care 9:11
case 5:25 6:1
cases 22:21
caught 6:1
CEO 13:12
CEOS 12:19
certificates
  19:14,15
chance 8:23
  26:16
changing 17:2
Channel 13:2
cheat 6:1
  22:6
check 14:23
chief 8:4
  25:6
children 24:8
China 4:17
  6:9 8:13
  18:23 25:5
churches
  25:11
cities 23:20
city 23:21
claim 11:2
click 24:18,
  20
clicking
  24:20
cloak 16:23
close 5:20
  16:1 20:14
CMO 13:13
cocaine 17:4
code 26:5
codes 13:22

comfort 28:2
commander 8:3
  25:6
communicating
  14:22
communications
  25:16
communism
  9:24 12:3
companies
  11:5 12:20
compare 21:12
computers
  4:19
concentrated
  6:5
concerned
  16:8
concluded
  29:25
conservative
  12:25 24:20
  26:7 27:12
Constitution
  20:3
consumerism
  12:25
control 4:22
Cooper 10:18
Correct 17:7
corrupt 19:23
  27:21
Costco 13:2
count 4:23
counting
  20:21
countries
  15:6 18:23
  25:5
country 12:3
  14:12 18:13
  23:3,9,11
  25:7 26:18
  27:19 29:4
county 4:9,11
  22:15

Court 7:8
  22:19,22
cover 26:12
crack 17:4
crazy 11:25
crew 26:10
culture 10:7
cyber 4:8

## D

Daddy 21:15
daily 29:18,
  19
damage 9:15
dark 28:19
day 9:5 10:8
  13:18 15:1,2
  16:24 22:11
  26:15
days 7:3 9:11
  16:2 17:9
  21:9 24:4
DC 16:20
  17:8,12
dead 6:7,12,
  18 8:10
  19:12,13
  20:16 24:2
deal 14:13
death 19:14
December 7:2
decide 27:20
decides 27:20
decisions
  25:21
deep 11:25
  16:15,16
demand 12:22
democrat 12:2
  18:12,19,20
democrats
  18:3,15
departure
  26:12

depressed
  27:1
digging 7:20
direct 11:20
direction
  27:21
discount
  13:22 26:6
dogs 29:7,8
dollars 14:10
  21:10
Dominion 12:8
Donald 5:7,20
  6:22 15:19
  19:7,11 21:3
  26:16
Doug 19:18
drain 16:14
drop 11:17
dropping 11:8
Duceys 19:18
duplicate
  20:18

## E

earlier 14:21
  26:6
effect 10:7
effort 24:21,
  22
efforts 14:3
  24:16
election 4:25
  5:6,19 15:6
  18:13,24
  21:24
elections
  9:23 22:6
email 12:21
embedded 22:5
encourage
  13:23
ended 8:24
entity 13:10

episode 5:5
everyone's 27:10
everything's 23:23
evidence 7:19 9:9 10:15 12:12 18:8 22:12
evil 10:4 11:3,25 13:10 16:6 24:9,14 27:7
exact 20:13
excited 4:21 7:4
exit 26:10
expect 15:17
expected 5:9 10:4
explain 17:14
expose 22:3
exposed 9:9 16:5,6

**F**

Facebook 22:8
fact 11:13
faithful 27:23
fake 8:13 11:16 17:16
fall 28:2
fallen 28:5
fault 11:15
fear 15:10,11 16:13,18,25
fearful 18:16
feel 16:21 24:19
fell 15:16
fight 14:7,9
fighting 9:9 15:5 27:7

final 24:24
finally 12:12
find 15:17 19:12 28:2
fits 28:8
flipped 4:18
fold 10:24
foreign 19:24
forensic 4:3
fought 8:7
found 6:23 10:25 14:18
fraud 6:8 15:6,17 20:4, 5,7
frauds 6:10
Friday 11:20
friend 29:22
friends 12:6 13:14,15
frustrating 8:14
full 10:7 21:16
Fulton 4:9
future 28:17

**G**

Garden 28:9
Georgia 4:9 6:13,14 20:12,14,17, 20
Germany 25:14
giant 11:1
give 20:7,19 21:2,5 23:24 27:5
giving 13:22
GLENN 5:24 6:25 7:16 10:1,6 12:14 13:20 14:19 16:16 17:7 18:25 24:13

26:3 27:25 28:24 29:7, 11,20,24
God 17:4 23:22 25:19 26:18 27:7 28:2,5,16 29:6,11,21
God's 4:22 5:1 9:20 16:5
good 7:11 11:13 19:12 21:24 22:2 24:10,13,17 29:21
gracious 13:21
Graham 19:9, 11
grandchildren 24:8
gravestones 19:14
great 5:7 8:5 10:2 12:11,16 14:13,16 23:21 25:21 26:18,19
group 10:21 11:2
guarantee 9:8
guess 19:1 21:25 26:8
guns 17:3
guy 4:6 5:11, 13,15 13:15, 16 16:2 21:18 22:10,12,13 27:2,19
guys 9:12,20 11:4,11,14 13:6,18 14:2, 4 15:19 21:5 22:7 27:17,22 29:6

**H**

half 14:7
hand 21:22
hands 9:20 28:12
happen 4:23 5:18 7:12 9:17 15:20 23:12 25:11
happened 4:4, 14,18,25 5:17 6:20 18:14 20:1 23:16,17 27:16
happening 10:11
happy 24:5
Harbor 23:11
hard 14:25
hate 23:7
head 17:3
heard 5:13 15:23 17:15 22:8
hearing 12:17
HEB 13:2
HEBS 13:5
hey 7:4 21:22 23:6 26:14 29:4
higher 24:10
hire 12:4
hired 10:21 11:4
history 6:24 7:10,14 8:21 24:7,9 25:24 27:10
holder 23:6
honestly 8:1
hope 4:25 7:23 8:5 23:24
hopeful 24:5 27:23

horrible
  13:19,20
hotline  17:20
hour  9:6
  20:10,11
hours  7:22
  22:14,15 26:8
house  7:21
  8:2 21:16
  26:9,13,17
huge  18:25

**I**

illegal  15:18
imagine  25:10
impeachment
  19:2,3
impossible
  15:25 16:2,3
improbably
  16:1
inauguration
  17:16 27:3
incredible
  22:15
inspire  29:19
internet
  10:12
invalid  9:14
involved
  23:14,15
IP  4:18
Iran  25:15
Italy  5:14

**J**

January  5:6
  7:2
Jesus  28:11,
  20
job  5:7 8:17
judge  15:18
  16:10 20:4

justices
  22:20

**K**

Kemp  19:18
kicks  7:23
kid  21:15,17
kidding  19:9
kind  6:6
  15:2,16
knees  28:11,
  21
knew  15:22
Kohl's  11:9
  13:2
Kohls'  13:5
Korea  25:15

**L**

laid  27:14
late  7:1 8:8,
  9,15
latitude  4:19
lawyer  8:20
lead  27:9
left  11:25
  13:16 27:11
  29:17
legislators
  20:6
legislatures
  19:19
levels  20:2
liberal  27:12
lied  19:15
light  28:19,
  20
limitations
  7:7 9:13
Lindell  5:25
  7:1 8:1 10:2,
  13 12:18 13:1
  14:4,8,25
  16:22 17:13

19:8 24:15
  25:3 26:21
  28:7,24 29:6,
  9,15,23
Lindsey  19:9,
  10,15
list  8:20
  13:3 19:13
  20:8
listen  20:10
live  6:11
  15:10 20:17
  21:9,11
lived  16:25
lives  27:18
long  9:11,21
  13:18 23:15
longitude
  4:19
loop  15:3
Lord  15:11
  16:23
lose  5:23
  13:9 27:7,20
lost  10:19
  18:5,6 23:14
lot  12:24
  14:14 15:23
  16:20 17:19
  18:15 19:17
  29:4
loud  7:18
love  25:22
  28:25

**M**

machine  6:4
  7:13 12:7
  15:5 27:19
machines  4:1
  5:10 6:24
  7:15 12:8
  15:21 19:23
  20:21 22:5
  24:4 27:17

made  5:20
  10:25 27:18,
  19
Magnify  10:24
mail  5:22
mail-in  5:21
mainstream
  25:17
make  17:14,21
  25:20
makes  23:10
making  22:7
man  21:16
manifest
  23:12
manifested
  6:19
math  5:11
  15:24
mathematically
  15:25
mathematics
  4:5 22:13
matter  7:11
  18:21,22
  22:17 29:18
means  21:23
meant  16:15
measures
  17:10
mechanisms
  5:16
media  10:23
  25:12,15,16,
  17
meeting  10:10
message  24:25
  25:2,3 28:5
Mike  5:25
  7:1,18 8:1
  10:2,13 12:18
  13:1 14:4,8,
  25 16:19,21,
  22 17:13 19:8
  24:15 25:3
  26:14,21
  28:7,24 29:6,

9,15,23
**Mike's** 24:21
**military**
  17:8,11,17
**millions** 7:16
  14:10 29:2
**mindset** 12:25
**mine** 12:6
**minors** 6:7
  8:11 20:17
**minute** 20:15
**minutes** 11:9
**miracle** 5:5
  9:21 24:3
  27:11,13
**money** 14:9,11
**months** 21:5
**move** 21:25
**movie** 21:13,
  14
**multiple**
  16:18
**myoleander**
  10:17
**myoleander.com**
  10:16
**myoleander.
  com.** 10:18
**Mypillow.com.**
  24:18

---

**N**

**nation** 7:10
  8:4,16,18
  28:15
**nations** 8:16
**Nevada** 21:8,9
**night** 5:7 9:4
  15:1 24:17
**non-residents**
  6:8,12 8:12
**normal** 6:10
  15:16
**North** 25:15

**notes** 14:19
**November** 9:5
  14:10 15:24
**null** 27:3
**number** 21:10
  25:6
**numbers**
  20:13,18,23,
  24 21:2

---

**O**

**odds** 23:25
  24:1,3
**office** 21:1
**one's** 18:8
**one--** 8:3
**online** 7:15
**open** 13:14
  18:10 23:4
**options** 8:24
  9:1
**order** 7:23
**owner** 11:23

---

**P**

**paid** 13:19
**Palm** 26:11
**part** 12:2
**parties** 16:8
**partners**
  11:13
**party** 18:19
  19:20
**passes** 28:12
**past** 20:2
  26:17
**patriot** 12:18
  24:23
**peace** 28:6,
  12,14
**Pearl** 23:11
**people** 5:8,15
  6:7,12,18
  7:17,21 8:10,

12 11:3,7,16
12:7 15:3,23
16:6,7,20
17:25 18:1,2,
7,22 19:12,
13,16,20
20:16,17
21:9,10 23:23
24:2 27:11
29:2,4
**percent** 4:3,
  14 11:21
  13:23 14:4,13
  16:3 25:4
  26:16,23
**person** 13:12
  20:24 21:3
**personal**
  16:19 26:19
**phone** 9:6
  11:7,9 22:22
**phonetic**
  10:17
**pictures**
  19:14
**piece** 4:15
**pieces** 27:14
**Pile** 18:11
**Pillow** 10:11
  11:5,8,18
  12:22 13:24
  24:15,18
  28:24
**pillows** 14:17
**pizza** 21:16
**places** 11:10
**plan** 16:5
**planet** 11:3
  25:25
**planned** 26:18
**playing** 21:15
**plays** 24:6
**point** 24:9,19
**politician**
  12:1
**politicians**
  16:10

**politics**
  16:7,9
**Powell** 9:5
  14:21 22:21
**power** 12:24
  19:24
**pray** 9:1,2
  16:24 25:19
  28:21
**prayer** 9:19
**prayers** 25:18
  26:22
**praying** 25:25
**presence**
  17:8,18
**presenting**
  7:20
**president**
  4:16 7:21,24
  8:6 9:14
  10:3,10 16:12
  20:11,13,15,
  23 24:25
  25:2,3,19,22,
  24 26:1,9,19,
  22 29:3
**primaries**
  19:5
**prisons** 8:12
**proactive**
  15:14
**problem** 6:23
  16:25
**proceeds**
  14:1,7
**products**
  14:14,15,18
**promise** 15:7
  27:6
**promises** 15:4
**promo** 26:5
**proof** 4:3
**proofed** 4:4
**protect** 8:4,
  17,18 17:5
  19:23 23:2
  25:7

protected
  17:5
proud  14:6
pushed  25:1
put  5:3 8:25
  16:23 20:2
  26:5 28:11,16
putting  14:11
  16:19

              Q

question  7:17
  16:17 26:14

              R

reach  15:1
read  17:2
reading  14:19
real  13:12,15
  21:3 27:4
reality  17:15
  21:21
realize  11:16
  18:2
reason  6:4
  26:17
recalibrate
  5:10
recap  29:14
recording
  29:25
remains  26:16
remind  24:15
  26:4
reminds  21:14
republic
  14:12
republican
  12:2 19:6
republican's
  5:23
republicans
  19:1

revealed  5:2
  7:3 23:23
  24:4 26:24
  27:5
revival  27:9
rid  19:6
righteous
  16:11
road  24:7
  28:16
room  13:18
Rose  28:9
route  5:4
RSBN  13:22
  14:2,5,8
  24:16,22 26:5
run  9:21
  19:12

              S

sad  18:20
safe  16:21
safety  16:18,
  19
sale  11:20
sales  14:2,9
SAS  12:8
save  9:22
  14:11,12
scared  11:12,
  15
scenario
  17:21
scenarios
  17:22
scheduled
  26:10
schools  28:17
scripture
  28:6
Secretary
  20:11,22,25
  21:1
secure  23:17,
  18

security
  17:10,24
  23:18,21
seek  28:6
sees  7:7
self-serving
  16:6
selling  14:17
send  12:21
sense  17:14
setup  17:11
shameful
  19:9,10
shared  10:9
shelves  12:22
shop  12:23
  13:11 24:19
shopper  13:8
Shopping  13:2
shortly  19:5
show  18:8,10
  20:10 21:14,
  22
showed  5:11
showing  17:10
shows  4:1,3,
  13
shut  12:20
  25:14,16
shutting
  25:13
Side  29:1
sides  18:2,6
Sidney  9:5,6
  14:21,25
  15:10 22:20
Silicone  11:3
single  21:7
sir  20:25
  21:4 29:20
sit  13:18
sitting  13:16
sleep  24:17
sleeping  11:1
  29:4

Sleepinggiant.
com  11:1
sleeve  7:24
social  10:22
  25:12,16
socialism
  9:24
socialist/
communist
  18:18
solid  20:18
SOS  12:8
specialist
  4:8
spineless
  12:19
spiritual
  24:10 28:4
spring  28:8
stand  19:2
start  19:17,
  22
state  6:4,21
  11:25 15:19,
  20 18:10
  19:19 20:12,
  22 21:1,8
  24:1
State's  20:25
states  6:16
  9:22 19:19
  25:15
station  14:6
stations  14:5
statute  7:6
  9:13
steal  18:13
  22:6
stepped  10:8
stole  18:23
stolen  4:25
stood  14:6
stop  5:10 9:9
stopped  9:17
store  11:17
stores  12:20,
  21 13:9

story 10:9
  17:3
strong 10:3
stuff 5:14
  9:4 15:15
  17:19 22:10,
  11,12 23:2
  24:3
sudden 15:21
suggestions
  8:22
suitcase
  23:20
summer 10:16
support 13:25
  24:16
supporting
  24:21
supposed 23:2
Supreme 7:8
  22:19,21
surprise
  22:25
Surrender
  28:11
suspicion
  27:4
swamp 16:14,
  15,16
swords 17:4

**T**

takes 9:25
taking 27:21
talk 10:6
  15:2,3 24:2
talked 20:11
  22:9,10 26:6
  27:25
talking 23:13
target 10:14
telling 13:10
terrorists
  23:19
theory 5:22

thing 5:13
  6:15,16 7:12
  8:15 9:8
  10:5,17 12:1,
  2 13:13 17:6
  18:18 20:11,
  16 22:1,2,3,
  9,13 24:7,24
things 4:16
  6:5 14:16
  15:16 17:17
  22:5
thought 18:19
thoughts 17:8
  19:6 26:20
thousand
  21:8,10
threatening
  12:9
throat 17:4
throw 22:25
time 4:17 6:3
  7:19 11:14
  15:22 21:13
  28:9,25 29:21
times 10:15
  16:18 26:15
timestamps
  4:2,16
timing 5:1
today 14:18
  25:1 28:21
told 8:9
  11:13,19
  13:12 28:1
tomorrow
  29:13,15
tonight 29:13
top 10:25
traditional
  18:20
tragic 23:12
trolls 10:20
  11:24 12:19
  13:7 17:1
true 5:14
  12:18 24:22

Trump 5:7,20
  6:22 7:24
  15:19 19:2,11
  26:16
Trump's 19:7
  21:3
trust 19:21
truth 26:23
turn 4:3
  12:23
turned 5:12
turning 24:9

**U**

Uh-huh 5:24
  6:25
uncovered 9:4
understand
  11:11
understanding
  28:13
unexplainable
  17:19
unintelligible
  6:14 9:15
United 9:22
upstairs 8:23

**V**

Valley 11:3
values 24:20
  26:7
vendors 11:6
versus 24:10,
  13
video 24:25
viewers 10:9
  12:16 13:21
  14:20 26:4
virtual 17:15
void 27:3
vote 8:10,11,
  12,13 18:17,
  21,22 23:5

27:17,18
voted 5:8 6:7
  18:16,17 19:3
  21:11 25:6
votes 4:10,18
  5:9,22 10:4
  20:18,20
voting 5:21
  6:18 7:13

**W**

wait 20:15
waiting 23:15
walking 17:9
  23:20
wanted 9:7
war 23:14
warfare 24:10
watchdog 11:2
watches 24:25
watching 28:3
  29:2
Wayfair 13:3
website 26:5
Wednesday
  7:25 26:10,17
weirdest 22:1
West 26:11
wheel 4:2
  5:11
white 7:21
  8:2 23:6
  26:9,13,16
wild 17:13
win 6:12,14
  19:8 20:19
  21:18,20
  27:20
wins 15:19
  21:19
Wisconsin
  6:15
won 5:20 6:22
  17:25 18:1,3,
  6

| | |
|---|---|
| **word**  28:10 | |
| **worked**  9:4 | |
| **working**  15:1 | |
|   26:12 | |
| **world**  6:11,24 | |
|   7:10,14,23 | |
|   9:23 18:8 | |
|   24:8 27:13 | |
| **worst**  10:24 | |
| **wow**  4:8 7:9 | |
|   15:18 23:8 | |
|   27:15 | |
| **write**  12:21 | |
| **wrong**  20:23 | |
|   21:2 | |

---

**Y**

---

**yesterday**
  10:9,25 28:1
**Yup**  29:15

---

**Z**

---

**Zulily**  13:3