# Exhibit 259

POLITICS                                   The New York Times                              PLAY THE CROSSWORD    Account

**2020**  |  Election Results: Biden Wins   Electoral College Votes   Congress Defies Mob   Georgia Runoff Results   Democrats Win Senate Control



ADVERTISEMENT

AD ROCKETREACH.CO

**Find Anyone's Personal or Work Email, Phone Number & Social Media Profile w/ RocketReach.**

Seamlessly Connect to Any Professional. Trusted by Over 6.7M Users and 95% of the S&P 500.

OPEN

# Trump Team Disavows Lawyer Who Peddled Conspiracy Theories on Voting

President Trump's campaign issued a striking repudiation of Sidney Powell, who had offered up widely derided conspiracy theories as she tried to aid the president's baseless challenges to vote counts.



Sidney Powell, right, speaking next to Rudolph W. Giuliani as members of President Trump's legal team

POLITICS  |  Trump Team Disavows Lawyer Who Peddled Conspiracy Theories on Voting

By Maggie Haberman and Alan Feuer

Published Nov. 22, 2020    Updated Dec. 19, 2020

President Trump's campaign on Sunday disavowed Sidney Powell, one of his lawyers who has pushed false claims of voter fraud, after she made wild accusations that Republican officials had been involved in a payoff scheme to manipulate voting machines.

The repudiation of Ms. Powell, which came at the hands of former allies like Rudolph W. Giuliani, added unwanted drama for the president's legal team at a moment when it is losing case after case, offering a public window into the chaotic nature and amateurish tactics of most of its attempts so far to fight the election outcome.

Even as many campaign aides, White House advisers and

Even as many campaign aides, White House advisers and professional lawyers want nothing to do with the claims, a small group of lawyers for Mr. Trump's campaign has presided over a widely mocked, circuslike legal effort to try to invalidate votes and prevent states from certifying their results.

People like Ms. Powell and Mr. Giuliani have been frequent guests on conservative news programs, where they have made spurious claims that have been rejected by judges or that the Trump campaign has refrained from echoing in court because they lack evidence.

ADVERTISEMENT



Ms. Powell, who was not directly involved in cases the Trump campaign filed in court, appeared with its legal team at a news conference just last week, and had been embraced by the president and many of his allies because of her emphatic and unconditional defense of an array of baseless claims.

Refer someone to The Times.
They'll enjoy our special rate of $1 a week.

On Sunday, though, the Trump campaign reversed course.

"Sidney Powell is practicing law on her own," it said in a statement. "She is not a member of the Trump legal team. She is also not a lawyer for the president in his personal capacity."



In a statement issued to CBS News, Ms. Powell said that she

understood the statement from Mr. Giuliani and Jenna Ellis, another Trump lawyer, and that she would still be filing a lawsuit related to her unsubstantiated allegations of voter fraud.

The disavowal came a day after a Pennsylvania judge eviscerated arguments that other members of Mr. Trump's legal team had made in court that millions of votes in the state should be invalidated.



Ms. Powell was described as a member of the legal team's "elite strike force" at the news conference on Thursday as she laid out an elaborate conspiracy theory about efforts by the former Venezuelan president Hugo Chávez, who died in 2013, to essentially rig elections in the United States by using voting machines made by Dominion Voting Systems. While Mr. Trump has become obsessed with the idea of a global conspiracy, cybersecurity officials from his own government have said there is no evidence that machines were compromised.

Appearing on the conservative network Newsmax on Saturday night, Ms. Powell further pushed the conspiracy theory, saying that two top Republicans in Georgia — Gov. Brian Kemp and Secretary of State Brad Raffensperger — were taking payoffs as part of the scheme, and that Representative Doug Collins of Georgia had in fact won his race for Senate against Senator Kelly Loeffler. (He did not; Ms. Loeffler's race is heading to a runoff without Mr. Collins.) Ms. Powell said she planned to file a "biblical" suit in the state.

Two runoff elections in Georgia on Jan. 5 are set to determine which party controls the Senate, and Republicans have grown anxious that the Trump campaign's legal efforts there could affect those races, which are likely to have lower turnout than this month's general election.

Ms. Powell's claims were widely derided, including by some Trump allies. Chris Christie, the Republican former governor of New Jersey, said on ABC's "This Week" that the legal team had become a "national embarrassment." Most of the president's other lawyers have declined to become involved in his efforts to delay certifying the vote in states.

Mr. Trump has been agitated about Mr. Giuliani and Ms. Powell for a few days, advisers said, complaining about how Ms. Powell had sounded at the Thursday news conference, how black rivulets of liquid had dripped down Mr. Giuliani's face, and about how long the appearance had stretched on.

On Saturday and Sunday, several of the president's advisers urged Mr. Trump to part ways with Ms. Powell, people briefed on the discussions said. One of those people said that even Mr. Giuliani had recognized that she had gone too far.

But Ms. Powell also made an easy target for deflection by Mr. Giuliani and others, as Mr. Trump vented his frustrations about the Pennsylvania judge's scathing ruling.

**Editors' Picks**



Darwin's Dim View of the Second Sex


In Canada, Americans Are Missed, With Limits


PAID POST: STATE STREET
Think You Know the Market's Potential Sweet Spot?

ADVERTISEMENT

Other lawyers for Mr. Trump who have largely stayed out of the fray believe Mr. Giuliani and Ms. Powell have merely been telling the president what he wants to hear. The president latched onto Ms. Powell's claims about votes being switched on Dominion machines in the last two weeks.

The thrust of Ms. Powell's conspiracy theory — that a powerful and vast network of Mr. Trump's enemies cheated him out of victory — has been largely constant, though the cast of perpetrators and accomplices has varied from setting to setting.

In an interview last week on Rush Limbaugh's radio show, where she spoke with few interruptions for nearly 20 minutes, Ms. Powell claimed that the voting machines in question had been designed to rig elections.

The day before, on Fox Business, Ms. Powell said the conspiracy involved "dead people" who had voted "in massive numbers" — again offering no evidence — and claimed that fraudulent paper ballots were also part of the scheme.

In September, Ms. Powell acknowledged during a hearing in Federal District Court in Washington that she had taken the highly unusual step of briefing Mr. Trump on the case of one of her most prominent clients, Michael T. Flynn, Mr. Trump's former national security adviser.

While representing Mr. Flynn, Ms. Powell often amplified social media posts promoting QAnon, the conspiracy theory whose proponents believe Mr. Trump is battling a cabal of satanic pedophiles.

The cold shoulder extended to Ms. Powell was only the latest embarrassment for Mr. Trump's legal team, for which more than 30 lawsuits challenging the integrity of the election have either been dismissed or voluntarily withdrawn in a half-dozen battleground states.

ADVERTISEMENT



A major loss came in Pennsylvania on Saturday night, when the federal judge, Matthew W. Brann, threw out a lawsuit seeking to stop the certification of the state's election results and criticized it

in blistering language, likening its argument to "Frankenstein's monster" and saying it was "unsupported by the evidence."

Jeremy W. Peters contributed reporting.

**President Trump's Legal Efforts to Undo the Vote**


**Trump Targets Michigan in His Ploy to Subvert the Election**
Nov. 19, 2020


**With No Evidence of Fraud, Trump Fails to Make Headway on Legal Cases**
Nov. 6, 2020


**Judge Dismisses Trump Lawsuit Seeking to Delay Certification in Pennsylvania**
Nov. 21, 2020

Maggie Haberman is a White House correspondent. She joined The Times in 2015 as a campaign correspondent and was part of a team that won a Pulitzer Prize in 2018 for reporting on President Trump's advisers and their connections to Russia.  @maggieNYT

Alan Feuer covers courts and criminal justice for the Metro desk. He has written about mobsters, jails, police misconduct, wrongful convictions, government corruption and El Chapo, the jailed chief of the Sinaloa drug cartel. He joined The Times in 1999.
 @alanfeuer

A version of this article appears in print on Nov. 23, 2020, Section A, Page 22 of the New York edition with the headline: Trump Team Drops Lawyer Voicing Conspiracy Theory. Order Reprints | Today's Paper | Subscribe

    

---

**2020 Election**
The latest news about the 2020 election, including updates on the candidates, the polls and the major issues.

| | | |
|---|---|---|
| **Presidential Election Results: Biden Wins**<br>51m ago  | **U.S. Senate Election Results: Democrats Win**<br>51m ago  | **U.S. House Election Results**<br>51m ago  |

**More in Politics**



Alyssa Schukar for The New York Times
**Meandering Performance by Defense Lawyers Enrages Trump**
Feb. 9


Erin Schaff/The New York Times
**'There's Nothing Left': Why Thousands of Republicans Are Leaving the Party**
6h ago


Ting Shen for The New York Times
**Justice Dept. Directs Trump-Appointed U.S. Attorneys to Leave**
Feb. 9


Stefani Reynolds for The New York Times
**House Republicans Announce 47 Democrats They Hope to Unseat**
2h ago


Erin Schaff/The New York Times
**5 Takeaways From Day One of Trump's Second Impeachment Trial**
Feb. 9

**Most Popular**

**'There's Nothing Left': Why Thousands of Republicans Are Leaving the Party**

**Meet the Four Harvard Law Grads Taking on the Entire Legal System**

**A Stumble, a Scream and Venus Williams Is Out**

**On a Bucolic Maine Island, Life Can Be Rocky — Especially With Teen Boys**

**Her Best Friend Claims They Witnessed a Sex Crime. She Has Her Doubts.**

**Mark Cuban Says He Told Mavericks to Stop Playing Anthem**

**The Love Triangle That Caused a Religious Panic**

**Head of Elite French University Resigns Following Professor Incest Case**

**Meandering Performance by Defense Lawyers Enrages Trump**

**'I'm Not a Cat,' Says Lawyer Having Zoom Difficulties**

**Editors' Picks**

 










Daniel Schechner    Corbis/Getty Images

**Deep-Cleaning Videos Are Getting Grosser**
Feb. 3

**When Silver Linings Don't Cut It, Honesty Helps**
Feb. 9

**Darwin's Dim View of the Second Sex**
Feb. 5

ADVERTISEMENT



The New York Times                                                                                                       Go to Home Page »

NEWS            OPINION              ARTS            LIVING          MORE                    SUBSCRIBE
Home Page       Today's Opinion      Today's Arts    At Home         Reader Center            📰 Home Delivery
World           Op-Ed Columnists     Art & Design    Automobiles     Wirecutter
Coronavirus     Editorials           Books           Games           Live Events              🎁 Gift Subscriptions
U.S.            Op-Ed Contributors   Dance           Education       The Learning Network     🎮 Games
Politics        Letters              Movies          Food            Tools & Services
Election Results Sunday Review       Music           Health          Multimedia               🍴 Cooking
New York        Video: Opinion       Pop Culture     Jobs            Photography
Business                             Television      Love            Video                    Email Newsletters
Tech                                 Theater         Magazine        Newsletters              Corporate Subscriptions
Science                              Video: Arts     Parenting       TimesMachine             Education Rate
Sports                                               Real Estate     NYT Store
Obituaries                                           Recipes         Times Journeys           Mobile Applications
Today's Paper                                        Style           Manage My Account        Replica Edition
Corrections                                          T Magazine                               International
                                                     Travel                                   Canada
                                                                                              Español
                                                                                              中文网

© 2021 The New York Times Company   NYTCo   Contact Us   Accessibility   Work with us   Advertise   T Brand Studio   Your Ad Choices   Privacy Policy   Terms of Service   Terms of Sale   Site Map   Help   Subscriptions