# Exhibit 262

screenshot-twitter.com-2021.02.08-12_29_49
https://twitter.com/existentialfish/status/1341078245878472706
08.02.2021



**John Whitehouse**
@existentialfish

Newsmax just aired this note to "clarify" its coverage of Smartmatic and Dominion.



12:49 PM · Dec 21, 2020 · Twitter Web App

**9,197** Retweets   **10.5K** Quote Tweets   **32.7K** Likes

