# Exhibit 263

File 8 Mike Lindell Newmax TV
December 20, 2020

1
2          DOMINION
3
4
5  Mike Lindell to Newsmax TV: 'American Dream' Is on
6  the Line
7
8
9
10  FILE 8:  Mike Lindell to Newsmax TV: 'American
11  Dream' is on the Line (Dec. 21, 2020), available at,
12  https://www.newsmax.com/newsmax-tv/mike-lindell-elec
13  tion-lawsuits-american-dream/2020/12/21/id/1002635/
14
15
16
17
18
19
20
21
22
23
24
25

1   REP TERRI SEWELL:  -- targeted our
2   election infrastructure.
3   REP JIM McGOVERN:  Russia successfully
4   hacked into our election systems.
5   REP ELIJAH CUMMINGS:  Russians hacking our
6   election system?
7   SEN AMY KLOBLUCHER:  We've been hacked
8   into when we we've had Russia try to influence
9   our election.
10  REP ELIOT ENGEL:  Russia in terms of
11  hacking our election.
12  SEBASTIAN GORKA:  We have no evidence of
13  that.  What do you mean?  $100,000 spent on
14  Facebook ads.  That's how Russia stole the
15  election?  I'm Sebastian Gorka, former
16  strategist to President Trump.  This is the
17  Greg Kelly Reports Show on Newsmax.  We were
18  (audio distortion), weren't we, that the
19  election was stolen.  We have members of
20  congress.  We have the speaker who refused to
21  call the president President.  They said he was
22  illegitimate.  We had Robert Mueller spend
23  $14 million of your money as the special
24  prosecutor to get the bottom of so-called
25  Russian collusion, with no evidence at the end

1  of it, after 20 months of investigation.  But
2  now the election's fine because their guy
3  "won."  So, don't investigate anything.
4  Nothing.  Nothing on untoward happen.  Those
5  suitcases of ballots being pulled from under
6  the hiding place, under the table once the GOP
7  workers were escorted out of the building.  Oh,
8  don't look at that, there's nothing there.  The
9  hundreds of thousands of ballots that was
10 shipped across state lines.  Everyone counting
11 as a felony.  Oh, ignore that.  Ignore that.
12     Well, we're not going to ignore it here,
13 because we fight for the truth and we believe
14 that this is still the greatest nation on God's
15 earth and nobody gets to steal it from us.
16 Listen to the evidence from last weeks senate
17 hearing from a man, a lawyer, a legal
18 professional who's looking into what actually
19 happened in Nevada.  Chapter and verse, the
20 crimes committed.  (Indiscernible).
21     MALE SPEAKER:  Over 42,000, 42,000 people
22 voted more than once.  At least 1500 dead
23 people are recorded as voting, as shown by
24 comparing the list of male voters with the
25 Social Security death records.  More than

1  19,000 people voted even though they didn't

2  live in Nevada.

3      SEBASTIAN GORKA:  19,000 people voted in

4  Nevada who don't live there.  Tens of thousands

5  of duplicate votes.  That's more evidence than

6  we need, but we have to fight.  One man who

7  decided, he's not a politician, he doesn't work

8  for the president, but he's still fighting for

9  him and for the cause of truth, is a man that

10  makes my show, for example, America First on

11  Salem Radio possible.  The great Mike Lindell.

12  Mike is not hiding in your bathroom closet as

13  usual with his MyPillow.  He's fighting for

14  America, and for those don't know it, guys,

15  he's funding these court cases.

16      Mike Lindell, why are you fighting the

17  legal battle for election transparency?  You're

18  Mr. MyPillow.  What's going on?

19      MIKE LINDELL:  Well, I believe in this

20  president, but -- and I'll tell you what,

21  nobody realizes (indiscernible) what America we

22  had on election night at 11:15.  You know, you

23  talked about all this fraud, doctoring -- the

24  biggest fraud is the Dominion machines.  And at

25  11:15 on election night our great president --

1     (Talking simultaneously.)

2     SEBASTIAN GORKA:  -- Mike, I don't want to

3  discuss.  Mike.  Mike.  We're not going to get

4  into the minutia and the details.  I want to

5  (indiscernible) because this show is about

6  courage.

7     MIKE LINDELL:  Right.

8     SEBASTIAN GORKA:  It's hosted by a guy

9  who's a former marine.  I want to know why you,

10 Mike Lindell, are supporting the president in

11 these legal cases.

12    MIKE LINDELL:  Well, because everything's

13 on the line here.  Everything's on the line.

14 Our freedom.  My American dream that I've

15 lived.  Everybody's American dream.  This is

16 it.  If you let them steal this, which I

17 100 percent know that that's what went on, this

18 is over 6 million votes that got pled.  Over

19 6 million.  He won all the states that we're

20 talking about.  The seven states:  Minnesota,

21 Wisconsin, Michigan, Georgia, Pennsylvania and

22 Nevada and Arizona.  They're all getting

23 stolen -- stolen, and you can't have the

24 biggest crime in history, just let it go.  And

25 nobody's doing anything about it.  They're

1  sitting out there -- all these judges, all the
2  judges aren't letting the evidence be seen.  It
3  makes no sense.  We need -- the whole world is
4  watching.  We need to open this up, show the
5  evidence and say what.  I just heard from the
6  White House that Mark Meadows and a couple
7  people you read that today, that they're
8  blocking the president, or telling the
9  president not to make these rules and get these
10 machines.  Let's get the machines and show the
11 people what the truth is.
12      SEBASTIAN GORKA:  Yes, you nailed it.
13 Mike, you nailed it.  This is the biggest
14 political crime ever, and we have to stop
15 testimony.  And without people like you, it
16 would be impossible.  God bless you.
17     We're going to talk about what you can do.
18 You don't have to be an amazing CEO like
19 MyPillow inventor, Michael Lindell.  Every
20 American has a role to play, and we're going to
21 talk about it here on Greg Kelly Reports on
22 Newsmax with me, Sebastian Gorka.
23
24     (End of recording.)
25

1           CERTIFICATE

2

3    I, ERINN GREEN, Professional Court

4 Reporter/Transcriptionist, do hereby certify that I

5 was authorized to transcribe the foregoing recorded

6 proceeding, and that the transcript is a true and

7 accurate transcription of my shorthand notes, to the

8 best of my ability, taken while listening to the

9 provided recording.

10

11    I further certify that I am not of counsel or

12 attorney for any of the parties to said proceedings,

13 nor in any way interested in the events of this

14 cause, and that I am not related to any of the

15 parties thereto.

16

17    Dated this 28th day of January, 2021.

18

19

20
   _____
21   ERINN L. GREEN, Court Reporter
   Notary Public Commission No.: GG950705
22    Expires: January 23, 2024

23

24

25

| $ | | | |
|---|---|---|---|
| $100,000 2:13 | | | |
| $14 2:23 | | | |

### 1

100  5:17
11:15  4:22,25
1500  3:22
19,000  4:1,3

### 2

20  3:1
2020  1:11
2021  7:17
2024  7:22
21  1:11
23  7:22
28th  7:17

### 4

42,000  3:21

### 6

6  5:18,19

### 8

8  1:10

### A

ability  7:8
accurate  7:7
ads  2:14
amazing  6:18
America  4:10, 14,21
American  1:5, 10  5:14,15
         6:20
AMY  2:7
Arizona  5:22
attorney  7:12
audio  2:18
authorized 7:5

### B

ballots  3:5,9
bathroom  4:12
battle  4:17
biggest  4:24 5:24 6:13
bless  6:16
blocking  6:8
bottom  2:24
building  3:7

### C

call  2:21
cases  4:15 5:11
CEO  6:18
CERTIFICATE 7:1
certify  7:4,11
Chapter  3:19
closet  4:12
collusion 2:25
Commission 7:21
committed 3:20
comparing 3:24
congress  2:20
counsel  7:11
counting  3:10
couple  6:6
courage  5:6

court  4:15 7:3,21
crime  5:24 6:14
crimes  3:20
CUMMINGS  2:5

### D

Dated  7:17
day  7:17
dead  3:22
death  3:25
dec  1:11
decided  4:7
details  5:4
discuss  5:3
distortion 2:18
doctoring 4:23
Dominion  1:2 4:24
dream  1:5,11 5:14,15
duplicate  4:5

### E

earth  3:15
election  2:2, 4,6,9,11,15, 19  4:17,22,25
election's 3:2
ELIJAH  2:5
ELIOT  2:10
end  2:25  6:24
ENGEL  2:10
ERINN  7:3,21
escorted  3:7
events  7:13
Everybody's 5:15
everything's 5:12,13

evidence 2:12,25 3:16 4:5 6:2,5
Expires  7:22

### F

Facebook  2:14
felony  3:11
fight  3:13 4:6
fighting  4:8, 13,16
FILE  1:10
fine  3:2
foregoing  7:5
fraud  4:23,24
freedom  5:14
funding  4:15

### G

Georgia  5:21
GG950705  7:21
God  6:16
God's  3:14
GOP  3:6
Gorka  2:12,15 4:3 5:2,8 6:12,22
great  4:11,25
greatest  3:14
GREEN  7:3,21
Greg  2:17 6:21
guy  3:2  5:8
guys  4:14

### H

hacked  2:4,7
hacking  2:5, 11
happen  3:4
happened  3:19

US Dominion v. Mike Lindell Newsmax TV
December 20, 2020

2

heard 6:5
hearing 3:17
hiding 3:6
 4:12
history 5:24
hosted 5:8
House 6:6
https://www.
 newsmax.com/
 newsmax-tv/
 mike-lindell-
 elec 1:12
hundreds 3:9

**I**

ignore 3:11,
 12
illegitimate
 2:22
impossible
 6:16
indiscernible
 3:20 4:21 5:5
influence 2:8
infrastructure
 2:2
interested
 7:13
inventor 6:19
investigate
 3:3
investigation
 3:1

**J**

January 7:17,
 22
JIM 2:3
judges 6:1,2

**K**

Kelly 2:17
 6:21

KLOBLUCHER
 2:7

**L**

lawyer 3:17
legal 3:17
 4:17 5:11
letting 6:2
Lindell 1:5,
 10 4:11,16,19
 5:7,10,12
 6:19
lines 3:10
list 3:24
Listen 3:16
listening 7:8
live 4:2,4
lived 5:15

**M**

machines 4:24
 6:10
make 6:9
makes 4:10
 6:3
male 3:21,24
man 3:17 4:6,
 9
marine 5:9
Mark 6:6
Mcgovern 2:3
Meadows 6:6
members 2:19
Michael 6:19
Michigan 5:21
Mike 1:5,10
 4:11,12,16,19
 5:2,3,7,10,12
 6:13
million 2:23
 5:18,19
Minnesota
 5:20

minutia 5:4
money 2:23
months 3:1
Mueller 2:22
Mypillow
 4:13,18 6:19

**N**

nailed 6:12,
 13
nation 3:14
Nevada 3:19
 4:2,4 5:22
Newsmax 1:5,
 10 2:17 6:22
night 4:22,25
nobody's 5:25
Notary 7:21
notes 7:7

**O**

open 6:4

**P**

parties 7:12,
 15
Pennsylvania
 5:21
people 3:21,
 23 4:1,3 6:7,
 11,15
percent 5:17
place 3:6
play 6:20
pled 5:18
political
 6:14
politician
 4:7
president
 2:16,21 4:8,
 20,25 5:10
 6:8,9

proceeding
 7:6
proceedings
 7:12
professional
 3:18 7:3
prosecutor
 2:24
provided 7:9
Public 7:21
pulled 3:5

**R**

Radio 4:11
read 6:7
realizes 4:21
recorded 3:23
 7:5
recording
 6:24 7:9
records 3:25
refused 2:20
related 7:14
REP 2:1,3,5,
 10
Reporter 7:21
Reporter/
 transcriptioni
 st 7:4
Reports 2:17
 6:21
Robert 2:22
role 6:20
rules 6:9
Russia 2:3,8,
 10,14
Russian 2:25
Russians 2:5

**S**

Salem 4:11
Sebastian
 2:12,15 4:3
 5:2,8 6:12,22

US Dominion v. Mike Lindell - Newmax TV
December 20, 2020                                                              3

| | | |
|---|---|---|
| Security 3:25 | talked 4:23 | voting 3:23 |
| SEN 2:7 | talking 5:1, 20 | |
| senate 3:16 | | **W** |
| sense 6:3 | targeted 2:1 | |
| SEWELL 2:1 | telling 6:8 | watching 6:4 |
| shipped 3:10 | Tens 4:4 | weeks 3:16 |
| shorthand 7:7 | terms 2:10 | White 6:6 |
| show 2:17 4:10 5:5 6:4, 10 | TERRI 2:1 | Wisconsin 5:21 |
| | testimony 6:15 | won 3:3 5:19 |
| shown 3:23 | thereto 7:15 | work 4:7 |
| simultaneously 5:1 | thousands 3:9 4:4 | workers 3:7 |
| sitting 6:1 | tion-lawsuits-american-dream/2020/12/21/id/1002635 1:13 | world 6:3 |
| so-called 2:24 | | |
| Social 3:25 | | |
| speaker 2:20 3:21 | today 6:7 | |
| special 2:23 | transcribe 7:5 | |
| spend 2:22 | transcript 7:6 | |
| spent 2:13 | transcription 7:7 | |
| state 3:10 | transparency 4:17 | |
| states 5:19, 20 | true 7:6 | |
| steal 3:15 5:16 | Trump 2:16 | |
| stole 2:14 | truth 3:13 4:9 6:11 | |
| stolen 2:19 5:23 | TV 1:5,10 | |
| stop 6:14 | | |
| strategist 2:16 | **U** | |
| successfully 2:3 | | |
| suitcases 3:5 | untoward 3:4 | |
| supporting 5:10 | usual 4:13 | |
| system 2:6 | | |
| systems 2:4 | **V** | |
| | | |
| **T** | verse 3:19 | |
| | voted 3:22 4:1,3 | |
| table 3:6 | voters 3:24 | |
| talk 6:17,21 | votes 4:5 5:18 | |