# Exhibit 264

