# Exhibit 265

