# Exhibit 267



**Mike Lindell**
@realMikeLindell

The truth of all the election fraud is all going to come out! 1.2 Biden... .80 President Trump ( biggest election crime ever!) Everyone will then know @realDonaldTrump won by 6m votes!
twitter.com/KanekoaTheGrea...

This Tweet is unavailable.

9:16 AM · Dec 27, 2020 · Twitter for iPhone

**3.7K** Retweets  **169** Quote Tweets  **10.9K** Likes