# Exhibit 270

