# Exhibit 273



Staples — Smart Shipping with Staples. Extensive collection. Free delivery. Shop now

### Business

# MyPillow CEO says Bed Bath & Beyond, Kohl's, Wayfair are dropping his products

Mike Lindell, a major Republican donor, has repeatedly pushed false claims that widespread voter fraud cost President Trump the 2020 election.



MyPillow CEO Mike Lindell, seen last week outside the White House in Washington, has given tens of thousands of dollars to Republican causes since President Trump came on the political scene. (Jabin Botsford/The Washington Post)

By **Taylor Telford**

Jan. 19, 2021 at 6:36 p.m. GMT

＋ Add to list

MyPillow chief executive Mike Lindell — an avid President Trump backer who has repeatedly pushed debunked claims the 2020 presidential election was rigged — said Kohl's, Bed Bath & Beyond, Wayfair and other retailers are dropping his products.

The moves, which Lindell referenced during a weekend interview, come as corporate America is rethinking its political affiliations following the attack on the U.S. Capitol. On Jan. 6, a mob of Trump supporters — provoked by the president himself — overran the Capitol in an attempt to block Congress from certifying Joe Biden's victory in the presidential contest. Dozens of Republican lawmakers who subsequently voted against certification have lost support from many of their



1800Flowers.com

---

Document title: MyPillow dropped by Bed Bath &amp; Beyond, Kohl's and Wayfair, CEO says - The Washington Post
Capture URL: https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/
Capture timestamp (UTC): Mon, 08 Feb 2021 15:07:21 GMT

ise@clarelocke.com

— overran the Capitol in an attempt to block Congress from certifying Joe Biden's victory in the presidential contest. Dozens of Republican lawmakers who subsequently voted against certification have lost support from many of their corporate backers.

[Some Trump backers are getting hit with one-star online reviews — including MyPillow and real estate agent Jenna Ryan]

"I just got off the phone with Bed Bath & Beyond. They're dropping MyPillow. Just got off the phone not five minutes ago. Kohl's, all these different places," Lindell told Right Side Broadcasting Network, a conservative YouTube channel. "These guys, they're scared, like a Bed Bath & Beyond, they're scared. They were good partners. In fact, I told them, 'You guys come back anytime you want.'"



AD
Mobile Service For Your Auto Glass Replacement
Safelite can even come to you with our mobile service!
Fix My Glass

Bed Bath & Beyond said the decision stemmed from ongoing efforts to remove low-selling products from its shelves. Nordstrom cited similar rationale when it dropped Ivanka Trump-branded clothes and shoes in February 2017.

"As previously announced, we have been rationalizing our assortment to discontinue a number of underperforming items and brands," Bed Bath & Beyond said in an emailed statement to The Post. "This includes the MyPillow product line. Our decisions are data-driven, customer-inspired and are delivering substantial growth in our key destination categories."

[Dominion threatens MyPillow CEO Mike Lindell with lawsuit over 'false and conspiratorial' claims]

Kohls also cited low customer demand in its decision to part ways with MyPillow.

"We will sell our current inventory and not buy additional/future inventory in the brand," Kohl's said in an email to The Post.

Wayfair did not immediately respond to requests for comment. Neither did MyPillow.



RSBN
@RSBNetwork

Watch LIVE: RSBN's @brianglenntv exclusive interview with @realMikeLindell on his White House visit and the next 4 years.




**Most Read Business**

1. They quit rather than risk covid at work. Now they're hoping Biden can help them collect unemployment.


2. Here's the new Democratic plan for $1,400 stimulus checks


3. Perspective
Like GameStop, Bed Bath & Beyond has been reduced to a stock meme. But 42,000 people work there.


4. Tesla invests $1.5 billion in bitcoin, will start accepting it as payment


5. New report finds toxic heavy metals in popular baby foods. FDA failed to warn consumers of risk.



Document title: MyPillow dropped by Bed Bath &amp; Beyond, Kohl's and Wayfair, CEO says - The Washington Post
Capture URL: https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/
Capture timestamp (UTC): Mon, 08 Feb 2021 15:07:21 GMT
Page 1 of 8



Lindell has repeatedly amplified Trump's baseless claims the election was stolen, even alleging to have "proof" during interviews with right-wing media. He now faces litigation from Dominion Voting Systems, whose lawyers have accused him of making "false and conspiratorial" claims alleging the technology firm altered the outcome of the presidential race.

AD

Mobile Service For Your Auto Glass Replacement

Safelite can even come to you with our mobile service!

Fix My Glass

According to a Jan. 8 letter Lindell shared with The Post, Dominion has accused the CEO of conducting a "smear campaign" and leveraging his "significant social media following to inflict the maximum amount of damage to Dominion's good name and business operations."

[From crack cocaine to Mar-a-Lago: The unusual journey of the MyPillow man]

"Despite your repeated promises — not to mention your considerable and costly efforts to bankroll a so-called investigation into Dominion — you have failed to identify a scintilla of credible evidence that even suggests that Dominion is somehow involved in a global conspiracy to harvest millions of votes in favor of President-elect Biden," the letter states. "Of course, this is because no such evidence exists."

Lindell has been a fervent champion of Trump since summer 2016, when the two




Personal Finance newsletter

Retirement advice from syndicated personal finance columnist and expert Michelle Singletary every Wednesday.

Sign up

By signing up you agree to our Terms of Use and Privacy Policy

exists."

Lindell has been a fervent champion of Trump since summer 2016, when the two men met for 30 minutes to discuss the CEO's business and all-American manufacturing process. Lindell told the Minneapolis/St. Paul Business Journal that Melania Trump asked for a pair of pillows. "I overnighted him pillows from my Minnesota factory," Lindell said. "I got a personal email from him saying he and his wife really liked MyPillow."



Lindell is a major Republican donor and has been in frequent contact with Trump throughout his presidency. Last week, parts of Lindell's notes were photographed by The Post ahead of a White House meeting with Trump that captured such phrases as "election issues" and "martial law if necessary."

[*Lawmakers who objected to election results have been cut off from 20 of their 30 biggest corporate PAC donors*]

On Twitter, some users are calling on other retailers such as Walmart to drop MyPillow, while others have called for boycotting the company. Political commentary is filtering into online reviews of its patented pillow: "It is okay not soft! But Mike Lindell wants to declare martial law in America, he won't be getting my business! Stick to pillows pal." In the interview with Right Side, though, Lindell was adamant that his business would see more benefit than harm.

"Every time I got attacked, my business would go up, anywhere from 10 to 30 percent," Lindell said, although he did not specify what metric he was referring to. "Here's my theory: Everybody on the right buys more, they buy more to support the cause. If you're righteous, if it's the right thing, they're going to support you."



🎧 **Podcast**

**Post Reports**

The Washington Post's daily podcast: unparalleled reports, expert insight, clear analysis. For your ears.

**Add to** Apple Podcasts, Google Podcasts



Document title: MyPillow dropped by Bed Bath &amp; Beyond, Kohl's and Wayfair, CEO says - The Washington Post
Capture URL: https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/
Capture timestamp (UTC): Mon, 08 Feb 2021 15:07:21 GMT
Page 3 of 8



Other businesses have endured backlash after aligning themselves with Trump. After Goya Foods chief executive Robert Unanue praised Trump at a White House event last summer, the company faced a boycott. Some conservatives, including the president's children, clapped back at critics with #BuyGoya, posting pictures of themselves with Goya products. A tweet from Ivanka Trump, showing the president's daughter holding a can of Goya black beans, may have violated government ethics rules, watchdog groups have said.



Many Americans got their first look at Lindell's mustachioed face though a 30-minute infomercial. The former crack cocaine addict has said that he had many failed businesses before the idea for MyPillow came to him in a dream, one he believes came directly from God.





Document title: MyPillow dropped by Bed Bath &amp; Beyond, Kohl's and Wayfair, CEO says - The Washington Post
Capture URL: https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/
Capture timestamp (UTC): Mon, 08 Feb 2021 15:07:21 GMT
Page 4 of 8





MyPillow has an "F" rating from the Better Business Bureau and has been fined and settled numerous lawsuits over false advertising claims related to its products.

[QAnon reshaped Trump's party and radicalized believers. The Capitol siege may just be the start.]

Over the weekend, MyPillow ran a promotion that gave customers a discount if they used the coupon code "QAnon" — a reference to the online conspiracy theory that has resonated with Trump followers.



Document title: MyPillow dropped by Bed Bath &amp; Beyond, Kohl's and Wayfair, CEO says - The Washington Post
Capture URL: https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/
Capture timestamp (UTC): Mon, 08 Feb 2021 15:07:21 GMT

Page 5 of 8

**The latest:** Shape of Senate impeachment trial remains unclear as Trump rejects House Democratic request to testify

**Read:** House brief for Donald Trump's second impeachment trial | Article of impeachment against President Trump

**What happens next:** A guide to Trump's impeachment

**Graphic:** Where Senators stand on impeachment

**Stay informed:** Read the latest reporting and analysis on impeachment here.

💬 **2.2k Comments**



**Taylor Telford**
Taylor Telford is a reporter covering national and breaking news. Follow 🐦

### More from The Post

He became the nation's ninth vice president. She was his enslaved wife. 

Former Senate GOP staffer arrested on federal child pornography charges 

*Perspective*
Ask Amy: Conflict aversion leads to tough breakup 

Expectant parents fired a cannon to celebrate their baby shower. It exploded and killed a guest. 

Trump's election fraud falsehoods have cost taxpayers $519 million — and counting 



Document title: MyPillow dropped by Bed Bath &amp; Beyond, Kohl's and Wayfair, CEO says - The Washington Post
Capture URL: https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/
Capture timestamp (UTC): Mon, 08 Feb 2021 15:07:21 GMT
Page 6 of 8





and counting



**Personal Finance newsletter**

Retirement advice from syndicated personal finance columnist and expert Michelle Singletary every Wednesday.

Sign up

By signing up you agree to our Terms of Use and Privacy Policy

**PAID PROMOTED STORIES**    Recommended by Outbrain



**U.S. Surgeon: This Simple Trick Empties Almost Immediately Your Bowels Every Morning**
Guthealthwellness



**Read This Before You Renew Amazon Prime Again**
Capital One Shopping



**[Pics] Woman Has No Idea Why Selfie Went Viral, Then She Sees She Wasn't Alone**
Cleverst



**The Best SUVs For Seniors (The Price Might Surprise You)**
Senior Cars | Sponsored Listings



**[Pics] The Most Requested Funeral Song Of All Time**
AmoMedia

**Comments are now closed**

The Washington Post may turn off the comments on stories dealing with personal loss, tragedies, or other sensitive topics. For more details, please see our discussion guidelines.

**Your profile is incomplete**
Before you can contribute to our community, please visit your Profile page in order to complete your profile.

Comments

**Comments are now closed**

All comments sections automatically close 14 days after the story has published. For more details, please see our

Document title: MyPillow dropped by Bed Bath &amp; Beyond, Kohl's and Wayfair, CEO says - The Washington Post
Capture URL: https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/
Capture timestamp (UTC): Mon, 08 Feb 2021 15:07:21 GMT
Page 7 of 8

The Washington Post
*Democracy Dies in Darkness*

ise@clarelocke.com

Sections

Home

Share

2.2k

## Comments

**Comments are now closed**

All comments sections automatically close 14 days after the story has published. For more details, please see our **discussion guidelines**.

All Comments (2.1k)    Viewing Options ▾

 **jyl1st**  2 weeks ago
Here you go Mike Lindell.

You don't remember me, but there are now tears on your pillows, but not mine.

https://www.youtube.com/watch?v=uxjQ3M_v7xc

Like 👍 11    Link 🔗    Report 🚩

 **Donna**  2 weeks ago
That is just Great! And so Fitting.

Like 👍 2    Link 🔗    Report 🚩

 **Chefo00**  2 weeks ago
I canceled my BJ's membership because the carry his product. No more Mobil fuel for me either. My actions don't make a difference but gives me some satisfaction.

Like 👍 21    Link 🔗    Report 🚩

 **Campffire**  2 weeks ago *(Edited)*
Sure they do, especially when enough of us stick together and deprive these losers of what matters to them most- $$$.

If you use The Twitters, check out @nanglish (Christine Nangle) and @slpng_giants (Sleeping Giants). They pretty much invented a social media campaign whose goal was informing major corporations of where their advertising dollars were going, letting the public know who and what their spending was supporting, and organizing boycotts. At any given time, their feed will have links to lists of, for example, whose ads are currently running on Hannity's hour of verbal diarrhea. From there, folks are encouraged to @ those companies and express that they will boycott their products until this changes. Sleeping Giants' efforts are credited with getting Fox to finally boot O'Reilly, and for the rapid financial decline of Breitbart.

ETA: My Pillow is one of the only national brands still advertising on these shows.

Like 👍 13    Link 🔗    Report 🚩

 **Donna**  2 weeks ago
Ok, I will check it out. But many (like my husband) don't know how to a copy, search and more on electronics such as a pc or phone. So maybe leave a link next time. Just saying in the future help some who need it, it all things. (-;

Other then that, great info to have. Thanks!

Like 👍 2    Link 🔗    Report 🚩

 **Donna**  2 weeks ago
Agree, Kohl's is carrying the pillows until they sell out what they have on the shelves. So until I see none of his pillows I will not buy anything. Like you I am making a statement



Document title: MyPillow dropped by Bed Bath &amp; Beyond, Kohl's and Wayfair, CEO says - The Washington Post
Capture URL: https://www.washingtonpost.com/business/2021/01/19/my-pillow-ceo-lindell/
Capture timestamp (UTC): Mon, 08 Feb 2021 15:07:21 GMT

Page 8 of 8