# Exhibit 274





Not only does the code "QAnon" work, but according to a quick but very, very serious Mediaite investigation, other QAnon-related terms such as "Q" and "storm" also give you the opportunity to purchase discounted pillows.



MyPillow didn't return a request for comment from Mediaite on Saturday evening.

For those unaware, QAnon is a far-right conspiracy theory that baselessly alleges that top Democratic politicians and celebrities are running Satanic pedophilia rings.

*The Daily Beast's* **Will Sommer**, a leading reporter and soon-to-be author of a HarperCollins book on the topic of QAnon, explains the conspiracy theory as such:

> Nearly all QAnon believers sign on to one basic view: that the world has long been controlled by a sinister "cabal" responsible for a wide array of evils, from wars and famines to diseases, including the novel coronavirus pandemic. This cabal is believed to have tentacles in the top echelons of the Democratic Party, Hollywood, banking, and the government "deep state."
>
> QAnon believers baselessly think members of this cabal—including Barack Obama, Hillary Clinton, and various Hollywood celebrities—torture and sexually abuse children in Satanic rituals.

*Have a tip we should know?* tips@mediaite.com

FILED UNDER:  Donald Trump   Julian Feeld   Mike Lindell   MyPillow   Qanon   Will Sommer

SPONSORED CONTENT                                                   by mgid






**YOU MAY LIKE**                                by mgid


**Older Ladies Fell In Love With These 25 Cute Hairstyles**
Women's Corner


**Startling Message Found Behind Jerry Lewis' Wall, Family Is Dumbfounded**
Regency Times

**Doctors Stunned: This Melts Belly Fat Like Crazy! Do This Tonight**
Meticore

**MORE AROUND THE WEB**
Ads by Zergnet


 

**Pat Mahomes' Mom Blasts Refs, Calls Out Gisele After Super Bowl**

**Travis Kelce's Girlfriend Has Some Harsh Words For Tom Brady**







**These New German Hearing Aids Are Crushing the Market**
Hearing Aid Advice

**Virginia Launches New Policy For Cars Used Less Than 50 Miles/Day**
Insure My Car

**These 2 Vegetables Will Kill Your Belly Fat Overnight!**
Ideal Slim

**The Truth Behind The Man Who Ran On The Field During Super Bowl**

**Sarah Huckabee Sanders Just Told a Disturbing Story About Trump**







**New Program May Pay Off Your Home If You Live In Or Close To Alexandria**
HarpReplacement

**Legal Steroid Turning Men Into Beasts Even With No Exercise**
Pacific Horizon

**It's Stronger Than Adderall And Taking Virginia By Storm**
Vigor

**Tom Brady's Emotional Moment With His Family Is Going Viral**

**This Sci-Fi Western Dracula Film Could Be Just What We Needed**

**Something About Kimberly Guilfoyle & Don Jr. Just Doesn't Add Up**

**The Truth About Rush Limbaugh Nobody Wants To Mention**




**Doctors Stunned: This Melts Belly Fat Like Crazy! Do This Tonight**
SlimOrigin Keto

**Fighting Diabetes? This Discovery Leaves Doctors Speechless!**
WeeklyPenny.Com




**Hollywood Stars Urge Biden to Shut Down Dakota Access Pipeline**

**Virginia Homeowners Are Getting a Big Pay Day in February**
Life360Tips

by ZergNet







**WATCH LIVE: Biden Press Secretary Jen Psaki Delivers Tuesday White House B…**

**Brilliant Trick Melts Belly Fat Overnight (Do This Tonight)**
Meticore

**Axios Reporter Gives Up Covering Biden After Sparking Relationship With Wh…**




**Expert Who Predicted The '08 Crash Issues New Dire Warning**
BanyanHill

**How Dogs Cry For Help: 3 Warning Signs Your Dogs Is Crying For Help**
DogFoodExpose.Com







**1 Cup Of This Daily Burns 12**

**New Rule In Alexandria Has**

**Reduce Low Back Pain &**

2/9/2021 — Mediaite screenshot app print — chrome-extension://bpconcjcammlapcogcnnelfmaeghhagj/edit.html?done — 3/5

| Lbs Of Fat In A Week! Try Tonight<br>Keto | Drivers Fuming<br>Provide Insurance | Sciatica With One Seated Stretch (Watch)<br>WeeklyPenny.Com |

◀ PREVIOUS POST       NEXT POST ▶

**What do you think?**
25 Responses

👍 Upvote     😆 Funny     😍 Love     😲 Surprised     😠 Angry     😢 Sad

**299 Comments**  Mediaite   🔒 Disqus' Privacy Policy                                    ① Login ▾

♡ Recommend 3        Tweet   f Share                                   Sort by Best ▾

Join the discussion…

LOG IN WITH                    OR SIGN UP WITH DISQUS ?

D  f  🐦  G                    Name

**Zola** · 24 days ago
Well, if someone's enough of a sucker to believe the Q nonsense, it's not a big step to get them to buy crappy pillows.
47 ▲ ▾ · Reply · Share ›

> **Andy_Kreiss** → Zola · 24 days ago
> Their radio ads crack me up.
> "Right now, you can get a $70 pillow for 30 bucks!"
> WTF is a $70 pillow?
> 30 ▲ ▾ · Reply · Share ›

>> **Floyd Taylor** → Andy_Kreiss · 24 days ago
>> Do you know how bad a company has to be to get an "F" from the Better Business Bureau? But MyPilllow did. Repeated lawsuits. This guy takes scamming and grifting to an entirely differently level.
>> 27 ▲ ▾ · Reply · Share ›

Sponsored



SPONSORED BY: SEPHORA
**Get That Iconic JLo Glow**
That Star Filter Complexion Booster is here: A hydrating, glow-enhancing serum with vitamin E that leaves your skin radiant. Shop now at Sephora.

>>> **Andy_Kreiss** → Floyd Taylor · 24 days ago
>>> Seriously? The radio hosts all claim to use them, and gush about how life changing a fecking pillow is.
>>> Sebastián Gorka says he takes his on trips, like a baby with a security binky.
>>> 9 ▲ ▾ · Reply · Share ›

>>>> **8bbuckaroo** → Andy_Kreiss · 24 days ago
>>>> A Nazi baby.
>>>> 7 ▲ ▾ · Reply · Share ›

Load more comments

✉ Subscribe    D Add Disqus to your site    ⚠ Do Not Sell My Data                        DISQUS

Sponsored



**Sephora BEAUTY OFFERS**

Sephora BEAUTY OFFERS

Sponsored by: Sephora

## YOU MAY ALSO LIKE:

**Leonardo DiCaprio, Robert Downey Jr., Scarlett Johansson and More Stars Urge Biden to Shut Down Dakota Access Pipeline**

By **Andrew Shuster** | Feb 9th, 2021, 11:10 am

7 comments



**WATCH LIVE: Biden Press Secretary Jen Psaki Delivers Tuesday White House Briefing**

By **Leia Idliby** | Feb 9th, 2021, 11:03 am

1 comment



**Axios Reporter Gives Up Covering Biden After Sparking Relationship With White House Aide: 'I Didn't Think Twice'**

By **Leia Idliby** | Feb 9th, 2021, 10:59 am

29 comments



**DeSantis Defends Maskless Super Bowl: 'How the Hell Am I Going to Be Able to Drink a Beer with a Mask?'**

By **Rudy Takala** | Feb 9th, 2021, 10:31 am

151 comments

**How Cable News Anchors and Reporters Are Rigging Impeachment Trial in Trump's Favor**

By **Tommy Christopher** | Feb 9th, 2021, 10:29 am

44 comments

**WATCH LIVE: Day 1 of Donald Trump's Second Impeachment Trial**

By **Ken Meyer** | Feb 9th, 2021, 10:24 am

12 comments

© 2021 Mediaite, LLC | About Us | Advertise | Newsletter | Privacy | User Agreement | Ethics & Diversity Policy | Contact | RSS

  Five-Star Service. *More Important* Than Ever. RESERVE NOW