# Exhibit 275

File 1 JoePags Show
January 23, 2021

1

2

3

4                        File 1

5    The JoePags Show, Sen Ted Cruz - Mike Lindell -

6              Rudy Giuliani - Let's Go!

7                    Jan. 23, 2021

8        Https://www.twitch.tv/videos/885060174

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 1 JoePags Show
January 23, 2021                                    2

1              I N T E R V I E W

2                    * * *

3      JOE PAGS:  Great radio stations across the land.

4  JoePags.com, Facebook, Twitter, Instagram.  You can use

5  those if you want.  The Parlor link is there, and it

6  will be back up and running I believe by the end of this

7  month.  Also, the live video feed, I appreciate you

8  stopping by.  I want to welcome back a friend of mine,

9  and a guy whose product I use every single night.  It's

10  Mike Lindell from MyPillow.  Mike, how are you?

11      MIKE LINDELL:  I'm doing great.  Doing good.  All

12  the great things are coming.  Believe me.

13      JOE PAGS:  I -- I think they are.  And you're --

14  you're in the spot light because for a long time, Mike,

15  you were the guy who did those cool commercials, and

16  they were a bit viral and MyPillow, and you're a guy who

17  get's out of your shirt and showing your Christianity in

18  your commercials.  And then, we hear that you're a

19  former addict who beat that, and -- and that's all

20  wonderful.  You're the true American success story.

21      MIKE LINDELL:  Right.

22      JOE PAGS:  And people should be more like you.

23  And then, you were the guy that was trending because you

24  kind of like Trump.  And then, you were the guy that was

25  trending because you spoke at the Rose Garden, and you

1   talked about your religion again.  And now, you're the

2   guy who dares question the election outcome.  And now,

3   your business is going to suffer.

4        Just talk to me about that.  How you went from

5   the guy in the commercials that we went, "Hey, this

6   guy's kind of cool, and he's in Minnesota" to the guy

7   now who is somehow is left verses right.  How did we get

8   here?

9        MIKE LINDELL:  Well, we got here, you know, in

10  the -- it started in the Summer of 2016.  You know, I

11  quit all of my additions January 16th, 2009, and I

12  didn't think politics effected anything.  I really

13  didn't.

14       JOE PAGS:  Right.

15       MIKE LINDELL:  And it got up to two -- but

16  MyPillow got real big then.  And it became kind of a

17  household name.  Well then, in the Summer of 2016,

18  Donald Trump reached out to me to -- to meet with him.

19  He was just running for President then, and I met with

20  him August 15th, 2016, and I walk -- I -- invited there.

21  Went in there.

22       We talked about MyPillow being made in the

23  U.S.A., and he said, "Boy, Mike, you're on TV all the

24  time.  I said, "Yeah.  I used to be a crack-cocaine

25  addict."

```
 1          JOE PAGS:  Wow.

 2          MIKE LINDELL:  "And I'm going to have this big

 3    network that's going to help -- that's going to help

 4    addicts.  He said that, "I'm going to stop the job -- or

 5    the drugs from flowing in."  But I had a half hour

 6    meeting with him, and it was just amazing.  And I talked

 7    to his employees too.  I get on there and go, "wow.

 8    He's going to be the best President ever."  I got back

 9    to Minnesota, and I did a press release.  As -- you

10    know, I didn't even tell what we talked about.

11          JOE PAGS:  Right.

12          MIKE LINDELL:  Here's a guy, never been in

13    politics.  Did a press release that I met him, and we

14    had this meeting, and it was crickets.  And then, it

15    happened.  They all started attacking me.  Calling me a

16    racist and all these things, and I'm looking at all

17    these comments, and I'm going -- yeah.  They don't even

18    look real, the comments.  It was --

19          JOE PAGS:  Right.

20          MIKE LINDELL:  -- it was just a blast.  Like, how

21    could there be this much hate.  Well, then -- then --

22    then Better Business Bureau lowered me from an A+ to an

23    F.  I mean, it was just a massive attack.  So that was

24    the first attack.  Then, it happened again, like you

25    said -- you know, it kept happening on and off when --
```

File 1 JoePags Show
January 23, 2021                                    5

```
 1          JOE PAGS:  Right.

 2          MIKE LINDELL:  -- any of the National hosts would

 3     do something.  If I would stand for like Tucker or Laura

 4     Ingraham, whatever.

 5          JOE PAGS:  Right.

 6          MIKE LINDELL:  I would be attacked there too.  I

 7     always stood my ground.  I'm not going to --

 8          JOE PAGS:  Well -- well, let me ask you this,

 9     you're a business man, and you employ a lot of people.

10     You make your product here in America.  And again,

11     you're the true American success story, and you're also

12     beating addition.  That's an amazing story that can help

13     people out, as well.

14          MIKE LINDELL:  Yeah.

15          JOE PAGS:  Were you -- how surprised were you

16     that the attacks came so swiftly, and did you in even

17     one fleeting moment think to yourself, "Man, I better

18     back away from this guy.  This is going to hurt me and

19     my business and me, personally?"

20          MIKE LINDELL:  Yeah -- no.  I never had that

21     because I -- my -- my faith and what I -- when I stand

22     -- when I do my due diligence, you know like, even you

23     go back to 16th, had I not met Donald Trump and -- and

24     vetted him.  Looked at him in the eye and see, oh, wow.

25     His only agenda was to help this country, and he was
```

1   just such an amazing guy, the one-on-one we had.

2           JOE PAGS:  Right.

3           MIKE LINDELL:  Not many people got to actually

4   vet that.  So I -- then I'm a hundred percent all in.

5   When I'm a hundred percent all in, I don't -- I don't go

6   a hundred percent all in because I haven't done my due

7   diligence.

8           JOE PAGS:  Right.

9           MIKE LINDELL:  And -- and -- so -- but, I'll tell

10  you what, there were a lot my board members back then,

11  you know, family members, employees that say, "Mike, you

12  got a back off on this."  But now, they've learned.

13  This is the fourth time now -- the fourth big time.  You

14  had that when I went all in for the President.

15          JOE PAGS:  Yeah.

16          MIKE LINDELL:  And then, when I spoke at the Rose

17  Garden, and I talked about getting in our Bibles and --

18          JOE PAGS:  Which was great.  I loved it.  Yeah.

19          MIKE LINDELL:  And then, I had the one on this

20  Summer.  That was probably the worst one.

21  Myonlyander.com when I went on -- I went on -- this guy

22  had brought me this thing for the virus that helped the

23  virus, and I got attacked for that.  And just saying,

24  "Hey, this thing is out there.  Let's look into it."

25          JOE PAGS:  Yeah.

File 1 JoePags Show
January 23, 2021                              7

```
 1        MIKE LINDELL:  And that was the big -- that was a
 2   different kind of attack.  It's kind of like right now.
 3   It's almost like I'm -- what did I do?  You know, it
 4   was --
 5        JOE PAGS:  Right.
 6        MIKE LINDELL:  I was attacked by trolls and bots,
 7   and I lost companies then too, but did I -- but did I
 8   back down?  No.  And now, when I'm being attacked, here
 9   I'm being attacked because new evidence came out of
10   machine-voter fraud by Dominion.  So I -- I'm all over
11   the news -- you know, all over the news on that.
12        JOE PAGS:  Right.
13        MIKE LINDELL:  Going, "I don't care.  I'm going
14   to get this out there."  We -- we can't have elections
15   going forward that have machine fraud.  And if that's
16   what I'm getting attacked for, it is pretty easy to stay
17   the course.
18        JOE PAGS:  I want to -- I want to -- I want to
19   stop you there because that's the -- let's get to where
20   we are today.  It's Mike Lindell.
21        MIKE LINDELL:  Right.
22        JOE PAGS:  The CEO of MyPillow, a pillow that I
23   sleep on every night.  My wife sleeps on every night.
24   We love it.  And by the way, you didn't advertise them
25   to me.  You didn't send them to me.  I bought them, and
```

1   I'm glad to buy them.  I'm going to go buy some more

2   because I don't want anybody to think, "Well, this guy,

3   he paid you to sit his pillow."  No.  No.  No.  I love

4   the pillow.  So having said that, it's great product.

5   You're a great American success story, but you dared say

6   something that has been verified by Rudy Giuliani,

7   verified by Jenna Ellis, verified by other lawyers on

8   the Trump team that they've examined these machines.

9           Rudy said 68 percent on error rate in one country

10  in Michigan from the Dominion machines.  That's from

11  Rudy Giuliani.  So you dared say what he has said on my

12  show, and -- and you dare say, "I've got questions about

13  this election," and not only are -- are you getting

14  letters that -- to cease and desist from Dominion.

15  You're also being told by big retailers "We won't even

16  carry your stuff anymore because you're exercising your

17  First Amendment right to say, 'Hey, I think there's an

18  issue with this election.'"  Did I encapsulate it right?

19  Is that really what's going on?

20          MIKE LINDELL:  Well, there's two things there --

21          JOE PAGS:  Go ahead.

22          MIKE LINDELL:  -- that I want to add to.

23          JOE PAGS:  Go ahead.

24          MIKE LINDELL:  One is since November 4th, I've

25  spent over $2,000,000 of my own money hiring experts and

1  everything to go out there.  So this -- I wasn't just

2  relying on Rudy or --

3          JOE PAGS:  But you've got your own evidence.

4          MIKE LINDELL:  I -- I've seen it with my own

5  eyes.

6          JOE PAGS:  Okay.

7          MIKE LINDELL:  You know?  So I've -- I've hired

8  experts.  I hired a forensic mathematic expert for cyber

9  -- cyber forensics.

10          JOE PAGS:  Right?

11          MIKE LINDELL:  To look -- look at this and they

12  said it's 100 percent true.

13          JOE PAGS:  Wow.

14          MIKE LINDELL:  So I know it's true.  So that's --

15  that's -- that -- that part.  Now, the other part is

16  these aren't machine -- these aren't companies that are

17  upset with me for doing -- going that -- to represent

18  this country and saying, "Hey we need to look into

19  this."  What happened is these other companies are

20  hired.  These are bots and trolls.  They hire stuff like

21  on Twitter.  It's called "Sleeping Giant."

22          JOE PAGS:  Okay.

23          MIKE LINDELL:  These are entities that are hired.

24  So they attack my vendors.  They attack me.  They go

25  after your Bed Bath and Beyond's or your Kohls.  They go

1  after these guys.  And they're telling them, "If you

2  carry MyPillow, we're going to boycott you."  Well, they

3  think they're real customers, but they're not.  There

4  going to succumb to culture, cancel culture, and they

5  don't realize that if they don't come -- if we don't

6  stop this now --

7       JOE PAGS:  Yeah.

8       MIKE LINDELL:  -- we're -- we're going to be

9  right back.  Anybody that has a voice is going to be

10  gone, and I'm not backing down.

11       JOE PAGS:  Well, Mike, you're -- you're exactly

12  right.  They are bots.  They're trolls.  They're -- they

13  are organizations that are trying to scare companies.

14  Here's a simple question, as well as your products

15  selling -- you've got a butch of products, and they're

16  all great -- as well as they sell, why did the retailers

17  believe that they're actually going to be able to stop

18  customers from going and buying the stuff?  Why don't

19  the retailers grow a backbone like you have, and say,

20  "All right.  We're going to keep on carrying this stuff

21  because it's a great seller.  We make a nice profit on

22  it.  We like the company, and if we do see a difference

23  in sales, then we will reassess."  Why just react and

24  pull it off the shelves?  I don't get that.

25       MIKE LINDELL:  I -- you know, I don't know.  I

1  don't get that either because the ones that have stayed

2  on, even this last week, I've -- I've checked with them,

3  and their sales are up like 20 or 30 percent.

4        JOE PAGS:  Right.

5        MIKE LINDELL:  Because with -- you know, when you

6  do -- when they -- when they do boycotts, when people do

7  boycotts, you know like when FOX, when I had Tucker the

8  one time, they did every -- every company got afraid and

9  left this program.

10        JOE PAGS:  Yeah.

11        MIKE LINDELL:  Well, I stayed there, and I got

12  busier.  I mean, it got busier.  These people -- these

13  bots and trolls don't buy product.  I mean, there --

14  it's a fallacy and people don't -- you know, I always

15  get these things whatever I do something like this, they

16  go, "You know, I was going to buy 20 pillows, but now

17  I'm not.  You jerk."

18        JOE PAGS:  Come on.  That didn't happen.

19        MIKE LINDELL:  And -- and, you know -- and then,

20  people -- you know, something everyone should know to, I

21  have 110 products.

22        JOE PAGS:  Yeah.

23        MIKE LINDELL:  So it's not like a lot these

24  places carried at least two or three or four of the

25  products, and so they couldn't -- you know, to say --

1    one of them said, "Well, our sales were portaging."

2    Well, I have all these new products now that are from

3    bathrobes to all these, to new beds coming out.

4            JOE PAGS:  Right.

5            MIKE LINDELL:  These new commercials.  So it's

6    not like -- you know, I think they just -- they're

7    fearful that the real people will boycott their stores

8    because of an association with something that's tabu.

9    You're not supposed to talk about the Dominion machine.

10           JOE PAGS:  Right.  Right.

11           MIKE LINDELL:  Because boy, they sued -- they

12    went after some -- they didn't sue me.  They sent me a

13    mafia letter that says, "You have been warned."

14           JOE PAGS:  Yeah.

15           MIKE LINDELL:  You -- you know, "You have been

16    warned." I used to get that back when I bet football

17    back in the day, and they come to break your legs.

18           JOE PAGS:  I'll bet.  It's Mike Lindell, the CEO

19    of MyPillow.  A great product.  A great guy.  Great

20    American company.  2,000 employees, Mike, is that what

21    it is?

22           MIKE LINDELL:  Yeah -- no.  It's up to 2,500.  We

23    are hiring at the rate of 50 to 100 a week.

24           JOE PAGS:  Wow.

25           MIKE LINDELL:  We just keep getting busier and

1   busier, and we -- you know, these are -- you're

2   attacking.  When you're doing these things, when you're

3   boycotting this, and -- you know, and these trolls and

4   bots that go out there, you're trying to destroy 2,500

5   careers.  These guys have jobs.

6          JOE PAGS:  Right.

7          MIKE LINDELL:  You know?  But they trust me.  My

8   employees all trust me that we -- we will get through

9   this, and we will get through it.  We will be busier

10  then ever because I -- I've learned how to navigate all

11  these attacks, and they trust me, all my employees.  It

12  doesn't matter what side of the political aisle they're

13  on.

14         JOE PAGS:  Right.

15         MIKE LINDELL:  With my employees.  They -- they

16  believe in that -- they believe in MyPillow.  They

17  believe it what we -- what we're doing as a company.

18         JOE PAGS:  I -- I want to ask you a question that

19  my listeners and my viewers have been asking me.  Don't

20  you have contracts with these people, and don't they

21  have to have cause to back out of a contract, or are --

22  I don't understand retail because I don't do retail.  I

23  mean, can they just at any given time say, "We're taking

24  the shelf space away," or is there some recourse?  Can

25  you sue them for taking you off the shelf for no reason?

1      MIKE LINDELL:  No.  You know, but even if there

2  is, I wouldn't do that.  I mean, they made a business

3  decision there.

4      JOE PAGS:  Yeah.

5      MIKE LINDELL:  They're just living in fear, and I

6  don't -- you know, I'm not even going to blame them for

7  what they done, but they're make a wrong decision.

8      JOE PAGS:  Yeah.

9      MIKE LINDELL:  Because when this is the time of

10  our country, we have to stand up and not -- not cower.

11  Not be cowards and take stuff down, you know being a

12  coward.  And I speak to all you CEOs out there that are

13  running businesses.  Now is the time.  If you want --

14  you know, you're -- you -- if we can't make a stand now

15  against this socialistic stuff that's coming at us and

16  this cancel culture, I mean you guys aren't going to be

17  around anyway.

18      JOE PAGS:  Right.

19      MIKE LINDELL:  You know?  I'll tell you what.  I

20  am the biggest advocate of box stores trying to save our

21  box store industry because you got your Amazon's in

22  there, your dot com's that are taking over the country

23  because of this pandemic that the governor -- the

24  Democratic governors have kept everybody locked up.

25      JOE PAGS:  Right.

1        MIKE LINDELL:  I mean, it's a joke.  So you know,

2   if they want -- you know, if you want to start

3   cancelling stuff, they got to think twice out there.

4   They got to stand up and go, "You know what?  We don't

5   care if Mike Lindell wants the truth from the voting

6   machines.  That's his problem.  So what if he gets

7   sued?"  What do they care if I get sued?  You know?

8        What is that care that because some customer's

9   going to say, "You know, I --" If they were thinking

10  before, "Oh you're trying to overthrow the election."

11  Well, you know what?  Four of them drop to knee on the

12  -- they had this big fake inauguration --

13        JOE PAGS:  Yeah.

14        MIKE LINDELL:  -- as far as I'm concerned.

15        JOE PAGS:  Right.

16        MIKE LINDELL:  And you know what?  The truth will

17  be told.  Now, you can just sit back.  When this comes

18  out, you know, I'm going to have to -- what?  Do I get

19  to come back on all these places, all these box stores

20  will come back.  "Oh, can we come back?  Can we come

21  back?"

22        You know what?  And I told them too, I told a

23  couple of them, "You know?  You're welcome back any

24  time.  You guys are making a decision for your business,

25  but you know what?  You're hurting us as a country --"

File 1 JoePags Show
January 23, 2021                          16

1          JOE PAGS:  Right.

2          MIKE LINDELL:  "-- when you can't have a backbone

3     and have courage.

4          JOE PAGS:  Well, he's a good man.  It's Mike

5     Lindell.  He's from MyPillow, of course.  And a lot of

6     you have MyPillow.  I have MyPillow.  Sleep on it every

7     night, and it was really glad to have him on.  It's --

8     what I like about the guy is they keep on coming after

9     him, and he keeps on, you know, just staying the course.

10         And he says every day is a busier day.  Just

11    hired some more people.  He's got 2,500 employees in

12    America.  And attacking an all American business is very

13    interesting to me, and I'm glad that he's got a

14    backbone.

15         Also, I just saw something where it looks like

16    those who are going to be going after Trump in the

17    impeachment trial, that shouldn't be happening, might

18    actually be using some of the people who did the, so

19    called, "insurrection," which didn't happen.  I'll have

20    that for you when we come back, plus your phone calls on

21    the weekend.  Stay here.

22         (End of recording.)

23

24

25

1                    C E R T I F I C A T E

2

3    I, STEPHANIE TURNER, Certified Shorthand Reporter/

4    Transcriptionist, do hereby certify that I was

5    authorized to transcribe the foregoing recorded

6    proceeding, and that the transcript is a true and

7    accurate transcription of my shorthand notes, to the

8    best of my ability, taken while listening to the

9    provided recording.

10

11   I further certify that I am not of counsel or attorney

12   for either or any of the parties to said proceedings,

13   nor in any way interested in the events of this cause,

14   and that I am not related to any of the parties thereto.

15   Dated this 28th day of January, 2021.

16

17

18

19
                          *Stephanie Turner*
20

21                  STEPHANIE TURNER, CSR 13439

22

23

24

25

**1**

**100** 9:12
    12:23
**110** 11:21

**2**

**2,000** 12:20
**2,500** 12:22
    13:4 16:11
**20** 11:3,16

**3**

**30** 11:3

**5**

**50** 12:23

**A**

advocate
    14:20
afraid 11:8
aisle 13:12
Amazon's
    14:21
America 16:12
American
    12:20 16:12
association
    12:8
attack 9:24
attacking
    13:2 16:12
attacks 13:11

**B**

back 10:9
    12:16,17
    13:21 15:17,
    19,20,21,23

16:20
backbone
    10:19 16:2,14
backing 10:10
Bath 9:25
bathrobes
    12:3
Bed 9:25
beds 12:3
bet 12:16,18
Beyond's 9:25
big 15:12
biggest 14:20
blame 14:6
bots 9:20
    10:12 11:13
    13:4
box 14:20,21
    15:19
boy 12:11
boycott 10:2
    12:7
boycotting
    13:3
boycotts
    11:6,7
break 12:17
busier 11:12
    12:25 13:1,9
    16:10
business 14:2
    15:24 16:12
businesses
    14:13
butch 10:15
buy 11:13,16
buying 10:18

**C**

called 9:21
    16:19
calls 16:20
cancel 10:4
    14:16

cancelling
    15:3
care 15:5,7,8
careers 13:5
carried 11:24
carry 10:2
carrying
    10:20
CEO 12:18
CEOS 14:12
checked 11:2
com's 14:22
commercials
    12:5
companies
    9:16,19 10:13
company 10:22
    11:8 12:20
    13:17
concerned
    15:14
contract
    13:21
contracts
    13:20
country 9:18
    14:10,22
    15:25
couple 15:23
courage 16:3
coward 14:12
cowards 14:11
cower 14:10
culture 10:4
    14:16
customer's
    15:8
customers
    10:3,18
cyber 9:8,9

**D**

day 12:17
    16:10

decision
    14:3,7 15:24
Democratic
    14:24
destroy 13:4
difference
    10:22
Dominion 12:9
dot 14:22
drop 15:11

**E**

election
    15:10
employees
    12:20 13:8,
    11,15 16:11
end 16:22
entities 9:23
evidence 9:3
expert 9:8
experts 9:8
eyes 9:5

**F**

fake 15:12
fallacy 11:14
fear 14:5
fearful 12:7
football
    12:16
forensic 9:8
forensics 9:9
FOX 11:7

**G**

Giant 9:21
glad 16:7,13
good 16:4
governor
    14:23
governors
    14:24

great   10:16,
   21 12:19
grow   10:19
guy   12:19
   16:8
guys   10:1
   13:5 14:16
   15:24

**H**

happen   11:18
   16:19
happened   9:19
happening
   16:17
Hey   9:18
hire   9:20
hired   9:7,8,
   20,23 16:11
hiring   12:23
hurting   15:25

**I**

impeachment
   16:17
inauguration
   15:12
industry
   14:21
insurrection
   16:19
interesting
   16:13

**J**

jerk   11:17
jobs   13:5
JOE   9:3,6,10,
   13,22 10:7,11
   11:4,10,18,22
   12:4,10,14,
   18,24 13:6,
   14,18 14:4,8,
   18,25 15:13,

15 16:1,4
joke   15:1

**K**

knee   15:11
Kohls   9:25

**L**

learned   13:10
left   11:9
legs   12:17
letter   12:13
Lindell   9:4,
   7,11,14,23
   10:8,25 11:5,
   11,19,23
   12:5,11,15,
   18,22,25
   13:7,15 14:1,
   5,9,19 15:1,
   5,14,16 16:2,
   5
listeners
   13:19
living   14:5
locked   14:24
lot   11:23
   16:5

**M**

machine   9:16
   12:9
machines   15:6
made   14:2
mafia   12:13
make   10:21
   14:7,14
making   15:24
man   16:4
mathematic
   9:8
matter   13:12

Mike   9:4,7,
   11,14,23
   10:8,11,25
   11:5,11,19,23
   12:5,11,15,
   18,20,22,25
   13:7,15 14:1,
   5,9,19 15:1,
   5,14,16 16:2,
   4
Mypillow   10:2
   12:19 13:16
   16:5,6

**N**

navigate
   13:10
nice   10:21
night   16:7

**O**

organizations
   10:13
overthrow
   15:10

**P**

PAGS   9:3,6,
   10,13,22
   10:7,11 11:4,
   10,18,22
   12:4,10,14,
   18,24 13:6,
   14,18 14:4,8,
   18,25 15:13,
   15 16:1,4
pandemic
   14:23
part   9:15
people   11:6,
   12,14,20 12:7
   13:20 16:11,
   18

percent   9:12
   11:3
phone   16:20
pillows   11:16
places   11:24
   15:19
political
   13:12
portaging
   12:1
problem   15:6
product   11:13
   12:19
products
   10:14,15
   11:21,25 12:2
profit   10:21
program   11:9
pull   10:24

**Q**

question
   10:14 13:18

**R**

rate   12:23
react   10:23
real   10:3
   12:7
realize   10:5
reason   13:25
reassess
   10:23
recording
   16:22
recourse
   13:24
relying   9:2
represent
   9:17
retail   13:22
retailers
   10:16,19

Rudy  9:2
running  14:13

---

**S**

---

sales  10:23
 11:3 12:1
save  14:20
scare  10:13
sell  10:16
seller  10:21
selling  10:15
shelf  13:24,
 25
shelves  10:24
side  13:12
simple  10:14
sit  15:17
Sleep  16:6
Sleeping  9:21
socialistic
 14:15
space  13:24
speak  14:12
stand  14:10,
 14 15:4
start  15:2
Stay  16:21
stayed  11:1,
 11
staying  16:9
stop  10:6,17
store  14:21
stores  12:7
 14:20 15:19
stuff  9:20
 10:18,20
 14:11,15 15:3
succumb  10:4
sue  12:12
 13:25
sued  12:11
 15:7
supposed  12:9

---

**T**

---

tabu  12:8
taking  13:23,
 25 14:22
talk  12:9
telling  10:1
things  11:15
 13:2
thinking  15:9
time  11:8
 13:23 14:9,13
 15:24
told  15:17,22
trial  16:17
trolls  9:20
 10:12 11:13
 13:3
true  9:12,14
Trump  16:16
trust  13:7,8,
 11
truth  15:5,16
Tucker  11:7
Twitter  9:21

---

**U**

---

understand
 13:22
upset  9:17

---

**V**

---

vendors  9:24
viewers  13:19
voice  10:9
voting  15:5

---

**W**

---

warned  12:13,
 16
week  11:2
 12:23

weekend  16:21
Wow  9:13
 12:24
wrong  14:7