# Exhibit 279



News    Weather    Sports    Connect    Watch

RIGHT NOW
Phoenix, AZ »    45°

← FORECAST    RADAR    VACCINE    CORONAVIRUS    BULLHORN    ESPAÑOL    ARIZONA MIDDAY    VERIFY    TODAY →

POLITICS

# Bar complaint filed against Trump attorneys in Arizona

The complaint was filed against 21 attorneys who went to court on behalf of President Donald Trump and the Arizona GOP after the 2020 election.



Arizona Supreme Court upholds Joe Biden's victory in the …



**Not Just Big. Beautiful.**

SELF-LIT PiXELS in the 77" LG OLED TV make this picture-perfect television stand out.

Author: **Joe Dana**
Published: **2:27 PM MST December 17, 2020**
Updated: **4:22 PM MST December 17, 2020**

 

PHOENIX — Two former presidents of the Arizona State Bar and five other attorneys have jointly filed an ethics complaint against 21 attorneys who went to court on behalf of President Donald Trump and the Arizona Republican Party after the 2020 election.

The 8-page letter to the Lawyer Regulation Division of the State Bar of Arizona alleges the attorneys knowingly brought 10 "utterly meritless cases" against elections officials.



"Confidence in the legal system is seriously eroded when attorneys treat lawsuits as a platform for broadcasting gossip and innuendo utterly devoid of factual proof, as a political stunt," the letter states.

The bar complaint requests the State Bar of Arizona conduct an official investigation and "that

appropriate action be taken." If an ethics violation is sustained against an attorney, the consequences could include verbal reprimand, investigation fees, required ethics courses, suspension and disbarment.

Eleven of the attorneys named in the complaint are practicing in Arizona. The others are licensed in other states but worked on the Arizona cases, including the widely known Dallas attorney Sidney Powell.

Attorney Bob McWhirter is one of the seven attorneys who lodged the complaint. McWhirter is also a member of the State Bar of Arizona Board of Governors.

"You're not allowed to use the courts as your political playground," McWhirter tells 12 News.

When asked if the complaint is political, McWhirter said it is not.

"It's not a liberal or conservative thing at all. It's about not filing frivolous lawsuits which wastes thousands and thousands of taxpayer dollars," McWhirter said.

Such complaints are rare and taken very seriously, said attorney Dianne Post, one of the seven signatories of the letter.

"We are obligated under our ethical code to bring this to the attention of the Regulation Division when we see ethical violations," Post said.

Two of the attorneys who signed the complaint are former State Bar of Arizona presidents Roxana Bacon and Amelia Craig Cramer.



One of the attorneys targeted in the complaint, Jack Wilenchik, said the Arizona Supreme Court "denied a request for sanctions made on the same political basis."

Wilenchik said the complaint reads "like a Democratic press release."

"I consider it the highest calling of a lawyer to advocate on behalf of people whose beliefs others disagree with, or they even find distasteful or repugnant—that is what a good lawyer does. What is truly unprofessional is personally targeting lawyers simply for doing their job," Wilenchik wrote in a statement to 12 News.

Another attorney named in the complaint, who asked to remain anonymous, said the letter is "built on lies."

"The only unethical act here is them filing a false bar charge," they said.

The complaint can be read in its entirety below:



We condemn this conduct without reservation. It demeans the legal profession and the multitudes of lawyers of all political persuasions who daily serve their clients and the public honorably. Our profession needs to affirm that this behavior grossly deviates from the bar's deep commitment to democratic institutions and the fact-based processes that maintain our democracy's vitality.

812 North Second Avenue, Phoenix, Arizona 85003
Bob@robertjmcwhirter.com

That is why we ask that the Bar take seriously and do a thorough investigation and

◀  3  of 8  ▶

### Related Articles

**Trump loses Wisconsin case while arguing another one**

**US Supreme Court rejects Texas-led Republican lawsuit to overturn Biden's election win**

**Ward takes bid to undo Biden win in Arizona to Supreme Court**



To-go cocktails up in the air a...
1/200  Watch later  Share
12news.com



Ad
Plan your whole
Lindsey & Paul
ZOLA

Sponsored Links by Taboola

**You May Like**



