# Exhibit 280



# BuzzFeed News
### REPORTING TO YOU

ABOUT US • GOT A TIP? • **SUPPORT US** • BUZZFEED.COM • SECTIONS ▾

**TRENDING** • Black History Month • YouTube "Prank" Robbery • Phoebe Bridgers • CIA Torture Report • Netflix's Cheer • Bridgerton

TECH / 2020 ELECTION

# Trump-Supporting Lawyer Lin Wood Has Been Permanently Banned From Twitter

Lin Wood used Twitter to promote yesterday's insurrection and to spread conspiracy theories about the presidential election.

**Ryan Mac**
BuzzFeed News Reporter

Posted on January 7, 2021, at 1:27 p.m. ET

Tweet  Share  Copy



Attorney L. Lin Wood brandishes a Bible while speaking during a press conference on election results in Alpharetta, Georgia, Dec. 2, 2020.
*Elijah Nouvelage / Reuters*

Lin Wood, a defamation lawyer and supporter of President Trump, has been permanently banned from Twitter, a platform he used to promote yesterday's insurrection and to spread conspiracy theories about the presidential election.

Twitter had placed a temporary suspension on Wood's account for a tweet that incited violence, but instituted a permanent ban after the 68-year-old attorney publicly said he would begin posting from a second account. Doing so triggered



ADVERTISEMENT

Take back control of your media investment

VISIT INTEGRALADS.COM

IAS Integral Ad Science

---

Document title: Lin Wood Banned From Twitter
Capture URL: https://www.buzzfeednews.com/article/ryanmac/twitter-bans-lin-wood
Capture timestamp (UTC): Mon, 08 Feb 2021 15:40:20 GMT

permanently banned from Twitter, a platform he used to promote yesterday's insurrection and to spread conspiracy theories about the presidential election.

Twitter had placed a temporary suspension on Wood's account for a tweet that incited violence, but instituted a permanent ban after the 68-year-old attorney publicly said he would begin posting from a second account. Doing so triggered the platform's rule on "ban evasion," according to a Twitter spokesperson, leading to Wood's permanent removal from the platform.



**Play a bigger role in our journalism**

Want to see more stories like this? Become a BuzzFeed News member.

Start

**TRENDING NEWS**


This Ad For Oatly Is Being Called Either The Worst Or Best Super Bowl Ad Of All Time


A 20-Year-Old Man Was Fatally Shot While Filming A YouTube "Prank" Robbery


The Super Bowl Crowd Looks Packed But That's Because Of 30,000 Cardboard Cutouts


Amanda Gorman Just Wowed The Super Bowl With A Poem Honoring Essential Workers


24 Of The Best Tweets About The Weeknd's Super Bowl Halftime Show


Twitter

The woman who was shot and killed inside the Capitol as part of the mob retweeted Wood on the day that she died.

A lawyer who represented Atlanta Olympics security guard Richard Jewell and Covington Catholic High School student Nicholas Sandmann, Wood has over the past year become a Trump firebrand, tweeting QAnon delusions and threats against the president's opponents. His tweets, which garnered thousands of comments, likes, and retweets, advocated for an open revolt against the US government just days ahead of pro-Trump rioters storming the Capitol.

The tweet that triggered the initial suspension came just before a mob flooded the halls of Congress as US lawmakers were certifying the results of the presidential election, which Joe Biden won. In the tweet, Wood said that "the time has come Patriots" and that it was "time to fight for our freedom." He included an image that had the message "1776 Again," a reference to the US revolution.

On Wednesday, Wood confirmed to BuzzFeed News that he had been suspended for 12 hours for a "tweet that allegedly incited violence." On Thursday morning, a Twitter spokesperson said that suspension had been turned into a permanent ban after Wood posted on Parler, a social media platform favored by conservatives, that he would be tweeting from a different account.

"I am now posting on Twitter @FightBackLaw until Jack the Commie lifts my

Document title: Lin Wood Banned From Twitter
Capture URL: https://www.buzzfeednews.com/article/ryanmac/twitter-bans-lin-wood
Capture timestamp (UTC): Mon, 08 Feb 2021 15:40:20 GMT
Page 1 of 6

12 hours for a "tweet that allegedly incited violence." On Thursday morning, a Twitter spokesperson said that suspension had been turned into a permanent ban after Wood posted on Parler, a social media platform favored by conservatives, that he would be tweeting from a different account.

"I am now posting on Twitter @FightBackLaw until Jack the Commie lifts my suspension tomorrow," he wrote on Parler, referring to Twitter CEO Jack Dorsey. Twitter also banned @FightBackLaw.



Parler

ADVERTISEMENT

In a text, Wood said that the tweet he was initially suspended for "was one in which I conveyed my opinion that it was time to fight for our freedom."

In between fabulist tweets accusing political figures and celebrities of sexually abusing children and casting doubt on the election, Wood has warned about the day he'd be removed from Twitter. On Parler, where he has amassed more than 500,000 followers, his recent messages included one that said that Vice President Mike Pence should be executed by firing squad.

Wood has had an up-and-down relationship with Twitter. He was largely unfamiliar with the platform until late 2018, when he represented British caver Vernon Unsworth in a defamation lawsuit against billionaire Tesla and SpaceX CEO Elon Musk. In the summer of 2018, Musk called Unsworth a "pedo guy" on Twitter, after he criticized the billionaire's involvement in the rescue of a trapped group of

Wood has had an up-and-down relationship with Twitter. He was largely unfamiliar with the platform until late 2018, when he represented British caver Vernon Unsworth in a defamation lawsuit against billionaire Tesla and SpaceX CEO Elon Musk. In the summer of 2018, Musk called Unsworth a "pedo guy" on Twitter, after he criticized the billionaire's involvement in the rescue of a trapped group of boys in a Thai cave. Unsworth and Wood took Musk to court in late 2019, but came up empty-handed after a jury ruled that the billionaire had not defamed the caver.

**MORE ON THIS**

**Facebook Has Banned Donald Trump For At Least Two Weeks**
Jane Lytvynenko · Jan. 7, 2021

**Trump Launched A Deadly Attempted Coup, Encouraging A Mob To Breach The US Capitol Building Because He Lost The Presidential Election**
Molly Hensley-Clancy · Jan. 6, 2021

**The Rioters Who Took Over The Capitol Have Been Planning Online In The Open For Weeks**
Jane Lytvynenko · Jan. 6, 2021

**TOPICS IN THIS ARTICLE**

Twitter


Ryan Mac is a senior tech reporter for BuzzFeed News and is based in San Francisco.
Contact Ryan Mac at ryan.mac@buzzfeed.com.
Got a confidential tip? Submit it here.

**TRENDING ON BUZZFEED**


18 Things Millennials Do That Are No Longer Cool Anymore, According To Gen Z


Women Are Sharing Stories About The First Time They Were Sexualized, And I'm So Disgusted But Sadly Not Surprised


We Tried Those TikTok Leggings That Allegedly Give You A Donk — Here's What Happened


You Only Have $1,000 To Plan Your Wedding — Can You Stay Under Budget?


This "SNL" Skit About Zillow Is Painfully Relatable


**Play a bigger role in our journalism**
Want to see more stories like this? Become a BuzzFeed News member.
Start

ADVERTISEMENT

Sierra 6.2L Supercharged V8
Go faster & louder in your 700 horsepower upgraded Sierra Powered By Hennessey
Hennessey Performance    Open

8 Comments                                 Sort by  Top

Add a comment...

Michael Zitterman

Add a comment...

**Michael Zitterman**
THE ANATOMY OF DEMOCRACY

Definition of "democracy" from Dictionary.com:
Government by the people; a form of government in which the supreme power is vested in the people and exercised directly by them or by their elected agents under a free electoral system
https://www.dictionary.com/browse/democracy

We, the People must demand that we receive objective and truthful information to allow us to enjoy a functional democracy as it is defined.

Without TRUTH, our efforts at democracy fall within the genre of "garbage in, garbage out" and our efforts at achieving a functional democracy will fail. …
See More

Like · Reply · 4w

**Nicholas Linnear**
He needs to be locked up in a rubber room for the rest of his life.

Like · Reply · 2 · 4w

**Susan Piserchia Harnett**
Mental illness is a bitch.

Like · Reply · 1 · 4w

**Brian Shaft**
Now, he should be barred for evefrom praticing law!

Like · Reply · 2 · 4w

**Eli Smith**
Who are you? Something tells me are a sad little man living in his mom's basement. Have you ever kissed. Girl? I believe you are also white?

Like · Reply · 4w

> **Jessica Schick**
> You should be kinder to yourself.
>
> Like · Reply · 4w

**Winson Thai**
twitter is playing politics

Like · Reply · 4w

**Beks Lazar**
This man threatened the VP of America with execution if he didn't do what he/Trump wanted on the 6th. Tell me why there wasn't heavy security for THAT reason alone?

Demand answers.

Donald Trump didn't care if his VP was assassinated.

25th. Then tried for treason!

Like · Reply · 8 · 4w

> **Nicholas Linnear**
> Tell me why he is still walking around free? Posting threats like that online here in Canada will get you the RCMP knocking on your door, at a minimum.
>
> Like · Reply · 2 · 4w

**Gabriella Smith**
THIS CAPITOL POLICE OFFICERS IS A TERRORIST AND NEED TO BE REMOVED AND CHARGE ASAP,.. THE ONES TOOK SELFIES AND OPEN THE GATES LET THIS TERRORIST IN THEY KNEW AND PART OF IT THEY SHOULD BE CHARGED FOR TREASON!!!

Like · Reply · 6 · 4w

Facebook Comments Plugin

---

ADVERTISEMENT


700 Horsepower Available
700 Horsepower upgrade. Hennessey provides a 3 year,

ADVERTISEMENT



700 Horsepower Available

700 Horsepower upgrade. Hennessey provides a 3 year, 36,000 Limited Mile Warranty.

Hennessey Performance



**TRENDING NEWS**


Tom Brady And Serena Williams Were Dragged Into A Debate About The Greatest Athlete Of All Time After The Super Bowl


The Weeknd's Super Bowl Performance Has Become A Meme For When You Don't Know WTF Is Going On


Parler Wanted Donald Trump On Its Site. Trump's Company Wanted A Stake.


Phoebe Bridgers Smashed Her Guitar During Her "SNL" Performance And It Was Awesome


Two Cheerleaders In Netflix's "Cheer" Have Been Charged With Sex Crimes Involving Minors

**TOP BUZZ**


People Are Reexamining The Whole Janet Jackson/Justin Timberlake Super Bowl Moment After The New Britney Doc


15 Times The Media Absolutely Failed Britney Spears


Former Victoria's Secret Employees Are Sharing Secrets From On The Job, And Boy Did They Deliver


Evan Rachel Wood Detailed The Racist, Anti-Semitic Things Marilyn Manson Would Allegedly Do To Her


Two Cheerleaders In Netflix's "Cheer" Have Been Charged With Sex Crimes Involving Minors

ADVERTISEMENT

TRAIN SMARTER, NOT HARDER. WHOOP
Get actionable fitness, sleep and recovery insights.

**Sections**

Arts & Entertainment
Books
Inequality
Investigations
JPG
LGBTQ
Opinion
Politics
Reader
Science
Tech
World

**Follow Us**

Facebook
Twitter
Instagram

**Company**

Support Us
BuzzFeed.com
Privacy Policy
User Agreement

California residents can opt out of "sales" of personal data.
Do Not Sell My Personal Information

BuzzFeed.News

**TRENDING NEWS**


Tom Brady And Serena Williams Were Dragged Into A Debate About The Greatest Athlete Of All Time After The Super Bowl


The Weeknd's Super Bowl Performance Has Become A Meme For When You Don't Know WTF Is Going On


Parler Wanted Donald Trump On Its Site. Trump's Company Wanted A Stake.


Phoebe Bridgers Smashed Her Guitar During Her "SNL" Performance And It Was Awesome


Two Cheerleaders In Netflix's "Cheer" Have Been Charged With Sex Crimes Involving Minors

**TOP BUZZ**


People Are Reexamining The Whole Janet Jackson/Justin Timberlake Super Bowl Moment After The New Britney Doc


15 Times The Media Absolutely Failed Britney Spears


Former Victoria's Secret Employees Are Sharing Secrets From On The Job, And Boy Did They Deliver


Evan Rachel Wood Detailed The Racist, Anti-Semitic Things Marilyn Manson Would Allegedly Do To Her


Two Cheerleaders In Netflix's "Cheer" Have Been Charged With Sex Crimes Involving Minors

ADVERTISEMENT

TRAIN SMARTER, NOT HARDER.
Get actionable fitness, sleep and recovery insights.
WHOOP

**Sections**

Arts & Entertainment
Books
Inequality
Investigations
JPG
LGBTQ
Opinion
Politics
Reader
Science
Tech
World

**BuzzFeed News**
a BuzzFeed brand

**Follow Us**
Facebook
Twitter
Instagram

**Company**
Support Us
BuzzFeed.com
Privacy Policy
User Agreement

California residents can opt out of "sales" of personal data.

Do Not Sell My Personal Information