# Exhibit 281

NEWS  NBC NEWS NOW  NIGHTLY NEWS  MEET THE PRESS  DATELINE  MSNBC  TODAY

 NEWS

POLITICS  COVID-19  U.S. NEWS  OPINION  BUSINESS  WORLD

TECH NEWS

# Twitter bans Michael Flynn, Sidney Powell in QAnon account purge

Flynn and Powell both met with Trump at the White House in recent weeks as part of efforts to overturn the election results.



Michael Flynn, then national security adviser, at the daily news briefing at the White House on Feb. 1, 2017. Carolyn Kaster / AP file

Jan. 8, 2021, 9:28 PM UTC

**By Ben Collins and Brandy Zadrozny**

Twitter on Friday removed the accounts of Michael Flynn, Sidney Powell and other high-profile supporters of President Donald Trump who promoted the QAnon conspiracy theory.

The permanent bans are among the highest profile that the company has instituted as part of its efforts to crack down on misinformation and calls for violence.

Flynn and Powell both met with Trump at the White House in recent weeks as part of efforts to overturn the presidential election results. They are also high-profile figures in the QAnon community, and Flynn even took an "oath" to the conspiracy theory last year.

**Sponsored Stories** by Taboola



GENETICS DIGEST
New Method Traces Ancestry Back Thousands of Years



Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:01 GMT



weeks as part of efforts to overturn the presidential election results. They are also high-profile figures in the QAnon community, and Flynn even took an "oath" to the conspiracy theory last year.

"The accounts have been suspended in line with our policy on Coordinated Harmful Activity," a Twitter spokesperson told NBC News. "We've been clear that we will take strong enforcement action on behavior that has the potential to lead to offline harm, and given the renewed potential for violence surrounding this type of behavior in the coming days, we will permanently suspend accounts that are solely dedicated to sharing QAnon content."



House Democrats to introduce articles of impeachment Monday
JAN. 8, 2021 / 02:09

Twitter also removed the account of Ron Watkins, the administrator of the website 8kun, which was formerly named 8chan and hosts posts from Q, the false digital "prophet" at the heart of the QAnon conspiracy theory.

8chan changed its name last summer after white supremacists used the site to post manifestos before committing mass murder, including a terror attack at a mall in El Paso, Texas, that killed 17 in 2019.

Watkins, who lives in Japan, and Powell have spent recent weeks pushing false claims about Dominion Voting Systems and the company's role in the U.S. elections, as well as targeting private citizens with false claims of election fraud. Powell was sued by Dominion Voting Systems on Friday for $1.3 billion.

The bans come two days after Twitter locked down Trump's account and warned that he risks a permanent ban if he continues to violate the company's policies. Trump posted a video in response to the mob that stormed the Capitol in which he continued to spread false claims about the election. His account is no longer locked.

**Recommended**



TECH NEWS
Tesla buys $1.5 billion in bitcoin and plans to start accepting it as payment

TECH NEWS
Facebook faces a reckoning in Myanmar after blocked by military



BOMBAS
They've Arrived: New Bombas Sesame Street Socks

Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:01 GMT
Page 1 of 7


...and plans to start accepting it as payment


...Myanmar after blocked by military

Twitter, which for years resisted calls to moderate its platform, has recently taken a stronger stance against conspiracy theories that have been tied to violence, most notably the QAnon movement. In July, Twitter removed 7,000 accounts and limited many others for dabbling in QAnon. The company also designated the QAnon movement as coordinated harmful activity, meaning it was then limited from the platform's search functions and "Trending Topics" feature.

The bans add to complaints from conservatives who have claimed that Twitter's policies and enforcement unfairly target them. Some users say they have left the platform for similar alternatives, such as Parler, which surged during the election when Twitter was aggressive in limiting misinformation.

But they also come as many people in the technology industry who have been reticent to permanently ban many accounts have changed their positions following the violence at the Capitol.

This is a developing story. Please check back for updates.

---

**Ben Collins**

Ben Collins covers disinformation, extremism and the internet for NBC News.

**Brandy Zadrozny**

Brandy Zadrozny is an investigative reporter for NBC News.

---

Jason Abbruzzese contributed.

Tabo̱o̱la Feed

SPONSORED / AIRJOI
**Grandma Uses Simple Trick To Turn Dusty House Into Fresh Air Paradise**

SPONSORED / INVESTING OUTLOOK
**Finance PhD Warns Who Will Become Fabulously Wealthy In 2021 and Who Won't**






Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:01 GMT
Page 2 of 7



# NEWS

Twitter bans Michael Flynn, Sidney Powell in QAnon account purge

SHARE THIS



SPONSORED / INVESTING OUTLOOK
**Finance PhD Warns: "Move Your Money In 2021"**



SPONSORED / SPACE MASK
**Breath And Speak Easily For Hours With This Nanotech Face Mask**



SPONSORED / HERO WARS
**Getting this Treasure is impossible! Prove us wrong**



SPONSORED / CLASSMATES.COM
**Look For Any High School Yearbook, It's Free**



SPONSORED / COMPARISONS.ORG
**People Born 1951-1991 (With No Life Insurance) Should Claim This Benefit In February 2021**

SPONSORED / COMPARISONS.ORG
**Illinois Launches New Policy For Cars Used Less Than 49 Miles/Day**



SPONSORED / AIRJOI
**Simple Trick To Eliminate Dust**



SPONSORED / SPORTSMASK
**Breathe Freely, a new innovative fabric called HoverTEX saves from...**



SPONSORED / CAPITAL ONE SHOPPING
**The Dead Giveaway That Tells You When Amazon's Giving You A Better...**



SPONSORED / DOG TRAINING DEVICE
**The Peppy Pet Ball Is The Ultimate Remote Dog Toy**
Pet Ball is an active rolling ball that your pet will fall in love with and will keep you...



SPONSORED / COMPARISONS.ORG



SPONSORED / COMPARISONS.ORG

SPONSORED / COMPARISONS.ORG

**Illinois Drivers With No DUI's Getting A Pay Day on Monday**

SPONSORED / COMPARISONS.ORG

**Best & Worst Refinance Mortgage Companies In IL**

---

### More From NBC News



NBC NEWS / NEWS

**Man who wore horns in Capitol riot moved to Virginia jail that serves organic food**



THINK / OPINION

**Opinion | Why Dolly Parton's surprise Super Bowl ad feels like such a...**



NBC NEWS / SHOP

**Godiva was more than the sum of its chocolates for me**



SPONSORED / SMARTASSET

**7 Mistakes That Can Ruin Your Retirement**



SPONSORED / SENIOR LIVING | SEARCH ADS

**New Senior Apartments in Northbrook Are A Dream Come True**



SPONSORED / EARTHBREEZE

**This Laundry Method Reduces Your Carbon Footprint By 90%**



SPONSORED / ALTIMETRY

**Top Stock Cop Says Do This Before Getting Vaccine**

8 of the top 10 money managers in the world use Joel Litman's research to police their portfolio. Now he has an urgent warning for all Americans.

---

Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:01 GMT
Page 4 of 7

Footprint By 50%

Vaccine

8 of the top 10 money managers in the world use Joel Litman's research to police their portfolio. Now he has an urgent warning for all Americans.



NBC NEWS / NEWS

**Ex-police chief saw nothing 'egregious' in Daniel Prude video**



NBC NEWS / NEWS

**Virginia woman dies shortly after Covid vaccination, though no link h...**

THINK / OPINION

**Opinion | Marilyn Manson told us exactly who he was years ago. No o...**



SPONSORED / INVESTING OUTLOOK

**Man Who Made Twenty-Three 1,000% Recommendations Just Unveiled His #1 Stock**



SPONSORED / GENETICS DIGEST

**New Method Traces Ancestry Back Thousands of Years**



SPONSORED / COMPARISONS.ORG

**Illinois Drivers With No DUIs Getting a Pay Day On Monday**



SPONSORED / THEWALLETGURU.COM

**35 Insanely Cool Gadgets That Are Going To Sell Out This February**








**NBC NEWS / NEWS**
Chiefs coach expected to miss Super Bowl after crash that injured children

**NBC NEWS / VIDEO**
Woman accused of using bullhorn to direct Capitol rioters is arrested

**NBC NEWS / NEWS**
Nearly 40 vehicles involved in pileup that left multiple people injured in...




**SPONSORED / COMPARISONS.ORG**
All Senior Drivers Should Claim This Large Reward This Monday-(Check If You Qualify)

**SPONSORED / BOMBAS**
They've Arrived: New Bombas Sesame Street Socks




**SPONSORED / THEWALLETGURU.COM**
Illinois Seniors Can Get Big Discounts If They Only Ask

**SPONSORED / SENIOR LIVING | SEARCH ADS**
New Senior Apartments Coming to Northbrook Are Turning Heads





**THINK / OPINION**
Opinion | Trump and my cousin wanted to rule New York. Here's why they both failed.

**NBC NEWS / NEWS**
Brady seals 7th Super Bowl win, the big night's best memes and ads

**THINK / OPINION**
Opinion | This Trump impeachment defense falls apart as soon as you...

Document title: Twitter bans Michael Flynn, Sidney Powell in QAnon account purge
Capture URL: https://www.nbcnews.com/tech/tech-news/twitter-bans-michael-flynn-sidney-powell-qanon-account-purge-n1253550
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:01 GMT                Page 6 of 7



Opinion | Trump and my cousin wanted to rule New York. Here's why they both failed.

big night's best memes and ads

defense falls apart as soon as you...



SPONSORED / EGO POWER+

**The Most Advanced Leaf Blower, Gets the Highest Reviews**

SPONSORED / REVERSE MORTGAGE | SEARCH ADS

**The Disadvantages Of A Reverse Mortgage - Might Surprise You**

 

SPONSORED / SMARTASSET

**20 Questions to Tell If You're Ready to Retire**

SPONSORED / COMPARISONS.ORG

**IL May Pay Off Your Home If You Live Near Northbrook**

  

THINK / OPINION

**Opinion | How Trump's business brand went from titanic to toxic in just four years**

THINK / OPINION

Opinion | Catholics like Biden who support abortion rights are really th...

THINK / OPINION

Opinion | It's easy to judge Paris Hilton for how she's using IVF. Here'...

