# Exhibit 282

# Newsweek

U.S.    World    Business    Tech & Science    Culture    Newsgeek    Sports    Health    The Debate    Experts    Vantage    Search 🔍

## NEWS

# Pro-Trump Attorney Lin Wood Not of 'Sufficient Character' to Practice Law, Decides Judge

BY **KATHERINE FUNG** ON 1/12/21 AT 1:40 PM EST



Sidney Powell: Trump Should Order Voting Machine Seizures but No One Has Talked About 'Martial Law'

▶ 02:50

ZENGER

SHARE  [f] [t] [in] [p] [reddit] [flipboard] [email] [💬]

NEWS    JUDGE    TRUMP CAMPAIGN    CAPITOL RIOTS    LAWYERS

A Delaware Superior Court judge slammed pro-Trump attorney Lin Wood in a Monday decision, revoking Wood's right to represent ex-Trump aide Carter Page in a defamation suit stemming from the Mueller investigation.

"The conduct of Mr. Wood, albeit not in my jurisdiction, exhibited a toxic stew of mendacity, prevarication and surprising incompetence," Judge Craig Karsnitz wrote.

Karsnitz said that he is required to "ensure that those practicing before me are of sufficient character, and conduct themselves with sufficient civility and truthfulness," particularly when out-of-state counsel is selected. Wood is based in Georgia.

### THE DEBATE

 **The U.S. Is Already Facing a Debt Crisis**
BY MICHAEL DOORLEY

VS

**Government Debt Now: The More, the Better** 
BY CLAUDIA SAHM

### OPINION

 **My Son Took His Own Life. It Was the Lockdown That Got Him**
BY KAREN M. SMITH

 **American Drones Kill Indiscriminately. Biden Can Change That**
BY JENNIFER GIBSON

 **Biden Should Discuss His Mental Health, for Americans' Sake**
BY ASHISH KAUSHAL

 **Trump Should Not Be Convicted. And Cruz and Hawley Are Not Seditionists**
BY CHIP ROY

 **Biden's Radical Shift on Abortion is Out of Step with Most Americans**
BY LILA ROSE

 **The Most Valuable Lesson From COVID-19: Don't Suppress Dissenting Voices**
BY HELEN RALEIGH

 **Congress Must Defeat the Continued Insurrection Against**

Document title: Pro-Trump Attorney Lin Wood Not of &#39;Sufficient Character&#39; to Practice Law, Decides Judge
Capture URL: https://www.newsweek.com/pro-trump-attorney-lin-wood-not-sufficient-character-practice-law-decides-judge-1560898
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:52 GMT


**COVID-19: Don't Suppress Dissenting Voices**
BY HELEN RALEIGH


**Congress Must Defeat the Continued Insurrection Against American Democracy**
BY REP. JIM MCGOVERN AND ELLEN KURZ


**The Abraham Accords Deserve a Nobel Prize**
BY BORIS EPSHTEYN


**DOJ Should Appoint Special Counsel to Prosecute Trump**
BY NEIL BARON


**Are the Hedge Funds as Evil as Ever After GameStop?**
BY HANK GILMAN

Noting Wood's involvement in the Trump campaign's unsuccessful efforts to challenge the results of the 2020 presidential election, the judge wrote that he became concerned after reviewing the decisions made in lawsuits Wood filed in Georgia and Wisconsin courts.

**NEWSWEEK SUBSCRIPTION OFFERS >**

He noted that the case in Georgia was "textbook frivolous litigation," which included "an error-ridden affidavit," and that the complaint Wood filed in Wisconsin "would not survive a law school civil procedure class."

"What has been shown in Court decisions of our sister States satisfies me that it would be inappropriate and inadvisable to continue Mr. Wood's permission to practice before this court," Karsnitz said. "I acknowledge that I preside over a small part of the legal world in a small state. However, we take pride in our bar."


**START YOUR DAY WITH OUR TOP 5 ARTICLES**

Email address

**FREE SIGN UP >**

**Our Community**


**123**
Comments posted on **Newsweek** today

Comment

"Prior to the pandemic, I watched daily counsel practice before me in a civil, ethical way to tirelessly advance the interests of their clients," he added. "It would dishonor them were I to allow this *pro hac vice* order to stand."

Refinance Calculator
Today's Rate 1.90% APR

| Loan amount | $400,000 |
| Loan term | 15-Year Fixed |
| Credit score | Excellent |

Calculate Payment ►

Terms & Conditions apply. NMLS#1136
AdChoices ▷          Sponsored



Attorneys Lin Wood, center, and Mark Stephen, left, speak to the media about their client, British rescue diver Vernon Unsworth, rear, as they arrive at US District Court on December 3, 2019 in Los Angeles. Wood was removed from a Delaware lawsuit by the judge after the attorney was found to not be of "sufficient character" to practice law.
APU GOMES/STRINGER

**NEWSWEEK SUBSCRIPTION OFFERS >**

Karsnitz also made mention of Wood's tweets, specifically one calling for the arrest and execution of Vice President Mike Pence and another against Supreme Court Chief Justice John Roberts "too disgusting and outrageous to repeat"—tweets which the judge said partly "incited" the January 6 storming of the U.S. Capitol.

Karsnitz said while he is "not here to litigate if Mr. Wood was ultimately the source of incitement," there is "no doubt these tweets, and many other things, incited these riots."

The decision comes three weeks after Karsnitz ordered Wood to explain why his involvement in the election lawsuits would not disqualify him from representing Page, who is accusing Oath Inc.'s subsidiary Yahoo! of "maliciously" publishing "false accusations" that Page was "secretly plotting with Russian leaders to sabotage the 2016 presidential election."

Page, a former foreign-policy adviser to Trump during his 2016 presidential campaign, was investigated by the Department of Justice but never charged in connection to the election interference.

In his response submitted last week, Wood focused on the fact that none of the conduct Karsnitz pointed too had taken place in his court.

Karsnitz wrote that Wood's response "was not helpful regarding the issue of the appropriateness and advisability" of allowing the attorney to represent Page in Delaware and revoked Wood's privilege to represent Page in the case.

*Newsweek* reached out to Wood for comment but did not hear back before publication.

**READ MORE**

- Pro-Trump Lawyer Attacks McConnell for Breaking With Trump on Election
- Lin Wood's Twitter Suspended, Pro-Trump Lawyer Talks of 'Coup' on Parler
- Pro-Trump Lawyer's Claims Against Pence Prompt Calls for FBI Scrutiny

Document title: Pro-Trump Attorney Lin Wood Not of &#39;Sufficient Character&#39; to Practice Law, Decides Judge
Capture URL: https://www.newsweek.com/pro-trump-attorney-lin-wood-not-sufficient-character-practice-law-decides-judge-1560898
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:52 GMT
Page 2 of 6

**Newsweek**

**READ MORE**

- Pro-Trump Lawyer Attacks McConnell for Breaking With Trump on Election
- Lin Wood's Twitter Suspended, Pro-Trump Lawyer Talks of 'Coup' on Parler
- Pro-Trump Lawyer's Claims Against Pence Prompt Calls for FBI Scrutiny

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

Document title: Pro-Trump Attorney Lin Wood Not of &#39;Sufficient Character&#39; to Practice Law, Decides Judge
Capture URL: https://www.newsweek.com/pro-trump-attorney-lin-wood-not-sufficient-character-practice-law-decides-judge-1560898
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:52 GMT

## Popular in the Community



AdChoices ▷                                     Sponsored

**Rand Paul suggests Chuck Schumer...**

🍃 OliveCone

It's like half the country is living on th...

🔥 Top Comment          👍 93

**Man says United removed him from...**

🍃 OliveCorn

I think most of the people commenting...

🔥 Top Comment          👍 29

Wh
fol...

Jos
res...

---

## Conversation 68 Comments

Start a discussion, not a fire. Post with kindness. Read our guidelines here.

Commenting as **Guest**                                    🔔  Log In

What do you think?                                    📷  GIF

Sort by Best ⌄

**O**  **OliveCocktail**
12 January, 2021

It's about time, he and others like him should be tried fo  theirr treasonist actions. Well done Your Honor, and thank you from all the great Americans who proudly stand

Reply  👍 59  👎 18

**S**  **Seriously**
13 January, 2021

This is a good start. It would be better if he were disbarred along with Giuliani and Powell.

Reply  👍 41  👎 15

↳ Show 2 more replies

**E**  **Eddy**
12 January, 2021

Wood's is obviously unfit to be a lawyer.  Must be some embarrassing to get the boot from a court because youranidiot.

Reply  👍 61  👎 18

↳ Show 1 more reply

**W**  **WakeUpUS**
12 January, 2021

What right does judge have to deny a plaintiff representation of his choice.  Shows extreme bias of judge who should recuse himself.  *(Edited)*

Reply  👍 38  👎 81

↳ Show 5 more replies

**Wilbur Hammond**
12 January, 2021

The Founding Fathers believed that every American had a right to be a lawyer, to have a book published, and to post whatever they wished on Twitter and FB.  Next the libs will want to take a person's guns away just for shooting a handful of people! I gnaw my rights!

Reply  👍 39  👎 30



Newsweek                                                                    LOGIN    SUBSCRIBE ›

**Wilbur Hammond**
12 January, 2021
The Founding Fathers believed that every American had a right to be a lawyer, to have a book published, and to post whatever they wished on Twitter and FB.  Next the libs will want to take a person's guns away just for shooting a handful of people! I gnaw my rights!

Reply   👍 39   👎 30

↳ Show 5 more replies

**Guest**
12 January, 2021
Finally!

Reply   👍 24   👎 13

**Luckysf**
13 January, 2021
Linn Wood is the worst of the worst! Don't know how this guy got through law school. Him and Sydney Powell wouldn't be able to pass Legal 101!

Reply   👍 31   👎 16

↳ Show 1 more reply

**BlueGrapes**
13 January, 2021
I think its just another case of the Far lefts cancel CULTURE  , you must see things their way or else , you'll be shunned, ostracized, shamed , and even canceled . Its Clasic bullying , and the folks on the Farleft are ok with it , until they are the one getting canceled . This cancel culture is very dangerous , and wrong.

Reply   👍 17   👎 45

↳ Show 4 more replies

**GoldStrawberry**
13 January, 2021
Glad to hear the judge school wood. :-)

Reply   👍 12   👎 11

**RedChefHat**
12 January, 2021
Lin Wood is a pathological liar promoting complete nonsense.

Reply   👍 38   👎 14

**Show More Comments**

Powered by ⚙ OpenWeb                              Terms  |  Privacy  |  Feedback

**LATEST NEWS**

Scientology Super Bowl Ad Leaves Viewers Perplexed

Xi Jinping Orders New Year Military Readiness as Chinese Jets Skirt Taiwan

'Firefly Lane' Cast and Crew Hint at Whether Johnny Dies

My Son Took His Own Life. It Was the Lockdown That Got Him

Video of Tom Brady Hugging Family after Super Bowl Goes Viral

Michigan Man Killed by Exploding Cannon at Baby Shower

H-E-B COVID Vaccine Registration Details and How To Book an Appointment

Document title: Pro-Trump Attorney Lin Wood Not of &#39;Sufficient Character&#39; to Practice Law, Decides Judge
Capture URL: https://www.newsweek.com/pro-trump-attorney-lin-wood-not-sufficient-character-practice-law-decides-judge-1560898
Capture timestamp (UTC): Mon, 08 Feb 2021 15:41:52 GMT

Viewers Perplexed

**Xi Jinping Orders New Year Military Readiness as Chinese Jets Skirt Taiwan**

**'Firefly Lane' Cast and Crew Hint at Whether Johnny Dies**

**My Son Took His Own Life. It Was the Lockdown That Got Him**

**Video of Tom Brady Hugging Family after Super Bowl Goes Viral**

**Michigan Man Killed by Exploding Cannon at Baby Shower**

**H-E-B COVID Vaccine Registration Details and How To Book an Appointment**

**N EDITOR'S PICK**









**Trump's Conviction Chances Slim, But Trial May Damage Reputation: Experts**

"It seems to me that in order to change the entire dynamic here, you have to do something bold and decisive," Nick Akerman, a former Watergate prosecutor, told Newsweek.

**Senators Indicate Trump Impeachment Trial Could Be Shortest in U.S. History**

The current shortest impeachment trial record was set by Trump's first impeachment trial in 2020, which spanned 21 days.

**Who Are The Attorneys Defending Trump In His Second Impeachment Trial?**

David Schoen and Bruce Castor Jr.—both experienced in criminal defense—will head the effort in the trial slated to begin on February 9.

**California Churches Declare Victory, Plan Indoor Worship After SC Ruling**

In a 6-3 decision, a divided Supreme Court on Friday night sided with religious rights in ruling that California cannot continue its ban on indoor church services.

**N CHOOSE YOUR SUBSCRIPTION**



**PREMIUM**

✓ Newsweek magazine delivered to your door
✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ Personalized daily newsletter

**SUBSCRIBE ›**



**DIGITAL+**

✓ Unlimited access to Newsweek.com
✓ Ad free Newsweek.com experience
✓ iOS and Android app access
✓ Personalized daily newsletter

**GET YOUR FREE TRIAL ›**

**N NEWSLETTER**



**THE STARTING 5**

See why nearly a quarter of a million subscribers begin their day with the Starting 5.

Email address       **FREE SIGN UP ›**



© 2021 NEWSWEEK DIGITAL LLC

 

Editions:   U.S. Edition  |  日本  |  Pakistan  |  Polska  |  România

About Us  |  Corrections  |  Contact Us  |  Editorial Guidelines  |  Advertise  |  Copyright  |  Terms & Conditions  |  Privacy Policy  |  Cookie Policy  |  Terms of Sale  |  Archive  |  Announcements