# Exhibit 283



U.S.News | NEWS » | News | Best Countries | Best States | Healthiest Communities | Cities | America 2020 | The Racial Divide | Photos | Events | Sign in

Home / News / U.S. News®

# Pro-Trump Lawyer Lin Wood Fired by Teen Who Faced off With Native American in Viral Video

By Reuters, Wire Service Content    Jan. 25, 2021, at 5:01 p.m.



FILE PHOTO: Former Covington Catholic High School Student Nicholas Sandmann, wearing a Make America Great Again hat, speaks by video feed as the Lincoln Memorial is seen in the background during the largely virtual 2020 Republican National Convention broadcast from Washington, U.S. August 25, 2020. 2020 Republican National Convention/Handout via REUTERS

REUTERS

BY JAN WOLFE

BOSTON (Reuters) - A Kentucky teenager whose 2019 face-off with a Native American activist in Washington went viral has fired his lawyer, a man who played a key role in Donald Trump's attempts to overturn his election defeat, according to court notices filed on Monday.

Recommended Videos    Powered by AnyClip



Smartmatic sues Fox News over election-rigging claims
40K  3



GALLERIES

NEWS
Cartoons on President Donald Trump

PHOTOS
Trump Supporters Storm Capitol Building

PHOTOS 

---

Document title: Pro-Trump Lawyer Lin Wood Fired by Teen Who Faced off With Native American in Viral Video | U.S. News® | US News
Capture URL: https://www.usnews.com/news/us/articles/2021-01-25/pro-trump-lawyer-lin-wood-fired-by-teen-who-faced-off-with-native-american-in-viral-video
Capture timestamp (UTC): Mon, 08 Feb 2021 16:15:01 GMT



The teen, Nicholas Sandmann, terminated lawyer L. Lin Wood from the team representing him in a series of lawsuits that accuse media companies of inaccurately portraying the stand-off at the Lincoln Memorial on the day of a large anti-abortion protest.

"I have ended my lawyer-client relationship with Mr. Wood and no longer wish to be represented by him," Sandmann said in an affidavit included in the court filings.

Sandmann continues to be represented by Kentucky-based lawyer Todd McMurtry.

Wood did not immediately respond to a request for comment. He said in a Telegram post on Monday that McMurtry "is an excellent lawyer" and that "the best is yet to come" in Sandmann's lawsuits.

"I did my best for him and am proud that I obtained settlements for him against mainstream media giants CNN and The Washington Post," Wood said.

In a statement shared on Telegram on Sunday, Wood said he expected Sandmann would "abandon" him because of earlier social media posts in which Wood suggested former Vice President Mike Pence engaged in "treason" and could "face execution by firing squad" for formally recognizing the election victory of President Joe Biden.

Wood said in the Telegram post that his comments about Pence were "rhetorical hyperbole."

Sandmann, 18, expressed alarm at Wood's comments earlier this month. On Twitter, the teen shared one of Wood's social media posts about Pence and wrote: "I'm sorry but what the hell."

The move is the latest indication that those who supported former President Donald Trump's baseless claim that his loss to Biden was the result of mass fraud could face longer term professional consequences.



A Delaware state judge this month blocked Wood from representing former Trump adviser Carter Page in a defamation lawsuit, saying that his conduct in election-related lawsuits "exhibited a toxic stew of mendacity, prevarication and surprising incompetence."

Sandmann's face-off with Native American activist Nathan Phillips in January 2019 was captured on video and shared on social media, generating widespread media coverage.

Sandmann's family has lawsuits pending against the New York Times, CBS, ABC News Inc, Rolling Stone LLC, and others. Reuters is not a defendant in the litigation.

The lawsuits allege that because the teens were wearing Trump's "Make American Great Again" slogan on their hats, they were unfairly portrayed as a mob.

The lawsuits allege that because Sandmann wore a hat emblazoned with Trump's 'Make American Great Again' slogan, media outlets inaccurately suggested he was the face of an unruly mob.

In court filings, the media outlets have denied defaming Sandmann in their coverage.

Sandmann spoke at the Republican National Convention in August, endorsing Trump and accusing the media of advancing an "anti-Christian, anti-conservative, anti-Donald Trump narrative."

The teen's relationship with Wood appeared to sour as the attorney filed unsuccessful lawsuits seeking to overturn Biden's victory and baselessly accused Pence and Supreme Court Justice John Roberts of treason and corruption.

Separately on Monday, a U.S. voting machine company filed a $1.3 billion lawsuit against Trump's lawyer Rudy Giuliani, accusing him of defamation in what it called his "big lie" campaign about widespread fraud in the presidential election.

(Reporting by Jan Wolfe; Editing by Scott Malone and Rosalba O'Brien)

**Copyright 2021 Thomson Reuters**.

**Tags:** Kentucky













SPONSORED CONTENT
**Forget a Telescope, Get This Pocket Device Instead** ⬈

by **MyTacticalPromos.com**

Forget A Telescope, Get This Pocket Device Instead



### Cartoons on President Donald Trump
Feb. 2, 2021, at 2:10 p.m.



### Photos: Obama Behind the Scenes
A collection of moments during and after Barack Obama's presidency.

June 27, 2018





### Photos: Who Supports Joe Biden?
The former vice president has become the Democratic front-runner with primary victories across the country.

March 11, 2020



### The Week in Cartoons: Feb. 8-12
The representative from Georgia continues to cause controversy, Super Bowl parties look different this year and former President Donald Trump's second impeachment trial begins.

Feb. 8, 2021, at 10:42 a.m.



These 3 companies could benefit from surging electric vehicle (EV) demand.
Morningology
3 EV Stocks To Watch In 2021
OPEN


South Africa Pauses
Rollout



### South Africa Pauses AstraZeneca Vaccine Rollout

The pause comes after a study that shows the vaccine has reduced efficacy against the variant first discovered in South Africa.

Alexa Lardieri   Feb. 8, 2021



### Refugee Agencies Determined to Rebuild

Resettlement agencies, crippled by Trump's policies, say they're determined to rebuild as President Joe Biden promises to increase refugee admissions.

Claire Hansen   Feb. 5, 2021



### Biden Digs In on $1.9T Stimulus

The president's insistence that a relief package of that size is needed comes after an op-ed critical of the plan penned by a prominent economic adviser to Democratic presidents.

Lauren Camera   Feb. 5, 2021





### Greene's Defiance Spells Trouble for the GOP

The controversial congresswoman's assertion that the Republican Party belongs solely to Trump threatens the GOP's push toward unity.

Lisa Hagen   Feb. 5, 2021



### WHO: Vaccinations Top Reported Infections

However, nearly 130 countries with a total population of about 2.5 billion have yet to administer a single dose of the coronavirus vaccine.

Cecelia Smith-Schoenwalder   Feb. 5, 2021



### CDC: State Mask Mandates Are Working

The study found lower hospitalization rates in states that had imposed mask-wearing mandates.

Chelsea Cirruzzo   Feb. 5, 2021

### Virus Model: Death ⬚ June

Researchers behind the University ⬚ Metrics and Evaluation warned v⬚





Document title: Pro-Trump Lawyer Lin Wood Fired by Teen Who Faced off With Native American in Viral Video | U.S. News® | US News
Capture URL: https://www.usnews.com/news/us/articles/2021-01-25/pro-trump-lawyer-lin-wood-fired-by-teen-who-faced-off-with-native-american-in-viral-video
Capture timestamp (UTC): Mon, 08 Feb 2021 16:15:01 GMT                                    Page 4 of 6

### Virus Model: Death Toll to Top 630,000 by June

Researchers behind the University of Washington's Institute for Health Metrics and Evaluation warned vaccinated individuals to refrain from resuming travel as normal.

Cecelia Smith-Schoenwalder   Feb. 5, 2021





### Troops to Help With Virus Vaccinations

The secretary of defense has ordered more than 1,000 active-duty military personnel to support state vaccination sites.

Alexa Lardieri   Feb. 5, 2021





### January Jobs Report Disappoints

The modest gain of 49,000 jobs is likely to add to concerns the labor market is not recovering quickly enough from the pandemic.

Tim Smart   Feb. 5, 2021



### U.K. Confirms Hotel Quarantine for Travelers

The U.K. confirmed Friday that government-managed quarantine facilities will come into effect on Feb. 15.

Alexa Lardieri   Feb. 5, 2021



### Dems Cast the GOP as the Greene Party

The focus on Marjorie Taylor Greene not only forces Republican members of Congress to take a stand for or against her but it poses problems for GOP candidates in districts nationwide.

Susan Milligan   Feb. 4, 2021



### House Removes Greene from Committees

The freshman member from Georgia has been the subject of bipartisan condemnation in recent weeks as more of her past inflammatory comments surface.

Lisa Hagen   Feb. 4, 2021



### Biden: 'Diplomacy Is Back'

The president at the State Department pledged to restore America's international standing in clear opposition to his predecessor. The approach, however, will only last s...

Paul D. Shinkman   Feb. 4, 2021





---

Document title: Pro-Trump Lawyer Lin Wood Fired by Teen Who Faced off With Native American in Viral Video | U.S. News® | US News
Capture URL: https://www.usnews.com/news/us/articles/2021-01-25/pro-trump-lawyer-lin-wood-fired-by-teen-who-faced-off-with-native-american-in-viral-video
Capture timestamp (UTC): Mon, 08 Feb 2021 16:15:01 GMT                                    Page 5 of 6



Pro-Trump Lawyer Lin Wood Fired by Teen Who Faced off With Native American in Viral Video

### House Removes Greene from Committees



The freshman member from Georgia has been the subject of bipartisan condemnation in recent weeks as more of her past inflammatory comments surface.

Lisa Hagen   Feb. 4, 2021

### Biden: 'Diplomacy Is Back'



The president at the State Department laid out a vision of America's international standing in clear opposition to his predecessor. That approach, however, will only last so long.

Paul D. Shinkman   Feb. 4, 2021




### January Sees Record Gun Background Checks



The bureau performed more than 4.3 million background checks for firearms last month.

Alexa Lardieri   Feb. 4, 2021

### Dems Want Trump to Testify at Trial



It is unclear whether the letter from House impeachment managers will result in testimony from the former president, who now resides in Florida.

Cecelia Smith-Schoenwalder   Feb. 4, 2021

### Homicides Surged in 2020



In 29 of 34 major American cities, criminologists observed an increase in homicide rates last year that they say is likely linked to the pandemic and protests against police violence.

Horus Alas   Feb. 4, 2021

### U.K. Trial To Test Mixing Vaccines



If the option proves viable, researchers said it would give greater flexibility to vaccine rollouts.

Cecelia Smith-Schoenwalder   Feb. 4, 2021

### Dems Press Biden on Student Loan Debt

Democrats in Congress are publicly urging President Joe Biden to cancel up to $50,000 in federal student loan debt – a dramatic increase over the $10,000 Biden has proposed.

Lauren Camera   Feb. 4, 2021




---

Document title: Pro-Trump Lawyer Lin Wood Fired by Teen Who Faced off With Native American in Viral Video | U.S. News® | US News
Capture URL: https://www.usnews.com/news/us/articles/2021-01-25/pro-trump-lawyer-lin-wood-fired-by-teen-who-faced-off-with-native-american-in-viral-video
Capture timestamp (UTC): Mon, 08 Feb 2021 16:15:01 GMT                                                                                                                Page 6 of 6