# Exhibit 285



# Pro-Trump lawyer Lin Wood reportedly under investigation for voter fraud

BY APRIL SIESE
FEBRUARY 3, 2021 / 7:06 AM / CBS NEWS

A pro-Trump attorney who pushed conspiracy theories about the 2020 presidential election, including allegations of voter fraud, is reportedly under investigation for illegal voting. CBS Atlanta affiliate WGCL-TV cites a high-level source in the Georgia Secretary of State's office as saying that office is investigating whether Wood voted "out of state" – in Georgia even though he was actually a resident of South Carolina at the time of the November election.

It's unclear if Wood was eligible to vote in Georgia and if he was considered a resident when he cast his ballot.

In a statement sent to CBS News, Wood said he has "been a resident of the State of Georgia since 1955. I changed my residency to South Carolina yesterday [February 1, 2021]."



## Sign up for Breaking News Alerts

Be in the know. Get the latest breaking news delivered straight to your inbox.

[enter your email] **Sign Up**

By signing up, you agree to the CBS Terms of Use and acknowledge the data practices in our Privacy Policy.

☑ Receive updates, offers & other information from the CBS family of companies & our partners. Opt out through the unsubscribe link in any marketing email.

He added, "This is pure harassment by the Georgia Secretary of State because I have revealed credible evidence of election fraud on the part of Brad Raffensperger" – the Georgia secretary of state.

Wood told NPR he "was domiciled in Atlanta in October of 2020 and was a resident of Georgia at that time. ... I own properties in Georgia and South Carolina."

The prominent pro-Trump figure sued Raffensperger in one of a series of unsuccessful lawsuits alleging election fraud in the 2020 election. Wood, along with Sidney Powell, filed the suits in battleground states to try to overturn election results.

### Assault On The U.S. Capitol ›



"Duped" and "egged on"... | NAACP and Democratic... | Capitol Police officers give... | McConnell says Trump was...

Document title: Pro-Trump lawyer Lin Wood under investigation for alleged illegal voting - CBS News
Capture URL: https://www.cbsnews.com/news/lin-wood-investigation-voter-fraud/
Capture timestamp (UTC): Tue, 16 Feb 2021 22:20:19 GMT

**Assault On The U.S. Capitol** ›

| "Duped" and "egged on": Capitol rioters use Trump as excuse in court | NAACP and Democratic congressman sue Trump, Giuliani over Capitol assault | Capitol Police officers give vote of no confidence in leaders | McConnell says Trump was "responsible" for riot after not guilty vote |

Wood spoke at far-right rallies about his claims, including a December 2 "Stop The Steal" event in Georgia.

A "Stop The Steal" rally in Washington, D.C. preceded the January 6 assault on the Capitol.

The 68-year-old was permanently suspended by Twitter for pushing conspiracy theories and promoting the Capitol attack. He was temporarily suspended, then banned for saying he'd use a second account to get around the suspension, according to Buzzfeed News.

Recently, the State Bar of Georgia opened an investigation into Wood's competence. According to The Associated Press, the inquiry falls "under the bar rule that has to do with mental incapacity or substance abuse."

First published on February 3, 2021 / 3:02 AM

© 2021 CBS Interactive Inc. All Rights Reserved.

**April Siese**



April Siese is a social media producer for CBS News, specializing in breaking news.

---

Tab**oo**la Feed



**Skip the Doctor and Upgrade to the World's Smartest VPAP**
 THE EASY BLOG BY BREATHEEASY.COM



**Play This Game For 5 Minutes And See Why Everyone Is Addicted**
PAID  TOTAL BATTLE: TACTICAL WAR GAME






### This Game Can Train Your Brain To Think Strategically
PAID  TOTAL BATTLE - ONLINE STRATEGY GAME


### New Senior Apartments in Northbrook (May Leave You Speechless)
PAID  SENIOR LIVING | SEARCH ADS


### Highest Paying Cash Back Card Has Hit The Market
$200 bonus offer. Up to 3% cashback on online shopping. 0% interest for 12 months. No annual …
PAID  WISE BREAD


### Shut The Front Door! The 2021 Cadillac XT SUVS Astonish!
PAID  2021 CADILLAC XT SUVS | SEARCH ADS


### See Why This N95 Mask Is Best Rated
Highest rated N95 NIOSH Mask - USA Made - Available now
PAID  PROTECTLY


### The Best SUVs For Seniors (The Price Might Surprise You)
PAID  SENIOR CARS | SEARCH ADS


### If You ever Shop at Home Depot, You're Going to Love This Hack
PAID  CAPITAL ONE SHOPPING


### These Cars Are So Loaded It's Hard to Believe They Cost Under Average Prices
PAID  LUXURY CARS | SEARCH ADS


### This Could Explain Why 2021 Implants Are Almost Being Given Away
PAID  DENTAL IMPLANTS | SEARCH ADS


### 3 Steps To Tell When A Slot is Close To Hitting The Jackpot
PAID  BUZZDAILY WINNERS


### Getting this Treasure is impossible! Prove us wrong
PAID  HERO WARS


### The Dating Site for Highly-Educated Singles in Northbrook
PAID  ELITESINGLES

Document title: Pro-Trump lawyer Lin Wood under investigation for alleged illegal voting - CBS News
Capture URL: https://www.cbsnews.com/news/lin-wood-investigation-voter-fraud/
Capture timestamp (UTC): Tue, 16 Feb 2021 22:20:19 GMT



Getting this Treasure is impossible! Prove us wrong
**PAID**  HERO WARS

The Dating Site for Highly-Educated Singles in Northbrook
**PAID**  ELITESINGLES



Quickest Cars We've Tested in 2020 (and the Slowest)
**PAID**  CAR & DRIVER



These Are the Top Financial Advisors in Illinois
**PAID**  SMARTASSET



NFL Star Rob Gronkowski's Go To Shoes Off The Field
**PAID**  WOLF & SHEPHERD



Jeep Grand Cherokees Are Now Priced To Sell: $19,000
**PAID**  CARSGENIUS



Best Travel Credit Cards of 2021
**PAID**  NERDWALLET



9 Benefits That Most Seniors Forget To Claim
**PAID**  THE WALLET WATCHER



Filing taxes before next round of stimulus checks
CBS NEWS



Meghan Markle & Prince Harry expecting 2nd child
CBS NEWS



Illinois: Say Bye To Expensive Solar Panels If You Own A Home In...
**PAID**  ENERGYBILLCRUNCHER



The Greatest Running Backs In NFL History, Ranked
**PAID**  NEW ARENA

The World War II strategy game, no install required!
**PAID**  CALL OF WAR 1942



N95 Respirator Mask Reusable (FDA Registered), 10% Off
**PAID**  CANOPUS GROUP

Expensive Solar Panels If You Own A Home In...
**PAID** ENERGYBILLCRUNCHER

In NFL History, Ranked
**PAID** NEW ARENA

game, no install required!
**PAID** CALL OF WAR 1942

Reusable (FDA Registered), 10% Off
**PAID** CANOPUS GROUP



### The Best Cleaning Services in Northbrook, Ranked
**PAID** CLEANING & HOUSEKEEPING SERVICES | SEARCH ADS



### Criminals Hate People Who Carry This Device
Criminals hate this device because thousands of women and children are using it to protect themselves.
**PAID** ORIGINALDEFENSE



### Ranking every Super Bowl, from worst to first



### How police tracked an old work truck to find Jennifer Dulos' alleged killer



### Notable Deaths in 2021



### Pence's plans post-Trump administration take shape



### Bring your desktop to life with Bing Wallpaper
**PAID** MICROSOFT



### The Peppy Pet Ball Is The Ultimate Remote Dog Toy
Pet Ball is an active rolling ball that your pet will fall in love with and will keep your pet busy all day long! It's the perfect pet toy.
**PAID** DOG TRAINING DEVICE











**The New Toyota RAV4 Will Take Your Breath Away. Research 2021 Toyota RAV4**
PAID  BRILLIANTCHECK

**Look For Any High School Yearbook, It's Free**
PAID  CLASSMATES.COM

**Make Bathing Easy Again With An American Standard Walk-In Tub**
PAID  AMERICAN STANDARD

**The Most Desirable Electric SUVs of 2020**
PAID  MIDSIZE SUVS | SEARCH ADS





**Capitol riot's suspected "bullhorn lady" Rachel Powell taken into custody**

**Former Republican officials consider splitting from GOP to form new party**






**If You Like to Play, this Strategy Game is a Must-Have. No Install.**
PAID  FORGE OF EMPIRES

**Scalp Psoriasis Cases May Be On The Rise In Illinois. These Are The Symptoms**
PAID  SCALP PSORIASIS | SEARCH ADS

**People Are Freaking Out About The Toyota RAV4 Price Drop**
PAID  CARSGENIUS

**See Why Men Are Obsessed With This Watch**
PAID  MVMT




**StairLift Elevators Could Be A Dream Come True For Seniors**
PAID  STAIRLIFT | SEARCH ADS

**Research Chronic Plaque Type Psoriasis**
PAID  YAHOO SEARCH