# Exhibit 289



Montgomery was the maestro behind what many current and former U.S. officials and others familiar with the case now believe was one of the most elaborate and dangerous hoaxes in American history.

Montgomery never worked directly for the CIA, but amassed DOD contracts worth millions of dollars and continued working on government contracts well into the Obama administration. A culture of secrecy and a lack of accountability enabled him to bounce from agency to agency, collecting contracts for years, Risen says.

As for Montgomery, he still says that his company's software was useful in the war on terror, Risen writes, but he is unable to share details due to the classified nature of his work.

Watch more of James Risen's interview with Judy Woodruff on the PBS NewsHour.

By — Travis Daub

Travis Daub is Digital Director at PBS NewsHour where he manages the incredible digital content team and oversees the integration of online and on-air content. With 20 years of experience in online publishing, Travis has been honored to work alongside talented colleagues at the PBS NewsHour, Foreign Policy magazine and the Des Moines Register.

 @tcd004

## The Latest

**Politics** Feb 09
WATCH LIVE: Senate Majority Leader Schumer holds news conference on COVID-19 stimulus package
By — News Desk

**CANVAS Arts** Feb 09
Mary Wilson, longest-reigning original Supreme, dies at 76
By — Associated Press

**Politics** Feb 09
WATCH LIVE: OMB nominee Neera Tanden testifies before Senate committee
By — Courtney Vinopal

**World** Feb 09
WHO team concludes coronavirus unlikely to have leaked from China lab
By — Emily Wang Fujiyama, Associated Press

**World** Feb 09
Police in Myanmar crack down on crowds defying protest ban
By — Associated Press

**CANVAS Arts** Feb 08
Album sales surge for Morgan Wallen after racist comment
By — Kristin M. Hall, Associated Press

**Sections**
The Latest
Politics
Arts
Nation
World
Economy
Science
Health
Education

**About**
About Us
TV Schedule
Press
Feedback
Funders
Support
Subscribe
NewsHour West
Jobs
Privacy

**Stay Connected**

Subscribe to 'Here's the Deal,' our politics newsletter

Email Address — Subscribe

Support our journalism
Learn more about Friends of the NewsHour.

© 1996 - 2021 NewsHour Productions LLC. All Rights Reserved.

Support for NewsHour Provided By
BNSF RAILWAY | Consumer Cellular | CPB | Fidelity Investments | Johnson & Johnson | Mutual of America Financial Group