# Exhibit 290

BREAKING NEWS // Arizona is reporting 2,250 new coronavirus cases and 7 additional deaths today


FREE TRIAL — VEEAM — #1 Backup and Recovery — VMware and Hyper-V — TRY NOW

# Emails show Arpaio paid informant at least $120,000 for 'bogus data'

BY MORGAN LOEW

POSTED OCT 6, 2016



County Sheriff Joe Arpaio sitting with Dennis Montgomery. (Source: CBS 5 News)

Emails released in Maricopa County Sheriff Joe Arpaio's contempt of court proceedings show the sheriff paid a confidential informant at least $120,000 for computer data that was supposed to show an illegal conspiracy between the U.S. Department of Justice and federal judges, including the judge who had ruled against the sheriff in a racial profiling case.

Emails and court testimony indicate sheriff's detectives concluded the data that was finally delivered was bogus.

It is unclear whether the money used to pay the informant, identified as Dennis Montgomery, came from the sheriff's budget, or from RICO funds.

But law enforcement officials and at least one former county attorney tell CBS 5 Investigates that the process the MCSO followed in hiring and paying Montgomery was highly unusual.


NEXT UP — Hoverboard heartache for Valley teen — A Valley teenager saved up hundreds of dollars to buy the la...

**Most Popular**

ARTICLES | VIDEOS

» Mesa woman accused of speeding, not pulling over for officers "because she felt like it"

» Extreme heat may cause Phoenix to be unlivable by the end of this century

» Fry's will have COVID-19 vaccine at 50 stores in Maricopa County

» Maricopa County had to throw away more than 500 doses of COVID-19 vaccine

» Here's why that second coronavirus shot can be such a doozy

» Tempe chiropractor claims to have quick fix to restore taste and smell post-COVID

» Singulair's dangerous side effects: allergy medicine can cause depression and suicides

» Central Phoenix residents complain about brown, bleach-smelling water

» Latest Arizona coronavirus news: Updates from Arizona's Family newsroom

» Arizona couple married for 50 years died of COVID-19 on the same day

Document title: Emails show Arpaio paid informant at least $120,000 for &#39;bogus data&#39; | Investigations | azfamily.com
Capture URL: https://www.azfamily.com/news/investigations/emails-show-arpaio-paid-informant-at-least-120-000-for-bogus-data/article_0a36974b-8dda-525f-...
Capture timestamp (UTC): Mon, 08 Feb 2021 16:25:31 GMT

process the MCSO followed in hiring and paying Montgomery was highly unusual.

"There was (sic) no best practices used in any manner in this particular situation," said former Maricopa County Attorney Rick Romley.

Romley dealt with confidential informants on a regular basis when he served as the county's top prosecutor from 1989 until 2004.

"You don't just give out that money without getting something in return," said Romley.

Critics argue that a simple Google search would have told MCSO that Montgomery had a history of questionable claims.

In 2011, The New York Times newspaper published an article that questioned whether Montgomery's computer software was legitimate. According to the article, he claimed he could identify hidden terrorist messages embedded within Al Jazeera's broadcast transmissions. The article indicated that federal government officials concluded the technology did not work.

Montgomery also has a history of being sued and accusations of fraud against him.

Sheriff Arpaio met Montgomery in person at least once, and according to court testimony and emails, was the driving factor in hiring Montgomery and continuing to pay him, even after his own detectives had lost faith in his claims.

"They said that Dennis Montgomery, that it's all a fraud," said Teresa Harvey Rollins, referring to a document that was delivered to MCSO from two former NSA operatives who examined the data that Montgomery produced.

Rollins is an attorney and has followed the dealings between Arpaio and Montgomery, as the documents have been released in the sheriff's contempt of court case.

"This is an embarrassment to the MCSO. It's an embarrassment to Arpaio because he led this," said Rollins.

It may end up as more than just an embarrassment. Judge Murray Snow, who was one of the people allegedly involved in the conspiracy that Montgomery had claimed to exist, referred Sheriff Arpaio to the US Attorney's office for possible criminal prosecution. The Department of Justice is now handling the case.

[READ MORE: Judge recommends criminal prosecution of Arpaio in racial profiling case]

Meantime, there is no indication that MCSO is investigating Montgomery for accepting the money without delivery what he promised, or that the agency has tried to get any of the money back.

The sheriff has refused to speak about the issue, including how much money his office gave to Montgomery in total. His office referred CBS 5 Investigates to Arpaio's attorneys. And Dennis Montgomery has not responded to our request for an interview.

Copyright 2016 CBS 5 News (KPHO Broadcasting Corporation). All rights reserved.

FREE TRIAL — #1 Backup and Recovery — VeeAM — VMware and Hyper-V — TRY NOW

Recommended for you

Recommended for you



3 On Your Side recovers more than $16K during September

Taboola Feed



If Your Dog Eats Dry Food (Do This Every Day)
Ultimate Pet Nutrition Nutra Thrive Supplement | Sponsored



Neglected Home Found After Decades, See Inside
Give It Love | Sponsored

This Only Looks Like A Regular Pocketknife - A Deejo Is Anything But...
My Deejo | Sponsored



Top Vet: If Your Dog Licks His Paws (Do This Every Day)
Now, America's favorite veterinarian has just reported a surprising discovery. It may prove

✕ NEXT UP
Hoverboard heartache for Valley teen
A Valley teenager saved up hundreds of dollars to buy the la…

‹ PREV












40 Collector's Items That Aren't Worth Keeping
Money Pop | Sponsored

Ever Wondered What Kind of American Accent You Have?
World Life Style | Sponsored

Internet Providers Don't Want You Buying One, But They're Not Illegal
ZenBooster Wi-Fi | Sponsored




DISTURBING: Photos show inside of Mesa home where multiple dogs were found dead
AZ Family

BP: 110+ Central Americans illegally scale border wall near Yuma
AZ Family




If You're Going To Buy An Air Fryer, Read This
Capital One Shopping | Sponsored

Don't Do It Yourself - Hire a Handyman from Northbrook for Your Home Projects
HomeAdvisor | Sponsored




PREV


NEXT UP
Hoverboard heartache for Valley teen
A Valley teenager saved up hundreds of dollars to buy the la…

---

Document title: Emails show Arpaio paid informant at least $120,000 for &#39;bogus data&#39; | Investigations | azfamily.com
Capture URL: https://www.azfamily.com/news/investigations/emails-show-arpaio-paid-informant-at-least-120-000-for-bogus-data/article_0a36974b-8dda-525f-…
Capture timestamp (UTC): Mon, 08 Feb 2021 16:25:31 GMT
Page 4 of 6





**Most Beautiful Beach Cities Where You Can Live for Cheap**
Thrillist | Sponsored

Arrest made after deadly stabbing involving pregnant woman in Tempe



**PD: Man confessed to stabbing pregnant woman to death in Tempe**
AZ Family

**Abused, spray-painted dog rescued and recovering**
AZ Family



**Celebrity Trainer: "I Feel Better At 60 Than I Did At 40, Thanks To 1 Change In My…**
61 year old Fitness Trainer is in the best shape of his life thanks to including these 4 essential …
Power Life by Tony Horton | Sponsored

**Escape to These 25 Small Towns for a True Vacation**
Far & Wide | Sponsored



NEXT UP
**Hoverboard heartache for Valley teen**
A Valley teenager saved up hundreds of dollars to buy the la…


PREV





**The Dead Giveaway That Tells You When Amazon's Giving You A Better Price Than Other Retailers**
Capital One Shopping | Sponsored



**What's in a name: Globe**
AZ Family



**Questions remain around doctors for incapacitated woman at Hacienda HealthCare**
AZ Family



**Here is Why This Brilliant Walk-in Shower Sweeps The US in 2021!**
American Safe Showers | Sponsored

**Put A Dishwasher Tablet In Your Shower At Night, Here's Why**
HealthyGem | Sponsored



**Most Scenic Drive in All 50 States**
Thrillist | Sponsored




NEXT UP
Hoverboard heartache for Valley teen
A Valley teenager saved up hundreds of dollars to buy the la…


