# Exhibit 292

*screenshot-twitter.com-2021.02.08-11_32_36*
*https://twitter.com/CISAKrebs/status/1325188644966117376*
*08.02.2021*

**Chris Krebs #Protect2020** ✓
@CISAKrebs

To be crystal clear on ⬇, I'm specifically referring to the Hammer and Scorecard nonsense. It's just that - nonsense. This is not a real thing, don't fall for it and think 2x before you share. #Protect2020

> **Chris Krebs #Protect2020** ✓  @CISAKrebs · Nov 7, 2020
>
> Seeing #disinfo that some isolated voting day issues are tied to some nefarious election hacking and vote manipulation operation. Don't fall for it and think twice before sharing! Check out Rumor Control for more info on the security safeguards built into elections. #Protect2020
>
> Show this thread
>
> **POST-ELECTION**
>
> ✔ Reality: Robust safeguards including canvassing and auditing procedures help ensure the accuracy of official election results.
>
> ✘ Rumor: A bad actor could change election results without detection.
>
> Get the Facts: The systems and processes used by election officials to tabulate votes and certify official results are protected by various safeguards that help ensure the accuracy of election results. These safeguards include measures that help ensure tabulation systems function as intended, protect against malicious software, and enable the identification and correction of any irregularities.
>
> Every state has voting system safeguards to ensure each ballot cast in the election can be correctly counted. State procedures often include testing and certification of voting systems, required auditable logs, and software checks, such as logic and accuracy tests, to ensure that ballots are properly counted before election results are made official. With these security measures, election officials can check to determine that devices are running the certified software and functioning properly.
>
> Every state also has laws and processes to verify vote tallies before results are officially certified. State processes include robust chain-of-custody procedures, auditable logs, and canvass processes. The vast majority of votes cast in this election will be cast on paper ballots or using machines that produce a paper audit trail, which allow for tabulation audits to be conducted from the paper record in the event any issues emerge with the voting system software, audit
>
> 4:29 PM · Nov 7, 2020 · Twitter for iPhone
>
> **792** Retweets   **213** Quote Tweets   **2,183** Likes