# Exhibit 295

*screenshot-web.archive.org-2021.02.09-11_16_30*
http://web.archive.org/web/20210120005241/https://twitter.com/realMikeLindell/status/1350297812668477441
*09.02.2021*

