# Exhibit 296

