# Exhibit 297

