# Exhibit 298



#Amplify #WorkFromHome Reviews Best Products How-To News Newsletters

Find products, advice, tech news

Home > Encyclopedia > O

# OUI

Search PCMag Encyclopedia

## BROWSE ENCYCLOPEDIA

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z 0-9

(**O**rganizational **U**nique **I**dentifier) The part of the MAC address that identifies the vendor of the network adapter. The OUI is the first three bytes of the six-byte field and is administered by the IEEE. See MAC layer.

THIS DEFINITION IS FOR PERSONAL USE ONLY. All other reproduction requires permission.
Copyright © 1981- 2021. The Computer Language Co Inc. All rights reserved.

ADVERTISEMENT



**PC Magazine Digital Edition**

Get 67% Off Newsstand Price →

**PCMag Newsletters**

Our Best Stories in Your Inbox →

**Follow PCMag**

f 🐦 📰 G ◉ ℗

## HONEST, OBJECTIVE REVIEWS

PCMag.com is a leading authority on technology, delivering Labs-based, independent reviews of the latest products and services. Our expert industry analysis and practical solutions help you make better buying decisions and get more from technology.

