# Exhibit 300



