# Exhibit 301

NEWS    NBC NEWS NOW    NIGHTLY NEWS    MEET THE PRESS    DATELINE    MSNBC    TODAY

## ⬡ NEWS

POLITICS    COVID-19    U.S. NEWS    OPINION    BUSINESS    WORLD

U.S. NEWS

# MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims

Election experts have uniformly declared that the 2020 election was conducted fairly.



—— President Trump with Mike Lindell, CEO of MyPillow, in the Rose Garden on March 30, 2020.   Mandel Ngan / AFP via Getty Images file

Jan. 19, 2021, 3:44 PM UTC

**By Elisha Fieldstadt**

MyPillow CEO and ardent Trump supporter Mike Lindell says his products have been dropped by major retailers like Bed Bath & Beyond and Kohl's after his repeated false claims of voter fraud in the presidential election.

Lindell told NBC Minnesota affiliate KARE on Monday that HEB Stores, Wayfair and Canada's Today's Shopping Choice channel had also stopped selling his products. MyPillow, the bedding company with commercials starring Lindell, is based in Chaska, Minnesota.

In an email to NBC News Tuesday morning, Lindell said that "a group has attacked my vendors" and that the retailers called him saying they had been threatened with "a boycott if they don't comply" and drop his products.

A representative for Today's Shopping Choice confirmed that MyPillow products would no longer be sold on the channel.

**Sponsored Stories**                    by Taboola



CLASSMATES.COM
**Look For Any High School Yearbook, It's Free**



LAPTOPS | SEARCH ADS
**Need A Laptop? Here Are The Top Ones!**

---

Document title: MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims
Capture URL: https://www.nbcnews.com/news/us-news/mypillow-ceo-mike-lindell-says-products-were-dropped-major-retailers-n1254676
Capture timestamp (UTC): Mon, 08 Feb 2021 16:46:42 GMT

Case 1:21-cv-00445-CJN   Document 2-108   Filed 02/22/21   Page 3 of 9

A representative for Today's Shopping Choice confirmed that MyPillow products would no longer be sold on the channel.

A Bed Bath & Beyond spokesperson said the decision to stop selling MyPillow was in the company's economic interest.

"We are continually improving our product assortment," the retailer said. "As previously announced, we have been rationalizing our assortment to discontinue a number of underperforming items and brands. This includes the MyPillow product line."

Spokespeople for the other three vendors did not immediately respond to requests for comment.



**Rpts: Trump talks 2020 conspiracies with the 'My Pillow' guy**
JAN. 16, 2021 / 01:53

Lindell has maintained that fraud led to President Donald Trump's losing the election in November. He has used his Twitter account, where he has nearly 474,000 followers, and the MyPillow account to specifically spread falsehoods that machine voter fraud led to President-elect Joe Biden's victory.

Claims of voter fraud have been widely rejected.

Election experts have uniformly declared that the 2020 election was conducted fairly. A union of every senior federal and state official who oversaw the election declared it "the most secure in American history."

I am honored to be invited to speak at the biggest event in DC history! @realDonaldTrump will be our President for the next 4 years!!! pic.twitter.com/GoyzsGa6Rx

— Mike Lindell (@realMikeLindell) January 3, 2021

Here are the pages of the machine voter fraud evidence that came out last week and the media including Twitter has tried to bury it! This is an attack on our country! pic.twitter.com/FhpNgNSda7

— Mike Lindell (@realMikeLindell) January 16, 2021

Need A Laptop? Here Are The Top Ones!

---

Document title: MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims
Capture URL: https://www.nbcnews.com/news/us-news/mypillow-ceo-mike-lindell-says-products-were-dropped-major-retailers-n1254676
Capture timestamp (UTC): Mon, 08 Feb 2021 16:46:42 GMT

NEWS

Case 1:21-cv-00445-CJN Document 2-108 Filed 02/22/21 Page 4 of 9
MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims

SHARE THIS — f ⓕ 𝕏 ✉ ⋯ ☰

pic.twitter.com/FhpNgNSda7

– Mike Lindell (@realMikeLindell) January 16, 2021

MyPillow was dropped from the retailers' shelves and sites after lawyers for Dominion Voting Systems, one of the biggest election equipment manufacturers in the U.S., sent a letter to Lindell threatening legal action if he did not retract his defamatory accusations and issue an apology after accusing Dominion of election fraud and stealing "millions of votes."



**Recommended**

ONE NATION OVERDOSED
McKinsey allegedly fed the opioid crisis. Now an affiliate may profit from treating addicts.

U.S. NEWS
Tampa Bay Buccaneers win Super Bowl against Kansas City Chiefs

"Your smear campaign against Dominion has been relentless, and you have leveraged your significant social media following to inflict the maximum amount of damage to Dominion's good name and business operations," said the Jan. 8 letter.

"Despite your repeated promises – not to mention your considerable and costly efforts to bankroll a so-called investigation into Dominion – you have failed to identify a scintilla of credible evidence that even suggests that Dominion is somehow involved in a global conspiracy to harvest millions of votes in favor of President-elect Biden," the letter said. "Of course, this is because no such evidence exists."

The letter followed a Dec. 23 warning from Dominion lawyers to Lindell. It noted that Dominion sued lawyer Sidney Powell this month for falsely claiming that "Dominion had rigged the election, that Dominion was created in Venezuela to rig elections for Hugo Chávez, and that Dominion bribed Georgia officials for a no-bid contract." Dominion is requesting damages of more than $1.3 billion.

Powell has not responded to repeated requests for comment.

In his email to NBC News, Lindell said: "All the evidence against Dominion is before the Supreme Court. ... China and others used the machines to corrupt our election! Here is one page of the proof."

The email did not include an attachment. When asked if he had mistakenly omitted it, Lindell sent another email with an empty attachment and a third with screenshots of illegible text. ⬇

Elisha Fieldstadt                                                𝕏 ✉
Elisha Fieldstadt is a breaking news reporter for NBC News.

Taboola Feed



NEWS
Case 1:21-cv-00445-CJN Document 2-108 Filed 02/22/21 Page 5 of 9
MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims
SHARE THIS —

Taboola Feed



SPONSORED / CLASSMATES.COM

**Look For Any High School Yearbook, It's Free**



SPONSORED / LAPTOPS | SEARCH ADS

**Need A Laptop? Here Are The Top Ones!**



SPONSORED / MICROSOFT

**Bring your desktop to life with beautiful wallpapers**



SPONSORED / BOMBAS

**Shop the Softest, Coziest, Warmest Socks**



SPONSORED / MAZDA CX-5 CLEARANCE | SEA...

**The All New Mazda CX-5: You Won't Believe The Price**



SPONSORED / GUARD.IO

**Chrome Users? Clean Your Browser in 30 Seconds**



SPONSORED / COMPARISONS.ORG

**People Born 1951-1991 (With No Life Insurance) Should Claim This Benefit In February 2021**



SPONSORED / COMPARISONS.ORG

**People On Medicare Are Getting a Big Surprise This February**







MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims






SPONSORED / THEWEEKLYMART.COM

**This $99 Drone Might Be The Most Amazing Invention In 2021**

SPONSORED / WSJ FOR CISCO

**How 5G and Wi-Fi 6 Are Changing Live Entertainment**

SPONSORED / OFFICE 2019

**Microsoft Office 2019 Professional Plus 32/64 Bit Lifetime License...**

SPONSORED / KWHEN FINANCE

**6 Stocks You Should Know**




SPONSORED / COMPARISONS.ORG

**Best & Worst Refinance Mortgage Companies In IL**

SPONSORED / AIRJOI

**Grandma Uses Simple Trick To Turn Dusty House Into Fresh Air Paradise**

## More From NBC News





NBC NEWS / VIDEO

**Skier mauled by bear rescued by Coast Guard helicopter crew**

NBC NEWS / NEWS

**200 missing and feared dead after glacier collapse in India**

NBC NEWS / SHOP

**How dog beds might improve quality of life for dogs — and their humans**




SPONSORED / LAPTOPS | SEARCH ADS

**Not Sure What Laptop To Get? No Worries. Here's The Top Ones!**

SPONSORED / WSJ FOR ZEBRA TECHNOLOGIES

**Why More Retailers Should Give Workers What They Want**

Document title: MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims
Capture URL: https://www.nbcnews.com/news/us-news/mypillow-ceo-mike-lindell-says-products-were-dropped-major-retailers-n1254676
Capture timestamp (UTC): Mon, 08 Feb 2021 16:46:42 GMT

### Not Sure What Laptop To Get? No Worries. Here's The Top Ones!

### Why More Retailers Should Give Workers What They Want



SPONSORED / YAHOO! SEARCH

### Search For Top Phones Deals

This Black Friday Shop Now & Save Big On The Latest Collection Of Cellphones.



SPONSORED / VALENTINE'S GIFT

### 20+ Insanely Cool Gadgets You'll Regret Not Getting for Him



NBC NEWS / NEWS

### Man who wore horns in Capitol riot moved to Virginia jail that serves organic food



THINK / OPINION

Opinion | The GOP backlash to Biden's inauguration speech is...



THINK / OPINION

Opinion | Why Dolly Parton's surprise Super Bowl ad feels like such a...



SPONSORED / THEWALLETGURU.COM

### These 6 Companies Are Overcharging You. Here's What You Should Do Now



SPONSORED / SEARCH ADS

### Find the Best Compact SUVs in 2020 Here.





SPONSORED / INVESTING OUTLOOK

**5 Years from Now, You'll Wish You'd Grabbed This Stock**

SPONSORED / BLUEJEANS BY VERIZON

**Learn Why Experts Are Picking BlueJeans By Verizon as Their Video Solutions**




NBC NEWS / NEWS

**Tennessee man shot, killed after YouTube video 'prank' goes wrong**

THINK / OPINION

**Opinion | Kamala Harris is the subject of a revealing generational custody...**

THINK / OPINION

**Opinion | Marjorie Taylor Greene ovation shows why Democrats...**



SPONSORED / THEWALLETGURU.COM

**35 Insanely Cool Gadgets That Are Going To Sell Out This February**



SPONSORED / GUARD.IO

**Chrome Users? Get Rid of Popups Instantly**




SPONSORED / COMPARISONS.ORG

**All Senior Drivers Should Claim This Large Reward This Monday-(Check If You Qualify)**



SPONSORED / COMPARISONS.ORG

**IL May Pay Off Your Home If You Live Near Northbrook**

  

SPONSORED / COMPARISONS.ORG

### All Senior Drivers Should Claim This Large Reward This Monday-(Check If You Qualify)

SPONSORED / COMPARISONS.ORG

### IL May Pay Off Your Home If You Live Near Northbrook



NBC NEWS / NEWS

### 4 Latino Republicans voted against Marjorie Taylor Greene. A first step against...



THINK / OPINION

Opinion | McConnell's era of 'just say no' is over

NBC NEWS / NEWS

Joint Base Andrews security tightens after intruder boards plane reserve...



SPONSORED / COMPARISONS.ORG

### Unique Tip If Your Car Has Automatic Headlights



SPONSORED / INVESTING OUTLOOK

### Finance PhD Warns: "Move Your Money In 2021"



SPONSORED / COMPARISONS.ORG

### Illinois Drivers With No DUIs Getting a Pay Day On Monday



SPONSORED / MAXFIT

### This $59 Smartwatch Is Taking The US By Storm

  

---

Document title: MyPillow CEO Mike Lindell says products were dropped from major retailers after voter fraud claims

Capture URL: https://www.nbcnews.com/news/us-news/mypillow-ceo-mike-lindell-says-products-were-dropped-major-retailers-n1254676

Capture timestamp (UTC): Mon, 08 Feb 2021 16:46:42 GMT

Page 7 of 7