# Exhibit 302



Election 2020 | Live updates | Georgia results | Transfer of Power | Facts on election integrity | Biden Cabinet | Opinions

Media

# Rudy Giuliani and Sidney Powell have disappeared from Fox airwaves

The Trump-affiliated attorneys were once a regular presence with baseless claims of election fraud. That has changed since a legal pushback from voting-technology companies.



Trump campaign lawyer Rudolph W. Giuliani claimed Nov. 19 that President Trump lost the election because of a baseless conspiracy theory. (The Washington Post)

By **Jeremy Barr**

Jan. 14, 2021 at 9:01 p.m. GMT

At one point, it was hard for Fox viewers to avoid Rudolph W. Giuliani, Sidney Powell and Jenna Ellis.

For several weeks starting in November, the Trump-associated lawyers were an almost-daily presence on Fox shows, arguing that the president had been robbed of a second term by a fraudulent process that they claimed they would soon have the evidence to reveal.

But Giuliani and Powell have not appeared on any Fox cable news show in more than a month, according to a review by The Washington Post. Giuliani's last appearance was Dec. 12 and Powell's was Dec. 10 on "Lou Dobbs Tonight," a show that was once a regular vehicle for both her and Giuliani. Ellis has appeared only



Document title: Rudy Giuliani and Sidney Powell have disappeared from Fox airwaves - The Washington Post
Capture URL: https://www.washingtonpost.com/media/2021/01/14/giuliani-sidney-powell-fox-dominion/
Capture timestamp (UTC): Mon, 08 Feb 2021 16:47:40 GMT

than a month, according to a review by The Washington Post. Giuliani's last appearance was Dec. 12 and Powell's was Dec. 10 on "Lou Dobbs Tonight," a show that was once a regular vehicle for both her and Giuliani. Ellis has appeared only once on the networks since early December.

In November and December, all three were frequent guests on Fox News and Fox Business Network shows, sometimes doing double duty, as Powell did in appearing on shows hosted by Lou Dobbs and Sean Hannity on the same night — even though she had already been booted from the Trump campaign's efforts. Ellis appeared on three Fox News Media shows on Nov. 20.



The network would not comment on the trio's absence. But the timing of their disappearance aligns with the first legal pushback from a pair of voting-technology companies that say they've been falsely smeared by baseless conspiratorial claims of election fraud by Trump allies.

On Dec. 10, the day of Powell's last "Lou Dobbs" appearance, an attorney for Smartmatic sent a letter to the general counsel for Fox News Media demanding that Fox retract and apologize for "[publishing] and [republishing] dozens of false and misleading statements regarding Smartmatic" in the weeks following the Nov. 3 presidential election.

The legal demand letter prominently alleged "demonstrably false information and defamatory statements about Smartmatic" that were made by guests Giuliani and Powell on shows hosted by Dobbs and Maria Bartiromo. Ellis was not mentioned by name in the letter.



The three lawyers had all appeared regularly on shows hosted by Bartiromo, the longtime financial journalist who has become a reliable supporter of the president




APPLY NOW

HARVARD BUSINESS SCHOOL  GO.
Executive Education

**Most Read Lifestyles**



1 — Bruce Castor is a magnet for controversy. Naturally, he's Trump's impeachment attorney.

2  Perspective
   Carolyn Hax: He dropped the bomb, and now he's surprised about the fallout
   

3  Perspective
   Ask Amy: Conflict aversion leads to tough breakup
   

4  There's no effective treatment for CTE. This former NFL player still wants to know if he has it.
   

5  Perspective
   Miss Manners: Declining help from the unmasked
   

The three lawyers had all appeared regularly on shows hosted by Bartiromo, the longtime financial journalist who has become a reliable supporter of the president and has suggested to viewers in post-election shows that Trump could still manage to claim a second term.

Dobbs, meanwhile, had promoted Powell's last appearance by calling her florid claims of a global conspiracy involving the election-technology companies a "cyber Pearl Harbor," writing that she "reveals groundbreaking new evidence indicating our Presidential election came under massive cyber-attack orchestrated with the help of Dominion, Smartmatic, and foreign adversaries."

In response, Fox aired a segment attempting to correct misinformation about Smartmatic on the shows that were mentioned in the letter. On Dec. 20, a law firm representing Dominion Voting Systems, another voting-technology company that had been criticized on Fox, sent legal preservation letters to Bartiromo, Dobbs and Hannity. The network has not aired any segment responding to the legal threat from Dominion.



While Giuliani remains a member of the president's legal team, his name has almost disappeared from Fox's airwaves. At the peak of his influence, as a key member of the Trump 2020 efforts to overturn the election, Giuliani was mentioned 324 times on Fox News or Fox Business Network during the week of Nov. 17. Approximately a month later, during the week of Dec. 15, Giuliani's name was mentioned only 13 times.

On the morning of Jan. 6, when the pro-Trump audience was still listening to speeches discounting the veracity of the election, Fox News chief White House correspondent John Roberts informed viewers that he had spoken to Giuliani about 45 minutes earlier, relaying that Giuliani was confident Vice President Pence could decline to certify the election. But the network did not air Giuliani's comments to Roberts.

Smartmatic and Dominion also demanded retractions from Fox's lesser-known competitors in conservative media, including Newsmax, One America News and the Epoch Times. In response to Smartmatic's demands, Newsmax issued a sweeping clarification on the air on Dec. 21. "No evidence has been offered that Dominion or Smartmatic used software or reprogrammed software that manipulated votes in the



**Fact Checker newsletter**

Count the pinocchios: A weekly review of what's true, false or in-between in politics, from The Post's famous fact-checking team.

Sign up

By signing up you agree to our Terms of Use and Privacy Policy



Epoch Times. In response to Smartmatic's demands, Newsmax issued a sweeping clarification on the air on Dec. 21. "No evidence has been offered that Dominion or Smartmatic used software or reprogrammed software that manipulated votes in the 2020 election," a Newsmax host said. In contrast, OAN has issued no such retraction or clarification.



Powell has also been absent from Newsmax's programming and does not appear to be slated for future appearances on the network.

Giuliani appeared on OAN last week to talk about his participation in the pro-Trump rally before the storming of the U.S. Capitol. "They seemed pretty orderly and pretty quiet," Giuliani said of the Trump supporters. "You're going to see that 99 percent of this was all peaceful," OAN host Dan Ball replied. He also spoke earlier with OAN chief White House correspondent Chanel Rion about election issues and about legal challenges in Pennsylvania and Michigan. "They stole an election from us," he said.

OAN President Charles Herring told The Washington Post in an email this week: "If there is something newsworthy to discuss, we are pleased to have Mr. Giuliani and Ms. Powell on OAN."



After last week's riot at the Capitol, Cumulus Media, one of the biggest players in conservative talk radio, issued a memorandum ordering programmers to put an end to on-air rhetoric casting the election results as in doubt. It's unknown whether legal liability concerns were a factor in the decision. Two of their most prominent and outspoken hosts, Mark Levin and Dan Bongino, both said this week that they did not receive the memo.



1.1k Comments







Document title: Rudy Giuliani and Sidney Powell have disappeared from Fox airwaves - The Washington Post
Capture URL: https://www.washingtonpost.com/media/2021/01/14/giuliani-sidney-powell-fox-dominion/
Capture timestamp (UTC): Mon, 08 Feb 2021 16:47:40 GMT
Page 3 of 6

receive the memo.

💬 **1.1k Comments**

**Jeremy Barr**
Jeremy Barr covers breaking news about the media industry for The Washington Post. Follow 🐦

## More from The Post

**Analysis**
Those big, misleading maps of presidential results by land area are getting worse


**Perspective**
Ask Amy: Conflict aversion leads to tough breakup

SNL avoids politics in its cold open, going after the Super Bowl instead

Senior Democrats to unveil $3,000-per-child benefit as Biden stimulus gains steam

How much did 2020 change the country?

**National news email alerts**
Breaking news email alerts for major national and political news whenever it breaks.

[Sign up]

By signing up you agree to our Terms of Use and Privacy Policy


Document title: Rudy Giuliani and Sidney Powell have disappeared from Fox airwaves - The Washington Post
Capture URL: https://www.washingtonpost.com/media/2021/01/14/giuliani-sidney-powell-fox-dominion/
Capture timestamp (UTC): Mon, 08 Feb 2021 16:47:40 GMT
Page 4 of 6


Sections

The Washington Post
Democracy Dies in Darkness

ise@clarelocke.com

Home

Share

1.1k

Sign up

By signing up you agree to our Terms of Use and Privacy Policy

PAID PROMOTED STORIES                                   Recommended by Outbrain


**Before you renew Amazon Prime, read this**
Capital One Shopping


**The Most Successful Lawyers In Northbrook. See The List**
Find Attorney | Sponsored Links


**This is The Cost Of Cremation In The U.S.**
Cremations | Search Ads


**Cat Memes So Funny We Could Just Cry**
Always Pets


**[Pics] Noticed Something Weird About Kate And Wills? Here's What's Going On**
Maternity Week



**Your profile is incomplete**
Before you can contribute to our community, please visit your Profile page in order to complete your profile.

### Comments

**Comments are now closed**
All comments sections automatically close 14 days after the story has published. For more details, please see our **discussion guidelines**.

All Comments (1.0k)                                    Viewing Options ▾

 **Barb Walton Elias**   1 week ago
So many are so blind. Ask yourself who has the money? Money is the root of all evil and that my friends is the Democrats.

Like 👍   Link 🔗   Report ⚑

 **TeXan1111**   2 weeks ago
I think that Sidney would be a good wife for Donald J Trump after Melania throws him to the curb.

Like 👍 1   Link 🔗   Report ⚑

Sections | The Washington Post | Democracy Dies in Darkness | ise@clarelocke.com
Case 1:21-cv-00445-CJN   Document 2-101   Filed 02/22/21   Page 8 of 8
Home | Share | 1.1k



**TeXan1111** · 2 weeks ago

I think that Sidney would be a good wife for Donald J Trump after Melania throws him to the curb.

Like 1 · Link · Report



**Bizz0324** · 2 weeks ago

Why does Mr. Pillow still have credence?

Like 1 · Link · Report



**SanDiego619** · 2 weeks ago

If he would keep his mouth shut, his company might survive. Still calling for martial law is not a good look though.

Like · Link · Report



**TeXan1111** · 2 weeks ago

He has figgered out how to sell $8 dollar shredded foam pillows for $60 bucks.. Quite an accomplishment. Check your local walmart $10 bucks

Like · Link · Report



**White House Grifter** · 2 weeks ago

$1.3 Billion? Looks like Ms. Powell will be downsizing her Hamptons place. Ouch!

Like 1 · Link · Report



**Irish times** · 2 weeks ago

That's what you get for backing the LIAR KING

Like 1 · Link · Report



**David Lloyd-Jones** · 2 weeks ago

Smartmatic and Dominion should demand that the retractions be broadcast as often as the original slurs were.

The corrections are difficult to find. The slanders were difficult to miss.

Like 3 · Link · Report

**Markus Roland** · 2 weeks ago

> Smartmatic and Dominion also demanded retractions from Fox's lesser-known competitors in conservative media, including Newsmax, One America News and the Epoch Times.

Yes!! Go Smartmatic! If I ever win the Powerball, and buy my own country, I'll use Smartmatic voting systems! Dominion too! Lol, it's good to see how quickly these lies can be snuffed out—with a simple cease and desist letter.

Oh, but we can't leave it completely up to corporations to fix this. We need to start passing laws that govern what media organizations are allowed, and more specifically not allowed to say----LIES!! Fox News et al must be forced, by law, to stop broadcasting misinformation. Each instance is a 50 million dollar fine, if that's what it takes.

Joe's got alot on his plate needless to say, but at some point we have to address truth in organizational media companies. It should simply be against the law to broadcast falsehoods, knowingly or not.

Like 1 · Link · Report



VAVOOM VODKA — YOUR LUXURY VODKA — FIVE TIMES DISTILLED & 100% GLUTEN FREE — SHOP NOW