# Exhibit 303

**International Business Times**

Business | Technology | World | National | **Politics** | Media & Culture | Opinion | Sports | Luxury



Politics

# What Happened To Sidney Powell And Rudy Giuliani? Fox Drops Lawyers Amid Lawsuits

By **Cullen Paradis**
01/15/21 AT 2:13 PM

**MOST READ**

**KEY POINTS**

- After weeks of pushing an election fraud narrative, Fox News abruptly dropped Trump lawyers Sidney Powell and Rudy Giuliani
- The timing matches up with the arrival of legal notices from the companies they allegedly stole the election
- Giuliani and Powell now face lawsuits and disbarment, with few allies

1 / MyPillow Election Conspiracy Documentary Removed From YouTube 

2 / More Fox News Shows Could Be On Chopping Block 

3 / Ron Johnson Believes Trump Shouldn't Be Impeached 

4 / Sanders, AOC Slam $1,400 Check Income Gap 

5 / The Price Of A Super Bowl Commercial Revealed 

Sidney Powell and Rudy Giuliani, once staples of Fox News, abruptly disappeared from the airways after Fox received legal warnings for their disinformation. Now the pair are embroiled in legal battles and political strife as former allies turn on them.

Powell and Giuliani spent months pushing Donald Trump's election fraud narrative with cable network Fox News as one of their most frequent outlets. Right up until Dec. 10, Powell was welcomed onto Maria Bartiromo's shows with the promise of "groundbreaking new evidence" of a "cyber Pearl Harbor."

It was around that time, however, that Fox started receiving legal notices.

The voting companies that Powell and Giuliani's "Kraken" accused of stealing the presidential election weren't about to take the allegations sitting down, and they sent a wave of legal threats to those involved.

On Dec. 10 an attorney for Smartmatic sent Fox a letter accusing them of "[publishing] and [republishing] dozens of false and misleading statements regarding Smartmatic," demanding an apology and retraction of the false information.

Powell never returned to the network, and Giuliani made a final appearance two days later before vanishing. Lou Dobbs also aired a clarification segment on the election theories his show had pushed. Fox received a second letter from Dominion Voting Systems, ordering them to preserve documentation ahead of legal action.

Stay up to date with our daily newsletter

**LATEST NEWS**

Bitcoin Hits Record Near $45,000 After Tesla Investment 

China Reports No New Local COVID Cases, First In 2 Months, But Can Data Be Trusted? 

Myanmar: Growing Protest Since Military Coup 

China Blocks Clubhouse App That Gave Rare Access To Uncensored Topics 

Brent Breaks $60 A Barrel On Oil Demand Recovery Hopes 



A November 19, 2020 photo shows Sidney Powell speaking during a press conference at the Republican National


up to 50% OFF
SHOP NOW

---

Document title: What Happened To Sidney Powell And Rudy Giuliani? Fox Drops Lawyers Amid Lawsuits
Capture URL: https://www.ibtimes.com/what-happened-sidney-powell-rudy-giuliani-fox-drops-lawyers-amid-lawsuits-3123327
Capture timestamp (UTC): Mon, 08 Feb 2021 16:50:45 GMT



A November 19, 2020 photo shows Sidney Powell speaking during a press conference at the Republican National Committee headquarters in Washington, DC. - US President Donald Trump's personal lawyer Rudy Giuliani and campaign lawyer Jenna Ellis reportedly said that Powell is not a member of the Trump legal team.   (Photo: MANDEL NGAN / AFP) (Photo by MANDEL NGAN/AFP via Getty Images)

Consequences for Powell and Giuliani didn't stop with the loss of their platform: Powell faces a $1.3 billion lawsuit from Dominion for her "demonstrably false" accusations and has been largely abandoned by her former allies after her typo-ridden "kraken" failed to impact election results.



Giuliani fared slightly better until recently, making appearances and speeches at Trump rallies. In the wake of Trump's most recent impeachment, however, Trump has ordered that Giuliani's legal fees not be paid, CNN reports.

### RELATED STORIES

- Trump's Team Drops Lawyer Who Promoted Conspiracy Theories
- Rudy Giuliani Says 'Game Of Thrones' Inspired His Capitol Riot Speech

Having traded in much of his credibility and facing disbarment, Giuliani may not even be compensated as he joins the wide ranks of workers Trump has refused to pay.

PROMOTED CONTENT 

  

Brent Breaks $60 A Barrel On Oil Demand Recovery Hopes 

Social Capital — Trail Blazing CEOs Redefining Business Success

 Austen Allred
Want To Prevent The Next Generation Of Student Debt? Look Toward Employers

 Brian Scudamore
My Favorite Day Of The Pandemic

How America's Top Social Capital CEOs Can Teach Us the Power of Kindness

 







