# Exhibit 304

THE VICTORY CHANNEL

FLASHPOINT: DO NOT GIVE UP!

SPECIAL WITH HANK KUNNEMAN, DUTCH SHEETS
AND MIKE LINDELL!

January 20, 2021

https://www.youtube.com/watch?v=25BAJnfkAQA&t=1s

Stenographically Transcribed by:
LESLIE STROMBERG, RPR
Registered Professional Reporter

1       Podcast stenographically transcribed by Leslie Stromberg,

2   Registered Professional Reporter and Notary Public.

3           - - - - - - -

4       MR. BAILEY:  Welcome to FlashPoint.  I'm Gene

5   Bailey, along with Hank Kunneman, in person here in

6   the studio.  Glad you're here tonight.  And we're

7   glad you're here tonight.

8       Well, tonight, I want to start off, I asked our

9   very own Pastor George Pearsons to bring a word for

10  you tonight.  Tonight is -- today was Inauguration

11  Day, and I felt like Pastor George had something he

12  needed to share.

13      So Pastor George, please take it away.

14      PASTOR GEORGE:  Gene, thank you for asking me

15  to be on.  And very early this morning, I was in

16  prayer over all that was taking place during this

17  day.  This is a significant time in the history of

18  this country.  And the Lord began to speak to me.

19  I mean, I was asking him to just speak to me about

20  what was happening.  And it was so powerful of what

21  he was saying that I had to write it down, and I

22  wanted to bring it to you.  And I believe it's

23  going to minister to you as much as it ministered

24  to me.  So let me read this to you.

25      Today was Inauguration Day in the United

1    States.  America has a new president.  Some are

2    thrilled, others not so.  For those who may be

3    wondering about the future of our nation, we have

4    our scripture to stand on.  Mark 11:22.  Have faith

5    in God.

6        Say it with me.  Have faith in God.

7        But what about the new administration?

8        Have faith in God.

9        What about the balance of power?

10       Have faith in God.

11       What about the democratic party and the

12   republican party?

13       Have faith in God.

14       What about the economy?

15       Have faith in God.

16       What about the abortion platform?

17       Have faith in God.

18       What about same sex marriage?

19       Have faith in God.

20       What about LGBTQ plus agenda?

21       Have faith in God.

22       What about the state of Israel?

23       Have faith in God.

24       What about the future of the Supreme Court?

25   What's going to happen with the court?

1       Have faith in God.

2       What about all the courts and all the judges?

3       Have faith in God.

4       What about reversing Mr. Trump's executive

5   orders?

6       Have faith in God.

7       What about religious freedom?

8       Have faith in God.

9       What about the Johnson Amendment?

10      Have faith in God.

11      What about socialism?

12      Have faith in God.

13      What about the Equality Act?

14      Have faith in God.

15      What about comprehensive sex education?

16      Have faith in God.

17      What about the 2020 election?  Will we ever

18  know the truth?

19      Have faith in God.  All things hidden shall be

20  revealed.

21      What about election integrity in the 2022 mid

22  terms?

23      Have faith in God.

24      And what about all of those prophetic words

25  regarding Mr. Trump?

1        Have faith in God.

2        These words, these prophetic words, are still

3   alive.  They're still working in the realm of the

4   Spirit.  This is far from being over.  Why?

5   Because we've heard from our commander and the head

6   of the church, our Lord Jesus Christ.  And,

7   together, we say it's not over until he says it's

8   over.

9        We are the body of Christ.  We are the anointed

10  ones.  We are the household of faith.  So don't

11  give up.

12       Don't give up on those prophetic words.  Don't

13  give up on God's marvelous plan for our nation.

14  Don't quit standing.  Don't quit believing.  Don't

15  quit trusting.  Don't quit declaring.  And don't

16  quit voting.

17       God cares deeply about the United States of

18  America.  This is his nation.

19       A great woman of God had an open vision for

20  America.  And during that open vision, this is what

21  Jesus said to her.

22       This is the only nation in the history of the

23  world ever founded because people loved me.  I

24  founded Israel because I loved people.  And I made

25  them a great nation to bring forth a Messiah, a

1   savior for the world.  But the United States of

2   America was founded because people loved me.  I'll

3   never forget that.  I will never forget that.  And

4   I'm going to move in a great spiritual awakening to

5   call this nation back to myself.

6        On November 4th, 2014, we were having our

7   election coverage, and Brother Copeland gave forth

8   a word from the Lord about America.  He said, I

9   have a new birth for this nation.  I have planned a

10  nation that, right now, at this moment, you really

11  don't have any concept of what it looks like.  I

12  have a new nation in my heart.  The door is open.

13  Step through it.  And together, we'll bring a new

14  nation on the earth.  One nation under God that

15  trusts in God.  I've raised up a people throughout

16  the nation, and, all over this earth, who are

17  praying for the United States.  They're holding

18  this country up before me because they realize they

19  need this nation also.

20       You and I will never stop trusting him and

21  putting faith in the word of God.  You and I will

22  not stop preaching the gospel of the Lord Jesus

23  Christ.  You cannot silence the church.  You cannot

24  sensor the church.  You can't keep the church back

25  from what God has called the church to do.

1      Go yee into all the world and preach the gospel
2   to every creature.  And we will continue to stand.
3   Just like the widow woman did in handling the
4   unjust judge.
5      In that scripture in Luke, it says, the master
6   said, do you hear what that judge, corrupt as he
7   is, is saying?  So what makes you think God won't
8   step in and work justice for his chosen people who
9   continue to cry out for help.  Won't he stick up
10  for them?
11     I assure you he will.  He will not drag his
12  feet.  But how much of that kind of persistent
13  faith will the son of man find on the earth when he
14  returns.
15     Persistent faith.  Persistence in faith.  Where
16  our nation is concerned, we have persistence in our
17  faith to see the will of God and the plan that God
18  has for America to be fulfilled.  And to see his
19  word be fulfilled in all of the areas that we
20  talked about here, from abortion, to Israel, to the
21  economy, to the Equality Act.  All of those things
22  that are in question.
23     As we have faith and stand on the word, we will
24  see miracles take place.  We will see the
25  miraculous take place.  Now is not the time to give

1  in or give up.  Now is not the time to throw in the

2  towel.  Now is the time to rejoice in the Lord for

3  what he's doing in our nation and what he is going

4  to do in these days to come.

5      Because we are a household of faith, and

6  because Jesus is Lord, everything is going to be

7  all right in the United States of America.

8      Father, we receive these words, and we thank

9  you.  Lord, we encourage one another right now, and

10  we praise and honor you that it's not an election

11  that will save this nation.  No.  It is an

12  awakening from God that will save the people, save

13  the nation, save Washington D.C., and we release

14  right now, right now on this special day, an

15  awakening that we have never seen before.  People

16  are waking up to Jesus.

17      Father, we honor you, and thank you, and praise

18  you for your love for this nation.  In Jesus name,

19  we pray.  Amen.

20      MR. BAILEY:  Amen.  Thank you, Pastor George,

21  for that word.  We are on the victory side, and

22  that's where you need to stay.

23      Now, there is one thing you're going to hear

24  tonight.  There's a common thread from this program

25  tonight.  You're going to hear hope, you're going

1   to hear faith, and you're going to hear about the

2   great awakening, this revival coming up.

3       All right.  So Pastor Hank's here.

4       Pastor Hank, are you encouraged?  I know this

5   was today, there's a lot of mixed emotions because

6   we didn't think we would see this day.  But I've

7   got something on the inside of me that's

8   encouraged, that I believe we're about exactly what

9   Pastor George was just sharing.  We're stepping

10  over into that revival, where we've just opened the

11  door into what's happening.

12      MR. KUNNEMAN:  And I think it's beautiful that

13  Pastor George spoke, because, when God looked at

14  the city, he wept over it, because they didn't have

15  -- they were like sheep without a shephard.  And

16  what you heard in Pastor George, his words, and

17  even his commentary, was the compassion of God for

18  this nation.

19      And remember this.  The compassion of God

20  showed up in the times when it was late, the people

21  were desperate, they didn't have anything to eat.

22  And God extended his compassion.  And I heard that

23  in Pastor George's voice.  I heard the voice of the

24  Lord through him.  There's a compassion coming.

25  But here's the real thing.

1    He mentioned about taking the words and have

2  faith in God, Pastor Gene.  And that's really where

3  we're at right now.  Have faith in God.

4    The scripture says in 1 Timothy 1:18, wager

5  good warfare by the prophecies that have been

6  given.

7    There's been lots of prophecies.  You're going

8  to hear some things prophetically that God has been

9  saying.  He hasn't changed his mind.

10    It says in 1 Timothy 1:18, it says, wager good

11 warfare by these prophecies.  Hold faith of good

12 conscience and avoid shipwreck.  It's not the time

13 to quit, to throw in the towel.  This thing is not

14 over.

15    The other thing that Hebrews 4, Verse 2 says,

16 and we always put this in context of the written

17 word.  It says that, the word being preached did

18 not profit them because it was not mixed with faith

19 in them that heard it.

20    We have to do the same thing, like Pastor

21 George said, with the prophecies that God has been

22 declaring.  We need to mix it with faith.  Those

23 words are still alive over President Trump.  Those

24 words are still alive for the future of what we're

25 heading into.  This thing is not over.

1       And, you know, I said something on FlashPoint,

2   Pastor Gene, a few weeks ago, where I said, we're

3   coming into a Now What moment, and God is doing

4   this on purpose.  The Now What moment.  Think about

5   it.

6       Daniel was thrown into the lions' den.  It

7   looked like the lions were going to take him out,

8   but, yet, the Now What moment.  God showed up,

9   stopped the mouths of the lions.  This is going to

10  happen.

11      The lions have been speaking very harshly and

12  aggressively from the left and in the media.  And

13  God is not just going to let that go with winking

14  at it, or just doing nothing.  He's going to deal

15  with the lions.

16      The other thing is the three Hebrew boys,

17  Shadrach, Meshach, and, again, I say I'm an

18  Italian, Oregano.  They were thrown into the fiery

19  furnace, but, yet, what are they going to do?  The

20  Now What moment caused God to show up, the fourth

21  man.  And I tell you what, it affected the whole

22  Kingdom.  It affected the King.  This is where

23  we're at.

24      And I say that because, we're going from a Now

25  What moment, and that's where some of you are at.

File 10 Victory Channel Do Not Give Up
January 20, 2021                              12

1    Now what, God?
2        Well, don't say that in unbelief.  Say it mixed
3    with faith.  Even President Trump's words, if you
4    listen to his words, when he was saying goodbye to
5    us.  In fact, I wrote it down.
6        He said, I want to say goodbye, but, hopefully,
7    it's not long term goodbye.
8        I love President Trump.  He was so calm, so
9    cool.  That's where we need to be.
10       And he said, we'll see each other soon again.
11   Now, the reason I say that is because, we're in a
12   moment now.  We're going from now what.  We're
13   mixing it with faith, to now God.  And you watch
14   what the Lord is going to do in your life, this
15   nation.  God has not forsaken and pulled his hand
16   back.
17       And, Pastor Gene, at some point, I want to
18   share a prophecy, because I felt compelled to come
19   here.  And you all confirmed it.  I got a call this
20   morning.  I hopped on a plane.  My wife told me
21   last night, she said, we need to pack.  We're
22   supposed to be live there.
23       Well, I should have listened to her, but here
24   we are.  30,000 feet.  I was closer to God, you
25   could say, right?

File 10 Victory Channel Do Not Give Up
January 20, 2021                                    13

1        MR. BAILEY:  Right.

2        MR. KUNNEMAN:  In all joking.  But I heard a

3   word, and I would like to share that at some point.

4        MR. BAILEY:  Right.  We're going to get to

5   that.  I want, because of what you just mentioned,

6   let's roll that clip, just the last minute or so,

7   of what President Trump had to say this morning.

8        (The following video was played.)

9        I will always fight for you.  I will be

10  watching.  I will be listening.  And I will tell

11  you that the future of this country has never been

12  better.  I wish the new administration great luck

13  and great success.  I think they'll have great

14  success.  They have the foundation to do something

15  really spectacular.

16       And, again, we put it in a position like it's

17  never been before, despite the worst plague to hit

18  since, I guess you'd say, 1917, over a hundred

19  years ago.  And despite that, despite that, the

20  things that we've done have been just incredible,

21  and I couldn't have done it without you.

22       So just a goodbye.  We love you.  We will be

23  back in some form.

24       MR. BAILEY:  Well, there you have it.  We'll be

25  back in some form.  Well, I know you heard the

1   cheers.  We're all curious of what that really

2   means.  We all know what that means.

3       Let me bring in our friend, Dutch Sheets.

4       Dutch, tell me, are you encouraged today about

5   the state of the church?  Where do you think we're

6   at?

7       MR. SHEETS:  I've spent all day with the Lord

8   in prayer, and I'm going to do the same thing

9   tomorrow, Gene.  And I'm processing.  I'll say I'm

10  not discouraged.  I didn't want to see the results

11  that we saw, but I started having a premonition a

12  few days ago that this was going to go to the

13  inauguration, and that God would work after that to

14  change things.  I even had a dream sent to me that

15  confirmed this.

16      I want to reiterate, or echo, what has already

17  been said.  I don't believe this is over.  God is

18  using our prayers to uproot a lot of things in this

19  nation.  He's using our prayers to set the stage,

20  to do things in our nation that we've been asking

21  him to do.  All of our prayers stored up in those

22  bowls in heaven, and nothing is wasted.  And I also

23  want to say this.

24      You know, some people worry, did we make a

25  mistake, or did we do this wrong, did we do that

1    wrong?  The first significant assignment that God

2    sent me to Washington, D.C. to do was a prayer.  It

3    was a decree over the nation, the city.

4        I had never done it before.  I was new to that.

5    I was really nervous.  I thought, Lord, I don't

6    know if I can do this.  He just said, you go and do

7    it.

8        And, when I was there, I was in a service, and

9    I was going to go up and lead in some prayers and

10   decrees and declarations that God had given me to

11   shift some things over the Capitol.  And I remember

12   during the worship saying, my stomach was in knots,

13   and I just said, God, I'm going to try my best not

14   to mess this up.  And one of the clearest words, I

15   heard the voice of the Lord so clearly.

16       He said, Son, you would have to try really hard

17   to mess this up.  You just get up there and do your

18   best and say what I've given you the best you know

19   how to do it, and I'm going to do what I said I'm

20   going to do.

21       And so I want to say to people, we don't have

22   to pray perfectly.  We're not trying to talk God

23   into this.  We're trying to -- we're being used by

24   God.  He wants to do this.  He doesn't need

25   perfection from the church in order to do these

1  things.  We are involved in decreeing, praying,

2  asking for what he wants to do.  This thing's not

3  over.

4      God is going to -- he's going to expose evil.

5  He's going to expose corruption.  And I'm -- I am

6  with Hank on that 1,000 percent.  This is not over.

7  God is going to expose.  And, hey, sometimes,

8  sometimes he waits because he's doing that type

9  thing, exposing.  He wants to expose more.

10     Sometimes he just waits because he just knows

11  there's a timing, and he's going to show us things,

12  and do things that will be even more miraculous,

13  like with Lazarus.  You know, he said, I'm just

14  going to wait a few more days.  I'm going to wait

15  until he's really dead.  I don't know how long you

16  have to be dead to be really dead, but I know he

17  waited four days until they said, hey, he stinks by

18  now.  You know, don't open that tomb.  But Jesus

19  waited, and he wasn't intimidated.

20     He said, didn't I tell you, if you believe,

21  you're going to see the glory of God?

22     I think that's where we are.  My message to

23  people is do not give up.  Do not waiver.

24     Israel had it made.  They had basically won.

25  God had worked so many miracles.  They were out of

1   Egypt, and God had judged Egypt, and they were on

2   their way to the promised land.  And they lost by

3   default.

4       Fear and unbelief entered in.  They backed up.

5   And God said, you know, I had you right where I

6   wanted you, and you quit.

7       We're not going to do that.  I'm going to --

8   I'm going to keep trumpeting this message.  I tell

9   you that.  I'm telling people, do not give up now.

10      MR. BAILEY:  Yes.  Amen.  Good word, Dutch.

11  Thank you.  Thank you.  We're going to keep going

12  on that word.

13      And, you know, Pastor Hank, this is -- this

14  week, it's the Super Bowl week.  It's the Patriots

15  versus the Steelers.  And, you know, there's -- did

16  you catch that?

17      Anyway.  So we're going to stand tall.  We're

18  going to stand in faith, and we're going to see

19  what God has to do.  And, you know, one thing I

20  love is, I love seeing men and women in places of

21  authority, places of power and influence.

22      And joining us now is our friend, Mike Lindell.

23  You know him as the My Pillow guy.

24      Mike, thank you for joining us tonight.  You

25  know, I wanted Mike to come on for this reason.  I

 1   love your energy, your passion for God.  I don't

 2   ever hear you say something about what's going on

 3   without it pointing to revival, and you know that's

 4   my heart.

 5        So, Mike, I know America.  We've got a record

 6   audience watching right now.  You've got so many

 7   people watching you now.  I want to know.

 8   Everybody's wanting to know.  What does Mike

 9   Lindell know that we don't know?  Come on, Mike.

10   Give it to us.

11        MR. LINDELL:  Okay.  Well, let me -- I'm going

12   to backtrack a little bit for everybody.  I'm going

13   to tell you, there's two miracles now that I

14   recognize that happened.  You know, my book's

15   called, What Are The Odds, From Crackhead to CEO.

16        But I always looked at mathematics to know that

17   God exists.  There's a one in a million, a one in a

18   billion happens, or, this never happens.  When do

19   you combine them and say it's a miracle?

20        Well, on election night, you know, at 11:15,

21   when there were so many votes that came in for

22   Donald Trump that they didn't expect, it broke the

23   algorithms in the machines.  So what happened?

24        They had to stop.  They had to backfill them.

25   And we all knew that something weird happened.  And

1    it took a whole week to count votes in Arizona,

2    Pennsylvania, Georgia.  So everybody knew that,

3    what's going on?  This doesn't make sense.

4        Well, if they hadn't broke those algorithms, we

5    would have all went to bed at 3:00 a.m. because

6    Biden would have won.  He would have predicted

7    right on the thing.  Biden would have won, and we

8    wouldn't have recognized that all the fraud that

9    went on.  We would have just thought it was mail-in

10   voting, and that that was the reason why.  But, no,

11   it wasn't.

12       So what happens then?  Now we all do this big

13   investigation.  Here's the second miracle.

14       All these states, all these states where you

15   had evidence of, hey, it's 6,000 people voted that

16   died.  20,000 voted that don't even live here, you

17   know, that they're non residents.  And nobody took

18   that as evidence.  It was just so weird.  They go,

19   can you at least take this off the pile and now

20   Donald Trump wins?  But they didn't do that.

21       But this gave us one thing.  This gave us time.

22   If we -- if we would have overturned all them then,

23   okay, Donald Trump's the president because all

24   these dead people voted.  Now you would have never

25   found the big problem.  And that's the machines.

1      About 12 days ago, you know -- you know, I put

2   in over a couple million dollars of my own money.

3   I've been, since November 4th, going down every

4   rabbit hole.  Anybody that brings me something, I

5   look at it, see if it's relevant or not.  I have

6   paid for experts.  I have helped Sidney Powell,

7   helped General Flynn.  I've been all over.

8      Well, about 12 days ago, this piece of evidence

9   came up on the Internet.  It came up on Twitter and

10  stuff.  And I'm going, wow, what is this?  Anybody

11  that retweeted it, it just got shut down.  Then

12  they shut down the websites.  It's the

13  Americanreport.com.  If you look there now, they

14  got their website back up.  It's funny, it came up,

15  they got it back up after the inauguration today.

16     But let me tell you.  So I reached out to them.

17  Actually, they reached out to me.  We kind of got a

18  hold of each other at the same time.  We had common

19  people we knew.  And I'm going, wow, here's -- they

20  had one page of what they have.  They showed this

21  forensic evidence.  It's like a footprint inside --

22  if you get a computer of, oh, let's say a timestamp

23  in cyber space.

24     So you look on there, and it shows the time,

25  the time it happened, the date 11/3, 11 o'clock at

1    night.  China net.  This went over to China.  It
2    shows kind of like the chain of where these --
3    where this stuff went.
4        So it goes over to China.  It shows the
5    longitude and latitude.  Then it comes back, and it
6    shows which computer was hacked here, the exact IP
7    address.  How many votes were flipped.  And it's
8    the most -- you're looking at it, going, wow.
9        Well, this particular sheet came from Fulton
10   County, Georgia.  Now, there's 10,800 sheets just
11   in Georgia alone of this.
12       So I was so excited when I seen this.  I'm
13   trying to get an appointment to bring it to the
14   White House to get in and show the president.
15       Well, in the meantime, another group comes to
16   me.  This guy comes to me, and he's a mathematical
17   cyber forensic expert.  I've never -- the smartest
18   guy I think I've ever seen in my life.  I spent
19   five hours with him, going through it.  And he
20   proved mathematically that this happened.  So, in
21   other words, this validated that, and this
22   validated this.  So just on his -- and it's by
23   these fractions.  You know, I thought I was smart
24   in math.  This guy is -- I've never seen the like.
25       It took him -- he's a private citizen -- from

1  November 4th, he was -- he looked at a deviation he

2  seen in Virginia, and he just was obsessed with

3  figuring this out mathematically.

4      And November 4th, like 16, 20 hours a day, he

5  did this.  He just got done like a week and a half

6  ago.  And so now, just in Fulton County, it shows

7  24,000 votes flipped inside the machine.

8      So, now, I take these two things, I take the

9  thing, I head to the White House, I get my

10  appointment and I go in there.  But you guys

11  realize this is all kind of late in the game,

12  right?

13      MR. BAILEY:  Right, right.

14      MR. LINDELL:  My thing was just like five days

15  ago.  But it's not late in God's game.

16      MR. BAILEY:  Come on.  That's good.

17      MR. LINDELL:  What this has done, what this has

18  done, this is -- I have such a peace about me

19  because I know what we have, you guys.  And you see

20  now, Dominion.  Dominion came after me.  Okay?

21  They didn't want this out there.  I mean, I'm the

22  talk of the whole world right now.  They're

23  attacking me.  They're going to sue me.  Really?

24  Please sue me, Dominion.  Instead of sending me a

25  -- they sent me a threat that said, you have been

1   warned.  It's like the old mafia days when I used

2   to bet football.  You have been warned.  Whoa, you

3   know.

4       They realize, if they sue me, then they have to

5   show all this stuff, and it actually would

6   accelerate when this gets revealed.  But, you know,

7   of course, then I want everyone else, when you talk

8   about faith, you know, they've attacked all my

9   companies I deal with.  They hire these groups,

10  like sleeping giants, just to, you know, smash

11  companies.  Just to wreck companies.  You know,

12  it's a cancel culture.  But, right now, they're

13  trying to cancel My Pillow.

14      I mean, there's eight companies now that have

15  succumbed to that.  I go, you guys, these are bots

16  and trolls.  You know, your Kohls, your Bed Bath

17  and Beyond, your HEBs, your Heinrichs.  I mean, the

18  list of names.  BJ's.  The list goes on and on.

19  And we can't -- this is no time to panic, you know,

20  these companies.  And, you know, it's sad, really.

21  And they're the ones that end up getting hurt,

22  because, you know, they're not buying my products

23  there, and they're going to go buy them somewhere

24  else.

25      My business always -- my foundation -- God is

1    protecting me, and anybody out there.  Oh, Mike.

2    You know, they're all worried about me.  You know

3    what?  This is exciting times because I know.  This

4    is like -- it's like being inside of a big movie,

5    and we've just seen the dark time right now.  But

6    what I see is the light.  I see the light.  And the

7    light is coming down the road here.  Whatever God's

8    plan is to reveal it.  So much has to be revealed.

9        You couldn't just do this in -- on November

10   10th, and say, you're right, the dead people didn't

11   count and Donald Trump wins.  If you did, it

12   wouldn't expose all the evil.

13       MR. BAILEY:  That's right.

14       MR. LINDELL:  All the evil.  And we're talking

15   evil.  We're not just talking corrupt politicians,

16   you know, that -- that hide stuff on both sides of

17   the republicans.  There's reasons that all this

18   stuff was hidden from us, all the evidence, you

19   guys.  And this is all going to come out.  It's

20   stuff from the past.  This is going to clean up.

21       I view down the road, our country, the biggest

22   revival in history, bringing this country back to

23   Jesus, and our school's back to God.  We have a

24   whole generation that didn't have God.

25       You look at these riots around the country this

1    summer, it was the same age group.  This is the

2    generation that God wasn't in the schools, you

3    know.

4        So I'm excited.  I mean, I want to bring --

5    don't anyone give up.  I like -- one of you guys

6    said that this is God's timing, these dates.  Or

7    maybe it wasn't today.  It was on one of your

8    shows.  These dates and times, your January 6th,

9    your December 14th, your January 20th, these are

10   man's dates.  These aren't God's dates.

11       MR. BAILEY:  Yeah, that's exactly right.

12       Hey, so tell us about -- so I just want to make

13   sure, I want everyone to hear you again.  You're

14   saying, don't give up.  Don't give up.  Is that

15   correct?  Am I quoting you correctly?

16       MR. LINDELL:  Absolutely.  A hundred percent

17   absolutely.

18       MR. BAILEY:  All right.  So there, you guys.

19   You heard it.  Go ahead.

20       MR. LINDELL:  Guys, I think it's very important

21   that people, that all people in this country see

22   what happens.  Okay?  See what happens.  Can you

23   imagine?  I thought of this, too.

24       Let's say that President Trump would have done

25   something before, like every -- (unintelligible due

1   to technical difficulty.)

2        MR. BAILEY:  All right.  Well, we seem to have

3   lost him, guys.  Let me know when he's back.

4        But I love what he was saying, Hank, about the

5   timing.  And he's right.  Had we not seen post

6   November, think of the revelation we've had since

7   November 3rd.  It's been an amazing, an amazing

8   windfall of documentation, the Dominion, and

9   everything else.

10       When you hear Mike, there, Dutch, I mean, this

11  is really an answer to prayer.  Don't you believe,

12  that we've seen all this?

13       MR. SHEETS:  I lost you for a second.  Are you

14  asking me?

15       MR. BAILEY:  Yeah.  I said, do you see this as

16  an answer to prayer, all this revelation of what

17  we've seen?

18       MR. SHEETS:  Yes.  And I apologize.  My screen

19  froze, I missed the first part of your question.

20  But, absolutely, I do.  I think it's one of the

21  reasons God has waited.  If he had done this early,

22  or Trump would have had just won right from the

23  get-go, look at all of the corruption that would

24  have stayed hidden.

25       MR. BAILEY:  That's it.

1        MR. SHEETS:  One of the things we've been

2    asking the Lord to do is uproot the corruption.  He

3    told Jeremiah, before you build and plant, before

4    you rebuild the nation, and you see it rebuilt,

5    there are some things that have to be plucked up

6    and torn down.

7        And we -- you know, God just has to cleanse

8    this nation.  He can save people, even with all the

9    sin, but he can't reform a nation until he starts

10   cleaning up things from the inside.  And so he

11   wants to do more than just save people.

12       MR. BAILEY:  Yes.

13       MR. SHEETS:  He wants to reform our schools.

14   He wants to reform our government, so that the next

15   generation has not been indoctrinated in the ways

16   Mike was talking about.  God wants to do more than

17   -- and he wants to do more than just get a certain

18   person in office.

19       Some of us have been saying for a long time,

20   this is not about Donald Trump.  He's a player in a

21   much bigger play.  This is about a nation which is

22   -- about the nations and the harvest and the great

23   awakening that's coming that Mike talked about.  It

24   is coming.  And God is going to do it.

25       MR. BAILEY:  Amen.  And I like when Mike talks

1   about the revival side of that.  And what you just

2   touched on right there, Dutch, is we want revival,

3   yes, but the purpose of revival is reformation.  We

4   want our culture change.  And that was what Mike

5   was referring to.

6        All right.  Looks like we got Mike back.

7        Mike, tell me about your time.  I know you

8   can't tell us everything, but tell us about your

9   time with the President.  We all saw your picture

10  leaving the White House that day.  I want to know

11  about the state of mind of President Trump.

12       MR. LINDELL:  Well, let me tell you, too, when

13  I -- I tried to get an appointment for a week, and,

14  once I seen this machine fraud, which everybody

15  knew that there was something severely wrong with

16  the machines.  But, for me, one of the most

17  important things here that, you know, that we have

18  to look at is, the machine -- you can never use

19  machines in an election again in history.

20  China made our votes.  You know, this was massive.

21  With the technology, this has to be, has to be

22  looked into.  Much less, like you say, for this

23  election itself, this election.  Well, I wanted to

24  get this to the president.

25       I finally got my appointment.  I got to the

1  White House.  And another lawyer had given me stuff

2  that he could do in this time.  He said, here, give

3  him this, too.  There's a lot of things that he

4  might not know.  And I said, well, he probably

5  does, but we didn't know if he knew these things.

6  She checked into it, because we're kind of in an

7  anomaly.  And I get to the White House, and I get

8  in there right away.

9      I mean, I literally got in there -- they put me

10  right in.  There were so many people waiting to see

11  him.  And I get in there, and I get about -- not

12  even five minutes, they said.  And I start talking.

13  I go, Mr. President, this is new evidence that just

14  came out 12 days ago.  I said, you really won

15  79,800,000 to 68 million, and that doesn't even

16  count the other fraud, the dead people, and quoted,

17  and all that.  And he looks at me, he goes -- and

18  it was like a confirmation.  He goes, yeah, we knew

19  that, Mike.  All these rallies.

20      And I said -- and I showed him on there, I

21  showed him on there, you know, all the hard work

22  people had given and the stuff.  I showed him,

23  here's China.  China did this, and four other

24  countries.  And I showed him.  This is what I

25  talked to you guys about earlier.

1        Now, about that time, the national security

2    advisor Robert O'Brien came in, and he sits to my

3    right.  And I gave the president, I said, and this

4    is from a lawyer with any recommendations.  I said,

5    I'm just the messenger.  And he looked at the top

6    thing, and he says, who's this?  And I said, I

7    don't know.  I haven't even read the thing.  And he

8    took the other papers, he took them all.  He said,

9    well, let's get this upstairs to the lawyers, Mike,

10   and then you can come on back down.

11       I head out with Robert, head upstairs.  And

12   from that point on, it was like, let's hurry up and

13   get Mike out of the White House.  They bring me

14   upstairs, and I -- and I'm telling him about this.

15   And, I don't know, maybe it's hard to fathom that

16   this late breaking, with all the stuff, all the

17   research, that, finally, you have the smoking gun.

18   But, anyway, they bring me back downstairs.  They

19   said, you're going to have to wait downstairs.

20       So I go downstairs, and then the gal comes

21   downstairs and says, you know what, it's going to

22   be two hours.  We don't know if we're going to get

23   to you.

24       I said, well, I'm going to wait right here

25   until the president tells me to leave, because this

1    is a matter of national security.  I wasn't moving.

2        So then I go outside, and the miracle happened,

3    you guys.  I go outside to have a cup of coffee,

4    and some guy's got a big telescopic lens, and it

5    shines in on one of the papers that that lawyer was

6    having me give to the president.

7        Now, at the time, you all think that was a bad

8    thing, right?  Well, let me tell you what God used

9    there.  About two minutes later, they came running

10   over the hill.  I bet you there was a hundred

11   camera people.  They come flying over the hill like

12   cattle.  And I'm going, what, I'm going what's

13   going on here?

14       And they go, they're all hollering to me.  And

15   I go, you guys want to ask me some questions?  And

16   they go, sure.  And I go, no, I changed my mind.

17   You'll find something real good to write about me.

18   And I went back in the White house.  Right?

19       Now, the gal comes down.  I love the press.  I

20   fuck with them.  So the gal comes downstairs, and,

21   all of a sudden, it wasn't even 15 minute, brings

22   me back upstairs.  Now, that Pat, whatever his name

23   is, he asked me, he said, this is a matter of

24   national security.  I said, yes.

25       We went in this room.  This gal and this other

1    guy.  I tell them this stuff maybe 10 minutes, 12

2    minutes.  And they go, okay, we'll look into it.  I

3    said, no, when can you let me know what's going to

4    go on here?  And they said, we'll get back to you.

5    Of course, they never did.

6         But they took me back downstairs then, and I

7    said, well, I'm going to go see the president.

8    They go, no, you're done.  You can go.

9         I go, no, I want to hear that from somebody in

10   that office.

11        And she went over there, and she told me the

12   correct name of my handle, and she said, yeah, you

13   need to go.  So I left.  But then, let me tell you.

14   The miracle of that meeting was what?  I'm sitting

15   there, eating dinner with all the people I was with

16   in D.C., and my daughter sends me a Tweet.  She

17   goes, Dad get out of there.  And they had me all

18   over the thing.

19        Mike Lindell wants Marshall law.  And they got

20   me with this snarling face.  And Twitter was

21   blowing up.

22        MR. BAILEY:  I know.

23        MR. LINDELL:  Now my phone blows up, and I got

24   every news outlet, because they all have my direct

25   number, and my phone's just, (makes noise).  So now

1   I got to tell the story, right?

2       So one of the guys on the phone was Jim

3   McCawska (ph.)  You guys all know Jim.  Right?  And

4   I go, Jim, if you're going to -- if I'm going to

5   tell you what happened there, you're going to print

6   the truth.  And I said, by the way, I've got

7   someone else on the other line, that you're going

8   to have to wait.  He waited 26 minutes.  I give

9   him, you know -- that was amazing.

10      But, anyway, what that has done since then.  So

11  I got to talk to all the press that had been

12  blocking me.  Nobody would talk to me before the

13  election.  Nobody would talk to me because about

14  the fraud.

15      Well, this has opened up a big thing.  God

16  opened this up.  I have been nonstop media for five

17  days, I think.  First, it was -- the narrative was,

18  Mike Lindell was at the White House.  What was he

19  doing, giving to the president?

20      Then the next one was, Mike Lindell, Dominion

21  dropped the letter that they wrote me three weeks

22  ago, because I was bad mouthing the machines, you

23  know, telling them about the fraud that we had

24  found.  They're afraid of this coming out.  So they

25  dropped this thing, we're going to sue Mike

1    Lindell.

2        Great, you know.  And then they dropped -- then

3    the next bomb drops, that all these box stores

4    dropped me, which they did.  And they're afraid.  I

5    said, you guys are bots and trolls.

6        So now it's another rerun today.  They're

7    calling my employees, you guys.  They're attacking.

8    They're attacking.  Can you tell us some bad things

9    about Mike Lindell?

10       What they don't get is I've already told

11   everything.  Read my book.  What Are The Odds, From

12   Crack Addict to CEO.  Go to mypillow.com.  You can

13   get it for 9.97, and it's free shipping, guys.

14   Come on.  I should ship all the news reporters my

15   book and say, here, find some dirt in my book.

16   It's already there.

17       MR. BAILEY:  Yeah, Mike, we love you so much,

18   man.  I got to tell you, I love the patriot Mike

19   Lindell.  And, listen, I want to -- we're going to

20   put up his website.  And he's given -- listen, this

21   is very important.

22       We stick together.  We've got to support

23   businessmen like Mike Lindell, others that are

24   Christians, that are standing up for the truth.

25   It's time for us to stand with them.

1      So I want to encourage you, go to mypillow.com.

2    He's given you a special discount, if you want to

3    buy some of the products.  Brother Copeland has

4    them.  You know, they're great.

5      So, listen.  Go to mypillow.com, support Mike

6    Lindell, because we want him to keep coming back on

7    this program and encouraging us.

8      Mike, I know you're -- you know, you're

9    encouraged.  I want to know, what does Mike Lindell

10   think is next?  What are we going to see next?

11     MR. LINDELL:  Before you say that, when you go

12   to mypillow.com, use promo code, Mike tonight.  Use

13   promo code Mike tonight.  And you guys can save up

14   to 66%.  I'm using that money for good.  And I'm

15   going to keep pouring it in to keep on going.

16     What's next here?  What's next is, I -- if I

17   was to say, you know, I don't see this -- you know,

18   I think God's going to reveal all this evidence

19   when it's on God's time.

20     I would hope, for me, I hope it's soon, but,

21   who knows.  Like, you know, we were talking, maybe

22   he wants to reveal more things.  Maybe he wants

23   people that -- you think of this.  Maybe people

24   over here, when you talk politics on the left, or

25   whatever, are people, non believers.  Maybe they

1    need to see, wow, this is -- look at these things

2    that are going on.  We didn't even really vote for

3    this.  This is -- they're coming in with these

4    terrible, terrible things that are coming in this

5    evil.  Maybe they have to see that.  I don't know.

6         But I also -- I also know that, whenever this

7    does happen, it's going to happen.  It's going to

8    be that parting of the Red Sea we all talk about.

9    It's going to be whoo.  This isn't going to be a --

10   what I want everybody to know, I don't believe this

11   is going to be a slow transition back.

12        I know people call me up, yeah, Mike, are you

13   thinking of running for governor in Minnesota?

14   It's like, are you kidding me?  I'm not going to

15   run for anything until these machines are found

16   out, because we will never have a fair election in

17   history.

18        MR. BAILEY:  That's right.

19        MR. LINDELL:  This is not only the smoking gun,

20   but if this wasn't revealed, do you realize that

21   every election, every election would be tipped by a

22   country or somebody else.  You know, a computer

23   geek sitting up there, turning a dial.  We would

24   never have an election.  They can program how much

25   you win by, how much you lose by.  You should see

1    this spinning thing.  You turn it.  This is what

2    they had to do the night of the election at 3:00 in

3    the morning, why they had to stop all the states.

4    They had to change those algorithms because Donald

5    Trump was going to win in spite of all the fraud.

6        So that's the one you all heard that went over

7    to Italy and to Germany, where the guy admitted he

8    did it.  That's a true story.

9        So I think the future -- I am very excited.

10   You know, I know they're coming after me and stuff,

11   and they've been doing that, but I think this is a

12   time where we're going to see how all of us can

13   stick together in this time and just stand up for

14   ourselves.

15       MR. BAILEY:  Yeah.

16       MR. LINDELL:  Instead of being slow boiled for

17   decades, taking God out of our schools, and just,

18   you know, like boiling a frog for decades and

19   decades.  You guys, I kind of miss that, because I

20   was an addict, so I kind of just thought, I wake up

21   and go, what's going on, what did I miss?  This is

22   horrible.  What's going on?

23       MR. BAILEY:  All right.  So, Mike, I know we

24   got to let you go.  Thank you.  And, listen, thank

25   you for taking my text today.  I mean, or late

1   yesterday, whenever we did.  You know you've got an

2   open door back here.  You come let us know what's

3   going on.  Our audience loves you, and we love you,

4   and we're praying for Mike Lindell and My Pillow.

5        Yes, go ahead.

6        MR. KUNNEMAN:  Mike, I just want to encourage

7   you.  I feel, just as you're standing here, you're

8   representing the 80 million, plus, of America

9   that's standing with you, that we feel like we were

10  absolutely stolen from.  And I appreciate, and God

11  appreciates what you're doing.  You have put your

12  hand into the hand of God himself over this nation.

13       God has not forsaken this nation.  He's not

14  forsaken you.  And he's not let go of your hand

15  because he's not let go of the hand of this nation.

16  Therefore, you will be protected, as well as what

17  God gave you in My Pillow.  And it will prosper,

18  and it will increase.  And the more they come

19  against you, the greater God will prosper you, to

20  show them that they have touched something that

21  God's hand is upon.

22       Therefore, a new idea will even come that will

23  confound them and you, that will even cause greater

24  resources to come for what you're going to be a

25  part of in the future of God making this nation

1   great.

2       So stay strong, because God's not looking at

3   dates right now.  He said it.  He meant it December

4   1st.  He said, watch the winds, watch the

5   earthquakes, the shakings that are going to happen

6   in the soils of America.  This will be a sign that

7   I have not taken my hand off of the United States.

8   And then he said, listen, he said, I'm not paying

9   attention to your certification dates, your

10  electoral dates, or even your inauguration.  And

11  this is why.

12      Listen, we need to stand with people like Mike

13  Lindell and all of us patriots that know that God

14  is in our land.  And I want to say this.

15      May I say this real quick, Pastor Gene?  Can I

16  read this prophecy?

17      MR. BAILEY:  Sure.

18      MR. KUNNEMAN:  It's going to give hope.  Let me

19  just give this.  And, Mike, if you got a minute to

20  stay, I want you to be encouraged.

21      So I was 30,000 feet in the air.  I guess

22  that's where you are when you're flying, and I felt

23  to come here.  This is what the Lord said.

24      I will and I am dealing with the enemies of

25  darkness.  They celebrate as though they have won,

1   but they are terrified.  They remember being

2   stripped of their agenda, power, and public display

3   was made of them.  This will happen again, says the

4   Lord.

5       Are you ready to stand with me when it looks

6   like I have forsaken you, USA?  Yet, I have set

7   traps that they fear since the son of God seems so

8   quiet.  I have heard the prayers in the days of

9   Daniel when he prayed the first day, that it looked

10  as though heaven was silent and darkness would

11  prevail in its resistance.  But the angel broke

12  through.  This is taking place again.

13      Now God says, you'll see after it appears, the

14  forces of darkness are prevailing, so it seems,

15  that I will come and I will give your freedoms to

16  you, United States.  This is my timing.  My event.

17  And there is man's timing.  Do not confuse them as

18  if man's timing determines your future.  Their

19  timing is wrong.  For I have my day of visitation

20  that will be outpoured upon you.

21      There are those who weep, fear, and say, where

22  is God?  You are quiet.  Why didn't he do anything?

23  Why has this day happened?  Where is the Lord?

24      I am the same God who gave Jairus's daughter

25  back, who was, as I said, not dead, but asleep.

```
 1   This I say of you, United States.  I'm giving your
 2   nation back that was stolen from you.  I will give
 3   it back for you and your children that I may be
 4   glorified.  Therefore, in this season, open up your
 5   arms high to me and you will see that I will open
 6   my hands and my heart to you, and I will give your
 7   nation back to you, says the Lord.
 8       And this is the word of the Lord.  It's the
 9   promise of God.
10       MR. BAILEY:  Amen to that.
11       MR. KUNNEMAN:  And we must continue to fight
12   and stand.
13       MR. BAILEY:  Yes.  Yes.  We support you, Mike,
14   and we're going to stay with you as you --
15       MR. LINDELL:  Well, I'm not giving up.  I'm not
16   going anywhere, guys.  I want to tell the whole
17   country that.  I will keep going until God reveals
18   that evidence, you know.  I'm doing everything I'm
19   supposed to do.  I'm doing Proverbs 3:56.  Trust in
20   the Lord with all your heart.  Lean not on your own
21   understanding, and always acknowledge him, and he
22   will guide your paths.  And I know I'm on the right
23   path.
24       MR. BAILEY:  Yes, you are.
25       MR. LINDELL:  The more they attack me, the more
```

1   I know I'm on the right path.

2       MR. BAILEY:  And I believe what he prophesied

3   over you.  You are prospering even more.  You're

4   going to get that new idea.  We want to hear about

5   it.  That's going to be awesome.

6       All right.  So I want to ask Dutch here, as we

7   move into the final minutes here of this program,

8   what do you -- you're talking to -- you know, we've

9   got a record audience here tonight.  I want to

10  know.  Dutch, what should we be praying?  Of course

11  we're praying, like we just mentioned, for people

12  like Mike who's in places that not all of us can

13  be.  But what's our role as believer?  Because it

14  seems -- you know, we talked about this in the

15  beginning.

16      It seems like, oh, man, you know, Biden's in.

17  It's not what we thought.  The prophets were wrong.

18  Everybody just wants to -- there's a big

19  contingency that wants to give up and go home, and

20  throw up, well, I guess we'll wait.  How should we

21  be praying in faith for what's happening?

22      MR. SHEETS:  Well, let me backup to the timing

23  issue and lead into it with that, because, while

24  Mike was talking, and Hank was giving that word of

25  the Lord, reminded me of a word in Acts, Chapter 3.

1       Now, this is one of those great miracles.
2  That's what God's about to do, a great miracle.
3  And this is at the gate beautiful, where Peter and
4  John are going, and Peter grabs a man who had been
5  sitting there, lame, begging, and 30 some years
6  old.  So he's been there for decades.  Everybody in
7  Israel knows who this guy is because of the
8  prominent place he's sitting and begging, and they
9  probably all flipped him a coin.  But Jesus went by
10 this man many, many times and did not do the
11 miracle.
12      And the Lord spoke to him.  He said, I want you
13 to look at that passage.  I have some things
14 there to show you, you haven't seen.  And I told
15 the Lord, I know everything about that passage.
16 But he said, I want you to go back and look at it
17 again.
18      So I studied it independently, couldn't find
19 what it was.  Finally, out of desperation, I looked
20 up the word beautiful, and I found that the word
21 does not mean lovely, or pretty, or beautiful in
22 that sense.  It's actually a timing word.  The word
23 is horaus (ph.), and it means literally, the right
24 time.
25      And so it's only used to translate as beautiful

1  because, when circumstances come together at the

2  right time, and the right way, in God's time, it

3  becomes a beautiful thing.

4      And then the Lord showed me.  I'll show -- he

5  said, this is why I didn't heal the man three years

6  ago, two years ago, three years ago, a year ago.  I

7  was in my Sovereignty, I named that gate the Right

8  Time Gate.  And I planted that man there in my

9  Sovereignty and made sure he sat at the Right Time

10 Gate.  And then I saved that miracle for the time

11 when I knew my new church would need it.  I didn't

12 heal him.  I just waited for the right time, and,

13 at the right time, I worked that miracle at the

14 Right Time Gate.

15     And I hear the Lord saying right now that, do

16 not -- the people of God, you must keep praying.

17 You must persevere.  This is what we teach.  This

18 is what we believe.  We believe in miracles.  We

19 believe in persevering.  Through faith and

20 patience, we inherit the promises.

21     When has God ever said I'll do it at your time,

22 or I'll do it when you want me to do it.  He's

23 always said, you must believe and persevere, and I

24 will do these things.

25     And I tell you, and I tell the body of Christ,

1   we are coming to a right time.  We are coming to a
2   gate in the spirit that's a beautiful gate because
3   it's God's timing, and he's going to do this.  He's
4   going to expose it.  And the exposure is going to
5   go so deep.
6       This nation is going to move into crisis,
7   because this corruption is going to be shown.  It's
8   Congress, it's in the judges, it's in the deep
9   state, it's in executive branches.  And God's just
10  going to lift the lid off and pull the mask back.
11  And he's going to do this because he needs this
12  nation.  He loves this nation.  He's going to use
13  this nation.  He's not finished with this nation.
14      I say to the people of God, do not grow weary
15  in well doing.
16      MR. BAILEY:  Yes.  Amen.  Amen.  Hank?
17      MR. KUNNEMAN:  You know, thank you so much.  In
18  fact, you know, it's amazing, Pastor Gene.  I
19  forgot my watch tonight.  So, here, we're talking
20  about timing.  And my wife knows, she's sitting
21  over there, I never forget my watch.  God is
22  saying, listen, it's not about your timing.
23  Prophetic narratives are being played out.  God
24  prophesied this back in August of 2019, September
25  of 2019, where he said, we're coming into a time

1  that will be like Israel and Egypt.

2      He talked even and prophesied.  We showed those

3  prophecies where he said that the decade would

4  start off harsh.  There would be a plague.  But he

5  said, this will be known as the decade of

6  difference that will be established upon what God

7  will do to bless this nation and his people.

8      And I say this because something is up in the

9  spirit right now.  In first Kings, Chapter 1,

10  Adonijah was the brother of Solomon.  He raised

11  himself up.  There was a fraudulent raising up of

12  this, you know, self-appointed king.  And there was

13  even a celebration, an inauguration, but it wasn't

14  the one that God had placed his hand upon.

15      This is why you need to continue to stand,

16  stand with those that are standing.  Don't lose a

17  hold of your faith because those prayers and those

18  prophecies over this President Donald Trump, God

19  still has a plan that will play out.  And when

20  something is raised up that God does not bless, it

21  will be shaken.

22      And so what we're going to see coming up, and I

23  want to say this in prophetic narratives, because

24  we've been through plagues, we've been through

25  quarantines.  We even had -- remember when, Pastor

1    Gene, Egypt, Israel, when they left, they were

2    given a stimulus check.  Remember that?  They went

3    out with the silver and gold.

4        We've seen a lot of parallels.  The parting of

5    the Red Sea.  But here's what the Lord showed me

6    tonight for those who might be in a place of

7    despair.  In Exodus 14:25, it looked like it was

8    over for Israel.  Did you ever think about this?

9        They stepped into the parting of the Red Sea.

10   I wonder if Israel questioned, who opened this Red

11   Sea at that point?  Because now they're looking

12   behind them in the pursuit of the enemy.  It's like

13   it didn't stop.  It looked like, once again,

14   they're pursuing us.  When is this thing going to

15   end?  When is this thing going to turn?  In Exodus

16   14:25, it looked like it was over, even with

17   Israel, as the pharaoh's army pursued.  But here's

18   what Exodus 14:25 says, very quickly.

19       It said, first of all, that God troubled the

20   Egyptians.  Trouble is coming for the enemy and for

21   what they did to steal this election, and all the

22   corruption, and even touching the children.  God

23   has not looked away.

24       So in Verse 25, it says, and God took off the

25   chariot wheels and drove them heavily so that the

1   Egyptians said -- now watch this -- those who were

2   pursuing -- these were communist people -- were

3   pursuing after a nation.  They said, let's flee

4   from the face of Israel, for the Lord fights for

5   them against the Egyptians.

6        In other words, there came a point where they

7   realized they were fighting against something a

8   whole lot bigger than Donald Trump.  They were

9   fighting against God.

10       MR. BAILEY:  Yeah.  Amen.

11       All right.  So you're going to stay engaged.

12  Don't give up.

13       All right.  I want to do a little housekeeping

14  right here.  Our website, Govictory.com,

15  govictory.com, listen, that's where I noticed

16  today, some of our programs have been deleted off

17  You Tube.  Imagine that.  So you're going to need

18  to -- if you want to always find us, go to the

19  website, govictory.com/watch, or

20  govictory.com/FlashPoint.  You're going to see,

21  every program will be archived there.  We're still

22  on You Tube.

23       Now, here's your part.  Need you to go on and

24  share.  If you're on facebook, keep sharing these

25  programs.  Put it on Twitter, put it everywhere you

1   can, because we need to get the word out.  There

2   are believers, there are people that don't -- there

3   are good people, Pastor Hank, that don't have a

4   relationship with God.  They don't have the faith

5   and the understanding, and they need to be able to

6   engage.  This is a great way to do that.  So make

7   sure you go on there.

8       Now, thirdly, govictory.com gives you a way to

9   donate.  You notice, we've been here for almost an

10  hour.  Not one commercial asking you to buy

11  something, or we haven't sold something.  That's

12  the -- that's what this network is all about is

13  getting the word into you.  So, but, this is your

14  responsibility.  Govictory.com.  There's a way for

15  you to donate, tax deductible here.  If you want to

16  put in there for Victory, that would be great, and

17  help us as we bring it.  This isn't cheap.  This

18  isn't cheap.  We are following a mandate.

19      As much as Mike Lindell is motivated to do what

20  God has called him to do, you can see it on him,

21  you can see whenever he's on television.  I'm

22  always watching, and, aside from the commercials,

23  but -- and I think I can repeat your commercials

24  about Jesus sheets, but, anyway, I'm telling you,

25  there's a passion in Mike Lindell.  And, Mike, I

1  love that about you.  That's our passion for this

2  network and what God's told us to do.  And, listen,

3  the people are coming from around the world, and

4  they're tuning in, because they want to hear truth.

5  And this is where you're going to get it.

6      All right.  Last words here.  We got like

7  thirty seconds there.

8      Dutch, I want to give it to you.  Go first.

9  Final word.

10      MR. SHEETS:  I will repeat, don't be weary in

11  well doing, and do season.  And those words in

12  Greek mean, if you own a right time, that's what

13  they literally mean.  At the time God has

14  designated that we own, we will reap if we don't

15  faint.

16      MR. BAILEY:  Amen.  Now, listen, I want to say

17  something about Dutch Sheets.  Give Him 15.  Put

18  that website back up there, guys, if you can.  Need

19  to go there every day.  I know I haven't been

20  faithful, Dutch, but, when I do, you really

21  encourage, and it's a great way to start your day.

22  GiveHim15.com.  You want to do that.

23      All right.  Pastor Hank, give us -- I'll give

24  you 30 seconds.

25      MR. KUNNEMAN:  All right.  Here it goes.  You

1   ready?

2        MR. BAILEY:  I'm ready.

3        MR. KUNNEMAN:  All right.  We're going from Now

4   What, to Now God.  And be wise what you're feeding

5   on.  Taste and see what?  That the Lord is good.

6   Feed on God.  Keep the faith and continue to watch

7   God move.  We're in an incredible season where the

8   Lord is going to move.  And we're going to

9   celebrate, and you're going to be part of it.  So

10  stay strong.

11       MR. BAILEY:  Amen.  I agree with that.

12       All right.  Mike, so it sounds -- I'm getting

13  word that your website is being inundated right

14  now.  So praise God.  I'll give you the last --

15  I'll give you a minute here, since you're still the

16  new guy.  So we'll give you a minute here.  Final

17  words.

18       MR. LINDELL:  Well, I just want everyone to

19  know that, you know, I've been saying it all along,

20  to not lose faith.  Don't lose faith.  I'm more

21  optimistic now, I think, than I was even two weeks

22  ago, if that's possible, or three weeks ago, or a

23  month ago, because I -- it's like unfolding.  You

24  see all this stuff that's going on.  And I love

25  that you said tonight, it's not -- these dates are

1    man's dates, not God's dates.

2        And we are in a -- it just all comes together.

3    It's going to be the biggest revival in history,

4    all this.  Can you imagine people that don't have

5    -- that don't have God that are going to come to

6    the Lord because of what's going on?  And when they

7    see the miracles that are going to happen.  Amen.

8        MR. BAILEY:  Yeah, it's going to be great.

9        All right.  So, listen, tomorrow night, you

10   don't want to miss, Pastor Hank Kunneman, Lance

11   Wallnau, and Katz Kerr.  It's going to be a wild

12   one.  So you don't want to miss anything coming up

13   tomorrow night, right here, 7:00 p.m. Central, 8:00

14   Eastern.  FlashPoint.

15       All right.  Pastor Hank, you going to be here

16   again tomorrow night?

17       MR. KUNNEMAN:  Yes.  Can't wait.

18       MR. BAILEY:  Don't go anywhere.  And remember,

19   Mike Lindell, Mypillow.com.  You don't want to miss

20   anything that's going on right here on Victory.

21       (End of show.)

22

23

24

25

1                  CERTIFICATE OF REPORTER

2        I, LESLIE STROMBERG, RPR, do hereby certify that I

3   was authorized to and did stenographically transcribe

4   the foregoing podcast, and that the foregoing

5   transcript, including 52 pages, is a true and complete

6   record of my stenographic notes.

7        I FURTHER CERTIFY that I am not a relative,

8   employee, attorney or counsel of any of the parties, nor

9   am I a relative or employee of any of the parties,

10  attorneys or counsel connected with the action, nor am I

11  financially interested in the outcome of the action.

12       DATED this 29th day of January, 2021.

13

14

15

16   _____

17   LESLIE STROMBERG, RPR AND
     NOTARY PUBLIC

18

19

20

21

22

23

24

25

Case 1:21-cv-00445-CJN Document 2-81 Filed 02/22/21 Page 55 of 64
From the Nightmare, to the Great Awakening
January 20, 2021
1

**1**

**1** 46:9
**10** 32:1
**10,800** 21:10
**10th** 24:10
**11** 20:25
**11/3** 20:25
**11:15** 18:20
**12** 20:1,8
 29:14 32:1
**14:25** 47:7,
 16,18
**14th** 25:9
**15** 31:21
 50:17
**16** 22:4
**1st** 39:4

**2**

**20** 22:4
**20,000** 19:16
**2019** 45:24,25
**2021** 53:12
**20th** 25:9
**24,000** 22:7
**25** 47:24
**26** 33:8
**29th** 53:12

**3**

**3** 42:25
**30** 43:5 50:24
**30,000** 39:21
**3:00** 19:5
 37:2
**3:56** 41:19
**3rd** 26:7

**4**

**4th** 20:3

**22:1,4**

**5**

**52** 53:5

**6**

**6,000** 19:15
**66%** 35:14
**68** 29:15
**6th** 25:8

**7**

**79,800,000**
 29:15
**7:00** 52:13

**8**

**80** 38:8
**8:00** 52:13

**9**

**9.97** 34:13

**A**

**a.m.** 19:5
**absolutely**
 25:16,17
 26:20 38:10
**accelerate**
 23:6
**acknowledge**
 41:21
**action** 53:10,
 11
**Acts** 42:25
**addict** 34:12
 37:20
**address** 21:7
**admitted** 37:7

**Adonijah**
 46:10
**advisor** 30:2
**afraid** 33:24
 34:4
**age** 25:1
**agenda** 40:2
**agree** 51:11
**ahead** 25:19
 38:5
**air** 39:21
**algorithms**
 18:23 19:4
 37:4
**amazing** 26:7
 33:9 45:18
**Amen** 27:25
 41:10 45:16
 48:10 50:16
 51:11 52:7
**America** 18:5
 38:8 39:6
**Americanreport**
 **.com.** 20:13
**angel** 40:11
**anomaly** 29:7
**apologize**
 26:18
**appears** 40:13
**appointment**
 21:13 22:10
 28:13,25
**appreciates**
 38:11
**archived**
 48:21
**Arizona** 19:1
**arms** 41:5
**army** 47:17
**asleep** 40:25
**attack** 41:25
**attacked** 23:8
**attacking**
 22:23 34:7,8
**attention**
 39:9

**attorney** 53:8
**attorneys**
 53:10
**audience** 18:6
 38:3 42:9
**August** 45:24
**authorized**
 53:3
**awakening**
 27:23
**awesome** 42:5

**B**

**back** 20:14,15
 21:5 24:22,23
 26:3 28:6
 30:10,18
 31:18,22
 32:4,6 35:6
 36:11 38:2
 40:25 41:2,3,
 7 43:16
 45:10,24
 50:18
**backfill**
 18:24
**backtrack**
 18:12
**backup** 42:22
**bad** 31:7
 33:22 34:8
**BAILEY** 22:13,
 16 24:13
 25:11,18
 26:2,15,25
 27:12,25
 32:22 34:17
 36:18 37:15,
 23 39:17
 41:10,13,24
 42:2 45:16
 48:10 50:16
 51:2,11 52:8,
 18
**Bath** 23:16
**beautiful**
 43:3,20,21,25

Case 1:21-cr-00045-CJN Document 108-1 Filed 02/22/21 Page 56 of 64
v011451-C Michael Charland December 21 overview
January 20, 2021                                                    2

44:3 45:2
**bed** 19:5
 23:16
**begging** 43:5,
 8
**beginning**
 42:15
**believer**
 42:13
**believers**
 35:25 49:2
**bet** 23:2
 31:10
**Biden** 19:6,7
**Biden's** 42:16
**big** 19:12,25
 24:4 31:4
 33:15 42:18
**bigger** 27:21
 48:8
**biggest** 24:21
 52:3
**billion** 18:18
**bit** 18:12
**BJ's** 23:18
**bless** 46:7,20
**blocking**
 33:12
**blowing** 32:21
**blows** 32:23
**body** 44:25
**boiled** 37:16
**boiling** 37:18
**bomb** 34:3
**book** 34:11,15
**book's** 18:14
**bots** 23:15
 34:5
**box** 34:3
**branches** 45:9
**breaking**
 30:16
**bring** 21:13
 25:4 30:13,18
 49:17

**bringing**
 24:22
**brings** 20:4
 31:21
**broke** 18:22
 19:4 40:11
**brother** 35:3
 46:10
**build** 27:3
**business**
 23:25
**businessmen**
 34:23
**buy** 23:23
 35:3 49:10
**buying** 23:22

_____

**C**

_____

**call** 36:12
**called** 18:15
 49:20
**calling** 34:7
**camera** 31:11
**cancel** 23:12,
 13
**cattle** 31:12
**celebrate**
 39:25 51:9
**celebration**
 46:13
**Central** 52:13
**CEO** 18:15
 34:12
**CERTIFICATE**
 53:1
**certification**
 39:9
**certify** 53:2,
 7
**chain** 21:2
**change** 28:4
 37:4
**changed** 31:16
**Chapter** 42:25
 46:9

**chariot** 47:25
**cheap** 49:17,
 18
**check** 47:2
**checked** 29:6
**children** 41:3
 47:22
**China** 21:1,4
 28:20 29:23
**Christ** 44:25
**Christians**
 34:24
**church** 44:11
**circumstances**
 44:1
**citizen** 21:25
**clean** 24:20
**cleaning**
 27:10
**cleanse** 27:7
**code** 35:12,13
**coffee** 31:3
**coin** 43:9
**combine** 18:19
**commercial**
 49:10
**commercials**
 49:22,23
**common** 20:18
**communist**
 48:2
**companies**
 23:9,11,14,20
**complete** 53:5
**computer**
 20:22 21:6
 36:22
**confirmation**
 29:18
**confound**
 38:23
**confuse** 40:17
**Congress** 45:8
**connected**
 53:10

**contingency**
 42:19
**continue**
 41:11 46:15
 51:6
**Copeland** 35:3
**correct** 25:15
 32:12
**correctly**
 25:15
**corrupt** 24:15
**corruption**
 26:23 27:2
 45:7 47:22
**counsel** 53:8,
 10
**count** 19:1
 24:11 29:16
**countries**
 29:24
**country**
 24:21,22,25
 25:21 36:22
 41:17
**County** 21:10
 22:6
**couple** 20:2
**Crack** 34:12
**Crackhead**
 18:15
**crisis** 45:6
**culture** 23:12
 28:4
**cup** 31:3
**cyber** 20:23
 21:17

_____

**D**

_____

**D.C.** 32:16
**Dad** 32:17
**Daniel** 40:9
**dark** 24:5
**darkness**
 39:25 40:10,
 14

date   20:25
DATED   53:12
dates   25:6,8,
  10 39:3,9,10
  51:25 52:1
daughter
  32:16 40:24
day   22:4
  28:10 40:9,
  19,23 50:19,
  21 53:12
days   20:1,8
  22:14 23:1
  29:14 33:17
  40:8
dead   19:24
  24:10 29:16
  40:25
deal   23:9
dealing   39:24
decade   46:3,5
decades
  37:17,18,19
  43:6
December   25:9
  39:3
deductible
  49:15
deep   45:5,8
deleted   48:16
designated
  50:14
despair   47:7
desperation
  43:19
determines
  40:18
deviation
  22:1
dial   36:23
died   19:16
difference
  46:6
difficulty
  26:1
dinner   32:15

direct   32:24
dirt   34:15
discount   35:2
display   40:2
documentation
  26:8
dollars   20:2
Dominion
  22:20,24 26:8
  33:20
Donald   18:22
  19:20,23
  24:11 27:20
  37:4 46:18
  48:8
donate   49:9,
  15
door   38:2
downstairs
  30:18,19,20,
  21 31:20 32:6
dropped
  33:21,25
  34:2,4
drops   34:3
drove   47:25
due   25:25
Dutch   26:10
  28:2 42:6,10
  50:8,17,20

                E

earlier   29:25
early   26:21
earthquakes
  39:5
Eastern   52:14
eating   32:15
Egypt   46:1
  47:1
Egyptians
  47:20 48:1,5
election
  18:20 28:19,
  23 33:13
  36:16,21,24

37:2 47:21
electoral
  39:10
employee
  53:8,9
employees
  34:7
encourage
  35:1 38:6
  50:21
encouraged
  35:9 39:20
encouraging
  35:7
end   23:21
  47:15 52:21
enemies   39:24
enemy   47:12,
  20
energy   18:1
engage   49:6
engaged   48:11
established
  46:6
event   40:16
Everybody's
  18:8
evidence
  19:15,18
  20:8,21 24:18
  29:13 35:18
  41:18
evil   24:12,
  14,15 36:5
exact   21:6
excited   21:12
  25:4 37:9
exciting   24:3
executive
  45:9
exists   18:17
Exodus   47:7,
  15,18
expect   18:22
expert   21:17
experts   20:6

expose   24:12
  45:4
exposure   45:4

                F

face   32:20
  48:4
facebook
  48:24
fact   45:18
faint   50:15
fair   36:16
faith   23:8
  42:21 44:19
  46:17 49:4
  51:6,20
faithful
  50:20
fathom   30:15
fear   40:7,21
Feed   51:6
feeding   51:4
feel   38:7,9
feet   39:21
felt   39:22
fight   41:11
fighting
  48:7,9
fights   48:4
figuring   22:3
final   42:7
  50:9 51:16
finally   28:25
  30:17 43:19
financially
  53:11
find   31:17
  34:15 43:18
  48:18
finished
  45:13
Flashpoint
  52:14
flee   48:3

| | | | |
|---|---|---|---|
| **flipped** 21:7 22:7 43:9 | **gate** 43:3 44:7,8,10,14 45:2 | 7,14 52:5 | **guy's** 31:4 |
| **flying** 31:11 39:22 | **gave** 19:21 30:3 38:17 40:24 | **God's** 22:15 24:7 25:6,10 35:18,19 38:21 39:2 43:2 44:2 45:3,9 50:2 52:1 | **guys** 22:10,19 23:15 24:19 25:5,18,20 26:3 29:25 31:3,15 33:2, 3 34:5,7,13 35:13 37:19 41:16 50:18 |
| **Flynn** 20:7 | **geek** 36:23 | | |
| **football** 23:2 | **Gene** 39:15 45:18 47:1 | | |
| **footprint** 20:21 | **General** 20:7 | | |
| **forces** 40:14 | **generation** 24:24 25:2 27:15 | **gold** 47:3 | |
| **foregoing** 53:4 | | **good** 22:16 31:17 35:14 49:3 51:5 | **H** |
| **forensic** 20:21 21:17 | **Georgia** 19:2 21:10,11 | | |
| **forget** 45:21 | **Germany** 37:7 | **government** 27:14 | **hacked** 21:6 |
| **forgot** 45:19 | **get-go** 26:23 | **governor** 36:13 | **half** 22:5 |
| **forsaken** 38:13,14 40:6 | **giants** 23:10 | **govictory.com** 48:14,15 49:8 | **hand** 38:12, 14,15,21 39:7 46:14 |
| **found** 19:25 33:24 36:15 43:20 | **give** 18:10 25:5,14 29:2 31:6 33:8 39:18,19 40:15 41:2,6 42:19 48:12 50:8,17,23 51:14,15,16 | **Govictory.com.** 49:14 | **handle** 32:12 |
| **foundation** 23:25 | | **govictory.com/ flashpoint.** 48:20 | **hands** 41:6 |
| **fractions** 21:23 | | | **Hank** 26:4 42:24 45:16 49:3 50:23 52:10,15 |
| **fraud** 19:8 28:14 29:16 33:14,23 37:5 | | **govictory.com/ watch** 48:19 | **happen** 36:7 39:5 40:3 52:7 |
| **fraudulent** 46:11 | **Givehim15.com.** 50:22 | **grabs** 43:4 | **happened** 18:14,23,25 20:25 21:20 31:2 33:5 40:23 |
| **free** 34:13 | **giving** 33:19 41:1,15 42:24 | **great** 27:22 34:2 35:4 39:1 43:1,2 49:6,16 50:21 52:8 | |
| **freedoms** 40:15 | **glorified** 41:4 | | **happening** 42:21 |
| **frog** 37:18 | **God** 18:1,17 23:25 24:23, 24 25:2 26:21 27:7,16,24 31:8 33:15 37:17 38:10, 12,13,17,19, 25 39:13 40:7,13,22,24 41:9,17 44:16,21 45:14,21,23 46:6,14,18,20 47:19,22,24 48:9 49:4,20 50:13 51:4,6, | **greater** 38:19,23 | **hard** 29:21 30:15 |
| **froze** 26:19 | | **Greek** 50:12 | **harsh** 46:4 |
| **fuck** 31:20 | | **group** 21:15 25:1 | **harvest** 27:22 |
| **Fulton** 21:9 22:6 | | **groups** 23:9 | **head** 22:9 30:11 |
| **funny** 20:14 | | **grow** 45:14 | **heal** 44:5,12 |
| **future** 37:9 38:25 40:18 | | **guess** 39:21 42:20 | **hear** 18:2 25:13 26:10 32:9 42:4 44:15 50:4 |
| | | **guide** 41:22 | |
| **G** | | **gun** 30:17 36:19 | |
| **gal** 30:20 31:19,20,25 | | **guy** 21:16,18, 24 32:1 37:7 43:7 51:16 | **heard** 25:19 37:6 40:8 |
| **game** 22:11,15 | | | |

Case 1:21-cv-00445-CJN Document 1-63 Filed 02/22/21 Page 59 of 64
From FOX, Civil Document Channel 1021 - December 21 - verge up
January 20, 2021                                              5

heart 18:4
  41:6,20
heaven 40:10
heavily 47:25
HEBS 23:17
Heinrichs
  23:17
helped 20:6,7
hey 19:15
  25:12
hidden 24:18
  26:24
hide 24:16
high 41:5
hill 31:10,11
hire 23:9
history 24:22
  28:19 36:17
  52:3
hold 20:18
  46:17
hole 20:4
hollering
  31:14
home 42:19
hope 35:20
  39:18
horaus 43:23
horrible
  37:22
hour 49:10
hours 21:19
  22:4 30:22
house 21:14
  22:9 28:10
  29:1,7 30:13
  31:18 33:18
housekeeping
  48:13
hundred 25:16
  31:10
hurry 30:12
hurt 23:21

---

**I**

idea 38:22
  42:4
imagine 25:23
  48:17 52:4
important
  25:20 28:17
  34:21
inauguration
  20:15 39:10
  46:13
including
  53:5
increase
  38:18
incredible
  51:7
independently
  43:18
indoctrinated
  27:15
inherit 44:20
inside 20:21
  22:7 24:4
  27:10
interested
  53:11
Internet 20:9
inundated
  51:13
investigation
  19:13
IP 21:6
Israel 43:7
  46:1 47:1,8,
  10,17 48:4
issue 42:23
Italy 37:7

---

**J**

Jairus's
  40:24
January 25:8,
  9 53:12

Jeremiah 27:3
Jesus 24:23
  43:9 49:24
Jim 33:2,3,4
John 43:4
judges 45:8

---

**K**

Katz 52:11
Kerr 52:11
kidding 36:14
kind 20:17
  21:2 22:11
  29:6 37:19,20
king 46:12
Kings 46:9
knew 18:25
  19:2 20:19
  28:15 29:5,18
  44:11
Kohls 23:16
Kunneman 38:6
  39:18 41:11
  45:17 50:25
  51:3 52:10,17

---

**L**

lame 43:5
Lance 52:10
land 39:14
late 22:11,15
  30:16 37:25
latitude 21:5
law 32:19
lawyer 29:1
  30:4 31:5
lawyers 30:9
lead 42:23
Lean 41:20
leave 30:25
leaving 28:10
left 32:13
  35:24 47:1

lens 31:4
LESLIE 53:2,
  16
letter 33:21
lid 45:10
life 21:18
lift 45:10
light 24:6,7
Lindell 18:9,
  11 22:14,17
  24:14 25:16,
  20 28:12
  32:19,23
  33:18,20
  34:1,9,19,23
  35:6,9,11
  36:19 37:16
  38:4 39:13
  41:15,25
  49:19,25
  51:18 52:19
list 23:18
listen 34:19,
  20 35:5 37:24
  39:8,12 45:22
  48:15 50:2,16
  52:9
literally
  29:9 43:23
  50:13
live 19:16
long 27:19
longitude
  21:5
looked 18:16
  22:1 28:22
  30:5 40:9
  43:19 47:7,
  13,16,23
Lord 27:2
  39:23 40:4,23
  41:7,8,20
  42:25 43:12,
  15 44:4,15
  47:5 48:4
  51:5,8 52:6
lose 36:25
  46:16 51:20

lost 26:3,13
lot 29:3 47:4
 48:8
love 18:1
 26:4 31:19
 34:17,18 38:3
 50:1 51:24
lovely 43:21
loves 38:3
 45:12

**M**

machine 22:7
 28:14,18
machines
 18:23 19:25
 28:16,19
 33:22 36:15
made 28:20
 40:3 44:9
mafia 23:1
mail-in 19:9
make 19:3
 25:12 49:6
makes 32:25
making 38:25
man 34:18
 42:16 43:4,10
 44:5,8
man's 25:10
 40:17,18 52:1
mandate 49:18
Marshall
 32:19
mask 45:10
massive 28:20
math 21:24
mathematical
 21:16
mathematically
 21:20 22:3
mathematics
 18:16
matter 31:1,
 23

Mccawska 33:3
means 43:23
meant 39:3
meantime
 21:15
media 33:16
meeting 32:14
mentioned
 42:11
messenger
 30:5
Mike 18:5,8,9
 24:1 26:10
 27:16,23,25
 28:4,6,7
 29:19 30:9,13
 32:19 33:18,
 20,25 34:9,
 17,18,23
 35:5,8,9,12,
 13 36:12
 37:23 38:4,6
 39:12,19
 41:13 42:12,
 24 49:19,25
 51:12 52:19
million 18:17
 20:2 29:15
 38:8
mind 28:11
 31:16
Minnesota
 36:13
minute 31:21
 39:19 51:15,
 16
minutes 29:12
 31:9 32:1,2
 33:8 42:7
miracle 18:19
 19:13 31:2
 32:14 43:2,11
 44:10,13
miracles
 18:13 43:1
 44:18 52:7
missed 26:19

money 20:2
 35:14
month 51:23
morning 37:3
motivated
 49:19
mouthing
 33:22
move 42:7
 45:6 51:7,8
movie 24:4
moving 31:1
mypillow.com
 35:5,12
mypillow.com.
 34:12 35:1
 52:19

**N**

named 44:7
names 23:18
narrative
 33:17
narratives
 45:23 46:23
nation 27:4,
 8,9,21 38:12,
 13,15,25
 41:2,7 45:6,
 12,13 46:7
 48:3
national 30:1
 31:1,24
nations 27:22
net 21:1
network 49:12
 50:2
news 32:24
 34:14
night 18:20
 21:1 37:2
 52:9,13,16
noise 32:25
nonstop 33:16
NOTARY 53:17

notes 53:6
notice 49:9
noticed 48:15
November 20:3
 22:1,4 24:9
 26:6,7
number 32:25

**O**

O'BRIEN 30:2
obsessed 22:2
Odds 18:15
 34:11
office 27:18
 32:10
open 38:2
 41:4,5
opened 33:15,
 16 47:10
optimistic
 51:21
outcome 53:11
outlet 32:24
outpoured
 40:20
overturned
 19:22

**P**

p.m. 52:13
pages 53:5
paid 20:6
panic 23:19
papers 30:8
 31:5
parallels
 47:4
part 26:19
 38:25 48:23
 51:9
parties 53:8,
 9
parting 36:8
 47:4,9

passage
  43:13,15
passion  18:1
  49:25 50:1
past  24:20
Pastor  39:15
  45:18 46:25
  49:3 50:23
  52:10,15
Pat  31:22
path  41:23
  42:1
paths  41:22
patience
  44:20
patriot  34:18
patriots
  39:13
paying  39:8
peace  22:18
Pennsylvania
  19:2
people  18:7
  19:15,24
  20:19 24:10
  25:21 27:8,11
  29:10,16,22
  31:11 32:15
  35:23,25
  36:12 39:12
  42:11 44:16
  45:14 46:7
  48:2 49:2,3
  50:3 52:4
percent  25:16
persevere
  44:17,23
persevering
  44:19
person  27:18
Peter  43:3,4
ph  33:3 43:23
pharaoh's
  47:17
phone  32:23
  33:2

phone's  32:25
picture  28:9
piece  20:8
pile  19:19
Pillow  23:13
  38:4,17
place  40:12
  43:8 47:6
places  42:12
plague  46:4
plagues  46:24
plan  24:8
  46:19
plant  27:3
planted  44:8
play  27:21
  46:19
played  45:23
player  27:20
plucked  27:5
podcast  53:4
point  30:12
  47:11 48:6
pointing  18:3
politicians
  24:15
politics
  35:24
post  26:5
pouring  35:15
Powell  20:6
power  40:2
praise  51:14
prayed  40:9
prayer  26:11,
  16
prayers  40:8
  46:17
praying  38:4
  42:10,11,21
  44:16
predicted
  19:6
president
  19:23 21:14
  25:24 28:9,

  11,24 29:13
  30:3,25 31:6
  32:7 33:19
  46:18
press  31:19
  33:11
pretty  43:21
prevail  40:11
prevailing
  40:14
print  33:5
private  21:25
problem  19:25
products
  23:22 35:3
program  35:7
  36:24 42:7
  48:21
programs
  48:16,25
prominent
  43:8
promise  41:9
promises
  44:20
promo  35:12,
  13
prophecies
  46:3,18
prophecy
  39:16
prophesied
  42:2 45:24
  46:2
prophetic
  45:23 46:23
prophets
  42:17
prosper
  38:17,19
prospering
  42:3
protected
  38:16
protecting
  24:1

proved  21:20
Proverbs
  41:19
public  40:2
  53:17
pull  45:10
purpose  28:3
pursued  47:17
pursuing
  47:14 48:2,3
pursuit  47:12
put  20:1 29:9
  34:20 38:11
  48:25 49:16
  50:17

------
Q

quarantines
  46:25
question
  26:19
questioned
  47:10
questions
  31:15
quick  39:15
quickly  47:18
quiet  40:8,22
quoted  29:16
quoting  25:15

------
R

rabbit  20:4
raised  46:10,
  20
raising  46:11
rallies  29:19
reached
  20:16,17
read  30:7
  34:11 39:16
ready  40:5
  51:1,2

Case 1:21-cv-00445-CJN Document 2-81 Filed 02/22/21 Page 62 of 64
MIKE LINDELL, et al. v. Channel One v. Love
January 20, 2021                                                           8

real  31:17
  39:15
realize  22:11
  23:4 36:20
realized  48:7
reap  50:14
reason  19:10
reasons  24:17
  26:21
rebuild  27:4
rebuilt  27:4
recognize
  18:14
recognized
  19:8
recommendation
s  30:4
record  18:5
  42:9 53:6
Red  36:8
  47:5,9,10
referring
  28:5
reform  27:9,
  13,14
reformation
  28:3
relationship
  49:4
relative
  53:7,9
relevant  20:5
remember  40:1
  46:25 47:2
  52:18
reminded
  42:25
repeat  49:23
  50:10
REPORTER  53:1
reporters
  34:14
representing
  38:8
republicans
  24:17

rerun  34:6
research
  30:17
residents
  19:17
resistance
  40:11
resources
  38:24
responsibility
  49:14
retweeted
  20:11
reveal  24:8
  35:18,22
revealed  23:6
  24:8 36:20
reveals  41:17
revelation
  26:6,16
revival  18:3
  24:22 28:1,2,
  3 52:3
riots  24:25
road  24:7,21
Robert  30:2,
  11
role  42:13
room  31:25
RPR  53:2,16
run  36:15
running  31:9
  36:13

————————

S

sad  23:20
sat  44:9
save  27:8,11
  35:13
saved  44:10
school's
  24:23
schools  25:2
  27:13 37:17

screen  26:18
Sea  36:8
  47:5,9,11
season  41:4
  50:11 51:7
seconds  50:7,
  24
security  30:1
  31:1,24
self-appointed
  46:12
sending  22:24
sends  32:16
sense  19:3
  43:22
September
  45:24
set  40:6
severely
  28:15
shaken  46:21
shakings  39:5
share  48:24
sharing  48:24
sheet  21:9
sheets  21:10
  26:13,18
  27:1,13 42:22
  49:24 50:10,
  17
shines  31:5
ship  34:14
shipping
  34:13
show  21:14
  23:5 38:20
  43:14 44:4
  52:21
showed  20:20
  29:20,21,22,
  24 44:4 46:2
  47:5
shown  45:7
shows  20:24
  21:2,4,6 22:6
  25:8

shut  20:11,12
side  28:1
sides  24:16
Sidney  20:6
sign  39:6
silent  40:10
silver  47:3
sin  27:9
sits  30:2
sitting  32:14
  36:23 43:5,8
  45:20
sleeping
  23:10
slow  36:11
  37:16
smart  21:23
smartest
  21:17
smash  23:10
smoking  30:17
  36:19
snarling
  32:20
soils  39:6
sold  49:11
Solomon  46:10
son  40:7
sounds  51:12
Sovereignty
  44:7,9
space  20:23
special  35:2
spent  21:18
spinning  37:1
spirit  45:2
  46:9
spite  37:5
spoke  43:12
stand  34:25
  37:13 39:12
  40:5 41:12
  46:15,16
standing
  34:24 38:7,9
  46:16

start   29:12
  46:4 50:21
starts   27:9
state   28:11
  45:9
states   19:14
  37:3 39:7
  40:16 41:1
stay   39:2,20
  41:14 48:11
  51:10
stayed   26:24
steal   47:21
stenographic
  53:6
stenographical
ly   53:3
stepped   47:9
stick   34:22
  37:13
stimulus   47:2
stolen   38:10
  41:2
stop   18:24
  37:3 47:13
stores   34:3
story   33:1
  37:8
stripped   40:2
STROMBERG
  53:2,16
strong   39:2
  51:10
studied   43:18
stuff   20:10
  21:3 23:5
  24:16,18,20
  29:1,22 30:16
  32:1 37:10
  51:24
succumbed
  23:15
sudden   31:21
sue   22:23,24
  23:4 33:25
summer   25:1

support   34:22
  35:5 41:13
supposed
  41:19

_____

**T**

taking   37:17,
  25 40:12
talk   22:22
  23:7 33:11,
  12,13 35:24
  36:8
talked   27:23
  29:25 42:14
  46:2
talking
  24:14,15
  27:16 29:12
  35:21 42:8,24
  45:19
talks   27:25
Taste   51:5
tax   49:15
teach   44:17
technical
  26:1
technology
  28:21
telescopic
  31:4
television
  49:21
telling   30:14
  33:23 49:24
tells   30:25
terrible   36:4
terrified
  40:1
text   37:25
thing   19:7,21
  22:9,14 30:6,
  7 31:8 32:18
  33:15,25 37:1
  44:3 47:14,15
things   22:8
  27:1,5,10

28:17 29:3,5
  34:8 35:22
  36:1,4 43:13
  44:24
thinking
  36:13
thirdly   49:8
thirty   50:7
thought   19:9
  21:23 25:23
  37:20 42:17
threat   22:25
throw   42:20
time   19:21
  20:18,24,25
  23:19 24:5
  27:19 28:7,9
  29:2 30:1
  31:7 34:25
  35:19 37:12,
  13 43:24
  44:2,8,9,10,
  12,13,14,21
  45:1,25
  50:12,13
times   24:3
  25:8 43:10
timestamp
  20:22
timing   25:6
  26:5 40:16,
  17,18,19
  42:22 43:22
  45:3,20,22
tipped   36:21
today   20:15
  25:7 34:6
  37:25 48:16
told   27:3
  32:11 34:10
  43:14 50:2
tomorrow
  52:9,13,16
tonight
  35:12,13 42:9
  45:19 47:6
  51:25

top   30:5
torn   27:6
touched   28:2
  38:20
touching
  47:22
transcribe
  53:3
transcript
  53:5
transition
  36:11
translate
  43:25
traps   40:7
trolls   23:16
  34:5
Trouble   47:20
troubled
  47:19
true   37:8
  53:5
Trump   18:22
  19:20 24:11
  25:24 26:22
  27:20 28:11
  37:5 46:18
  48:8
Trump's   19:23
Trust   41:19
truth   33:6
  34:24 50:4
Tube   48:17,22
tuning   50:4
turn   37:1
  47:15
turning   36:23
Tweet   32:16
Twitter   20:9
  32:20 48:25

_____

**U**

understanding
  41:21 49:5
unfolding
  51:23

unintelligible
  25:25
United  39:7
  40:16 41:1
uproot  27:2
upstairs
  30:9,11,14
  31:22
USA  40:6

V

validated
  21:21,22
Verse  47:24
Victory  49:16
  52:20
view  24:21
Virginia  22:2
visitation
  40:19
vote  36:2
voted  19:15,
  16,24
votes  18:21
  19:1 21:7
  22:7 28:20
voting  19:10

W

wait  30:19,24
  33:8 42:20
  52:17
waited  26:21
  33:8 44:12
waiting  29:10
wake  37:20
Wallnau  52:11
wanted  28:23
wanting  18:8
warned  23:1,2
watch  39:4
  45:19,21 48:1
  51:6

watching
  18:6,7 49:22
ways  27:15
weary  45:14
  50:10
website  20:14
  34:20 48:14,
  19 50:18
  51:13
websites
  20:12
week  19:1
  22:5 28:13
weeks  33:21
  51:21,22
weep  40:21
weird  18:25
  19:18
wheels  47:25
White  21:14
  22:9 28:10
  29:1,7 30:13
  31:18 33:18
Whoa  23:2
whoo  36:9
wife  45:20
wild  52:11
win  36:25
  37:5
windfall  26:8
winds  39:4
wins  19:20
  24:11
wise  51:4
won  19:6,7
  26:22 29:14
  39:25
word  41:8
  42:24,25
  43:20,22
  49:1,13 50:9
  51:13
words  21:21
  48:6 50:6,11
  51:17
work  29:21

worked  44:13
world  22:22
  50:3
worried  24:2
wow  20:10,19
  21:8 36:1
wreck  23:11
write  31:17
wrong  28:15
  40:19 42:17
wrote  33:21

Y

year  44:6
years  43:5
  44:5,6
yesterday
  38:1