# Exhibit 305

File 12  War Room Pandemic My Pillow Movement
January 21, 2021

```
1

2

3

4                        File 12

5        WAR ROOM: Pandemic, The MyPillow Movement

6                      Jan. 21, 2021

7   https://pandemic.warroom.org/2021/01/21/ep-672-pandemic-

8   the-my-pillow-story-w-mike-j-lindell/.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              I N T E R V I E W

2                    * * *

3         STEVEN K. BANNON:  Okay.  We're live from the

4    Green Zone at what used to be our Nation's Capital.

5    Still troops here and the Military Times is reporting

6    that they may stay up to 30 days.  We know that they are

7    going to definitely, if they continue, to stay at least,

8    I think, until Saturday or Sunday.  For what reason, God

9    knows because we haven't been briefed by anybody, any

10   officials come out.  Stuff saying there's some icy

11   chatter out there.

12        You're in the War Room.  It is Thursday, the 21st

13   of January, the year of our Lord, 2021.  The podcast

14   over 30 million, making it one of the largest podcasts

15   in the world.  And of course, we just put it up.  We

16   don't actually do a podcast.  We just kinda of put it

17   up, afterwards.

18        We're LIVE on a radio nationwide, the John

19   Fredrick's Radio Network on Real America's Voice

20   nationwide up on the satellite and on cable, and we're

21   on every distribution platform.  We're going to talk

22   about that in a little while.

23        Before bringing our next guest, Mike Lindell,

24   I've got to ask -- Terry Schilling stunned me.  There's

25   what, 10 to 15 votes for this in the Republican Party in

1    the House.  I thought we've actually pulling Democrats.

2    I don't understand how radioactive this thing is.

3    What's going on?

4         RAHEEM:  And you may well pull some Democrats who

5    understand how radioactive this thing is, but Terry and

6    the American Principle's Project guys are probably the

7    best people out there.  It -- having their fingers on

8    the pulse of what's going on in terms of social

9    conservative stuff.  In terms, of family, policy,

10   especially been focusing on the transgender stuff for so

11   very long.

12        So when he says that there are 10 to 15

13   Republicans who may even be willing to pass this through

14   Congress, we better take that very, very seriously

15   indeed.  He's working on and a -- he just text me, he's

16   working on getting me a list right now.  We'll get that

17   list to the audience as soon as humanly possible.  And

18   of course, make our own inquiries to those Offices as to

19   whether or not they intend to support it.

20        STEVEN K. BANNON:  Okay.  This is one of things.

21   Remember, this is a divided government.  It's a dead tie

22   in the Senate.  Yes.  They got Kamala Harris, but you

23   can pull over Manchin.  You can pull over Tester, these

24   small state -- these red state Republican -- Democrats.

25        Also, in the House, this ought to be a dogfight

1  for every piece of Legislation.  Do not think we don't

2  have fight in there.  Also, with the other project we're

3  going to get to at the bottom of the hour is talk about

4  Liz Cheney, removing her from leadership as she led the

5  disgrace ten that stood up and voted for the impeachment

6  of President Trump with absolutely no due process.  No

7  witnesses.  No evidence.  Zero.

8        Just stood up there.  Hectoring him.  And Liz

9  Cheney, we know it's on fire out in Wyoming.  It's

10  actually kind of spread to the halls of Congress to

11  remove her from leadership.  We will get to that a

12  little later.

13        I wanna bring it now some of that Conservatives

14  don't need to -- to be told who he is.  Michael Lindell

15  has been at the forefront of not just supporting the

16  Conservative movement, supporting Conservative causes

17  and Conservative media, but more importantly, he really

18  took the fight on this election fraud and really stood

19  up -- and against -- and took -- took incoming.  And so

20  I want to make sure we go through the day to explain

21  exactly what that is.  Mike, briefly, I don't know if

22  all of our audience -- because our show is a global

23  show.  This is one the reasons the podcast is so -- so

24  big.

25        And this is loud Beijing.  It's old hundred names

1   in China.  It's working class people throughout the

2   world that support the Maga agenda our for Nationalist

3   population in their own countries, working class people,

4   middle-class people.  Your story is so amazing, and

5   particularly what you built, and what they're trying to

6   destroy because you stood up as a free man and wanted to

7   have your thoughts out there, your opinions out there.

8          Walk-through your story.  Briefly, how did you --

9   because I know you went through some tough times.  Walk

10  through where you've really come through in life.

11         MIKE LINDELL:  Well, I was an ex-addict.  I was

12  from everything from compulsive gambling to crack

13  cocaine, and God set me free on that on January 6th --

14  at -- January 16, 2009.  And at that point, I invented

15  MyPillow in 2004.  So I had these two tracks.

16         So I was a very functioning addict for a while in

17  the 80s and 90s, but then it turned into crack cocaine,

18  and it started bringing me down.  I pretty much had lost

19  everything, and people were taking stuff from me to that

20  was a lot of betrayal.  And but the -- when I came out

21  of addiction, I'm going, "What did I miss?"  I never

22  thought politics had to do with anything in my life.

23  That didn't affect me, but I looked around me, and my

24  friends were losing their homes.

25         There was a President giving money to an evil

1  Empire.  All these things have changed.  I'm going,

2  "What's going on here?"  Well, in the Summer of 2016,

3  Donald Trump reached out to me when he was a candidate

4  -- he was a then, candidate Donald Trump in a -- in a --

5  in a private meeting in New York City on August 15,

6  2016.

7          And when I met him, I walked in.  It was just him

8  and I.  We talked about bringing the jobs back because I

9  do -- I do -- make MyPillow here.  Right now, I have 200

10 -- 2,500 employees.  And he says, "I want to bring

11 manufacturing back to the U.S.," and I said, "You know,

12 I used to be a crack-cocaine addict," and I said, "I'm

13 gonna have this platform to help addiction and get

14 millions of people out of addiction."

15         He said, "I'll stop the drugs pouring in," but

16 this -- it was just an amazing conversation with him.

17 All the things he was gonna do, and I thought "Wow.

18 He's gonna be the greatest President ever."  There was

19 problem, solution, and it all sounded great.

20         I said, "Wow.  If he kept those promises, it

21 would be amazing."  But I went and talked to his

22 employees a lot that day, and they all said, "He's a

23 great leader.  He's done something for me personally.

24 He's a great boss."

25         So I kind of validated everything he had -- that

1   I just seen.  Well, I went back to my home state in

2   Minnesota, and I told -- told all the press and the

3   media that I was going to -- that I had a meeting with

4   Donald Trump, and -- and it was crickets.  Nobody said

5   anything.  And then, the attacks started coming.  They

6   called me a racist.  They called me everything.

7         And well, I knew I was on the right path then,

8   and I went all in, and I -- that's where I realize now

9   after two years of -- four years of battling the media

10  and battling crime and fighting for this country and

11  backing the greatest President that I believe that we've

12  ever had, and I --

13        STEVEN K. BANNON:  Mike.  Mike.

14        MIKE LINDELL:  It shows how important politics

15  are.

16        STEVEN K. BANNON:  Hang on one second.  I just

17  want to go back in time for something.  I want to talk

18  about building the company and what you built and the

19  employees and get back to the Trump part of it.

20        MIKE LINDELL:  Okay.

21        STEVEN K. BANNON:  You said you had a moment --

22  your life change on 16, January, 2009.  Could you share

23  with the audience what exactly that was, and how a guy

24  who -- who obviously started a business but was a

25  compulsive gambler, was a crack addict, was doing all

1   this.  What was that in that incident that changed your

2   life?

3        MIKE LINDELL:  Well, I knew if I waited one more

4   day, my calling would be gone.  My calling would be

5   gone.  I knew MyPillow was just a platform for God, and

6   that, you know, something big was gonna happen.  I had a

7   big calling on my life, and I even have the drug dealers

8   do an intervention on me at one point.

9        I could quickly tell that.  I was downtown

10  Minneapolis in Minnesota there, and -- and staying down

11  there.  I had a warrant out for my arrest, which I was

12  found innocent on later, but I came out of the room.

13  I've been up for two weeks with no sleep, and I came

14  out.  They said, "You're gonna -- we're cutting you off.

15  You've been up for two weeks, and you're not -- you're

16  not getting -- you're not buying any more crack."  And I

17  said, "What is this?  An intervention?"  They said,

18  "Call it what you want, Mike."

19        And I -- two of them left, and then one of them

20  fell asleep, by the time I was carpet farming for crack.

21  And I went down to the street in Minneapolis, and I

22  couldn't buy it anywhere.  They had completely shut me

23  out.  I came back upstairs, and this is what he said, he

24  goes, "You've been telling us for years that this

25  MyPillow thing is just a platform for God, and you're

1   gonna come back sometime when you quit, and you're going

2   to help us all out of this addiction world we're living

3   in."

4        And two of these guys are born again Christians

5   that work for me now.  So I had all that happen, but on

6   January 16, 2009, I prayed that I would be freed of the

7   desire.  I said, "Okay.  God, I want to be freed of the

8   desire, and I'll do this platform.  Whatever you got

9   planned for me, I'll give it all to you."  I woke up the

10  next day and the desire was gone.  I've never looked

11  back.

12       I went to -- I did go to a faith-based treatment

13  center from our church about two months later, and found

14  out why I was an addict in the first place.  But I --

15  you know, those were great seeds that were planted there

16  for me, and I ended up doing a full surrender to God, to

17  Jesus, on February 18, 2017, which -- so God's played a

18  huge role in where I'm out now.  I give it all to God,

19  as a matter fact.

20       And -- but I'll tell you, from that point on,

21  when I -- when I came out of addiction there, MyPillow

22  was just a little -- it was just a little blip on the

23  radar.

24       STEVEN K. BANNON:  Hang on.  Before I get to the

25  thing, I just got -- you're saying that it was your

1  dealers or the guys getting you crack that were also

2  addicts, you were so far gone, and so over the top, that

3  they actually did the intervention for you to say, "Hey,

4  you got to stop this, or you're gonna be gone."  And two

5  of those guys are now born again Christians and work

6  with you?

7       MIKE LINDELL:  Yes.  That's right.  And you got

8  to realize that I would tell him them this all the time

9  that, "You guys I have this calling."  And I said -- and

10  I would -- I would talk about the book -- or books in

11  the Bible I read about when I was in jail, I would tell

12  all my friends all the time, including the dealers.  So

13  I was like their hope.

14       They really believed me.  When I talked, I was so

15  transparent all the time, I still am, and they really

16  believed me.  So their -- I was like their hope.  And

17  "Mike, if you can't get out of this, you know, we need

18  your -- we know -- we need -- we need somebody to lead

19  us out of this."  So to speak.  And right now I have

20  this Linda Recovery Network that's going to be like this

21  huge platform that's helping millions get out of

22  addiction now.

23       STEVEN K. BANNON:  Your prayers -- I just wanna

24  make sure.  You -- you had been compulsive gambler.  You

25  were a compulsive crack -- you know, crack cocaine, all

1  of it.  And through prayer, that burning desire that

2  it's -- it's -- it's -- it's so overwhelming to so many

3  people in the nation, to so many people throughout the

4  world to --

5       MIKE LINDELL:  Right.

6       STEVEN K. BANNON:  -- because of their own human

7  willpower.  You're saying that through prayer that you

8  just woke up one day and that desire was totally gone?

9       MIKE LINDELL:  The desire was gone, but let me

10  tell you.  I wanna be -- I wanna be clear here.  When --

11  I did go back to -- two months later, I went to a

12  faith-based treatment center, and I kind of -- I wanted

13  to find out why I was an addict in the first place, if

14  there was an answer to that.  Here's what I know now,

15  you know, I -- from childhood, people get wounds, they

16  get trauma, fatherlessness.

17       My parents divorced when I was seven years old,

18  and -- back when divorces weren't common.  So I got put

19  into a school where I was the only kid from a broken

20  home.  So I felt like an outcast.  I felt like I didn't

21  fit in.  I was very shy.  I couldn't talk to people.

22       I would show off to fit in, and I would say,

23  "Hey, watch me jump out the school bus window."  And do

24  things either one extreme to another, and to try to fit

25  in.  I think that's the common thing here is people --

1   you know, we get false -- you know, drugs and

2   addictions, I don't care what it is, they mask pain.

3   They give us false courage.  All these things that

4   addictions do to -- it just is a cover-up.

5        Fear of rejection.  If you don't talk to people,

6   you don't get rejected, and -- I -- I really believe

7   that the key to this is God, is Jesus.  And that's what

8   worked.  If you look at faith-based treatment centers,

9   they are -- they work 80% percent and above.  Secular

10  treatment center's 5% and below, and that's fact.  You

11  can't lie on that.

12        STEVEN K. BANNON:  Real quick -- real quickly.

13  We got two minutes in this segment.  Just give us an

14  update on the recovery network.  What it -- tells us

15  what your recovery -- we got two minutes.  What's your

16  recovery network?  How can people find out about it?

17        MIKE LINDELL:  It's the -- it's the

18  LindaRecoveryNetwork.org or dot com, either one.  But

19  what it is, you go there, and there's still pieces

20  because I kind of fell behind with it because I focused

21  on this election fraud for the last couple months.  It's

22  out there in a way right now.  You can go there, and

23  what it is, it's going to get you -- it's a commonality

24  of hope.  You'll see -- you'll see other people there,

25  and that's your hope match.  I call them a "hope match."

1        You know, one of the things that happened to me,

2    my friend came to me in 2008 before I quit, and he was

3    -- we had -- we had everything in common.  We had -- we

4    had both started cocaine an the same (inaudible).  Went

5    to crack, but he had been set free four years earlier,

6    and -- and by God.  And I asked him, I said, "Dick, is

7    it boring?"  And he said, "No, man it ain't boring."

8        So we have this commonality.  I kind of used that

9    premise to -- on my Linda Recovery Network, and used

10   things that are already in place around our country,

11   which is the best places to get help.  The best place --

12   I have the best online help, and the best involving our

13   churches where they're even offering help.  So it's an

14   amazing network, and it's gonna keep growing and growing

15   when I get back to it, but, you know, there's no one

16   better person to guide that than somebody that's been

17   there.  I've been there.  And other addicts have been

18   there, you know?

19       STEVEN K. BANNON:  Mike, hang on for one second.

20   We're going to take a short commercial break and we're

21   going to come back with Mike Lindell, an amazing story.

22   An American original, Mike Lindell, the CEO of MyPillow,

23   and his story is absolute incredible.  We're going to

24   take a short commercial break.  In fact, you may see on

25   the Real America's voice, a MyPillow ad or two.

1          RAHEEM:  I have one.  I love my mine, honestly.

2          STEVEN K. BANNON:  It's changed Raheem's life.

3          RAHEEM:  It has.

4          STEVEN K. BANNON:  Take a short commercial break.

5     We will be back with Mike Lindell, CEO of MyPillow, in a

6     minute.

7          (Commercial break was taken.)

8          STEVEN K. BANNON:  Welcome back as we get

9     positioned for the great fight and the great work ahead.

10    We've got on -- we're honored to have on an American

11    original, Mike Lindell.  A great patriot, but the CEO of

12    MyPillow, and what an amazing story.

13         Raheem, are you going to give testimony?

14         RAHEEM:  Yeah.  I have to say.  I've been here in

15    this country for about five years, and I was -- I think

16    it was a Target or something.  I was -- when I was first

17    furnishing my makeshift apartment down in the Navy Yard,

18    you know, the day off to Steven K. Bannon calls you and

19    says, "Hey, I need you to stay in town."  "Hey, why is

20    that, Steve?"  "I can't tell you.  You will find out in

21    the front page the New York Times tomorrow."

22         And so I had to furnish this apartment.  I go

23    down to Target, and I'm buying all the sheets, and

24    everything for the bed, and there's an "As Seen On TV"

25    section, and I'm always a sucker for American

1  infomercials.  I find them amazing.  You know, remember

2  all that, kind of -- you know, the non-stick pans and

3  all that.  I loved watching as a kid.  I thought it was

4  hilarious.  Just extremely American.

5       And "As Seen On TV" in the store was this boxed

6  pillow.  And I think it had a little cut out or

7  something in it, and I felt it.  I was like, "Wow.  This

8  feels like a pillow I used to sleep on as a kid," and I

9  haven't been able to find something like that for so

10 very long.  So personal testimony, and people think,

11 "Oh, yeah.  You're just saying this because Michael

12 Lindell is a Conservative."  I have no idea who the guy

13 was or what MyPillow was at the time.

14      STEVEN K. BANNON:  Right.

15      RAHEEM:  And I love my MyPillow.

16      STEVEN K. BANNON:  The reason I wanted that story

17 on there, Mike Lindell, the story he told about seeing

18 Trump for the first time, is the day that I took over

19 the campaign as CEO, and that's the day -- the night

20 before I called Raheem, I said, "You're not going back

21 to London."

22      RAHEEM:  Yeah.

23      STEVEN K. BANNON:  "You will read about it in the

24 New York Times the next day," which I now said -- I want

25 to go back to Mike.  So Mike, I'm a big name and kind of

1   critical path, and dates.  On 16, January, you made a

2   fundamental change in your life by turning your life

3   over to God and praying about your addiction, and your

4   desire went away.

5        What I love about to story, the intervention by

6   his drug dealers.  Right?  Guys up for two weeks.  The

7   drug dealers -- he's so over the top, the drug dealer's

8   got to do the intervention.  But then, you said you

9   turned your life over to Christ in 18, February of 2017.

10       Now, that is what?  Eight years.  What happened

11  -- what's the difference -- what the difference what

12  happened in '09 versus '18?  What happened in those

13  eight years?  What commitment did you make in '17 that

14  was different, and how has that changed your life?

15       MIKE LINDELL:  Well, I -- like, I got to -- this

16  will take a couple minutes to tell you.

17       STEVEN K. BANNON:  Go ahead.

18       MIKE LINDELL:  But here's what happened, when I

19  -- I -- when I -- on January 16, 2009, I asked God to

20  free me of the desire.  Now, I always believed in God,

21  and I would always pray, you know, when things were bad.

22  "God, please, get me out of this.  Please, get me out of

23  this."

24       I think people are always praying when times are

25  bad, and they're not reaching out when times are good.

1  You're not reaching out.  Well, I -- when I woke up and

2  the desire was gone, then I told you a couple months

3  later I went to our church, and I -- these seeds were

4  planted there.  They were talking about -- you know,

5  talking about God there, and talking about Jesus, and --

6  but they were just seeds planted.

7        Well, then I spent two years getting my company

8  back.  This was just home shows and fairs.  And then, I

9  went to do an infomercial, and this is part of the

10 story.  I said, "You know what?  If no one will take us,

11 if no box stores, nobody will take us, no shopping

12 channels --" I told my friends and family, "-- let's all

13 pool our money in, and we're going to do an

14 informercial, the biggest one in the world."

15       You know, and they all -- everybody there, and my

16 kids, everybody put in all the money they had, and we

17 went to film this informercial, and everybody said, "Oh,

18 it can't be done.  It's not gonna work.  You need an

19 actor," and all this.  And the night before we went to

20 film this, this producer came into town from California,

21 and he -- we were doing our reads, and he said -- he

22 text the other guy.  He said, "This is the worst guy

23 I've ever seen.  He'll never make it on TV."

24       The next -- the next day we went to film, and I

25 was scared to death of the audience, you know?  I was

1  scared to death.  We did -- we did -- one -- one line

2  took like an hour, and I said, "Can we just get rid of

3  the Teleprompter.  I want to make it real, and I just

4  want to talk and do it my way."

5        And we did that, and it aired October 7th, 2011

6  in the middle the night.  I had nothing left to give in

7  the world.  I was living in my sisters basement.  I had

8  10 employees at that time and 40 days later, after that

9  aired, I had 500 employees.

10       STEVEN K. BANNON:  Wow.

11       MIKE LINDELL:  Okay.  It just exploded.  Now, I

12  took in all this money.  It was tens of millions of

13  dollars, but after six months, I was -- I was millions

14  of dollars in debt, and so -- because of all this stuff,

15  and you know I -- but I learned so much from that.  I

16  took everything in-house.

17       I guess it was by the Summer of '14.  By the

18  Summer of '14, I -- I met this gal.  We were two days of

19  going under.  We were $6 million dollars in debt.  I

20  didn't have any -- I don't have credit.  Here's the next

21  crack addict.  I had nothing.  I'm going, "What went

22  wrong?"

23       Well, we prayed, and she prayed, and I -- we

24  brought everything in-house then.  And I started doing

25  it my way and with her power of prayer.  But I noticed

1  she had something I didn't have.  She kept saying, you

2  know, "Do you have a personal relationship with Jesus?"

3  And I'm going, "Yeah.  I believe in God.  I believe in

4  God.  I always wear my cross on TV."

5       And -- and anyway, you take that, and now I'm

6  going to tell you from that point on, in my book, it's

7  called "What Are The Odds.  From Crack Addict to CEO,"

8  in my life, I would -- for me, for God exists, I would

9  say -- I'd use mathematics saying, "Wow.  This is a one

10  in a million," or "This is one in a billion," or "This

11  is impossible."  And I would add them together and go,

12  "When does it become a miracle?"

13       Well, for me, at this -- I would get myself in a

14  bind like getting on a trip in Mexico, and I'm getting

15  my head cut off by the Cartel or something crazy would

16  be going on, and -- or, you know, I would get out of a

17  situation and God protected me.  Well then, she kept

18  saying like -- and I knew she had something I didn't

19  have with his personal relationship.

20       Well, then things started happening, and -- that

21  doesn't happen to anyone.  This was like a Summer -- I

22  had a dream that I would be with Donald Trump in a room,

23  and this very vivid dream, and then he -- and then he

24  announces he's running for President.  Well, things

25  started happening to me, including that meeting with

1   him, in August 15, 2016.

2           But up to that point, I would like -- I'll give

3   an example.  I went to the national prayer breakfast,

4   and I was picked out of 12 people to pray with Ben

5   Carson in a room.  The odds of that were incredible.

6   Here, I'm sitting over here.  I don't want to be called

7   on, you know, and it was -- but the -- things kept

8   happening.

9           I'm going, you know, "What are the odds of this?

10  What are the odds of this?"  Of course then, the

11  President -- or Donald Trump wins the election.  Now, I

12  -- I walked into the White House for the first time, and

13  I said, "Who's sitting here?"  He said, the President

14  is.  Now, all my friends see me on TV and they're going

15  -- it goes National, and they go, "What is this crack

16  head doing on TV -- this x-crack head sitting next to

17  the President?"

18          Jesus has to be real because with -- you know,

19  there is no way this is possible without divine

20  intervention.  So what I'm saying is, things starting

21  happening to me, Steve, that I'm going this can only be

22  of God because this -- you know, starting to put this --

23  this calling of mine into place.  And I went into -- on

24  January -- or on February of '17 -- February 18th, of

25  2017, I went in.  It was called Operation Restore

 1  Warrior.  I'm not a veteran, but I was invited there.

 2  Another divine appointment, and I get there, and I went

 3  in there, and I was praying that I would come out with

 4  what Kendra had, this relationship.

 5       And on the second day there, on February 18,

 6  2017, I got on my knees, and I did a full surrender to

 7  Jesus Christ.  And when I did that, it was like this

 8  pressure.  It was like a peace lifted up to me where no

 9  -- and there was no fear now anymore.  There was -- I

10  had forgave myself for stuff I had done in the past

11  because he had forgiven me.

12       When he -- you know, on the -- died on the cross,

13  but it was just the most amazing thing I've ever felt,

14  and -- and now, when I got out of there, it was -- now,

15  I felt I could go out and speak out for Jesus like I had

16  a pillow.  And this -- this was a conformation.  Two

17  months later, at the U.S. Bank Stadium in Minneapolis

18  where the Super Bowl had been, I -- there was 50,000

19  millennials there, and I had to tell my story in 5

20  minutes.  They were interviewing me.

21       And -- and then, I had to lead them all in

22  prayer.  I didn't even know what I doing.  And I'm going

23  -- but the Lord led me, and about two weeks after that,

24  my granddaughter and I were at this amusement park in

25  Minnesota, and all these kids, these millennials, were

 1  coming up to me in these -- 20 and 30 year old and these

 2  teenagers coming up, "Your story, I found Jesus.  Your

 3  story, your -- when you told your story, it meant so

 4  much," and -- and finally my granddaughter goes, "He's

 5  my grandpa, and we need to go on rides now."

 6         And -- but the -- but the point of that story

 7  there is I knew I was on the right path then because it

 8  had -- you know, it was their hope, and it was -- it

 9  was, you know -- it -- I was set free.  Like, right now,

10  it gives me the strength, like everything I do.  I want

11  to tell people out there, once you get that

12  relationship, everyone's out there praying right now,

13  and they go, "Oh some of my prayers aren't answered."

14  Well, it might not be God's will.  So where is God's

15  will?

16         God's will is in the word.  And if you get back

17  in the word, you know, and you find that personal

18  relationship, you don't have to worry about it.  You

19  don't have to worry.  You don't have this worry.  You

20  give it to the -- you give it to God.  And that's where

21  I'm at, and it was such an amazing -- I needed that for

22  the strength that now -- you know, it's almost like it

23  was made for such a time as this where -- where it was

24  like perfect -- God's perfect timing.

25         But the -- but what I'm saying is all my life,

1   that led up, where I kept saying, "Wow.  This has to be

2   a divine appointment.  This has to be God."  Well, what

3   happened the last -- from you know -- from 2015, up

4   until I sort of full surrender, those things were

5   impossible.  I mean, I didn't even think I'd be able to

6   even be within two towns of these D.C. because of my

7   past.

8          And here I'm in the -- you know, at that time in

9   the -- in the White House and being able to -- my

10  calling.  And then, here's another thing.  For my

11  calling to be Evangelism.  That's where to go out and

12  speak to huge crowds.  Here's a guy that couldn't even

13  talk, Steve, that was, you know, fear of rejection, some

14  shy guy, and how he goes out and puts it right out

15  there, right?

16         STEVEN K. BANNON:  Mike, can you hang out?  We'd

17  love to keep you for another segment if possible.  I

18  know you're pressed for time, but we'd love to keep you

19  on.

20         MIKE LINDELL:  Yeah.  Yeah.

21         STEVEN K. BANNON:  Okay.  Short commercial break.

22         MIKE LINDELL:  Yeah.

23         STEVEN K. BANNON:  Mike Lindell's road to

24  Damascus that set him up for a testing.  That testing is

25  now, as they try to destroy him and his company.  We're

1    going to return in just a minute with Mike Lindell, the

2    CEO of MyPillow, who's under attack by all the forces of

3    the left and in a concentrated effort to destroy

4    everything that he has built up, and everything that he

5    has dedicated to this country.  We will return in War

6    Room Pandemic in just a second.

7              (Commercial break was taken.)

8              STEVEN K. BANNON:  Okay.  We've got Mike Lindell,

9    the CEO of MyPillow.  I thought it was very important

10   today to be able to lay the predicate.  I think a lot of

11   people in this country don't really know who Mike

12   Lindell is, and what he's gone through.  We've talked

13   about his road to Damascus.

14             So for turning over his life to -- to God.  And

15   then, really to direct personal relationship with the

16   savior Jesus Christ.  That prepared him for a time for

17   testing, and there's a time for testing because they've

18   identified Mike Lindell right back at Donald Trump as

19   public enemy number one.  So Mike, tell us -- I want to

20   go back to the start of MyPillow.

21             I want people to understand what you've actually

22   -- today they see it everywhere.  They see this, you

23   know, massive organization.  You're on all TV.  You're

24   doing these informercials.

25             They've gotten very sophisticated.  They go on,

1  you know, every store, used to go on every big box and

2  see it there.  So it's some huge cooperation.  How did

3  MyPillow start, and how many times are you on the brink

4  of financial catastrophe?

5        MIKE LINDELL:  A lot.  Okay.  I've -- I invented

6  MyPillow in 2004.  It took over a year to invent.  And

7  when you say, "How did you invent a pillow?"  Well, back

8  then, I mean, I -- a pillows didn't work for me.  They'd

9  either go too high or too low.  I'd use my arms to fold

10  pillows, stack them.

11        So I saw it -- it was kind of to solve a problem

12  that I -- that I, personally, had.  I had asked other

13  people.  They had the same problem.  So I spent over a

14  year.  I wanted it to have everything you ever wanted in

15  a pillow.

16        (Inaudible) wash and dry it.  Ten year warranty.

17  All these things, and my friends laughed at me.  They

18  go, "Mike's going to get an patten on a pillow."  And --

19  and -- well, I did get that patten, but it -- after the

20  year was up, I had no money left.  I had nothing left.

21        I had four little kids and -- and I guess 12

22  years and under, and my son and I, every day we would

23  tear foam and stuff and fly it around the neighborhood,

24  but I -- when I finally had this pillow invented, I went

25  everywhere, and I said, "How many do you want?"

1       I went to the box stores.  Went to shop retails,

2  and nobody would take me.  It was a complete shut out.

3  So I ended up doing -- someone said, "Mike, why don't

4  you do kiosk."  I said, "How do you spell that?"

5       I didn't know what a kiosk was, and we did a

6  kiosk, and that actually failed because I couldn't

7  actually talk to the people because I -- I also had a

8  parallel track of being on drugs.  And so when I was

9  there, I leave straight, but I was very -- very shy when

10  I was straight.  I didn't have that -- you know, that --

11  those things to mask what it was down, the fear of

12  rejection.

13       Well, then, someone at the -- that January, a guy

14  called me up that had bought one pillow from that show.

15  I'd only sold about 20 from that whole kiosk, and he

16  said, "Are you the guy that invented this pillow here in

17  Minnesota?"  I said, "Yes."  And he said, "Well, it

18  changed my life.  I run the Minneapolis Home and Garden

19  Show.  Would you like a spot in here?"  And I said,

20  Sure."  You know, I had no money left, nothing left.

21       Went into that show, and I set up a table, and I

22  completely did my own thing.  I set up behind me a

23  "Guaranteed the most comfortable pillow you've ever

24  owned," and that day, I sold like 20 pillows,

25  MyPillow's.  And the next day, it was up a phenomenon.

1   All the people that bought one, paid to get back in the

2   show, and they came up to me and told me how, "Wow.

3   It's the best sleep ever."  And all this, but it wasn't

4   about the money.  It made me feel good inside.  It made

5   me feel that I had helped these people.

6        And then, right then, I was just kind of hooked

7   on that feeling.  And I did shows and fairs for the next

8   six or seven years.  And then, you heard earlier in the

9   show when I was -- I lost a 20-year marriage because of

10  addiction.  I lost a betrayal.  People were trying to

11  take this little company that it was, and all this

12  betrayal.

13       It was just -- it was like, I can't even describe

14  all the -- if you read my book, you're going, "Wow."

15  You know, all these people attacking me.  Well, the --

16  the pillow company was just shows and fairs.  It was

17  like a little blip on the radar all the time.

18       And then, if you heard earlier in the show, on

19  January 16, 2009, where I quit my additions forever, and

20  -- and then, I spent time just getting that pillow --

21  you know, getting the shows back and getting the shows

22  back, fairs and home shows.  And then, it led up to that

23  informercial I told you about.

24       And when I did that, it just exploded.  There was

25  such a need for -- for this product, and it made -- I do

1   all my own manufacturing.  And, you know, when it

2   exploded, when I went from 10 employees to 500 in -- in

3   2011, and it -- and I did it for what 40 days, all I

4   wanted to do is keep making pillows.  Keep making

5   pillows.  And I wasn't looking at bottom line.  I

6   trusted companies.  Made a deal with them, "Is this the

7   best price you can give me on my patented foam?  Is this

8   the best price you can give me on shipping."

9        And -- and we -- it -- people, I was hiring them

10  off the street.  They go, "Mike, you need to be a CEO."

11  I go, "What do I want to be a CEO for?"  I said, "You

12  know, don't they just take money?"  I didn't know what

13  a -- you know, anything about that kind of corporate

14  business.

15       And they go, "We need a HR department."  I go,

16  "That's sounds horrible."  I mean, they go, "We need --

17  we need a corporate attorney."  I said, "That even

18  sounds worse."  You know?

19       And but we made these pillows, and, you know --

20  and it just -- it exploded, and I learned so much from

21  the -- from the failures of 2012 when we exploded, and I

22  took it all in-house like an entrepreneur, and I took --

23  I took each thing out.  Like, you know, this customer's

24  -- what if this customer was my only customer?  What if

25  this store -- what if this radio station was my only

1   station?  What if this employee was my only employee?

2        And -- and when that -- that sort of atmosphere,

3   -- and it's worked for us.  And to date now, we've sold

4   54 million MyPillows, and we are up to 110 products.

5   You know, the box stores then, they all did come

6   calling.  And they all jumped on board because I have an

7   -- I have an -- it's kind of an anomaly.

8        We're on TV.  The commercials that -- we do all

9   of our own commercials.  We do all of our own marketing.

10  We do everything in-house, and we could -- and people

11  like what's truthful and real.  And these commercials --

12  a lot of them I ad-lib.  We just ad-lib, and it's --

13  people, they see that it's real.  They are real.  And --

14       STEVEN K. BANNON:  Today --

15       MIKE LINDELL:  -- it's worked for us.  It's

16  worked.

17       STEVEN K. BANNON:  You got 54 million pillows you

18  sold.  Now, 110 products.  You were in all the big box,

19  before this thing with Trump at the end started, 2500

20  employees.  American --

21       MIKE LINDELL:  Right.

22       STEVEN K. BANNON:  -- manufacturing.  Good, high

23  paying jobs, American jobs.

24       MIKE LINDELL:  Yep.

25       STEVEN K. BANNON:  Tell -- tell us about the

1  attacks on you today and the epic times.  We love the

2  epic times.  Go to the epic times.  You got an amazing

3  interview with Mike Lindell.  That's what's got me so

4  inspired to do this.

5      MIKE LINDELL:  Right.

6      STEVEN K. BANNON:  Tell us about this organized

7  attempt to destroy you, personally, and to destroy this

8  great company you've built, that's an American success

9  story, and has so many good, high paying jobs for folks.

10     MIKE LINDELL:  Right.  Well, just I'm going to

11 only backtrack a little bit.  On November 4th, I -- I

12 stayed up all night, and I knew there was something

13 wrong with this election.  I look at deviations every

14 day with all my radio stations, TV stations.

15     If one of them does $2,000 dollars that normally

16 does $20,000, I find out why it happened.  How it

17 happened.  Because the input had to change to make that

18 happen.  Well, from November 4th on, all I did was

19 concentrate on my own investigations.

20     I put in millions of dollars to help find this

21 election fraud.  Well, about 12 days ago, this new

22 evidence came out that it was all done through these

23 machines that the -- that was the biggest cheat, the

24 biggest steal.  So I went very public on -- on --

25 against Dominion, against these machines.

```
 1          STEVEN K. BANNON:  But -- but -- but, hang --
 2   hang on.  I want to make sure because I haven't been a
 3   machine -- we haven't been a machine guy, but I want to
 4   make sure, and you're saying -- and I just want to get
 5   this out -- you've got, you think, independent evidence
 6   that you've come up with that you can sit down, and you
 7   can defend yourself, and you can defend yourself against
 8   lawsuits, or if you need to go this and argue at the
 9   Senate, you're highly confident being a very
10   sophisticated business guy, walking through mathematics
11   all the time -- because when you're doing these
12   informercials, it's all driven by the math, right?
13   You're -- you're -- you're highly --
14          MIKE LINDELL:  That's right.
15          STEVEN K. BANNON:  -- confidant.  You're highly
16   confidant and advisors that advise, you're highly
17   confident that this could stand up the withering assault
18   that Dominion's already put out a billion dollar
19   lawsuit, but that you're -- that you're highly confidant
20   with your knowledge and other knowledge of cyber
21   experts, and all these other kind of guys that you can
22   stand up independently and -- and -- and take on a
23   Dominion lawsuit.  Is that what I'm hearing?
24          MIKE LINDELL:  100 percent.  I told the
25   President, I would take everything I have in this world
```

1   to put it all on the line.  I had a cyber --

2        STEVEN K. BANNON:  Well, you are.  But by the way

3   --

4        MIKE LINDELL:  (Inaudible).

5        STEVEN K. BANNON:  Note -- note -- note to

6   self -- note to self, you are putting it all on the

7   line.  I mean, the organized left -- the organized

8   left -- look.  Make -- make sure we understand

9   something.  The organized left is very smart.  They're

10  very cunning, right?  They're not good people, but there

11  very smart.

12        MIKE LINDELL:  Right.

13        STEVEN K. BANNON:  And they're very cunning.  And

14  they are have you in the gun sights right now.  Okay.

15  You have to understand, they have you in the gun sight.

16        MIKE LINDELL:  Right.

17        STEVEN K. BANNON:  And when you say "I am

18  prepared to bet."  Hey, you are -- you have bet.

19  Because, you know --

20        MIKE LINDELL:  No.  I have bet.  You're right.

21  You're right, Steve.

22        STEVEN K. BANNON:  So I --

23        MIKE LINDELL:  You're right.

24        STEVEN K. BANNON:  This is not the time or venue

25  for us to get into detail.  We want to have you back and

1   you can make your case.

2          MIKE LINDELL:  Right.

3          STEVEN K. BANNON:  That can back it up because

4   you're not --

5          MIKE LINDELL:  Right.

6          STEVEN K. BANNON:  This is not some country

7   bumpkin.  This guy lives in the informercial world and

8   is driven by a hard set of mathematics as both art and

9   science.  You picked to do that.  So Lindell, it comes

10  to that, and I know he's got cyber exerts outside, and

11  you will have time to do that, but the reaction from

12  that has been -- because they understand that you may be

13  the key that picks the lock because they see you're

14  advertised all over everywhere, and you're out there.

15  Now, you're --

16         MIKE LINDELL:  Right.

17         STEVEN K. BANNON:  Now, you're addiment about

18  this.  Walk me through what they did particularly in the

19  big box, not the informercial part, but in the big box,

20  which was what?  A third of the business?  What they

21  tried to do.

22         MIKE LINDELL:  Okay.  Okay.  And I just want to

23  say one thing.  There's other people that I -- that I

24  have.  I didn't -- I just validated what they -- what

25  was already getting out there.  About three weeks -- two

1   weeks ago, this new evidence from this other -- these --

2   it's a completely separate thing, and I looked at the

3   evidence, and I have --

4         STEVEN K. BANNON:  Yeah.  But you say -- hang on

5   a second.  But you say new evidence, all-- all the --

6   all your cohorts in that to be brutally frank have --

7   all -- ever since Dominion started dropping lawsuits all

8   over the place, it's nothing but crickets.  All --

9         MIKE LINDELL:  Right.

10        STEVEN K. BANNON:  -- I see -- hang on.  All I

11  see --

12        MIKE LINDELL:  Go ahead.  Go ahead.

13        STEVEN K. BANNON:  All I see are apologies on

14  FOX.  All I see apologies from these other things.  I

15  see these bizarre videos they put it.  Hey, listen.  We

16  have not had Dominion on for a reason.  I can say it's a

17  free option, but it takes an enormous investigative

18  apparatus.

19        It's an enormously complicated issue.  It takes

20  -- and that's why we never profiled it.

21        MIKE LINDELL:  Right.

22        STEVEN K. BANNON:  We went to the low-hanging

23  fruit where President Trump can make his case, and must

24  make his case at the Senate.  The other ones, I'm not

25  saying -- I can't know -- I just don't know enough.  I

1   know enough to know what I don't know.

2          MIKE LINDELL:  Right.

3          STEVEN K. BANNON:  And that's why we never

4   promoted it, but all your cohorts, brother Lindell, have

5   gone amazingly crickets.

6          MIKE LINDELL:  Right.

7          STEVEN K. BANNON:  And the reason is when

8   Dominion starts dropping lawsuits --

9          MIKE LINDELL:  Right.

10         STEVEN K. BANNON:  Which you would think, and you

11  call them out and say, "Hey, brothers, you are gonna

12  give me a lawsuit, I get discovery.  And that's what I'm

13  gonna find."  All the other guys had discovery --

14         MIKE LINDELL:  Yeah.

15         STEVEN K. BANNON:  All the other guys had

16  discovery too, and listen, people got to remember, I'm

17  not a huge fan of the Murdoch's, but the New York Post

18  put up the hard drive from hell of Hunter Biden because

19  they did the research.  They had their lawyers.  They

20  know how to handle lawsuits.  They had the courage to

21  put that out there, understanding they we're going to be

22  attacked.

23         MIKE LINDELL:  Right.

24         STEVEN K. BANNON:  And they were, but they had

25  done the legal work and the investigative work to have

1  have the guts to do it.  Now, that same group, and not

2  the post, but the FOX, had bizarre videos put into Judge

3  Jeanine.  Bizarre videos put into Lou Dobbs.  Bizarre

4  videos, I think, in Maria Bartiromo and others, that

5  kind of said, "Hey, we didn't say anything about

6  Smartmatic or -- or -- or -- or Dominion."

7       So all of your cohorts, this is not the time to

8  litigate this, but I'm just saying, you got Mike Lindell

9  out there --

10      MIKE LINDELL:  Right.  Right.  Right.

11      STEVEN K. BANNON:  The reason, brother, that

12  you're the center of the attack, you're still the one

13  out there that's not backing down.  The other guys have

14  gone to ground.

15      MIKE LINDELL:  Right.  Right.  I will never back

16  down because this is what we'll -- this is the whole

17  smoking gun and the whole of everything, and it also --

18  we can't ever use machines again in the future, ever.

19  So this is twofold.  And I'm telling you when I did

20  this -- here's what happened.  I did this.  Dominion had

21  sent me a letter three weeks ago or two-and-a-half weeks

22  ago, and it wasn't to threaten a lawsuit.  It said, "You

23  have been warned."

24      It sounded like a the old mafia days when I used

25  to bet football.  And -- and anyway, so they come.  You

1  know, so I'm going, "Oh, boy.  I want you to sue me."

2      So they -- so they dropped this bomb on national

3  TV that we're going after Mike Lindell, and they dropped

4  it in the media.  Now, all these box stores -- now, all

5  the -- these things like Sleeping Giant, they went into

6  -- the left went into a full -- one of the biggest ever.

7  They're even reaching my vendors over in Australia, New

8  Zealand, England.

9      They've all called me yesterday.  They're all

10  under attack.  Now, these box stores succumb to that.  I

11  mean, there is at least a list of eight of them now.

12      STEVEN K. BANNON:  Mike -- Mike, can I -- can I

13  -- can you hold on for one second?  A short commercial

14  break.  We got to finish up the show.  We got to --

15      RAHEEM:  We got to play a commercial.

16      MIKE LINDELL:  Sure.

17      STEVEN K. BANNON:  -- we got to keep you on.

18  Mike Lindell, I don't even know how to describe him, the

19  honey badge -- this is -- you know, this has got to be

20  inspired by the Holy Spirit is the thing that I can say.

21  This is -- this is a man of the Spirit, the Road to

22  Damascus.  His time of testing.  Mike Lindell, they're

23  going to try to destroy Mike Lindell and MyPillow.

24      RAHEEM:  The guy makes a pillow, but you can't

25  catch him asleep.

1        STEVEN K. BANNON:  Very good.  I love Raheem.

2   Okay.  We're going to take a short break.  We're going

3   to come back with Mike Lindell on the -- on the work to

4   destroy him and his company next.

5        (Commercial break was taken.)

6        STEVEN K. BANNON:  It is a time of it testing of

7   the Maga movement.  It's a time of testing of America

8   first.  It is a time of testing for every person in this

9   audience that believes in this Constitutional Republic

10  and believes they have an obligation.  An obligation to

11  God to pass this on and bequeath it to future

12  generations as it was bequeathed to us.

13       It is a time of testing of Donald J. Trump, the

14  45th President of the United States, and it is now a

15  time of testing for Mike Lindell who's been at the

16  forefront of this movement.

17       So Mike, I want to -- by the way, Raheem, I -- on

18  LIVE chat and #waronpandemic, we're actually massing

19  this up.  I'm so impressed today.  Tell me what's going

20  on.

21       RAHEEM:  No.  I mean, it's insane.  Every other

22  comment right now is "I just got myself another pillow.

23  I just got myself four.  I love the sheets."  They're

24  exchanging different like discount codes and promo

25  codes.  It's amazing.

1        STEVEN K. BANNON:   Courage is contagious.

2   Courage is contagious.   Church Hill told us, courage is

3   the most important of all the virtus because it is upon

4   courage that all the other virtus rest.

5        Mike Lindell, so tell us how the organized left

6   is absolutely in a process of trying to destroy your --

7   your company from -- from it's building foundation up.

8        MIKE LINDELL:   The -- well, what happened was,

9   their -- right now, they've attacked everywhere, social

10  media.   They took down my Twitter, and their even

11  running -- my Twitter is still up, but their running it.

12  So I've tried to take a post down a week ago when it was

13  still up, but I got a notice saying, "You can't --" from

14  Germany Twitter, says, "You cannot take these down.   It

15  is against this."   This and that.

16       I was told they're acting like me.   Facebook has

17  attacked me, of course.   But more important is all these

18  trolls and bots, they're everywhere.   They attack every

19  single person.   My employees are getting calls.   People

20  that used to work for me getting calls.   I have never

21  seen an attack like this.

22       I had a little bit this Summer when I had

23  myonlyander.com when I was attacked then when we talked

24  about this virus, this pandemic thing that -- with the

25  cure thing that this guy come to me for.   Well, anyway,

1  so this is like that, like 10 times on that when

2  Anderson Cooper attacked me this Summer.  This is like

3  10 fold.

4         And all these box stores then, they sat there,

5  and they called me up on -- like, in two days, at least

6  eight of them cancelled on me saying, "We're dropping

7  PO's that were already making -- we're in the middle of

8  making PO's, and they dropped us.  You know, from Bed

9  Bath, Kohls, HEB, Wayfair, BJ's -- or not BJ's -- Fred

10  Meyer, Kroger's, all these -- all these people dropping

11  me, and I'm going -- and some of them I tried to talk

12  into, and I did.

13         I say, "You guys, these aren't real people.

14  These aren't your customers.  These are just attacks.

15  These guys sit, and they type these things out, and they

16  make -- they live in fear.  This is the time we can't be

17  in fear.  We cannot live in fear and have a cancer

18  culture just crush us."  And -- and I -- I won't.

19         I and I told -- a couple of the companies said,

20  "Mike, will you just quit talking about the fraud, the

21  election fraud?"  I go, "No.  I want Dominion to sue me.

22  I do.  Come on.  I want these guys to come after me."

23  We -- you know, maybe it will be faster to get this --

24  what I have seen and what I know is out there, and I

25  have seen it with my own eyes.

1        How can I back down if I knew I had the -- we had

2    the key for future elections and for this one.  The

3    fraud that we were attacked by other countries.

4        STEVEN K. BANNON:  What --

5        MIKE LINDELL:  We will never back down.

6        STEVEN K. BANNON:  I --

7        MIKE LINDELL:  Plus --

8        STEVEN K. BANNON:  You're never going to back

9    down.  Our audience guests say your unwavering.  You're

10   a honey badger.

11       MIKE LINDELL:  Right.

12       STEVEN K. BANNON:  What do you need to have this

13   audience -- you have got a massive audience here of

14   activists and patriots.  What does this audience need to

15   do to support your cause of -- of not backing down?

16       MIKE LINDELL:  Well, you know, what?  I've got

17   millions of dollars into this right now.  If they want

18   to use promo code, Mike, they can go to MyPillow.com.  I

19   have 110 products.  I have -- I just got off the phone

20   an hour ago with my manager and my family, and we're --

21   we're 25 hundred employees, and these are careers.

22       And we're -- it's really -- everybody's kind of

23   got on board now, and we're making up for these box

24   stores, and it's -- but I will -- if you can go there

25   now and get my book that you've heard about today, "What

1   Are The Odds?  From Crack Addict to CEO."  I put it up

2   to $9.97, and it's free shipping.  Just use that promo

3   code, Mike.  This is a story of hope, and I have -- I

4   preprinted three million of these books that it took me

5   seven years to write.

6        I even bought by own paper so that I could take

7   that money and use it for good.  And you know what I

8   found out even in the book industry, nobody would take

9   my book, and you know the box stores locked that out too

10  because of my -- because I got behind the -- because I

11  believe in like the -- like, Donald Trump, you know,

12  like our great President.  And -- and -- and so this is

13  -- this is how you can help.  I'm taking all this money,

14  and I'm going to keep this (inaudible. )

15       STEVEN K. BANNON:  Hang -- hang -- hang --

16       MIKE LINDELL:  My employees love it.

17       STEVEN K. BANNON:  I want to go back through

18  this.  You've got 2,500 employees.  You're fighting for

19  them.  You're fighting for the country.  Give -- in the

20  company, give -- again, where people go and give --

21  what's the book title, and how they order the book.

22       MIKE LINDELL:  It's MyPillow.com.  It will be the

23  first square.  You can get it for $9.97.  Free shipping.

24  Use the promo code, Mike, and it will change your life.

25  It will change anyone that's got -- it's not just about

1    -- this is the story.  This is the American dream on

2    steroids.  And you read this book, it's like living

3    inside of a movie, but it's got a great ending.

4         And it's where we are now.  To everyone out there

5    looking for hope, I'm telling you, right now, we are in

6    the middle of the greatest revival in history.  You're

7    going to -- pretend your in a movie, and this is the --

8    this is at the bad part of the movie, right?  But

9    actually, it's the good part because this had to happen

10   to reveal -- to all this stuff is revealed, and this the

11   truth will come out.

12        It -- but this is God's timing.  Not these dates

13   like December 14, January 6th, January 20th.  This is

14   all on God's timing.  And all the stuff will be

15   revealed, and it's going to be glorious for -- for the

16   United States, for the world.  Everybody keep the faith.

17   God's got this.  God's got his hand in all of this, and

18   it's going to be amazing.

19        STEVEN K. BANNON:  Okay.  Mike Lindell, we want

20   to thank you for spending an hour with us here in the

21   War Room Pandemic.  Great.  You're an American patriot.

22   Here's what I love most about you of all of it, you make

23   me look sane.

24        RAHEEM:  Mike -- Mike --

25        STEVEN K. BANNON:  You're a true honey badger.

1        RAHEEM:  Mike, the War Room doesn't have an HR

2   department.  Can I -- can I come work for you instead?

3        MIKE LINDELL:  Exactly.

4        STEVEN K. BANNON:  Mike Lindell, your an

5   American --

6        MIKE LINDELL:  We got -- we got --

7        STEVEN K. BANNON:  -- American patriot, I got to

8   tell you, and a shining example of the cussedness,

9   determination and grit that's made this country what it

10  is.  Sir, thank you very much.  Honor to have you on.

11  Wow.

12       MIKE LINDELL:  Thank you everybody.  God bless

13  you, Steve.  God bless you.

14       STEVEN K. BANNON:  Thank you, sir.

15       RAHEEM:  Just so the audience knows, the War

16  Room's HR department is like a scene out of Faulty

17  Towers.  It's -- it's bezel faulty coming off the

18  Manuel, in the -- in the hotel corridor.  For those who

19  have seen Faulty Towers, and by the way, people need to

20  make sure that they are subscribing warroom.org/join.

21  Texting warroom to 888111.  Make sure that you are

22  subscribing to the podcast, sharing the podcast, leaving

23  a review, downloading every episode.  It helps.

24       STEVEN K. BANNON:  National Pulsatory.

25       RAHEEM:  3:00 o'clock here today.

1          STEVEN K. BANNON:  Okay.  We'll be back at 5:00

2   with breaking news.  A lot of scoops.  You're going to

3   here at 5:00 o'clock.  We're in the fight 24/7.  See ya

4   at 5:00 in War Room Pandemic.

5          (End of recording.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3   I, STEPHANIE TURNER, Certified Shorthand Reporter/

4   Transcriptionist, do hereby certify that I was

5   authorized to transcribe the foregoing recorded

6   proceeding, and that the transcript is a true and

7   accurate transcription of my shorthand notes, to the

8   best of my ability, taken while listening to the

9   provided recording.

10

11  I further certify that I am not of counsel or attorney

12  for either or any of the parties to said proceedings,

13  nor in any way interested in the events of this cause,

14  and that I am not related to any of the parties thereto.

15  Dated this 29th day of January, 2021.

16

17

18

19

20                  *Stephanie Turner*

21                  STEPHANIE TURNER, CSR 13439

22

23

24

25

**#**

**#waronpandemic**
  38:18

**$**

**$2,000**  30:15
**$20,000**  30:16
**$6**  18:19
**$9.97**  42:2,23

**0**

**09**  16:12

**1**

**10**  2:25 3:12
  18:8 28:2
  40:1,3
**100**  31:24
**110**  29:4,18
  41:19
**12**  20:4 25:21
  30:21
**14**  18:17,18
  43:13
**15**  2:25 3:12
  6:5 20:1
**16**  5:14 7:22
  9:6 16:1,19
  27:19
**17**  16:13
  20:24
**18**  9:17 16:9,
  12 21:5
**18th**  20:24

**2**

**2,500**  6:10
  42:18
**20**  22:1
  26:15,24

**20-year**  27:9
**200**  6:9
**2004**  5:15
  25:6
**2008**  13:2
**2009**  5:14
  7:22 9:6
  16:19 27:19
**2011**  18:5
  28:3
**2012**  28:21
**2015**  23:3
**2016**  6:2,6
  20:1
**2017**  9:17
  16:9 20:25
  21:6
**2021**  2:13
**20th**  43:13
**21st**  2:12
**24/7**  45:3
**25**  41:21
**2500**  29:19

**3**

**30**  2:6,14
  22:1
**3:00**  44:25

**4**

**40**  18:8 28:3
**45th**  38:14
**4th**  30:11,18

**5**

**5**  21:19
**5%**  12:10
**50,000**  21:18
**500**  18:9 28:2
**54**  29:4,17
**5:00**  45:1,3,4

**6**

**6th**  5:13
  43:13

**7**

**7th**  18:5

**8**

**80%**  12:9
**80s**  5:17
**888111**  44:21

**9**

**90s**  5:17

**A**

**absolute**
  13:23
**absolutely**
  4:6 39:6
**acting**  39:16
**activists**
  41:14
**actor**  17:19
**ad**  13:25
**ad-lib**  29:12
**add**  19:11
**addict**  5:16
  6:12 7:25
  9:14 11:13
  18:21 19:7
  42:1
**addiction**
  5:21 6:13,14
  9:2,21 10:22
  16:3 27:10
**addictions**
  12:2,4
**addicts**  10:2
  13:17

**addiment**
  33:17
**additions**
  27:19
**advertised**
  33:14
**advise**  31:16
**advisors**
  31:16
**affect**  5:23
**agenda**  5:2
**ahead**  14:9
  16:17 34:12
**aired**  18:5,9
**all--**  34:5
**amazing**  5:4
  6:16,21
  13:14,21
  14:12 15:1
  21:13 22:21
  30:2 38:25
  43:18
**amazingly**
  35:5
**America**  38:7
**America's**
  13:25
**American**  3:6
  13:22 14:10,
  25 15:4
  29:20,23 30:8
  43:1,21 44:5,
  7
**America's**
  2:19
**amusement**
  21:24
**Anderson**  40:2
**announces**
  19:24
**anomaly**  29:7
**anymore**  21:9
**apartment**
  14:17,22
**apologies**
  34:13,14

apparatus
 34:18
appointment
 21:2 23:2
argue  31:8
arms  25:9
arrest  8:11
art  33:8
asleep  8:20
 37:25
assault  31:17
atmosphere
 29:2
attack  24:2
 36:12 37:10
 39:18,21
attacked
 35:22 39:9,
 17,23 40:2
 41:3
attacking
 27:15
attacks  7:5
 30:1 40:14
attempt  30:7
attorney
 28:17
audience  3:17
 4:22 7:23
 17:25 38:9
 41:9,13,14
 44:15
August  6:5
 20:1
Australia
 37:7

          B

back  6:8,11
 7:1,17,19
 8:23 9:1,11
 11:11,18
 13:15,21
 14:5,8 15:20,
 25 17:8 22:16
 24:18,20 25:7

27:1,21,22
 32:25 33:3
 36:15 38:3
 41:1,5,8
 42:17 45:1
backing  7:11
 36:13 41:15
backtrack
 30:11
bad  16:21,25
 43:8
badge  37:19
badger  41:10
 43:25
Bank  21:17
Bannon  2:3
 3:20 7:13,16,
 21 9:24 10:23
 11:6 12:12
 13:19 14:2,4,
 8,18 15:14,
 16,23 16:17
 18:10 23:16,
 21,23 24:8
 29:14,17,22,
 25 30:6 31:1,
 15 32:2,5,13,
 17,22,24
 33:3,6,17
 34:4,10,13,22
 35:3,7,10,15,
 24 36:11
 37:12,17
 38:1,6 39:1
 41:4,6,8,12
 42:15,17
 43:19,25
 44:4,7,14,24
 45:1
Bartiromo
 36:4
basement  18:7
Bath  40:9
battling  7:9,
 10
bed  14:24
 40:8

Beijing  4:25
believed
 10:14,16
 16:20
believes
 38:9,10
Ben  20:4
bequeath
 38:11
bequeathed
 38:12
bet  32:18,20
 36:25
betrayal  5:20
 27:10,12
bezel  44:17
Bible  10:11
Biden  35:18
big  4:24 8:6,
 7 15:25 25:1
 29:18 33:19
biggest  17:14
 30:23,24 37:6
billion  19:10
 31:18
bind  19:14
bit  30:11
 39:22
bizarre  34:15
 36:2,3
BJ's  40:9
bless  44:12,
 13
blip  9:22
 27:17
board  29:6
 41:23
bomb  37:2
book  10:10
 19:6 27:14
 41:25 42:8,9,
 21 43:2
books  10:10
 42:4
boring  13:7
born  9:4 10:5

boss  6:24
bots  39:18
bottom  4:3
 28:5
bought  26:14
 27:1 42:6
Bowl  21:18
box  17:11
 25:1 26:1
 29:5,18 33:19
 37:4,10 40:4
 41:23 42:9
boxed  15:5
boy  37:1
break  13:20,
 24 14:4,7
 23:21 24:7
 37:14 38:2,5
breakfast
 20:3
breaking  45:2
briefed  2:9
briefly  4:21
 5:8
bring  4:13
 6:10
bringing  2:23
 5:18 6:8
brink  25:3
broken  11:19
brother  35:4
 36:11
brothers
 35:11
brought  18:24
brutally  34:6
building  7:18
 39:7
built  5:5
 7:18 24:4
 30:8
bumpkin  33:7
burning  11:1
bus  11:23
business  7:24
 28:14 31:10
 33:20

buy  8:22
buying  8:16
  14:23

---

C

cable  2:20
California
  17:20
call  8:18
  12:25 35:11
called  7:6
  15:20 19:7
  20:6,25 26:14
  37:9 40:5
calling  8:4,7
  10:9 20:23
  23:10,11 29:6
calls  14:18
  39:19,20
campaign
  15:19
cancelled
  40:6
cancer  40:17
candidate
  6:3,4
Capital  2:4
care  12:2
careers  41:21
carpet  8:20
Carson  20:5
Cartel  19:15
case  33:1
  34:23,24
catastrophe
  25:4
catch  37:25
center  9:13
  11:12 36:12
center's
  12:10
centers  12:8
CEO  13:22
  14:5,11 15:19
  19:7 24:2,9
  28:10,11 42:1

change  7:22
  16:2 30:17
  42:24,25
changed  6:1
  8:1 14:2
  16:14 26:18
channels
  17:12
chat  38:18
chatter  2:11
cheat  30:23
Cheney  4:4,9
childhood
  11:15
China  5:1
Christ  16:9
  21:7 24:16
Christians
  9:4 10:5
church  9:13
  17:3 39:2
churches
  13:13
City  6:5
class  5:1,3
clear  11:10
cocaine  5:13,
  17 10:25 13:4
code  41:18
  42:3,24
codes  38:24,
  25
cohorts  34:6
  35:4 36:7
comfortable
  26:23
comment  38:22
commercial
  13:20,24
  14:4,7 23:21
  24:7 37:13,15
  38:5
commercials
  29:8,9,11
commitment
  16:13

common  11:18,
  25 13:3
commonality
  12:23 13:8
companies
  28:6 40:19
company  7:18
  17:7 23:25
  27:11,16 30:8
  38:4 39:7
  42:20
complete  26:2
completely
  8:22 26:22
  34:2
complicated
  34:19
compulsive
  5:12 7:25
  10:24,25
concentrate
  30:19
concentrated
  24:3
confidant
  31:15,16,19
confident
  31:9,17
conformation
  21:16
Congress  3:14
  4:10
conservative
  3:9 4:16,17
  15:12
Conservatives
  4:13
Constitutional
  38:9
contagious
  39:1,2
continue  2:7
conversation
  6:16
Cooper  40:2
cooperation
  25:2

corporate
  28:13,17
corridor
  44:18
countries  5:3
  41:3
country  7:10
  13:10 14:15
  24:5,11 33:6
  42:19 44:9
couple  12:21
  16:16 17:2
  40:19
courage  12:3
  35:20 39:1,2,
  4
cover-up  12:4
crack  5:12,17
  7:25 8:16,20
  10:1,25 13:5
  18:21 19:7
  20:15 42:1
crack-cocaine
  6:12
crazy  19:15
credit  18:20
crickets  7:4
  34:8 35:5
crime  7:10
critical  16:1
cross  19:4
  21:12
crowds  23:12
crush  40:18
culture  40:18
cunning
  32:10,13
cure  39:25
cussedness
  44:8
customer
  28:24
customer's
  28:23
customers
  40:14

cut  15:6
  19:15
cutting  8:14
cyber  31:20
  32:1 33:10

## D

D.C.  23:6
Damascus
  23:24 24:13
  37:22
date  29:3
dates  16:1
  43:12
day  4:20 6:22
  8:4 9:10 11:8
  14:18 15:18,
  19,24 17:24
  21:5 25:22
  26:24,25
  30:14
days  2:6
  18:8,18 28:3
  30:21 36:24
  40:5
dead  3:21
deal  28:6
dealer's  16:7
dealers  8:7
  10:1,12 16:6,
  7
death  17:25
  18:1
debt  18:14,19
December
  43:13
dedicated
  24:5
defend  31:7
Democrats
  3:1,4,24
department
  28:15 44:2,16
describe
  27:13 37:18

desire  9:7,8,
  10 11:1,8,9
  16:4,20 17:2
destroy  5:6
  23:25 24:3
  30:7 37:23
  38:4 39:6
detail  32:25
determination
  44:9
deviations
  30:13
Dick  13:6
died  21:12
difference
  16:11
direct  24:15
discount
  38:24
discovery
  35:12,13,16
disgrace  4:5
distribution
  2:21
divided  3:21
divine  20:19
  21:2 23:2
divorced
  11:17
divorces
  11:18
Dobbs  36:3
dogfight  3:25
dollar  31:18
dollars
  18:13,14,19
  30:15,20
  41:17
Dominion
  30:25 31:23
  34:7,16 35:8
  36:6,20 40:21
Dominion's
  31:18
Donald  6:3,4
  7:4 19:22
  20:11 24:18

38:13 42:11
dot  12:18
downloading
  44:23
downtown  8:9
dream  19:22,
  23 43:1
drive  35:18
driven  31:12
  33:8
dropped  37:2,
  3 40:8
dropping  34:7
  35:8 40:6,10
drug  8:7
  16:6,7
drugs  6:15
  12:1 26:8
dry  25:16
due  4:6

## E

earlier  13:5
  27:8,18
effort  24:3
election  4:18
  12:21 20:11
  30:13,21
  40:21
elections
  41:2
Empire  6:1
employee  29:1
employees
  6:10,22 7:19
  18:8,9 28:2
  29:20 39:19
  41:21 42:16,
  18
end  29:19
  45:5
ended  9:16
  26:3
ending  43:3
enemy  24:19

England  37:8
enormous
  34:17
enormously
  34:19
entrepreneur
  28:22
epic  30:1,2
episode  44:23
Evangelism
  23:11
everybody's
  41:22
everyone's
  22:12
evidence  4:7
  30:22 31:5
  34:1,3,5
evil  5:25
ex-addict
  5:11
exchanging
  38:24
exerts  33:10
exists  19:8
experts  31:21
explain  4:20
exploded
  18:11 27:24
  28:2,20,21
extreme  11:24
extremely
  15:4
eyes  40:25

## F

Facebook
  39:16
fact  9:19
  12:10 13:24
failed  26:6
failures
  28:21
fairs  17:8
  27:7,16,22

faith 43:16
faith-based
   9:12 11:12
   12:8
false 12:1,3
family 3:9
   17:12 41:20
fan 35:17
farming 8:20
faster 40:23
fatherlessness
   11:16
faulty 44:16,
   17,19
fear 12:5
   21:9 23:13
   26:11 40:16,
   17
February 9:17
   16:9 20:24
   21:5
feel 27:4,5
feeling 27:7
feels 15:8
fell 8:20
   12:20
felt 11:20
   15:7 21:13,15
fight 4:2,18
   14:9 45:3
fighting 7:10
   42:18,19
film 17:17,
   20,24
finally 22:4
   25:24
financial
   25:4
find 11:13
   12:16 14:20
   15:1,9 22:17
   30:16,20
   35:13
fingers 3:7
finish 37:14
fire 4:9

fit 11:21,22,
   24
fly 25:23
foam 25:23
   28:7
focused 12:20
focusing 3:10
fold 25:9
   40:3
folks 30:9
football
   36:25
forces 24:2
forefront
   4:15 38:16
forever 27:19
forgave 21:10
forgiven
   21:11
found 8:12
   9:13 22:2
   42:8
foundation
   39:7
FOX 34:14
   36:2
frank 34:6
fraud 4:18
   12:21 30:21
   40:20,21 41:3
Fred 40:9
Fredrick's
   2:19
free 5:6,13
   13:5 16:20
   22:9 34:17
   42:2,23
freed 9:6,7
friend 13:2
friends 5:24
   10:12 17:12
   20:14 25:17
front 14:21
fruit 34:23
full 9:16
   21:6 23:4
   37:6

functioning
   5:16
fundamental
   16:2
furnish 14:22
furnishing
   14:17
future 36:18
   38:11 41:2

---

**G**

gal 18:18
gambler 7:25
   10:24
gambling 5:12
Garden 26:18
generations
   38:12
Germany 39:14
Giant 37:5
give 9:9,18
   12:3,13 14:13
   18:6 20:2
   22:20 28:7,8
   35:12 42:19,
   20
giving 5:25
global 4:22
glorious
   43:15
God 2:8 5:13
   8:5,25 9:7,
   16,18 12:7
   13:6 16:3,19,
   20,22 17:5
   19:3,4,8,17
   20:22 22:20
   23:2 24:14
   38:11 44:12,
   13
God's 9:17
   22:14,16,24
   43:12,14,17
good 16:25
   27:4 29:22
   30:9 32:10

38:1 42:7
   43:9
government
   3:21
granddaughter
   21:24 22:4
grandpa 22:5
great 6:19,
   23,24 9:15
   14:9,11 30:8
   42:12 43:3,21
greatest 6:18
   7:11 43:6
Green 2:4
grit 44:9
ground 36:14
group 36:1
growing 13:14
Guaranteed
   26:23
guess 18:17
   25:21
guest 2:23
guests 41:9
guide 13:16
gun 32:14,15
   36:17
guts 36:1
guy 7:23
   15:12 17:22
   23:12,14
   26:13,16
   31:3,10 33:7
   37:24 39:25
guys 3:6 9:4
   10:1,5,9 16:6
   31:21 35:13,
   15 36:13
   40:13,15,22

---

**H**

halls 4:10
hand 43:17
handle 35:20
hang 7:16
   9:24 13:19

23:16 31:1,2
34:4,10 42:15
**happen** 8:6
9:5 19:21
30:18 43:9
**happened** 13:1
16:10,12,18
23:3 30:16,17
36:20 39:8
**happening**
19:20,25
20:8,21
**hard** 33:8
35:18
**Harris** 3:22
**He'll** 17:23
**head** 19:15
20:16
**heard** 27:8,18
41:25
**hearing** 31:23
**HEB** 40:9
**Hectoring** 4:8
**hell** 35:18
**helped** 27:5
**helping** 10:21
**helps** 44:23
**here's** 11:14
16:18
**Hey** 10:3
11:23 14:19
32:18 34:15
35:11 36:5
**he's** 3:15
6:22,23,24
16:7 19:24
**high** 25:9
29:22 30:9
**highly** 31:9,
13,15,16,19
**hilarious**
15:4
**Hill** 39:2
**hiring** 28:9
**history** 43:6
**hold** 37:13

**Holy** 37:20
**home** 7:1
11:20 17:8
26:18 27:22
**homes** 5:24
**honestly** 14:1
**honey** 37:19
41:10 43:25
**Honor** 44:10
**honored** 14:10
**hooked** 27:6
**hope** 10:13,16
12:24,25 22:8
42:3 43:5
**horrible**
28:16
**hotel** 44:18
**hour** 4:3 18:2
41:20 43:20
**House** 3:1,25
20:12 23:9
**HR** 28:15
44:1,16
**huge** 9:18
10:21 23:12
25:2 35:17
**human** 11:6
**humanly** 3:17
**hundred** 4:25
41:21
**Hunter** 35:18

---

### I

**icy** 2:10
**idea** 15:12
**identified**
24:18
**impeachment**
4:5
**important**
7:14 24:9
39:3,17
**importantly**
4:17
**impossible**

19:11 23:5
**impressed**
38:19
**in-house**
18:16,24
28:22 29:10
**inaudible**
13:4 25:16
32:4 42:14
**incident** 8:1
**including**
10:12 19:25
**incoming** 4:19
**incredible**
13:23 20:5
**independent**
31:5
**independently**
31:22
**industry** 42:8
**infomercial**
17:9
**infomercials**
15:1
**informercial**
17:14,17
27:23 33:7,19
**informercials**
24:24 31:12
**innocent** 8:12
**input** 30:17
**inquiries**
3:18
**insane** 38:21
**inside** 27:4
43:3
**inspired** 30:4
37:20
**intend** 3:19
**intervention**
8:8,17 10:3
16:5,8 20:20
**interview**
30:3
**interviewing**
21:20

**invent** 25:6,7
**invented** 5:14
25:5,24 26:16
**investigations**
30:19
**investigative**
34:17 35:25
**invited** 21:1
**involving**
13:12
**issue** 34:19
**it's** 3:21
4:9,25 5:1
11:2 12:17,
21,23 13:14
17:18

---

### J

**jail** 10:11
**January** 2:13
5:13,14 7:22
9:6 16:1,19
20:24 26:13
27:19 43:13
**Jeanine** 36:3
**Jesus** 9:17
12:7 17:5
19:2 20:18
21:7,15 22:2
24:16
**jobs** 6:8
29:23 30:9
**John** 2:18
**Judge** 36:2
**jump** 11:23
**jumped** 29:6

---

### K

**Kamala** 3:22
**Kendra** 21:4
**key** 12:7
33:13 41:2
**kid** 11:19
15:3,8

**kids** 17:16
21:25 25:21
**kind** 4:10
6:25 11:12
12:20 13:8
15:2,25 25:11
27:6 28:13
29:7 31:21
36:5 41:22
**kinda** 2:16
**kiosk** 26:4,5,
6,15
**knees** 21:6
**knew** 7:7 8:3,
5 19:18 22:7
30:12 41:1
**knowledge**
31:20
**Kohls** 40:9
**Kroger's**
40:10

---

**L**

---

**largest** 2:14
**laughed** 25:17
**lawsuit**
31:19,23
35:12 36:22
**lawsuits** 31:8
34:7 35:8,20
**lawyers** 35:19
**lay** 24:10
**lead** 10:18
21:21
**leader** 6:23
**leadership**
4:4,11
**learned** 18:15
28:20
**leave** 26:9
**leaving** 44:22
**led** 4:4 21:23
23:1 27:22
**left** 8:19
18:6 24:3
25:20 26:20

32:7,8,9 37:6
39:5
**legal** 35:25
**Legislation**
4:1
**letter** 36:21
**lie** 12:11
**life** 5:10,22
7:22 8:2,7
14:2 16:2,9,
14 19:8 22:25
24:14 26:18
42:24
**lifted** 21:8
**Linda** 10:20
13:9
**Lindarecoveryn
etwork.org**
12:18
**Lindell** 2:23
4:14 5:11
7:14,20 8:3
10:7 11:5,9
12:17 13:21,
22 14:5,11
15:12,17
16:15,18
18:11 23:20,
22 24:1,8,12,
18 25:5
29:15,21,24
30:3,5,10
31:14,24
32:4,12,16,
20,23 33:2,5,
9,16,22 34:9,
12,21 35:2,4,
6,9,14,23
36:8,10,15
37:3,16,18,
22,23 38:3,15
39:5,8 41:5,
7,11,16
42:16,22
43:19 44:3,4,
6,12
**Lindell's**
23:23

**list** 3:16,17
37:11
**listen** 34:15
35:16
**litigate** 36:8
**live** 2:3,18
38:18 40:16,
17
**lives** 33:7
**living** 9:2
18:7 43:2
**Liz** 4:4,8
**lock** 33:13
**locked** 42:9
**London** 15:21
**long** 3:11
15:10
**looked** 5:23
9:10 34:2
**Lord** 2:13
21:23
**losing** 5:24
**lost** 5:18
27:9,10
**lot** 5:20 6:22
24:10 25:5
29:12 45:2
**Lou** 36:3
**loud** 4:25
**love** 14:1
15:15 16:5
23:17,18 30:1
38:1,23 42:16
43:22
**loved** 15:3
**low** 25:9
**low-hanging**
34:22

---

**M**

---

**machine** 31:3
**machines**
30:23,25
36:18
**made** 16:1
22:23 27:4,25

28:6,19 44:9
**mafia** 36:24
**Maga** 5:2 38:7
**make** 3:18
4:20 6:9
10:24 16:13
17:23 18:3
30:17 31:2,4
32:8 33:1
34:23,24
40:16 43:22
44:20,21
**makes** 37:24
**makeshift**
14:17
**making** 2:14
28:4 40:7,8
41:23
**man** 5:6 13:7
37:21
**manager** 41:20
**Manchin** 3:23
**Manuel** 44:18
**manufacturing**
6:11 28:1
29:22
**Maria** 36:4
**marketing**
29:9
**marriage** 27:9
**mask** 12:2
26:11
**massing** 38:18
**massive** 24:23
41:13
**match** 12:25
**math** 31:12
**mathematics**
19:9 31:10
33:8
**matter** 9:19
**meant** 22:3
**media** 4:17
7:3,9 37:4
39:10
**meeting** 6:5
7:3 19:25

met  6:7 18:18
Mexico  19:14
Meyer  40:10
Michael  4:14
  15:11
middle  18:6
  40:7 43:6
middle-class
  5:4
Mike  2:23
  4:21 5:11
  7:13,14,20
  8:3,18 10:7,
  17 11:5,9
  12:17 13:19,
  21,22 14:5,11
  15:17,25
  16:15,18
  18:11 23:16,
  20,22,23
  24:1,8,11,18,
  19 25:5 26:3
  28:10 29:15,
  21,24 30:3,5,
  10 31:14,24
  32:4,12,16,
  20,23 33:2,5,
  16,22 34:9,
  12,21 35:2,6,
  9,14,23 36:8,
  10,15 37:3,
  12,16,18,22,
  23 38:3,15,17
  39:5,8 40:20
  41:5,7,11,16,
  18 42:3,16,
  22,24 43:19,
  24 44:1,3,4,
  6,12
Mike's  25:18
Military  2:5
millennials
  21:19,25
million  2:14
  18:19 19:10
  29:4,17 42:4
millions  6:14
  10:21 18:12,

13 30:20
  41:17
mine  14:1
  20:23
Minneapolis
  8:10,21 21:17
  26:18
Minnesota  7:2
  8:10 21:25
  26:17
minute  14:6
  24:1
minutes
  12:13,15
  16:16 21:20
miracle  19:12
moment  7:21
money  5:25
  17:13,16
  18:12 25:20
  26:20 27:4
  28:12 42:7,13
months  9:13
  11:11 12:21
  17:2 18:13
  21:17
movement  4:16
  38:7,16
movie  43:3,7,
  8
Murdoch's
  35:17
myonlyander.
com  39:23
Mypillow  5:15
  6:9 8:5,25
  9:21 13:22,25
  14:5,12
  15:13,15
  24:2,9,20
  25:3,6 37:23
Mypillow's
  26:25
Mypillow.com.
  41:18 42:22
Mypillows
  29:4

**N**

names  4:25
nation  11:3
Nation's  2:4
national
  20:3,15 37:2
  44:24
Nationalist
  5:2
nationwide
  2:18,20
Navy  14:17
needed  22:21
neighborhood
  25:23
network  2:19
  10:20 12:14,
  16 13:9,14
news  45:2
night  15:19
  17:19 18:6
  30:12
non-stick
  15:2
note  32:5,6
notice  39:13
noticed  18:25
November
  30:11,18
number  24:19

**O**

obligation
  38:10
October  18:5
odds  19:7
  20:5,9,10
  42:1
offering
  13:13
Offices  3:18
officials
  2:10

online  13:12
Operation
  20:25
opinions  5:7
option  34:17
order  42:21
organization
  24:23
organized
  30:6 32:7,9
  39:5
original
  13:22 14:11
outcast  11:20
overwhelming
  11:2
owned  26:24

**P**

paid  27:1
pain  12:2
pandemic  24:6
  39:24 43:21
  45:4
pans  15:2
paper  42:6
parallel  26:8
parents  11:17
park  21:24
part  7:19
  17:9 33:19
  43:8,9
Party  2:25
pass  3:13
  38:11
past  21:10
  23:7
patented  28:7
path  7:7 16:1
  22:7
patriot  14:11
  43:21 44:7
patriots
  41:14

patten 25:18,
 19
paying 29:23
 30:9
peace 21:8
people 3:7
 5:1,3,4,19
 6:14 11:3,15,
 21,25 12:5,
 16,24 15:10
 16:24 20:4
 22:11 24:11,
 21 25:13 26:7
 27:1,5,10,15
 28:9 29:10,13
 32:10 33:23
 35:16 39:19
 40:10,13
 42:20 44:19
percent 12:9
 31:24
perfect 22:24
person 13:16
 38:8 39:19
personal
 15:10 19:2,19
 22:17 24:15
personally
 6:23 25:12
 30:7
phenomenon
 26:25
phone 41:19
picked 20:4
 33:9
picks 33:13
piece 4:1
pieces 12:19
pillow 15:6,8
 21:16 25:7,
 15,18,24
 26:14,16,23
 27:16,20
 37:24 38:22
pillows 25:8,
 10 26:24
 28:4,5,19
 29:17

place 9:14
 11:13 13:10,
 11 20:23 34:8
places 13:11
planned 9:9
planted 9:15
 17:4,6
platform 2:21
 6:13 8:5,25
 9:8 10:21
play 37:15
played 9:17
PO's 40:7,8
podcast 2:13,
 16 4:23 44:22
podcasts 2:14
point 5:14
 8:8 9:20 19:6
 20:2 22:6
policy 3:9
politics 5:22
 7:14
pool 17:13
population
 5:3
positioned
 14:9
post 35:17
 36:2 39:12
pouring 6:15
power 18:25
pray 16:21
 20:4
prayed 9:6
 18:23
prayer 11:1,7
 18:25 20:3
 21:22
prayers 10:23
 22:13
praying 16:3,
 24 21:3 22:12
predicate
 24:10
premise 13:9
prepared
 24:16 32:18

preprinted
 42:4
President 4:6
 5:25 6:18
 7:11 19:24
 20:11,13,17
 31:25 34:23
 38:14 42:12
press 7:2
pressed 23:18
pressure 21:8
pretend 43:7
pretty 5:18
price 28:7,8
Principle's
 3:6
private 6:5
problem 6:19
 25:11,13
process 4:6
 39:6
producer
 17:20
product 27:25
products
 29:4,18 41:19
profiled
 34:20
project 3:6
 4:2
promises 6:20
promo 38:24
 41:18 42:2,24
promoted 35:4
protected
 19:17
public 24:19
 30:24
pull 3:4,23
pulling 3:1
Pulsatory
 44:24
pulse 3:8
put 2:15,16
 11:18 17:16
 20:22 30:20
 31:18 32:1

34:15 35:18,
 21 36:2,3
 42:1
puts 23:14
putting 32:6

_____

Q

quick 12:12
quickly 8:9
 12:12
quit 9:1 13:2
 27:19 40:20

_____

R

racist 7:6
radar 9:23
 27:17
radio 2:18,19
 28:25 30:14
radioactive
 3:2,5
Raheem 3:4
 14:1,3,13,14
 15:15,20,22
 37:15,24
 38:1,17,21
 43:24 44:1,
 15,25
Raheem's 14:2
reached 6:3
reaching
 16:25 17:1
 37:7
reaction
 33:11
read 10:11
 15:23 27:14
 43:2
reads 17:21
real 2:19
 12:12 13:25
 18:3 20:18
 29:11,13
 40:13

**realize** 7:8
10:8
**reason** 2:8
15:16 34:16
35:7 36:11
**reasons** 4:23
**recording**
45:5
**recovery**
10:20 12:14,
15,16 13:9
**red** 3:24
**rejected** 12:6
**rejection**
12:5 23:13
26:12
**relationship**
19:2,19 21:4
22:12,18
24:15
**remember** 3:21
15:1 35:16
**remove** 4:11
**removing** 4:4
**reporting** 2:5
**Republic** 38:9
**Republican**
2:25 3:24
**Republicans**
3:13
**research**
35:19
**rest** 39:4
**Restore** 20:25
**retails** 26:1
**return** 24:1,5
**reveal** 43:10
**revealed**
43:10,15
**review** 44:23
**revival** 43:6
**rid** 18:2
**rides** 22:5
**road** 23:23
24:13 37:21
**role** 9:18

**room** 2:12
8:12 19:22
20:5 24:6
43:21 44:1
45:4
**Room's** 44:16
**run** 26:18
**running** 19:24
39:11

**S**

**sane** 43:23
**sat** 40:4
**satellite**
2:20
**Saturday** 2:8
**savior** 24:16
**scared** 17:25
18:1
**scene** 44:16
**Schilling**
2:24
**school** 11:19,
23
**science** 33:9
**scoops** 45:2
**section** 14:25
**Secular** 12:9
**seeds** 9:15
17:3,6
**segment** 12:13
23:17
**Senate** 3:22
31:9 34:24
**separate** 34:2
**set** 5:13 13:5
22:9 23:24
26:21,22 33:8
**share** 7:22
**sharing** 44:22
**sheets** 14:23
38:23
**shining** 44:8
**shipping** 28:8
42:2,23

**shop** 26:1
**shopping**
17:11
**short** 13:20,
24 14:4 23:21
37:13 38:2
**show** 4:22,23
11:22 26:14,
19,21 27:2,9,
18 37:14
**shows** 7:14
17:8 27:7,16,
21,22
**shut** 8:22
26:2
**shy** 11:21
23:14 26:9
**sight** 32:15
**sights** 32:14
**single** 39:19
**sir** 44:10,14
**sisters** 18:7
**sit** 31:6
40:15
**sitting** 20:6,
13,16
**situation**
19:17
**sleep** 8:13
15:8 27:3
**Sleeping** 37:5
**small** 3:24
**smart** 32:9,11
**Smartmatic**
36:6
**smoking** 36:17
**social** 3:8
39:9
**sold** 26:15,24
29:3,18
**solution** 6:19
**solve** 25:11
**son** 25:22
**sophisticated**
24:25 31:10
**sort** 23:4
29:2

**sounded** 6:19
36:24
**sounds** 28:16,
18
**speak** 10:19
21:15 23:12
**spell** 26:4
**spending**
43:20
**spent** 17:7
25:13 27:20
**Spirit** 37:20,
21
**spot** 26:19
**spread** 4:10
**square** 42:23
**stack** 25:10
**Stadium** 21:17
**stand** 31:17,
22
**start** 24:20
25:3
**started** 5:18
7:5,24 13:4
18:24 19:20,
25 29:19 34:7
**starting**
20:20,22
**starts** 35:8
**state** 3:24
7:1
**States** 38:14
43:16
**station** 28:25
29:1
**stations**
30:14
**stay** 2:6,7
14:19
**stayed** 30:12
**staying** 8:10
**steal** 30:24
**steroids** 43:2
**Steve** 14:20
20:21 23:13
32:21 44:13

**Steven**  2:3
  3:20 7:13,16,
  21 9:24 10:23
  11:6 12:12
  13:19 14:2,4,
  8,18 15:14,
  16,23 16:17
  18:10 23:16,
  21,23 24:8
  29:14,17,22,
  25 30:6 31:1,
  15 32:2,5,13,
  17,22,24
  33:3,6,17
  34:4,10,13,22
  35:3,7,10,15,
  24 36:11
  37:12,17
  38:1,6 39:1
  41:4,6,8,12
  42:15,17
  43:19,25
  44:4,7,14,24
  45:1
**stood**  4:5,8,
  18 5:6
**stop**  6:15
  10:4
**store**  15:5
  25:1 28:25
**stores**  17:11
  26:1 29:5
  37:4,10 40:4
  41:24 42:9
**story**  5:4,8
  13:21,23
  14:12 15:16,
  17 16:5 17:10
  21:19 22:2,3,
  6 30:9 42:3
  43:1
**straight**
  26:9,10
**street**  8:21
  28:16
**strength**
  22:10,22
**stuff**  2:10

  3:9,10 5:19
  18:14 21:10
  25:23 43:10,
  14
**stunned**  2:24
**subscribing**
  44:20,22
**success**  30:8
**succumb**  37:10
**sucker**  14:25
**sue**  37:1
  40:21
**Summer**  6:2
  18:17,18
  19:21 39:22
  40:2
**Sunday**  2:8
**Super**  21:18
**support**  3:19
  5:2 41:15
**supporting**
  4:15,16
**surrender**
  9:16 21:6
  23:4

---

**T**

---

**table**  26:21
**takes**  34:17,
  19
**taking**  5:19
  42:13
**talk**  2:21 4:3
  7:17 10:10
  11:21 12:5
  18:4 23:13
  26:7 40:11
**talked**  6:8,21
  10:14 24:12
  39:23
**talking**  17:4,
  5 40:20
**Target**  14:16,
  23
**tear**  25:23

**teenagers**
  22:2
**Teleprompter**
  18:3
**telling**  8:24
  36:19 43:5
**tells**  12:14
**ten**  4:5 25:16
**tens**  18:12
**terms**  3:8,9
**Terry**  2:24
  3:5
**Tester**  3:23
**testimony**
  14:13 15:10
**testing**  23:24
  24:17 37:22
  38:6,7,8,13,
  15
**text**  3:15
  17:22
**Texting**  44:21
**that's**  7:8
  10:7 12:10,25
  13:16 15:19
**there's**  2:10
  13:15 14:24
**thing**  3:2,5
  8:25 9:25
  11:25 21:13
  23:10 26:22
  28:23 29:19
  33:23 34:2
  37:20 39:24,
  25
**things**  3:20
  6:1,17 11:24
  12:3 13:1,10
  16:21 19:20,
  24 20:7,20
  23:4 25:17
  26:11 34:14
  37:5 40:15
**thought**  3:1
  5:22 6:17
  15:3 24:9
**thoughts**  5:7

**threaten**
  36:22
**Thursday**  2:12
**tie**  3:21
**time**  7:17
  8:20 10:8,12,
  15 15:13,18
  18:8 20:12
  22:23 23:8,18
  24:16,17
  27:17,20
  31:11 32:24
  33:11 36:7
  37:22 38:6,7,
  8,13,15 40:16
**times**  2:5 5:9
  14:21 15:24
  16:24,25 25:3
  30:1,2 40:1
**timing**  22:24
  43:12,14
**title**  42:21
**today**  24:10,
  22 29:14 30:1
  38:19 41:25
  44:25
**told**  4:14 7:2
  15:17 17:2,12
  22:3 27:2,23
  31:24 39:2,16
  40:19
**tomorrow**
  14:21
**top**  10:2 16:7
**totally**  11:8
**tough**  5:9
**Towers**  44:17,
  19
**town**  14:19
  17:20
**towns**  23:6
**track**  26:8
**tracks**  5:15
**transgender**
  3:10
**transparent**
  10:15

trauma  11:16
treatment
  9:12 11:12
  12:8,10
trip  19:14
trolls  39:18
troops  2:5
true  43:25
Trump  4:6
  6:3,4 7:4,19
  15:18 19:22
  20:11 24:18
  29:19 34:23
  38:13 42:11
trusted  28:6
truth  43:11
truthful
  29:11
turned  5:17
  16:9
turning  16:2
  24:14
TV  14:24 15:5
  17:23 19:4
  20:14,16
  24:23 29:8
  30:14 37:3
Twitter
  39:10,11,14
two-and-a-half
  36:21
twofold  36:19
type  40:15

U

U.s  6:11
U.S.  21:17
understand
  3:2,5 24:21
  32:8,15 33:12
understanding
  35:21
United  38:14
  43:16
unwavering
  41:9

update  12:14
upstairs  8:23

V

validated
  6:25 33:24
vendors  37:7
venue  32:24
versus  16:12
veteran  21:1
videos  34:15
  36:2,3,4
virtus  39:3,4
virus  39:24
vivid  19:23
voice  2:19
  13:25
voted  4:5
votes  2:25

W

waited  8:3
Walk  5:9
  33:18
Walk-through
  5:8
walked  6:7
  20:12
walking  31:10
wanna  4:13
  10:23 11:10
wanted  5:6
  11:12 15:16
  25:14 28:4
War  2:12 24:5
  43:21 44:1,15
  45:4
warned  36:23
warrant  8:11
warranty
  25:16
Warrior  21:1
warroom  44:21

warroom.org/
join.  44:20
wash  25:16
watch  11:23
watching  15:3
Wayfair  40:9
wear  19:4
week  39:12
weeks  8:13,15
  16:6 21:23
  33:25 34:1
  36:21
what's  3:8
  16:11
White  20:12
  23:9
willpower
  11:7
window  11:23
wins  20:11
withering
  31:17
witnesses  4:7
woke  9:9 11:8
  17:1
word  22:16,17
work  9:5 10:5
  12:9 14:9
  17:18 25:8
  35:25 38:3
  39:20 44:2
worked  12:8
  29:3,15,16
working  3:15,
  16 5:1,3
world  2:15
  5:2 9:2 11:4
  17:14 18:7
  31:25 33:7
  43:16
worry  22:18,
  19
worse  28:18
worst  17:22
wounds  11:15
Wow  6:17,20
  15:7 18:10

19:9 23:1
  27:2,14 44:11
write  42:5
wrong  18:22
  30:13
Wyoming  4:9

X

x-crack  20:16

Y

ya  45:3
Yard  14:17
year  2:13
  22:1 25:6,14,
  16,20
years  7:9
  8:24 11:17
  13:5 14:15
  16:10,13 17:7
  25:22 27:8
  42:5
yesterday
  37:9
York  6:5
  14:21 15:24
  35:17

Z

Zealand  37:8
Zone  2:4