# Exhibit 309

# NEWSMAX
Independent. American.

Monday February 08, 2021

Search Newsmax

| Home | Platinum | **Newsfront** | America | Politics | Opinion | The Wire | Books | Best Lists | Specials | Sci & Tech |

**Latest** | Democrats to End Trump Tax Loopholes. Maximize Your Refund Now. Read More.

Home | Newsfront

Tags: 2020 Elections | Donald Trump | mike lindell | mypillow | boycott

## Mike Lindell Targeted, Help Him Today!



MyPillow CEO Mike Lindell speaks about the coronavirus in the Rose Garden of the White House on March 30, 2020. (Alex Brandon/AP)

Thursday, 28 January 2021 11:52 AM

Share | Like | | Short URL | Email Article | Comment | Contact | Print | A A

Mike Lindell is an American hero.

During the election he stood up for what he believed, and **he continues to fight for what's right.**

Mike and his company MyPillow are now being targeted for boycotts by the far left.

Major retailers have begun **to remove MyPillows from their stores.**

Big stores like **Kohl's, Bed Bath & Beyond, and Kroger's** have dropped Mike because he dared to speak out.

If you believe in Mike, make sure **you support him by buying one of his great pillows** or related products.

They are great pillows for great Americans!

You can get Mike's MyPillow products online **with up to a 66% discount** using the "Newsmax" promo code – Go Here Now

### Newsmax TV Live

IMPACT OF SHULTZ'S LEGACY ON FOREIGN POLICY

### Free Newsmax E-Alerts

Email:
Country: United States
Zip Code:
**SIGN UP**

Privacy: We never share your email.



**700 HP Sierra Truck Upgrade**
Go faster & louder in your 700 horsepower upgraded Sierra Powered By Hennessey
Hennessey Performance

### Hot Topics

- Coronavirus Special
- George Floyd Protests
- 2020 Elections
- Trump Administration
- Coronavirus
- China

More Hot Topics

VOTE NOW

### Around The Web

➔ Diet Industry Panics As Fat-Burning Secret Exposed
➔ Why A Vaccine May Not Save Us
➔ This Is How Older Women Lose Weight
➔ How Women & Men Over 55 Are Losing Weight



Document title: Mike Lindell Targeted, Help Him Today! | Newsmax.com
Capture URL: https://www.newsmax.com/newsfront/mike-lindell-mypillow--boycott/2021/01/28/id/1007643/?dkt_nbr=6F1212ijpd0s
Capture timestamp (UTC): Mon, 08 Feb 2021 16:56:23 GMT

If you believe in Mike, make sure **you support him by buying one of his great MyPillow-related products.**

They are great pillows for great Americans!

You can get Mike's MyPillow products online **with up to a 66% discount** using the "Newsmax" promo code – Go Here Now

Or call toll free at **1-800-831-0799** and order your MyPillow today!

P.S. Newsmax receives **no advertising or affiliate fees** for this promotion! We believe in Mike too!

© 2021 Newsmax. All rights reserved.

Click Here to comment on this article

**RECOMMENDED**


1 Simple Change That Cuts People's Electric Bill By Up To 90% (Try Tonight)


One Simple Method To Keep Your Blood Sugar Below 100


If Your Dog Licks His Paws - Top Vet Says To Do This Daily


Why Doctors in the Know No Longer Prescribe Blood Pressure Drugs


Illinois Seniors Can Get Big Discounts If They Only Ask


Man Who Predicted 2020 Crash Predicts Now Massive Stock Market Event


Reduce Low Back Pain & Sciatica With One Seated Stretch (Watch)


MD: If You Have Toenail Fungus, Do This Immediately (Watch)


Recalculate Your House Payment with Quicken Loans if You Owe Less Than $822,375

**TAKE A LOOK**

- You'll Never Think About Solar Panels Again After Seeing This (Watch)
- Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning
- Limited Edition Trump Bobblehead is Selling Out Fast
- Urologists Stunned: Forget the Blue Pill, This "Fixes" Your ED
- Seniors Are Ditching Their Auto Insurance And Doing This Instead
- Vet Says: Try This If Your Dog Needs His Glands Expressed
- 1 Simple Change That Cuts People's Electric Bill By Up To 90% (Try Tonight)
- Anyone With Diabetes Should Watch This (Big Pharma Companies Hate This!)

**Join the Newsmax Community**

Register To Comment          Login To Comment

Please review Community Guidelines before posting a comment.

Click Here to Load Comments...

**Around The Web**

 Pandemic's Fat Burning Secret Exposed
 Why A Vaccine May Not Save Us
 This Is How Older Women Lose Weight
 How Women & Men Over 55 Are Losing Weight
 New Evidence Exposes This Biblical Secret Here
 How to Survive A Heart Attack If You're Alone

Powered by Newsmax

**RECOMMENDED**

[Photos] At 80, Raquel Welch Up-sized Her Bikini

Illinois: Say Bye To Expensive Solar Panels If You Own A Home in Northbrook

The New Presidency Will Change Everything. Here's How to Financially Prepare.

Internet Providers Don't Want You Buying One, but They're Not Illegal

Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning

A Brave Photographer Smuggled These 27 Photos out of North Korea

This Game is So Beautiful It's Worth Installing Just to See

Most Disturbing Films Ever Made, Ranked 1-15

**You May Also Like**

**Christian Films the Next Target of Cancel Culture**
Monday, 08 Feb 2021 11:44 AM
Christian films are the next target of cancel culture, say experts, who warn that the left's war on religion is heating . . .

**Texas Lawmaker Wright Dies of COVID-19**
Monday, 08 Feb 2021 11:42 AM
Texas GOP Rep. Ron Wright has died, the first sitting member of Congress to succumb to COVID-19, the Dallas Morning News . . .

More


P.S. Newsmax receives **no advertising or affiliate fees** for this promotion! We believe in Mike too!

© 2021 Newsmax. All rights reserved.

[Click Here](#) to comment on this article

▶ RECOMMENDED


**1 Simple Change That Cuts People's Electric Bill By Up To 90% (Try Tonight)**


**One Simple Method To Keep Your Blood Sugar Below 100**


**If Your Dog Licks His Paws - Top Vet Says To Do This Daily**


**Why Doctors in the Know No Longer Prescribe Blood Pressure Drugs**


**Illinois Seniors Can Get Big Discounts If They Only Ask**


**Man Who Predicted 2020 Crash Predicts Now Massive Stock Market Event**

**Reduce Low Back Pain & Sciatica With One Seated Stretch (Watch)**


**MD: If You Have Toenail Fungus, Do This Immediately (Watch)**


**Recalculate Your House Payment with Quicken Loans if You Owe Less Than $822,375**

▶ TAKE A LOOK

- You'll Never Think About Solar Panels Again After Seeing This (Watch)
- Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning
- Limited Edition Trump Bobblehead is Selling Out Fast
- Urologists Stunned: Forget the Blue Pill, This "Fixes" Your ED
- Seniors Are Ditching Their Auto Insurance And Doing This Instead
- Vet Says: Try This If Your Dog Needs His Glands Expressed
- 1 Simple Change That Cuts People's Electric Bill By Up To 90% (Try Tonight)
- Anyone With Diabetes Should Watch This (Big Pharma Companies Hate This!)

## Join the Newsmax Community

**Register To Comment** | **Login To Comment**

Please review Community Guidelines before posting a comment.

**Click Here to Load Comments...**

Home | Platinum | **Newsfront** | America | Politics | Opinion | The Wire | Books | Best Lists | Specials | Sci & Tech

**NEWSMAX MEDIA**
NEWSMAX.COM
America's News Page
© 2021 Newsmax Media, Inc.
All Rights Reserved

Contact | Advertise | Shop | RSS | Archives | Links | Careers | Privacy Policy | Terms & Conditions

Newsmax, Moneynews, Newsmax Health, and Independent. American. are registered trademarks of Newsmax Media, Inc. Newsmax TV, and Newsmax World are trademarks of Newsmax Media, Inc.

▶ RECOMMENDED


[Photos] At 80, Raquel Welch Up-sized Her Bikini


Illinois: Say Bye To Expensive Solar Panels If You Own A Home in Northbrook


The New Presidency Will Change Everything. Here's How to Financially Prepare.


Internet Providers Don't Want You Buying One, but They're Not Illegal


Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning


A Brave Photographer Smuggled These 27 Photos out of North Korea


This Game is So Beautiful It's Worth Installing Just to See

Most Disturbing Films Ever Made, Ranked 1-15

### You May Also Like

**Christian Films the Next Target of Cancel Culture**
Monday, 08 Feb 2021 11:44 AM
Christian films are the next target of cancel culture, say experts, who warn that the left's war on religion is heating . . .

**Texas Lawmaker Wright Dies of COVID-19**
Monday, 08 Feb 2021 11:42 AM
Texas GOP Rep. Ron Wright has died, the first sitting member of Congress to succumb to COVID-19, the Dallas Morning News . . .

More


Document title: Mike Lindell Targeted, Help Him Today! | Newsmax.com
Capture URL: https://www.newsmax.com/newsfront/mike-lindell-mypillow--boycott/2021/01/28/id/1007643/?dkt_nbr=6F1212ijpd0s
Capture timestamp (UTC): Mon, 08 Feb 2021 16:56:23 GMT
Page 2 of 2