# Exhibit 313

```
 1
 2
 3    File:   Newsmax TV's Bob Sellers addresses the Mike
 4                    Lindell situation
 5
 6                      Https://
 7    Www.youtube.com/watch?v=NoQXsgv8UUM&feature=youtube
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

 1          CLAY CLARK: All right, Emerald. Thank you
 2  very much.
 3          Folks, if you watched American Agenda
 4  yesterday, you may have seen something out of the
 5  ordinary happen during an interview with Mike
 6  Lindell, the CEO of My Pillow.
 7          Mike is a friend of this network, and we
 8  were supposed to discuss Twitter's decision to ban
 9  him, and the impacts of cancel culture on his
10  business. But there was some confusion, and Mike
11  thought that we were to talk about vote fraud in
12  the recent election.
13          It's a topic we have covered extensively on
14  Newsmax. I was frustrated that we couldn't focus
15  on the current very pressing issue of free speech
16  and cancel culture; and in hindsight, there is no
17  question that I could have handled the end of the
18  interview differently.
19          At Newsmax, we seek out all points of view,
20  Mike was back on Newsmax last night with Rob
21  Schmitt on his show to continue the conversation
22  about cancel culture and the censorship by social
23  media.
24          Mike also made clear he thinks Newsmax is
25  great -- his words. And I can tell you he will

1  continue to be an important guest on Newsmax.  I
2  think you'll enjoy what Mike had to say last
3  night, so here it is.
4         MIKE LINDELL:  Well, they took down my
5  personal one, too.  And then just yesterday I
6  actually put up on my -- on My Pillow account, I
7  put down:  Hey you guys, here's what I posted on
8  my personal -- why -- why Jack took this down.
9  And it was a nice letter from one of my employees,
10 because my integrity is getting attacked
11 everywhere right now; and they took it down about
12 five minutes.
13        And so now it's funny, all the news media
14 was reaching out to me today going:  Well, how are
15 you going to get your messaging out there, how are
16 you going to talk to your customers?  And, you
17 know what, our customers have always stepped up
18 right now.  It's amazing.
19        Just like Newsmax did.  You know, the other
20 day, you know, you guys had the promo code Newsmax
21 --
22        ROB SCHMITT:  Right.
23        MIKE LINDELL:  -- on MyPillow.com, and you
24 saved up to 66 percent, and you could still do
25 that.  You guys have been great, and everyone out

```
 1   there has been greet.  You know, these -- it's not
 2   just Twitter.  You're right -- you know, the one
 3   thing about Twitter, all the bots and trolls that
 4   -- that these companies that are on Twitter --
 5        ROB SCHMITT:  Right.
 6        MIKE LINDELL:  -- those guys that are the
 7   ones that attacked all these box stores and stuff,
 8   so then -- and it just -- cancel culture just
 9   keeps on spreading.
10        ROB SCHMITT:  Yeah.  And like you said, we
11   -- we -- how many of these people are actually
12   real?  How many of these people are actually real
13   -- how many people are actually offended by any of
14   the things that we're so worried about canceling
15   in this society right now.  All of it is so
16   stupid.
17        We talked to you last week about --
18        MIKE LINDELL:  Right.
19        ROB SCHMITT:  -- former business partners
20   that have dropped your products from their
21   shelves; just like you're just talking about,
22   here's the big list right here.
23        MIKE LINDELL:  Right.
24        ROB SCHMITT:  How are you and your
25   employees weathering that storm, and what do you
```

1    think is next for your business?
2         MIKE LINDELL:  Well, I want to add one more
3    to that list to make sure we don't -- we don't
4    forget them, Mattress Firm dropped us this week,
5    and ShopHQ in Minnesota --
6         ROB SCHMITT:  Yeah.
7         MIKE LINDELL:  -- and they just keep piling
8    on, I think they -- they sit out there and they
9    go:  Okay, now we can do it -- My Pillow won't
10   notice.
11        But you know what, I want to tell them,
12   they are the biggest ones that are the losers,
13   because the lose -- they're the ones losing the
14   real customers and end up coming right to my My
15   Pillow now, and great companies are stepping up
16   that are out -- like Newsmax, and like other
17   companies that have put the word out --
18        ROB SCHMITT:  Yeah.
19        MIKE LINDELL:  -- to help My Pillow, and
20   everyone -- everyone has been buying, and we have
21   been so busy.  We actually are hiring right now
22   for shipping.  And all of my employees stayed
23   (inaudible) -- and each and every one of y'all out
24   there that have bought My Pillow.  You know, no we
25   have 100-and-some products; so we're not just --

1   it's not just pillows anymore.
2           ROB SCHMITT:  Yeah.  No kidding.  My
3   parents have one of your pillows, in fact.  I am
4   glad to hear you guys are hiring, and that -- and
5   that the business is -- is surviving this, because
6   it is scary.  I mean, it really scares a lot of
7   people.  And that's why everybody is walking
8   around on eggshells, because they're worried that
9   if they don't cancel you, someone is going to
10  cancel them.
11          But finally I just want to --
12          MIKE LINDELL:  Right.
13          ROB SCHMITT:  -- to ask -- as far as the
14  impeachment, we spent the -- the top of this show
15  talking about the impeachment brief dropped today
16  by the Democrats.
17          What are your thoughts on this pending
18  trial, politically to you, does this seem like a
19  loser for Democrats to put Donald Trump on trial
20  now?
21          MIKE LINDELL:  Well, I think it's -- it's
22  probably the worst thing I had ever heard of, of
23  anybody doing, and it doesn't matter what side
24  you're on.  He's not even in office, and -- and --
25  but I will -- there's something coming out Friday

```
 1   that's going to really help with (inaudible)
 2   documentary I put together; and (inaudible) is
 3   going to see it, I think that's going to help.
 4          And I -- I just think it's a shame what
 5   they're doing.  One of the greatest Presidents, if
 6   not the greatest in history, and all the great
 7   things he did for our country and you treated him
 8   like garbage for four years; and now to do this --
 9   I mean, is this -- the whole world is watching.
10   It's just a shame.
11          ROB SCHMITT:  Yeah.  Understood.  Yeah.
12   And you've got a new documentary coming out
13   Friday.  We're very excited to see what that
14   entails.
15          Mike Lindell, CEO of My Pillow.  Thank you,
16   sir, for being a good friend, and for coming on
17   Newsmax tonight.  We appreciate it.
18          MIKE LINDELL:  Yeah, you guy are great.
19   Thanks a lot for having me on.
20          REPORTER:  You just watched Newsmax TV,
21   America's fastest growing cable news channel now
22   in more than 70 million homes.
23          You can get Newsmax TV on your cable system
24   or check your cable guide.  And if your system
25   doesn't carry Newsmax, call them, tell them you
```

```
 1   want Newsmax TV, because we're real news, for real
 2   people.
 3          (End of the recording.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1          C E R T I F I C A T E

2

3          I, Jackie Mentecky, do hereby certify that

4   I was authorized to transcribe the foregoing recorded

5   proceeding, and that the transcript is a true and

6   accurate transcription of my shorthand notes to the best

7   of my ability taken while listening to the provided

8   recording.

9

10  Dated this 9th day of February, 2021.

11

12

13

14

15                              _____

16                              Jackie MENTECKY

17

18

19

20

21

22

23

24

25