# Exhibit 315

screenshot-twitter.com-2021.02.08-12_02_25
https://twitter.com/OANN/status/1357533963707842560
08.02.2021



**One America News** ✓
@OANN

Join MyPillow CEO Mike Lindell for a never-before-seen report breaking down election fraud evidence & showing how the unprecedented level of voter fraud was committed in the 2020 Presidential Election.
Tune in to "Absolute Proof" with Mike Lindell on February 5th. Only on #OANN.



0:30   121.1K views

⚠ This claim of election fraud is disputed, and this Tweet can't be replied to, Retweeted, or liked due to a risk of violence

10:38 PM · Feb 4, 2021 · Twitter Web App

View Quote Tweets