# Exhibit 317





**Kayla Simering**
I bought pillows last night just for the hell of it! #teamlindell

Like · Reply · 1d  13


**Mimi Bynum Johnson**
You're the man Mike! FB is a liar! Oh and I bought 2 my pillows today! Don't even care it's going to take a while to receive them just happy to support your company and we're looking forward to receiving our pillows! God bless you and protect you!

Like · Reply · 1d · Edited     1