# Exhibit 321

screenshot-www.buzzfeednews.com-2021.02.09-09_21_25
https://www.buzzfeednews.com/article/ryanhatesthis/youtube-anthony-fauci-deep-state-coronavirus
09.02.2021





**TECH / CORONAVIRUS**

# A YouTube Video Accusing Dr. Anthony Fauci Of Being Part Of The Deep State Has Been Viewed Over 6 Million Times In A Week

The video also advises people to treat COVID-19 with vitamin C.

**Ryan Broderick**
BuzzFeed News Reporter

Posted on April 15, 2020, at 7:08 p.m. ET

Tweet   Share   Copy



Dr. SHIVA Ayyadurai, MIT PhD Crushes Dr. Fauci Exposes Birx, Clintons, Bill Gates, And The W.H.O

6,313,664 views · Apr 10, 2020   LIKE   DISLIKE   SHARE   SAVE   ...

Ayyadurai being interviewed on *America's Daily Report* on America's Voice, a right-wing cable TV network
youtube.com

*The journalists at BuzzFeed News are proud to bring you trustworthy and relevant reporting about the coronavirus. To help keep this news free, become a member and sign up for our newsletter, Outbreak Today.*

ADVERTISEMENT

A YouTube video full of what experts have called misinformation about the coronavirus went viral this week, accumulating over 6 million views and close to half a million Facebook shares since it was published last Saturday.

The video features an interview with Shiva Ayyadurai, a candidate for the GOP nomination for Senate in Massachusetts, who questionably claimed to have invented email and who briefly dated actor Fran Drescher. It was conducted by news anchor Christina Aguayo, who hosts *America's Daily Report* on America's Voice, a right-wing cable TV network.

"Dr. SHIVA Ayyadurai, MIT PhD Crushes Dr. Fauci Exposes Birx, Clintons, Bill Gates, And The W.H.O" is full of misinformation about COVID-19, the disease caused by the novel coronavirus that has killed 132,000 around the world and sickened 2 million.

YouTube's "coronavirus" search results remain relatively free of misinformation — a search typically returns a CDC warning, a liveblog about the outbreak from a trusted news source, and hundreds of videos from verified channels. But the platform has had a tougher time — particularly in India — combatting videos that go viral outside of its walls, including on Facebook and Twitter.

According to YouTube, the video was not recommended by its systems. The majority of the traffic and views come from external sites.

"You're talking about a guy who is embedded in the deep state," Ayyadurai said of Anthony Fauci, the director of the National Institute of Allergy and Infectious Diseases and top-ranking member of the White House Coronavirus Task Force, in the interview. "[Fauci is] highly embedded into the Big Pharma medical school education."

Ayyadurai defined COVID-19 as "an overactive dysfunctional immune system that overreacts and that's what causes damage to the body" (scientists are still trying to understand how the coronavirus interacts with the human immune system) and claimed that vitamin C could be used to treat it (USA Today has rated that claim "false").

ADVERTISEMENT



ADVERTISEMENT

BuzzFeed News has reached out to Ayyadurai for comment.

Ayyadurai has yet to back up what he has said with scientific data, but he continues to amass an audience — and court votes. One of many who in the last few months has built an online fanbase with hyperpartisan pandemic content, he publishes Periscopes about the outbreak almost every day, attacking anti-Trump media, speculating about the deep state, and railing against the medical establishment.

"The #FakeNews colludes with #FakeScience to create #FakeProblems, #FakeSolutions

and #FakeHistory to drive us into slavery and fascism," Ayyadurai tweeted Tuesday.
"Each day I will be exposing a #FakeJournalist and/or #FakeScientist. It's time these
scumbags and parasites got some serious bitter medicine."



Home    Platform    About Shiva    The Truth Blog    News ▾    Events    Store    Contact     Donate

## Petition: #FireFauci

April 3, 2020



Ayyadurai's petition to get Dr. Anthony Fauci fired.
Shiva4Senate.com / Via shiva4senate.com

Dr. Ravina Kullar, an infectious diseases researcher, told BuzzFeed News there is no data
to support Ayyadurai's claims that the coronavirus causes an overactive immune system
or that vitamin C could treat it.

ADVERTISEMENT



"I think that shows you that people are just trying to find some kind of reasoning for
this coronavirus," she said.

Kullar also said she respects Fauci and feels very lucky that he's leading the country's
coronavirus task force: "He's a substantial infectious disease specialist who has been
through this many times."

Although Aguayo characterizes Ayyadurai as an "MIT PhD" and the inventor of email,
Ayyadurai is not a medical doctor and in 2016, a judge ruled that doubting his claim to
have invented email, as many journalists have, was not libelous.

In 2018, he garnered 3.4% in the general election as an independent candidate for
Senate in Massachusetts, placing far behind Sen. Elizabeth Warren, during a race in
which he was supported by fake Facebook accounts. He is now a candidate for the
Republican nomination for the state's other Senate seat, the primary for which will be
held in September.

Having graduated MIT in 1986 with a degree in electrical engineering and computer
science, Ayyadurai developed a graphic software that was sold to Lotus Software. After
selling his company he returned to MIT, earning master's degrees in animation and
mechanical engineering and a PhD in computational systems biology.

Most recently, Ayyadurai has cultivated an online following among anti-vaxxers and

other pseudoscience communities. He is also part of a right-wing <u>campaign</u> to discredit Fauci. They are falsely claiming that Fauci is working with former secretary of state Hillary Clinton and the deep state to cause an economic collapse and discredit President Donald Trump.

On March 20, Ayyadurai tweeted, "Time to expose 'Deep State' Emperor Fauci & his 'illustrious' career of #FakeScience imposing 'one-size-fits-all' Medieval Mandated Medicine to profit his BIG PHARMA minions, [at] the expense of crashing our economy."

ADVERTISEMENT

ADVERTISEMENT



Last month, Ayyadurai also tweeted an email Fauci sent to Clinton in 2013, and has made <u>several</u> <u>Periscope</u> videos accusing Fauci of being a member of the deep state. Ayyadurai's video, titled "How to Kill Coronavirus," was removed from YouTube for violating its community standards. In a petition he hosts on <u>his website</u>, Ayyadurai accuses Fauci of forcing mandatory vaccines on Americans to support Big Pharma.

In his interview with Aguayo, Ayyadurai accused the deep state of orchestrating the coronavirus outbreak to stop Trump's re-election. "You have a political motive of the fact that the establishment elite did not want a guy like Donald Trump ever getting elected," he told Aguayo. "I think the deep state's real effect was to hit [Trump] with this coronavirus."

And in language extremely similar to what's been posted in popular 4chan threads over the last month, Ayyadurai mentioned that Fauci knows singer Elton John. Anonymous 4chan users have posted dozens of threads about Fauci, using a photo of the doctor and John to accuse Fauci of being part of a global child sexual abuse ring and part of a global Jewish cabal. (Fauci <u>has described</u> himself as once having been Roman Catholic, and now a humanist. John was raised Anglican, but is famously <u>opposed to organized religion</u>.)

"[Fauci] prides himself on connections with Hollywood and Elton John and all this," Ayyadurai said. "What you're looking at is a strategic move to destroy the economy [by] using it as a vehicle to not only impose vaccine mandates [...] but also as an opportunity to suppress dissent and destroy freedom."





Public
Anyone can see who's in the group and
what they post

Visible
Anyone can find this group

Ayyadurai's interview shared in a QAnon-affiliated Facebook Group.
Facebook | Via Facebook: 760575171007507

ADVERTISEMENT

According to social metrics site CrowdTangle, the biggest referrals for the YouTube video came from the Denver Now community Facebook Page, the QAnon-affiliated X22 Report [Geopolitical] Facebook Group, the Facebook Page for the Christian mommy blog Transformed Wife, and the Instagram account for Nashville-based chiropractor Chelsea Axe. BuzzFeed News has reached out to Facebook for comment.

Since it went viral, Aguayo has used her Twitter account to celebrate her interview with Ayyadurai — going so far as to tweet a graphic of her and Ayyadurai with the words "5+ million views" written in gold. Her interview is one of several she's done in the last two weeks that are critical of Fauci, none of which have reached similarly large audiences.

Earlier this month, Twitter announced it would be changing its terms of service to prohibit tweets that deny global or local health authority recommendations, promote treatments or protective measures not immediately harmful but known to be ineffective, deny established scientific facts about transmission, or contain other content relating to the virus that poses a health risk. So far, those policy changes have not impacted Ayyadurai.

BuzzFeed News has reached out to Twitter for comment.

**BuzzFeed News**

Sign up for Outbreak Today and get the latest news and updates on the coronavirus.

| Your email address (Required) | Sign Up |

**MORE ON THIS**

**"I'm Not An Epidemiologist But...": The Rise Of The Coronavirus Influencers**
Ryan Broderick · March 18, 2020

**Right-Wing Influencers Are Convinced Dr. Anthony Fauci Is Working With Hillary Clinton To Undermine Donald Trump**
Ryan Broderick · March 25, 2020

**Chiropractors Are Feeding Their Patients Fake Information About The Coronavirus**
Ryan Broderick · April 14, 2020

**TOPICS IN THIS ARTICLE**

Facebook    YouTube

Contact Ryan Broderick at ryan@buzzfeed.com.
Got a confidential tip? Submit it here.



## Play a bigger role in our journalism

Want to see more stories like this? Become a BuzzFeed News member.

Start

ADVERTISEMENT

Add a comment...

 **M Scott Campbell**
It's not "overactive" Immune System, it's delayed-then-hyper reactive Immune response -- aka Cytokine Storm. And it's not "caused" by any respiratory disease, it's already present, awaiting any trigger or catalyst. And no, Vitamin C does not have any positive effect on this phenomena. Vitamin D3 is the proper mechanism, as it produces Calcitriol in the lung cells at the Avioli ACE2 receptors, mitigating the Cytokine response. Everyone, take your Vitamin D3 -- simple, effective, very low cost... 2000iu's daily is the recommended dose, and it's meant to be a preventative measure (you have to have sufficient levels prior to becoming infected for it to do its job)...
https://www.youtube.com/watch?v=W5aCePGyOgg
Like · Reply · 30w

 **Deborah Corrigan**
If the allegations are so false why is Nancy Pelosi blocking a investigation, i will tell you why because there's alot of dirty hands that don't want it brought to light they had a hand in this.
Like · Reply · 39w

>  **Jacques Strappe**
> "If you have nothing to hide, why do you fear a surveillance state?"
>
> Intellectually dishonest questions.
> You don't waste time and resouces investigating every stupid accusation that gets made.
> Like · Reply · 27w · Edited

 **Sheila Chaplin**
I saw this photo here of Reporting of deaths from COVID-19 vs from Pneumonia, Flu or COVID (by week in the US)...and it appears that the numbers for flu, pneumonia, and COVID and all added together. Do you think that is accurate? Total deaths are listed as follows:
11,356 COVID,
54, 217 for Pneumonia, Influenza, or COVID
569,403 deaths from all causes
90% (Percent of Expected Deaths for all causes compared to same time period in 2017-2019.

https://www.facebook.com/photo.php?fbid=10219668644539820&set=p.10219668644539820&type=3&theater
Like · Reply · 40w

 **Susan Graham**
Dr. Shiva knows exactly what he's talking about and is correct on every count. I support truth NOT BIG PHARMA OR FEAR MONGERING MEDIA OR GOV'T.
Like · Reply · 🔵 3 · 41w

>  **Jacques Strappe**
> Except he's lying to you, and you buy it hook line and sinker because of how it resonates with your political identity.
> Like · Reply · 27w

 **Miles Lane**
I have NEVER seen such pandering and blatant ass kissing in my life! I'm Right wing and this guy disgusts me.
He is obviously positioning himself for Trumps approval, fine but he is attacking a man based on his beliefs and not facts.
For gods sake he attacks him for claiming to be friends with Elton John..
Now why would he need to attack a man for who he is friends with?
You are a liar a coward and a ass kisser and I do believe you have a PHd in all three!!
Poor Fran
Like · Reply · 🔵 1 · 41w

 **Lucas London**
Medical doctor responds..

https://youtu.be/LppTUfs3Zw0
Like · Reply · 🔵 1 · 41w



**Leonard Kesler**
Every left wing outfit in America is scrambling to try to cover the truth about Fauci and Gates. These two are Globalist thugs just like the pricks that are covering for them. Amazing how every certified scientist is wrong except Dr Jekyll, that would be Fauci and Gates.

Like · Reply · 👍 4 · 42w



**Kevin Burke**
You keep saying things like "falsely" and "misinformation" with absolutely NOTHING to back it up, what about the video of Fauci in 2017 saying "there WILL be a surprise outbreak" in the next administration, people are finally waking up to your fake news propaganda

Like · Reply · 👍 5 · 42w



**William Kirby**
Buzz Feed is fake news. This article is extremely disingenuous. THERE IS NO CURE. Theres only supporing your ability to fight the virus and mitigating symptoms. Listen to Shiva then listen to the CDC and WHO. Do research and dicern for yourself what steps you will take... But please dont follow this buzzfeed narrative. Entertainment vs Journalism. This is salacious at best. Also. Pubmed.gov Read the studies buzzfeed. Oh and check the Smithsonian for the creation of email as we know it. You get an F for your research skills. all credit to Mark Reddrick which i re-post.

Like · Reply · 👍 2 · 42w



**David Sartori**
P L E A S E R E A D: Ryan Broderick, how do you even live with yourself. Or do you even write this? These buzzfeed articles practicaly come out of a machine. as I stated on the buzzfeed "article" about Dr Eric Nepute: The point is PEOPLE ARE STANDING UP FOR SOMETHING, most of us (that arent paid internet fake trolls commenting- yes you. good look with your self respect) know some TRUTH when we hear it. Who cares about republican / democrat, it isnt just about proving the CDC stats wrong, etc - ITS ABOUT SOMEONE SPEAKING OUT ABOUT FREEDOM. Freedom of speech. Freedom of thought. You know its true. Period. MILLIONS VIEWS and counting, for a reason! Thats incredible. THAT is the story. Its PEOPLE BEING UNAFRAID to speak out, is what it is. Knowing that something is wrong. Good Luck trying to invalidate this comment. Go look in the mirror

Like · Reply · 👍 7 · 42w



**Alvin A. McEwen**
That is stupid. Standing up for something which is inaccurate is idiotic.

Like · Reply · 👍 4 · 42w



**Jacques Strappe**
They painted the word" freedom" on a knife and you stuck your neck out to make it easier for them to stab you with it.

Fucking imbecile.

Like · Reply · 27w

| Load 10 more comments |
|---|

Facebook Comments Plugin

---

ADVERTISEMENT


$500 VALUE

---

**TRENDING NEWS**


If Morgan Wallen's Racism Won't Bring A Reckoning To Country, What Will?


Tom Brady And Serena Williams Were Dragged Into A Debate About The Greatest Athlete Of All Time After The Super Bowl


Britney Spears' Boyfriend Said He's "Looking Forward To A Normal, Amazing Future" Together Following Explosive Documentary

**TOP BUZZ**


31 Celebrity Kids Who Are Legit Grownups Now...And Also Very, Very Pretty


24 Of The Best Tweets About The Weeknd's Super Bowl Halftime Show


Gorilla Glue Said It's "Sorry" To Hear About The Woman Who Accidentally Glued Her Hair In Place


**Parler Wanted Donald Trump On Its Site. Trump's Company Wanted A Stake.**


**A 20-Year-Old Man Was Fatally Shot While Filming A YouTube "Prank" Robbery**


**A Man Charged In The Capitol Riot Won't Go To Jail After His Infowars Appearance Violated A Judge's Orders**


**People Are Finding Out About The Spot In Your Mouth Where Dentists Can See If You've Given A Blow Job Before, And OMG**

ADVERTISEMENT


**32 Products Under $20 For Anyone Who Absolutely Hates Cleaning**


**Katy Perry Said "Nobody Talks About" The Aftermath Of Giving Birth And It's Brutally Honest**


**Justin Timberlake's Instagram Is Being Flooded With Demands For Him To "Apologize" To Britney Spears After A New Documentary Caused Huge Backlash**


**57 Things That'll Help You Level Up Your Life**


**How Alicai Harley Pays Homage To A Beloved Children's Picture Book With Her Debut EP**


**Britney Spears' Boyfriend Said He's "Looking Forward To A Normal, Amazing Future" Together Following Explosive Documentary**


**65 Products That Should Win A Prize For Actually Doing Their Job**


**51 Products That Will Help Make Things Way Easier Than They Were Yesterday**

ADVERTISEMENT








     

**17 Insta-Worthy Tassie Accommodation Options That You Won't Be Able To Resist**

**This Online Shopping Hack Is Saving Aussies A Bomb And I Wish I Knew About This Sooner**

**Get Ready For Claudia Conway On The Season Premiere Of "American Idol"**

**Ever Wondered How Sweet You Really Are? Just Choose A Bunch Of Salty Foods To Find Out**

   

**Holy Moly, This Is What The Cast Of "Tomorrow, When The War Began" Looks Like Now**

**The "Schitt's Creek" Megamansion Is For Sale And Could Be Yours For $15 Million**

**Serena Williams' Amazing One-Legged Catsuit At The Australian Open Was Inspired By Flo-Jo**

**Pick Some Colorful Crystals And We'll Reveal Your Aesthetic**

ADVERTISEMENT

   

**54 Kitchen Products You'll Probably Wonder How You Ever Lived Without**

**Your Subway Order Will Reveal What Percent Annoying You Are**

**Do You Have The Same Taste In Sexy Music As Everyone Else?**

**If You Were An "iCarly" Character, Who Would You Be?**

ADVERTISEMENT

