# Exhibit 322

You have been redirected to our main site, Reuters.com. In order to provide the best possible user experience, we have transitioned some of our regional editions to our main website. To learn more about these changes, click here.



Discover Thomson Reuters ···

Directory of sites | Login | Contact | Support



World · Business · Markets · Breakingviews · Video · More

EVERYTHINGNEWS        OCTOBER 2, 2020 / 1:19 PM / UPDATED 4 MONTHS AGO

# Fact check: Massachusetts election officials have not destroyed ballots or committed election fraud

By Reuters Staff    6 MIN READ

Social media users are sharing a post from Massachusetts Senate contender Dr Shiva Ayyadurai, which says Massachusetts destroyed over 1 million ballots in the U.S. Senate primary race that he lost and therefore committed election fraud. This claim is false: a spokesperson for the Secretary of the Commonwealth of Massachusetts told Reuters that no ballots have been destroyed. Election law experts from MIT and Harvard Law School also said there is no legal obligation for the state to keep ballot images and therefore the allegation of fraud in these posts is not credible.



Reuters Fact Check. REUTERS

Dr Ayyadurai's tweet (here) has been shared across social media ( here , here ). It reads, "BREAKING: Massachusetts Destroys Over 1 MILLION Ballots in US SENATE PRIMARY RACE committing #ElectionFraud. MA Elections Attorney confirms to #Shiva4Senate ballot images – used for counting votes – that MUST be saved by FEDERAL LAW for 22 months are nowhere to be found!"

[instagram-image-CFj2pEDAY_R]

Document title: Fact check: Massachusetts election officials have not destroyed ballots or committed election fraud | Reuters
Capture URL: https://www.reuters.com/article/uk-factcheck-election-ballot-massachuset/fact-check-massachusetts-election-officials-have-not-destroyed-ballots-or-…
Capture timestamp (UTC): Mon, 08 Feb 2021 17:11:15 GMT

PRIMARY RACE committing #ElectionFraud. MA Elections Attorney confirms to #Shiva4Senate11:21 eV-00445 CJN Ocu Inent 2-121ved for FEDERAL LAW for 22 months are nowhere to be found!"

instagram-image-CFj2pEDAY_R

The section of the law to which Ayyadurai is likely to have been referring in his social media posts is 52 U.S.C Section 20701, which requires that ballots for federal elections be retained for a minimum of 22 months (here).

On Sept. 1, Ayyadurai lost the Massachusetts U.S. Senate Republican Primary election to Kevin O'Connor, who took 59.7% of the votes to Ayyadurai's 39.4% (here). O'Connor will face Democratic candidate U.S. Senator Ed Markey in the Senate election on Nov. 3 (here). Ayyadurai will run as a write-in candidate (shiva4senate.com/).

ADVERTISEMENT



Election fraud has been a flash point of this year's U.S. Presidential election as President Trump and some Republican allies have repeatedly asserted without citing evidence that a surge in mail-in voting and the COVID-19 pandemic will lead to massive fraud in the election on Nov. 3 (here).

Debra O'Malley, a spokesperson for the Secretary of the Commonwealth of Massachusetts William Galvin, told Reuters via email that election officials in Massachusetts have not destroyed any ballots: "Ballots are sealed and stored in each local election official's vault until that retention period has expired. Ballots cannot be unsealed except in the cast of a recount or court order, and election officials are prohibited by law from allowing any person to examine those ballots."

Ayyadurai's post also refers to "ballot images" having disappeared. Ballot images are digital copies of ballots captured by modern scanners used in elections in the process of tabulation.

O'Malley told Reuters that images were not taken of ballots in Massachusetts "because our state laws do not allow the examination of ballots after they have been sealed on Election Night, we have instructed our tabulator vendors to disable the functionality which allows some tabulators to capture and store ballot images. As such, there are no

TRENDING STORIES

Tesla announces $1.5 billion bitcoin bet, makes payments pledge 

Americans take to 'buy now, pay later' shopping during pandemic, but can they afford it? 

'This is not justice.' Tenant activists upend U.S. eviction courts 

Once a 'stonk,' Hertz reveals dilemma companies face in Reddit frenzy 

An unleashed Jeff Bezos will seek to shift space venture Blue Origin into hyperdrive 

ADVERTISEMENT



O'Malley told Reuters that images were not taken of ballots in Massachusetts "because our state laws do not allow the examination of ballots after they have been sealed on Election Night, we have instructed our tabulator vendors to disable the functionality which allows some tabulators to capture and store ballot images. As such, there are no ballot images to provide."

Charles Stewart, Kenan Sahin Distinguished Professor of Political Science at MIT who specializes in elections (here), said that under Massachusetts law, ballot images are not saved. He said there is no legal obligation for the state to save ballot images and therefore there is no fraud in this case: "The law in question requires the preservation of ballots, and the state has done that. If there is a dispute about the election, it is the physical paper ballots that will be examined."

ADVERTISEMENT



Nicholas Stephanopoulos, professor of law at Harvard Law School specializing in election law (here), also told Reuters this is not a case of fraud, "There isn't a credible allegation of fraud here, there's just some confusion by a candidate about records-keeping requirements."

Ayyadurai did not respond to Reuters request for comment as of this article's publication.

VERDICT

False. Massachusetts election officials have not destroyed any ballots. Professors specialising in election law from MIT and Harvard Law said the state is not legally obliged to save ballot images, meaning there is no fraud in this case.

This article was produced by the Reuters Fact Check team. Read more about our fact-checking work  here  .

Our Standards: The Thomson Reuters Trust Principles.

MORE FROM REUTERS



PAID PROMOTIONAL LINKS                                    Promoted by Dianomi

REUTERS NEWS NOW

Subscribe to our daily curated newsletter to receive the latest exclusive Reuters coverage delivered to your inbox.

Enter email address

Submit

Document title: Fact check: Massachusetts election officials have not destroyed ballots or committed election fraud | Reuters
Capture URL: https://www.reuters.com/article/uk-factcheck-election-ballot-massachuset/fact-check-massachusetts-election-officials-have-not-destroyed-ballots-or-…
Capture timestamp (UTC): Mon, 08 Feb 2021 17:11:15 GMT                                                                                    Page 2 of 5



Subscribe to our daily curated newsletter to receive the latest exclusive Reuters coverage delivered to your inbox.

Enter email address

Submit

**PAID PROMOTIONAL LINKS**    Promoted by **Dianomi**

**7 Mistakes You'll Make When Hiring a Financial Advisor**
smartasset

**Where should you invest $1,000 right now?**
The Motley Fool

**Insights today to prepare for tomorrow**
J.P. Morgan Asset Management

**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet

**Why This Man is Warning Americans About the Pump in the Stock Market**
Weiss Ratings

**MORE FROM REUTERS**



**Bitcoin hits one-week low as rising U.S. yields dent rally**
11 Jan



**Kenyan recycles plastic waste into bricks stronger than concrete**
02 Feb



**RPT-Wall St Week Ahead-GameStop frenzy reveals potential for...**
07 Feb



**South Africa suspends use of AstraZeneca vaccine after trial...**
07 Feb



**Hyundai Motor, Kia say they are not in talks with Apple on...**
08 Feb

**PAID PROMOTIONAL LINKS**    Promoted by **Dianomi**

**Buying Tesla Stock? Wait Until You See This**
Sponsored by Empire Financial Research

**Today: Motley Fool is offering 67% off its top stock-picking service**
Sponsored by The Motley Fool

**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
Sponsored by NerdWallet

**Find the Next Tech Unicorn**
Sponsored by OurCrowd

**Buying Tesla Stock? Wait Until You See This**
Sponsored by Empire Financial Research

**Today: Motley Fool is offering 67% off its top stock-picking service**
Sponsored by The Motley Fool

**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
Sponsored by NerdWallet

**Find the Next Tech Unicorn**
Sponsored by OurCrowd

**Get Rewarded With 40,000 Bonus Miles And A $0 Intro Annual Fee**
Sponsored by The United Explorer Card


**Fidelity is hiring licensed financial professionals.**
Sponsored by Fidelity Investments


**7 Retirement Income Strategies Once Your Portfolio Reaches $500k**
Sponsored by Fisher Investments


**9 Strange Things Millionaires Do With Their Money (But We Don't)**
Sponsored by The Penny Hoarder



**MORE FROM REUTERS**


**Tesla announces $1.5 billion bitcoin bet, makes payments pledge**
08 Feb


**Americans take to 'buy now, pay later' shopping during...**
08 Feb


**Hedge funds bet on oil's 'big comeback' after pandemic...**
07 Feb


**What recovery? Clothes retailers cut orders while factories fight...**
08 Feb


**Auto shares pull S.Korea's KOSPI lower as Hyundai Motor, Kia...**
08 Feb

**PAID PROMOTIONAL LINKS**   Promoted by Dianomi




