# Exhibit 323

screenshot-electionstats.state.ma.us-2021.02.10-11_41_36
https://electionstats.state.ma.us/elections/search/year_from:2000/year_to:2020/office_id:6/stage:Primaries
10.02.2021



| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Kevin P. Scott | 34,262 | 48.7% |
| | | | | All Others | 550 | 0.8% |
| | | | | Blanks | 15,363 | |
| | | | | Total Votes Cast | 85,770 | |
| | | | | See Details for this Election » | | |
| 2002 | U.S. Senate | Statewide | Democratic Primary | **John F. Kerry** won against no opponents. Candidates » | | |

| 2002 | U.S. Senate | Statewide | Republican Primary | Candidate | ✗ | Vote Count | % |
|---|---|---|---|---|---|---|---|
| | | | | Jack E. Robinson, III (Write-In) | | 1,441 | 11.1% |
| | | | | All Others | | 11,504 | 88.9% |
| | | | | Blanks | | 241,453 | |
| | | | | Total Votes Cast | | 254,398 | |
| | | | | See Details for this Election » | | | |

| 2002 | U.S. Senate | Statewide | Libertarian Primary | **Michael E. Cloud** won against no opponents. Candidates » | | |
|---|---|---|---|---|---|---|
| 2002 | U.S. Senate | Statewide | Green-Rainbow Primary | *No Candidates* | | |
| 2000 | U.S. Senate | Statewide | Democratic Primary | **Edward M. Kennedy** won against no opponents. Candidates » | | |

| 2000 | U.S. Senate | Statewide | Republican Primary | Candidate | ✗ | Vote Count | % |
|---|---|---|---|---|---|---|---|
| | | | | Jack E. Robinson, III ✓ | | 42,263 | 96.6% |
| | | | | All Others | | 1,489 | 3.4% |
| | | | | Blanks | | 22,060 | |
| | | | | Total Votes Cast | | 65,812 | |
| | | | | See Details for this Election » | | | |

| 2000 | U.S. Senate | Statewide | Libertarian Primary | **Carla A. Howell** won against no opponents. Candidates » | | |
|---|---|---|---|---|---|---|

**Showing 1 to 30 of 30 items**

William Francis Galvin, Secretary of the Commonwealth of Massachusetts

Terms and Conditions