# Exhibit 324








**RECOMMENDED**

| Body of former Omaha mayor's daughter found weeks after disappearance | Rep. Cori Bush faces backlash after supporting inmates in St. Louis jail riot | Jaw-dropping video shows avalanche tumbling towards Utah snowmobilers | Michigan baby shower attendee dies after being struck by exploding cannon | Las Vegas woman sent to prison for fatally running over nail salon manager |

**BREAKING NEWS**    Texas Republican Rep. Ron Wright dead of coronavirus at 67    ⊗

     

**NEWS**

# GOP Michigan recount witness took plea deal on harassment charge: report

By Mary Kay Linge    December 5, 2020 | 6:49pm | Updated



Mellissa Carone

**MORE ON:**
## 2020 PRESIDENTIAL ELECTION

**Biden gets emotional about son Hunter's memoir**

**My Pillow guy wants you to sit through his 3-HOUR election fraud film**

**Malliotakis among 11 GOPers voting to strip Marjorie Taylor Greene of committee assignments**

**Andrew Yang: 'I've been trying to escape New York for a while'**

The "star witness" in the GOP's Michigan recount battle, who went viral this week for her belligerent performance at a state legislature hearing, is fresh off a one-year probation sentence for harassing her boyfriend's ex-wife, according to reports.

Michigan mother Mellissa Carone, 33, was charged with obscenity and computer crimes for emailing graphic sex videos to the 42-year-old woman in 2018, according to published reports.

Carone, under the name of Mellissa Anne Wright, pleaded the charges down to disorderly conduct, a misdemeanor, in 2019, after police traced the emails' IP address to her, the Wayne County prosecutor's office told Deadline Detroit Friday.

She initially denied sending the clips of herself

**TRENDING NOW ON NYPOST.COM**


246,197
**Woman who went viral for using Gorilla Glue in hair goes to hospital**


235,110
**What happened to The Weeknd's face at Super Bowl 2021 halftime show?**


187,721
**Patrick Mahomes' mom calls out refs in Twitter message for Gisele Bündchen**

JustFashionNow


× Close Ad
**WINTER SALE**
Blaroken
**SHOP NOW >**



Document title: Michigan recount witness took plea deal on harassment charge: report
Capture URL: https://nypost.com/2020/12/05/trump-witness-took-plea-deal-on-harassment-charge-report/
Capture timestamp (UTC): Mon, 08 Feb 2021 17:13:45 GMT

**Malliotakis among 11 sharing state's Marjorie Taylor Greene of committee assignments**

**Andrew Yang: 'I've been trying to escape New York for a while'**

Carone, under the name of Mellissa Anne Wright, pleaded the charges down to disorderly conduct, a misdemeanor, in 2019, after police traced the emails' IP address to her, the Wayne County prosecutor's office told Deadline Detroit Friday.

She initially denied sending the clips of herself having sex with her boyfriend, the woman's ex, but police reportedly traced the emails' IP addresses to Carone — who eventually confessed, saying that she wanted to send her rival "over the top."

Her one-year probation ended shortly before she landed a temporary gig with Dominion Voting Systems to help resolve Election Day computer issues in Wayne County, Mich.

There, she told a panel of Michigan state lawmakers Tuesday, she witnessed a litany of voting irregularities, including the double-counting of thousands of votes and smuggled-in fake ballots — testimony she could not back up, aside from an affidavit she signed.

Carone grew so heated in her appearance that she had to be shushed by Trump attorney Rudy Giuliani, a moment that drew millions of social-media views.

"I don't know any woman in the world that would write an affidavit under oath just to write it," she said. "You can go to prison for this."

FILED UNDER  2020 PRESIDENTIAL ELECTION, DONALD TRUMP, MICHIGAN, RUDY GIULIANI, 12/5/20

**SHARE THIS ARTICLE:**

READ NEXT  Joe Biden should be barred from receiving communion over a...

### SPONSORED STORIES

Smartfeed



**Hidden Costco Deals Easily Worth the Membership**
Investing.com



**Read This Before You Renew Amazon Prime Again**
Capital One Shopping



**The Most Successful Lawyers In Northbrook. See The List**
Attorneys | Sponsored Listings



**Many Americans Have Switched From Traditional Cloth Masks to These**
Health Gazette™



**[Photos] Sandra Bullock's Son Finally Confirms the Rumors**
Life Indigo



**The best Super Bowl 2021 commercials: The top ads from this year's game**



**Iowa Gov. Kim Reynolds rolls back state's COVID-19 restrictions**





FREE SHIPPING

### WHAT TO SHOP NOW



**HP takes 45 percent off laptops, PCs, and more for Presidents Day Sale**

**22 thoughtful last-minute Valentine's Day gift ideas for him and her**

**11 best joggers for women who want to get comfy in style for 2021**



**knewz**
*Read news from all sides*
VISIT WEBSITE ▶



× Close Ad

WINTER SALE
Blaroken
SHOP NOW>



The best Super Bowl 2021 commercials: The top ads from this year's game

Iowa Gov. Kim Reynolds rolls back state's COVID-19 restrictions



Read news from all sides

VISIT WEBSITE ▶



RECOMMENDED  2/5

These Clingy Dog Breeds Will Stay by Your Side

FamilyMinded - Sponsored

Read More ›



2020 EXPLORER     VIEW OFFERS
BUILT FOR AMERICA          BUILD & PRICE
Ford
AMERICA'S BEST-SELLING BRAND.†

Your Local Ford Dealer          *Offer disclosure



Say Goodbye to These Shows: They've Been Canceled

Investing.com



[Pics] Take A Look At Anthony Fauci's Current Wife

https://notworthmagazine.com/



The Israeli-made Face Mask Everyone Is Talking About In the US

The Jerusalem Post

NOW ON
Page Six



Kylie Jenner does Caitlyn Jenner's makeup for the first time

SEE ALL ›



'God willing' there will be a packed Super Bowl next year, Biden says



Jesse Jackson is recovering at rehab center after gallbladder surgery

VIDEO



Joyful moment police reunite stolen rooster with family



[Pics] Where Vice-president Kamala Harris Lives Says It All

Hollywood Tale



Food Items You Should Never Buy At Costco, Here's Why

BETTERBE



Surgeon: Tinnitus? When The Ringing Won't Stop, Do This (Watch)

newhealthlife.club



WINTER SALE
Blaroken
SHOP NOW >

‹ Close Ad



Woman who went viral for using Gorilla Glue in hair gets treatment at hospital



Tampa streets packed with maskless revelers ahead of Super Bowl 2021



2020 EXPLORER     VIEW OFFERS
BUILT FOR AMERICA          BUILD & PRICE
Ford
AMERICA'S BEST-SELLING BRAND.†

Your Local Ford Dealer          *Offer disclosure

Document title: Michigan recount witness took plea deal on harassment charge: report
Capture URL: https://nypost.com/2020/12/05/trump-witness-took-plea-deal-on-harassment-charge-report/
Capture timestamp (UTC): Mon, 08 Feb 2021 17:13:45 GMT




**Woman who went viral for using Gorilla Glue in hair gets treatment at hospital**

**Tampa streets packed with maskless revelers ahead of Super Bowl 2021**


BUILT FOR AMERICA   BUILT Ford PROUD
2020 EXPLORER   VIEW OFFERS   BUILD & PRICE
FORD
AMERICA'S BEST-SELLING BRAND.¹
Your Local Ford Dealer   *Offer disclosure





**America's Worst Cities Ranked In Order, Illinois City #2**
Definition

**Photos Of Donald Trump You Never Seen Before**
Definition

**[Pics] The Most Requested Funeral Song Of All Time**
AmoMedia




**Family of missing California woman hold rallies to continue search**

**How 6 fashion trends came to be both banished — and beloved**

## AROUND THE WEB





**How Tom Brady's Trash-Talking Stunned Tyrann Mathieu**
NYPost.com

**Tom Brady's Real Net Worth Is Still Hard To Believe**
Parade.com

**Gisele & Camille Recreate Hilarious Brady & Gronk Video**
NYPost.com





**Tom Brady's Late Night Texts Have Everyone Talking**
Aol.com

**The Brady & Mathieu Debacle Just Keeps Getting Weirder**
Aol.com

**Gisele Bündchen, Bridget Moynahan Celebrate Tom Brady's Win**
PageSix.com





**The CDC Has A Vital New Warning About Moderna's COVID Vaccine**
Marketwatch.com

**Things Just Keep Getting Worse For Mike Lindell**
Marketwatch.com

**The Truth About Patrick Mahomes Nobody Wants To Mention**
NickiSwift.com

Powered by ZergNet

## RECOMMENDED FOR YOU





« Close Ad

WINTER SALE
Glaroken
SHOP NOW >



The CDC Has A Vital New Warning About Moderna's COVID Vaccine
Marketwatch.com

Things Just Keep Getting Worse For Mike Lindell
Marketwatch.com

The Truth About Patrick Mahomes Nobody Wants To Mention
NickiSwift.com

Powered by ZergNet



BUILT FOR AMERICA

2020 EXPLORER

VIEW OFFERS
BUILD & PRICE

FORD
AMERICA'S BEST-SELLING BRAND.

Your Local Ford Dealer          *Offer disclosure

## RECOMMENDED FOR YOU



Texas cop, wife charged for recording themselves having sex with...
New York Post



Miranda Lambert involved in hit-and-run accident on Georgia...
Page Six

Kelly Ripa 'never thought' son Joaquin would be able to go to...
Page Six



Best star snaps of the week: Celebs bare it all
New York Post



Long Island, New York, Home With 200-Foot Pier Listed for $12.9...
Mansion Global



Jimmy Buffett Sells Palm Beach, Florida, Home for $6.9 Million
Mansion Global

## MORE STORIES

### PAGE SIX



Gisele Bündchen, Bridget Moynahan celebrate Tom Brady's Super Bowl win

### DECIDER



'Rumble: The Indians Who Rocked The World' Uncovers The Indigenous Roots Of...

### NYPOST



Woman who went viral for using Gorilla Glue in hair goes to hospital

## NEW YORK POST

SECTIONS & FEATURES
NEWS
METRO
SPORTS
BUSINESS
OPINION
ENTERTAINMENT
FASHION
NY POST SHOPPING
LIVING
MEDIA
TECH

REAL ESTATE
VIDEO
PHOTOS
ALEXA
COVERS
HOROSCOPES
SPORTS ODDS
PODCASTS
COLUMNISTS
CLASSIFIEDS

NEWSLETTERS & FEEDS
EMAIL NEWSLETTERS
RSS FEEDS
NEW YORK POST STORE

HOME DELIVERY
SUBSCRIBE
MANAGE SUBSCRIPTION
DELIVERY HELP

HELP/SUPPORT
CUSTOMER SERVICE
APP FAQ & HELP

CONTACT US
TIPS
NEWSROOM
LETTERS TO THE EDITOR
REPRINTS
CAREERS

APPS
IPHONE APP
IPAD APP
ANDROID PHONE
ANDROID TABLET

ADVERTISE
MEDIA KIT
CONTACT

© 2021 NYP HOLDINGS, INC. ALL RIGHTS RESERVED  |  TERMS OF USE  |  PRIVACY NOTICE  |  YOUR AD CHOICES  |  SITEMAP  |  YOUR CALIFORNIA PRIVACY RIGHTS

Powered by WordPress.com VIP

× Close Ad

WINTER SALE
Blaroken

SHOP NOW >





Document title: Michigan recount witness took plea deal on harassment charge: report
Capture URL: https://nypost.com/2020/12/05/trump-witness-took-plea-deal-on-harassment-charge-report/
Capture timestamp (UTC): Mon, 08 Feb 2021 17:13:45 GMT