# Exhibit 325

