# Exhibit 326

screenshot-twitter.com-2021.02.09-10_29_57
https://twitter.com/emmbeliever/status/1357848819468095489
09.02.2021

