# Exhibit 327

screenshot-twitter.com-2021.02.09-10_31_24
https://twitter.com/TheTexasSky/status/1350579439504142336
09.02.2021

