# Exhibit 328

