# Exhibit 329

