# Exhibit 330

