# Exhibit 331

screenshot-twitter.com-2021.02.09-10_51_05
https://twitter.com/Julie22319872/status/1352295480395505666
09.02.2021

