# Exhibit 332

screenshot-twitter.com-2021.02.09-10_50_38
https://twitter.com/drgioman/status/1352331241438269443
09.02.2021

