# Exhibit 333

*screenshot-web.archive.org-2021.02.09-11_18_46*
*http://web.archive.org/web/20210122011428/https://twitter.com/LovemyNationUSA/status/1352424276721328130*
*09.02.2021*

