# Exhibit 334

screenshot-twitter.com-2021.02.09-10_49_47
https://twitter.com/Peter_Jongsma/status/1354116030558253058
09.02.2021



