# Exhibit 335

