# Exhibit 336

