# Exhibit 337

