# Exhibit 340

