# Exhibit 341

