# Exhibit 342

