# Exhibit 343

Flashpoint Mike Lindell

1

2

3                          File:

4   FlashPoint:  Absolute Truth, You NEED to Hear This!  With

5          Mike Lindell, Doug Wead, and Mario Murillo

6

7                         Https://

8      Www.youtube.com/watch?v=LxYh24Zd0Cs&feature=youtube

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Flashpoint Mike Lindell

2

1          GENE BAILEY:  Well, welcome back to the

2     second half of FlashPoint.  We're glad you're with

3     us.

4          Well, you saw it all happen this past week

5     on Newsmax with Michael Lindell.  It kind of went

6     viral.  Let's get the man himself on here and find

7     out what happened.  Mike, thank you for joining us

8     again tonight.  We want to know what happened.

9          MIKE LINDELL:  Well, it was a continuation

10    of this -- this cancel culture, because I have all

11    this evidence coming out, by the way, tomorrow.

12    We'll talk about that.  It's out tomorrow.

13         And when I went on there, they had --

14    they -- the Dominion people had threatened

15    Newsmax -- well, they -- nobody could go on there

16    and talk about this evidence that I have, or talk

17    about the machines.  So they had -- they had sent

18    a thing to my gal -- or my assistant and said, you

19    know, whatever Mike does, don't -- you know, don't

20    talk about what -- the machines.

21         Well, then I went on there and the first

22    question was:  Why did Jack Dorsey cancel your

23    Twitter account?

24         Well, everything has been attacking -- my

25    whole life right now is because I've got this

1    documentary coming out with all the evidence, and

2    he stopped me and he -- and he goes -- and he read

3    a statement and said:  You can't talk about this,

4    there's no evidence of fraud in the country.

5          It was a -- it was a canned statement that

6    they had to make and -- and stormed off.

7          But it's just -- the overall thing -- the

8    message there is, not only the cancel culture with

9    all the box stores that have left My Pillow, and

10   -- and my friends that are -- the church is being

11   attacked, the social media and Jack Dorsey or

12   Twitter and Facebook with Mark Zuckerberg and all

13   these guys, canceling people out.

14         They've threatened networks and stuff.

15   When you threaten -- just today Fox -- Smartmatic

16   sues Fox for two-point-some billion -- or

17   whatever.  They're doing this to suppress what

18   actually happened in our country that was attacked

19   from another country, and it's all coming out

20   tomorrow.

21         I'm very excited today.  So tomorrow --

22   tomorrow morning, it's coming out.  I -- actually,

23   I'm in the studio right now.  We've been hiding

24   out for one week --

25         GENE BAILEY:  Yeah.

Flashpoint Mike Lindell

4

1      MIKE LINDELL:  -- and hiding out with -- I

2  got protection and everything hired (inaudible).

3  I -- you talk about your -- your guest before

4  you -- I've had more death threats than you could

5  imagine the last month.

6      GENE BAILEY:  Yeah.  I think it's

7  interesting -- I was going to bring that up, Mike,

8  about Doug Wead talking -- I mean, he wrote a back

9  about inside White House, and he got death

10 threats, and -- and knowing his children's name.

11 And I don't think there was anything inflammatory

12 about that book at all.

13     And -- and of course -- and then -- you

14 know, a year later where so much further down the

15 path of all that, it's just -- it's an amazing

16 time.

17     Hey, Mario, let me get you to weigh in

18 here.  You heard -- you know, you know Doug Wead

19 and now you know, as I do, Mike Lindell.  It --

20 it's interesting to see the transition.  I mean,

21 he went all the way back to (inaudible), through

22 the Bush years, the presidency, it's -- it's

23 amazing how far things have moved down that road,

24 isn't it?

25     MARIO MURILLO:  Well, what's amazing to me

1    tonight is Mike Lindell, his willingness to put

2    everything on the line for something he believes

3    in.

4         GENE BAILEY:  Yeah.

5         MARIO MURILLO:  And, you know, you don't

6    issue a death threat, folks, to something that

7    isn't real.  If it isn't real -- I mean, if I get

8    on here and I say, unicorns exists, I'm not going

9    to get a death threat for that.  Not that I can

10   imagine, but I -- I believe that God's hand is on

11   Mike.

12        I believe he's the only person -- I said it

13   in the last show -- he's the only person that is

14   going to defeat the devil in a pillow fight, and

15   it's going to be wonderful and amazing.

16        And the one thing I want to add, and I want

17   everyone listening to get this, Gene and -- and

18   Mike, I want you all to get this:  There is a fire

19   breaking out in America in the churches.

20        GENE BAILEY:  Amen.

21        MARIO MURILLO:  There is a fire breaking

22   out, because it's like the moment when Jesus

23   turned the tables over in the Temple.  Millions of

24   Christians are saying right now, enough is enough.

25        The executive orders of Biden -- and one

1  more thing, and then I'm done, is -- there's a

2  moment in Star Wars where Darth Vader is going to

3  kill Obi-Wan Kenobi, and he says:  If you kill me,

4  I'm going to become more dangerous than you can

5  possibly imagine.

6        And right now, when a man has nothing left

7  to lose, they are the most dangerous person there

8  is.

9        And Donald Trump, I believe, is more

10 dangerous right now to Democrats than he has ever

11 been before.  He's quiet, but there's something

12 going on.  And everything in my bones tells me

13 that like the original 1776 Revolution, ladies and

14 gentlemen, there's going to be an intersection of

15 American patriotism and Christian awakening.

16        And we aren't going to enter the dark era.

17 We aren't going to enter it, folks, because this

18 nation has a special covenant with God and deep

19 wells.  Something is going to happen.

20        I believe in the next few days, what we're

21 seeing in California, what I'm hearing from others

22 all over the nation, that with tent crusades and

23 churches, and what -- Kenneth Copeland just said,

24 it's the year of the local church.

25        I don't think he realizes, folks, that

Flashpoint Mike Lindell

1   we're in a moment where the spirit of God is about

2   to fall and deal with darkness in a way we never

3   could have imagined.

4        GENE BAILEY:  Yeah, I agree.  That's a good

5   word there, Mario.  I think you're absolutely

6   right.

7        And -- and, you know, speaking of -- Mike,

8   speaking of cancel culture -- I -- I mean, they

9   tried to cancel your business even, not -- forget

10  the -- just the death threats, they tried to

11  cancel your business.

12       MIKE LINDELL:  Right.  There's all these

13  businesses, Kohl's, Bed Beth & Beyond, H-E-B,

14  Mattress Firm, Wayfair, the shopping channels,

15  Kroger --

16       GENE BAILEY:  Wow.

17       MIKE LINDELL:  -- I mean, it just keeps

18  coming.

19       But -- and people -- I want everyone to

20  know, you know, exactly what you said, why would

21  they all do that?  Why would all these bots and

22  trolls be attacking all these businesses and put

23  them into fear if there was no election fraud?

24       You know, and that's why I put -- they're

25  so afraid, I just got a letter tonight from

Flashpoint Mike Lindell

1    Dominion saying:  Mike, we want to know what's in

2    this documentary.

3        Well, they're going to find out tomorrow,

4    along with the rest of the world.  You just said

5    something is happening is tomorrow -- you guys all

6    watch this, this is the miracle that we've been

7    waiting for.

8        And I'm not kidding you, when you watch

9    this, it's going to change everything tomorrow.

10   Everything.

11       GENE BAILEY:  Yeah.  All right.  Before --

12       MIKE LINDELL:  Everything changes tomorrow

13   night.

14       GENE BAILEY:  All right.  So before we get

15   into that, and the reason I ask you about

16   everybody that's mailed -- has bailed out on you,

17   these big box stores, we want to put up a promo

18   code.  The last time we did this, we -- we -- we

19   were able to kind of inundate his website.

20       We want you to go support Mike Lindell,

21   mypillow.com, use promo code flash.  I wonder

22   where he got that code?  Flash.  You want to make

23   sure you go there and support.

24       We got to support patriots, folks.  This is

25   where -- when I said earlier in the monologue, we

1    got to stand up, this is part of standing.  I

2    don't care if you don't need a pillow, go order

3    one and give it to somebody else.  But we've got

4    to support each other, because this is the life

5    and death of America.

6        I was thinking earlier, post-Jimmy Carter,

7    I remember -- Mario, and what you were talking

8    about made me remember, Ronald Reagan and his --

9    as he was campaigning, there was suddenly this

10   surge back of patriotism, like we hadn't seen

11   before, like being in America really can be good,

12   and it's a good thing; and he brought back

13   patriotism.

14       Well, I -- I thought those days were over

15   forever.  And here we have President Donald John

16   Trump, who brings things to a whole another level,

17   of making America great again.

18       Who thought -- who would have ever thought

19   that slogan would inflame the -- the other side to

20   be upset.

21       All right.  So now here's the part --

22   listen, before we get into what Mike is going to

23   talk about, go share this -- like those of you

24   watching, social media, if you don't -- if you're

25   watching on the television, go -- get on your

1    social media and share, because you're going to

2    hear the stories as much as Mike wants to tell it

3    tonight, about what this documentary has that's

4    coming out tomorrow.

5         All right.  Mike, I want to hear, tell us

6    what are we going to see?

7         MIKE LINDELL:  Well -- yeah, everything

8    that I've been -- on January 9th, you know,

9    everybody knows that since November 4th, with all

10   the deviations I have seen, I went all in.  I

11   mean, I -- I had to find out what -- what went on.

12   This is impossible.

13        And that was, as I say, this is the first

14   miracle when all the -- all the elections shutdown

15   at 11:15 that night.  If that wouldn't have

16   happened, we would all went to bed and said:  Oh,

17   Biden won, it was close.

18        But instead it opened all these doors, like

19   Arizona took a week to put in the last one

20   percent.  And all these weird deviations.  And as

21   you know, I look at deviations every day, if I see

22   a station do $2,000, that normally does 20,000, I

23   find out why.  I find out everything I can about

24   it.

25        So from November 4th on, I put in all my

Flashpoint Mike Lindell

11

```
1   resources, I haven't -- I mean, every day, from
2   morning until night, that's all I have been doing
3   is trying to figure out what happened with all
4   this.
5        Then all this stuff came out about the --
6   the dead people voting, and all that.  And none of
7   the states took the evidence, and -- and that
8   didn't make sense.  That's the second miracle that
9   put us where we're at right now.
10       On Nov- -- on January 9th, I got a call
11  from some people that said, hey, we have -- they
12  sent me a piece of this evidence, it was a cyber
13  footprint from inside the machines.  And it said
14  -- and I'm going, wow, this shows everything.  It
15  shows the computer hacked in, from what the IP
16  address was, where it went to, what was it hacked
17  in, what was the IP, what was the computer ID.
18  And I am going, this is the -- the smoking gun.
19  You got more of these?  They said:  Yeah, we have
20  it all.
21       So that's where I tried to -- you know, I
22  went to the White House, and I tried to get in to
23  show the President this.  And since that day --
24  well, first Twitter took me down, but then it's
25  been cancel culture -- I mean, they just attack
```

Flashpoint Mike Lindell
12

1   me.  Dominion sent me letters.  It's been -- every

2   single day I've been on the news from morning

3   until night from -- talking to everyone from CNN,

4   Wall Street Journal, New York Times, all of them

5   calling me every day trying to ruin my reputation,

6   take me down, he's a conspirist- -- all this

7   stuff.

8        Well, guess what, about a week ago I got

9   together -- I'm in there right now, that's why --

10  I've been -- we -- we've been working -- a team

11  from 6:00 a.m. until 3:00 a.m., every day for the

12  last seven days -- six to seven days.  I brought

13  in all these people, and we have -- we're going to

14  show it tomorrow in a two-hour documentary, when

15  you watch this, you will go -- it doesn't matter

16  if you're on the left, right, whatever, it doesn't

17  matter -- you're going to see what really happened

18  to our country, this attack by foreign countries

19  and -- starting with China, is 100 percent proof.

20       And if you -- everyone is going to see

21  this, because I've got it coming out everywhere.

22  OAN is going to run it around the clock.  I've got

23  all -- on social media.  You go to Michael J.

24  Dot -- Michaeljlindell.com, we've got all these

25  things, and -- and you can watch it there around

Flashpoint Mike Lindell

1   the clock.

2        You're going to tell -- you need to tell

3   your friends, you need to tell everyone.  Everyone

4   that sees this -- this isn't like stuff you heard

5   before, anything subjective.  This is the

6   evidence.  This is 100 percent -- everyone is

7   going to go, now what do we do?

8        The Supreme Court -- nine of them are going

9   to be seeing this on TV, and they're going to go,

10  if this is a hand being that -- being that this

11  was an attack by another -- countries, starting

12  with China, they're going to go:  I got to say it,

13  it's -- every one of them is going to say

14  nine-zero.

15       Now what do we do?  It's going to show that

16  Donald Trump won 90 -- or 79,800 to 68 million for

17  Biden.  I mean, this was an attack on our country.

18  I don't care if you're a Democrat or a Republican.

19  This stuff coming in is -- is communism,

20  socialism, it's an energy coming into our country.

21       And the machines -- all these machines that

22  are set, they're set -- it's called the rated

23  race -- rated race feature.  And all this is going

24  to be shown in this documentary.  That's why

25  they've been attacking me for one month.  It was

1  like, let's try to get rid of Mike Lindell.  We

2  got to get rid of Mike Lindell.  He's the last guy

3  talking about this.

4          Everybody else just says, oh, better luck

5  next time, better luck next time.

6          I'm telling you all, I'm -- you know, do

7  you think I wasn't 100 percent -- when you see

8  what I had, you would have went, wow, if I was

9  Mike, I wouldn't have gave up either.

10          GENE BAILEY:  Yeah.  Yeah.  Thank you for

11  not giving up.  We -- we so appreciate you, and

12  we're behind you, Mike.

13          There's the website.  Michaeljlindell.com.

14  Absolute Proof documentary.  I'm looking forward

15  to seeing it, too, tomorrow.

16          You want to make -- write that down, share

17  it on -- like you said, share it on your social

18  media.

19          MIKE LINDELL:  Everywhere.

20          GENE BAILEY:  We want to get the -- we want

21  to get the word out.

22          Now, Mike, I've got a question for you, a

23  little off topic:  How do you -- what keeps you --

24  I mean, this has been -- you have spent -- I

25  believe you said you've spent millions since --

1  during this election season, out of your own

2  pocket, getting -- going -- why -- what has --

3  what has driven you to do this?

4        MIKE LINDELL:  Actually, it's almost

5  probably over three million now, and it's rising

6  every day.  This is since November 4th.  You know,

7  since November 4th, I -- I'm looking for the

8  truth.  I mean, it -- I'm looking for the truth

9  because all these things were impossible.

10  Impossible.

11        And I'm going -- but you know, when I'm

12  finally -- where I'm at now, is I -- you know, I

13  can't even believe that God brought all these

14  pieces together in that -- in the last three or

15  four weeks here.

16        And if I would have gave up -- I would

17  never give up, because when I -- when I knew 100

18  percent that this was an attack on our country,

19  our lives, our American dream, which I -- you

20  know, I'm an American dream on steroids, that

21  would be gone forever.  This is everybody.  It

22  doesn't matter if you're (inaudible) if you're a

23  Democrat or a Republican, our -- our elections, I

24  -- if you're -- if you never get to elect anybody

25  again, because somebody is pressing a button on a

1   machine and flipping it to whoever they want, and

2   it's a communist takeover of our country,

3   that's for -- that's all humanity.

4       This was the biggest attack on humanity in

5   history.  Ever.  And -- and it's -- for me -- and

6   I don't know -- that (inaudible), well, where do

7   we go from here?  I knew God has his hand in all

8   of this from the get-go.  I knew that.  And every

9   day I prayed for direction, for wisdom, and

10  discernment, and things just kept coming.

11      And I was praying for that miracle, too.

12  And every day I pray, God, we need a miracle here.

13  And we got it.  You guys, we all have it.

14      And it's going to happen.  You know, this

15  is -- I believe tomorrow.  It's like living inside

16  of a movie.

17      GENE BAILEY:  Yeah.

18      MIKE LINDELL:  And here's what I tell

19  everyone, this is like being inside a movie, we're

20  in the dark part -- the bad part of the movie, but

21  actually there's only two ways that I look at it,

22  either -- either this (inaudible) this miracle

23  happens now, which is going to start tomorrow,

24  it's going to happen.  And then God is going to

25  give us grace and it's going to end up being the

Flashpoint Mike Lindell

17

1    biggest revival in history.  It's going to be the

2    biggest revival.

3        And they -- and what's going to happen then

4    is, it's going the unite everybody.  And we're

5    going to be -- once again, be one nation under

6    God.  Or if this doesn't -- if this didn't happen

7    -- if all this doesn't happen, then it's the end

8    times.  I mean, this is what's coming in.  This

9    isn't a thing -- well, better luck in 2022.

10       GENE BAILEY:  Right.

11       MIKE LINDELL:  It's over.

12       GENE BAILEY:  Yeah.

13       MIKE LINDELL:  This -- it's over,

14    everybody.  Look at (inaudible) or -- this is

15    cancel culture, they takeaway communications.

16    This isn't a Democrat party that's in there, this

17    is an energy that came into our country through

18    election fraud, and it came through the machines.

19       GENE BAILEY:  Yeah.  Amen.  All right.

20    Mario -- let me bring Mario in here with -- with

21    Mike.

22        I want -- I want you to really -- I want

23    you to spend some -- I really feel impressed,

24    Mario.  We got to pray for Mike, right here with

25    what he's doing.  Not just his family and his

1  business is at stake, what he's doing -- I mean,

2  it's crucial.

3      So would you pray for -- for Mike -- Mike

4  right now?

5      MARIO MURILLO:  Lord Jesus, I come to you

6  in the mighty name, the name above every name, and

7  I'm asking you, Lord, to protect this man; your

8  mighty hand to be placed on him.  That this

9  singular role that he's going to play in this

10  drama, this unloading drama, that he is a man that

11  no other person can do what he's about to do.

12      And you know it, Lord.  And the Bible says

13  that your angles in (inaudible) around those who

14  fear him.

15      GENE BAILEY:  Yes.

16      MARIO MURILLO:  And you know he fears you,

17  Lord.  You know he built his company entirely on

18  his faith and conversion to your power.

19      And, Lord, those have come against him are

20  coming against you.  And the Bible tells us in

21  Romans 8, if God be for us, who can be against us.

22  And I believe it, Lord, in Jesus name, amen.

23      GENE BAILEY:  Amen.  Amen.  Amen.  Mike,

24  we're so --

25      MIKE LINDELL:  Thank you.

Flashpoint Mike Lindell

19

```
1        GENE BAILEY:  We're so -- we're with you.
2    We're standing with you.  I want to put up his --
3    just his code there again, guys.  Promo code flash
4    for mypillow.com to help out.  We'll leave it up
5    there for a few more minutes.
6        You know what -- what really stands out to
7    me, gentlemen, is -- is the need -- you know, I --
8    I've said here in the last few weeks, especially,
9    that we're seeing -- we've come into a season
10   where it's the revelation of the remnant.
11       You know, that we're seeing who is going to
12   stand up for what's truth, what's right, and not
13   just in the church, but in our nation, which Mike
14   is doing as a believer.  He's standing up for
15   what's going -- right.  He's putting his money
16   where his mouth is, and he's going after it.
17       And so we're supporting him, yes; but
18   Mario, we've got to do -- I mean, our job in the
19   church is just beginning.
20       MARIO MURILLO:  You know, when I started to
21   support Donald Trump, they told me that I wasn't
22   going to be able to win as many souls.  But
23   because there was no -- there was no
24   inconsistency, the evil that was going on in the
25   Democrat party, is the same as the evil that was
```

1  going on in drugs and gangs.

2      It was the natural extension of my

3  preaching.  And that has to be right now.  You

4  know, I really believe the devil attacked the

5  prophets, because the real office of the prophet

6  is not to flatter Christians and promise them toys

7  in the future.  The job of the prophet is to

8  rebuke evil in a culture.

9      Nathan confronted David, when there is sin

10 in the highest level, it is the prophet of God

11 that's supposed to speak truth to power.

12     And Mike Lindell and -- and I -- I want to

13 commend Kenneth Copeland, too, because he's --

14 he's allowing what's being said on this broadcast

15 tonight.  He's putting a lot on the line himself,

16 but he loves this country.  And he loves what we

17 represent.

18     And I have to say right now, I've never

19 seen so many people getting saved when I preach as

20 they are right now.  Never.  Not even in the heat

21 of the Jesus movement.

22     There -- there's hundreds and thousands

23 that want Christ.  And that's why we can't

24 compromise.  And we have to speak both.

25 Patriotism towards America against leftist,

Flashpoint Mike Lindell
21

1    socialism.  It's got to come from our the pulpit.

2    It has to come from our pulpit.

3         We've got to say, we reject this abortion,

4    this cancel culture, this censorship, this

5    godlessness, this -- this gender-twisting moment

6    in American history.  We reject it.  It is not

7    American.  It is not our history.

8         And it's not evil.  It's not hateful.  It's

9    the truth, and that's all that should matter.

10        GENE BAILEY:  Amen.  You know, I -- I so

11   agree, Mario.  I just got a -- this just a -- this

12   -- it's hard to imagine, but the -- the breaking

13   news here is house Democrats vote to stop saying

14   the Pledge of Allegiance before committee

15   meetings.  I mean, it -- it's just been --

16        MARIO MURILLO:  What more?  Yeah.

17        GENE BAILEY:  -- amazing how far this thing

18   has gone --

19        MARIO MURILLO:  It's (inaudible) --

20        GENE BAILEY:  -- the wrong way.

21        But we're not letting it keep going.  We're

22   going to stand in faith, and keep going.

23        And so, Mike, I want to know, you're a

24   believer, and tell me why or tell me what role

25   does your faith play in what you're doing?

1       MIKE LINDELL:  100 percent.  It's -- I use

2   Proverbs 3- -- 356, trust in the Lord with all

3   your heart, lean not on your own understanding and

4   always acknowledge him, and he will guide your

5   path.

6       I was going down some bad paths, you know,

7   being a former crack cocaine addict and a

8   former -- former addict in every sense of the

9   word, and -- and now it's easy.  I don't have -- I

10  don't have fear.  I only fear the Lord.

11      So people -- you know, God pick- -- chose

12  me for such a time as this.  And part of that is

13  because I don't have fear of them.  I don't -- you

14  know, they can attack, they can do this, do that,

15  you know, that's -- it doesn't bother me.  This --

16  everything I do is for the kingdom.  Everything I

17  do is for the Lord.

18      And it -- it just brings a peace about me.

19  People say:  Mike, you're always optimistic.

20  Absolutely.  I got the Lord.  You know, and when I

21  was saved on February 18th, 2017, when I got on my

22  knees and surrendered to Jesus, that was it.  It

23  was like a peace that fell over me.  It was like a

24  -- you know, I thought it would be -- you know,

25  I'm going, oh, you know, I do this and I was going

 1   to -- it's not going to be -- it's going to be so

 2   different.

 3        No, it was -- it was different, but it was

 4   a peace.  And I was able to go out and evangelize

 5   and -- and just put it right out there, like I --

 6   like I did a pillow -- I mean, a pillow company

 7   has just been a platform for God.  Even way back I

 8   used to tell the -- my dealers, when they did

 9   their intervention, I -- and they said:  You know

10   what, Mike, you -- you've been up for 14 days --

11   they went:  We're not selling you anymore, because

12   you -- you've been telling us this My Pillow

13   company is a platform for God, and you're going to

14   come back some day when you quit and help us all

15   out of addiction, and -- and this addiction world

16   we're living in.

17        Two of those guys are Born Again Christians

18   that work for me now.  Which is -- you know, I set

19   up the Lindellrecoverynetwork.org, it's helping

20   millions of addicts.  And it's not getting people

21   off of drugs, that's not --

22        GENE BAILEY:  Amen.

23        MIKE LINDELL:  -- the goal, it's getting

24   them to Jesus.

25        GENE BAILEY:  Yes.  Amen.  Absolutely.

1   That's an evangelist right there, Mario.  You hear

2   him?

3         MARIO MURILLO:  Oh, listen, I -- I got a --

4   i don't know what I got to do, Mike, to get you

5   under the tent, but we'll film it and you'll see

6   thousands say -- bother, I would love to have you

7   come and tell your story --

8         MIKE LINDELL:  Any time.

9         MARIO MURILLO:  -- and preach.

10        GENE BAILEY:  There you go.

11        MARIO MURILLO:  Amen.  All right.

12        MIKE LINDELL:  I (inaudible) -- yes.

13        GENE BAILEY:  Mike Lindell and Mario

14  Murillo together, I -- that's -- that would be a

15  good one.  That would be a good one.

16        All right.  I want to -- before we go off

17  the air, we've got a few minutes left, and I don't

18  want to lose time here, but I want to go back to

19  the scripture I quoted earlier, Ephesians 613,

20  therefore -- and I want to read this in the new

21  living, this is Ephesians 613:  Put on every piece

22  of God's armor so you'll be able to resist the

23  enemy in the time of evil.  Then after the battle,

24  you'll be standing firm.  Stand your ground,

25  putting on the belt of truth and the body of

1   arm- -- the body armor of God's righteousness, for

2   shoes put on the piece that comes from the good

3   news that you'll be fully prepared.

4        In addition to all of these, listen -- hold

5   up the shield of faith to stop the fiery arrows of

6   the devil.  Put on salvation as your helmet and

7   take the sword of the spirit, which is the word of

8   God.

9        Listen, this is why people like Mike

10  Lindell, what you just heard, he can stand up

11  because he's putting on the whole armor of God and

12  why -- you know, Mario can go to the -- the places

13  that aren't exactly safe to put up a tent meeting,

14  of all things, and see souls saved, like nobody's

15  business.  You -- this doesn't -- that's not the

16  place you want to go have a bunch of people, is

17  it, Mario?

18       MARIO MURILLO:  No. What you want to see s

19  that they're coming because the Democrats have

20  made America miserable.

21       GENE BAILEY:  Yeah.

22       MARIO MURILLO:  Folks, they made us

23  miserable.  And that's opening hearts, people are

24  getting desperate.  They want Christ.  Everybody

25  needs to start preaching the gospel right now,

Flashpoint Mike Lindell

1    because the openness will shock you.  It will

2    literally shock you how open people are right now,

3    because they are miserable from what Democrats

4    have done to them.

5        GENE BAILEY:  Amen.  All right.  So

6    remember, you can go to Michaeljlindell.com

7    tomorrow, and download -- watch, stream Absolute

8    Proof, is the name of the documentary.  That will

9    be out there tomorrow.

10        I'm sure you're going to hear about it,

11   so --

12        MIKE LINDELL:  Yeah.

13        GENE BAILEY:  -- you'll want to make sure

14   you -- you stream that.  I'm telling you now --

15   we're telling you ahead of time, that's where you

16   can find it.  We'll be watching as well.

17        Mike, I just feel like you got something --

18   you know, we're -- we're always talking to you

19   about politics and voting machines, and everything

20   going on.  But I -- I just believe that people

21   need to hear from you again, give me -- I got like

22   five minutes here, give me just a real quick

23   update on how you came to know Christ.

24        MIKE LINDELL:  Well, you know, God chased

25   me it's -- all my life, I had -- you know, in my

1    book, What are Odds, from Crack Addict to CEO, you

2    go back -- when I was a kid, my parents divorced

3    when I was seven years old, I was put into a new

4    school -- I didn't know anybody, and all the

5    sudden I became very shy or I would show off and

6    do stuff.  And -- and that manifested into -- you

7    know, I think things from childhood manifest into

8    addiction, but you're masking pain, things that

9    happened in childhood.

10        I didn't realize how much that divorce had

11   affected me, and you can't get rejected if you

12   don't talk to people.

13        Well, I got into cocaine in -- in the

14   early -- or mid-'80s, and that was -- you know, a

15   masked pain and a false courage, and all this.

16   And -- and you get up -- I'm going to really fast

17   forward here, but you get -- I owned a bar -- I

18   got married, 20 years, had four kids, and we were

19   very functioning addicts.

20        I mean, I -- I was -- you know, addiction

21   affects everyone, no matter how many forks you eat

22   with.  And what -- but I had plans- -- seeds

23   planted of -- you know, with God, went to church

24   when I was a kid and stuff, but -- and I always

25   believed in God.  I thought I did.  You know, and

Flashpoint Mike Lindell

28

1  when you see me on TV, when I always -- you know,

2  I'm going to fast forward through that.

3       And would -- I would always wear my cross

4  on TV, and on January 16th, 2009, when it came --

5  coming out of crack cocaine, I was -- I had made a

6  prayer that day, I said:  God, I want to wake up

7  in the morning and never have the desire for any

8  of these -- the addictions again.

9       And then I knew he had a big calling for

10  me.  And I said that prayer -- now, was that my

11  bottom?  Yes.  I made sure -- or -- you know, I

12  don't know if it was my bottom, but I made sure I

13  didn't have any money left or whatever, so you

14  would (inaudible) a story without all things are

15  possible.

16       But I knew my calling would be gone the

17  next day, somebody else would be chose or -- I

18  would be -- that calling would be gone.  It would

19  be like -- or it would end up down some other

20  path.  And that was where I was there.

21       Well, I quit the next morning, the desire

22  was gone.  And now to fast forward, I ended up two

23  months later, went to faith-based treatment center

24  out of our church, and I -- and went in there and

25  I started telling about it -- I've been to plenty

1    of treatment centers for addition, this one was

2    different.

3        They started asking me about my father and

4    stuff and childhood, and I talked to him about

5    Jesus and talked to him about God and -- and there

6    was some good seeds planted there.  But now you go

7    you to -- to 2014, I met a gal, Kendra, and she --

8    she had something I didn't have.  She said she had

9    this personal relationship with Jesus.

10        And I am going, well, I believe in God.

11   You know, I -- I believe in God.  I wear my cross

12   on TV all the time.  And -- you know, and I always

13   pray when I need something and -- and -- you know,

14   a lot -- most of time it gets answered.

15        Well, then it got up to things happened

16   throughout 2016 and '17, that don't happen to

17   anyone, and I always look at the odds.  You know,

18   I use mathematics to prove God exists.

19        Here you have a one and a million, a one in

20   a billion, or this never could happen.  When you

21   add them together and you can consider it a

22   miracle -- well, these are the things that

23   happened to me in '15, '16, '17, and got up to

24   February 18th, 2017, and I went to this -- it was

25   called Operation Restore (inaudible) it's actually

1    for Veterans, and divine appointment, I got

2    invited.  And I went in there and on the second --

3    on that day, I actually got on my knees,

4    surrendered to Jesus, and one of the things that

5    happened -- forgiving myself for something that

6    happened way back when, having that -- having --

7    being forgiven right there by Jesus, and I was --

8    but I had something I had never forgiven myself

9    for, and it was just a -- the most amazing peace

10   came over me.

11        And from that point on, I was able to speak

12   out, evangelize, and it was just -- it was like

13   being set free.

14        And I -- and -- but people always say to

15   me, it was -- you know, there's a

16   difference between -- one of the differences now

17   by -- by having -- by having that -- by being

18   saved, is my prayers -- people always say to me,

19   when your prayers -- when you have -- when you're

20   praying, they go -- you know, Mike, sometimes my

21   prayers don't get answered.  Well, that might not

22   be God's will.  Well, right now, if you get in

23   (inaudible) where's God's will?  God's will is in

24   the word.

25        So the more you're -- the more you're in

1   the word and you're praying, they -- they light

2   up.  And it's amazing.

3        GENE BAILEY:  Yeah.  Amen.  That's good

4   preaching right there, Mike.  I -- that's good

5   word.  We -- I appreciate that.  All right.

6   Mario, what -- and what -- is that a great

7   testimony.  I love -- I love hearing Mike --

8        MARIO MURILLO:  Yeah.

9        GENE BAILEY:  -- Lindell's testimony,

10  because there's always a passion, Mike, that comes

11  out, that you can't just fake.  And I so

12  appreciate what God's done in your life.

13       Mario, final thoughts here?

14       MARIO MURILLO:  My final thought is, is

15  that I feel like pulling in the net and telling

16  anyone that's watching, I don't care how bent,

17  crooked, addicted, broken, forsaken or desperate

18  you feel, what Mike just said is your hope.  All

19  you do is reach out to Christ.  I'll tell you, I

20  got energized while he was talking, because I got

21  to pull in the net.

22       You can't just say that you heard what Mike

23  Lindell said by accident.  God purposed this

24  moment for you right now, through this screen,

25  wondering we -- he talked about the mathematics,

Flashpoint Mike Lindell

32

1  the billion-and-one chance that you would be

2  watching at this moment and hear a man you've

3  never met, Mario Murillo, telling you that Christ

4  is meeting you in your room right now to save your

5  soul, and to turn your tragedy into a triumph.

6  And to give you peace that passes understanding.

7  And you can do it right now.  Just do it right

8  now.

9       GENE BAILEY:  Amen.  That phone number is

10  right there on your screen.  You want to call

11  that.  There are licensed prayer ministers there

12  to talk with you and take you down the road and

13  get you some materials.  You want to call that

14  number, 877-281-6297.  Those of you listening on

15  the radio.  877-281-6297.

16       Well, thank you, Mike, for being on --

17  being on tonight.

18       And now the -- the documentary comes out in

19  the middle of the night, sometime tonight?

20       MIKE LINDELL:  No, it will be tomorrow --

21  tomorrow morning about ten o'clock eastern time,

22  we're going have it up.  And it's going to change

23  the world, everybody.  You got to watch it.

24       Everyone -- everyone says:  Well, what can

25  I can do right now?  What can I do?  You need to

1    spread this far and wide.  Everyone needs to see

2    this.  Everyone.  Your neighbors, your friends,

3    family.  E-mail it to people.  Social media,

4    everything.

5         GENE BAILEY:  All right.  We'll do it.

6         All right.  Next Tuesday on FlashPoint, you

7    want to make sure you're with us, special guest

8    Jonathan Kohn and look, if you haven't gotten it,

9    you got to get your FlashPoint hat.

10        Now I have it on good word that Mario

11   Murillo and Mike Lindell, if I send them a hat,

12   they're going to wear it.  So we're going to see

13   if we get that next time.

14        Remember this, we love you.  Don't go

15   anywhere.  Stay right here on the Victory Channel

16   for the latest news in faith.  We'll see you next

17   time.

18        (End of the recording.)

19

20

21

22

23

24

25

Flashpoint Mike Lindell

34

```
 1               C E R T I F I C A T E

 2

 3          I, JACKIE MENTECKY, do hereby certify that

 4   I was authorized to transcribe the foregoing recorded

 5   proceeding, and that the transcript is a true and

 6   accurate transcription of my shorthand notes to the best

 7   of my ability taken while listening to the provided

 8   recording.

 9

10   Dated this 9th day of February, 2021.

11

12

13

14

15          _____

16               JACKIE MENTECKY

17

18

19

20

21

22

23

24

25
```