# Exhibit 345



**Tcarey8080,** 1 day ago

Let's all buy Pillows directly from Mike we all need new pillows I am buying 6 when I get my first paycheck at my new job. Also boycott those cowardly stores who caved to the mob.

44 rumbles

REPLY





**JesusTheCreator,** 1 hour ago
I just purchased $250 of mypillow stuff directly form mypillow.com. God Bless you Mike.

1 rumble

REPLY