# Exhibit 347

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009

1

2

3

4

5

6

7

8    [320x180] WATCH TV KLOWDTV 1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1          STEVEN K. BANNON:  Welcome.  Hey, tonight,

 2   it's Steven K. Bannon We're going to have Mike Lindell.

 3   This is a film, Absolute Proof.  We're going to try to

 4   deconstruct it tonight like NFL or college game film, go

 5   through it.  It's the most controversial film in the

 6   world.  It's being suppressed by the social media

 7   giants, the big tech giant and also the mainstream

 8   media.  So Mike Lindell, he's agreed that tonight we're

 9   going to go through -- I'm going to ask the tough

10   questions, and we're going to see exactly what this film

11   is and the evidence that backs it up.  The movie is

12   Absolute Proof.

13          Mike Lindell.  Mike, it took you awhile to

14   kind of get here.  You came on the scene back in

15   2016, and then you had some other involvement with

16   President Trump that you actually saw what happened,

17   when anybody gets involved on the national political

18   stage, what's happened.  So I think we've got a

19   couple of pictures and clips we want to show at the

20   very beginning.  I'd like you to respond to those, so

21   then we can kind of get into the film and people can

22   understand this really, this beat down you're getting

23   from the mainstream media and the beat down you're

24   getting from the big tech oligarchs.  Can we play --

25   can we show the first picture?

1          MIKE LINDELL:  Yeah.  Now, this picture here,

2    everyone's got to realize, I knew nothing -- I'm sorry.

3    Start that over.  I'll just -- should I just keep

4    talking?  Okay.

5          So what you're seeing here is a picture of

6    the President before he was president.  This is the

7    summer of 2016.  I had never met Donald Trump.  I was

8    an ex-addict, ex-crack addict.  You know, God freed

9    me of that January 16, 2009, so I didn't really pay

10   attention to politics.  I didn't know much about

11   them, and he reached out to me.

12         We had that private meeting for about a

13   half hour.  He said Mike, you do your manufacturing

14   here.  I want to bring the jobs back.  We talked

15   about yeah, I was an ex-addict.  I said I'm going to

16   have this recovery network that's going to help

17   millions.  He says I'm going to stop the jobs -- I

18   mean the drugs pouring in, and we had these amazing

19   back and forth conversation.

20         But when I left there I'm going wow, he has

21   no agenda other than to help this country, and he

22   actually listened to a businessman of, you know, took

23   his input.  And I walked out of there.  He's going to

24   be the greatest president ever.

25         But I went and talked to his employees, and

1  each one of them said the same thing, great boss,

2  great guy, had done something for him personally.  So

3  I did my due diligence to make sure what I just seen

4  was, you know, was amazing.  And I got back to

5  Minnesota, and this is very key.  I couldn't wait to

6  tell the media and to tell everyone what I had just

7  experienced there and how, you know, you've got to

8  get behind the guy.  He's going the best.

9          I ended up doing a press release against my

10  board's advice.  They said don't do that.  You know,

11  we're going to -- you know you're going to lose half

12  our customers.  And I actually walked out of the

13  board room, and one of the gals came out.  She says

14  we didn't get all this way by you not listening to

15  God.  And I went back in there and I said we're going

16  to do this press release, and I did it, and it was

17  crickets, and then it happened.  I was attacked in

18  social media.  I was called a racist, I was called

19  stuff I can't even say here by these bots and trolls,

20  but I thought they were real people.  I thought they

21  were real people and it just hurt me.

22          I'm going what did I do.  I didn't even say

23  what we had talked about.  But I did find out, you

24  know, I found out wow, they're not real people and

25  they're just these to robots that they do an attack,

```
 1  but I didn't know that at the time.  It was a very,
 2  very learning experience, and it still, you know,
 3  some of them were real because they would jump on the
 4  band wagon, but that was my first experience and
 5  then -- because I had four now.  This is the fourth
 6  one.
 7          The second one was last spring, which we
 8  had -- I spoke at the Rose Garden, and I think we
 9  have that clip.
10                            *
11          God gave us grace on November 8, 2016 to
12  change the course we were on.  God had been taken out
13  of our schools and lives.  A nation had turned its
14  back on God.  And I encourage you, use this time at
15  home to get back in the word.  Read our Bibles and
16  spend time with our families.
17          Our President gave us so much hope where
18  just a few short months ago we had the best economy,
19  the lowest unemployment and wages going up.  It was
20  amazing.  With our great president, vice president
21  and this administration and all the great people in
22  this country praying daily, we will get through this
23  and get back to a place that's stronger and safer
24  than ever.
25                            *
```

1          STEVEN K. BANNON:  So Mike, tell us what

2   happened after that, after you read some Bible verse and

3   talked from your heart in the Rose Garden, how intense

4   was the blow back then?

5          MIKE LINDELL:  It was beyond belief.

6   Everyone, night time talk show hosts, people on CNN,

7   Mike Lindell talked about the Bible, talked about

8   spending time with our families, talked about getting in

9   the word.  You would think I killed somebody.  They just

10  attacked me relentlessly.  I did 109 interviews in five

11  days.

12          Now, granted all the people over here, you

13  know, everyone's going, it was like -- almost like

14  over here they'd stick up for me, but once again it

15  was bots and trolls.  There were even real people,

16  the news media, the mainstream media, they were the

17  biggest attackers there.  And the night time talk

18  show hosts, they all just piled on like it was the

19  worst thing you could ever do.  And I thought okay,

20  you know.  What did I do?  Is that so bad, reading

21  our Bibles, getting the nation to turn its back on

22  God and spending time with our families?  So that was

23  my second thing.

24          And then the third time was this summer and

25  this -- where the guy called me up and he had

 1  something that would help.  Everyone was calling me

 2  for everything to help this vaccine -- I mean, the

 3  virus and mass.  I got so much involved with this

 4  virus, and here this guy came to me and says hey,

 5  this stuff works.

 6          So I went on CNN because it had leaked to

 7  them, and I thought it was just going to be a

 8  friendly three-minute, four-minute interview and

 9  here's what happened.

10                          *

11          ANDERSON COOPER:  How are you different than a

12  snake oil salesman?  You're willing to promote

13  anything -- I don't even know who you are.  You really

14  are like a snake oil salesman.  You don't have a great

15  reputation.  You don't have a great reputation.

16          MIKE LINDELL:  Oh, really?  You're in my

17  prayers, Anderson.

18          ANDERSON COOPER:  Sir, that's just sad.

19  That's sad.  For a man to profess his faith, for you to

20  lie like this is really extraordinary.  It's a complete

21  lie.  That is just a bald-faced lie because you're a

22  snake oil salesman take this product.  You're desperate.

23          MIKE LINDELL:  You're calling me names.

24          ANDERSON COOPER:  It's kind of morally

25  bankrupt.  You know how to sell something.  You know how

1  to promote something.  I guarantee you I would not be

2  taking medical advice from you, sir.  I can promise you

3  that.

4          MIKE LINDELL:  I will say -- let me finish my

5  answer.

6          ANDERSON COOPER:  I just think it's shameful

7  what you're doing.  You now make money manufacturing

8  masks, right?

9          MIKE LINDELL:  No.  I gave away four million

10  dollars out of my own pocket.  That's a fallacy.

11          ANDERSON COOPER:  Well, that's nice.  That's

12  good.  That's impressive.

13          MIKE LINDELL:  And you can check those facts.

14  Four million dollars out of Mike Lindell's pocket

15  donated.  I'm praying for you, Anderson, that you have

16  me back on your show.

17                              *

18          STEVEN K. BANNON:  So Mike, that's pretty

19  intense.  That's what we call a pretty tough interview.

20  But even with that intensity, that's nothing for what's

21  happened to you over the last couple of weeks.

22          MIKE LINDELL:  You know, and back then, you

23  know, he's attacking me for the Myoleander.com.  He's

24  attacking me for something.  All these things I was

25  doing was just good things.  What was wrong with that?

 1  And now you take all three of those times, multiply it

 2  by ten, and then times it again by ten.  This is what's

 3  happening right now to me, to my company, to my family,

 4  to my -- you name it, to me personally.  They're going

 5  after my reputation.  They're boycotting.  I mean, it's

 6  just across the board, social media, Twitter.  Twitter's

 7  taken me down and my company.  Google suppressed my ad

 8  words.  I can't even buy my own name.  I get to buy an

 9  ad word after spending $20,000.  Last Friday when this

10  Absolute Proof came out I was kept hidden from my own

11  name against nobody.  Finally it got up to a dollar a

12  click if somebody wanted to find it and they shut it

13  down, said no because they're probably going --

14          STEVEN K. BANNON:  Mike, I want to get into

15  the film, but here's the question at the start of it.

16  We're going to have some tough questions as you show

17  some more evidence, but here's what people want to know.

18  Are you going to back off?  Is Mike Lindell -- you're

19  being attacked nonstop.  They're attacking your company,

20  they're attacking your recovery network, your family,

21  your vendors, your employees.  To start this film off,

22  what people want to know, are you going to back down one

23  inch about getting the truth out there?

24          MIKE LINDELL:  Never.  Absolutely never.  This

25  isn't about -- I don't care if you're a Democrat or a

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    10

1  Republican.  This was an attack on our country.  These

2  Dominion machines and Smartmatic, these machines that

3  were the tools of this attack, and we will never have

4  another fair election if we don't stop that, so I will

5  never back down.

6          STEVEN K. BANNON:  So you're not going to back

7  down.  Let's start the film.  We're going to come in at

8  different breaks in the film, explain what happened,

9  talk about more evidence, ask you a few tough questions,

10  so let's get into it.

11                        *

12          MIKE LINDELL:  Hello, everyone.  This is Mike

13  Lindell, the CEO of My Pillow.  As you all know, I have

14  been attacked the last month relentlessly on social

15  media, by newspapers, by TV shows, by you name it, I've

16  been attacked, and myself, not just myself but my

17  company.  The boycotts that are going on, box stores are

18  dropping me, social media, they canceled my Twitter.

19  Today they canceled My Pillow's Twitter account, my

20  company's Twitter account.

21          Well, before I was going to get erased

22  completely we put together this show, and what you're

23  going to see today is what they don't want you to

24  see, why they're trying to erase me.  And what I told

25  everyone out there is you know what, I seen evidence.

 1  I've been trying since November 4th to prove, you

 2  know, to show what's out there, why these deviations

 3  that happened on election night, and none of it made

 4  any sense.  So I dove all in with everything I had,

 5  resources.  Any time I heard something that maybe was

 6  relevant I went and looked into it, did my own due

 7  diligence, had even my own investigations.

 8          Well, the one day, I think it was like

 9  January 9th, all of a sudden they brought me a piece

10  of evidence that's one hundred percent proof.  It's

11  like a print inside the machine of a time stamp that

12  showed other countries attacking us, hacking into our

13  election through these machines, and it shows the

14  votes flipped, and I'm going wow, I've got to get

15  this out there.  And from that point on I started

16  putting it out there, and that's when they just

17  started attacking me.

18          Well, they obviously are hiding something,

19  and tonight you're going to see what they're hiding.

20  You're going to see on this show, we're going to have

21  cyber forensic experts, we're going to have one

22  hundred percent you're going to see all this evidence

23  that by the time you're done seeing it you're going

24  to go wow, one hundred percent it proves exactly what

25  happened, that these machines were used to steal our

 1  election by other countries, including China.

 2          But I do want to tell you before we get

 3  into all that, I want to tell you why I'm so happy

 4  today about two miracles that happened these last

 5  couple months.  The first miracle was on election

 6  night, and on election night at 11:15 at night the

 7  algorithms of these machines broke, basically broke,

 8  and this will be explained during this show, but they

 9  broke.  What that means is Donald Trump got so many

10  more millions of votes that they don't expect that

11  they're going to have to go recalibrate, right.  So

12  that's why all these states shut down.  All of a

13  sudden they all shut down.  And we're all going what?

14  That's weird.  This has never happened in any other

15  election.  And then we're going okay.  Then as the

16  days went on, what?  Another week that it takes, you

17  know, like Arizona to count one percent of their

18  vote, and you see these big spikes in Michigan, all

19  these votes that were pouring in.  Nobody understood

20  it, right.  We're like living in this kind of

21  twilight zone during that time.

22          Well, that is one miracle there because

23  think if that wouldn't have happened.  Think if they

24  would have estimated right and what would have

25  happened is it would have been just like a normal

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    13

```
 1  election.  At 3:00 in the morning they would have
 2  said oh, Biden won.  He won by a little bit, and we
 3  would have said oh, better luck next time.  But
 4  because he got so many votes it broke that and set
 5  off this series of events of these deviations.  If
 6  that wouldn't have happened, we wouldn't be here
 7  talking about the biggest attack in history, the
 8  biggest cyber attack ever.  You know, the American
 9  dream would have been gone forever because we would
10  have never known.  They were just using machines.  It
11  would have took us over forever.
12          Here comes the second, the second miracle.
13  And with this one I've got to show you here on the
14  chart.  I'm going to go through these and I'm going
15  to tell you why this is a miracle.  Okay.
16          What we're going to do here is we're going
17  to go state by state and we're going to show you what
18  else happened.  So here is Arizona.
19          Okay.  The margin of victory was ten
20  thousand votes that Biden they say by won.  Now if we
21  look at this, let's go down the chart here.  Mail-in
22  ballots required adjudication.  Almost 300,000.  What
23  these mean, these are votes that they put through,
24  and you're going to learn all about that during this
25  show too, adjudication and how that works, but let's
```

```
 1   just going to the next one.

 2             Illegal aliens voting.  36,400 illegal

 3   aliens voted.  You see that?  He only lost by ten

 4   thousand.  Boy, of course they can't vote.  Okay.

 5   Donald Trump wins Arizona, right?  We'll just keep

 6   going.

 7             Voters registered to a vacant lot, 2,000.

 8   Completed mail-in ballots received the day before the

 9   ballots were even mailed.  They got 22,000 ballots

10   back in Arizona before they even mailed the ballots

11   out.  What?  That's kind of bizarre, right?

12             Okay.  Keep going.  Down here, Maricopa

13   County, electronic an adjudicated ballots, 103,000.

14   Votes loaded before opening of poles.  So the votes

15   were even loaded.  They were already in there before

16   the poles even opened 50,000.  Okay you see all that.

17             Let's go to the next state here.  I'm going

18   to skip Georgia and come back to it.  Scroll to

19   Michigan.  Michigan dead voters, 17,367, and this

20   is -- Michigan is kind of its own -- he we're going

21   to talk about Michigan.  It's very different than the

22   other states what went on there, so it's all grouped

23   together.  615,000 votes that are just in question,

24   and we're going to skip that part, okay.

25             Let's go to the next one here Nevada.
```

Mike Lindell and Steve Bannon Absolute Proof   KLOWDTV1
January 16, 2009                          15

```
 1   Okay, here's Nevada.  Illegal aliens that voted in
 2   the election, 4,000.  Mail-in or a absentee ballots
 3   for voters that were known to have voted in other
 4   states, 15,000.  Clark County, signature
 5   verification, weren't up to the image quality that
 6   was suggested by the manufacturer and to check the
 7   mail-in ballots signature, 130,000.  We'll just skip
 8   through that.  Raffle tickets that they were
 9   incentivized, 500.
10   Here we go.  Here's a big one.  Dead people who
11   voted, 1,506.  NonNevadians who voted in Nevada.
12   They don't even live in Nevada, 19,218.
13   Voters who double voted, 42,284.
14           Okay.  As you can see, they add up to over
15   200,000.  Donald Trump lost by 34,000 votes, okay.
16           Let's go to the next one, Pennsylvania.
17   Mail-in votes that counted without a Republican
18   observer.  We all heard that stuff.  It's well over
19   600,000.  Mail-in ballots 68.
20           Here's another one too.  You're going to
21   here a lot about this during this thing.  Let's go
22   down, poll workers that voted with various errors in
23   the bins.  This is the one where we heard the fake
24   ballots that were driven from New York to
25   Pennsylvania.  You'll hear a little bit about that in
```

 1  the show too, but we're going to go by Pennsylvania.

 2          You can all see it adds up to 866,000.

 3  Donald Trump lost by 68,000, and there will be a

 4  point to all this I'm getting to.

 5          Okay.  Here's Wisconsin.  Wisconsin.  Surge

 6  of identic combined voters in 2020.  That would take

 7  awhile to explain, but there was 130,000.

 8          U.S. Postal Service backdated ballots, a

 9  hundred thousand.  Okay.  That's incredible if you

10  actually look into it.

11          The mail-in ballots entering the tabulation

12  under the guise of absentee ballots in clear

13  violation of state law, 170,000.  Okay.  The margin

14  of victory for Biden was 20,000 votes.

15          Now we're going to go to back to Georgia.

16  Okay.  Everyone knows the President called the

17  secretary of state in Georgia, and on that call he

18  was listing these to the secretary of state.  He said

19  okay, you have felons with incomplete sentences that

20  voted and cast their vote 2,560.  Underage children

21  that registered to vote and illegally voted, 66,247.

22  Unregistered voters who voted, 2,423.  Registered

23  voters who voted in another state after their Georgia

24  registration date 4,926.  Voters who voted in Georgia

25  and also voted in another state, 395.  Voters who

1  voted in Georgia but changed their address before the

2  election to do it, 15,700.  People who failed to

3  preregister to vote in their county in time after

4  moving from one county to another, 40,279.  Voters

5  who illegally claimed a post office box as their

6  residence, 1,043.  Voters who registered too late to

7  vote in the election, 98.  People who died prior to

8  the election.  They were already dead, 10,315.

9          Okay.  Ballots with no chain of custody.

10  We'll probably talk a little bit about that in this

11  show too, 600,000.  And here's what the president

12  said to the secretary of state in Georgia.  Can you

13  just give us -- why don't you just give us your dead.

14  He only lost by 11,730 votes.  He said how about you

15  just give us your underaged that voted or your dead

16  people and we win.  It didn't make sense.

17          You say how about this.  This line here,

18  people who failed to register, 40,000.  Can you just

19  give us that.  He said -- he named the columns, and

20  you know what the secretary of state of Georgia said

21  those numbers are wrong.  And the president said

22  well, who gave us the numbers.  He asked his guy, and

23  that guy said we got them from the secretary of

24  state's office.  And the President said to the

25  secretary of state well, when can we get the right

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    18

1   numbers.  And the other guy said sir, we've been

2   trying to get them from the secretary of state for

3   almost two months.

4            And the point being here, now here comes

5   the point I'm making.  This is all the second miracle

6   of the election.  Every one of these states should

7   have been -- two plus two is four, right?  You

8   shouldn't say okay, you can't count dead people, you

9   can't count underage people.  Every one of these

10  states Donald Trump wins if the electors would have

11  done their job, the legislators, if the governors

12  wouldn't have said you know, hey, it's good.  All

13  these things that happened, all these anomalies that

14  happened, it would have never happened before.  Much

15  less one state, they all say that.  Hey, we're going

16  to go ahead and use this stuff, and we're going to

17  declare Joe Biden the winner.

18            But here's the big thing, the big miracle.

19  If they would have done that, if they would have done

20  that and said you know what, we can't count these.

21  Mr. Trump wins.  Donald Trump wins, then we wouldn't

22  be where we're at right now because the biggest thing

23  against humanity in our country is this attack

24  through these machines.  They got -- this opened up,

25  this revealed the machines to where we're at right

```
 1   now.  So what you're going to watch during this show
 2   is one hundred percent proof that the big thing was
 3   the theft by these other countries that came in to
 4   attack our country through these machines that are
 5   made to steal elections.  Every election going
 6   forward in history, if these things wouldn't have
 7   happened we would have never known.  Every single
 8   vote you would have ever made wouldn't have mattered.
 9   somebody else would have made that vote.  And we've
10   all seen in this past month, do you think it was a
11   Communist coming in and taking us over with people
12   here.  This is an attack not only those other
13   countries with Communism, but they had domestic
14   traitors right here in our country.  Whatever's going
15   on right now, we're seeing it.  They're
16   suppressing -- cancel culture.  They're trying to
17   cancel us all out.
18           I just seen churches, the Christian
19   churches, they're being attacked right now.  People
20   on social media, anyone that speaks up they're going
21   you can't say that.  You're gone.  It's like right
22   now they're doing whack a mole because they knew they
23   were so close, so close that we would never know in
24   history what happened.  But guess what, now we do
25   know, and you're all going to know.  And when you
```

1  watch this and you get through it, at the end I'm

2  going to tell you what you can all do.  And we're

3  going to start our show right now, and you guys are

4  going to be absolutely amazed.

5                               *

6       STEVEN K. BANNON:  Okay.  There was a lot to

7  go through there, Mike.  But before we get to the

8  numbers, because remember Congressman Eric Swalwell in

9  the well of the senate on the opening day of the

10 prosecution said that all these numbers are lies, that

11 Donald Trump lied about all these numbers, all this

12 stuff about voter fraud and you know, illegal aliens

13 voting and underage people voting and dead people

14 voting, it's all made up, it's all nonsense.

15      So you talk about two miracles in this

16 section.  Explain that, why that's so important, and

17 then I want to ask you about the math.

18      MIKE LINDELL:  Okay.  Well, first I want to

19 say all the numbers I have came from the secretary of

20 state.  These were validated numbers.  But what I want

21 to talk about, the two miracles that I brought up here

22 is the first miracle was the night of the election at

23 11:15 it broke the algorithms in the machine because

24 they didn't expect Donald Trump would get millions more

25 votes than what they predicted.  By doing that, they

1   didn't have enough track left to do the steal because he

2   would have won anyway.

3          Now if that happens, if they predicted

4   right, at 3:00 in the morning all the states would

5   have been in, everybody went to bed saying oh, better

6   luck next time.  But by them breaking that, everybody

7   had to go into reactionary mode, so you see these

8   deviations, this big spike in Michigan and Arizona

9   taking a week to count the last one percentage and

10  Georgia taking who knows how long.  These are all

11  deviations, so that's miracle number one.  If that

12  didn't happen, we would have never known about the

13  machines.

14         Now the second miracle is this.  All these

15  stats you see of the dead people and all these on the

16  board here.  Let's just say that they're a hundred

17  percent accurate.  Donald Trump would win and he

18  would have been put back into place as the rightful

19  winner.  But I'm saying I'm glad he did because if he

20  did, we would have never known the big gorilla in the

21  room is the machines that would have stole our

22  elections forever.  We wouldn't be where we're at

23  right now.  So by everybody not doing their jobs, the

24  legislators, the governors, the secretary of state,

25  that's a miracle that they all did the same thing and

1  they did nothing.  They did nothing because that's

2  why we're here tonight to show you that the big theft

3  is the machines and an attack on our country.  That's

4  the miracle.  If that all wouldn't have happened, and

5  I know that's a twisted way to look at it, but it's

6  true.

7          STEVEN K. BANNON:  On January 6th they're

8  making the scene to impeach President Trump.  If you go

9  back and you look at your numbers, whether it's

10  Wisconsin with 20,000 votes, Georgia I think at 12,500

11  Arizona at around 8300, there's enough just in the low

12  hanging fruit, just in the additional voter fraud you

13  would agree that if you press the case here, leave the

14  machines aside.  The machines are an issue you want to

15  deal with because you've got to get them out of there

16  for future elections.  But just with the math you have,

17  if you could prove that Eric Swalwell was wrong and

18  these numbers are right, Donald Trump would be president

19  of the United States.  Do you agree with that?

20          MIKE LINDELL:  A hundred percent.  He did it

21  in Georgia when he talked to Brad Rutherford or whatever

22  his name is, Ratsaford.  Everyone in the whole country

23  heard that, and the President's going just give us how

24  about your dead people and your minors.

25          STEVEN K. BANNON:  But Mike, you've got to

 1  answer for the audience, I think.  Why is Raffensperger

 2  and these election officials in Arizona, in Georgia, why

 3  are they not stepping up and agreeing with you and MAGA

 4  and myself and others and say yes, there is traditional

 5  voter fraud of such an extensive thing like underage

 6  voting, illegal alien voting, why are elected Republican

 7  officials, why don't they agree with Mike Lindell?

 8          MIKE LINDELL:  Well, you know what, I'm glad

 9  they don't because if they did their job, Donald

10  Trump -- we wouldn't even be here talking, and then the

11  world would have been over because no election would be

12  safe ever again, what you're going to see here tonight.

13  I don't know why they did it.  I'm here tonight to tell

14  the facts, and I could -- believe me, I could give you

15  all kinds of opinions on Brian Kemp and Doug Ducey and

16  all these Republicans and these secretaries of state,

17  but I'm not here.

18          what I want you to see here tonight is a

19  hundred percent fact, and that's what I'm going to

20  put out there.  Whatever reason they did it, that

21  will come out.  That's all going to come out.  Why

22  did you do this to the American people.  Why did

23  these people, and you're going to find out from

24  watching our show tonight, this attack my China and

25  this coming into our country, but there were people

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    24

1  here in the United States that were their partners,

2  and I don't know who's whose partner or whatever.  My

3  thing is to get to a hundred percent show you that

4  this attack happened, came through the machines, and

5  there was a massive flip, and you will never have an

6  election again if you use these machines.

7          STEVEN K. BANNON:  Okay, Mike.  Now we're

8  going to get into the cyber warfare, the cyber attack

9  part of this film with Colonel Waldron and others.

10 Let's go back to the film Absolute Proof with Mike

11 Lindell.  You're going to see Colonel Waldron right now.

12         MIKE LINDELL:  And now we have with us Colonel

13 Phil Waldron.

14         COLONEL WALDRON:  Yes.  My background in the

15 military is with influence operations, informational

16 operations, information warfare if you will.

17         MIKE LINDELL:  You know, what we're talking

18 about here today is specific, these machines that were

19 used to hack into our election and by foreign countries

20 including China.  What did you -- kind of bring us up

21 through the election for yourself and how you've gotten

22 so involved right now.

23         COLONEL WALDRON:  Now we began working with

24 our partners in Dallas at Allied Security Operations

25 Group with doing some analysis on the data that that

1  they had, looking at not only Dominion but ES and S and

2  Hart, some of the other learning management systems, and

3  we saw a lot of similarities and vulnerabilities in the

4  systems that would be easily influenced or easily

5  interdicted.  And again, as an information warfare

6  officer that's what I did.  I looked for vulnerabilities

7  and ways to attack systems to create a strategic

8  advantage for U.S. friendly forces.  And so when we

9  started seeing the vulnerabilities and all the other

10  different ways that you could interdict these electronic

11  anything voting systems, it became apparent that we had

12  a problem for the November 3rd election, and that

13  prompted us to spend a lot of time working with Russ

14  Ramsland getting a lot of historical data, the

15  knowledge.  We started working on our own, really a lot

16  of connecting the money exercise.

17                          *

18          STEVEN K. BANNON:  That's not the way the

19  system works.  So you've got Homeland Security who's in

20  charge of their Trump guys, and you've got the CEO

21  (inaudible) from Dominion says hey, it can't be a band

22  width thing that Waldron and these guys are tracking, so

23  it doesn't happen.  What would you tell the audience,

24  and then how are you going to back up these assertions

25  by Colonel Waldron, the cyber warfare expert?

 1        MIKE LINDELL:  Well, I'll tell you.  If you're

 2  caught cheating at a poker game, what do you do?  Of

 3  course you start lying, and they're all liars there.

 4  They're lying.  They're bald-faced lying.  I mean, the

 5  easier part of it not going online if you're Dominion or

 6  Smartmatic.  I mean, that's been proven ten times over.

 7  So if you lie a little bit, usually you're lying a lot.

 8  And is this all going to come out.  When you asked me

 9  about that are other guy.  You know, that remains to be

10  seen.  Is he really that naive that he doesn't know what

11  happened, or is he lying and then you know what, what do

12  you lie for.  You usually lie to cover something up.

13        You know, I have went out here with

14  everything I have because I'm a hundred percent, one

15  hundred percent that we have all the proof.  That's

16  why it's called Absolute Proof, one hundred percent.

17        STEVEN K. BANNON:  We're going to go to the

18  next segment because I want to get through this within

19  the three-hour time frame, but you're committed to put

20  additional information online to back up some of these

21  assertions as you get closer to some of these court

22  cases, particularly the Supreme Court?

23        MIKE LINDELL:  Well, you know, this is the

24  whole thing we're here tonight for.  We need the Supreme

25  Court to accept what you're going to see here tonight

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    27

```
 1  because there's all kinds -- what you're going to see
 2  here tonight, multiply that by a hundred is what we have
 3  is what's out there.  Everybody came to me.  You've got
 4  to realize, they go how did you get that, Mike.
 5  Everybody came to me because nobody could get the word
 6  out.  You couldn't get it out.  You just got squished.
 7          You know, someone raised their hand and go
 8  hey, I've seen this machine and it does this and I
 9  looked at it and we did this.  (Sound.)  You know, I
10  said hey, I seen this.  (Sound.)  So, you know, they
11  had to come to me because they knew I wasn't going to
12  back down and I had the platform.  Even my platform,
13  that's why they're trying to smash it, but they're
14  having a hard time.
15          STEVEN K. BANNON:  Yeah.  I'll tell you what.
16  We've got Russ Ramsland now from the Allied Security
17  Operations Group.  Let's hear the segment here.  Mike
18  Lindell now.  We'll join you right after this segment.
19                        *
20          MIKE LINDELL:  So now we have with us Russell
21  Ramsland.  He's a founding member of Allied Security
22  Operational Group.  They're based in Dallas, Texas, and
23  they do cyber forensics and security.  Russell, how are
24  you involved with all this election fraud?
25          RUSS RAMSLAND:  Well, it's interesting, Mike.
```

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
                    January 16, 2009                    28

 1  It's been long roads for us.  About two years ago we had

 2  some logs from the Dallas general election brought to us

 3  from the central tabulation server, and people ask what

 4  do these logs mean.  It was about 1100 pages and we got

 5  looking at them and we were horrified at what we found

 6  because what we found were that people were getting into

 7  the system and they were changing the votes.  They were

 8  erasing databases, they were reloading them, and it was

 9  coming from remote locations and this can't be.

10        MIKE LINDELL:  Now, this is in 2018.  So these

11  guys came here to you, and these were voting machines.

12  Were they Dominion machines?

13        RUSS RAMSLAND:  No.  We use ES and S in

14  Dallas, not Dominion.

15        MIKE LINDELL:  So they are similar machines?

16        RUSS RAMSLAND:  Yes, very similar stuff.  Most

17  of these voting companies all have similar DNA in their

18  softwares.

19        MIKE LINDELL:  But what you seen, it horrified

20  you?

21        RUSS RAMSLAND:  Yeah, it did because literally

22  somebody was playing with the election.

23        MIKE LINDELL:  Wow.

24        RUSS RAMSLAND:  So we tried to get the

25  authorities alerted.  We brought in a DOJ prosecutor

1  that ran the cyber group in Moore, Texas, and she was

2  horrified at what we showed her, and she asked us to put

3  it together and eventually submitted it to the FBI.  We

4  knew that and they did nothing.  So we continued to

5  investigate, and the more we found the more horrified it

6  got.  Now this all was still coming out of Dallas.

7           We tried to get senators to look at this

8  and tried to get state officials to look at this, but

9  we continued to work on it on our own.  We had no

10 client at all, and eventually we did get seven

11 members of the Freedom Caucus last July to take a

12 two-hour briefing without staff, and what they saw

13 was absolute proof that this electronic voting system

14 that we have is completely comprised.  It can be

15 manipulated and they were horrified.

16          MIKE LINDELL:  We've all heard that Texas

17 denied these machines.

18          RUSS RAMSLAND:  Well, Texas denied Dominion,

19 but Texas used these other voting machines.  We use Hart

20 and we use ES and S in Texas.

21          MIKE LINDELL:  Right.  So why would Texas,

22 they denied these Dominion ones in your opinion, so they

23 must have looked at them and said there's something

24 there they don't like.  But then they -- over here with

25 Smartmatic and these other ones, they were okay with

1  that?  Why in your opinion they would deny one machine,

2  because they're afraid of election fraud and over here

3  they accepted that one?

4           RUSS RAMSLAND:  I think that it sometimes has

5  more to do with politics and influence who gets through

6  and who doesn't that wants to set up the machines.

7           MIKE LINDELL:  Okay.

8           RUSS RAMSLAND:  So we finally ended up with

9  some investigators, with Ryan Johnson's Department of

10 Homeland Security oversight group, and they were

11 horrified at what we showed them, and they tried to get

12 CISA, which is the Cyber Intelligence Security

13 Administration inside the DHS.  They tried to get CISA

14 to take a look.  CISA would not take the briefing.  They

15 couldn't be less interested.  So we didn't quite know

16 what to do.

17           We were beginning to find some media people

18 who wanted to start talking about this and they

19 became appalled.  But the break really came in early

20 August when we got some DHS people in Austin with the

21 INA Division, the Intelligence and Analysis Division

22 down there to take a look at what we had, and that's

23 the division that used to have voter integrity before

24 it was handed to CISA.

25           So they looked at it, and they were who

1  were horrified, and they sent a whole team to our

2  shop.  We spent 11 hours with them.  They asked us if

3  we would give them our data.  We said of course, and

4  so he gave him them all our data.  They took it back

5  to Austin, and unknown to us they gave it to three

6  private cyber groups that they use and said hey, are

7  these guys crazy.  I mean, is this nuts or is there

8  something here.  Well all three groups looked at it

9  and all three groups came back, not only is it right,

10  it's horrifying.

11          MIKE LINDELL:  Okay.  I want to ask you that.

12  When you say horrifying, can you explain to everybody

13  watching this right now, what horrified you?  Was it the

14  fact they can go online?

15          RUSS RAMSLAND:  Well, there's no effective

16  security at all here votes.  Their votes are stored

17  overseas where they can be easily --

18          MIKE LINDELL:  Wait a minute.  They're stored

19  overseas?

20          RUSS RAMSLAND:  Yes.

21          MIKE LINDELL:  Wow.

22          RUSS RAMSLAND:  Twenty-seven states use what's

23  called Clarity Sight on election night reporting and

24  those servers are overseas.  They have what are called

25  S3 bucket vulnerabilities and people with get in and

```
 1  change the votes there, and then they can load them all
 2  the way back down to the county level here in this
 3  country because Sidel gets all the credentials from
 4  every single county server here, and so they can get
 5  into every single county server and change this votes
 6  here from overseas.  It's crazy.
 7            MIKE LINDELL:  Wow.  So everything that
 8  everybody's been talking about out there that they've
 9  tried to suppress saying -- we heard the machines
10  weren't even online.  And you're saying that 27 states
11  use this, and the servers are overseas, so these can go
12  over there and they can change the vote to anything they
13  want and send it by cyberly, by cyber?
14            RUSS RAMSLAND:  Correct.
15            MIKE LINDELL:  Wow.
16            RUSS RAMSLAND:  So they became the -- DHS
17  people in Austin realized what we were telling them was
18  correct.  They became horrified, and they began to have
19  a series of classified briefings within their own group
20  in order to push this up the chain, and they got about
21  one or two levels up and then they met a solid wall of
22  resistance that basically said leave it alone, don't
23  pursue it.
24            MIKE LINDELL:  Wow.  What do you think --
25  telling the facts on the show here, but in your mind why
```

 1  would they do that?  Subjectively why would they do that

 2  in your mind?

 3           RUSS RAMSLAND:  I don't know, Mike.

 4           MIKE LINDELL:  You can't explain it.  I mean,

 5  this is -- okay.  So take us from there.  So this is

 6  like -- approximately when was that when it got stopped?

 7           RUSS RAMSLAND:  That was September.

 8           MIKE LINDELL:  Wow.  Close to the election.

 9  Okay.

10           RUSS RAMSLAND:  Close to the election.  Well,

11  what actually happened in this election, this stolen

12  election, we already knew it was going to happen.  We

13  already had seen it, we knew it was all possible, we

14  knew it was all out there.

15           Now, we didn't know how many foreign

16  servers.  Before we weren't seeing very many foreign

17  servers jump in and change votes.  But in this

18  election, of course, we saw thousands from all over

19  the world.

20           MIKE LINDELL:  You're seeing thousands.

21  You've seen all these hacks.  Have you actually seen

22  that with your own eyes?

23           RUSS RAMSLAND:  We have seen the data that is

24  representative of that.

25           MIKE LINDELL:  So the election goes down.  You

1  knew it was going to happen.  Is it exactly what you

2  thought was going to happen?

3        RUSS RAMSLAND:  Yeah.  We thought it was going

4  to happen on three levels.  We thought there maybe

5  massive local cheating, we thought there would be

6  cheating through the actual voting companies themselves,

7  whether it's them or someone else manipulating them, and

8  we thought that there would be cheating from votes being

9  injected from overseas, and that's exactly what we saw

10 happen.

11       MIKE LINDELL:  Wow.

12       RUSS RAMSLAND:  And we brought up huge tons of

13 absolute proof on this, but no court case was ever

14 allowed, ever allowed it to be presented.  So that sort

15 of gave fodder to this media myth that it didn't exist,

16 but it does exist.  It's out there.  It's unbelievable.

17 It's massive.

18       MIKE LINDELL:  Wow.  Did everybody hear that,

19 what Russell is saying here.  This is what everyone

20 says, there was no evidence.  So you're saying no judges

21 would look at the evidence; is that correct?

22       RUSS RAMSLAND:  That's correct.

23       MIKE LINDELL:  Okay.  And now we don't know

24 why.  We don't know why.  It wasn't because there wasn't

25 evidence.  They didn't even want to look at it; is that

 1  correct?

 2          RUSS RAMSLAND:  That is correct.

 3          MIKE LINDELL:  Okay.  Now, we've heard

 4  about -- we'll all heard in this show Antrim County in

 5  Michigan.  Were you guys -- weren't you guys contacted

 6  to look into that?

 7          RUSS RAMSLAND:  That was our work.

 8          MIKE LINDELL:  Okay.

 9          RUSS RAMSLAND:  I actually signed the forensic

10  audit report because our guys did all that, part of our

11  team.  And that came about because there was a down

12  ballot race, and the judge allowed some limited

13  discovery.  What came out of that was appalling enough

14  that he allowed further discovery, and then of course

15  that report went national because what we found was so

16  horrifying.

17          MIKE LINDELL:  Right.  For everybody out

18  there, what we've all heard in Antrim County in Michigan

19  and in this show here you've seen it.  This is the

20  reason it was talked about so much because this is a

21  small county, and there's like 15,000 some people voted,

22  and it was 7,000 some votes flipped.  I mean, so it was

23  so obvious.  You know, we had 65 percent Republican and

24  35 percent Democrat normally, and it was completely

25  flipped, so everybody in the town knew it was a

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    36

1  deviation that didn't make sense.  So Russell, this case

2  is still open, that's correct, right?

3          RUSS RAMSLAND:  That is correct.

4          MIKE LINDELL:  Can I ask you this?  So when

5  you seen there is exactly what you knew was going to

6  happen, and now were you able to look at other places?

7  What was different about Antrim County?  What we all

8  heard was you were able to get into the forensics of it

9  and see all this.  Have you been able to do that in any

10  other places in the United States since then, you know,

11  since this election ended in November?

12          RUSS RAMSLAND:  Actually, on a limited basis

13  we have been able to go in two other counties.  We have

14  not published that information yet, and there are

15  reasons why we aren't publishing that information right

16  now.  But both of them have not -- they have confirmed

17  that it's even worse than in Antrim.

18          MIKE LINDELL:  Did everybody hear that?  What

19  we have hear, and Russell can't disclose this because

20  every time something pops up it gets buried out there.

21  Things happen.  You know, this is the most attack on our

22  country, and I'm telling you ever.  I mean this is --

23  and if that's -- you know, it's getting suppressed

24  everywhere.  So what he's saying.

25          Two other places.  Now is this breaking

 1  news right now?  You're saying right now you have two

 2  other places, and what you're seeing is even worse

 3  than you could ever imagine?

 4          RUSS RAMSLAND:  Well, no.  It's just like

 5  Antrim, only it's worse in many ways.  You know, in

 6  Antrim, what people need to understand, real simple,

 7  Mike.  When people vote and they scan their ballot in,

 8  it either goes into the regular sort of bucket and gets

 9  voted, or else it goes into what's called an

10  adjudication bucket.  If it goes into the adjudication

11  bucket, then whoever's running the voting system gets to

12  vote that vote however they want.  Well, in Antrim we

13  found ballot rejection rights of 82 percent, 82 percent.

14  82 percent of the ballots were going to adjudication.

15          MIKE LINDELL:  What's the normal number?  I

16  mean, is there a normal number for an election that

17  would be what percentage, and what would be on the high

18  end?

19          RUSS RAMSLAND:  Well, certainly less than one

20  percent should ever go to adjudication.

21          MIKE LINDELL:  Wow.  Less than one percent,

22  everybody, and this was 85 percent.

23          RUSS RAMSLAND:  In Fulton County, the Fulton

24  County people themselves admitted to a 93.6 percent

25  adjudication rate in some cases.  That means the entire

1  election was decided by the people that ran the system,

2  not by the voters.

3          MIKE LINDELL:  And then what you're talking

4  about there, this is the way these machines, you can

5  cheat there.  But this does not count what you're

6  talking about earlier, the cyber forensics where it goes

7  overseas to these servers that are all based over there,

8  correct?

9          RUSS RAMSLAND:  That does not.  That's a

10  different issue altogether.

11          MIKE LINDELL:  Right.  So both of them involve

12  the machines, everybody.  One we've talked about on the

13  show is here, but cyber one, you just heard from

14  Russell, which he said earlier this is all the attack by

15  the other countries that hacked in, which we're going to

16  show you that proof now that Russell doesn't even know

17  that we have that's going to show who did it, the time

18  they did it, the computer they did it off, everything.

19                          *

20          STEVEN K. BANNON:  Okay, Mike.  Here's that I

21  don't understand.  The state of Texas prides itself

22  right now in running the best election overall I guess

23  with Florida, okay.  They had the report that we've

24  referred today, you have, that says they didn't pick

25  Dominion systems, they go through all the problems with

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
                    January 16, 2009                    39

 1  Dominion.  I think they picked ESS.  And I don't know,

 2  and I've talked to a lot of officials down there how

 3  proud they are how they ran the elections.  This is the

 4  first time I'm hearing that there's some big voter fraud

 5  problem in Dallas as Ramsland's saying.  So how do you

 6  scare that, or what other information can Russell

 7  Ramsland put forward to show that these ESS machines are

 8  bad and you've got a problem in Dallas and maybe some

 9  other places, too?

10          MIKE LINDELL:  Well, you'll see that later in

11  the show.  But the point of that, bringing up the Texas

12  thing is ESS, Smartmatic and Dominion, you can

13  interchange the names.  They all are the same.  The

14  cyber frenetics we showed goes through all these

15  machines.  They're all the same.  This is my whole

16  point.  You can never use any machine for any election

17  ever, and that's -- and I'm not stopping until that

18  happens.  We lose everything.  And so you're going to

19  find out, and it will come out.  I'll show you.

20          The stuff I'm putting up on the Web site

21  will show you how it did.  It didn't just happen in

22  these swing states you've got to realize.  It was

23  every state.

24          STEVEN K. BANNON:  Fine.  I want to continue,

25  but I just want to reemphasize.  You're saying you're

1  not picking on anyone company.  You're picking on the

2  whole industry.  You want all the machines to go and go

3  back to a system that somehow would --

4          (At this point the video continues, but

5  with no audio.)

6          STEVEN K. BANNON:  -- do this manually.  I

7  just want to make sure that you're saying I don't care

8  if it's ESS or even other companies you haven't heard

9  of.  My focus is to get rid of these machines and to get

10  back to some sense of where you get human involvement in

11  here and human involvement in counting these, and that

12  will take any questions away about whether there are

13  cyber attacks or changing votes by cyber.

14          Let's go to the second part of Russ

15  Ramsland interview with Mike Lindell in Absolute

16  Proof.

17                          *

18          MIKE LINDELL:  If we would have never found

19  out, or this would have never gotten to what we're going

20  to get to now, what would the future have looked like in

21  elections?

22          RUSS RAMSLAND:  Well, I mean, we're basically

23  approaching Venezuela where it doesn't matter.

24          MIKE LINDELL:  Somebody else picks our people

25  for them so why vote, right.  That's the way it would

 1  have been.  Machines that go online like -- now, you

 2  said earlier it's not just Dominion.  It's all the

 3  machines that were used in this election.  Is that what

 4  you would say?

 5       RUSS RAMSLAND:  Yes.  That's absolutely a fair

 6  statement, and let me tell you a little bit about that.

 7  For these people that say it's not online, we have

 8  videos of workers with poll books who are swiping left

 9  on their poll books and bringing up Netflix and getting

10  a movie and watching it on their poll book.  How does

11  that happen if it's not connected to the internet?

12       MIKE LINDELL:  Right, right.

13       RUSS RAMSLAND:  We have affidavits of an

14  election judge who showed up at her precinct and found

15  to her horror they had loaded the wrong precinct in her

16  equipment, called her voting company, and her voting

17  company put her on hold, and the help desk from another

18  state called in, and in ten minutes somehow reloaded her

19  poll books from another state with the correct precinct.

20  How does that happen if it's not connected to the

21  internet?

22       MIKE LINDELL:  I know they were all online,

23  but is it illegal for them to be online?

24       RUSS RAMSLAND:  Well, it depends some places

25  yes, some places no.  I mean, the assurance is that you

 1   can trust the voting system because they're not online,

 2   but they are most clearly online.

 3           MIKE LINDELL:  I got you.  I got you.

 4           RUSS RAMSLAND:  Now, here's one you don't

 5   know.  We ran a different group here, a little operation

 6   in Dallas during this last election, and let me describe

 7   the operation so you'll understand the magnitude of what

 8   I'm telling you.  What we did is every day we just took

 9   the information on the voter records of the people who

10   voted that day in Dallas.  Dallas posts them online so

11   you get a big, big long record of this voter.  You don't

12   see how he voted, but you see everything else, name,

13   where he lives, when he asked for a ballot, where he

14   voted, his residence address, on and on and on.  And all

15   of those as you know are comprised of zeros and ones.

16   That's how computers work.  So what we did is we would

17   add up all the zeros and ones in that voter record and

18   store it, and then we would watch what would happen to

19   that voter record as we worked our way through early

20   voting.  Mike, we saw 57,000 votes get their voter

21   records changed during early election alone in Dallas,

22   Texas.

23           MIKE LINDELL:  Wow.

24           RUSS RAMSLAND:  We saw a ten-block long street

25   in Dallas, Texas get every single vote wiped out and

 1  then subsequently replaced one at a time with clearly

 2  something changed because the hash, in other words its

 3  record of the zeros and ones had been changed, and so we

 4  know it was tampered with.  It's unbelievable.

 5          MIKE LINDELL:  Wow.  Was it nationwide that

 6  this happened?

 7          RUSS RAMSLAND:  Yes.

 8          MIKE LINDELL:  And you've seen the cyber

 9  forensics that show that.  We will show that too.  But I

10  just want to ask you why did they shut these machines,

11  then, to win Texas too?  I mean, what would be your

12  opinion on that of why they didn't set them high enough

13  to win Texas too?

14          RUSS RAMSLAND:  Well, there had been a certain

15  amount of concern raised in Texas as a result of our

16  2018 work.  You know, Pete Sessions actually filed a

17  complaint in Texas and published a paper on it because

18  his race got stolen, and so they were very well aware

19  that Texas was going to come under some scrutiny that

20  other places probably were not.

21          MIKE LINDELL:  Right.

22          RUSS RAMSLAND:  And there was also a huge

23  operation down in Houston where a vote scamming scheme

24  for over 700,000 votes was exposed, so there was a lot

25  going on in Texas, and I think it made them a little

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
                    January 16, 2009                    44

 1  skittish to operate as brazenly here as --

 2          MIKE LINDELL:  They might have backed off a

 3  little, but you just said something here.  So you're

 4  telling me that they controlled all the down tickets too

 5  if they decided they wanted to flip a senator or a

 6  congressman or whatever; is that correct?

 7          RUSS RAMSLAND:  No doubt.  Absolutely.

 8          MIKE LINDELL:  So Russell, could you speak

 9  specifically to the malware?

10          RUSS RAMSLAND:  Sure.  There is a company out

11  of Barcelona, Spain called Sidel (phonetic) and it owns

12  a company called Clarity Election Night Reporting, and

13  Hart reports to them and Dominion reports to them and ES

14  and S reports to them.  All these companies report the

15  votes to them and then election night reporting

16  supposedly just passes the votes along to the media.

17  But using standard white hat tools, we can look and see

18  what is on their server over in Frankfurt, Germany.  And

19  there is an area on their server on a particular kind of

20  equipment.  There is a piece of malware called Qsnatch.

21  Qsnatch actually watches all the information that comes

22  in, and it grabs the login credentials of every single

23  county in the country that reports to it so that once it

24  has all those credentials, it can then look back into

25  that county and it can access the county database from

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    45

```
 1  overseas or wherever else it wants to if you want to
 2  inject changed votes either through the adjudication
 3  system or just plain flat replace the database.  So it's
 4  a massive, massive, massive security vulnerability, and
 5  it is there, it is working and they have all the login
 6  ability they need to get into any county that reports to
 7  them.
 8          MIKE LINDELL:  Wow.  So basically what you
 9  said earlier, all the servers are over there.  They can
10  take all of our counties in our country, look at them
11  and then decide what they want to do with that
12  information and what they can do in the county, what
13  they need to flip.
14          You know, we all heard about this Italy
15  thing, that it went to Italy and Germany when they
16  had to -- I guess this would be the middle of the
17  night on November 4th.  Is this something -- would
18  you know anything about that?  I mean, so what we've
19  all heard out there is it went out there.  Some guy
20  even admitted he did it, which we're going to have
21  his affidavits up here.  What's your opinion on that?
22          RUSS RAMSLAND:  Well, our opinion on that was
23  that it should have been investigated because it is very
24  consistent with what we do see happening, but it was not
25  investigated.  Apparently the Department of Justice did
```

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    46

```
 1  not investigate.

 2          You know, you've got the usual oh, it's

 3  been debunked.  Well, who debunked it?  Ahh.  When

 4  did they debunk it, how did they debunk it?  Ahh.  No

 5  investigation by anyone of that information and there

 6  should have been because it is entirely consistent.

 7  I don't know if it's true, but it's entirely

 8  consistent with everything we have seen in terms of

 9  capabilities.

10          MIKE LINDELL:  Bill Barr comes out and says

11  there's no evidence.  What would be your opinion?  Why

12  would people keep pushing this down and not want to

13  know?  I don't care what side of political lines you're

14  on.  Why would you not want to know the truth?

15          RUSS RAMSLAND:  That has been a constant

16  haunting question to everyone on our team.  I think it's

17  a combination of things.  I think some people are truly

18  completely totally corrupt.  I suspect that at the

19  bottom of this you might find that our government has

20  been changing votes in other countries for years and

21  they don't really want it revealed, certain parts of our

22  government.  I think that there are people that don't

23  want to look, they're afraid to look.  I think there are

24  probably people who are compromised.  They've been told

25  to stay out of it.  I think it's a variety.  It's not
```

 1  one simple little --

 2           MIKE LINDELL:  Right.  And that's what I

 3  wanted people to hear because I hear it all the time.

 4  People are going you know what, Bill Barr said this,

 5  none of the judges accepted it and you hear all this.

 6  We can't explain all that because it's probably multiple

 7  things like Russell says, and that's my opinion too.  It

 8  could be up to a dozen things, who knows.  But it

 9  doesn't matter.  All that doesn't matter because now the

10  truth is told today, and it's all coming out, and

11  everybody -- you know, I really believe what's going to

12  happen once everybody sees this is finally you're going

13  to have people that aren't afraid to speak out because

14  it's too late to close the gate.  The cows are out of

15  the barn.  Everybody's going to know about it and

16  they're going to want to know more and more.

17           RUSS RAMSLAND:  You know, Mike, the real thing

18  is I think pretty soon the question is going to start to

19  turn around and people are going to go wait a minute.

20  What is everyone so afraid of?  Why are they going to

21  such incredible lengths to say there's nothing here when

22  there clearly is something here.  You know, this is

23  almost like you and I remember Enron.  This is almost

24  like Enron.  Would we all be saying oh, no, we don't

25  want to investigate Enron.  No one should look into

```
 1   Enron.  No, no.  Enron shouldn't have to tell you how
 2   they spend your money.  You just keep giving them your
 3   401K money.
 4            MIKE LINDELL:  Right.
 5            RUSS RAMSLAND:  No.  That's not how it works
 6   and that's not how our voting system should work either.
 7                          *
 8            STEVEN K. BANNON:  Now look, Mike, I don't
 9   know what Venezuela or what Venezuela has to do with the
10   United States in the 2020 presidential election, but I
11   think for the audience and for people that just want to
12   get to the facts, are you prepared -- Russ put some
13   statements out there, made some assertions.  Are you
14   prepared to bring eyewitnesses from Venezuela or people
15   that can actually talk specifics about this and somehow
16   you put it up online or augment this film somehow so
17   people can actually hear eyewitness testimony?  Are you
18   prepared to do that?
19            MIKE LINDELL:  Absolutely.  And as part of my
20   due diligence that's been all this week.  I wanted to go
21   back to where this all started, and Venezuela -- see, it
22   all started in Venezuela with Smartmatic, not Dominion
23   or the other one.  It was with Smartmatic, and we're
24   going to have the gal -- all through -- that evidence I
25   will put up on MichaelJLindell.com Web site.  You're
```

1  going to see all that stuff we're adding.  But it was

2  very interesting her story.  She got attacked and put

3  down, just like what's happening to me here because she

4  knew, she knew.  She had the evidence.  She had the

5  evidence you're going to see tonight.  She had it, and

6  they just (sound), but she didn't have this big

7  platform, but you're going to see that, and you'll see

8  all that.  Anything you -- you know, to back up, when

9  you talk about us Russ Ramsland and his company, they

10  are the best in the world at these machines, getting

11  inside them and, you know, getting the footprints and

12  doing that.  These guys are amazing.

13         STEVEN K. BANNON:  Fine.  But I want to make

14  sure we're clear particularly to everyone on the left

15  and all the media that's attacking you.  You're prepared

16  to have her on tape, you're prepared to put all this

17  stuff about this whole situation in Venezuela and with

18  us Russ Ramsen's company, Colonel Waldron.  You're

19  prepared to put up additional information online so

20  people can check more of the hard evidence on this.

21  This is a commitment you're making?

22         MIKE LINDELL:  Right.  Yes, absolutely.  And I

23  want to say this, though.  What Russ is saying is what

24  I'm telling you all.  Look, in Venezuela it happened in

25  a very short period of time where the socialists, they

1  got in there and their country was gone.  And how did

2  they do it, they did it through the use of these

3  machines.  When you can pick who you vote for, you know,

4  this is what we're all talking about tonight.  It's very

5  important what Russ is saying there.

6          If we don't get rid of the machines we

7  will -- they're coming in now, this election.  This

8  is what happened, this election, so it's very serious

9  stuff, and yes.

10          STEVEN K. BANNON:  You're going to next meet

11  one of to smartest guys in the country, Dr. Shiva from

12  MIT, just an extraordinary individual.  His interview

13  with Mike Lindell and Absolute Proof is next.

14                          *

15          MIKE LINDELL:  So now we have with us

16  Dr. Shiva.  He has four MIT degrees.  He's an expert

17  system science and pattern analysis, and I met him four

18  weeks ago.  Well, Mike why didn't you bring this to us

19  before?  Well, I just met Dr. Shiva four weeks ago, and

20  he's going to tell you he actually ran for senate, and

21  he knows all about these machines now, and we're going

22  to hear some of this stuff that I found out and went

23  wow, this absolutely validates this election fraud with

24  these machines.

25          DR. SHIVA:  Well, thanks, Mike.  I'm glad we

```
 1  connected.  You know, it's an interesting opportunity

 2  for me, Mike, because it's rare that a guy who's a

 3  scientist, an engineer, an MIT guy even runs for office.

 4            MIKE LINDELL:  Right.

 5            DR. SHIVA:  And then it's even more rare that

 6  you come across something that you never think occurs in

 7  the United States.  I grew up in India and third world

 8  countries.

 9            We talk about election fraud.  When I was

10  running in Massachusetts in 2020 we had 3,000

11  volunteers on the ground, you know, 20,000 bumper

12  stickers, 10,000 lawn signs, billboard ads, radio, TV

13  network, we were everywhere.

14            The GOP establishment who doesn't want a

15  bottoms up guy like me who hated Trump ran a no name

16  out there who no real lawn signs, no bumper stickers,

17  no organization, nothing.  And we knew on election

18  night, which was a Republican primary, September 1,

19  2020, the word landslide is what we heard everywhere.

20            MIKE LINDELL:  That you were going to win by a

21  landslide?

22            DR. SHIVA:  Oh, yeah.  It was obvious.  I

23  mean, we worked --

24            MIKE LINDELL:  I think you said unless there

25  was election fraud.  But you probably thought --
```

```
 1            DR. SHIVA:  Yeah.  One of my close friends
 2  said we're going to win this unless there's election
 3  fraud, and I just thought this was just some fringe
 4  stuff, right.
 5            MIKE LINDELL:  You weren't thinking about
 6  machines?
 7            DR. SHIVA:  I wasn't thinking about machines
 8  because I didn't know that.  You know, from creating
 9  email and all these systems I know the power of
10  machines.
11            MIKE LINDELL:  Oh, by the way, he created
12  emails, right?  The creator of email.  I just want to
13  tell you, the guy's a genius.  So what you're going to
14  hear here.  This is what I did my due diligence on.
15  This is just one guy going okay, you know, is this real
16  or is this not.  Believe me, it's real.
17            DR. SHIVA:  Yeah.  So I have a lot out history
18  not only in pattern analysis and system science, but I
19  build large scale computer systems.  The stuff that I've
20  used has been used by the Senate, has been used by the
21  largest fortune 1,000 companies in the world, so I know
22  how you move from paper-based systems and electric
23  systems and I know the power of electronic systems.
24            When you put some process that's in
25  electronic performed, a single individual has immense
```

1  amounts of powers, so that's a background.  But on

2  September 1, 2020 what we saw was we knew we'd won on

3  a landslide and there we are with our big party and

4  we see the results coming in.

5          Now Massachusetts we saw in Franklin County

6  was to 80 to 90 percent hand counted paper ballots,

7  no machines, I win by ten percent, and in every other

8  county, Mike 60/40, 60/40, 60/40.

9          MIKE LINDELL:  That you lost by two percentage

10  in --

11          DR. SHIVA:  I lost by.

12          MIKE LINDELL:  Exact percentage?

13          DR. SHIVA:  Exact percentage, by a guy -- a

14  black county this guy wins, in a white county this guy

15  wins, an Hispanic county.  The guy was nowhere.

16          MIKE LINDELL:  By the same percentage.

17          DR. SHIVA:  By the same percentage.

18          MIKE LINDELL:  That's not only a deviation but

19  it's an anomaly.  Don't you think that's impossible?

20  You're like me.

21          DR. SHIVA:  From a scientific standpoint you

22  would say it's highly unlikely.  And that began my

23  journey to start with saying wow, election fraud could

24  take place in America.  So I started reading up

25  everything I could.  By September 9, eight days later I

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    54

1  found out something interesting.  I found out these

2  electronic voting machines -- remember, there's two ways

3  you can vote.  One is you give a paper ballot, and the

4  paper ballot is counted by human being, two people, and

5  that's what occurred in Franklin County.  But in those

6  other counties they take that paper ballot when you vote

7  electronically --

8           MIKE LINDELL:  Into a machine.

9           DR. SHIVA:  -- it goes into a machine.  And

10  what happens in that machine?  The paper ballot is

11  converted to an image called a ballot image, no

12  different than you taking a picture with your iPhone.

13  So what is actually counted?  The paper ballot gets put

14  aside.  The machine, the electronic, quote/unquote, AI

15  on the machine actually tries to figure out where the

16  circles are, and the machine is counting the ballot

17  image.  So at that point I realize oh, my God, the

18  ballot image is the ballot.  The images are the ballot.

19           MIKE LINDELL:  So you were going to get to the

20  bottom of this no matter what.  You're like me.  I want

21  to tell you something.  One thing about Dr. Shiva, when

22  I met him I'm going wow, he's just like me.  I look at

23  deviations every day.  If I see a TV station that

24  normally does ten thousand, because I track them all

25  individually, that does ten thousand, and all of a

1  sudden one day it did only two thousand, I'll tell you

2  what.  What I do is spend the rest of the day or a week

3  or a month, I'm going to find out how that happened

4  because the only way things change is what, a different

5  input.

6          DR. SHIVA:  Exactly.

7          MIKE LINDELL:  A different input.  So you've

8  got this anomaly, a deviation, and not just because you

9  were running.  It's not like you were just biased going

10 I won, I know I won.  Now you're digging in to find out

11 how this weird mathematical --

12         DR. SHIVA:  Exactly.  The scientist/engineer

13 kicked in.  You're a scientist and engineer from a

14 marketing standpoint and I think we both sort of pursue

15 the same aims.

16         MIKE LINDELL:  Right.

17         DR. SHIVA:  But here what we found out was the

18 first thing that gave me a big insight is that A, ballot

19 images are being created.

20         MIKE LINDELL:  Right.

21         DR. SHIVA:  And I also found out by federal

22 law in 1974 they passed a law for federal selections

23 those ballot images must be saved, so that was one piece

24 of the puzzle, okay.  The other piece of the puzzle was

25 I found out that the voting machines as early as 2002

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    56

```
 1  have a feature in there called a weighted race feature
 2  where it's embedded into the system where you can
 3  multiply candidates' votes by a percentage.  So what
 4  that means is you get a thousand votes, I get a thousand
 5  votes.  I can multiply your votes by two, my votes by
 6  .5.  If anyone doesn't believe this, go look up the
 7  Diebold voting manual, go to page 2-126 in the manual in
 8  the 2002 version and you'll see it in there.
 9            MIKE LINDELL:  So were you able to prove that
10  your election was stolen by the machines?
11  Mathematically did you prove a hundred percent that this
12  could only be recreated by a machine to do that 60/40?
13            DR. SHIVA:  Yeah.  So what we proved, Mike,
14  first of all we showed that the state had deleted the
15  ballot images.
16            MIKE LINDELL:  Right.
17            DR. SHIVA:  Which means if they had the ballot
18  images I could find the algorithms.  So it came upon me
19  to all use that 40 years of experience that I'd learned
20  from 14 all the way to MIT, I could bring all that
21  rocket science to look at the data.  And what I found
22  out in the data was a very interesting anomaly which, as
23  you said, a deviation in one of the counties called
24  Suffolk County which is typically highly Democrat.  So
25  we were able to see these interesting numbers, up, down,
```

1  up, down, up, down, essentially going to a casino

2  imagine every time you roll twice the number of odd as

3  you can get even, right.  It's unlikely.  It should be

4  50/50.  And in fact, when we did the numbers that

5  pattern could only occur one in a hundred thousand.

6           We sued the state on this, and the judge

7  did not dismiss our case.  It's still open.  Not only

8  it's open, but we survived dismissal, and the other

9  thing was we also showed that when I put this out on

10  Twitter and said look, the secretary of state deleted

11  ballot images, Twitter didn't do anything to me, but

12  the secretary of state contacted Twitter to shut me

13  down along with the National Association of State

14  Election Directors that came out.

15           MIKE LINDELL:  Wow.  Well, let me stop you

16  right there because I want to say something.  Did you

17  hear the Twitter thing?  All of you in this country and

18  the world know my Twitter was taken down.  Do you know

19  why it was taken down the first time 20 some days ago is

20  because I put up of the new evidence, which Dr. Shiva

21  I'm going to tell him in a second, this new evidence

22  that came out shows the time stamp in space who did it,

23  what country did it like China.

24           DR. SHIVA:  Remember, we have two cases.

25  First we basically went into court saying the secretary

1  of state contacted Twitter.  That means Twitter takes

2  orders from the government.  This is what we showed.

3  Twitter takes order from the government.

4           MIKE LINDELL:  That's proved.  That's a

5  hundred percent?

6           DR. SHIVA:  Yes.  It came --

7           MIKE LINDELL:  A hundred percent Jack

8  Dorsey --

9           DR. SHIVA:  -- took orders from the secretary

10 of state of Massachusetts.  This is what happens in

11 countries like China.  The government tells the

12 corporations what to do.  And in the United States what

13 came out in our three hours of testimony where I

14 represented myself.  No one wanted to take the swamp on

15 in Massachusetts.  So what came out was we have the

16 secretary of state, the election director, and the

17 communications officer saying they contacted Twitter to

18 shut me down.

19           MIKE LINDELL:  Is that still open?

20           DR. SHIVA:  Not only is it open, the judge

21 gave me the restraining order, and the case is open, and

22 my other case to decertify, they tried to apply a

23 hundred, two hundred page motion to dismiss and the

24 judge denied their motion.

25           MIKE LINDELL:  Wow.

1           DR. SHIVA:  That means like MIT is in

2    Massachusetts, right?  There's a lot of computer people

3    there.  No one has rebutted my mathematical explanation

4    showing that they multiplied my votes by .666.

5           MIKE LINDELL:  .666 they multiplied it?

6           DR. SHIVA:  Exactly.  And the other guy's by

7    1.2.

8           MIKE LINDELL:  Everyone hear that?

9           DR. SHIVA:  I think one of the things the

10   public needs to understand is federal laws, the

11   Department of Justice is supposed to enforce them.  You

12   know, when we found out the ballot images were deleted,

13   we informed, what's the name, Barr and the local U.S.

14   attorney and they've done nothing.  So basically this is

15   what happens in third world countries.  They have laws

16   but nothing is followed.  And if that's where we've

17   gotten into it's a serious problem for this county

18   because the laws don't mean anything.

19          MIKE LINDELL:  Well, it's a serious problem.

20   You mention Barr.  I mean, he comes out and says there

21   was no election fraud.  Here we have right here, you

22   told him of some, right?

23          DR. SHIVA:  I told him of some.

24          MIKE LINDELL:  Was this before the election

25   even?

 1          DR. SHIVA:  This is in October.

 2          MIKE LINDELL:  October.

 3          DR. SHIVA:  So --

 4          MIKE LINDELL:  Bill Barr, if you're watching,

 5   I mean, why would you say something like that when yes,

 6   this wasn't just election fraud.  This was a historical

 7   election fraud.  This was coming from a lecture from

 8   machines, from these machines of biblical proportions,

 9   of historical proportions, and now it's all going to get

10   exposed.  I want the senators, the congressmen, the

11   government, the governors, the legislators, everybody

12   needs to watch this show and when you do, you know, a

13   lot of you can go wow, I never knew, I never knew.  And

14   that will be an excuse for a lot of them because of our

15   mainstream media and all the people.

16          I can't believe the money spent to suppress

17   this, you know, to suppress it.  Anything that popped

18   up, boy, they were right on.  Let's destroy them.

19   Let's destroy them.  Like who was the last thing to

20   pop up?  Me.  When I seen this, I popped up, and how

21   you destroy my pop up because everybody knows I'm out

22   there.  They've done everything they could from bots

23   and trolls to go after my integrity to Twitter.  I

24   mean, it's just been a massive attack, but then you

25   know you're right over target, right?

 1            DR. SHIVA:  It wasn't Twitter acted alone.  We

 2   found the government contacting Twitter.  Now, this is a

 3   fundamental violation of the First Amendment.  Political

 4   speech -- government speech cannot supersede political

 5   speech.  So I bet you you'll find out that some

 6   government official may have likely been involved in

 7   contacting Twitter.

 8            MIKE LINDELL:  Oh, yeah.  I know Jack Dorsey.

 9   Jack, if you're out there, you did this to my movie a

10   couple years ago with Unplanned when Twitter shut that

11   down for two hours when it launched.  I mean, we're

12   getting into a whole segment when you're talking about

13   we all know the social media, what they've done from

14   mark Zuckerberg and Jack Dorsey.  These platforms, the

15   power they have along with the mainstream media.

16            You know, what did they do when they took

17   over?  you talk about third world countries?  In Nazi

18   Germany they took over -- any country like that

19   they'll take over your communication, you know.  How

20   are we going to communicate.  You're hearing in one

21   second (sound), you know, and this is where we're at,

22   but we're going to get this out there.  This show,

23   this has been what everybody's been waiting for.

24            I encourage a newscast out there, all these

25   journalists and all you guys that have been calling

1  me for three weeks now.  You never called me before

2  from your CNNs to your New York Times, your

3  Washington Post.  All you guys have been calling me

4  nonstop every day because you think you've got some

5  -- making up some dirt or something, and because

6  Dominion, you're saying things about Dominion.

7          I encourage all of you, why don't you be a

8  real journalist and take this story and run with it.

9  Be the first one to go wow, this is real.  Maybe

10 you'll become the biggest outlet in the country by

11 doing that.

12         DR. SHIVA:  Because the real crime scene in

13 America is these computer algorithms.

14         MIKE LINDELL:  And I'm going to tell you, that

15 is the crime scene.  And I'm going to tell you, this is

16 their game too that these machine guys played like

17 Dominion.  They went out there, and a lot of these

18 places I couldn't even go on the media and talk about

19 these machines because they were threatened.  I go on a

20 news talk show and they go you can't talk about that.  I

21 was just on one last night, you can't talk about that.

22 Why not?

23                          *

24         STEVEN K. BANNON:  Look, Mike, Dr. Shiva, I

25 think he's got, what, four degrees from MIT.  This is

1  guy is the proverbial man with two brains.  He came up.

2  He actually found out about this weighted race part of

3  it.  But also this whole thing with Twitter and the TRO.

4  Walk us through exactly what he was talking about.

5        MIKE LINDELL:  Well, it's very interesting

6  because he's is a guy that went back down.  He knew he

7  got cheated in his race and he did, he dug into the

8  machines and he found the weighted race feature on the

9  machines and he kept digging and he then he took it

10  before a judge.

11        Well, then the secretary of state, when he

12  put the evidence up, just like I did, you know, the

13  evidence got taken down, his Twitter got taken down.

14  So then he dug into it, and sure enough the secretary

15  of state did it, so the judge ruled in his favor and

16  gave the secretary of state a restraining order.  And

17  what he's saying there, the government got involved.

18  That's common.  He was ordered a private company or

19  company to do this.

20        For all I know, you know, maybe that's what

21  happened when they took mine down.  Maybe somebody

22  ordered Jack Dorsey to do it.  I don't know.  But all

23  I know is if you watch this here, you know, you've

24  got people like Dr. Shiva, a great patriot.  He's not

25  going to give up.  Now he's putting his whole life

1   into it.  It's not he lost.  He's got a lot of better

2   things to do, but he realized the importance of this

3   country and with this weighted race feature on these

4   machines, he knows it came through the machines.

5            And look at the suppression.  the

6   government tried to stop him by going to a social

7   media platform and telling them to take it down.  I

8   mean, it can' get any more than that.  and this

9   didn't get big press.

10           That's why when I talked to Dr. Shiva, this

11  didn't make big news.  Not many people know about it.

12  It one of the cases open in the United States and it

13  keeps getting to this next level.  That's pretty

14  amazing.

15           STEVEN K. BANNON:  Yeah.  I think the great

16  thing of the film you're bringing that up, and Dr. Shiva

17  is a smart guy.  He's relentless.

18           But let's go to where the action is.

19  That's in Michigan.  Michigan is one of the most

20  controversial states in this entire election.  We're

21  now going to go to Patrick Colbeck and Melissa Carone

22  (phonetics).  Melissa Carone became a national her

23  at the hearing and also when Saturday Night Live

24  mocked her about the Rudy Giuliani hearings.  So

25  let's go to Michigan and hear these two, and then

1    we'll come back after that and have Mike Lindell

2    comment.

3                                *

4            MIKE LINDELL:  Okay.  Now we have Patrick

5    Colbeck, and he was a former state senator in Michigan.

6    And Patrick, how are you involved here?  What brought

7    you here today?

8            PATRICK COLBECK:  Well, I came as a result of

9    my decision to be is a poll challenger out of the

10   Detroit AB counting board.  I did a marathon 25-hour

11   shift starting on election night around 5:00 all the way

12   through the next day, so we witnessed all the fun.

13           MIKE LINDELL:  Wow.  This was in Michigan?

14           PATRICK COLBECK:  Yeah.

15           MIKE LINDELL:  Where in Michigan, what county?

16           PATRICK COLBECK:  At the Detroit AD counting

17   board in Wayne County.

18           A little background on me.  When I was a

19   state senator I was actually the vice chair of the

20   elections, election government reform committee in

21   the Michigan state senate.  And in addition to that

22   background, my background is as a Microsoft small

23   business specialist, and I did cabling design on the

24   space station.  So in other words, I'm familiar with

25   election processes, and I'm familiar with network

 1  configurations.

 2          So my focus, when I came into the Detroit

 3  AD counting board is I wanted to understand

 4  specifically the handoff of vote tally information

 5  throughout the system.  We did see evidence that it

 6  was connected to the internet.

 7          MIKE LINDELL:  What was that evidence?

 8          PATRICK COLBECK:  Well, that control center,

 9  they've already admitted to the fact that that control

10  center had computers that were connected to the

11  internet, and we saw the actual cable routed from the

12  wall of the TTS center to the control center, and we

13  have election officials that admitted there were

14  computers in the control center that were connected to

15  the internet.  Anybody worth their salt in IT land

16  understands that if one computer is connected to the

17  internet, they're all connected to the internet.  You

18  may say that it's air gapped, you may say you have a

19  firewall.  I have people that eat firewalls for

20  breakfast.

21          MIKE LINDELL:  So what you're saying, you

22  knowing that, if it's connected to the internet,

23  somebody out there could have hacked in and then did the

24  flipping of the votes?

25          PATRICK COLBECK:  Yep.  When you get into a

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    67

1  case where you've got the same devices that are supposed

2  to be capturing that vote tally corrected to the

3  internet, or frankly even connected to a large local

4  area network and you can't witness that handoff of vote

5  tallies, you don't have that seal.  So you may be

6  thinking you're passing that information from point A to

7  point B, but there's nothing to prevent it from going to

8  point C in the interim and the man in the middle it's

9  called.

10         MIKE LINDELL:  So if you're online, anybody

11  could do that because they're intercepting that.  It's

12  an interception.

13         PATRICK COLBECK:  Right.

14         MIKE LINDELL:  Machines aren't supposed to be

15  online in an election, right?

16         PATRICK COLBECK:  Yes.  It's called man in the

17  middle, and you wouldn't accept that if it was a

18  traditional precinct and you got that precinct results

19  and it wasn't sealed, you'd be raising your hand saying

20  something's rotten here.

21         MIKE LINDELL:  Absolutely.  I want to ask

22  this, though.  If you were there, did it slow down in

23  the middle of the night when you were there?

24         PATRICK COLBECK:  Yes, absolutely.

25         MIKE LINDELL:  So it slowed down to a trickle?

```
 1              PATRICK COLBECK:  Yeah. it was dead in the

 2  night, and that's when some ballot came in the back

 3  door.

 4              MIKE LINDELL:  Well, now we're here with

 5  Melissa Carone, and you were actually hired by Dominion

 6  for November 3rd and 4th, just for two days, right?

 7              MELISSA CARONE:  Yes, yes.

 8              MIKE LINDELL:  And they found you online,

 9  right?  You had a resume online.  You have an IT

10  background?

11              MELISSA CARONE:  Yeah, yeah.

12              MIKE LINDELL:  So tell us what happened.

13              MELISSA CARONE:  So I was there to assist with

14  IT work for Dominion.  So what I was doing was just

15  walking up and down the rows of the --

16              MIKE LINDELL:  By the machines?

17              MELISSA CARONE:  Yeah.

18              MIKE LINDELL:  It's a tabulating machine?

19              MELISSA CARONE:  Yeah.  So I could get very

20  close to those machines.

21              MIKE LINDELL:  Okay.  So was that the only

22  kind of machine?

23              MELISSA CARONE:  No.  There was adjudication

24  means in the front and the back, and on the sides there

25  was -- I'm sorry, the tabulating machines.
```

1           MIKE LINDELL:  Both Dominion machines,

2     correct?

3           MELISSA CARONE:  Both Dominion machines.

4           MIKE LINDELL:  So you got to see, what,

5     thousands of votes?

6           MELISSA CARONE:  Thousands upon thousands of

7     votes.

8           MIKE LINDELL:  Okay.  What was on every vote?

9           MELISSA CARONE:  Every vote that I saw was for

10    Joe Biden.

11          MIKE LINDELL:  For Joe Biden.  When I heard

12    this, and I want to say, you worked how many hours?

13          MELISSA CARONE:  22 straight hours.

14          MIKE LINDELL:  And then you came back for four

15    hours?

16          MELISSA CARONE:  Correct.

17          MIKE LINDELL:  Out of all that time did you

18    ever see one Trump vote?

19          MELISSA CARONE:  I never saw a single Trump

20    vote.  So when the ballots got to the tabulating

21    machines they would -- it's kind of like a printer.  You

22    would look at it kind of like a printer where the paper

23    would come out normally.  That's where they would put

24    in, and it would end up as they were tabulated on the

25    top of the machine.  So these would jam constantly,

 1  constantly jam because these were mail-in ballots.

 2  Creases, anything in them would jam this.

 3          MIKE LINDELL:  And when they jammed what

 4  happened?  This is very interesting.

 5          MELISSA CARONE:  When they jammed they would

 6  take the ballot.  There was a computer in front of each

 7  person.  It would say ballot number, you know, 20

 8  jammed.

 9          MIKE LINDELL:  Out of a group of 50.  So the

10  20th ballot jammed.

11          MELISSA CARONE:  Uh-huh.

12          MIKE LINDELL:  Then what?

13          MELISSA CARONE:  So it would say discard,

14  rescan.  The way they were supposed to do it is discard

15  them and rescan them, but they were not discarding

16  these.

17          MIKE LINDELL:  So they used the same -- let's

18  say 30 went through.  It got stuck on the 30th one.

19  They put that number 30 at the top of the same 50 pack

20  and run them through again?

21          MELISSA CARONE:  Yeah.

22          MIKE LINDELL:  So you're telling me that

23  tabulator had no way to know.  It's just counting the

24  number like counting a deck of cards?

25          MELISSA CARONE:  Exactly.

1          MIKE LINDELL:  You could sit there and run the

2     same deck of cards through this tabulator over and over

3     and over again; is that right?

4          MELISSA CARONE:  Yes.  So one time through

5     this night I approached my manager and I said this

6     machine has a count of over 400 on it.  I said what's

7     going on here.  I said this is not right.  They should

8     not go above 50 because the batches are only 50.

9          MIKE LINDELL:  Only 50.

10          MELISSA CARONE:  I said we have a huge problem

11     here, and he said -- he pulled me aside and he said I

12     don't want to hear that we have a problem.  He said we

13     are here to assist with IT work.

14          MIKE LINDELL:  Was this a Dominion guy?

15          MELISSA CARONE:  He's actually a part owner of

16     Dominion, yes.

17          MIKE LINDELL:  Wow.  Okay.  What?  So 26 hours

18     of watching ballot after ballot, walking up and down

19     these tabulating machines, not one ballot was for Donald

20     Trump.

21                              *

22          STEVEN K. BANNON:  Okay.  Mike, Patrick

23     Colbeck, the former state senator and Melissa Carone,

24     the former employee of these two, they assert -- Colbeck

25     says hey, it was on the internet, plus you've got these

 1  vans coming in the middle of the night.  I know that
 2  gateway pundit I think put up some additional video the
 3  other day.  But people there are saying that it didn't
 4  happen, okay, and I think Dominion has been adamant
 5  they're not connected to the internet, and Colebeck says
 6  they are.  Also, Melissa Carone, I think she says in 26
 7  hours she didn't see one vote for Trump.  There are
 8  other people that sit there and say she wasn't trained,
 9  she doesn't know what she's talking about and it didn't
10  happen.
11          What are you going to do to give additional
12  evidence backed put about what the assertions of
13  these two people are?
14          MIKE LINDELL:  Well, I have all kinds of that.
15  I can put it up on the Web site from both of these two.
16  But the reason I wanted to put it in there was a couple
17  reasons.  One is just to show you they were plugged in,
18  and there's all kinds of evidence that he has, the state
19  senator.
20          But with Melissa, it was interesting to me
21  because she was hired by Dominion.  So she was hired
22  by Dominion, and she was actually, when Michigan had
23  that huge spike, which I've always wondered about,
24  you know, this huge spike.  One of the big fallacies
25  of this whole election was that the mail-in votes

1  were counted last.  No, they were counted first.  In

2  Michigan they were counted first.

3           So everybody thought oh, the middle of the

4  night, well, of course all these votes came in.  They

5  were mail-in votes.  They're for Biden.  No.  Those

6  votes came.  One of the things Melissa was allowed to

7  do because she was a Dominion employee, there was

8  only two of them there that were hired.  They only

9  gave them an hour training, and all they were

10 supposed to do is walk up and down the machines so

11 they could get close to the machines where poll

12 watchers couldn't.  They had to stay say six feet

13 away.

14          So it was interesting to me anyway that she

15 had access to see every single thing, and she never

16 seen one Trump vote because this was where they had

17 to do the big spike you seen.  And you know what, I'm

18 going to put up --

19          STEVEN K. BANNON:  You're committed to put up

20 additional information that backs up what Melissa and

21 former State Senator Colbeck are saying, right?  You're

22 committed to do that?

23          MIKE LINDELL:  I'm not here to prove all that

24 kind of fraud.  I'm here to show you about machines.

25 This shows just one other thing of what they did with

 1  the machines.  And yes, I'm going to show all that

 2  evidence.  I'll put it up on the Web site.  But what

 3  they did, they filled up these fobs, and what they did,

 4  they went down and they did a dump.  They did a hundred

 5  and some thousand dump, boom, just put into the

 6  machines.  You do that online, you guys.  Boom.  That

 7  was just another way you can cheat with these machines,

 8  so that's very important.  But I will put all that stuff

 9  up on the Web site because but I want to focus this show

10  on the machine fraud, but I just wanted to put that in

11  there because some of these things that were

12  unexplainable, you're all going to know how they

13  happened.

14          STEVEN K. BANNON:  Okay.  I want to get to

15  Matt DePerno.  I think he's the Jimmy Stewart figure in

16  this movie.  Very powerful testimony.  We're going to

17  break into a couple pieces.  Matt DePerno.  We're going

18  to stay in Michigan.  Mike Lindell returns with Matt

19  DePerno in a second.

20                          *

21          THE WITNESS:  Okay.  Now we're here with Matt

22  DePerno (phonetic), and he's the lawyer that we all

23  heard about this Antrim County.  How did you get this

24  county that you hear about and how did you even get

25  involve in this?

1            MATT DEPERNO:  Sure.  Well, I know some people

2   who live up in Antrim County, and Antrim County is a

3   small county up in northern Michigan.  It historically

4   votes roughly 65 percent Republican, 35 percent

5   Democrat, and in this case it completely flipped on

6   election night.  Roughly 65 percent of the vote went to

7   Joe Biden and 35 percent to Donald Trump.  So people who

8   lived up there knew that there was a problem.  They knew

9   the results were not correct.  And on the morning of

10  November 4th they actually contacted the Antrim County

11  CLERK and requested that she look into the results

12  because they knew what had been posted on the Web site

13  could not be true.  And through a series of events,

14  people who I knew up there, and a person named Bill

15  Bailey who's a patriot who lives up in Antrim County and

16  who knew there was a problem and wanted to challenge the

17  results, they ended up connecting him to me and I filed

18  a lawsuit.

19          But what's important is in filing this

20  lawsuit  we weren't seeking publicity, we weren't

21  seeking fame.  We just wanted to get results.

22          We filed the name in the name of a patriot

23  named Bill Bailey and we changed down ballot school

24  board elections.  That's what he was most interested

25  in learning about school board elections.  Of course

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                              76

```
 1  he was obviously interested in other aspects of the
 2  election, what happened in the presidential election
 3  and how did things flip, but primarily the case
 4  centered on local politics.  And if you look at
 5  certain townships like Chestonia Township, Joe Biden
 6  got 197 votes on November 3rd
 7              MIKE LINDELL:  Right, right.
 8              MATT DEPERNO:  In reality he only got 93.
 9              MIKE LINDELL:  How do you know that he only
10  got 93?
11              MATT DEPERNO:  Because there's since been a
12  hand recount.
13              MIKE LINDELL:  A hand recount.  So when did
14  they do that?
15              MATT DEPERNO:  They did a hand recount on
16  November 21st and then again on December 17th.
17              MIKE LINDELL:  Right, right.  Okay.
18              MATT DEPERNO:  On December 17th they told us
19  they were going to do a full audit of the county, the
20  secretary of state did, but in reality they only did a
21  hand recount again.
22              MIKE LINDELL:  So on the recount you get 197,
23  and then over here Donald Trump had three.  So the real
24  numbers were 93 and 197; is that correct.
25              MATT DEPERNO:  That's correct.  So you can see
```

1   Joe Biden on election night got 197.  He got Donald

2   Trump's 197 votes.  We know that that was --

3              MIKE LINDELL:  This is a hundred percent fact

4   here?

5              MATT DEPERNO:  A hundred percent fact.

6              MIKE LINDELL:  Now what we're showing here,

7   you guys, so everyone knows, these are all precincts.  I

8   don't know if you can see this here, but these are all

9   precincts, so let's do this precinct.

10             392, this is done through the machines, and

11  Donald Trump got eight.  What?  So here is the 392 to

12  eight, but the real number was 198 to 392.

13             MATT DEPERNO:  And if you see here, Oak

14  Township Joe Biden got 392 on election.  In the reality

15  those are Donald Trump's votes.  Those were the 392.

16             MIKE LINDELL:  Right.  They were just flipped.

17  In order for that to be off, and you do the conclusion

18  which I would right now, a hundred percent how could

19  that be of?  There would be something wrong with what?

20             MATT DEPERNO:  The machines.

21             MIKE LINDELL:  The machines.  The machines.

22  And what we're showing here right now, what you're going

23  to see, all this that we've been talking about, this

24  massive machine election fraud that went on where

25  countries hacked into our election and nationwide.  This

1   is one little county in northern Michigan, and these

2   machines would do it right down to the precinct, okay.

3           What you're going to see, this is the

4   example that was hand counted and, you know, the rest

5   of the country didn't get to do that.  They didn't

6   have the luxury of being able to do that, you know.

7   So what I want to tell you all is this is the perfect

8   example, just so you know, right down to the precinct

9   level what went on with these machines.

10          I wanted to see one more here.

11          MATT DEPERNO:  Well, you can look at the

12  Kerney Township.  Joe Biden got 744 on election night.

13  Those were Donald Trump's votes.  He actually recorded

14  16 on election night.

15          MIKE LINDELL:  Okay.  So here's this county

16  that traditionally always is like 65 percent Republican,

17  35 percent Democrat; correct?

18          MATT DEPERNO:  That's correct.

19          MIKE LINDELL:  Okay.  So everyone in the

20  county knew when these numbers came in on November 4th

21  they're going there's something wrong with the machines.

22  Everyone would think that.  It wouldn't matter if you're

23  a Democrat or a Republican, you're going wow.  And it's

24  not like what.  And they couldn't use the deviation

25  saying well, because this was because of mail-in voting

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    79

1  because there's no huge cities in there like Detroit,

2  correct?

3          MATT DEPERNO:  That's correct.

4          MIKE LINDELL:  So I just want everyone to know

5  this before you get into -- this is just a small county,

6  northern Michigan, and they ended up flipping.  We had

7  15,718 votes.

8          MATT DEPERNO:  15,718 votes.

9          MIKE LINDELL:  And 7,060 were flipped from

10  Trump to Biden; is that correct?

11          MATT DEPERNO:  Yeah.

12          MIKE LINDELL:  Wow.  By machines, right?  This

13  was done by the machines?

14          MATT DEPERNO:  Absolutely by machines.  If you

15  look at the original vote count, 7,769 --

16          MIKE LINDELL:  Right.

17          MATT DEPERNO:  -- for Joe Biden and 4,509 for

18  Donald Trump.

19          MIKE LINDELL:  Right, right.

20          MATT DEPERNO:  That actually totals 12,278

21  votes.

22          MIKE LINDELL:  Right.

23          MATT DEPERNO:  By machine on November 3rd.

24  That's the vote tally.

25          MIKE LINDELL:  Right.

1          MATT DEPERNO:  That wasn't correct because if

2     you look at the hand recount it was actually 5959 for

3     Joe Biden and 9759 for Donald Trump, which gets us to

4     15,718 votes.

5          MIKE LINDELL:  Got you.

6          MATT DEPERNO:  So the question is where were

7     the 3200 votes on election night?  Why weren't they

8     recorded?

9          MIKE LINDELL:  Right.  Even with that, and we

10    don't know why.  We don't know why on that.  I'm here to

11    show everyone out the facts and evidence that I've seen

12    one hundred percent.  Here's one hundred percent.

13          This little county in northern Michigan,

14    look at what the difference was.  It was a net of

15    5,250 votes; is that correct?

16          MATT DEPERNO:  That's a net for Donald Trump.

17          MIKE LINDELL:  That's the net for Donald

18    Trump.  There was 7,000 -- that's where you get the

19    7,060 votes.

20          MATT DEPERNO:  So what I want to show you here

21    in the next slide is actually the number of registered

22    voters.  This is what you're getting to.  The number of

23    registered voters in the county is 22,082 votes, and

24    this is the total number of votes cast by machine on

25    November 3rd, 16,047.

 1          MIKE LINDELL:  Right.

 2          MATT DEPERNO:  Of course, not everyone votes

 3  for the president.  That's why there's going to be some

 4  disparity.

 5          MIKE LINDELL:  Right.

 6          MATT DEPERNO:  But you see what happened in

 7  Antrim County.  On November 3rd there were 16 047 votes

 8  cast, and then on November 5th when they did a recount,

 9  somehow they gained two thousand more votes, and we

10  haven't got an explanation as to why that happened.

11          MIKE LINDELL:  But we do know that there were

12  7,000 -- if you were to say right now and go you know

13  what, we do know that 7,000 -- Donald Trump had 7,060

14  more votes net out of this county.

15          MATT DEPERNO:  That's correct.

16          MIKE LINDELL:  That's a hundred percent fact.

17          MATT DEPERNO:  One hundred percent fact.

18                           *

19          STEVEN K. BANNON:  Mike, you talk about

20  providential.  Here you've got an attorney up in a small

21  county up in northern Michigan that really has a guy

22  come and complain about a school board seat.  This isn't

23  even about the presidential election.  But those folks

24  knew something was so extraordinary, this is a 65/35

25  county, and they know their neighbors.  This is rural,

 1  you know, northern Michigan, so they knew something was

 2  up right away but the authorities didn't want to deal

 3  with it.  But you've got a guy just wanted to check the

 4  school board vote because he couldn't figure out what

 5  went wrong.

 6          And that's why, remember, that's why I say

 7  Matt DePerno a Jimmy Stewart figure because he's the

 8  only attorney in the country that's really gotten in

 9  court, gotten a judge to issue an order to let him go

10  in and do an actual forensic audit on the machines.

11  What do you have to say about that, Mike?

12          MIKE LINDELL:  I've talked to Matt in depth

13  and I said that's a little miracle that that happened.

14  Otherwise none of the machines would have got into.

15  Judges all across the country didn't want to be the

16  first one.  They were blocked.  Somebody would get to

17  them talking about procedure, so everyone says there was

18  no evidence looked at.  Yes, there was.

19          In this county, and it's just like you

20  said.  Here's a county that's traditionally all the

21  way back, I looked all the way back, 65 percent red,

22  35 percent blue, and all of a sudden you've got

23  15,000 voters in the county, you know, and 7,700 or

24  seven -- over seven thousand votes got flipped and

25  you lose the other.  It's flipped on you and you're

 1  talking to your guys in the coffee shop going how

 2  could this happen.  You're going who did you vote

 3  for.  They could almost go around the county and say

 4  who did you vote for.

 5           They were all wondering that, but the big

 6  difference was the school board election.  All of a

 7  sudden there's only supposed to be a couple people

 8  voting, and I mean a couple.  I think It was two, and

 9  500 or 300 and some people voted in that.  So they're

10  talking to each other going there's something wrong.

11           So here they come in, and this judge under

12  the radar because they weren't talking about the

13  presidential election.  Otherwise I guarantee you the

14  secretary of state in Michigan or somebody would have

15  stopped this from even looking at it.  Wonder why.

16  We'll find out tonight.

17           But I'll tell you what.  Matt comes in

18  there and they start digging into and they're going

19  wow, we want to do a forensic audit of the machines.

20  So you had the great, you know, Russ Ramsen, his

21  company comes up there.  They're the best, and they

22  tried to even block that, but they were able to get

23  what they needed out of the machine, the forensic

24  prints of the machine, everything that happened that

25  night, and here's an interesting fact.  That flip of

```
 1   over 7,000 votes -- now I think I'm not going to be
 2   exact here, but probably the results were 85 to
 3   90 percent Donald Trump and ten to 15 percent Biden
 4           But the interesting thing is what you're
 5   going to see at the end of this show, the last half
 6   hour, you're going to see the cyber footprints we
 7   have now from the spy ware matches what was in that
 8   machines identical, and that is so key.  So now you
 9   take that machine, and the interesting fact, I want
10   everybody to know.  Everyone says they did everything
11   they could to discredit that county because they were
12   afraid because if you take that county and if it's
13   wrong there in that machine, that blatantly wrong
14   which is in their report, the report that Matt
15   DePerno that they did and that Russ Ramsen that came
16   out of there, I think they still have it under wraps,
17   it's a hundred percent they should have looked at
18   other machines and they didn't.
19           STEVEN K. BANNON:  Okay.  Mike, I think the
20   next part is one of the most important parts of the
21   film.  I just want to say to tee it up, we're going to
22   go back to Michigan and Matt DePerno and Mike Lindell
23   about the forensic audit that went on.
24           Remember, a couple of days after the
25   election what they said was that a clerk I think made
```

 1  a problem with the software, the way it was installed

 2  or hit the wrong button, but this was all a clerical

 3  error and that it could easily be unwound and oop,you

 4  know, we really know and we made it.  But it's very

 5  important, this forensic audit by Ramsland's team up

 6  in Michigan, in northern Michigan is very important.

 7  We have DePerno explain it to Mike Lindell next.

 8  We'll be back in a few minutes.

 9                        *

10          MATT DEPERNO:   So after we filed the lawsuit,

11  at the same time we filed the lawsuit we also filed a

12  motion with the court asking the judge to allow us to

13  take forensic images of the Dominion system, the

14  Dominion voting system, and he grated that, and we went

15  in.  I believe it was December 6th with a team of

16  forensic scientists and data forensic scientists, we

17  captured the forensic images of the Dominion voting

18  system.  The master tabulator is what we call it sitting

19  in the county building along with all of the CF cards,

20  which are the program cards that run the actual software

21  along with the actual data cards or thumb drives that

22  collect and tally the results in each precinct.  We

23  captured the forensic images of all of those items.

24          MIKE LINDELL:  Okay.  I want to say something

25  there.  So the people -- did you hire these people to do

 1  that?

 2          MATT DEPERNO:  Correct.

 3          MIKE LINDELL:  Okay.  And you didn't know them

 4  before this, right?

 5          MATT DEPERNO:  We didn't know them before, but

 6  the people got us in contact with them.

 7          MIKE LINDELL:  With forensic experts on these

 8  particular machines?

 9          MATT DEPERNO:  That's correct.

10          MIKE LINDELL:  I just want everybody to know

11  that.  This wasn't just some hey, let's grab somebody

12  from the county and look at these machines.  These were

13  experts.

14          MATT DEPERNO:  These are people with real

15  experience analyzing forensic software images.

16          MIKE LINDELL:  Wow.

17          MATT DEPERNO:  It can't be overstated enough

18  that these scientists were also data collection experts,

19  and that's important because what we saw in Antrim

20  County is the failure to properly follow procedures in

21  securing the election machines, the tabulation machines

22  and securely transferring the votes.

23          The chain of custody in this situation was

24  completely tampered with.  What we know for certain

25  is that in the Dominion system manual the manual

1 tells us exactly how to connect the machines to the

2 internet.  The manual tells you --

3            MIKE LINDELL:  Is it easy?

4            MATT DEPERNO:  It's very easy.

5            MIKE LINDELL:  Could a guy like me plug it in?

6            MATT DEPERNO:  I'm certain you could probably

7 figure it out.

8            MIKE LINDELL:  Wow.

9            MATT DEPERNO:  The manual tells you how to

10 connect the machine to the internet.  In our case, what

11 we found through the forensic study that was conducted

12 was that on November 4th at 11:03 p.m. system files,

13 adjudication files and other source system files were

14 deleted from the Dominion system in Antrim County.  We

15 know that for a fact.

16            MIKE LINDELL:  Wow.

17            MATT DEPERNO:  They were removed.  We don't

18 know who removed them or how they gained access to

19 remove them.

20            MIKE LINDELL:  Okay.  Hold on.  Hold on.  We

21 do now.  You'll see that later in the show.

22            MATT DEPERNO:  In our case we don't know

23 precisely because Antrim County and the secretary of

24 state have not given us that information.

25            MIKE LINDELL:  Right, right.

1           MATT DEPERNO:  But we do know that those files

2     were removed on November 4th at 11:03.

3           MIKE LINDELL:  What's the significance of that

4     that they're removed?  What does that do to you as

5     trying to investigate this?  What did that do?

6           MATT DEPERNO:  Well, number one, I presume,

7     and we've asked the Antrim County prosecutor to

8     investigate whether that was a crime to remove voting

9     information from the system prior to the expiration of a

10    22-month period which the items --

11          MIKE LINDELL:  When that's removed, that means

12    that was hard for you to do your audit?

13          MATT DEPERNO:  That's hard for us to review

14    the forensic images to conclusively understand whether

15    the machine connected to the internet because in

16    Michigan at least 38 other counties used the Dominion

17    software.

18          MIKE LINDELL:  Right.

19          MATT DEPERNO:  So if this is happening in

20    Antrim County, and it was exposed in Antrim County

21    because of the disparity because there were only 15,718

22    votes cast.

23          MIKE LINDELL:  Right.  You wouldn't notice

24    this in a bigger city if it was that low a number.

25          MATT DEPERNO:  Correct.  If you were in Wayne

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                              89

1   County and 7,060 votes flipped you wouldn't notice it.

2   My team of forensic scientists worked tirelessly after

3   December 6th after we collected the forensic images for

4   about a week.  They worked very hard to review those

5   images and put together a report.  And because of a

6   protective order that was in place in this case I had to

7   file a motion with the court asking the judge to allow

8   us to release the report that we had prepared, and we

9   did that.  We did that on December 14th.  The judge

10  granted our request and allowed us to release what's

11  called the Allied Security Operations Group Preliminary

12  Summary, Version Two dated December 13 --

13            MIKE LINDELL:  Is that public?  Is that

14  public?

15            MATT DEPERNO:  It is public.

16            MIKE LINDELL:  So this is the stuff that got

17  put out there.  And I guarantee you it was probably put

18  out there.  Heck, somebody probably put it on their

19  Twitter and I'll bet you it was gone.  They probably

20  tried to -- that's just my opinion.  I had to throw that

21  in there.

22            MATT DEPERNO:  Well, I can tell you it's been

23  on my Web site at DePernolaw.com since December 14th,

24  and it has constantly been suppressed.  For people who

25  tried to share the link on Facebook or Google or through

 1  social media it gets suppressed, and people are not

 2  allowed to share it.  In some cases they try to share

 3  it, and a screen comes up that you says that this

 4  information is not --

 5          MIKE LINDELL:  Here you had a perfect report.

 6  I mean, even the judge said you could put it out there,

 7  correct?

 8          MATT DEPERNO:  Yes.  Everything we've done in

 9  this case has been permitted by the court in terms of

10  the ability to release information.  But what it is,

11  actually it's information that if revealed would show

12  that the CEO of Dominion software, when he testified in

13  front of the Michigan senate, this information would

14  show that he was not telling the truth about how the

15  Dominion system works.

16          MIKE LINDELL:  Wow.

17          MATT DEPERNO:  And here's what we concluded

18  when we released the report.

19          MIKE LINDELL:  Wow.

20          MATT DEPERNO:  This is what it states.  We

21  conclude that the Dominion voting system is

22  intentionally and purposefully designed with inherent

23  errors to create systemic fraud and influence election

24  results.  Now, that's not my words.  That's the words of

25  the forensic team that looked at the forensic images and

1   came to a conclusion about what they saw.

2          MIKE LINDELL:  Right.

3          MATT DEPERNO:  That's the report.

4          MIKE LINDELL:  They concluded that the only

5   reason they would have a machine like this is if you

6   wanted to steal an election.

7          MATT DEPERNO:  Right.  Because what they also

8   found is that this machine in Antrim County generates

9   errors at the rate of 68 percent based on ballots that

10  you put in the machine.  Remember this.  When you take a

11  piece of paper and you vote on it, you think when you're

12  voting that you're tallying your vote, and you put that

13  piece of paper into the Dominion tabulation machine,

14  right?  You know how that process works.

15         MIKE LINDELL:  Right.

16         MATT DEPERNO:  And you think you voted, but

17  you haven't voted yet.  You haven't voted until that

18  machine actually tabulates your result in the system.

19  When you put the paper in the tabulator, the tabulator

20  takes that paper, converts it to data, and data can be

21  manipulated.

22         In the case of the way the Dominion system

23  works, as I understand it based on information given

24  to me by my forensic team, when you insert that paper

25  ballot into the machine and when an error is

1  tabulated, and remember this machine tabulates them

2  at 68 percent error rate.

3          MIKE LINDELL:  Wow.

4          MATT DEPERNO:  Those ballots, those error

5  ballots go to what's called adjudication.  Adjudication

6  is a process where someone else other than the voter is

7  able to look at that ballot on a screen and determine

8  the voter's intent and vote that ballot for the voter.

9  With adjudication and the way the Dominion system works,

10  you can accumulate over the night a number of ballots.

11  And what I can tell you, what's interesting is the 2020

12  log files are missing, but they are present for 2018 and

13  2016.  This happened at 11:03 p.m. on November 4th.

14          What happened on November 4th, the day

15  after the election, at least in Michigan this story

16  broke across the state that Antrim County had flipped

17  in this manner.

18          MIKE LINDELL:  Right.  So it was such a

19  deviation, that's why we all heard about Antrim County.

20  It was such a big deviation it would be like the whole

21  time for decades or years or whatever you're 65 percent

22  Republican and 35 percent and you flip, you've got the

23  whole towns people having coffee going what did you do.

24  They probably did a recount just themselves at the

25  coffee shops, you know.  So now that makes sense.  It

1  made national news we all heard about it.

2                              *

3          STEVEN K. BANNON:  Look, in this small county

4  in northern Michigan, this gets to the heart of what the

5  problem is here.  First off you've got the 68 percent

6  situation where, you know, it's over count by 68 percent

7  or they're off by 68 percent.  You've also got the

8  situation where, you know, Allied is saying in the

9  manual that they show the manual, you've shown it, that

10 they actually connected to the internet.

11         Mike, is that where you guys believe that

12 you caught Dominion in a bald-faced lie because they

13 say hey, there's no possibility this thing could be

14 hooked up to the internet, and yet here in the

15 internet you found it can be connected to the

16 internet?

17         MIKE LINDELL:  No.  That's just one of many.

18 I mean, it's just one lie after another with these

19 people.  I mean, it connects to the internet, there are

20 servers overseas.  It just goes on and on.

21         But when you talk about this case in

22 particular, you just heard -- you know, they're

23 trying to -- right in the thing based on our study,

24 we further conclude that the results from Antrim

25 County should not have been certified.  I mean, this

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                          94

1  is right here in their report.  And instead -- not

2  only that, they should have just went to every other

3  county then.  If this doesn't show the whole country

4  here, you know, here you had evidence.  You know, the

5  one machine you got to open up and everyone says

6  we're not going to open up anymore, and by the way,

7  they weren't online.  Well, here it is right here

8  they were online.  Not only online, but we've got --

9  you know, they were used, and he says it right here,

10  when they went in to check the cyber footprints to

11  check these machines they seen all that.  They said

12  you couldn't have done -- the things that couldn't be

13  done, you had to be online.  This is stuff they

14  asked.

15         I did my own due diligence.  I asked Russ.

16  I asked Russ and his team.  I said so these machines

17  would have to be online in order for what you see on

18  there to be done.  Absolutely, hundred percent.

19         STEVEN K. BANNON:  Okay.  The other thing I

20  want to get to is their report.  Is it ever going to be

21  fully put out and here's the reason.

22         There are people in the left, people in the

23  mainstream media that push back on the credentials of

24  Russ.  I think there were also some calculation

25  mistakes done in Michigan by adding some of the stuff

1   in the court filings.  They had some mathematical

2   mistakes, including some districts in Minnesota, and

3   so people have questioned Allied.  But in their

4   report, and I don't think this could be more brutal

5   or more stark.  It says, and I quote, we conclude

6   that the Dominion voting system is intentionally and

7   purposefully designed with inherent errors to create

8   systematic fraud and influence election results.

9           Now, when the state of the Texas did their

10  assessment, when they decided not to choose Dominion

11  systems, they weren't this harsh.  They were pretty

12  tough on Dominion in that they had all these types of

13  flaws they felt in their system, that they just

14  weren't tight enough, that's why they weren't

15  selected for the state of Texas.  Here they say

16  they're designed to have these flaws.

17          Now, do you believe this?  Is this one of

18  the things that you're depending upon, this is Allied

19  security analysis of Antrim County?  Is this one of

20  the things that you depended upon when you make these

21  assertions that Dominion systems is purposefully

22  designed to actually have flaws so that you can

23  actually flip votes, of which they adamantly say

24  never happened.  The system is not designed to do

25  that.  In fact, they say it's actually impossible to

1   do that.

2           MIKE LINDELL:  Yeah.  You know, you're right,

3   Steve.  I wasn't a hundred percent then.  I could look

4   there.  I didn't see, you know, I didn't see them

5   plugged in with my own eyes so I could be very

6   subjective.  It says in the manual you can go online,

7   and you have thousands and thousands of affidavits from

8   people that said they were online.  You have people that

9   ran them that said they were online, but that wasn't

10  what I did my thing.  What you're coming up here in the

11  show is what I knew that they were online.  And even

12  being online, for me I'm going okay.  Even if they were

13  online, you know, did people -- did they steal our

14  election.  That would be my question.

15          I'm going okay, you proved they were on

16  line.  We all to that, but does that prove that they

17  actually stole votes from servers overseas?  No.  But

18  what you're going to see here tonight is yes, they

19  did.  And this is when -- I kept getting -- Steve, I

20  went like this with me.  I kept hearing more and more

21  things.  I would dig into it.

22          You know, with the Russ Ramsland group, I

23  dig into them probably a month and the half before I

24  ever got that piece of evidence on January 9th.  So

25  I'm digging into them, I'm going -- and all of a

```
 1  sudden they find all this stuff in Antrim County, and
 2  I'm going wow, we got it.  They showed the machines.
 3  All you've got to do is just open up the machines in
 4  this country and you're going to find all of these
 5  votes that were flipped and flipped.
 6          STEVEN K. BANNON:  Look, you're a tough
 7  business guy.  You run your business -- people maybe
 8  don't know this, but it's not just making pillows, but
 9  it's the math in back of that and the math of marketing.
10  You're very detailed oriented when it comes to numbers.
11  You're very detail oriented about getting to the bottom
12  of when numbers change.  Are you confident that you've
13  done the due diligence on Allied because I've got to
14  tell you, their report, and I think the audience needs
15  to know, when is the full report coming out because I
16  don't think the full report's out.  I think some parts
17  are held back about this.  People need to see this
18  report.  They need to read the report, and DePerno I
19  think needs to become a bigger public figure about this
20  because to me this is one of the hearts of the cases.
21          MIKE LINDELL:  Well, you know, he was just a
22  small town lawyer guy that came in there to help the
23  school board thing, and he's all of a sudden thrown into
24  the public eye and you know what, there is a report.
25  The stuff that came out, there's stuff -- this court
```

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                          98

1  case is still going on.  They can't put stuff out there

2  like you're all seeing, and the media used that to say

3  oh, there's this and this and this.

4          The bottom line is that they showed

5  straight out that there were 7,300 votes flipped or

6  whatever it was.

7          I want to tell you this too.  You know,

8  maybe I'm just seeing --

9          STEVEN K. BANNON:  By the way, hang on.  You

10  don't believe what their thing was.  It was a clerk or

11  it was a software situation or the clerk didn't install

12  the right software or didn't flip it?

13          MIKE LINDELL:  No.

14          STEVEN K. BANNON:  You don't believe what they

15  came out and said the official part line.  You came out

16  and you don't leave that?

17          MIKE LINDELL:  One hundred percent I checked

18  that out because when the report came out I talked to

19  them guys.  I said what do you mean they're saying this

20  and this.  These machines, they have a feature in them,

21  the weighted race feature so you just set them.  You set

22  them and you can hack into them.

23          But what I want to say is this.  I'm going

24  to go a step further here.  There might be a third

25  miracle in here because in Antrim County, let's just

1  say they would have said okay, let's open up the

2  machines in this country.  Every single state would

3  have been flipped.  You'd have seen all the votes

4  that were flipped, but you might not have seen who

5  did it and where all they came from, the servers

6  overseas.  So this evidence that came out a little

7  later, and when I got ahold of them on January 9th

8  when people reached out to me, you know, that could

9  be the third miracle.

10         It all leads up to these machines getting

11  found out, it's an attack on our country, and it's

12  coming up here.  You know, what Matt's doing right

13  now, the case is still open, and all this stuff can

14  be attached to that, and we can go on from there.

15         This is what I want to tell the public.

16  You know, you've got all these things out there.

17  They say where's our hope.  The hope is that you get

18  this video, that you get this documentary out to

19  everyone so that the media can't suppress what we

20  have here.  %

21         We have good ongoing cases.  Antrim County

22  is still going on.  That was just the media telling

23  we don't want to open up anymore machines.

24         STEVEN K. BANNON:  Okay.  Yeah.  What I want

25  to do, Mike, is go to the next section because here's

1  where you see Matt DePerno, a small town lawyer, is

2  going up against the entire system, and the system is

3  trying to disbar everybody that's contesting this, so

4  let's see the next section of the film and then we'll

5  talk about it.

6           MIKE LINDELL:  Okay.

7                          *

8           MATT DEPERNO:  Antrim County was not

9  certifiable based on what the machine spit out on

10 election night, and what we've requested is a full audit

11 of the county.  We want all of the machines tested.

12 We'd like to see all the machines tested across the

13 state.  We'd like to see audits across the state of

14 Michigan.  This is from the actual Dominion manual.

15          MIKE LINDELL:  The Dominion manual.  Wow.

16          MATT DEPERNO:  This tells you how to connect

17 the machine to guess what.

18          MIKE LINDELL:  The internet.

19          MATT DEPERNO:  Yes.

20          MIKE LINDELL:  Did everybody hear that?  You

21 have to be on the internet in order today do this.  So

22 we're going to show you here I thought these machines

23 didn't go -- that's what we were told as the public.

24          MATT DEPERNO:  It's what we are told.

25  This is another slide from the Dominion software

 1   manual that tells you exactly how to set up your

 2   system to connect to the internet.  Those are

 3   important slides to see.  But again, another slide

 4   from Dominion voting image cast central which tells

 5   you, as you can see in the bottom corner here, it

 6   says box number one, insure that the work station is

 7   connected to the network switch with an ethernet

 8   cable.

 9            MIKE LINDELL:  Wow.

10            MATT DEPERNO:  What does an ethernet cable get

11   you?  To the internet.

12            MIKE LINDELL:  To the internet.

13            MATT DEPERNO:  This is all information that

14   we've been able to look at from the actual manual.

15            MIKE LINDELL:  Right.  So what have we got

16   here?  That looks like it was manipulated.  What?

17            MATT DEPERNO:  Well, these spikes, these blue

18   spikes throughout this show you where Joe Biden got what

19   we call injections of votes at very specific times.

20   These big ones on the left are November 3rd, so I'd be

21   curious to see if your data that you have, it will,

22   correlates --

23            MIKE LINDELL:  So everybody knows what you're

24   going to see.  When you see this spike, you're going to

25   see a forensic footprint, how that happened and who did

1  it.  China?  Yes.

2         If you're on the internet the bottom line

3  is you can cheat, you can do all kinds of things

4  because otherwise you can't explain any of these

5  numbers, right?

6         MATT DEPERNO:  That's correct.  The machine

7  results don't happen up with the hand tabulators.

8         MIKE LINDELL:  And once again, the purpose of

9  this whole show obviously is to show everyone in the

10  world that these machines -- that this was the biggest

11  fraud, the biggest crime I believe against humanity.

12  This is a crime against humanity.  If we wouldn't all be

13  talking about this now, and this is all the truth is

14  going to be revealed.

15         MATT DEPERNO:  Michigan is under siege because

16  this is what I'm dealing with right now.  Dana Nessel is

17  the attorney general in the state of Michigan.  She sent

18  this tweet out not too long ago, and it says fun fact.

19  Lawyers who practice in Michigan are required to take an

20  oath to support the Michigan and U.S. Constitutions, not

21  to file unjust and/or frivolous actions or mislead the

22  court.  The spate of Trump laws in our state violates

23  each of these tenets.  It demeans our profession.

24         MIKE LINDELL:  Wow.

25         MATT DEPERNO:  What she's calling for, and she

1   said this publicly, she's calling for attorneys in

2   Michigan to be disbarred who file lawsuits in Michigan

3   challenging this election.

4            MIKE LINDELL:  Could you guys all hear this?

5   This is what we're up against.  This Dominion, these

6   machines is the biggest fraud in election.  They stole

7   this, but now the truth is all going to be revealed.

8   People like this lady, what's her name?

9            MATT DEPERNO:  Dana Nessel.

10           MIKE LINDELL:  Dana Nessel.  How dare you put

11  this out.  You're supposed to protect Michigan and the

12  U.S.  This is what I'm doing.  This is why I'm getting

13  attacked.  This is why everybody's getting attacked.

14  You know, here you are the attorney of one of the few

15  open cases where we have a hundred percent proof.

16           First they try and suppress the actual

17  report from it right here, right, and now they're

18  trying to just get rid of you.

19           MATT DEPERNO:  That's true.  So now we have

20  Michigan executive officials who are now using the power

21  of government to threaten those with whom they disagree

22  with sanctions.  They're threatening me and others with

23  disbarment.

24           MIKE LINDELL:  Wow.

25           MATT DEPERNO:  So bringing forth evidence now

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                      104

1   in our country not only gets you the mockery of the

2   mainstream media --

3            MIKE LINDELL:  I've been there.

4            MATT DEPERNO:  -- who refuse to actually

5   report on it or the truth, but it now gets you ethics

6   complaints filed against you if you are a lawyer.

7            MIKE LINDELL:  Wow.

8            MATT DEPERNO:  So what do we do about that?

9   When the Michigan attorney general, who is the chief law

10  enforcement person in the state threatens those with

11  whom she disagrees, do you know what that is, that's

12  tyranny.  You know, that is totalitarianism.

13           So in your election system, and it's been

14  going on for years after every election, people

15  challenge elections.  That happens on a regular

16  basis.  That's part of our republic.  That's part of

17  public discourse.  We're enabled to go in and have

18  those discussions through the court system to

19  challenge elections.  And what Dana Nessel is saying

20  is that you can't do that anymore because if you try

21  to do it she will threaten you, she will try to take

22  your license, and she will try to silence you.

23           MIKE LINDELL:  Wow.

24           MATT DEPERNO:  So her statements, this is no

25  longer part of public discourse.  This is chilling.

 1        MIKE LINDELL:  Do you think she's talking

 2   about all the lawyers?  She's talking about you.

 3        MATT DEPERNO:  Well, we've talked about -- I

 4   totally agree with you.  She is talking about me, and

 5   we've talked about the importance of public discourse.

 6   Her tweet, as I said, chills public discourse.  What it

 7   does is it asks a lawyer to put their fear above the

 8   representation of their client in legitimate litigation.

 9        MIKE LINDELL:  Right.

10        MATT DEPERNO:  That is tyranny, that's

11   totalitarianism, that is fascism.

12        MIKE LINDELL:  She wants to scare you into

13   doing nothing.

14        MATT DEPERNO:  But it gets worse.

15        MIKE LINDELL:  Right.

16        MATT DEPERNO:  Around November 20th Dana

17   Nessel did an interview with the Washington Post, and in

18   that interview she threatened every Michigan legislator,

19   and she said that any Michigan legislator with whom she

20   disagreed with, any of them who challenged these

21   election results, she would investigate them and seek

22   criminal sanctions against them.

23        MIKE LINDELL:  Wow.

24        MATT DEPERNO:  That is saying to these

25   Michigan legislators --

1          MIKE LINDELL:  Stay silent.

2          MATT DEPERNO:  -- if they do anything to bring

3   forth the word of their constituents to challenge

4   election results, they could be charged criminally.

5   It's asking elected officials again to put their fear

6   above the word and the choice of their constituents.

7          MIKE LINDELL:  Wow.

8          MATT DEPERNO:  And you ask yourself why did so

9   many elected officials in Michigan refuse to look at the

10  evidence that was presented.

11         MIKE LINDELL:  They did it out of fear.

12         MATT DEPERNO:  Or time and time again say that

13  they haven't seen any evidence of voter fraud or vote

14  interference.

15         MIKE LINDELL:  Right.

16         MATT DEPERNO:  And you combine that with what

17  we've now learned about the interview Dana Nessel gave

18  on November 21st telling elected officials they'd be

19  charged criminally.

20         MIKE LINDELL:  Right.

21         MATT DEPERNO:  And I say this right now.

22  Everything that Dana Nessel has done in terms of

23  threatening me and threatening state legislators

24  violates the Michigan Rules of Professional Conduct and

25  she should resign immediately.  It demonstrates that

1  she's not fit for office.

2           MIKE LINDELL:  Well, there's many like her, we

3  know that.  This is going to reveal all the evil in our

4  country, all the criminals in our country, all the ones

5  that tried to suppress this, and that's just from social

6  media, like Jack Dorsey, like Mark Sickabuck.

7                               *

8           STEVEN K. BANNON:  Okay, Mike.  I want to

9  bring a couple things.  Eric Loomer, the executive that

10 works for Dominion, I believe he's actually suing

11 people.  I think he's brought so many suits but you say

12 in here, you actually I guess catch him on the video

13 talking about the internet, and this once again gets

14 back to the internet.  Our Dominion machines set up to

15 be on the internet.  Were they attached to the internet.

16 I think the company adamantly opposes, but talk to us

17 about Eric Loomer.  I don't know if you've been sued yet

18 or not.  You keep telling guys I've got the evidence so

19 go ahead and sue me.  Has Loomer contacted you?  Has

20 Loomer said he's going to sue you with all the outbursts

21 you've had about Dominion voting systems?

22          MIKE LINDELL:  No.  Dominion sends me letters

23 like you have been warned.  You know what, I've told

24 them to sue me.  Eric, come on, please sue me,

25 Smartmatic, all of you guys because they won't.  And you

 1  know when they do go out and they do these fake lawsuits

 2  and they go and they're suing someone, they're trying to

 3  do that.  The only reason they're doing that is so that

 4  networks, news networks and everybody's afraid of

 5  talking about it so they end up oh, we're going to get

 6  sued if anybody talks about voter fraud and election

 7  fraud.  Are you kidding?  You know, this is -- I would

 8  love it.  Come on, Eric.

 9          STEVEN K. BANNON:  So by the way, it's Eric

10  Coomer.  I had a little typo there in the notes.

11          Now, I want to talk about Dana Nessel, the

12  attorney general.  The pressure she's putting on

13  lawyers like DePerno and also state legislators, I

14  think they're trying to disbar guys, they bring

15  cases, they're also threatening criminal sanctions.

16  What is going on?

17          Mike, why are the elected officials in the

18  state of Michigan so afraid to drill down and find

19  out what's going on with these machines in Antrim

20  County?  I don't understand it.  Explain that to the

21  audience.

22          MIKE LINDELL:  It's not explainable.  I mean,

23  you're trying to stop a court case from moving forward

24  that could affect every single person for the rest of

25  our time here on earth.  I mean, this is crazy.  Why

1   would they do that?  They're either trying to hide

2   something, that's the only reason, that can be the only

3   reason, and it's not just Michigan.  It's across this

4   country and all these states that they do.

5           But I'll tell you, what she does, that Dana

6   Nessel to threaten this guy, this guy that was a home

7   town lawyer that went in to help a school board

8   election because he knew -- the town knew.  The town

9   came to him.  They said there's something wrong here

10  and they trace it right to the machines.  You know,

11  here it is, but the case is still open so they are

12  very threatened by it.

13          It's really hard for them to keep that out

14  of the news.  So what does she do?  Dana Nessel

15  sticks these things up on her Twitter and stuff and

16  says hey, we will suppress any lawyer, anybody that

17  talks about it.

18          And you know, I had a long talk with Matt

19  about that.  I said Matt, it's people like you and I

20  that are brave, that just keep going forward ahead in

21  spite of all that because you know, what we have the

22  absolute proof, but we will get that.  We will get to

23  the absolute truth.

24          STEVEN K. BANNON:  So Mike, I've got to ask

25  you this.  You say the film is absolute proof.  You're

 1  absolutely certain.  You're a savvy business guy.

 2  You've gone through this, you've done your due

 3  diligence.

 4          MIKE LINDELL:  Yep.

 5          STEVEN K. BANNON:  One of the questions people

 6  have is that the state of Michigan, I think there are 28

 7  other counties in Michigan that use the Dominion voting

 8  system.  The state certified this, and then the

 9  Republican Party controls I believe the House and the

10  Senate.  They didn't fight it.  In fact, they had this

11  big fiasco down in Wayne County.  They didn't fight it.

12  They just let it all pass through.

13          The votes did get certified.  They got

14  certified in a Republican house and state -- you

15  know, and the senate just kind of stepped aside and

16  let it be certified.  So tell the audience how

17  they're supposed to think about that when this is a

18  Republican legislature.  Many of these counties are

19  Republican, particularly a bunch of them are in rural

20  areas.  They all certified this.  Is this a software

21  problem.  Make the audience understand, how did

22  everybody certify it?

23          MIKE LINDELL:  Steve, they're either scared,

24  crooked or we don't know.  This is the big thing in this

25  country.  We don't know.  That's why when you plan an

 1  attack on a country and you're China and you're planning
 2  this attack and you've got five years or how many years
 3  to plan it, you've got things figured out, you know,
 4  just like a backup plan when they had to get all these
 5  votes and all these deviations we see.
 6          The part that's unexplainable is just that.
 7  None of the legislatures did their job.  But you know
 8  what, that's what they use with this China virus.
 9  They also use that.  That's a whole other
10  conversation.
11          They had things like last summer when I
12  brought that before Anderson Cooper, the
13  Myoleander.com.  They had the hydroxychloroquin.  All
14  these things that could have maybe opened up our
15  country or all these governors that are suppressing
16  people in doing this, they use that for this
17  election.  They also used that, but it's
18  unexplanable.  There's a lot of unexplainable things.
19  But what do we say.  We've got the absolute truth and
20  then the absolute truth will come out.
21          That truth will include -- a lot of people
22  are going to sit before people and go, you know,
23  courts or whatever and go why did you do that.  Why
24  would you certify something.  Now, I will give one
25  thing because, you know, they suppressed that machine

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                              112

1   vote or the machine so much that like I say, it's

2   just coming out now.  I heard about it on January 9th

3   where I had a hundred percent proof.

4            Now, they had a hundred percent proof in

5   Antrim County, so what did they do.  Whoever tried to

6   stop it, I'm just saying that's one of the things we

7   will find out too because it's very unexplainable how

8   they could all do that to the American people.  They

9   did it to the American people, they did it to their

10  own families and everybody.  Everybody played a role

11  in this in some way when you talk to these

12  politicians that dropped the ball.

13           STEVEN K. BANNON:  Okay.  Well, that's

14  something that's got to be resolved because this issue

15  about the certification is still out there.

16           You talk about the Chinese Communist Party.

17  The next section is quite explosive.  We're going to

18  get to Mary Fanning.  She's an investigative

19  reporter.

20           I'm very proud -- this section talks about

21  the Chinese Communist Party and their involvement.

22  I'm very proud of being I think the first civilian

23  that's ever been sanctioned by the Chinese Communist

24  Party.  It happened four minutes into the Biden

25  administration when Mike Pompeo, Matt Pottinger from

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                         113

1  the National Security Council, Peter Navarro and

2  myself and others, about 24 others were personally

3  sanctioned by the Chinese Communist Party for our

4  activities to confront and take down the Chinese

5  Communist Party.

6          Mary Fanning, a very well-known

7  investigative reporter joins Mike Lindell next for

8  some pretty shocking revelations.

9                        *

10         MIKE LINDELL:  Well, everyone, this is the

11  moment you've all been waiting for.  What you're going

12  to see now is one hundred percent proof that we had upon

13  our country the biggest cyber attack in history, and I'm

14  going to bring on Mary Fanning to explain how it all

15  happened and show you the hundred percent proof.  Mary,

16  thanks for coming on.

17         MARY FANNING:  Thanks, Mike.  Today we've been

18  watching cyber security experts, and they've explained

19  some of the things that happened in the election, some

20  of the election fraud.  But what we're seeing here is,

21  if you look at this chart, is that there were cyber

22  security experts who began collecting information on

23  November 1st, so this was before, during and after the

24  election that they were collecting documentation.  In

25  fact, they collected terabytes of information that

1  document election fraud before an intrusion into our

2  election.  This was collected in 2995 counties in the

3  United States.  This was collected in realtime, all

4  right.

5           So if you go to the chart, what you will

6  see is the documentation of foreign interference in

7  the election.  The first column if you look at the

8  chart, that shows that on 11/5/2020 at 7:43 and 38

9  seconds we had a foreign intrusion, and it shows the

10  IP address, the internet protocol address.  That is

11  the number of that protocol address, of the hacker

12  that entered into our election.

13           The second column is the owner or source of

14  that IP address.  That shows that China-net in

15  Beijing Province entered the election.  It shows an

16  ID.  That is the unique address of a computer.  That

17  shows the exact computer using that IP source that

18  entered into our election.

19           The next is the target.  That's the IP

20  target.  That's the internet protocol address of the

21  target, all right.  Then the next is the target

22  state.  In this case it show that it's Michigan.

23  Where in Michigan, that's the next column.  It shows

24  that it's in Emmet County, Michigan.  Then the ID

25  target.  That is the unique address of another

1  computer in the United States that the hacker has

2  gone into, and then it shows the method of intrusion.

3          Now, in some cases you're going to see that

4  they used credentials.  That means that they have

5  fake credentials because there are administrators

6  that have been placed on the secretary of state's

7  computers, false administrators.  In other cases it

8  shows that they broke through the firewall.  In some

9  cases they did both.

10         Now in the next column it shows whether it

11 was successful.  You'll see a Y.  That shows that

12 yes, it was successful.  Now, oftentimes they're not

13 successful and they have to go back and try for

14 another intrusion, and then it shows whether that's,

15 in fact, successful as well.

16         Then in the final column what you're seeing

17 are votes changed.  Now, in this particular case when

18 they went into Emmet County, Michigan, the votes that

19 were changed which they stole, 3477 votes from Donald

20 Trump.  That's what you're looking at.

21         Now, as you go through this document and

22 you look at all the multiple intrusions into our

23 election, what you'll notice that over 60 percent of

24 these intrusions come from China, so that is over

25 66 percent is what the number is, over you have

1  percent of the intrusions into our election came from

2  China.  Why is this important?  Well, some things

3  were set in place, including some of the changes that

4  took place in this country, particularly when we had

5  the Wuhan virus or the COVID-19 virus hit this

6  country, and we have a video -- well, first, Mike, do

7  you have any questions about this chart and what it

8  is showing?

9         MIKE LINDELL:  Yeah.  So what you have here,

10 each one of these is its own time stamp that is one

11 hundred percent proof because you have that not only

12 where it came from, basically you have their

13 identification, you have who they were attacking, their

14 identification.  This is what everybody would want.  If

15 you ever looked in and did an audit, wanted to look into

16 a computer and wanted to look what went on in

17 cyberspace, this is what you'd be looking for, correct?

18        MARY FANNING:  This is forensic evidence of

19 foreign footprints as they entered our election in a

20 cyber warfare attack on our election, and then it tells

21 exactly where did they come from, which computer

22 exactly, exactly the time stamp, exactly which computer

23 they entered into, in what state, which county, the ID,

24 the unique ID of the computer that they entered into,

25 and then it shows how they entered using false

 1  credentials or breaking through the firewall or both.

 2          MIKE LINDELL:  Wow.

 3          MARY FANNING:  Were they successful the first

 4  time, the second time, and then it shows the votes that

 5  they stole from Donald Trump.  This is proof positive.

 6  This is documentation of a cyber attack, but it also is

 7  documentation of the footprints of those who entered our

 8  election.

 9          MIKE LINDELL:  Right.  And look, if

10  everyone -- here even you don't think this was all put

11  together in one big attack?  Everyone from Donald Trump

12  down, down, down.  This wasn't another country that

13  wanted it the other way.  This was the biggest attack in

14  history.  And Mary, we have pages and pages, right,

15  thousands of these pages of every county, right, of

16  every single attack.

17          MARY FANNING:  There are thousands of pages of

18  the documented footprints, the foreign intrusion into

19  our elections.  We see this is coming from China, in

20  many cases from Waway, from Alibaba Cloud Service, from

21  China Unicom, from Ucloud, from China Mobile Tietong.

22  You know, this also came from Iran as well.  But this is

23  a foreign intrusion.  This is a theft of our vote, but

24  it also is documenting exactly the votes, the vote

25  totals that were stolen from Donald Trump.

 1          MIKE LINDELL:  Right.  Well, this is what I've

 2    been telling everyone.  This is where you've got, if you

 3    add these numbers up, when I said, and I actually told

 4    the President when I met him, I said, you know, you

 5    actually won this election by almost 80 million votes

 6    for you, for Donald Trump, to almost 68 million for

 7    Biden, and that's not counting all the other kind of

 8    theft we talked about earlier in the show.

 9          These are the real numbers that were taken

10    off and that were flipped.  I mean, in incredible,

11    everybody.  This is historical proof too.  We not

12    only have -- this is what we've all been waiting for.

13    And Mary, you said there's a video too we want to

14    show?

15          MARY FANNING:  Yeah.  This is a documentation,

16    the proof positive by cyber experts from in this country

17    that began documenting the theft of our election.

18          MIKE LINDELL:  Wow.

19          MARY FANNING:  They put together the full

20    documentation of every vote beginning on November 1st.

21    So again from before, during and after the election they

22    documented the footprints of the foreign intrusion into

23    our election.  That means that foreign adversaries,

24    really, because this was an act of war to come in and

25    steal the election from the American people and decide

1   who our foreign adversaries were going to put in the

2   white house to rule or to be the president of this

3   country.

4           MIKE LINDELL:  Right, right, right.

5           MARY FANNING:  Now, there's a video, and so

6   that will show.  Are you looking at the video, Mike?

7           MIKE LINDELL:  Yeah.  We're going to pull up

8   the video, Mary.  Here we go.  We just pulled up the

9   video.  Wow.  What's going on here with all these lines?

10           MARY FANNING:  Well, the video, what you was

11   watching is the surveillance system.  In fact, this is

12   the very surveillance system that was built by people

13   inside this country within the cyber security battle

14   space that built some of this -- built some of these

15   tools that were built to keep this country safe.  But

16   what you're watching is that every line on that drawing,

17   all those moving lines, they represent the IP addresses

18   of what I just showed you on the chart.  So when you

19   understand the hackers IP address and the IP address of

20   the target and the votes that were stolen, every one of

21   those lines that you're watching move across the chart

22   and showing whether they were successful and how many

23   votes they stole.  That documents that.  Every red line,

24   as they turn red as they finish stealing the vote

25   basically, the red lines are all China.

 1          So what you're seeing are the actual files

 2    being received and sent.  That's a documentation of

 3    the realtime theft of our elections.

 4          MIKE LINDELL:  Wow.

 5          MARY FANNING:  So every line on the map,

 6    there's a corresponding line on the sheet.  And the

 7    color and the line types represent the severity of the

 8    attack.

 9          Now, red has been the most severe attacks.

10    Those lines are all coming out of China.  Those are

11    the most severe attacks on our election system.

12          MIKE LINDELL:  Wow.

13          MARY FANNING:  Now, this exact information,

14    the same exact type of information I should say, was

15    presented to the FBI director, former FBI director James

16    Comey by a whistle blower in 2015.  They knew, in fact,

17    that our election machines were open for hacking.  It's

18    important to understand that there are prismatic scoring

19    algorithms that they knew about that entered the

20    election and they steal the vote at the transcript

21    points.  So at the point where the election -- the vote

22    is leaving the secretary of state's office and these

23    machines, that is the point at which the vote is stolen

24    at the transcript points.  That's what you're watching.

25    Those packets moving is that's realtime documentation of

1  the theft of the vote from inside this country, and then

2  the numbers, the last column, those document exactly the

3  numbers of votes it shows in some of the cases, Antrim

4  County where the vote was stolen, and exactly the vote

5  stolen at the exact time stamp when they were stolen and

6  the number stolen at that point.

7         MIKE LINDELL:  So Mary, so what you're saying

8  now, this is what I already know, but actually I'm

9  learning a lot here as we go.  What you're saying, every

10 one of these lines, let's say we did take Antrim County

11 and we took that.  We could pull out the time stamps for

12 that county, and we could show the lines, the country

13 that did it.  We could show a line for every single

14 hacker attack that we had in this election.

15        MARY FANNING:  That's right.

16        MIKE LINDELL:  Wow.

17        MARY FANNING:  So what you're watching are

18 those objects moving are the actual files that are being

19 received and sent.

20        MIKE LINDELL:  These are the squares here that

21 are being sent.  So everybody out there, what you're

22 looking at, I mean, this is the proof.  So if like

23 Antrim County, that case is still open.  You just go

24 here you go.  Now you know who did it, how many votes

25 flipped, when they did it, what time they did it, the

1 computer it came from, the country that attacked us.  I

2 mean, this is what I have been excited about and I'm

3 only seen one -- do you know, Mary, I only seen one

4 little line of that would show the IP address, you know,

5 all that stuff that you're showing us.

6            MARY FANNING:  Right.

7            MIKE LINDELL:  When I found that you had it or

8 that we had it, that all these people had this for every

9 single vote, every single attack, and whether it was

10 successful or not.

11            Look at right now, we've got up on the

12 screen, Georgia is just getting attacked.  It was

13 just get attacked up here at that moment in time.

14 And I suppose, you know, they know what they're

15 doing.  They did the biggest attack.

16            Right here, look at everybody.  Georgia and

17 Michigan getting bombarded.  My guess is that was

18 probably like 3:00 or 4:00 in the morning when they

19 really needed them votes to be flipped.  Mary, this

20 is incredible.

21            MARY FANNING:  Yes, because there is proof

22 positive, there is documentation of all the foreign

23 interference into our election showing exactly who stole

24 the vote, how they stole the vote, from which computers,

25 access to our election to which computers they went

 1  into.  So understand that cyber security experts that

 2  work for this country put all this in place before the

 3  election even started to make sure that they caught all

 4  of this information so that foreign adversaries were not

 5  deciding our elections.

 6          MIKE LINDELL:  Absolutely.  And what a

 7  blessing that they were there for us to catch all this

 8  and to get all this together, and even to have these, to

 9  be proactive.  They were proactive everybody, and what a

10  blessing this is because we came this close to never

11  knowing.  This is actually a miracle that we have all

12  this, Mary, and this is amazing.

13                              *

14          STEVEN K. BANNON:  Okay.  Mike, here you're

15  essentially saying because this is basically a

16  declaration of war.  This would be the Chinese Communist

17  Party coming directly to change the outcome of a

18  presidential election.  There could be nothing more

19  serious than this.

20          Now, I want to go to what Mary Fanning put

21  up.  The chart looks nice as she's explaining it, but

22  I don't know if people even at home can follow

23  because it's quite complicated.  You know, given that

24  the charges here are so severe, particularly against

25  a foreign government now, and Mary Fanning is a very

1  well-known investigative reporter, but it's a very

2  severe charge.

3           Also you have Dominion.  Once again, they

4  are adamant every statement they make.  They don't

5  have servers in Germany, they don't have servers in

6  Spain.  None of their data, none of the facsimile

7  ballots, no ballot goes overseas.  In fact, they say

8  the ballots, the electronic ballots don't even cross

9  county lines, they're that adamant about it.  So

10 let's go back to Fanning.

11          That first chart, do you have back up

12 evidence because really it's still an assertion of

13 hers.  We see the diagram or see the chart, but how

14 do people and other professionals, are you going to

15 put the real material online so that outside groups

16 can look at this and see if she's delivering the

17 goods?

18          MIKE LINDELL:  Well, first of all, that first

19 thing with all those lines going back and forth, that's

20 not a computer simulated.  We took that, or they took

21 that and squished in a five-day period and squished it

22 in so you can see all that.  When it takes off here from

23 China and goes to Fulton County, those are all real

24 inside the spy ware thing that these guys have.

25          STEVEN K. BANNON:  Okay, fine.  They're

1   putting that forward.  Are you prepared to have like you

2   had Allied came and did the forensic audit in Antrim

3   County of the Dominion machines.  This is so explosive.

4           MIKE LINDELL:  Steve, let me explain.

5           STEVEN K. BANNON:  You're accusing Dominion of

6   being a tool of a foreign government that is essentially

7   done, I believe, an information warfare, an act of war

8   against the United States of America.  And remember, I

9   think the Chinese Party would do anything to destroy

10  America.  However, this is so explosive, what are you

11  going to do with Mary Fanning or other people to put

12  forward out there that independent experts can check

13  this out?

14          MIKE LINDELL:  Right.  Well, first of all,

15  let's now go to the charts.  I just told you the thing

16  inside the spy ware, okay, that that was switched.

17          STEVEN K. BANNON:  Right.

18          MIKE LINDELL:  The charts that go across.

19  These charts, the ones that actually come out of the

20  machine or software, whatever it is, I haven't seen it,

21  whether these come out, they're in a language.  It's a

22  footprint in time, and what they did is they took that

23  exact stuff that's on there so you know it's from a

24  computer from the spy ware that the government has, and

25  then we put it into these things.  And when you see up

1  there that Mary went through and said IP address,

2  computer ID.  Now what we've done, or what these guys

3  did, another group, has went over, and we've went and

4  validated all these computers that are in there, not all

5  of them, but enough where we're going wow, this is real.

6  That was the something I wanted done.  I wanted it done.

7  I wanted to see --

8           STEVEN K. BANNON:  Hang on.  That's not clear.

9  That's not clear from --

10          MIKE LINDELL:  I'm getting there.  I'm getting

11  there.  I'm just telling you what I did for my due

12  diligence.  So these computers all match up.  And yeah,

13  you could have went around the world, I guess, and went

14  and looked at computer ID and you could have looked up

15  an IP address and did that.

16          The things that back these up, once they

17  get before the court, once this would get to the

18  Supreme Court, then you're going to get the actual

19  prints that have a time stamp on it, that have a

20  government stamp on there, and there's three or four

21  people, actually three that are whistle blowers.

22  These are government intel people that work there.  A

23  couple of them still work there, and they're not

24  going to come out and say -- right now and put it all

25  up and say right now they're going to know who did

```
 1   it.  These people are exposing everything.  So when
 2   this gets before the courts that's when it comes out.
 3   I can't put this stuff up.  This stuff up there --
 4            STEVEN K. BANNON:  Okay.  What happens if it
 5   doesn't.  For a host of reasons look, so far the track
 6   record of the courts taking this up is that they're not
 7   taking this up for whatever reason.  They don't want to
 8   get involved, they want to look the other way.  That's
 9   for people to make the decision why they're not.  If
10   this does not get into the courts, I think this next
11   ruling is on the 22nd.  Are you prepared to put the
12   independent guys you had take a look at this, can you
13   start to get the information out here, Mike, because
14   Mary Fanning claims this is the greatest cyber attack in
15   world history.
16            MIKE LINDELL:  No, this --
17            STEVEN K. BANNON:  The greatest cyber attack
18   in history, so are you going to somehow try to get some
19   additional information out there?
20            MIKE LINDELL:  No.  I'm claiming it's the
21   greatest cyber attack, and then you're going to see
22   people come and write up.  There's a general that's
23   going to validate it.  He's going to validate it.  He's
24   coming on right now where he's going to tell you what
25   you just seen.
```

 1            But I will tell you this.  I will say if

 2   this doesn't get out, no matter what, I will get it

 3   out there so the public can see it, and I tell your

 4   this.  I will get it to Dominion, Smartmatic, even if

 5   I have to go sue them so the evidence has to get

 6   pulled out so that we save our country and save --

 7   this was the biggest crime against humanity and the

 8   world really.  Everybody's watching this.

 9            So you can either say for me, I can tell

10   everyone out there, I went all in.  There's not even

11   a little sliver of wiggle room for anybody to

12   discredit what I know and what we have.  And I will

13   say this.  I will tell you this.  There's a reason

14   all the media -- there's a reason that they're

15   crickets.  There's a reason when you put this out

16   there that it gets suppressed.  There's a reason they

17   don't let us look at anymore machines other than the

18   one in Antrim County.  There's a reason for that.

19            This isn't about Democrats and Republicans

20   anymore.  This is about our country.  What I have

21   just shown you I have done my due diligence on.  And

22   you know what, all of you, if it doesn't get through

23   the courts and stuff some way or another, but you

24   wouldn't know if a government sheet like this came

25   out.  The government people know this.

1        The guy that's coming on next can tell you

2   exactly what this is, and this general, he can tell

3   you exactly what you just seen.

4        STEVEN K. BANNON:  Let me ask two other things

5   before you go to the next section.  Colonel Waldron said

6   very early on that Dominion, the private equity firm

7   that owns Dominion has been bought by the Chinese.  Will

8   you also put all that information, allow Colonel Waldron

9   to put out all the information out about the private

10  equity firm because I think Dominion denies that that.

11  Can you put out all the information Colonel Waldron said

12  about the private equity firm.  And one other thing is

13  that Director of National Intelligence by executive

14  order owed the president a full response from an

15  executive order signed I think in 2018, a full report of

16  any foreign intervention in the last election.  It was

17  delayed.  I think it came out in the last days of the

18  administration, and the CIA, you know, and kind of held

19  it back.  But when DNI came out and said that China did

20  intrude into the 2020 election, people were led to

21  believe that that might have been the Wu Mau 50 Cent

22  Army or some social media, not a cyber attack at this

23  level to change the election.  The DNI was Congressman

24  Ratcliffe is very close to President Trump.  Don't you

25  feel kind of squeamish when the director of national

1  intelligence at least hasn't backed up that yes, there

2  was Chinese involvement, but he certainly doesn't say

3  that there was Chinese involvement on a cyber attack as

4  you say, the greatest cyber attack in world history.

5  Mike Lindell, what do you say?

6          MIKE LINDELL:  I say this is what this whole

7  documentary is for, and what they had back down there,

8  he said this.  He probably didn't know how big this

9  really was.  You know, he probably didn't know.

10         This is everything we stand for, the

11 American dream.  Every single thing from here to

12 eternity is right now.  If we don't make a stand

13 right now because everything you've seen and you've

14 seen, this was the biggest cyber attack and people

15 should know.

16         STEVEN K. BANNON:  You're saying our

17 intelligence services you don't believe have the

18 investigate apparatus, or even Mary said she's gained

19 some of this from people inside the system, that they

20 don't understand what Mary Fanning and her other

21 investigators are talking about that even got this

22 information or they're suppressing it?

23         MIKE LINDELL:  Oh, absolutely they've

24 suppressed it.  Come on.  Just look at all the stuff

25 we've seen here tonight.  I mean, they're suppressing

 1   it.  Why do who you think they're trying to suppress me?
 2   I mean, it would be very easy to say come on, Mike,
 3   we'll open up the machine and show you.  Come on, Mike.
 4   None of your stuff is any good.
 5            Do you know, when we put up absolute proof,
 6   Facebook changed it from completely false to
 7   partially false.  Well, that means it's partially
 8   true.  And I'll tell you what.  If you've got to
 9   think about that everybody, if it's so bad why
10   wouldn't the news out there, instead of saying for
11   three weeks Mike Lindell has no evidence.  He's back
12   on crack, blah, blah, blah.  Instead, all of a sudden
13   it's crickets.  It's cricket on Friday because you
14   know, what every one of you's got to get this out
15   there because everything you've seen there is one
16   hundred percent proof, and you know what.  You can
17   say well, Mike, show us, more show, us more.  It will
18   all come out.
19            I'm just telling you this is real.  You
20   know, all this stuff will you come out but it's got
21   to get to a court.  And if it doesn't, trust me, it
22   will come out and then the proof will come out and
23   then the truth will come out and we'll finally find
24   out why the questions you're asking Steve, how come
25   our own intel, how come the FBI, the Department of

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009          132

1  Justice, why didn't anybody do anything.

2           You know, somebody put out the other day

3  why did the Mike pillow guy have to come up with all

4  this.  I did my own due diligence, but people came to

5  me because I have the only voice left because

6  everybody else got it pressed.  That's it.

7           STEVEN K. BANNON:  Okay.  We've got an

8  American hero coming on, General McInerney.  Let's hear

9  what general McInerney has to stay to back up Mike

10 Lindell.  General McInerney.

11                              *

12          MIKE LINDELL:  And now we have with us General

13 McInerney who is going to give us a prospectus on what

14 we just seen.  General, thanks for coming on.

15          GENERAL McINERNEY:  Well, thank you, Mike, and

16 thanks for what you're doing for this great nation.

17 This is vitally important.  You have just seen the most

18 massive cyber warfare attack in the history of mankind.

19          Now, the founding fathers did not know

20 anything about cyber warfare, but we do, and that's

21 the important thing.  You have seen just how it was

22 or orchestrated against our election system, and I

23 took an oath of office 60 some years ago on the

24 plains of West Point to support and defend the

25 Constitution of the United States against all enemies

 1  foreign and domestic.

 2         We now are seeing the largest domestic

 3  enemy we have in our history, and people must

 4  understand that.  What happened?  You spelled submit

 5  spelled it out.  It was driven by China, and they

 6  used a system that we have had because only that

 7  system could modulate and coordinate the many cyber

 8  attacks that they used against us.

 9         Why this is so important is because our

10  military, which I spent 35 years in the Air Force and

11  ended up as the number three man in the air staff, as

12  well as heading up Vice President Gore's reinventing

13  government for the entire Department of Defense,

14  those two jobs simultaneously, we now are faced with

15  something our military has never seen before, nor

16  have the American people.

17         We are going against globalists who are not

18  interested in America.  They are interested in us

19  becoming a socialist communist state.  They talk

20  about progressivism, but progressivism is just the

21  front door to Communism.  They want a global

22  Communist word and you must understand that, America.

23  It's so important, and it's so important that

24  President Trump who won 79 million votes in the

25  election to 68 million for Biden because we have and

1  you've seen those exact numbers, he dominated.  It

2  was an awesome victory, and yet they turned it

3  around, foreigners, and we have not had one audit.

4  This is the closest thing to an audit that has been

5  conducted in America on this important election.

6         The American people must understand what we

7  are facing today, and that's why all of us here that

8  you're seeing in this program are so focused.  I

9  could not understand was that the legislatures, the

10 judicial and the executive, meaning the FBI, the

11 Department of Justice, the intelligence community,

12 have failed us with deep staters.  They did not

13 report this.  This was the most massive cyber warfare

14 attack.  So did cyber command, did the national

15 Security Agency, did the CIA, did the Department of

16 Justice, the FBI report this, no.

17        MIKE LINDELL:  Well General, to put this in

18 perspective then, you're one hundred percent that this

19 was the biggest cyber attack in world history, correct?

20        GENERAL McINERNEY:  That's correct.

21        MIKE LINDELL:  Wow.  Well, thank you.  I was

22 telling everyone, General, when this is all revealed

23 it's going to be a great uniter of all people in our

24 country, and we're going to be in the greatest revival

25 ever to bring our country back to one nation under God.

 1  Thank you.

 2          GENERAL McINERNEY:  Well, God bless you for

 3  what you're doing, Mike.  God bless you.

 4          MIKE LINDELL:  Yeah.  Thank you, General.

 5                              *

 6          STEVEN K. BANNON:  So Mike, this is very

 7  scary.  The general is such a renowned guy.  He talks

 8  about domestic enemies had to somehow work on this.

 9  People want to know, where is your investigation going

10  to go from here?

11          MIKE LINDELL:  Well, I'm glad that a general

12  that was in charge of all the nuclear weapons for the

13  Pentagon is telling everyone exactly what I've been

14  telling them.  This was the biggest attack ever in

15  history on our country, and you had to have a lot of

16  domestic enemies here.  That will all be found out.

17          What we need to go from here is we need to

18  reach out and get this out far and wide, get the news

19  out there, the real news.  Once everybody knows this,

20  then we can -- the Supreme Court, I've said

21  throughout this film, the Supreme Court, there's nine

22  of them.  They're all watching this at home.  That's

23  the last line of defense to protect our country.

24          We need -- this was an attack on our

25  country and we're right in the middle of it right

1   now.  So everybody has to just get it out there

2   first, and then they've got the absolute proof out

3   there, and then the absolute truth will be told.

4                              *

5          MIKE LINDELL:  And now we have Terry Turchie.

6   He's the former deputy assistant director of

7   counterterrorism division of the FBI.  And you know,

8   Terry, welcome to the show.

9          TERRY TURCHIE:  Thanks, Mike.

10         MIKE LINDELL:  We've just shown everybody in

11  the world one hundred percent evidence that this was an

12  attack on our country, and it's still under attack by

13  China and other countries through the use of these

14  machines used in our election.  I want to ask you, you

15  know, where was the FBI.  People out there want to know

16  where was the FBI or the DOJ the whole time during these

17  last few months?

18         TERRY TURCHIE:  Sure.  Well, you know, a lot

19  of former FBI agents are asking that too as well, Mike.

20  They're asking where's the FBI been.  They're

21  responsible and accountable for trying to protect the

22  country.  That's what our counterintelligence money is

23  all about.  That's what our counterintelligence division

24  is all about.  And yet the question of where were they

25  and where are they I think probably can best be

 1  explained like this.

 2          The FBI has most likely been as compromised

 3  as the Democratic Party and the rest of the

 4  government.  They simply didn't do the job.  If

 5  they'd have done the job, all that you just showed in

 6  this program would have unfolded inside of a

 7  courtroom, and that's exactly what we should be doing

 8  right now.  We should be talking about the

 9  penetration of the United States Government and

10  government agencies.

11          MIKE LINDELL:  We've shown here too, this is

12  all people.  What we've shown today, this is another

13  country taking our country.  I don't care if you're a

14  Democrat or a Republican.  We are one nation under God.

15  To see -- I mean, I guess I'm very happy now that it's

16  all going to get out to the country and everything's

17  going to get out.  And like I said before during our

18  show, there's been nine Supreme Court justices out there

19  now watching this show and saying wow, one hundred

20  percent this was an attack, and we are still under

21  attack by other countries, including China leading the

22  way and, you know, they fraudulently stole our election,

23  and we have to -- and then to see that how this could

24  happen with the FBI and the DOJ, these people that were

25  supposed to protect our country, including the Supreme

1  Court.

2            If you were still in the FBI, I guess what

3  would you be doing right now when you just see all

4  this one hundred percent proof here that this

5  happened?  In the FBI now if they're out there,

6  shouldn't they be doing something now that this is

7  all out in the open?

8            TERRY TURCHIE:  We would be launching a major

9  investigation of cyber activity.

10           MIKE LINDELL:  These attacks, the people that,

11 you know, from China and on down and who did it, they're

12 very good at trying to bury everything, to bury these

13 deviations that came up, and then everything opened up

14 where everybody knows that this was stole, but now we

15 know how and why so.

16           TERRY TURCHIE:  Well, certainly.  And the

17 purpose of an intelligence operation of this magnitude,

18 whether it's this magnitude or even smaller is to

19 conceal itself, and to be so hard to figure out that by

20 the time you get to the conclusion it's too late.

21           MIKE LINDELL:  Right.

22           TERRY TURCHIE:  And that's why it's very

23 concerning that the FBI that already knows and has the

24 foundation of the China threat well in its grasp would

25 try to write off or just not seem to understand how this

Mike Lindell and Steve Bannon Absolute Proof  KLOWDTV1
January 16, 2009                    139

```
 1  would have been the next logical step for them.
 2           MIKE LINDELL:  Right.  Well, they weren't
 3  proactive, but at least now, you know, we're going to be
 4  reactive, and we've got to be reactive first, and then
 5  we've got to be proactive for the future when this all
 6  manifests out.
 7           I've said it before that this is going to
 8  manifest into the greatest revival ever.  It's going
 9  to unite our country, not divide us.  It's going to
10  be the great uniting, and we will once again be one
11  nation under God.
12            Thanks, Terry, for coming on and God
13  bless, and thanks for all you've done and what you
14  continue to do for our country.
15           TERRY TURCHIE:  You too, mike.  Thanks for
16  having me.
17           MIKE LINDELL:  Thank you.
18           Now you've all seen absolute proof of the
19  biggest cyber attack in history.  Right now it's a
20  takeover of our country.  We all see it happening,
21  and now you see the proof of where it came from and
22  what happened.  We all need to go out now, each and
23  every one of you, and tell your friends, family,
24  people, your social media.  Spread this out
25  everywhere and to show that they all need to watch
```

1  this and they all need to know the truth, and pretty

2  soon everyone's going to see this including nine

3  Supreme Court justices.  You're all there watching,

4  all nine of you.  And you know what, I don't know

5  what you can do, but I know you're there to protect

6  our country, and everything has a precedence.  This

7  happened then, so we're going to base it on that.

8  This is the precedence.

9          What's going on now, what's going to happen

10 now is going to change the course of our world and

11 our country forever.  I've been getting calls from

12 world leaders, you know.  They're looking at us,

13 what's going to happen over here.  Ronald Reagan once

14 said America is the shining city on the hill whose

15 beacon light guides freedom-loving people everywhere.

16 If the lights go out here, the lights go out

17 everywhere.

18          I want to say that God has had his hand in

19 all of this.  This has been on God's timing, and when

20 we get through all this we will once again be one

21 nation under God.

22          (End of recording.)

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2

 3           I, Charlotte Crandall, certify that I was

 4    authorized to and did transcribe the foregoing audio

 5    recorded proceedings and that the transcript is a

 6    true and complete record of my stenographic notes

 7    from an audio recording and was transcribed to the

 8    best of my ability.

 9

10           Dated this 14th day of February, 2021.

11

12

13

14

15

16          _____

17          Charlotte Crandall
            Registered Professional Reporter
18

19

20

21

22

23

24

25
```

**$**

**$20,000**  9:9

**0**

**047**  81:7

**1**

**1**  51:18 53:2
**1,000**  52:21
**1,043**  17:6
**1,506**  15:11
**1.2**  59:7
**10,000**  51:12
**10,315**  17:8
**103,000**  14:13
**109**  6:10
**11**  31:2
**11,730**  17:14
**11/5/2020**
  114:8
**1100**  28:4
**11:03**  87:12
  88:2 92:13
**11:15**  12:6
  20:23
**12,278**  79:20
**12,500**  22:10
**13**  89:12
**130,000**  15:7
  16:7
**14**  56:20
**14th**  89:9,23
**15**  84:3
**15,000**  15:4
  35:21 82:23
**15,700**  17:2
**15,718**  79:7,8
  80:4 88:21
**16**  3:9 78:14
  81:7
**16,047**  80:25

**17,367**  14:19
**170,000**  16:13
**17th**  76:16,18
**19,218**  15:12
**197**  76:6,22,
  24 77:1,2
**1974**  55:22
**198**  77:12
**1st**  113:23
  118:20

**2**

**2,000**  14:7
**2,423**  16:22
**2,560**  16:20
**2-126**  56:7
**20**  57:19 70:7
**20,000**  16:14
  22:10 51:11
**200,000**  15:15
**2002**  55:25
  56:8
**2009**  3:9
**2015**  120:16
**2016**  3:7 5:11
  92:13
**2018**  28:10
  43:16 92:12
  129:15
**2020**  16:6
  48:10 51:10,
  19 53:2 92:11
  129:20
**20th**  70:10
  105:16
**21st**  76:16
  106:18
**22**  69:13
**22,000**  14:9
**22,082**  80:23
**22-month**
  88:10
**22nd**  127:11
**24**  113:2

**25-hour**  65:10
**26**  71:17 72:6
**27**  32:10
**28**  110:6
**2995**  114:2

**3**

**3,000**  51:10
**30**  70:18,19
**300**  83:9
**300,000**  13:22
**30th**  70:18
**3200**  80:7
**34,000**  15:15
**3477**  115:19
**35**  35:24
  75:4,7 78:17
  82:22 92:22
  133:10
**36,400**  14:2
**38**  88:16
  114:8
**392**  77:10,11,
  12,14,15
**395**  16:25
**3:00**  13:1
  21:4 122:18
**3rd**  25:12
  68:6 76:6
  79:23 80:25
  81:7 101:20

**4**

**4,000**  15:2
**4,509**  79:17
**4,926**  16:24
**40**  56:19
**40,000**  17:18
**40,279**  17:4
**400**  71:6
**401K**  48:3
**42,284**  15:13
**4:00**  122:18

**4th**  11:1
  45:17 68:6
  75:10 78:20
  87:12 88:2
  92:13,14

**5**

**5**  56:6
**5,250**  80:15
**50**  70:9,19
  71:8,9 129:21
**50,000**  14:16
**50/50**  57:4
**500**  15:9 83:9
**57,000**  42:20
**5959**  80:2
**5:00**  65:11
**5th**  81:8

**6**

**60**  115:23
  132:23
**60/40**  53:8
  56:12
**600,000**  15:19
  17:11
**615,000**  14:23
**65**  35:23
  75:4,6 78:16
  82:21 92:21
**65/35**  81:24
**66**  115:25
**66,247**  16:21
**666**  59:4,5
**68**  15:19 91:9
  92:2 93:5,6,7
  118:6 133:25
**68,000**  16:3
**6th**  22:7
  85:15 89:3

**7**

**7,000** 35:22
  80:18 81:12,
  13 84:1
**7,060** 79:9
  80:19 81:13
  89:1
**7,300** 98:5
**7,700** 82:23
**7,769** 79:15
**700,000** 43:24
**744** 78:12
**79** 133:24
**7:43** 114:8

**8**

**8** 5:11
**80** 53:6 118:5
**82** 37:13,14
**8300** 22:11
**85** 37:22 84:2
**866,000** 16:2

**9**

**9** 53:25
**90** 53:6 84:3
**93** 76:8,10,24
**93.6** 37:24
**9759** 80:3
**98** 17:7
**9th** 11:9
  96:24 99:7
  112:2

**A**

**AB** 65:10
**ability** 45:6
  90:10
**absentee** 15:2
  16:12

**absolute** 9:10
  24:10 26:16
  29:13 34:13
  40:15 50:13
  109:22,23,25
  111:19,20
  131:5 136:2,3
  139:18
**absolutely**
  9:24 20:4
  41:5 44:7
  48:19 49:22
  50:23 67:21,
  24 79:14
  94:18 110:1
  123:6 130:23
**accept** 26:25
  67:17
**accepted** 30:3
  47:5
**access** 44:25
  73:15 87:18
  122:25
**account**
  10:19,20
**accountable**
  136:21
**accumulate**
  92:10
**accurate**
  21:17
**accusing**
  125:5
**act** 118:24
  125:7
**acted** 61:1
**action** 64:18
**actions**
  102:21
**activities**
  113:4
**activity**
  138:9
**actual** 34:6
  66:11 82:10
  85:20,21
  100:14 101:14
  103:16 120:1

  121:18 126:18
**ad** 9:7,9
  65:16 66:3
**adamant** 72:4
  124:4,9
**adamantly**
  95:23 107:16
**add** 15:14
  42:17 118:3
**addict** 3:8
**adding** 49:1
  94:25
**addition**
  65:21
**additional**
  22:12 26:20
  49:19 72:2,11
  73:20 127:19
**address** 17:1
  42:14 114:10,
  11,14,16,20,
  25 119:19
  122:4 126:1,
  15
**addresses**
  119:17
**adds** 16:2
**adjudicated**
  14:13
**adjudication**
  13:22,25
  37:10,14,20,
  25 45:2 68:23
  87:13 92:5,9
**administration**
  5:21 30:13
  112:25 129:18
**administrators**
  115:5,7
**admitted**
  37:24 45:20
  66:9,13
**ads** 51:12
**advantage**
  25:8
**adversaries**
  118:23 119:1

**123:4**
**advice** 4:10
  8:2
**affect** 108:24
**affidavits**
  41:13 45:21
  96:7
**afraid** 30:2
  46:23 47:13,
  20 84:12
  108:4,18
**agencies**
  137:10
**Agency** 134:15
**agenda** 3:21
**agents** 136:19
**agree** 22:13,
  19 23:7 105:4
**agreeing** 23:3
**ahead** 18:16
  107:19 109:20
**Ahh** 46:3,4
**ahold** 99:7
**AI** 54:14
**aims** 55:15
**air** 66:18
  133:10,11
**alerted** 28:25
**algorithms**
  12:7 20:23
  56:18 62:13
  120:19
**Alibaba**
  117:20
**alien** 23:6
**aliens** 14:2,3
  15:1 20:12
**Allied** 24:24
  27:16,21
  89:11 93:8
  95:3,18 97:13
  125:2
**allowed** 34:14
  35:12,14 73:6
  89:10 90:2
**altogether**
  38:10

amazed  20:4
amazing  3:18
  4:4 5:20
  49:12 64:14
  123:12
Amendment
  61:3
America  53:24
  62:13 125:8,
  10 133:18,22
  134:5 140:14
American  13:8
  23:22 112:8,9
  118:25 130:11
  132:8 133:16
  134:6
amount  43:15
amounts  53:1
analysis
  24:25 30:21
  50:17 52:18
  95:19
analyzing
  86:15
and/or  102:21
Anderson
  7:11,17,18,24
  8:6,11,15
  111:12
anomalies
  18:13
anomaly  53:19
  55:8 56:22
Antrim  35:4,
  18 36:7,17
  37:5,6,12
  74:23 75:2,
  10,15 81:7
  86:19 87:14,
  23 88:7,20
  91:8 92:16,19
  93:24 95:19
  97:1 98:25
  99:21 100:8
  108:19 112:5
  121:3,10,23
  125:2 128:18

anymore  94:6
  99:23 104:20
  128:17,20
appalled
  30:19
appalling
  35:13
apparatus
  130:18
apparent
  25:11
Apparently
  45:25
apply  58:22
approached
  71:5
approaching
  40:23
approximately
  33:6
area  44:19
  67:4
areas  110:20
Arizona  12:17
  13:18 14:5,10
  21:8 22:11
  23:2
Army  129:22
asks  105:7
aspects  76:1
assert  71:24
assertion
  124:12
assertions
  25:24 26:21
  48:13 72:12
  95:21
assessment
  95:10
assist  68:13
  71:13
assistant
  136:6
Association
  57:13
assurance
  41:25

attached
  99:14 107:15
attack  4:25
  10:1,3 13:7,8
  18:23 19:4,12
  22:3 23:24
  24:4,8 25:7
  36:21 38:14
  60:24 99:11
  111:1,2
  113:13 116:20
  117:6,11,13,
  16 120:8
  121:14 122:9,
  15 127:14,17,
  21 129:22
  130:3,4,14
  132:18
  134:14,19
  135:14,24
  136:12
  137:20,21
  139:19
attacked  4:17
  6:10 9:19
  10:14,16
  19:19 49:2
  103:13 122:1,
  12,13
attackers
  6:17
attacking
  8:23,24 9:19,
  20 11:12,17
  49:15 116:13
attacks  40:13
  120:9,11
  133:8 138:10
attention
  3:10
attorney
  59:14 81:20
  82:8 102:17
  103:14 104:9
  108:12
attorneys
  103:1
audience  23:1

  25:23 48:11
  97:14 108:21
  110:16,21
audio  40:5
audit  35:10
  76:19 82:10
  83:19 84:23
  85:5 88:12
  100:10 116:15
  125:2 134:3,4
audits  100:13
augment  48:16
August  30:20
Austin  30:20
  31:5 32:17
authorities
  28:25 82:2
aware  43:18
awesome  134:2
awhile  16:7

────────────
        B
────────────

back  3:14,19
  4:4,15 5:14,
  15,23 6:4,21
  8:16,22 9:18,
  22 10:5,6
  14:10,18
  16:15 21:18
  22:9 24:10
  25:24 26:20
  27:12 31:4,9
  32:2 40:3,10
  44:24 48:21
  49:8 63:6
  65:1 68:2,24
  69:14 82:21
  84:22 85:8
  94:23 97:9,17
  107:14 115:13
  124:10,11,19
  126:16 129:19
  130:7 131:11
  132:9 134:25
backdated
  16:8

backed  44:2
  72:12 130:1
background
  24:14 53:1
  65:18,22
  68:10
backs  73:20
backup  111:4
bad  6:20 39:8
  131:9
Bailey  75:15,
  23
bald-faced
  7:21 26:4
  93:12
ball  112:12
ballot  35:12
  37:7,13 42:13
  54:3,4,6,10,
  11,13,16,18
  55:18,23
  56:15,17
  57:11 59:12
  68:2 70:6,7,
  10 71:18,19
  75:23 91:25
  92:7,8 124:7
ballots  13:22
  14:8,9,10,13
  15:2,7,19,24
  16:8,11,12
  17:9 37:14
  53:6 69:20
  70:1 91:9
  92:4,5,10
  124:7,8
band  5:4
  25:21
bankrupt  7:25
BANNON  6:1
  8:18 9:14
  10:6 20:6
  22:7,25 24:7
  25:18 26:17
  27:15 38:20
  39:24 40:6
  48:8 49:13
  50:10 62:24

64:15 71:22
  73:19 74:14
  81:19 84:19
  93:3 94:19
  97:6 98:9,14
  99:24 107:8
  108:9 109:24
  110:5 112:13
  123:14 124:25
  125:5,17
  126:8 127:4,
  17 129:4
  130:16 132:7
  135:6
Barcelona
  44:11
barn  47:15
Barr  46:10
  47:4 59:13,20
  60:4
base  140:7
based  27:22
  38:7 91:9,23
  93:23 100:9
basically
  12:7 32:22
  40:22 45:8
  57:25 59:14
  116:12 119:25
  123:15
basis  36:12
  104:16
batches  71:8
battle  119:13
beacon  140:15
bed  21:5
began  24:23
  32:18 53:22
  113:22 118:17
beginning
  30:17 118:20
Beijing
  114:15
belief  6:5
bet  61:5
  89:19
biased  55:9

Bible  6:2,7
Bibles  5:15
  6:21
biblical  60:8
Biden  13:2,20
  16:14 18:17
  69:10,11 73:5
  75:7 76:5
  77:1,14 78:12
  79:10,17 80:3
  84:3 101:18
  112:24 118:7
  133:25
big  12:18
  15:10 18:18
  19:2 21:8,20
  22:2 39:4
  42:11 49:6
  53:3 55:18
  64:9,11 72:24
  73:17 83:5
  92:20 101:20
  110:11,24
  117:11 130:8
bigger  88:24
  97:19
biggest  6:17
  13:7,8 18:22
  62:10 102:10,
  11 103:6
  113:13 117:13
  122:15 128:7
  130:14 134:19
  135:14 139:19
Bill  46:10
  47:4 60:4
  75:14,23
billboard
  51:12
bins  15:23
bit  13:2
  15:25 17:10
  26:7 41:6
bizarre  14:11
black  53:14
blah  131:12
blatantly
  84:13

bless  135:2,3
  139:13
blessing
  123:7,10
block  83:22
blocked  82:16
blow  6:4
blower  120:16
blowers
  126:21
blue  82:22
  101:17
board  4:13
  9:6 21:16
  65:10,17 66:3
  75:24,25
  81:22 82:4
  83:6 97:23
  109:7
board's  4:10
bombarded
  122:17
book  41:10
books  41:8,9,
  19
boom  74:5,6
boss  4:1
bots  4:19
  6:15 60:22
bottom  46:19
  54:20 97:11
  98:4 101:5
  102:2
bottoms  51:15
bought  129:7
box  10:17
  17:5 101:6
boy  14:4
  60:18
boycotting
  9:5
boycotts
  10:17
Brad  22:21
brains  63:1
brave  109:20

**brazenly** 44:1
**break** 30:19
  74:17
**breakfast**
  66:20
**breaking** 21:6
  36:25 117:1
**breaks** 10:8
**Brian** 23:15
**briefing**
  29:12 30:14
**briefings**
  32:19
**bring** 3:14
  24:20 48:14
  50:18 56:20
  106:2 107:9
  108:14 113:14
  134:25
**bringing**
  39:11 41:9
  64:16 103:25
**broke** 12:7,9
  13:4 20:23
  92:16 115:8
**brought** 11:9
  20:21 28:2,25
  34:12 65:6
  107:11 111:12
**brutal** 95:4
**bucket** 31:25
  37:8,10,11
**build** 52:19
**building**
  85:19
**built** 119:12,
  14,15
**bumper** 51:11,
  16
**bunch** 110:19
**buried** 36:20
**bury** 138:12
**business**
  65:23 97:7
  110:1
**businessman**
  3:22

**button** 85:2
**buy** 9:8

---

### C

**cable** 66:11
  101:8,10
**cabling** 65:23
**calculation**
  94:24
**call** 8:19
  16:17 85:18
  101:19
**called** 4:18
  6:25 16:16
  26:16 31:23,
  24 37:9
  41:16,18
  44:11,12,20
  54:11 56:1,23
  62:1 67:9,16
  89:11 92:5
**calling** 7:1,
  23 61:25 62:3
  102:25 103:1
**calls** 140:11
**can'** 64:8
**cancel** 19:16,
  17
**canceled**
  10:18,19
**candidates'**
  56:3
**capabilities**
  46:9
**captured**
  85:17,23
**capturing**
  67:2
**cards** 70:24
  71:2 85:19,
  20,21
**care** 9:25
  40:7 46:13
  137:13
**Carone** 64:21,
  22 68:5,7,11,

  13,17,19,23
  69:3,6,9,13,
  16,19 70:5,
  11,13,21,25
  71:4,10,15,23
  72:6
**case** 22:13
  34:13 36:1
  57:7 58:21,22
  67:1 75:5
  76:3 87:10,22
  89:6 90:9
  91:22 93:21
  98:1 99:13
  108:23 109:11
  114:22 115:17
  121:23
**cases** 26:22
  37:25 57:24
  64:12 90:2
  97:20 99:21
  103:15 108:15
  115:3,7,9
  117:20 121:3
**casino** 57:1
**cast** 16:20
  80:24 81:8
  88:22 101:4
**catch** 107:12
  123:7
**Caucus** 29:11
**caught** 26:2
  93:12 123:3
**Cent** 129:21
**center** 66:8,
  10,12,14
**centered** 76:4
**central** 28:3
  101:4
**CEO** 10:13
  25:20 90:12
**certifiable**
  100:9
**certification**
  112:15
**certified**
  93:25 110:8,
  13,14,16,20

**certify**
  110:22 111:24
**CF** 85:19
**chain** 17:9
  32:20 86:23
**chair** 65:19
**challenge**
  75:16 104:15,
  19 106:3
**challenged**
  105:20
**challenger**
  65:9
**challenging**
  103:3
**change** 5:12
  32:1,5,12
  33:17 55:4
  97:12 123:17
  129:23 140:10
**changed** 17:1
  42:21 43:2,3
  45:2 75:23
  115:17,19
  131:6
**changing** 28:7
  40:13 46:20
**charge** 25:20
  124:2 135:12
**charged**
  106:4,19
**charges**
  123:24
**chart** 13:14,
  21 113:21
  114:5,8 116:7
  119:18,21
  123:21
  124:11,13
**charts**
  125:15,18,19
**cheat** 38:5
  74:7 102:3
**cheated** 63:7
**cheating** 26:2
  34:5,6,8

check  8:13
  15:6 49:20
  82:3 94:10,11
  125:12
checked  98:17
Chestonia
  76:5
chief  104:9
children
  16:20
chilling
  104:25
chills  105:6
China  12:1
  23:24 24:20
  57:23 58:11
  102:1 111:1,8
  115:24 116:2
  117:19,21
  119:25 120:10
  124:23 129:19
  133:5 136:13
  137:21
  138:11,24
China-net
  114:14
Chinese
  112:16,21,23
  113:3,4
  123:16 125:9
  129:7 130:2,3
choice  106:6
choose  95:10
Christian
  19:18
churches
  19:18,19
CIA  129:18
  134:15
circles  54:16
CISA  30:12,
  13,14,24
cities  79:1
city  88:24
  140:14
civilian
  112:22

claimed  17:5
claiming
  127:20
claims  127:14
Clarity  31:23
  44:12
Clark  15:4
classified
  32:19
clear  16:12
  49:14 126:8,9
clerical  85:2
clerk  75:11
  84:25 98:10,
  11
click  9:12
client  29:10
  105:8
clip  5:9
close  19:23
  33:8,10 47:14
  52:1 68:20
  73:11 123:10
  129:24
closer  26:21
closest  134:4
Cloud  117:20
CNN  6:6 7:6
CNNS  62:2
coffee  83:1
  92:23,25
Colbeck  64:21
  65:5,8,14,16
  66:8,25
  67:13,16,24
  68:1 71:23,24
  73:21
Colebeck  72:5
collect  85:22
collected
  89:3 113:25
  114:2,3
collecting
  113:22,24
collection
  86:18

Colonel  24:9,
  11,12,14,23
  25:25 49:18
  129:5,8,11
color  120:7
column  114:7,
  13,23 115:10,
  16 121:2
columns  17:19
combination
  46:17
combine
  106:16
combined  16:6
Comey  120:16
command
  134:14
comment  65:2
commitment
  49:21
committed
  26:19 73:19,
  22
committee
  65:20
common  63:18
communicate
  61:20
communication
  61:19
communications
  58:17
Communism
  19:13 133:21
communist
  19:11 112:16,
  21,23 113:3,5
  123:16
  133:19,22
community
  134:11
companies
  28:17 34:6
  40:8 44:14
  52:21
company  9:3,
  7,19 10:17

40:1 41:16,17
  44:10,12
  49:9,18
  63:18,19
  83:21 107:16
company's
  10:20
complain
  81:22
complaint
  43:17
complaints
  104:6
complete  7:20
Completed
  14:8
completely
  10:22 29:14
  35:24 46:18
  75:5 86:24
  131:6
complicated
  123:23
comprised
  29:14 42:15
compromised
  46:24 137:2
computer
  38:18 52:19
  59:2 62:13
  66:16 70:6
  114:16,17
  115:1 116:16,
  21,22,24
  122:1 124:20
  125:24 126:2,
  14
computers
  42:16 66:10,
  14 115:7
  122:24,25
  126:4,12
conceal
  138:19
concern  43:15
conclude
  90:21 93:24
  95:5

concluded
  90:17 91:4
conclusion
  77:17 91:1
  138:20
conclusively
  88:14
Conduct
  106:24
conducted
  87:11 134:5
confident
  97:12
configurations
  66:1
confirmed
  36:16
confront
  113:4
congressman
  20:8 44:6
  129:23
congressmen
  60:10
connect   87:1,
  10 100:16
  101:2
connected
  41:11,20 51:1
  66:6,10,14,
  16,17,22 67:3
  72:5 88:15
  93:10,15
  101:7
connecting
  25:16 75:17
connects
  93:19
consistent
  45:24 46:6,8
constant
  46:15
constantly
  69:25 70:1
  89:24
constituents
  106:3,6

Constitution
  132:25
Constitutions
  102:20
contact   86:6
contacted
  35:5 57:12
  58:1,17 75:10
  107:19
contacting
  61:2,7
contesting
  100:3
continue
  39:24 139:14
continued
  29:4,9
continues
  40:4
control   66:8,
  9,12,14
controlled
  44:4
controls
  110:9
controversial
  64:20
conversation
  3:19 111:10
converted
  54:11
converts
  91:20
Coomer   108:10
Cooper   7:11,
  18,24 8:6,11
  111:12
coordinate
  133:7
corner   101:5
corporations
  58:12
correct
  32:14,18
  34:21,22
  35:1,2 36:2,3
  38:8 41:19

44:6 69:2,16
  75:9 76:24,25
  78:17,18
  79:2,3,10
  80:1,15 81:15
  86:2,9 88:25
  90:7 102:6
  116:17
  134:19,20
corrected
  67:2
correlates
  101:22
corrupt   46:18
Council   113:1
count   12:17
  18:8,9,20
  21:9 38:5
  71:6 79:15
  93:6
counted   15:17
  53:6 54:4,13
  73:1,2 78:4
counterintelli
gence   136:22,
  23
counterterrori
sm   136:7
counties
  36:13 45:10
  54:6 56:23
  88:16 110:7,
  18 114:2
counting
  40:11 54:16
  65:10,16 66:3
  70:23,24
  118:7
countries
  11:12 12:1
  19:3,13 24:19
  38:15 46:20
  51:8 58:11
  59:15 61:17
  77:25 136:13
  137:21
country   3:21
  5:22 10:1

18:23 19:4,14
  22:3,22 23:25
  32:3 36:22
  44:23 45:10
  50:1,11
  57:17,23
  61:18 62:10
  64:3 78:5
  82:8,15 94:3
  97:4 99:2,11
  104:1 107:4
  109:4 110:25
  111:1,15
  113:13 116:4,
  6 117:12
  118:16 119:3,
  13,15 121:1,
  12 122:1
  123:2 128:6,
  20 134:24,25
  135:15,23,25
  136:12,22
  137:13,16,25
  139:9,14,20
  140:6,11
county   14:13
  15:4 17:3,4
  32:2,4,5
  35:4,18,21
  36:7 37:23,24
  44:23,25
  45:6,12 53:5,
  8,14,15 54:5
  56:24 59:17
  65:15,17
  74:23,24
  75:2,3,10,15
  76:19 78:1,
  15,20 79:5
  80:13,23
  81:7,14,21,25
  82:19,20,23
  83:3 84:11,12
  85:19 86:12,
  20 87:14,23
  88:7,20 89:1
  91:8 92:16,19
  93:3,25 94:3
  95:19 97:1

98:25 99:21
100:8,11
108:20 110:11
112:5 114:24
115:18 116:23
117:15 121:4,
10,12,23
124:9,23
125:3 128:18
**couple** 8:21
12:5 61:10
72:16 74:17
83:7,8 84:24
107:9 126:23
**court** 26:21,
22,25 34:13
57:25 82:9
85:12 89:7
90:9 95:1
97:25 102:22
104:18 108:23
126:17,18
131:21
135:20,21
137:18 138:1
140:3
**courtroom**
137:7
**courts** 111:23
127:2,6,10
128:23
**cover** 26:12
**COVID-19**
116:5
**cows** 47:14
**crack** 131:12
**crazy** 31:7
32:6 108:25
**Creases** 70:2
**create** 25:7
90:23 95:7
**created** 52:11
55:19
**creating** 52:8
**creator** 52:12
**credentials**
32:3 44:22,24
94:23 115:4,5

117:1
**cricket**
131:13
**crickets** 4:17
128:15 131:13
**crime** 62:12,
15 88:8
102:11,12
128:7
**criminal**
105:22 108:15
**criminally**
106:4,19
**criminals**
107:4
**crooked**
110:24
**cross** 124:8
**culture** 19:16
**curious**
101:21
**custody** 17:9
86:23
**customers**
4:12
**cyber** 11:21
13:8 24:8
25:25 27:23
29:1 30:12
31:6 32:13
38:6,13 39:14
40:13 43:8
84:6 94:10
113:13,18,21
116:20 117:6
118:16 119:13
123:1 127:14,
17,21 129:22
130:3,4,14
132:18,20
133:7 134:13,
14,19 138:9
139:19
**cyberly** 32:13
**cyberspace**
116:17

**D**

**daily** 5:22
**Dallas** 24:24
27:22 28:2,14
29:6 39:5,8
42:6,10,21,25
**Dana** 102:16
103:9,10
104:19 105:16
106:17,22
108:11 109:5,
14
**dare** 103:10
**data** 24:25
25:14 31:3,4
33:23 56:21,
22 85:16,21
86:18 91:20
101:21 124:6
**database**
44:25 45:3
**databases**
28:8
**date** 16:24
**dated** 89:12
**day** 11:8 14:8
20:9 42:8,10
54:23 55:1,2
62:4 65:12
72:3 92:14
132:2
**days** 6:11
12:16 53:25
57:19 68:6
84:24 129:17
**dead** 14:19
15:10 17:8,
13,15 18:8
20:13 21:15
22:24 68:1
**deal** 22:15
82:2
**dealing**
102:16
**debunk** 46:4

**debunked** 46:3
**decades** 92:21
**December**
76:16,18
85:15 89:3,9,
12,23
**decertify**
58:22
**decide** 45:11
118:25
**decided** 38:1
44:5 95:10
**deciding**
123:5
**decision** 65:9
127:9
**deck** 70:24
71:2
**declaration**
123:16
**declare** 18:17
**deep** 134:12
**defend** 132:24
**defense**
133:13 135:23
**degrees** 50:16
62:25
**delayed**
129:17
**deleted** 56:14
57:10 59:12
87:14
**delivering**
124:16
**demeans**
102:23
**Democrat** 9:25
35:24 56:24
75:5 78:17,23
137:14
**Democratic**
137:3
**Democrats**
128:19
**demonstrates**
106:25

denied  29:17,
  18,22 58:24
denies  129:10
deny  30:1
Department
  30:9 45:25
  59:11 131:25
  133:13
  134:11,15
depended
  95:20
depending
  95:18
depends  41:24
Deperno
  74:15,17,19,
  22 75:1 76:8,
  11,15,18,25
  77:5,13,20
  78:11,18
  79:3,8,11,14,
  17,20,23
  80:1,6,16,20
  81:2,6,15,17
  82:7 84:15,22
  85:7,10 86:2,
  5,9,14,17
  87:4,6,9,17,
  22 88:1,6,13,
  19,25 89:15,
  22 90:8,17,20
  91:3,7,16
  92:4 97:18
  100:1,8,16,
  19,24 101:10,
  13,17 102:6,
  15,25 103:9,
  19,25 104:4,
  8,24 105:3,
  10,14,16,24
  106:2,8,12,
  16,21 108:13
Depernolaw.com
  89:23
depth  82:12
deputy  136:6
describe  42:6

design  65:23
designed
  90:22 95:7,
  16,22,24
desk  41:17
desperate
  7:22
destroy
  60:18,19,21
  125:9
detail  97:11
detailed
  97:10
determine
  92:7
Detroit
  65:10,16 66:2
  79:1
deviation
  36:1 53:18
  55:8 56:23
  78:24 92:19,
  20
deviations
  11:2 13:5
  21:8,11 54:23
  111:5 138:13
devices  67:1
DHS  30:13,20
  32:16
diagram
  124:13
Diebold  56:7
died  17:7
difference
  80:14 83:6
dig  96:21,23
digging  55:10
  63:9 83:18
  96:25
diligence  4:3
  11:7 48:20
  52:14 94:15
  97:13 110:3
  126:12 128:21
  132:4

directly
  123:17
director
  58:16 120:15
  129:13,25
  136:6
Directors
  57:14
dirt  62:5
disagree
  103:21
disagreed
  105:20
disagrees
  104:11
disbar  100:3
  108:14
disbarment
  103:23
disbarred
  103:2
discard
  70:13,14
discarding
  70:15
disclose
  36:19
discourse
  104:17,25
  105:5,6
discovery
  35:13,14
discredit
  84:11 128:12
discussions
  104:18
dismiss  57:7
  58:23
dismissal
  57:8
disparity
  81:4 88:21
districts
  95:2
divide  139:9
division
  30:21,23

  136:7,23
DNA  28:17
DNI  129:19,23
document
  114:1 115:21
  121:2
documentary
  99:18 130:7
documentation
  113:24 114:6
  117:6,7
  118:15,20
  120:2,25
  122:22
documented
  117:18 118:22
documenting
  117:24 118:17
documents
  119:23
DOJ  28:25
  136:16 137:24
dollar  9:11
dollars  8:10,
  14
domestic
  19:13 133:1,2
  135:8,16
dominated
  134:1
Dominion  10:2
  25:1,21 26:5
  28:12,14
  29:18,22
  38:25 39:1,12
  41:2 44:13
  48:22 62:6,17
  68:5,14 69:1,
  3 71:14,16
  72:4,21,22
  73:7 85:13,
  14,17 86:25
  87:14 88:16
  90:12,15,21
  91:13,22 92:9
  93:12 95:6,
  10,12,21
  100:14,15,25

101:4 103:5
107:10,14,21,
22 110:7
124:3 125:3,5
128:4 129:6,
7,10
**Donald** 3:7
12:9 14:5
15:15 16:3
18:10,21
20:11,24
21:17 22:18
23:9 71:19
75:7 76:23
77:1,11,15
78:13 79:18
80:3,16,17
81:13 84:3
115:19 117:5,
11,25 118:6
**donated** 8:15
**door** 68:3
133:21
**Dorsey** 58:8
61:8,14 63:22
107:6
**double** 15:13
**doubt** 44:7
**Doug** 23:15
**dove** 11:4
**dozen** 47:8
**drawing**
119:16
**dream** 13:9
130:11
**drill** 108:18
**driven** 15:24
133:5
**drives** 85:21
**dropped**
112:12
**dropping**
10:18
**drugs** 3:18
**Ducey** 23:15
**due** 4:3 11:6
48:20 52:14

94:15 97:13
110:2 126:11
128:21 132:4
**dug** 63:7,14
**dump** 74:4,5

---

**E**

**earlier** 38:6,
14 41:2 45:9
118:8
**early** 30:19
42:19,21
55:25 129:6
**earth** 108:25
**easier** 26:5
**easily** 25:4
31:17 85:3
**easy** 87:3,4
131:2
**eat** 66:19
**economy** 5:18
**effective**
31:15
**elected** 23:6
106:5,9,18
108:17
**election** 10:4
11:3,13 12:1,
5,6,15 13:1
15:2 17:2,7,8
18:6 19:5
20:22 23:2,11
24:6,19,21
25:12 27:24
28:2,22 30:2
31:23 33:8,
10,11,12,18,
25 36:11
37:16 38:1,22
39:16 41:3,14
42:6,21
44:12,15
48:10 50:7,8,
23 51:9,17,25
52:2 53:23
56:10 57:14
58:16 59:21,

24 60:6,7
64:20 65:11,
20,25 66:13
67:15 72:25
75:6 76:2
77:1,14,24,25
78:12,14 80:7
81:23 83:6,13
84:25 86:21
90:23 91:6
92:15 95:8
96:14 100:10
103:3,6
104:13,14
105:21 106:4
108:6 109:8
111:17
113:19,20,24
114:1,2,7,12,
15,18 115:23
116:1,19,20
117:8 118:5,
17,21,23,25
120:11,17,20,
21 121:14
122:23,25
123:3,18
129:16,20,23
132:22 133:25
134:5 136:14
137:22
**elections**
19:5 21:22
22:16 39:3
40:21 65:20
75:24,25
104:15,19
117:19 120:3
123:5
**electors**
18:10
**electric**
52:22
**electronic**
14:13 25:10
29:13 52:23,
25 54:2,14
124:8

**electronically**
54:7
**email** 52:9,12
**emails** 52:12
**embedded** 56:2
**Emmet** 114:24
115:18
**employee**
71:24 73:7
**employees**
3:25 9:21
**enabled**
104:17
**encourage**
5:14 61:24
62:7
**end** 20:1
37:18 69:24
84:5 108:5
140:22
**ended** 4:9
30:8 36:11
75:17 79:6
133:11
**enemies**
132:25 135:8,
16
**enemy** 133:3
**enforce** 59:11
**enforcement**
104:10
**engineer** 51:3
55:13
**Enron** 47:23,
24,25 48:1
**entered**
114:12,15,18
116:19,23,24,
25 117:7
120:19
**entering**
16:11
**entire** 37:25
64:20 100:2
133:13
**equipment**
41:16 44:20

equity 129:6,
 10,12
erase 10:24
erased 10:21
erasing 28:8
Eric 20:8
 22:17 107:9,
 17,24 108:8,9
error 85:3
 91:25 92:2,4
errors 15:22
 90:23 91:9
 95:7
ES 25:1 28:13
 29:20 44:13
ESS 39:1,7,12
 40:8
essentially
 57:1 123:15
 125:6
establishment
 51:14
estimated
 12:24
eternity
 130:12
ethernet
 101:7,10
ethics 104:5
events 13:5
 75:13
eventually
 29:3,10
everybody's
 32:8 47:15
 61:23 103:13
 108:4 128:8
everyone's
 3:2 6:13
 140:2
everything's
 137:16
evidence 9:17
 10:9,25
 11:10,22
 34:20,21,25
 46:11 48:24

49:4,5,20
 57:20,21
 63:12,13
 66:5,7 72:12,
 18 74:2 80:11
 82:18 94:4
 96:24 99:6
 103:25
 106:10,13
 107:18 116:18
 124:12 128:5
 131:11 136:11
evil 107:3
ex-addict
 3:8,15
ex-crack 3:8
exact 53:12,
 13 84:2
 114:17
 120:13,14
 121:5 125:23
 134:1
excited 122:2
excuse 60:14
executive
 103:20 107:9
 129:13,15
 134:10
exercise
 25:16
exist 34:15,
 16
expect 12:10
 20:24
experience
 5:2,4 56:19
 86:15
experienced
 4:7
expert 25:25
 50:16
experts 11:21
 86:7,13,18
 113:18,22
 118:16 123:1
 125:12
expiration
 88:9

explain 10:8
 16:7 20:16
 31:12 33:4
 47:6 85:7
 102:4 108:20
 113:14 125:4
explainable
 108:22
explained
 12:8 113:18
 137:1
explaining
 123:21
explanation
 59:3 81:10
explosive
 112:17 125:3,
 10
exposed 43:24
 60:10 88:20
exposing
 127:1
extensive
 23:5
extraordinary
 7:20 50:12
 81:24
eye 97:24
eyes 33:22
 96:5
eyewitness
 48:17
eyewitnesses
 48:14

———————

**F**

———————

Facebook
 89:25 131:6
faced 133:14
facing 134:7
facsimile
 124:6
fact 23:19
 31:14 57:4
 66:9 77:3,5
 81:16,17

83:25 84:9
 87:15 95:25
 102:18 110:10
 113:25 115:15
 119:11 120:16
 124:7
facts 8:13
 23:14 32:25
 48:12 80:11
failed 17:2,
 18 134:12
failure 86:20
fair 10:4
 41:5
faith 7:19
fake 15:23
 108:1 115:5
fallacies
 72:24
fallacy 8:10
false 115:7
 116:25 131:6,
 7
fame 75:21
familiar
 65:24,25
families 5:16
 6:8,22 112:10
family 9:3,20
 139:23
Fanning
 112:18 113:6,
 14,17 116:18
 117:3,17
 118:15,19
 119:5,10
 120:5,13
 121:15,17
 122:6,21
 123:20,25
 124:10 125:11
 127:14 130:20
fascism
 105:11
fathers
 132:19
favor 63:15

**FBI** 29:3
120:15 131:25
134:10,16
136:7,15,16,
19,20 137:2,
24 138:2,5,23
**fear** 105:7
106:5,11
**feature** 56:1
63:8 64:3
98:20,21
**federal**
55:21,22
59:10
**feel** 129:25
**feet** 73:12
**felons** 16:19
**felt** 95:13
**fiasco** 110:11
**fight** 110:10,
11
**figure** 54:15
74:15 82:4,7
87:7 97:19
138:19
**figured** 111:3
**file** 89:7
102:21 103:2
**filed** 43:16
75:17,22
85:10,11
104:6
**files** 87:12,
13 88:1 92:12
120:1 121:18
**filing** 75:19
**filings** 95:1
**filled** 74:3
**film** 9:15,21
10:7,8 24:9,
10 48:16
64:16 84:21
100:4 109:25
135:21
**final** 115:16
**finally** 9:11
30:8 47:12

131:23
**find** 4:23
9:12 23:23
30:17 39:19
46:19 55:3,10
56:18 61:5
83:16 97:1,4
108:18 112:7
131:23
**fine** 39:24
49:13 124:25
**finish** 8:4
119:24
**firewall**
66:19 115:8
117:1
**firewalls**
66:19
**firm** 129:6,
10,12
**fit** 107:1
**five-day**
124:21
**flat** 45:3
**flaws** 95:13,
16,22
**flip** 24:5
44:5 45:13
76:3 83:25
92:22 95:23
98:12
**flipped** 11:14
35:22,25 75:5
77:16 79:9
82:24,25 89:1
92:16 97:5
98:5 99:3,4
118:10 121:25
122:19
**flipping**
66:24 79:6
**Florida** 38:23
**fobs** 74:3
**focus** 40:9
66:2 74:9
**focused** 134:8
**fodder** 34:15

**folks** 81:23
**follow** 86:20
123:22
**footprint**
101:25 125:22
**footprints**
49:11 84:6
94:10 116:19
117:7,18
118:22
**Force** 133:10
**forces** 25:8
**foreign** 24:19
33:15,16
114:6,9
116:19
117:18,23
118:22,23
119:1 122:22
123:4,25
125:6 129:16
133:1
**foreigners**
134:3
**forensic**
11:21 35:9
82:10 83:19,
23 84:23
85:5,13,16,
17,23 86:7,15
87:11 88:14
89:2,3 90:25
91:24 101:25
116:18 125:2
**forensics**
27:23 36:8
38:6 43:9
**forever** 13:9,
11 21:22
140:11
**fortune** 52:21
**forward** 19:6
39:7 108:23
109:20 125:1,
12
**found** 4:24
28:5,6 29:5
35:15 37:13

40:18 41:14
50:22 54:1
55:17,21,25
56:21 59:12
61:2 63:2,8
68:8 87:11
91:8 93:15
99:11 122:7
135:16
**foundation**
138:24
**founding**
27:21 132:19
**four-minute**
7:8
**fourth** 5:5
**frame** 26:19
**Frankfurt**
44:18
**Franklin** 53:5
54:5
**frankly** 67:3
**fraud** 20:12
22:12 23:5
27:24 30:2
39:4 50:23
51:9,25 52:3
53:23 59:21
60:6,7 73:24
74:10 77:24
90:23 95:8
102:11 103:6
106:13 108:6,
7 113:20
114:1
**fraudulently**
137:22
**freed** 3:8
**Freedom** 29:11
**freedom-loving**
140:15
**frenetics**
39:14
**Friday** 9:9
131:13
**friendly** 7:8
25:8

friends   52:1
  139:23
fringe   52:3
frivolous
  102:21
front   68:24
  70:6 90:13
  133:21
fruit   22:12
full   76:19
  97:15,16
  100:10 118:19
  129:14,15
fully   94:21
Fulton   37:23
  124:23
fun   65:12
  102:18
fundamental
  61:3
future   22:16
  40:20 139:5

───────────

G

gained   81:9
  87:18 130:18
gal   48:24
gals   4:13
game   26:2
  62:16
gapped   66:18
Garden   5:8
  6:3
gate   47:14
gateway   72:2
gave   5:11,17
  8:9 17:22
  31:4,5 34:15
  55:18 58:21
  63:16 73:9
  106:17
general   28:2
  102:17 104:9
  108:12 127:22
  129:2 132:8,
  9,10,12,14,15

134:17,20,22
  135:2,4,7,11
generates
  91:8
genius   52:13
Georgia   14:18
  16:15,17,23,
  24 17:1,12,20
  21:10 22:10,
  21 23:2
  122:12,16
Germany   44:18
  45:15 61:18
  124:5
get all   4:14
  111:4 123:8
Giuliani
  64:24
give   17:13,
  15,19 22:23
  23:14 31:3
  54:3 63:25
  72:11 111:24
  132:13
giving   48:2
glad   21:19
  23:8 50:25
  135:11
global   133:21
globalists
  133:17
God   3:8 4:15
  5:11,12,14
  6:22 54:17
  134:25 135:2,
  3 137:14
  139:11,12
  140:18,21
God's   140:19
good   8:12,25
  18:12 99:21
  131:4 138:12
goods   124:17
Google   9:7
  89:25
GOP   51:14
Gore's   133:12

gorilla   21:20
government
  46:19,22
  58:2,3,11
  60:11 61:2,4,
  6 63:17 64:6
  65:20 103:21
  123:25 125:6,
  24 126:20,22
  128:24,25
  133:13 137:4,
  9,10
governors
  18:11 21:24
  60:11 111:15
grab   86:11
grabs   44:22
grace   5:11
granted   6:12
  89:10
grasp   138:24
grated   85:14
great   4:1,2
  5:20,21 7:14,
  15 63:24
  64:15 83:20
  132:16 134:23
  139:10
greatest   3:24
  127:14,17,21
  130:4 134:24
  139:8
grew   51:7
ground   51:11
group   24:25
  27:17,22 29:1
  30:10 32:19
  42:5 70:9
  89:11 96:22
  126:3
grouped   14:22
groups   31:6,
  8,9 124:15
guarantee   8:1
  83:13 89:17
guess   19:24
  38:22 45:16
  100:17 107:12

122:17 126:13
  137:15 138:2
guides   140:15
guise   16:12
guy   4:2,8
  6:25 7:4
  17:22,23 18:1
  26:9 45:19
  51:2,3,15
  52:15 53:13,
  14,15 63:1,6
  64:17 71:14
  81:21 82:3
  87:5 97:7,22
  109:6 110:1
  129:1 132:3
  135:7
guy's   52:13
  59:6
guys   20:3
  25:20,22
  28:11 31:7
  35:5,10 49:12
  50:11 61:25
  62:3,16 74:6
  77:7 83:1
  93:11 98:19
  103:4 107:18,
  25 108:14
  124:24 126:2
  127:12

───────────

H

hack   24:19
  98:22
hacked   38:15
  66:23 77:25
hacker   114:11
  115:1 121:14
hackers
  119:19
hacking   11:12
  120:17
hacks   33:21
half   3:13
  4:11 84:5
  96:23

**hand** 27:7
53:6 67:19
76:12,13,15,
21 78:4 80:2
102:7 140:18
**handed** 30:24
**handoff** 66:4
67:4
**hang** 98:9
126:8
**hanging** 22:12
**happen** 21:12
25:23 33:12
34:1,2,4,10
36:6,21 39:21
41:11,20
42:18 47:12
72:4,10 83:2
102:7 137:24
140:9,13
**happened** 4:17
6:2 7:9 8:21
10:8 11:3,25
12:4,14,23,25
13:6,18
18:13,14
19:7,24 22:4
24:4 26:11
33:11 43:6
49:24 50:8
55:3 63:21
68:12 70:4
74:13 76:2
81:6,10 82:13
83:24 92:13,
14 95:24
101:25 112:24
113:15,19
133:4 138:5
139:22 140:7
**happening** 9:3
45:24 49:3
88:19 139:20
**happy** 12:3
137:15
**hard** 27:14
49:20 88:12,
13 89:4

109:13 138:19
**harsh** 95:11
**Hart** 25:2
29:19 44:13
**hash** 43:2
**hat** 44:17
**hated** 51:15
**haunting**
46:16
**heading**
133:12
**hear** 15:25
27:17 34:18
36:18,19
47:3,5 48:17
50:22 52:14
57:17 59:8
64:25 71:12
74:24 100:20
103:4 132:8
**heard** 11:5
15:18,23
22:23 29:16
32:9 35:3,4,
18 36:8 38:13
40:8 45:14,19
51:19 69:11
74:23 92:19
93:1,22 112:2
**hearing** 39:4
61:20 64:23
96:20
**hearings**
64:24
**heart** 6:3
93:4
**hearts** 97:20
**Heck** 89:18
**held** 97:17
129:18
**hero** 132:8
**hey** 7:4
18:12,15
25:21 27:8,10
31:6 71:25
86:11 93:13
109:16

**hidden** 9:10
**hide** 109:1
**hiding** 11:18,
19
**high** 37:17
43:12
**highly** 53:22
56:24
**hill** 140:14
**hire** 85:25
**hired** 68:5
72:21 73:8
**Hispanic**
53:15
**historical**
25:14 60:6,9
118:11
**historically**
75:3
**history** 13:7
19:6,24 52:17
113:13 117:14
127:15,18
130:4 132:18
133:3 134:19
135:15 139:19
**hit** 85:2
116:5
**hold** 41:17
87:20
**home** 5:15
109:6 123:22
135:22
**Homeland**
25:19 30:10
**hooked** 93:14
**hope** 5:17
99:17
**horrified**
28:5,19 29:2,
5,15 30:11
31:1,13 32:18
**horrifying**
31:10,12
35:16
**horror** 41:15

**host** 127:5
**hosts** 6:6,18
**hour** 3:13
73:9 84:6
**hours** 31:2
58:13 61:11
69:12,13,15
71:17 72:7
**house** 110:9,
14 119:2
**Houston** 43:23
**huge** 34:12
43:22 71:10
72:23,24 79:1
**human** 40:10,
11 54:4
**humanity**
18:23 102:11,
12 128:7
**hundred**
11:10,22,24
16:9 19:2
21:16 22:20
23:19 24:3
26:14,15,16
27:2 56:11
57:5 58:5,7,
23 74:4 77:3,
5,18 80:12
81:16,17
84:17 94:18
96:3 98:17
103:15 112:3,
4 113:12,15
116:11 131:16
134:18 136:11
137:19 138:4
**hurt** 4:21
**hydroxychloroq**
**uin** 111:13

---

**I**

**ID** 114:16,24
116:23,24
126:2,14
**identic** 16:6

identical
84:8
identification
116:13,14
illegal  14:2
15:1 20:12
23:6 41:23
illegally
16:21 17:5
image  15:5
54:11,17,18
101:4
images  54:18
55:19,23
56:15,18
57:11 59:12
85:13,17,23
86:15 88:14
89:3,5 90:25
imagine  37:3
57:2
immediately
106:25
immense  52:25
impeach  22:8
importance
64:2 105:5
important
20:16 50:5
74:8 75:19
84:20 85:5,6
86:19 101:3
116:2 120:18
132:17,21
133:9,23
134:5
impossible
53:19 95:25
impressive
8:12
INA  30:21
inaudible
25:21
incentivized
15:9
inch  9:23
include

111:21
including
12:1 24:20
95:2 116:3
137:21,25
140:2
incomplete
16:19
incredible
16:9 47:21
118:10 122:20
independent
125:12 127:12
India  51:7
individual
50:12 52:25
individually
54:25
industry  40:2
influence
24:15 30:5
90:23 95:8
influenced
25:4
information
24:16 25:5
26:20 36:14,
15 39:6 42:9
44:21 45:12
46:5 49:19
66:4 67:6
73:20 87:24
88:9 90:4,10,
11,13 91:23
101:13
113:22,25
120:13,14
123:4 125:7
127:13,19
129:8,9,11
130:22
informational
24:15
informed
59:13
inherent
90:22 95:7

inject  45:2
injected  34:9
injections
101:19
input  3:23
55:5,7
insert  91:24
inside  11:11
30:13 49:11
119:13 121:1
124:24 125:16
130:19 137:6
insight  55:18
install  98:11
installed
85:1
insure  101:6
integrity
30:23 60:23
intel  126:22
131:25
intelligence
30:12,21
129:13 130:1,
17 134:11
138:17
intense  6:3
8:19
intensity
8:20
intent  92:8
intentionally
90:22 95:6
intercepting
67:11
interception
67:12
interchange
39:13
interdict
25:10
interdicted
25:5
interested
30:15 75:24
76:1 133:18

interesting
27:25 49:2
51:1 54:1
56:22,25 63:5
70:4 72:20
73:14 83:25
84:4,9 92:11
interference
106:14 114:6
122:23
interim  67:8
internet
41:11,21
66:6,11,15,
17,22 67:3
71:25 72:5
87:2,10 88:15
93:10,14,15,
16,19 100:18,
21 101:2,11,
12 102:2
107:13,14,15
114:10,20
intervention
129:16
interview  7:8
8:19 40:15
50:12 105:17,
18 106:17
interviews
6:10
intrude
129:20
intrusion
114:1,9
115:2,14
117:18,23
118:22
intrusions
115:22,24
116:1
investigate
29:5 46:1
47:25 88:5,8
105:21 130:18
investigated
45:23,25

investigation
  46:5 135:9
  138:9
investigations
  11:7
investigative
  112:18 113:7
  124:1
investigators
  30:9 130:21
involve  38:11
  74:25
involved  7:3
  24:22 27:24
  61:6 63:17
  65:6 127:8
involvement
  40:10,11
  112:21 130:2,
  3
IP  114:10,14,
  17,19 119:17,
  19 122:4
  126:1,15
iphone  54:12
Iran  117:22
issue  22:14
  38:10 82:9
  112:14
Italy  45:14,
  15
items  85:23
  88:10

---

**J**

---

Jack  58:7
  61:8,9,14
  63:22 107:6
jam  69:25
  70:1,2
James  120:15
jammed  70:3,
  5,8,10
January  3:9
  11:9 22:7
  96:24 99:7

112:2
Jimmy  74:15
  82:7
job  18:11
  23:9 111:7
  137:4,5
jobs  3:14,17
  21:23 133:14
Joe  18:17
  69:10,11 75:7
  76:5 77:1,14
  78:12 79:17
  80:3 101:18
Johnson's
  30:9
join  27:18
joins  113:7
journalist
  62:8
journalists
  61:25
journey  53:23
judge  35:12
  41:14 57:6
  58:20,24
  63:10,15 82:9
  83:11 85:12
  89:7,9 90:6
judges  34:20
  47:5 82:15
judicial
  134:10
July  29:11
jump  5:3
  33:17
Justice  45:25
  59:11 132:1
  134:11,16
justices
  137:18 140:3

---

**K**

---

Kemp  23:15
Kerney  78:12
key  4:5 84:8

kicked  55:13
kidding  108:7
killed  6:9
kind  7:24
  12:20 14:11,
  20 24:20
  44:19 68:22
  69:21,22
  73:24 110:15
  118:7 129:18,
  25
kinds  23:15
  27:1 72:14,18
  102:3
knew  3:2
  19:22 27:11
  29:4 33:12,
  13,14 34:1
  35:25 36:5
  49:4 51:17
  53:2 60:13
  63:6 75:8,12,
  14,16 78:20
  81:24 82:1
  96:11 109:8
  120:16,19
knowing  66:22
  123:11
knowledge
  25:15

---

**L**

---

lady  103:8
land  66:15
landslide
  51:19,21 53:3
language
  125:21
large  52:19
  67:3
largest  52:21
  133:2
late  17:6
  47:14 138:20
launched
  61:11

launching
  138:8
law  16:13
  55:22 104:9
lawn  51:12,16
laws  59:10,
  15,18 102:22
lawsuit
  75:18,20
  85:10,11
lawsuits
  103:2 108:1
lawyer  74:22
  97:22 100:1
  104:6 105:7
  109:7,16
lawyers
  102:19 105:2
  108:13
leaders
  140:12
leading
  137:21
leads  99:10
leaked  7:6
learn  13:24
learned  56:19
  106:17
learning  5:2
  25:2 75:25
  121:9
leave  22:13
  32:22 98:16
leaving
  120:22
lecture  60:7
led  129:20
left  3:20
  21:1 41:8
  49:14 94:22
  101:20 132:5
legislator
  105:18,19
legislators
  18:11 21:24
  60:11 105:25
  106:23 108:13

legislature
  110:18
legislatures
  111:7 134:9
legitimate
  105:8
lengths  47:21
letters
  107:22
level  32:2
  64:13 78:9
  129:23
levels  32:21
  34:4
liars  26:3
license
  104:22
lie  7:20,21
  26:7,12
  93:12,18
lied  20:11
lies  20:10
life  63:25
light  140:15
lights  140:16
limited  35:12
  36:12
Lindell  3:1
  6:5,7 7:16,23
  8:4,9,13,22
  9:18,24
  10:12,13
  20:18 22:20
  23:7,8 24:11,
  12,17 26:1,23
  27:18,20
  28:10,15,19,
  23 29:16,21
  30:7 31:11,
  18,21 32:7,
  15,24 33:4,8,
  20,25 34:11,
  18,23 35:3,8,
  17 36:4,18
  37:15,21
  38:3,11 39:10
  40:15,18,24
  41:12,22

42:3,23 43:5,
8,21 44:2,8
45:8 46:10
47:2 48:4,19
49:22 50:13,
15 51:4,20,24
52:5,11 53:9,
12,16,18
54:8,19 55:7,
16,20 56:9,16
57:15 58:4,7,
19,25 59:5,8,
19,24 60:2,4
61:8 62:14
63:5 65:1,4,
13,15 66:7,21
67:10,14,21,
25 68:4,8,12,
16,18,21
69:1,4,8,11,
14,17 70:3,9,
12,17,22
71:1,9,14,17
72:14 73:23
74:18 76:7,9,
13,17,22
77:3,6,16,21
78:15,19
79:4,9,12,16,
19,22,25
80:5,9,17
81:1,5,11,16
82:12 84:22
85:7,24 86:3,
7,10,16 87:3,
5,8,16,20,25
88:3,11,18,23
89:13,16
90:5,16,19
91:2,4,15
92:3,18 93:17
96:2 97:21
98:13,17
100:6,15,18,
20 101:9,12,
15,23 102:8,
24 103:4,10,
24 104:3,7,23
105:1,9,12,

15,23 106:1,
7,11,15,20
107:2,22
108:22 110:4,
23 113:7,10
116:9 117:2,9
118:1,18
119:4,7
120:4,12
121:7,16,20
122:7 123:6
124:18 125:4,
14,18 126:10
127:16,20
130:5,6,23
131:11
132:10,12
134:17,21
135:4,11
136:5,10
137:11
138:10,21
139:2,17
Lindell's
  8:14
lines  46:13
  119:9,17,21,
  25 120:10
  121:10,12
  124:9,19
link  89:25
listened  3:22
listening
  4:14
listing  16:18
literally
  28:21
litigation
  105:8
live  15:12
  64:23 75:2
lived  75:8
lives  5:13
  42:13 75:15
living  12:20
load  32:1
loaded  14:14,
  15 41:15

local  34:5
  59:13 67:3
  76:4
locations
  28:9
log  92:12
logical  139:1
login  44:22
  45:5
logs  28:2,4
long  21:10
  28:1 42:11,24
  102:18 109:18
longer  104:25
looked  11:6
  25:6 27:9
  29:23 30:25
  31:8 40:20
  82:18,21
  84:17 90:25
  116:15 126:14
Loomer  107:9,
  17,19,20
lose  4:11
  39:18 82:25
lost  14:3
  15:15 16:3
  17:14 53:9,11
  64:1
lot  14:7
  15:21 20:6
  25:3,13,14,15
  26:7 39:2
  43:24 52:17
  59:2 60:13,14
  62:17 64:1
  111:18,21
  121:9 135:15
  136:18
love  108:8
low  22:11
  88:24
lowest  5:19
luck  13:3
  21:6
luxury  78:6
lying  26:3,4,

7,11

---

**M**

---

**machine** 11:11
20:23 27:8
30:1 39:16
54:8,9,10,14,
15,16 56:12
62:16 68:18,
22 69:25 71:6
74:10 77:24
79:23 80:24
83:23,24
84:9,13 87:10
88:15 91:5,8,
10,13,18,25
92:1 94:5
100:9,17
102:6 111:25
112:1 125:20
131:3
**machines** 10:2
11:13,25 12:7
13:10 18:24,
25 19:4
21:13,21
22:3,14 24:4,
6,18 28:11,
12,15 29:17,
19 30:6 32:9
38:4,12 39:7,
15 40:2,9
41:1,3 43:10
49:10 50:3,6,
21,24 52:6,7,
10 53:7 54:2
55:25 56:10
60:8 62:19
63:8,9 64:4
67:14 68:16,
20,25 69:1,3,
21 71:19
73:10,11,24
74:1,6,7
77:10,20,21
78:2,9,21
79:12,13,14
82:10,14

83:19 84:8,18
86:8,12,21
87:1 94:11,16
97:2,3 98:20
99:2,10,23
100:11,12,22
102:10 103:6
107:14 108:19
109:10
120:17,23
125:3 128:17
136:14
**made** 11:3
19:5,8,9
20:14 43:25
48:13 84:25
85:4 93:1
**MAGA** 23:3
**magnitude**
42:7 138:17,
18
**mail-in** 13:21
14:8 15:2,7,
17,19 16:11
70:1 72:25
73:5 78:25
**mailed** 14:9,
10
**mainstream**
6:16 60:15
61:15 94:23
104:2
**major** 138:8
**make** 4:3 8:7
17:16 36:1
40:7 49:13
64:11 95:20
110:21 123:3
124:4 127:9
130:12
**makes** 92:25
**making** 18:5
22:8 49:21
62:5 97:8
**malware** 44:9,
20
**man** 7:19 63:1
67:8,16

133:11
**management**
25:2
**manager** 71:5
**manifest**
139:8
**manifests**
139:6
**manipulated**
29:15 91:21
101:16
**manipulating**
34:7
**mankind**
132:18
**manner** 92:17
**manual** 56:7
86:25 87:2,9
93:9 96:6
100:14,15
101:1,14
**manually** 40:6
**manufacturer**
15:6
**manufacturing**
3:13 8:7
**map** 120:5
**marathon**
65:10
**margin** 13:19
16:13
**Maricopa**
14:12
**mark** 61:14
107:6
**marketing**
55:14 97:9
**Mary** 112:18
113:6,14,15,
17 116:18
117:3,14,17
118:13,15,19
119:5,8,10
120:5,13
121:7,15,17
122:3,6,19,21
123:12,20,25

125:11 126:1
127:14
130:18,20
**masks** 8:8
**mass** 7:3
**Massachusetts**
51:10 53:5
58:10,15 59:2
**massive** 24:5
34:5,17 45:4
60:24 77:24
132:18 134:13
**master** 85:18
**match** 126:12
**matches** 84:7
**material**
124:15
**math** 20:17
22:16 97:9
**mathematical**
55:11 59:3
95:1
**Mathematically**
56:11
**Matt** 74:15,
17,18,21 75:1
76:8,11,15,
18,25 77:5,
13,20 78:11,
18 79:3,8,11,
14,17,20,23
80:1,6,16,20
81:2,6,15,17
82:7,12 83:17
84:14,22
85:10 86:2,5,
9,14,17 87:4,
6,9,17,22
88:1,6,13,19,
25 89:15,22
90:8,17,20
91:3,7,16
92:4 100:1,8,
16,19,24
101:10,13,17
102:6,15,25
103:9,19,25
104:4,8,24

Case 2:10-cv-13101-BAF-RSW Doc # 146 Filed 02/22/21 Page 161 of 175
Mike Lindell and Steve Bannon Absolute Proof Plaintiff

January 16, 2009                                    19

105:3,10,14,
16,24 106:2,
8,12,16,21
109:18,19
112:25
**Matt's** 99:12
**matter** 40:23
47:9 54:20
78:22 128:2
**mattered** 19:8
**Mau** 129:21
**Mcinerney**
132:8,9,10,
13,15 134:20
135:2
**meaning**
134:10
**means** 12:9
37:25 56:4,17
58:1 59:1
68:24 88:11
115:4 118:23
131:7
**media** 4:6,18
6:16 9:6
10:15,18
19:20 30:17
34:15 44:16
49:15 60:15
61:13,15
62:18 64:7
90:1 94:23
98:2 99:19,22
104:2 107:6
128:14 129:22
139:24
**medical** 8:2
**meet** 50:10
**meeting** 3:12
**Melissa**
64:21,22
68:5,7,11,13,
17,19,23
69:3,6,9,13,
16,19 70:5,
11,13,21,25
71:4,10,15,23
72:6,20 73:6,

20
**member** 27:21
**members** 29:11
**mention** 59:20
**met** 3:7 32:21
50:17,19
54:22 118:4
**method** 115:2
**Michaeljlindel
l.com** 48:25
**Michigan**
12:18 14:19,
20,21 21:8
35:5,18
64:19,25
65:5,13,15,21
72:22 73:2
74:18 75:3
78:1 79:6
80:13 81:21
82:1 83:14
84:22 85:6
88:16 90:13
92:15 93:4
94:25 100:14
102:15,17,19,
20 103:2,11,
20 104:9
105:18,19,25
106:9,24
108:18 109:3
110:6,7
114:22,23,24
115:18 122:17
**Microsoft**
65:22
**middle** 45:16
67:8,17,23
72:1 73:3
135:25
**mike** 3:1,13
6:1,5,7 7:16,
23 8:4,9,13,
14,18,22
9:14,18,24
10:12 20:7,18
22:20,25
23:7,8 24:7,

10,12,17
26:1,23 27:4,
17,20,25
28:10,15,19,
23 29:16,21
30:7 31:11,
18,21 32:7,
15,24 33:3,4,
8,20,25
34:11,18,23
35:3,8,17
36:4,18 37:7,
15,21 38:3,
11,20 39:10
40:15,18,24
41:12,22
42:3,20,23
43:5,8,21
44:2,8 45:8
46:10 47:2,17
48:4,8,19
49:22 50:13,
15,18,25
51:2,4,20,24
52:5,11 53:8,
9,12,16,18
54:8,19 55:7,
16,20 56:9,
13,16 57:15
58:4,7,19,25
59:5,8,19,24
60:2,4 61:8
62:14,24 63:5
65:1,4,13,15
66:7,21
67:10,14,21,
25 68:4,8,12,
16,18,21
69:1,4,8,11,
14,17 70:3,9,
12,17,22
71:1,9,14,17,
22 72:14
73:23 74:18
76:7,9,13,17,
22 77:3,6,16,
21 78:15,19
79:4,9,12,16,
19,22,25

80:5,9,17
81:1,5,11,16,
19 82:11,12
84:19,22
85:7,24 86:3,
7,10,16 87:3,
5,8,16,20,25
88:3,11,18,23
89:13,16
90:5,16,19
91:2,4,15
92:3,18
93:11,17 96:2
97:21 98:13,
17 99:25
100:6,15,18,
20 101:9,12,
15,23 102:8,
24 103:4,10,
24 104:3,7,23
105:1,9,12,
15,23 106:1,
7,11,15,20
107:2,8,22
108:17,22
109:24 110:4,
23 112:25
113:7,10,17
116:6,9
117:2,9
118:1,18
119:4,6,7
120:4,12
121:7,16,20
122:7 123:6,
14 124:18
125:4,14,18
126:10
127:13,16,20
130:5,6,23
131:2,3,11,17
132:3,9,12,15
134:17,21
135:3,4,6,11
136:5,9,10,19
137:11
138:10,21
139:2,15,17

**military**
24:15 133:10,
15
**million** 8:9,
14 118:5,6
133:24,25
**millions** 3:17
12:10 20:24
**mind** 32:25
33:2
**mine** 63:21
**Minnesota** 4:5
95:2
**minors** 22:24
**minute** 31:18
47:19
**minutes** 41:18
85:8 112:24
**miracle** 12:5,
22 13:12,15
18:5,18 20:22
21:11,14,25
22:4 82:13
98:25 99:9
123:11
**miracles** 12:4
20:15,21
**mislead**
102:21
**missing** 92:12
**mistakes**
94:25 95:2
**MIT** 50:12,16
51:3 56:20
59:1 62:25
**Mobile** 117:21
**mocked** 64:24
**mockery** 104:1
**mode** 21:7
**modulate**
133:7
**mole** 19:22
**moment** 113:11
122:13
**money** 8:7
25:16 48:2,3
60:16 136:22

**month** 10:14
19:10 55:3
96:23
**months** 5:18
12:5 18:3
136:17
**Moore** 29:1
**morally** 7:24
**morning** 13:1
21:4 75:9
122:18
**motion** 58:23,
24 85:12 89:7
**move** 52:22
119:21
**movie** 41:10
61:9 74:16
**moving** 17:4
108:23 119:17
120:25 121:18
**multiple** 47:6
115:22
**multiplied**
59:4,5
**multiply** 9:1
27:2 56:3,5
**Myoleander.**
**com.** 8:23
111:13
**myth** 34:15

---

**N**

---

**naive** 26:10
**named** 17:19
75:14,23
**names** 7:23
39:13
**nation** 5:13
6:21 132:16
134:25 137:14
139:11 140:21
**national**
35:15 57:13
64:22 93:1
113:1 129:13,
25 134:14

**nationwide**
43:5 77:25
**Navarro** 113:1
**Nazi** 61:17
**needed** 83:23
122:19
**neighbors**
81:25
**Nessel** 102:16
103:9,10
104:19 105:17
106:17,22
108:11 109:6,
14
**net** 80:14,16,
17 81:14
**Netflix** 41:9
**network** 3:16
9:20 51:13
65:25 67:4
101:7
**networks**
108:4
**Nevada** 14:25
15:1,11,12
**news** 6:16
37:1 62:20
64:11 93:1
108:4 109:14
131:10
135:18,19
**newscast**
61:24
**newspapers**
10:15
**nice** 8:11
123:21
**night** 6:6,17
11:3 12:6
20:22 31:23
44:12,15
45:17 51:18
62:21 64:23
65:11 67:23
68:2 71:5
72:1 73:4
75:6 77:1
78:12,14 80:7

83:25 92:10
100:10
**Nonnevadians**
15:11
**nonsense**
20:14
**nonstop** 9:19
62:4
**normal** 12:25
37:15,16
**northern** 75:3
78:1 79:6
80:13 81:21
82:1 85:6
93:4
**notes** 108:10
**notice** 88:23
89:1 115:23
**November** 5:11
11:1 25:12
36:11 45:17
68:6 75:10
76:6,16 78:20
79:23 80:25
81:7,8 87:12
88:2 92:13,14
101:20 105:16
106:18 113:23
118:20
**nuclear**
135:12
**number** 21:11
37:15,16 57:2
70:7,19,24
77:12 80:21,
22,24 88:6,24
92:10 101:6
114:11 115:25
121:6 133:11
**numbers**
17:21,22 18:1
20:8,10,11,
19,20 22:9,18
56:25 57:4
76:24 78:20
97:10,12
102:5 118:3,9
121:2,3 134:1

nuts   31:7

---

**O**

---

Oak   77:13
oath   102:20
  132:23
objects
  121:18
observer
  15:18
obvious   35:23
  51:22
occur   57:5
occurred   54:5
occurs   51:6
October   60:1,
  2
odd   57:2
office   17:5,
  24 51:3 107:1
  120:22 132:23
officer   25:6
  58:17
official   61:6
  98:15
officials
  23:2,7 29:8
  39:2 66:13
  103:20 106:5,
  9,18 108:17
oftentimes
  115:12
oil   7:12,14,
  22
ongoing   99:21
online   26:5,
  20 31:14
  32:10 41:1,7,
  22,23 42:1,2,
  10 48:16
  49:19 67:10,
  15 68:8,9
  74:6 94:7,8,
  13,17 96:6,8,
  9,11,12,13
  124:15

oop,you   85:3
open   36:2
  57:7,8 58:19,
  20,21 64:12
  94:5,6 97:3
  99:1,13,23
  103:15 109:11
  120:17 121:23
  131:3 138:7
opened   14:16
  18:24 111:14
  138:13
opening   14:14
  20:9
operate   44:1
operation
  42:5,7 43:23
  138:17
Operational
  27:22
operations
  24:15,16,24
  27:17 89:11
opinion   29:22
  30:1 43:12
  45:21,22
  46:11 47:7
  89:20
opinions
  23:15
opportunity
  51:1
opposes
  107:16
orchestrated
  132:22
order   32:20
  58:3,21 63:16
  77:17 82:9
  89:6 94:17
  100:21
  129:14,15
ordered
  63:18,22
orders   58:2,9
organization
  51:17

oriented
  97:10,11
original
  79:15
outbursts
  107:20
outcome
  123:17
outlet   62:10
overseas
  31:17,19,24
  32:6,11 34:9
  38:7 45:1
  93:20 96:17
  99:6 124:7
oversight
  30:10
overstated
  86:17
owed   129:14
owner   71:15
  114:13
owns   44:11
  129:7

---

**P**

---

p.m.   87:12
  92:13
pack   70:19
packets
  120:25
pages   28:4
  117:14,15,17
paper   43:17
  53:6 54:3,4,
  6,10,13 69:22
  91:11,13,19,
  20,24
paper-based
  52:22
part   14:24
  24:9 26:5
  35:10 40:14
  48:19 63:2
  71:15 84:20
  98:15 104:16,

  25 111:6
partially
  131:7
partner   24:2
partners
  24:1,24
parts   46:21
  84:20 97:16
party   53:3
  110:9 112:16,
  21,24 113:3,5
  123:17 125:9
  137:3
pass   110:12
passed   55:22
passes   44:16
passing   67:6
past   19:10
Patrick   64:21
  65:4,6,8,14,
  16 66:8,25
  67:13,16,24
  68:1 71:22
patriot   63:24
  75:15,22
pattern   50:17
  52:18 57:5
pay   3:9
penetration
  137:9
Pennsylvania
  15:16,25 16:1
Pentagon
  135:13
people   4:20,
  21,24 5:21
  6:6,12,15
  9:17,22 15:10
  17:2,7,16,18
  18:8,9 19:11,
  19 20:13
  21:15 22:24
  23:22,23,25
  28:3,6 30:17,
  20 31:25
  32:17 35:21
  37:6,7,24

38:1 40:24
41:7 42:9
46:12,17,22,
24 47:3,4,13,
19 48:11,14,
17 49:20 54:4
59:2 60:15
63:24 64:11
66:19 72:3,8,
13 75:1,7,14
83:7,9 85:25
86:6,14 89:24
90:1 92:23
93:19 94:22
95:3 96:8,13
97:7,17 99:8
103:8 104:14
107:11 109:19
110:5 111:16,
21,22 112:8,9
118:25 119:12
122:8 123:22
124:14 125:11
126:21,22
127:1,9,22
128:25 129:20
130:14,19
132:4 133:3,
16 134:6,23
135:9 136:15
137:12,24
138:10 139:24
140:15
**percent**
11:10,22,24
12:17 19:2
21:17 22:20
23:19 24:3
26:14,15,16
35:23,24
37:13,14,20,
21,22,24
53:6,7 56:11
58:5,7 75:4,
6,7 77:3,5,18
78:16,17
80:12 81:16,
17 82:21,22
84:3,17 91:9

92:2,21,22
93:5,6,7
94:18 96:3
98:17 103:15
112:3,4
113:12,15
115:23,25
116:1,11
131:16 134:18
136:11 137:20
138:4
**percentage**
21:9 37:17
53:9,12,13,
16,17 56:3
**perfect**  78:7
90:5
**performed**
52:25
**period**  49:25
88:10 124:21
**permitted**
90:9
**person**  70:7
75:14 104:10
108:24
**personally**
4:2 9:4 113:2
**perspective**
134:18
**Pete**  43:16
**Peter**  113:1
**Phil**  24:13
**phonetic**
44:11 74:22
**phonetics**
64:22
**pick**  38:24
50:3
**picked**  39:1
**picking**  40:1
**picks**  40:24
**picture**  3:1,5
54:12
**piece**  11:9
44:20 55:23,
24 91:11,13

96:24
**pieces**  74:17
**piled**  6:18
**pillow**  10:13
132:3
**Pillow's**
10:19
**pillows**  97:8
**place**  5:23
21:18 53:24
89:6 116:3,4
123:2
**places**  36:6,
10,25 37:2
39:9 41:24,25
43:20 62:18
**plain**  45:3
**plains**  132:24
**plan**  110:25
111:3,4
**planning**
111:1
**platform**
27:12 49:7
64:7
**platforms**
61:14
**played**  62:16
112:10
**playing**  28:22
**plug**  87:5
**plugged**  72:17
96:5
**pocket**  8:10,
14
**point**  11:15
16:4 18:4,5
39:11,16 40:4
54:17 67:6,7,
8 120:21,23
121:6 132:24
**points**
120:21,24
**poker**  26:2
**poles**  14:14,
16

**political**
46:13 61:3,4
**politicians**
112:12
**politics**  3:10
30:5 76:4
**poll**  15:22
41:8,9,10,19
65:9 73:11
**Pompeo**  112:25
**pop**  60:20,21
**popped**  60:17,
20
**pops**  36:20
**positive**
117:5 118:16
122:22
**possibility**
93:13
**post**  17:5
62:3 105:17
**Postal**  16:8
**posted**  75:12
**posts**  42:10
**Pottinger**
112:25
**pouring**  3:18
12:19
**power**  52:9,23
61:15 103:20
**powerful**
74:16
**powers**  53:1
**practice**
102:19
**prayers**  7:17
**praying**  5:22
8:15
**precedence**
140:6,8
**precinct**
41:14,15,19
67:18 77:9
78:2,8 85:22
**precincts**
77:7,9

Case 1:14-cv-00445-GLN Document 2146 Filed 02/22/21 Page 165 of 175
Mike Lindell 2014 GLN Secure Banner Absolute Proof Know It

January 16, 2009                                                    23

**precisely**
  87:23
**predicted**
  20:25 21:3
**Preliminary**
  89:11
**prepared**
  48:12,14,18
  49:15,16,19
  89:8 125:1
  127:11
**preregister**
  17:3
**present** 92:12
**presented**
  34:14 106:10
  120:15
**president**
  3:6,24 5:17,
  20 16:16
  17:11,21,24
  22:8,18 81:3
  118:4 119:2
  129:14,24
  133:12,24
**President's**
  22:23
**presidential**
  48:10 76:2
  81:23 83:13
  123:18
**press** 4:9,16
  22:13 64:9
**pressed** 132:6
**pressure**
  108:12
**presume** 88:6
**pretty** 8:18,
  19 47:18
  64:13 95:11
  113:8 140:1
**prevent** 67:7
**prides** 38:21
**primarily**
  76:3
**primary** 51:18

**print** 11:11
**printer**
  69:21,22
**prints** 83:24
  126:19
**prior** 17:7
  88:9
**prismatic**
  120:18
**private** 3:12
  31:6 63:18
  129:6,9,12
**proactive**
  123:9 139:3,5
**problem** 25:12
  39:5,8 59:17,
  19 71:10,12
  75:8,16 85:1
  93:5 110:21
**problems**
  38:25
**procedure**
  82:17
**procedures**
  86:20
**process** 52:24
  91:14 92:6
**processes**
  65:25
**product** 7:22
**profess** 7:19
**profession**
  102:23
**Professional**
  106:24
**professionals**
  124:14
**program** 85:20
  134:8 137:6
**progressivism**
  133:20
**promise** 8:2
**promote** 7:12
  8:1
**prompted**
  25:13

**proof** 9:10
  11:10 19:2
  24:10 26:15,
  16 29:13
  34:13 38:16
  40:16 50:13
  103:15
  109:22,25
  112:3,4
  113:12,15
  116:11 117:5
  118:11,16
  121:22 122:21
  131:5,16,22
  136:2 138:4
  139:18,21
**properly**
  86:20
**proportions**
  60:8,9
**prosecution**
  20:10
**prosecutor**
  28:25 88:7
**prospectus**
  132:13
**protect**
  103:11 135:23
  136:21 137:25
  140:5
**protective**
  89:6
**protocol**
  114:10,11,20
**proud** 39:3
  112:20,22
**prove** 11:1
  22:17 56:9,11
  73:23 96:16
**proved** 56:13
  58:4 96:15
**proven** 26:6
**proverbial**
  63:1
**proves** 11:24
**providential**
  81:20

**Province**
  114:15
**public** 59:10
  89:13,14,15
  97:19,24
  99:15 100:23
  104:17,25
  105:5,6 128:3
**publicity**
  75:20
**publicly**
  103:1
**published**
  36:14 43:17
**publishing**
  36:15
**pull** 119:7
  121:11
**pulled** 71:11
  119:8 128:6
**pundit** 72:2
**purpose** 102:8
  138:17
**purposefully**
  90:22 95:7,21
**pursue** 32:23
  55:14
**push** 32:20
  94:23
**pushing** 46:12
**put** 10:22
  13:23 21:18
  23:20 26:19
  29:2 39:7
  41:17 48:12,
  16,25 49:2,
  16,19 52:24
  54:13 57:9,20
  63:12 69:23
  70:19 72:2,
  12,15,16
  73:18,19
  74:2,5,8,10
  89:5,17,18
  90:6 91:10,
  12,19 94:21
  98:1 103:10
  105:7 106:5

117:10 118:19
119:1 123:2,
20 124:15
125:11,25
126:24 127:3,
11 128:15
129:8,9,11
131:5 132:2
134:17
**putting** 11:16
39:20 63:25
108:12 125:1
**puzzle** 55:24

**Q**

**Qsnatch**
44:20,21
**quality** 15:5
**question** 9:15
14:23 46:16
47:18 80:6
96:14 136:24
**questioned**
95:3
**questions**
9:16 10:9
40:12 110:5
116:7 131:24
**quote** 95:5
**quote/unquote**
54:14

**R**

**race** 35:12
43:18 56:1
63:2,7,8 64:3
98:21
**racist** 4:18
**radar** 83:12
**radio** 51:12
**Raffensperger**
23:1
**Raffle** 15:8
**raised** 27:7
43:15

**raising** 67:19
**Ramsen** 83:20
84:15
**Ramsen's**
49:18
**Ramsland**
25:14 27:16,
21,25 28:13,
16,21,24
29:18 30:4,8
31:15,20,22
32:14,16
33:3,7,10,23
34:3,12,22
35:2,7,9
36:3,12 37:4,
19,23 38:9
39:7 40:15,22
41:5,13,24
42:4,24 43:7,
14,22 44:7,10
45:22 46:15
47:17 48:5
49:9 96:22
**Ramsland's**
39:5 85:5
**ran** 29:1 38:1
39:3 42:5
50:20 51:15
96:9
**rare** 51:2,5
**Ratcliffe**
129:24
**rate** 37:25
91:9 92:2
**Ratsaford**
22:22
**reach** 135:18
**reached** 3:11
99:8
**reactionary**
21:7
**reactive**
139:4
**read** 5:15 6:2
97:18
**reading** 6:20
53:24

**Reagan** 140:13
**real** 4:20,21,
24 5:3 6:15
37:6 47:17
51:16 52:15,
16 62:8,9,12
76:23 77:12
86:14 118:9
124:15,23
126:5 131:19
135:19
**reality** 76:8,
20 77:14
**realize** 3:2
27:4 39:22
54:17
**realized**
32:17 64:2
**realtime**
114:3 120:3,
25
**reason** 23:20
35:20 72:16
91:5 94:21
108:3 109:2,3
127:7 128:13,
14,15,16,18
**reasons** 36:15
72:17 127:5
**rebutted** 59:3
**recalibrate**
12:11
**received** 14:8
120:2 121:19
**record** 42:11,
17,19 43:3
127:6
**recorded**
78:13 80:8
**recording**
140:22
**records** 42:9,
21
**recount**
76:12,13,15,
21,22 80:2
81:8 92:24

**recovery** 3:16
9:20
**recreated**
56:12
**red** 82:21
119:23,24,25
120:9
**reemphasize**
39:25
**referred**
38:24
**reform** 65:20
**refuse** 104:4
106:9
**register**
17:18
**registered**
14:7 16:21,22
17:6 80:21,23
**registration**
16:24
**regular** 37:8
104:15
**reinventing**
133:12
**rejection**
37:13
**release** 4:9,
16 89:8,10
90:10
**released**
90:18
**relentless**
64:17
**relentlessly**
6:10 10:14
**relevant** 11:6
**reloaded**
41:18
**reloading**
28:8
**remains** 26:9
**remember** 20:8
47:23 54:2
57:24 82:6
84:24 91:10
92:1 125:8

**remote** 28:9

**remove** 87:19
 88:8

**removed**
 87:17,18
 88:2,4,11

**renowned**
 135:7

**replace** 45:3

**replaced** 43:1

**report** 35:10,
 15 38:23
 44:14 84:14
 89:5,8 90:5,
 18 91:3 94:1,
 20 95:4
 97:14,15,18,
 24 98:18
 103:17 104:5
 129:15
 134:13,16

**report's**
 97:16

**reporter**
 112:19 113:7
 124:1

**reporting**
 31:23 44:12,
 15

**reports**
 44:13,14,23
 45:6

**represent**
 119:17 120:7

**representation**
 105:8

**representative**
 33:24

**represented**
 58:14

**republic**
 104:16

**Republican**
 10:1 15:17
 23:6 35:23
 51:18 75:4
 78:16,23
 92:22 110:9,

14,18,19
 137:14

**Republicans**
 23:16 128:19

**reputation**
 7:15 9:5

**request** 89:10

**requested**
 75:11 100:10

**required**
 13:22 102:19

**rescan** 70:14,
 15

**residence**
 17:6 42:14

**resign** 106:25

**resistance**
 32:22

**resolved**
 112:14

**resources**
 11:5

**response**
 129:14

**responsible**
 136:21

**rest** 55:2
 78:4 108:24
 137:3

**restraining**
 58:21 63:16

**result** 43:15
 65:8 91:18

**results** 53:4
 67:18 75:9,
 11,17,21 84:2
 85:22 90:24
 93:24 95:8
 102:7 105:21
 106:4

**resume** 68:9

**returns** 74:18

**reveal** 107:3

**revealed**
 18:25 46:21
 90:11 102:14
 103:7 134:22

**revelations**
 113:8

**review** 88:13
 89:4

**revival**
 134:24 139:8

**rid** 40:9 50:6
 103:18

**rightful**
 21:18

**rights** 37:13

**roads** 28:1

**robots** 4:25

**rocket** 56:21

**role** 112:10

**roll** 57:2

**Ronald** 140:13

**room** 4:13
 21:21 128:11

**Rose** 5:8 6:3

**rotten** 67:20

**roughly** 75:4,
 6

**routed** 66:11

**rows** 68:15

**Rudy** 64:24

**rule** 119:2

**ruled** 63:15

**Rules** 106:24

**ruling** 127:11

**run** 62:8
 70:20 71:1
 85:20 97:7

**running** 37:11
 38:22 51:10
 55:9

**runs** 51:3

**rural** 81:25
 110:19

**Russ** 25:13
 27:16,25
 28:13,16,21,
 24 29:18
 30:4,8 31:15,
 20,22 32:14,
 16 33:3,7,10,
 23 34:3,12,22

35:2,7,9
 36:3,12 37:4,
 19,23 38:9
 40:14,22
 41:5,13,24
 42:4,24 43:7,
 14,22 44:7,10
 45:22 46:15
 47:17 48:5,12
 49:9,18,23
 50:5 83:20
 84:15 94:15,
 16,24 96:22

**Russell**
 27:20,23
 34:19 36:1,19
 38:14,16 39:6
 44:8 47:7

**Rutherford**
 22:21

**Ryan** 30:9

---

**S**

**S3** 31:25

**sad** 7:18,19

**safe** 23:12
 119:15

**safer** 5:23

**salesman**
 7:12,14,22

**salt** 66:15

**sanctioned**
 112:23 113:3

**sanctions**
 103:22 105:22
 108:15

**Saturday**
 64:23

**save** 128:6

**saved** 55:23

**savvy** 110:1

**scale** 52:19

**scamming**
 43:23

**scan** 37:7

**scare** 39:6
  105:12
**scared** 110:23
**scary** 135:7
**scene** 22:8
  62:12,15
**scheme** 43:23
**school** 75:23,
  25 81:22 82:4
  83:6 97:23
  109:7
**schools** 5:13
**science** 50:17
  52:18 56:21
**scientific**
  53:21
**scientist**
  51:3 55:13
**scientist/**
**engineer**
  55:12
**scientists**
  85:16 86:18
  89:2
**scoring**
  120:18
**screen** 90:3
  92:7 122:12
**Scroll** 14:18
**scrutiny**
  43:19
**seal** 67:5
**sealed** 67:19
**seat** 81:22
**seconds** 114:9
**secretaries**
  23:16
**secretary**
  16:17,18
  17:12,20,23,
  25 18:2 20:19
  21:24 57:10,
  12,25 58:9,16
  63:11,14,16
  76:20 83:14
  87:23 115:6
  120:22

**section** 20:16
  99:25 100:4
  112:17,20
  129:5
**securely**
  86:22
**securing**
  86:21
**security**
  24:24 25:19
  27:16,21,23
  30:10,12
  31:16 45:4
  89:11 95:19
  113:1,18,22
  119:13 123:1
  134:15
**seek** 105:21
**seeking**
  75:20,21
**sees** 47:12
**segment** 26:18
  27:17,18
  61:12
**selected**
  95:15
**selections**
  55:22
**sell** 7:25
**senate** 20:9
  50:20 52:20
  65:21 90:13
  110:10,15
**senator** 44:5
  65:5,19 71:23
  72:19 73:21
**senators** 29:7
  60:10
**send** 32:13
**sends** 107:22
**sense** 11:4
  17:16 36:1
  40:10 92:25
**sentences**
  16:19
**September**
  33:7 51:18

  53:2,25
**series** 13:5
  32:19 75:13
**server** 28:3
  32:4,5 44:18,
  19
**servers** 31:24
  32:11 33:16,
  17 38:7 45:9
  93:20 96:17
  99:5 124:5
**Service** 16:8
  117:20
**services**
  130:17
**Sessions**
  43:16
**set** 13:4 30:6
  43:12 98:21
  101:1 107:14
  116:3
**severe** 120:9,
  11 123:24
  124:2
**severity**
  120:7
**shameful** 8:6
**share** 89:25
  90:2
**sheet** 120:6
  128:24
**shift** 65:11
**shining**
  140:14
**Shiva** 50:11,
  16,19,25
  51:5,22 52:1,
  7,17 53:11,
  13,17,21
  54:9,21 55:6,
  12,17,21
  56:13,17
  57:20,24
  58:6,9,20
  59:1,6,9,23
  60:1,3 61:1
  62:12,24
  63:24 64:10,

  16
**shocking**
  113:8
**shop** 31:2
  83:1
**shops** 92:25
**short** 5:18
  49:25
**show** 6:6,18
  8:16 9:16
  10:22 11:2,20
  12:8 13:13,
  17,25 16:1
  17:11 19:1
  20:3 22:2
  23:24 24:3
  32:25 35:4,19
  38:13,16,17
  39:7,11,19,21
  43:9 60:12
  61:22 62:20
  72:17 73:24
  74:1,9 80:11,
  20 84:5 87:21
  90:11,14 93:9
  94:3 96:11
  100:22 101:18
  102:9 113:15
  114:22 118:8,
  14 119:6
  121:12,13
  122:4 131:3,
  17 136:8
  137:18,19
  139:25
**showed** 11:12
  29:2 30:11
  39:14 41:14
  56:14 57:9
  58:2 97:2
  98:4 119:18
  137:5
**showing** 59:4
  77:6,22 116:8
  119:22 122:5,
  23
**shown** 93:9
  128:21 136:10
  137:11,12

shows  10:15
  11:13 57:22
  73:25 114:8,
  9,14,15,17,23
  115:2,8,10,
  11,14 116:25
  117:4 121:3
shut  9:12
  12:12,13
  43:10 57:12
  58:18 61:10
Sickabuck
  107:6
side  46:13
Sidel  32:3
  44:11
sides  68:24
siege  102:15
Sight  31:23
signature
  15:4,7
signed  35:9
  129:15
significance
  88:3
signs  51:12,
  16
silence
  104:22
silent  106:1
similar
  28:15,16,17
similarities
  25:3
simple  37:6
  47:1
simply  137:4
simulated
  124:20
simultaneously
  133:14
single  19:7
  32:4,5 42:25
  44:22 52:25
  69:19 73:15
  99:2 108:24
  117:16 121:13

122:9 130:11
sir  7:18 8:2
  18:1
sit  71:1 72:8
  111:22
site  39:20
  48:25 72:15
  74:2,9 75:12
  89:23
sitting  85:18
situation
  49:17 86:23
  93:6,8 98:11
skip  14:18,24
  15:7
skittish  44:1
slide  80:21
  100:25 101:3
slides  101:3
sliver  128:11
slow  67:22
slowed  67:25
small  35:21
  65:22 75:3
  79:5 81:20
  93:3 97:22
  100:1
smaller
  138:18
smart  64:17
smartest
  50:11
Smartmatic
  10:2 26:6
  29:25 39:12
  48:22,23
  107:25 128:4
smash  27:13
snake  7:12,
  14,22
social  4:18
  9:6 10:14,18
  19:20 61:13
  64:6 90:1
  107:5 129:22
  139:24

socialist
  133:19
socialists
  49:25
software
  85:1,20 86:15
  88:17 90:12
  98:11,12
  100:25 110:20
  125:20
softwares
  28:18
solid  32:21
something's
  67:20
sort  34:14
  37:8 55:14
sound  27:9,10
  49:6 61:21
source  87:13
  114:13,17
space  57:22
  65:24 119:14
Spain  44:11
  124:6
spate  102:22
speak  44:8
  47:13
speaks  19:20
specialist
  65:23
specific
  24:18 101:19
specifically
  44:9 66:4
specifics
  48:15
speech  61:4,5
spelled
  133:4,5
spend  5:16
  25:13 48:2
  55:2
spending  6:8,
  22 9:9
spent  31:2
  60:16 133:10

spike  21:8
  72:23,24
  73:17 101:24
spikes  12:18
  101:17,18
spit  100:9
spite  109:21
spoke  5:8
Spread  139:24
spring  5:7
spy  84:7
  124:24
  125:16,24
squares
  121:20
squeamish
  129:25
squished  27:6
  124:21
staff  29:12
  133:11
stamp  11:11
  57:22 116:10,
  22 121:5
  126:19,20
stamps  121:11
stand  130:10,
  12
standard
  44:17
standpoint
  53:21 55:14
stark  95:5
start  3:3
  9:15,21 10:7
  20:3 26:3
  30:18 47:18
  53:23 83:18
  127:13
started
  11:15,17
  25:9,15
  48:21,22
  53:24 123:3
starting
  65:11

**state** 13:17
14:17 16:13,
17,18,23,25
17:12,20,25
18:2,15 20:20
21:24 23:16
29:8 38:21
39:23 41:18,
19 56:14
57:6,10,12,13
58:1,10,16
63:11,15,16
65:5,19,21
71:23 72:18
73:21 76:20
83:14 87:24
92:16 95:9,15
99:2 100:13
102:17,22
104:10 106:23
108:13,18
110:6,8,14
114:22 116:23
133:19
**state's** 17:24
115:6 120:22
**statement**
41:6 124:4
**statements**
48:13 104:24
**staters**
134:12
**states** 12:12
14:22 15:4
18:6,10 21:4
22:19 24:1
31:22 32:10
36:10 39:22
48:10 51:7
58:12 64:12,
20 90:20
109:4 114:3
115:1 125:8
132:25 137:9
**station** 54:23
65:24 101:6
**stats** 21:15
**stay** 46:25
73:12 74:18

106:1 132:9
**steal** 11:25
19:5 21:1
91:6 96:13
118:25 120:20
**stealing**
119:24
**step** 98:24
139:1
**stepped**
110:15
**stepping** 23:3
**Steve** 96:3,19
110:23 125:4
131:24
**STEVEN** 6:1
8:18 9:14
10:6 20:6
22:7,25 24:7
25:18 26:17
27:15 38:20
39:24 40:6
48:8 49:13
50:10 62:24
64:15 71:22
73:19 74:14
81:19 84:19
93:3 94:19
97:6 98:9,14
99:24 107:8
108:9 109:24
110:5 112:13
123:14 124:25
125:5,17
126:8 127:4,
17 129:4
130:16 132:7
135:6
**Stewart** 74:15
82:7
**stick** 6:14
**stickers**
51:12,16
**sticks** 109:15
**stole** 21:21
96:17 103:6
115:19 117:5
119:23

122:23,24
137:22 138:14
**stolen** 33:11
43:18 56:10
117:25 119:20
120:23 121:4,
5,6
**stop** 3:17
10:4 57:15
64:6 108:23
112:6
**stopped** 33:6
83:15
**stopping**
39:17
**store** 42:18
**stored** 31:16,
18
**stores** 10:17
**story** 49:2
62:8 92:15
**straight**
69:13 98:5
**strategic**
25:7
**street** 42:24
**stronger** 5:23
**stuck** 70:18
**study** 87:11
93:23
**stuff** 4:19
7:5 15:18
18:16 20:12
28:16 39:20
49:1,17 50:9,
22 52:4,19
74:8 89:16
94:13,25
97:1,25 98:1
99:13 109:15
122:5 125:23
127:3 128:23
130:24 131:4,
20
**subjective**
96:6
**Subjectively**
33:1

**submit** 133:4
**submitted**
29:3
**subsequently**
43:1
**successful**
115:11,12,13,
15 117:3
119:22 122:10
**sudden** 11:9
12:13 55:1
82:22 83:7
97:1,23
131:12
**sue** 107:19,
20,24 128:5
**sued** 57:6
107:17 108:6
**Suffolk** 56:24
**suggested**
15:6
**suing** 107:10
108:2
**suits** 107:11
**Summary** 89:12
**summer** 3:7
6:24 111:11
**supersede**
61:4
**support**
102:20 132:24
**suppose**
122:14
**supposed**
59:11 67:1,14
70:14 73:10
83:7 103:11
110:17 137:25
**supposedly**
44:16
**suppress** 32:9
60:16,17
99:19 103:16
107:5 109:16
131:1
**suppressed**
9:7 36:23

89:24 90:1
111:25 128:16
130:24
**suppressing**
19:16 111:15
130:22,25
**suppression**
64:5
**Supreme**
26:22,24
126:18
135:20,21
137:18,25
140:3
**Surge** 16:5
**surveillance**
119:11,12
**survived** 57:8
**suspect** 46:18
**Swalwell** 20:8
22:17
**swamp** 58:14
**swing** 39:22
**swiping** 41:8
**switch** 101:7
**switched**
125:16
**system** 25:19
28:7 29:13
37:11 38:11
40:3 42:1
45:3 48:6
50:17 52:18
56:2 66:5
85:13,14,18
86:25 87:12,
13,14 88:9
90:15,21
91:18,22 92:9
95:6,13,24
100:2 101:2
104:13,18
110:8 119:11,
12 120:11
130:19 132:22
133:6,7
**systematic**
95:8

**systemic**
90:23
**systems** 25:2,
4,7,11 38:25
52:9,19,22,23
95:11,21
107:21

—————————

T

—————————

**tabulated**
69:24 92:1
**tabulates**
91:18 92:1
**tabulating**
68:18,25
69:20 71:19
**tabulation**
16:11 28:3
86:21 91:13
**tabulator**
70:23 71:2
85:18 91:19
**tabulators**
102:7
**takeover**
139:20
**takes** 12:16
58:1,3 91:20
124:22
**taking** 8:2
19:11 21:9,10
54:12 127:6,7
137:13
**talk** 6:6,17
10:9 14:21
17:10 20:15,
21 48:15 49:9
51:9 61:17
62:18,20,21
81:19 93:21
100:5 107:16
108:11 109:18
112:11,16
133:19
**talked** 3:14,
25 4:23 6:3,
7,8 22:21

35:20 38:12
39:2 64:10
82:12 98:18
105:3,5 118:8
**talking** 3:4
13:7 23:10
24:17 30:18
32:8 38:3,6
50:4 61:12
63:4 72:9
77:23 82:17
83:1,10,12
102:13 105:1,
2,4 107:13
108:5 130:21
137:8
**talks** 108:6
109:17 112:20
135:7
**tallies** 67:5
**tally** 66:4
67:2 79:24
85:22
**tallying**
91:12
**tampered** 43:4
86:24
**tape** 49:16
**target** 60:25
114:19,20,21,
25 119:20
**team** 31:1
35:11 46:16
85:5,15 89:2
90:25 91:24
94:16
**tee** 84:21
**telling**
32:17,25
36:22 42:8
44:4 49:24
64:7 70:22
90:14 99:22
106:18 107:18
118:2 126:11
131:19 134:22
135:13,14

**tells** 58:11
87:1,2,9
100:16 101:1,
4 116:20
**ten** 9:2 13:19
14:3 26:6
41:18 53:7
54:24,25 84:3
**ten-block**
42:24
**tenets** 102:23
**terabytes**
113:25
**terms** 46:8
90:9 106:22
**Terry** 136:5,
8,9,18 138:8,
16,22 139:12,
15
**tested**
100:11,12
**testified**
90:12
**testimony**
48:17 58:13
74:16
**Texas** 27:22
29:1,16,18,
19,20,21
38:21 39:11
42:22,25
43:11,13,15,
17,19,25
95:9,15
**theft** 19:3
22:2 117:23
118:8,17
120:3 121:1
**thing** 4:1
6:19,23 15:21
18:18,22 19:2
21:25 23:5
24:3 25:22
26:24 39:12
45:15 47:17
54:21 55:18
57:9,17 60:19
63:3 64:16

73:15,25 84:4
93:13,23
94:19 96:10
97:23 98:10
110:24 111:25
124:19,24
125:15 129:12
130:11 132:21
134:4
**things** 8:24,
25 18:13 19:6
36:21 46:17
47:7,8 55:4
59:9 62:6
64:2 73:6
74:11 76:3
94:12 95:18,
20 96:21
99:16 102:3
107:9 109:15
111:3,11,14,
18 112:6
113:19 116:2
125:25 126:16
129:4
**thinking**
52:5,7 67:6
**thought** 4:20
6:19 7:7
34:2,3,4,5,8
51:25 52:3
73:3 100:22
**thousand**
13:20 14:4
16:9 54:24,25
55:1 56:4
57:5 74:5
81:9 82:24
**thousands**
33:18,20
69:5,6 96:7
117:15,17
**threat** 138:24
**threaten**
103:21 104:21
109:6
**threatened**
62:19 105:18
109:12

**threatening**
103:22 106:23
108:15
**threatens**
104:10
**three-hour**
26:19
**three-minute**
7:8
**throw** 89:20
**thrown** 97:23
**thumb** 85:21
**tickets** 15:8
44:4
**Tietong**
117:21
**tight** 95:14
**time** 5:1,14,
16 6:6,8,17,
22,24 11:5,
11,23 12:21
13:3 17:3
21:6 25:13
26:19 27:14
36:20 38:17
39:4 43:1
47:3 49:25
57:2,19,22
69:17 71:4
85:11 92:21
106:12 108:25
116:10,22
117:4 121:5,
11,25 122:13
125:22 126:19
136:16 138:20
**times** 9:1,2
26:6 62:2
101:19
**timing** 140:19
**tirelessly**
89:2
**today** 10:19,
23 12:4 24:18
38:24 47:10
65:7 100:21
113:17 134:7
137:12

**told** 10:24
46:24 47:10
59:22,23
76:18 100:23,
24 107:23
118:3 125:15
136:3
**tonight** 11:19
22:2 23:12,
13,18,24
26:24,25 27:2
49:5 50:4
83:16 96:18
130:25
**tons** 34:12
**tool** 125:6
**tools** 10:3
44:17 119:15
**top** 69:25
70:19
**total** 80:24
**totalitarianis
m** 104:12
105:11
**totally** 46:18
105:4
**totals** 79:20
117:25
**tough** 8:19
9:16 10:9
95:12 97:6
**town** 35:25
97:22 100:1
109:7,8
**towns** 92:23
**Township** 76:5
77:14 78:12
**townships**
76:5
**trace** 109:10
**track** 21:1
54:24 127:5
**tracking**
25:22
**traditional**
23:4 67:18

**traditionally**
78:16 82:20
**trained** 72:8
**training** 73:9
**traitors**
19:14
**transcript**
120:20,24
**transferring**
86:22
**trickle** 67:25
**TRO** 63:3
**trolls** 4:19
6:15 60:23
**true** 22:6
46:7 75:13
103:19 131:8
**Trump** 3:7
12:9 14:5
15:15 16:3
18:10,21
20:11,24
21:17 22:8,18
23:10 25:20
51:15 69:18,
19 71:20 72:7
73:16 75:7
76:23 77:11
79:10,18
80:3,16,18
81:13 84:3
102:22 115:20
117:5,11,25
118:6 129:24
133:24
**Trump's** 77:2,
15 78:13
**trust** 42:1
131:21
**truth** 9:23
46:14 47:10
90:14 102:13
103:7 104:5
109:23
111:19,20,21
131:23 136:3
140:1

Case 1:21-cv-00445-CJN Document 146 Filed 02/22/21 Page 173 of 175
Mike Lindell and Spreafica Inc. d/b/a Frank KLOWDTV1
January 16, 2009                                    31

TTS  66:12
Turchie
  136:5,9,18
  138:8,16,22
  139:15
turn  6:21
  47:19 119:24
turned  5:13
  134:2
TV  10:15
  51:12 54:23
tweet  102:18
  105:6
Twenty-seven
  31:22
twilight
  12:21
twisted  22:5
Twitter  9:6
  10:18,19,20
  57:10,11,12,
  17,18 58:1,3,
  17 60:23
  61:1,2,7,10
  63:3,13 89:19
  109:15
Twitter's  9:6
two-hour
  29:12
type  120:14
types  95:12
  120:7
typically
  56:24
typo  108:10
tyranny
  104:12 105:10

            U

U.S.  16:8
  25:8 59:13
  102:20 103:12
Ucloud  117:21
Uh-huh  70:11
unbelievable
  34:16 43:4

underage
  16:20 18:9
  20:13 23:5
underaged
  17:15
understand
  37:6 38:21
  42:7 59:10
  66:3 88:14
  91:23 108:20
  110:21 119:19
  120:18 123:1
  130:20 133:4,
  22 134:6,9
  138:25
understands
  66:16
understood
  12:19
unemployment
  5:19
unexplainable
  74:12 111:6,
  18 112:7
unexplanable
  111:18
unfolded
  137:6
Unicom  117:21
unique
  114:16,25
  116:24
unite  139:9
United  22:19
  24:1 36:10
  48:10 51:7
  58:12 64:12
  114:3 115:1
  125:8 132:25
  137:9
uniter  134:23
uniting
  139:10
unjust  102:21
unknown  31:5
Unplanned
  61:10

Unregistered
  16:22
unwound  85:3
usual  46:2

            V

vacant  14:7
vaccine  7:2
validate
  127:23
validated
  20:20 126:4
validates
  50:23
vans  72:1
variety  46:25
vendors  9:21
Venezuela
  40:23 48:9,
  14,21,22
  49:17,24
verification
  15:5
verse  6:2
version  56:8
  89:12
vice  5:20
  65:19 133:12
victory  13:19
  16:14 134:2
video  40:4
  72:2 99:18
  107:12 116:6
  118:13 119:5,
  6,8,9,10
videos  41:8
violates
  102:22 106:24
violation
  16:13 61:3
virus  7:3,4
  111:8 116:5
vitally
  132:17
voice  132:5

volunteers
  51:11
vote  12:18
  14:4 16:20,21
  17:3,7 19:8,9
  32:12 37:7,12
  40:25 42:25
  43:23 50:3
  54:3,6 66:4
  67:2,4 69:8,
  9,18,20 72:7
  73:16 75:6
  79:15,24 82:4
  83:2,4 91:11,
  12 92:8
  106:13 112:1
  117:23,24
  118:20 119:24
  120:20,21,23
  121:1,4
  122:9,24
voted  14:3
  15:1,3,11,13,
  22 16:20,21,
  22,23,24,25
  17:1,15 35:21
  37:9 42:10,
  12,14 83:9
  91:16,17
voter  20:12
  22:12 23:5
  30:23 39:4
  42:9,11,17,
  19,20 92:6,8
  106:13 108:6
voter's  92:8
voters  14:7,
  19 15:3,13
  16:6,22,23,
  24,25 17:4,6
  38:2 80:22,23
  82:23
votes  11:14
  12:10,19
  13:4,20,23
  14:14,23
  15:15,17
  16:14 17:14
  20:25 22:10

28:7 31:16
32:1,5 33:17
34:8 35:22
40:13 42:20
43:24 44:15,
16 45:2 46:20
56:3,4,5 59:4
66:24 69:5,7
72:25 73:4,5,
6 75:4 76:6
77:2,15 78:13
79:7,8,21
80:4,7,15,19,
23,24 81:2,7,
9,14 82:24
84:1 86:22
88:22 89:1
95:23 96:17
97:5 98:5
99:3 101:19
110:13 111:5
115:17,18,19
117:4,24
118:5 119:20,
23 121:3,24
122:19 133:24
**voting** 14:2
20:13,14 23:6
25:11 28:11,
17 29:13,19
34:6 37:11
41:16 42:1,20
48:6 54:2
55:25 56:7
78:25 83:8
85:14,17 88:8
90:21 91:12
95:6 101:4
107:21 110:7
**vulnerabilitie
s** 25:3,6,9
31:25
**vulnerability**
45:4

---

**W**

**wages** 5:19

**wagon** 5:4
**wait** 4:5
31:18 47:19
**waiting** 61:23
113:11 118:12
**Waldron** 24:9,
11,13,14,23
25:22,25
49:18 129:5,
8,11
**walk** 63:4
73:10
**walked** 3:23
4:12
**walking** 68:15
71:18
**wall** 32:21
66:12
**wanted** 9:12
30:18 44:5
47:3 48:20
58:14 66:3
72:16 74:10
75:16,21
78:10 82:3
91:6 116:15,
16 117:13
126:6,7
**war** 118:24
123:16 125:7
**ware** 84:7
124:24
125:16,24
**warfare** 24:8,
16 25:5,25
116:20 125:7
132:18,20
134:13
**warned** 107:23
**Washington**
62:3 105:17
**watch** 19:1
20:1 42:18
60:12 63:23
139:25
**watchers**
73:12

**watches** 44:21
**watching**
23:24 31:13
41:10 60:4
71:18 113:18
119:11,16,21
120:24 121:17
128:8 135:22
137:19 140:3
**Waway** 117:20
**Wayne** 65:17
88:25 110:11
**ways** 25:7,10
37:5 54:2
**weapons**
135:12
**Web** 39:20
48:25 72:15
74:2,9 75:12
89:23
**week** 12:16
21:9 48:20
55:2 89:4
**weeks** 8:21
50:18,19 62:1
131:11
**weighted** 56:1
63:2,8 64:3
98:21
**weird** 12:14
55:11
**well-known**
113:6 124:1
**West** 132:24
**whack** 19:22
**Whatever's**
19:14
**whistle**
120:16 126:21
**white** 44:17
53:14 119:2
**whoever's**
37:11
**wide** 135:18
**width** 25:22
**wiggle** 128:11

**win** 17:16
21:17 43:11,
13 51:20 52:2
53:7
**winner** 18:17
21:19
**wins** 14:5
18:10,21
53:14,15
**wiped** 42:25
**Wisconsin**
16:5 22:10
**witnessed**
65:12
**won** 13:2,20
21:2 53:2
55:10 118:5
133:24
**wondered**
72:23
**wondering**
83:5
**word** 5:15 6:9
9:9 27:5
51:19 106:3,6
133:22
**words** 9:8
43:2 65:24
90:24
**work** 29:9
35:7 42:16
43:16 48:6
68:14 71:13
101:6 123:2
126:22,23
135:8
**worked** 42:19
51:23 69:12
89:2,4
**workers** 15:22
41:8
**working** 24:23
25:13,15 45:5
**works** 7:5
13:25 25:19
48:5 90:15
91:14,23 92:9
107:10

world   23:11
  33:19 49:10
  51:7 52:21
  57:18 59:15
  61:17 102:10
  126:13 127:15
  128:8 130:4
  134:19 136:11
  140:10,12
worse   36:17
  37:2,5 105:14
worst   6:19
worth   66:15
wow   3:20 4:24
  11:14,24
  28:23 31:21
  32:7,15,24
  33:8 34:11,18
  37:21 42:23
  43:5 45:8
  50:23 53:23
  54:22 57:15
  58:25 60:13
  62:9 65:13
  71:17 78:23
  79:12 83:19
  86:16 87:8,16
  90:16,19 92:3
  97:2 100:15
  101:9 102:24
  103:24 104:7,
  23 105:23
  106:7 117:2
  118:18 119:9
  120:4,12
  121:16 126:5
  134:21 137:19
wraps   84:16
write   127:22
  138:25
wrong   8:25
  17:21 22:17
  41:15 77:19
  78:21 82:5
  83:10 84:13
  85:2 109:9
Wu   129:21
Wuhan   116:5

---

### Y

years   28:1
  46:20 56:19
  61:10 92:21
  104:14 111:2
  132:23 133:10
York   15:24
  62:2
you's   131:14

---

### Z

zeros   42:15,
  17 43:3
zone   12:21
Zuckerberg
  61:14