AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| US DOMINION, INC. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00445 |
| MY PILLOW, INC. et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs.

Date: 02/22/2021

/s/ Megan L. Meier
*Attorney's signature*

Megan L. Meier (Bar. No. 985553)
*Printed name and bar number*

CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
*Address*

megan@clarelocke.com
*E-mail address*

(202) 628-7400
*Telephone number*

*FAX number*