**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF STEPHEN SHACKELFORD, JR.**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Stephen Shackelford, Jr., hereby declare:

1. My full name is Stephen Shackelford, Jr. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1301 Avenue of the Americas, 32nd Floor, New York, NY 10019. My telephone number is (212) 336-8330.

3. I am a member in good standing of the State Bars of New York, Texas, and Virginia. I am also admitted to practice before the following courts:

> New York State Court (12/14/2015)
> Texas State Court (5/2/2008)
> Virginia State Court (9/12/2007 – In Good Standing, Inactive)
>
> U.S. Supreme Court (Admitted 9/2/11)
>
> US Court of Appeals, 2nd Circ. (Admitted 3/14/2016)
>
> Southern District of New York (Admitted 3/22/2016)

    Eastern District of New York (Admitted 4/7/2016)
    Northern District of Texas (Admitted 4/4/2008)
    Eastern District of Texas (Admitted 9/25/2008)
    District of Colorado (Admitted 6/13/2008)

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2021.

            */s/ Stephen Shackelford, Jr.*
            Stephen Shackelford, Jr.