IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>　　　Defendants. | Case No. 1:21-cv-00445-CJN |

**DECLARATION OF ELISHA BARRON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Elisha Barron, hereby declare:

1. My full name is Elisha Barron. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1301 Avenue of the Americas, 32nd Floor, New York, NY 10019. My telephone number is (212) 336-8330.

3. I am a member in good standing of the State Bar of New York. I am admitted to practice before the following courts:

> All New York State Courts; the United States District Courts for the Southern District of New York, Eastern District of New York, and Eastern District of Texas; and the United States Courts of Appeals for the Federal Circuit, Second Circuit, and Eighth Circuit.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2021.

_____
Elisha Barron