## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ELISHA BARRON

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Elisha Barron in the above-captioned matter and the Declaration of Elisha Barron in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Elisha Barron be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Elisha Barron be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE