IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN |

**PLAINTIFFS' MOTION FOR**
**ADMISSION *PRO HAC VICE* OF ATTORNEY BRITTANY FOWLER**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Brittany Fowler *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Brittany Fowler, filed herewith. As set forth in Ms. Fowler's declaration, she is admitted and in good standing in the following bars and courts: State Bars of California and Texas; all California and Texas State Courts; the United States District Courts for the Central and Northern Districts of California; the United States District Court for the Southern District of Texas; and the United States Court of Appeals for the Ninth Circuit.

This motion is supported and signed by Thomas A. Clare, P.C., an active and sponsoring member of the Bar of this Court.

Dated: March 26, 2021    Respectfully submitted,

*/s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Justin A. Nelson (D.C. Bar No. 490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7895
Facsimile: (713) 654-6666
jnelson@susmangodfrey.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system and sent via email on March 26, 2021 to the following:

Douglas A. Daniels, Esq.
Daniels & Tredennick PLLC
6363 Woodway Drive, Suite 700
Houston, TX 77057
Email: doug.daniels@dtlawyers.com

*Counsel for Defendant Michael J. Lindell*

Andrew Parker, Esq.
Parker Daniel Kibort
888 Colwell Building
123 Third Street North
Minneapolis, Minnesota 5401
Email: parker@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

                                              */s/ Thomas A. Clare, P.C.*
                                              Thomas A. Clare, P.C.