IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC  20005,<br><br>           Plaintiffs,<br><br>     v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN  55318,<br><br>           Defendants. | Case No. 1:21-cv-00445-CJN |

**NOTICE OF ENTRY OF APPEARANCE AND
MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW D. PARKER,
ELIZABETH S. WRIGHT AND ABRAHAM S. KAPLAN**

Nathan Lewin and Alyza D. Lewin of Lewin & Lewin LLP, attorneys duly admitted and in good standing with the Bar of this Court, hereby enter an appearance as counsel for Defendant My Pillow, Inc. ("My Pillow") in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).

Additionally, Nathan Lewin moves for the admission of Andrew D. Parker, Elizabeth S. Wright and Abraham S. Kaplan of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow in the above-captioned action. This motion is accompanied by the

declarations of Mr. Parker, Ms. Wright and Mr. Kaplan, which certify and establish the following:

      1.    Mr. Parker, Ms. Wright and Mr. Kaplan have read and are familiar with the Local Rules of this Court.

      2.    Pursuant to Local Civil Rule 7, subdivision (m), on March 26, 2021, Mr. Parker exchanged email communications with Thomas Clare, counsel for Plaintiffs. Mr. Parker informed Mr. Clare that Defendant My Pillow, Inc. would be filing a motion for admission *pro hac vice* for Andrew D. Parker, Elizabeth S. Wright, and Abraham S. Kaplan. Mr. Clare stated that Plaintiffs will not oppose such a motion.

      3.    Accordingly, Nathan Lewin, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Andrew D. Parker, Elizabeth S. Wright and Abraham S. Kaplan to appear *pro hac vice* in this matter.

Respectfully submitted,

DATED: April 15, 2021.      **LEWIN & LEWIN, LLP**

By /s/ Nathan Lewin
Nathan Lewin (D.C. Bar No. 38299)
Alyza D. Lewin (D.C. Bar No. 445506)
1828 L Street NW, Suite 901
Washington, DC 20036
Telephone: (202) 828-1000
Facsimile: (202) 828-0909
E-mail: nat@lewinlewin.com
       alyza@lewinlewin.com

2

**PARKER DANIELS KIBORT LLC**

By /s/ Andrew D. Parker
    Andrew D. Parker (MN Bar No. 195042)
    Elizabeth S. Wright (MN Bar No. 184111)
    Abraham S. Kaplan (MN Bar No. 399507)
    888 Coldwell Building
    123 N. Third Street
    Minneapolis, MN 55401
    Telephone: (612) 355-4100
    Facsimile: (612) 355-4101
    parker@parkerdk.com
    wright@parkerdk.com
    kaplan@parkerdk.com

**ATTORNEYS FOR DEFENDANT MY PILLOW, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*

      Plaintiffs,

v.

MY PILLOW, INC. *et al.*

      Defendants.

Case No. 1:21-cv-00445-CJN

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ANDREW D. PARKER, ELIZABETH S. WRIGHT AND ABRAHAM S. KAPLAN**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearances of Andrew D. Parker, Elizabeth S. Wright and Abraham S. Kaplan *pro hac vice* in this matter.

DATED:

_____
Hon. Carl J. Nichols
District Court Judge