# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ABRAHAM SIMON KAPLAN

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 28, 2017

Given under my hand and seal of this court on

March 30, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration