IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:21-cv-00445-CJN |
| ) | |
| v. ) | |
| ) | |
| MY PILLOW, INC. *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF ANDREW D. PARKER, ELIZABETH S. WRIGHT AND ABRAHAM S. KAPLAN**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearances of Andrew D. Parker, Elizabeth S. Wright and Abraham S. Kaplan *pro hac vice* in this matter.

DATED:                                                         _____

Hon. Carl J. Nichols
District Court Judge