IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC  20005,<br><br>            Plaintiffs,<br><br>    v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN  55318,<br><br>            Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY N. ARENSON

Nathan Lewin moves for the admission of Gregory N. Arenson of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow in the above-captioned action. This motion is accompanied by the declaration of Mr. Pull, which certifies and establishes the following:

1. Mr. Arenson has read and is familiar with the Local Rules of this Court.

2. Pursuant to Local Civil Rule 7, subdivision (m), on March 26, 2021, Mr. Parker exchanged email communications with Thomas Clare, counsel for Plaintiffs.  Mr. Parker informed Mr. Clare that Defendant My Pillow, Inc. would be filing a motion for admission *pro hac vice*. Mr. Clare stated that Plaintiffs will not oppose such a motion.

3. Accordingly, Nathan Lewin, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Gregory N. Arenson to appear *pro hac vice* in this

matter.

                                                  Respectfully submitted,

DATED:  April 19, 2021             **LEWIN & LEWIN, LLP**

                                            By    Nathan Lewin
                                                Nathan Lewin (D.C. Bar No. 38299)
                                                888 17th Street NW
                                                Fourth Floor
                                                Washington, DC 20006
                                                Telephone: (202) 828-1000
                                                nat@lewinlewin.com

                                               *Counsel for Defendant My Pillow, Inc.*

                                                **PARKER DANIELS KIBORT LLC**

                                              By *s/ Andrew D. Parker*
                                                Andrew D. Parker (MN Bar No. 195042)
                                                Elizabeth S. Wright (MN Bar No. 184111)
                                                Joseph A. Pull (D.C. Bar No. 982468)
                                                Gregory N. Arenson (MN Bar No. 398276)
                                                Abraham S. Kaplan (MN Bar No. 399507)
                                                888 Colwell Building
                                                123 N. Third Street
                                                Minneapolis, MN 55401
                                                Telephone: (612) 355-4100
                                                Facsimile: (612) 355-4101
                                                parker@parkerdk.com
                                                wright@parkerdk.com
                                                pull@parkerdk.com
                                                arenson@parkerdk.com
                                                kaplan@parkerdk.com

                                               *Counsel for Defendant My Pillow, Inc.*