IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-00445-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| MY PILLOW, INC. *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF GREGORY N. ARENSON**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearances of Gregory N. Arenson *pro hac vice* in this matter.

IT IS SO ORDERED.

DATED: _____        _____

Hon. Carl J. Nichols
District Court Judge