# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC 20005,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN 55318,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## DEFENDANT MY PILLOW, INC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, FOR LACK OF PERSONAL JURISDICTION, AND FOR IMPROPER VENUE

Pursuant to Rules 12(b)(2), (3), and (6) of the Federal Rules of Civil Procedure, Defendant My Pillow, Inc. ("MyPillow"), moves this Court for an order dismissing Plaintiff's Complaint against MyPillow in its entirety, for the reasons set forth in Defendant MyPillow's Memorandum of Points and Authorities in Support of its Motion To Dismiss for Failure to State a Claim, For Lack of Personal Jurisdiction, and For Improper Venue.

DATED:  April 19, 2021    **LEWIN & LEWIN, LLP**

By */s/ Nathan Lewin*
   Nathan Lewin (D.C. Bar No. 38299)
   888 17th Street NW
   Fourth Floor
   Washington, DC 20006
   Telephone: (202) 828-1000
   nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
   Andrew D. Parker (MN Bar No. 195042)*
   Elizabeth S. Wright (MN Bar No. 184111)*
   Joseph A. Pull (D.C. Bar No. 982468)
   Gregory N. Arenson (MN Bar No. 398276)*
   Abraham S. Kaplan (MN Bar No. 399507)*
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com
   wright@parkerdk.com
   pull@parkerdk.com
   arenson@parkerdk.com
   kaplan@parkerdk.com

   * Pro Hac Vice Motion Pending

*Counsel for Defendant My Pillow, Inc.*

By */s/ Alan Dershowitz*
   Alan Dershowitz (MA Bar No. 121200)
   1575 Massachusetts Avenue
   Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*

2