# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC 20005,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN 55318,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00445-CJN |

## DECLARATION OF MARK SCHABERT

STATE OF MINNESOTA　　)
　　　　　　　　　　　　) ss.
COUNTY OF CARVER　　　)

I, Mark Schabert, state and declare as follows:

　　　1.　　I am controller of Defendant My Pillow, Inc., one of the Defendants named in the above-referenced case. As such, I have personal knowledge of the dates, events, and facts stated below. I submit this Declaration in support of Defendant My Pillow, Inc.'s Motion to Dismiss.

2. My Pillow is a Minnesota Company with its principal place of business in Chaska, Minnesota. It has two manufacturing facilities located in Shakopee, Minnesota. My Pillow does not have any offices, factories, warehouses, distribution facilities, or company-owned retail facilities in the District of Columbia.

3. My Pillow is based in Minnesota, and nearly all of My Pillow's approximately 700 employees reside in Minnesota. Fewer than 10 My Pillow employees reside outside Minnesota. A majority of My Pillow's board members and executive officers reside in Minnesota. None of My Pillow's executive officers, board members, or employees work or reside in the District of Columbia.

4. Less than 0.1 percent of My Pillow's 2020 revenues were generated from sales in the District of Columbia.

5. My Pillow is managed by a Board of Directors, subject to its articles of incorporation and bylaws as well as Minnesota law, all of which limit Mr. Lindell's authority to act on behalf of My Pillow.

6. My Pillow has not made any statements concerning Dominion voting machines, nor has it directed anyone at the company to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2021, in Carver County, Minnesota.

*/s/ Mark Schabert*
Mark Schabert