# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC  20005,<br><br>        Plaintiffs,<br><br>  v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN  55318,<br><br>        Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## [PROPOSED] ORDER GRANTING DEFENDANT MY PILLOW, INC.'S MOTION TO DISMISS

On considering Defendant My Pillow, Inc.'s Motion to Dismiss and supporting papers (ECF #___), Plaintiffs' opposition thereto and supporting papers, Defendant's Reply in support thereof, arguments of counsel and the entire record herein, the Court **ORDERS** that Defendant's Motion to Dismiss is hereby **GRANTED**.

**SO ORDERED**.

Dated: _____, 2021

_____
Carl J. Nichols
UNITED STATED DISTRICT JUDGE