IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC 20005,<br><br>   Plaintiffs,<br><br> v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN 55318,<br><br>   Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW D. PARKER**

Nathan Lewin moves for the admission of Andrew D. Parker of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow in the above-captioned action. This motion is accompanied by the declaration of Mr. Parker, which certifies and establishes the following:

1. Mr. Parker has read and is familiar with the Local Rules of this Court.

2. Pursuant to Local Civil Rule 7, subdivision (m), on March 26, 2021, Mr. Parker exchanged email communications with Thomas Clare, counsel for Plaintiffs. Mr. Parker informed Mr. Clare that Defendant My Pillow, Inc. would be filing a motion for admission *pro hac vice*. Mr. Clare stated that Plaintiffs will not oppose such a motion.

3. Accordingly, Nathan Lewin, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Andrew D. Parker to appear *pro hac vice* in this

matter.

                                              Respectfully submitted,

DATED: April 22, 2021               **LEWIN & LEWIN, LLP**

                                    By   /s/Nathan Lewin
                                        Nathan Lewin (D.C. Bar No. 38299)
                                        888 17th Street NW
                                        Fourth Floor
                                        Washington, DC 20006
                                        Telephone: (202) 828-1000
                                        nat@lewinlewin.com

                                  *Counsel for Defendant My Pillow, Inc.*

                                  **PARKER DANIELS KIBORT LLC**

                                  By *s/ Andrew D. Parker*
                                        Andrew D. Parker (MN Bar No. 195042)
                                        Elizabeth S. Wright (MN Bar No. 184111)
                                        Joseph A. Pull (D.C. Bar No. 982468)
                                        Gregory N. Arenson (MN Bar No. 398276)
                                        Abraham S. Kaplan (MN Bar No. 399507)
                                        888 Colwell Building
                                        123 N. Third Street
                                        Minneapolis, MN 55401
                                        Telephone: (612) 355-4100
                                        Facsimile: (612) 355-4101
                                        parker@parkerdk.com
                                        wright@parkerdk.com
                                        pull@parkerdk.com
                                        arenson@parkerdk.com
                                        kaplan@parkerdk.com

                                  *Counsel for Defendant My Pillow, Inc.*