IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:21-cv-00445-CJN |
| ) | |
| v. ) | |
| ) | |
| MY PILLOW, INC. *et al.* ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF ANDREW D. PARKER**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearances of Andrew D. Parker *pro hac vice* in this matter. IT IS SO ORDERED.

DATED: _____

Hon. Carl J. Nichols
District Court Judge