IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC 20005,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN 55318,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ABRAHAM S. KAPLAN

Nathan Lewin moves for the admission of Abraham S. Kaplan of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow in the above-captioned action. This motion is accompanied by the declaration of Mr. Kaplan, which certifies and establishes the following:

　　　　1.　　Mr. Kaplan has read and is familiar with the Local Rules of this Court.

　　　　2.　　Pursuant to Local Civil Rule 7, subdivision (m), on March 26, 2021, Mr. Parker exchanged email communications with Thomas Clare, counsel for Plaintiffs. Mr. Parker informed Mr. Clare that Defendant My Pillow, Inc. would be filing a motion for admission *pro hac vice*. Mr. Clare stated that Plaintiffs will not oppose such a motion.

　　　　3.　　Accordingly, Nathan Lewin, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Abraham S. Kaplan to appear *pro hac vice* in this

matter.

                                                                       Respectfully submitted,

DATED:  April 22, 2021                    **LEWIN & LEWIN, LLP**

                                      By    /s/ Nathan Lewin
                             Nathan Lewin (D.C. Bar No. 38299)
                                  888 17th Street NW
                                  Fourth Floor
                                  Washington, DC 20006
                                  Telephone: (202) 828-1000
                                  nat@lewinlewin.com

                                  *Counsel for Defendant My Pillow, Inc.*

                                  **PARKER DANIELS KIBORT LLC**

                                 By *s/ Abraham S. Kaplan*
                                  Andrew D. Parker (MN Bar No. 195042)
                                  Elizabeth S. Wright (MN Bar No. 184111)
                                  Joseph A. Pull (D.C. Bar No. 982468)
                                  Gregory N. Arenson (MN Bar No. 398276)
                                  Abraham S. Kaplan (MN Bar No. 399507)
                                  888 Colwell Building
                                  123 N. Third Street
                                  Minneapolis, MN 55401
                                  Telephone: (612) 355-4100
                                  Facsimile: (612) 355-4101
                                  parker@parkerdk.com
                                  wright@parkerdk.com
                                  pull@parkerdk.com
                                  arenson@parkerdk.com
                                  kaplan@parkerdk.com

                                  *Counsel for Defendant My Pillow, Inc.*