IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC  20005,<br><br>       Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN  55318,<br><br>       Defendants. | Case No. 1:21-cv-00445-CJN |

**DECLARATION OF ABRAHAM S. KAPLAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Abraham S. Kaplan, declare:

1. I am an attorney licensed to practice law in the State of Minnesota and am an attorney with the law firm of Parker Daniels Kibort LLC.

2. The law office of Parker Daniels Kibort LLC is located at 888 Colwell Building, 123 North Third Street, Minneapolis, Minnesota 55401. Telephone number (612) 355-4100 and facsimile number (612) 355-4104.

3. On November 28, 2017, I was admitted to practice law in all the courts of the State of Minnesota.

4. On February 7, 2019, I was admitted to practice law in the United States District Courts of Minnesota.

4. I hereby certify that I have not been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court.

6. I do not have an office located in the District of Columbia, and I am not a member of the District of Columbia Bar.  Parker Daniels Kibort LLC has retained Nathan Lewin and the law firm Lewin & Lewin LLP, to serve as local and co-counsel in this matter.  The address and telephone number for Nathan Lewin and Lewin & Lewin LLP are: 1828 L Street NW, Suite 901, Washington, D.C. 20036, telephone number (202) 828-1000.

7. I have read the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2021 in Minneapolis, Minnesota.

                                             *s/ Abraham S. Kaplan*
                                             Abraham S. Kaplan