IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* | ) |
| Plaintiffs, | ) Case No. 1:21-cv-00445-CJN |
| v. | ) |
| MY PILLOW, INC. *et al.* | ) |
| Defendants. | ) |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF ELIZABETH S. WRIGHT**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearances of Elizabeth S. Wright *pro hac vice* in this matter.

IT IS SO ORDERED.

DATED:                                                                       _____

Hon. Carl J. Nichols
District Court Judge