UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>    Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN |

## **DEFENDANT MICHAEL J. LINDELL'S MOTION TO DISMISS**

1.  Pursuant to FED. R. CIV. P. 12(b)(2) and (6) and 28 U.S.C. §§1404(a), defendant Michael J. Lindell moves to dismiss the Complaint (ECF #1) or, alternatively, transfer this action to the United States District Court for the District of Minnesota.

2.  Arguments in support of this Motion are set forth in the accompanying Memorandum of Law in Support of Defendant Michael J. Lindell's Motion to Dismiss and Exhibits in support of that Memorandum of Law.

3.  Defendant Michael J. Lindell respectfully requests the opportunity for oral argument on his motion. A proposed order is attached and has been provided to the Court pursuant to the applicable Standing Order for Civil Cases.

Dated: April 23, 2021

                                                Respectfully submitted,

                                                */s/ Trey Mayfield*
Earl N. "Trey" Mayfield, III (D.C. Bar No. 459998)
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
tmayfield@jurisday.com


Douglas A. Daniels*
TX Bar No. 00793579
Heath A. Novosad*
TX Bar No. 24037199
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath.novosad@dtlawyers.com

* D.D.C. Bar Admissions Pending

*Counsel for Defendant Michael J. Lindell*


## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on April 23, 2021.

                                                */s/ Trey Mayfield*
                                                Trey Mayfield