# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> MY PILLOW, INC. and MICHAEL J. LINDELL <br><br> Defendants. | Civil Case No. 1:21-cv-00445-CJN |

### PLAINITFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Local Rule 7 and Fed. R. Civ. P. 6(b), Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. respectfully move to extend the briefing deadlines with respect to Plaintiffs' responses to the motions to dismiss filed by Defendants My Pillow, Inc. and Michael J. Lindell, by approximately three weeks. Currently, Plaintiffs' response to Defendant My Pillow Inc.'s Motion to Dismiss is due May 3, 2021, and Plaintiffs' response to Defendant Michael J. Lindell's Motion to Dismiss is due May 7, 2021. The relief requested would extend the deadline for both Plaintiffs' responses to May 28, 2021, and Defendants' replies would be due within seven days after Plaintiffs' responses are filed.

Plaintiffs have not previously sought or been granted any extensions in this action. Pursuant to Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's standing order, the parties' counsel conferred about the proposed extension, and Defendants do not oppose this motion. Plaintiffs seek the requested extension for the following good cause:

- Defendants in this case have filed separate Motions to Dismiss (Dkts. 30 & 34), both of which are voluminous and contain dozens of exhibits. Because of the volume of

these motions and supporting materials, Plaintiffs will need additional time to review and properly respond to those separate motions.

- New counsel appeared on behalf of Plaintiffs on or about April 2, 2021, in this matter, and counsel is preparing responses both to these motions and to the motions to dismiss filed in related cases *US Dominion, Inc. v. Powell* (No. 1:21-cv-00040) and *US Dominion, Inc. v. Giuliani* (No. 1:21-cv-00213). Counsel asks for this extension, to enable counsel (including new counsel) to fully and properly attend to the responses due in all the related cases.

7.  Plaintiffs respectfully submit that the foregoing constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that they do not seek these enlargements for purpose of delay or frustration of the progress of this matter, and that the respective enlargements would not unduly burden the opposing parties.

WHEREFORE, Plaintiffs respectfully ask this Court to extend Plaintiffs' time to respond to the Defendants' motion to dismiss until May 28, 2021, and that Defendants' replies shall be due within seven days after Plaintiffs' responses are filed.

Dated: April 26, 2021

            */s/ Megan L. Meier*
            Megan L. Meier (D.C. Bar No. 985553)
            CLARE LOCKE LLP
            10 Prince Street
            Alexandria, VA 22314
            (202) 628-7400
            megan@clarelocke.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Megan L. Meier*
Megan L. Meier
