# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> MY PILLOW, INC. and MICHAEL J. LINDELL <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No. 1:21-cv-00445-CJN |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' unopposed Motion to Extend Time to Respond to Motions to Dismiss, and appearing that there is good cause to grant the motion, it is hereby

ORDERED, that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED, that Plaintiffs' response to Defendants' Motion to Dismiss is extended until May 28, 2021, and Defendants' replies are due within seven days after Plaintiffs' responses are filed.

SO ORDERED this ___ day of _____ 2021.


_____
Carl J. Nichols,
United States District Court Judge