IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>　　　　Defendants. | Case No. 1:21-cv-00445-CJN |

**ORDER GRANTING MOTION FOR EXCEPTION TO LOCAL RULE 11.1**

Upon consideration of Defendant Mike Lindell's Unopposed Motion for Exception to Local Rule 11.1 ("Motion"), and arguments of counsel, if any, the court **ORDERS** that Defendant Lindell's Motion is hereby **GRANTED.**

**SO ORDERED.**

Dated: _____, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE