**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00445-CJN |
| | | Judge Carl J. Nichols |
| v. | ) ) | |
| MY PILLOW, INC. and MICHAEL J. LINDELL | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT MY PILLOW, INC.'S RESPONSE TO PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME

Defendant My Pillow, Inc. ("MyPillow"), hereby advises the Court that although counsel for MyPillow does not oppose Plaintiffs' request for an extension of 25 days to respond to MyPillow's motion to dismiss, MyPillow does not consent to the provision in the Proposed Order that prescribes "seven days after Plaintiffs' responses are filed" for My Pillow to reply to the Plaintiffs' response.

MyPillow respectfully requests that it be allowed 21 days in which to reply, and that the

Court's order set June 18, 2021, as the date by which MyPillow is to file its Reply.

DATED:  April 26, 2021

**LEWIN & LEWIN, LLP**

By */s/ Nathan Lewin*
 Nathan Lewin (D.C. Bar No. 38299)
 888 17th Street NW
 Fourth Floor
 Washington, DC 20006
 Telephone: (202) 828-1000
 nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
 Andrew D. Parker (MN Bar No. 195042)*
 Elizabeth S. Wright (MN Bar No. 184111)*
 Joseph A. Pull (D.C. Bar No. 982468)
 Gregory N. Arenson (MN Bar No. 398276)*
 Abraham S. Kaplan (MN Bar No. 399507)*
 888 Colwell Building
 123 N. Third Street
 Minneapolis, MN 55401
 Telephone: (612) 355-4100
 Facsimile: (612) 355-4101
 parker@parkerdk.com
 wright@parkerdk.com
 pull@parkerdk.com
 arenson@parkerdk.com
 kaplan@parkerdk.com

 * Pro Hac Vice Motion Pending

*Counsel for Defendant My Pillow, Inc.*

By */s/ Alan Dershowitz*
 Alan Dershowitz (MA Bar No. 121200)
 1575 Massachusetts Avenue
 Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*