IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00445-CJN |
| v. | ) ) | Judge Carl J. Nichols |
| MY PILLOW, INC. and MICHAEL J. LINDELL | ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant My Pillow, Inc.'s Response to Plaintiffs' Unopposed Motion to Extend Time, it is hereby ORDERED, that Defendant's Reply Memorandum is due 21 days after Plaintiffs' Response is filed.

SO ORDERED this ___ day of _____ 2021.

_____
Carl J. Nichols,
United States District Court Judge