UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC, DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORP.<br><br>*Plaintiffs*,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT MICHAEL J. LINDELL'S RESPONSE TO PLAINTIFFS'
<u>UNOPPOSED MOTION TO EXTEND TIME</u>**

Defendant Michael J. Lindell hereby advises the Court that although counsel for Defendant Lindell does not oppose Plaintiffs' request for a 25-day extension to respond to Lindell's Motion to Dismiss, Lindell does not consent to the provision in the Proposed Order that prescribes "seven days after Plaintiff's responses are filed" for Lindell to reply to Plaintiffs' response.

Defendant Lindell respectfully requests that he be allowed 21 days in which to reply, and that the Court's order set June 18, 2021 as the date by which Lindell is to file his Reply.

Respectfully Submitted,

Michael J. Lindell

   */s/ Trey Mayfield*
Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(703) 268-5600 Telephone
Email: tmayfield@jurisday.com

        Douglas A. Daniels*
        TX Bar No. 00793579
        Heath A. Novosad*
        TX Bar No. 24037199
        DANIELS & TREDENNICK PLLC
        6363 Woodway Dr., Suite 700
        Houston, TX 77057-1759
        (713) 917-0024 Telephone
        (713) 917-0026 Facsimile
        Email: doug.daniels@dtlawyers.com
        Email: heath.novosad@dtlawyers.com

        * D.D.C. Bar Admissions Pending

        *Counsel for Defendant Michael J. Lindell*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument will be served by the Court's CM/ECF e-filing system and/or via email on April 26, 2021.

Thomas A. Clare, P.C.
Megan L. Meier
Dustin A. Pusch
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
Email: tom@clarelocke.com
Email: megan@clarelocke.com
Email: dustin@clarelocke.com
*Attorneys for Plaintiffs*

                          /s/ Trey Mayfield
                        Earl N. "Trey" Mayfield, III