# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC, DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORP.<br><br>*Plaintiffs*,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL,<br><br>*Defendants*. | Case No.: 1:21-cv-00445-CJN |

## [PROPOSED] ORDER

Upon consideration of Defendant Michael J. Lindell's Response to Plaintiff's Unopposed Motion to Extend Time, it is hereby ORDERED that Defendant's Reply Memorandum is due 21 days after Plaintiffs' Response is filed.

SO ORDERED this ___ day of ____, 2021.

_____
Carl J. Nichols
United States District Judge