# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC 20005,<br><br>       Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN 55318,<br><br>       Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## NOTICE OF ENTRY OF APPEARANCE

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Abraham S. Kaplan of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendant My Pillow, Inc. ("MyPillow") in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).

DATED:  April 29, 2021         **LEWIN & LEWIN, LLP**

By */s/ Nathan Lewin*
    Nathan Lewin (D.C. Bar No. 38299)
    888 17th Street NW
    Fourth Floor
    Washington, DC 20006
    Telephone: (202) 828-1000
    nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*

**PARKER DANIELS KIBORT LLC**

 By */s/ Abraham S. Kaplan*
    Andrew D. Parker (MN Bar No. 195042)
    Elizabeth S. Wright (MN Bar No. 184111)
    Joseph A. Pull (D.C. Bar No. 982468)
    Gregory N. Arenson (MN Bar No. 398276)
    Abraham S. Kaplan (MN Bar No. 399507)
    888 Colwell Building
    123 N. Third Street
    Minneapolis, MN 55401
    Telephone: (612) 355-4100
    Facsimile: (612) 355-4101
    parker@parkerdk.com
    wright@parkerdk.com
    pull@parkerdk.com
    arenson@parkerdk.com
    kaplan@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

By */s/ Alan Dershowitz*
    Alan Dershowitz (MA Bar No. 121200)
    1575 Massachusetts Avenue
    Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*