# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave., NW, Suite 1130<br>Washington, DC  20005,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br>343 E 82nd Street #102<br>Chaska, MN  55318,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## NOTICE OF ENTRY OF APPEARANCE

**TO:**　**THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Elizabeth S. Wright of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendant My Pillow, Inc. ("MyPillow") in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).

DATED:  April 30, 2021                    **LEWIN & LEWIN, LLP**

By */s/ Nathan Lewin*
   Nathan Lewin (D.C. Bar No. 38299)
   888 17th Street NW
   Fourth Floor
   Washington, DC 20006
   Telephone: (202) 828-1000
   nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*

**PARKER DANIELS KIBORT LLC**

 By */s/ Elizabeth S. Wright*
   Andrew D. Parker (MN Bar No. 195042)
   Elizabeth S. Wright (MN Bar No. 184111)
   Joseph A. Pull (D.C. Bar No. 982468)
   Gregory N. Arenson (MN Bar No. 398276)
   Abraham S. Kaplan (MN Bar No. 399507)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   Facsimile: (612) 355-4101
   parker@parkerdk.com
   wright@parkerdk.com
   pull@parkerdk.com
   arenson@parkerdk.com
   kaplan@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

By */s/ Alan Dershowitz*
   Alan Dershowitz (MA Bar No. 121200)
   1575 Massachusetts Avenue
   Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*