## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>    Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Case No. 1:21-cv-00445-CJN |

### **NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Douglas A. Daniels of Daniels & Tredennick, PLLC does hereby appear as Lead Attorney on behalf of Defendant Michael J. Lindell in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a). Please record this appearance on the Court's docket and direct a copy of all future filings and correspondence to the following address:

    Douglas A. Daniels
    DANIELS & TREDENNICK PLLC
    6363 Woodway Dr., Suite 700
    Houston, TX 77057-1759
    (713) 917-0024 Telephone
    (713) 917-0026 Facsimile
    doug.daniels@dtlawyers.com

If you have any questions related to this Notice, please contact undersigned counsel at the number listed below.

Respectfully submitted,

/s/ Douglas A. Daniels
Douglas A. Daniels
D.C. Bar ID: TX0205
Heath A. Novosad
D.C. Bar ID: TX0207
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath.novosad@dtlawyers.com

Earl N. "Trey" Mayfield, III (D.C. Bar No. 459998)
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
tmayfield@jurisday.com

*Counsel for Defendant Michael J. Lindell*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on May 4, 2021.

/s/ Douglas A. Daniels
Douglas A. Daniels
