IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>MY PILLOW, INC. and<br>MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>　　　Defendants. | Case No. 1:21-cv-00445-CJN |

**UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANT**
**MICHAEL J. LINDELL'S HOME ADDRESS UNDER SEAL AND *EX PARTE***

Pursuant to LCvR 5.1(h)(1) and the Court's May 11, 2021 Minute Order, Defendant Michael J. Lindell moves for leave to file his home address under seal and *ex parte* as follows:

On April 26, 2021, Lindell filed an Unopposed Motion for Exception to Local Rule 11.1 (Dkt. No. 36), which requires, in part, a litigant to file his full residence address with the Court. On May 11, 2021, the Court denied that motion, but authorized Lindell to file a motion for leave to file his home address under seal and *ex parte*.

Lindell reasonably believes that publicizing his residential address would, in all likelihood, put him at risk of imminent harm. In support of this belief, Lindell submits the Declaration of Jeremiah Pilon, Deputy General Counsel of My Pillow, Inc., which details threats Lindell has

received since December 2020.  *See* Decl. of Jeremiah Pilon, attached hereto as Ex. A and incorporated by reference as if fully set forth herein, at ¶1.  Mr. Pilon testifies about the threats made against Lindell:

> My Pillow has received numerous threats against Mr. Lindell, several of which were sufficiently direct or specific that we reported them to the Chaska, Minnesota Police Department.  From December 2, 2020 to the present, My Pillow has made police reports with respect to at least seven individuals who contacted My Pillow and directly threatened Mr. Lindell's life or physical safety.

*Id*. at ¶3.  Three examples of specific threats that have been made against Lindell are:

1. On December 2, 2020, a threatening box was delivered to My Pillow's corporate headquarters.  The box was open on top and contained two MyPillow bed pillows that had been slit open and splattered with a red-colored substance intended to look like blood.  A sign attached to the box stated, "Mike Lindell Loves Murderers."  The threatening package was left just feet away from the main entrance to the company headquarters.

2. On February 6, 2021, My Pillow's call center received a series of calls from one individual detailing a plan to kidnap Mike and decapitate him.

3. On March 30, 2021, an individual telephoned a customer service agent at My Pillow's call center and stated, "We are coming after Mike Lindell and Donald Trump, and we're gonna kill 'em, and we're gonna kill you, too."  An audio recording of the call can be made available for the Court.

*Id*. at ¶4(a-c).  Audio recordings of the threatening phone calls that were provided to the Chaska, Minnesota police department can be made available to the Court at its request.  *Id.*  Mr. Pilon further testified that "In response to the multiple threats we have reported, the Chaska, Minnesota Police Department increased the frequency of its patrols around My Pillow's corporate office."  *Id*. at ¶5.

Due to the impassioned nature of facts underlying this lawsuit, as well as the dozens of threats of violence that he has received, including kidnapping, murder and decapitation, Defendant Michael J. Lindell respectfully requests leave to file his home address under seal and *ex parte*.

Dated: May 14, 2021

                                      Respectfully submitted,

                                      */s/ Douglas A. Daniels*
                                      Douglas A. Daniels
                                      D.C. Bar ID: TX0205
                                      Heath A. Novosad
                                      D.C. Bar ID: TX0207
                                      DANIELS & TREDENNICK PLLC
                                      6363 Woodway Dr., Suite 700
                                      Houston, TX 77057-1759
                                      (713) 917-0024 Telephone
                                      (713) 917-0026 Facsimile
                                      Email: doug.daniels@dtlawyers.com
                                      Email: heath.novosad@dtlawyers.com

                                      Earl N. "Trey" Mayfield, III
                                      D.C. Bar No. 459998
                                      JURIS DAY, PLLC
                                      10521 Judicial Drive, Suite 200
                                      Fairfax, Virginia 22030
                                      Telephone: (703) 268-5600
                                      tmayfield@jurisday.com

                                      *Counsel for Defendant Michael J. Lindell*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on May 13, 2021, I conferred by e-mail with Megan Meier, counsel for Plaintiffs, regarding the relief requested in this motion. Counsel for Plaintiffs indicated that Plaintiffs do not oppose the relief requested herein.

                                      /s/ *Heath A. Novosad*
                                      Heath A. Novosad

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on May 14, 2021.

                                      /s/ *Heath A. Novosad*
                                      Heath A. Novosad