## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>    Plaintiffs,<br><br>    v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br>343 E 82nd Str #102<br>Chaska, MN 55318,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF JEREMIAH PILON

I, Jeremiah Pilon, declare as follows.

1. I am the Deputy General Counsel of My Pillow, Inc. I am competent to make this declaration in support of Michael J. Lindell's request to file his home address under seal and *ex parte*. Unless indicated otherwise, I have personal knowledge of the facts contained in this declaration and, if called upon to do so, I could and would testify competently to the matters set forth herein.

2. As part of my duties as Deputy General Counsel for My Pillow, I am informed about threats made against our employees, including our Chief Executive Officer, Michael Lindell,

1

EXHIBIT A

and I am responsible for reporting threats to the appropriate authorities, including the Chaska, Minnesota Police Department.

3. My Pillow has received numerous threats against Mr. Lindell, several of which were sufficiently direct or specific that we reported them to the Chaska, Minnesota Police Department. From December 2, 2020, to the present, My Pillow has made police reports with respect to at least seven individuals who contacted My Pillow and directly threatened Mr. Lindell's life or physical safety.

4. Three examples of the types of threats Mr. Lindell has received since December 2, 2020, are:

    a. On December 2, 2020, a threatening box was delivered to My Pillow's corporate headquarters. The box was open on top and contained two MyPillow bed pillows that had been slit open and splattered with a red-colored substance intended to look like blood. A sign attached to the box stated, "Mike Lindell Loves Murderers." The threatening package was left just feet away from the main entrance to the company headquarters. Below is a true and correct copy of a photograph of the package:



b. On February 6, 2021, My Pillow's call center received a series of calls from one individual detailing a plan to kidnap Mike and decapitate him. Audio recordings of those calls were provided to the Chaska, Minnesota Police Department and can be made available to the Court.

c. On March 30, 2021, an individual telephoned a customer service agent at My Pillow's call center and stated, "We are coming after Mike Lindell and Donald Trump, and we're gonna kill 'em, and we're gonna kill you, too." An audio recording of the death threat was given to the Chaska, Minnesota Police Department and can be made available to the Court.

5. In response to the multiple threats we have reported, the Chaska, Minnesota Police Department increased the frequency of its patrols around My Pillow's corporate office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of May 2021

Jeremiah Pilon