IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 1:21-cv-00445-CJN |
| MY PILLOW, INC., and MICHAEL J. LINDELL, ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR
<u>ADMISSION *PRO HAC VICE* OF ATTORNEY RODNEY A. SMOLLA</u>**

Pursuant to Local Civil Rule 83.2 of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Rodney A. Smolla *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Rodney A. Smolla, filed herewith. As set forth in Mr. Smolla's declaration, he is admitted and in good standing in the following bars and courts: the State Bars of Delaware, Virginia, and Illinois; the United States Supreme Court; the United States Court of Appeals for the District of Columbia Circuit; the United States Court of Appeals for the Second Circuit; the United States Court of Appeals for the Third Circuit; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Seventh Circuit; the United States Court of Appeals for the Ninth Circuit; the United States District Court for the Northern District of Illinois; the United States District Court for the Eastern District of Virginia; and the United States District Court for the District of Delaware.

This motion is supported and signed by Thomas A. Clare, P.C., an active and sponsoring member of the Bar of this Court.

Dated: June 23, 2021          Respectfully submitted,

*/s/ Thomas A. Clare, P.C.*
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Justin A. Nelson (D.C. Bar No. 490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 653-7895
Facsimile:  (713) 654-6666
jnelson@susmangodfrey.com

*Counsel for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court on June 23, 2021, using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Thomas A. Clare, P.C.*<br>Thomas A. Clare, P.C.