UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., et al.,

    *Plaintiffs*,

v.

MY PILLOW, INC., et al.,

    *Defendants*.

Civil Action No. 1:21-cv-00445 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant My Pillow, Inc.'s Motion to Dismiss, ECF No. 30, is **DENIED**; it is further

**ORDERED** that Defendant Lindell's Motion to Dismiss, ECF No. 34, is **DENIED**.

DATE: August 11, 2021

CARL J. NICHOLS
United States District Judge

1