**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Cause No. 1:21-cv-00445-CJN |
| | ) | |
| MY PILLOW, INC., and | ) | |
| MICHAEL J. LINDELL, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT MICHAEL J. LINDELL'S UNOPPOSED
MOTION TO EXTEND TIME TO ANSWER THE COMPLAINT**

1.      Pursuant to L.R. 7 and FED. R. CIV. P. 6(b), Defendant Michael J. Lindell ("Mr. Lindell") respectfully moves to extend his time to answer the Complaint (ECF No. 1) until Friday, September 24, 2021 (the "Motion").  Under FED. R. CIV. P. 12(a)(4)(A), Mr. Lindell has fourteen (14) days after the denial of a Rule 12 motion to answer a complaint.  On August 11, 2021, the Court denied Mr. Lindell's Motion to Dismiss (ECF No. 34) in a Memorandum and Order (ECF Nos. 54 and 53, respectively).  The requested extension would extend the current deadline of August 25, 2021, by thirty (30) days to September 24, 2021.  Pursuant to L.R. 7(m), the Parties' counsel conferred about the proposed extension, and Plaintiffs are not opposed.  In support of this Motion, Mr. Lindell avers as follows:

2.      Pursuant to ¶ 9(b)(i) of this Court's Standing Order (ECF No. 11), Mr. Lindell's Answer to the Complaint is currently due by August 25, 2021.

3.      Pursuant to ¶ 9(b)(ii) of this Court's Standing Order (ECF No. 11), Mr. Lindell has not previously sought or been granted an extension of time.

4.      Pursuant to ¶ 9(b)(iii) of this Court's Standing Order (ECF No. 11), Mr. Lindell seeks the requested extension for the following good cause:

a.  The undersigned counsel have the following deadlines between the Court's denial of the Motion to Dismiss and the answer deadline: (a) lead counsel for a Brief in Opposition to Motion to Dismiss due on August 19, 2021, in *Buffalo Bills, LLC, v. American Guarantee and Liability Insurance Company*, Index No. 805019/2021, pending before the Supreme Court of the State of New York in the County of Erie; (b) lead counsel for an Appellate Brief due on August 20, 2021, in *Fredric N. Eshelman v. True The Vote, Inc., et al.*, Cause No. 2021V-0015, pending before the Fourteenth Court of Appeals of Texas; (c) lead counsel for a status conference (hearing) on August 20, 2021, in *Michael J. Lindell v. US Dominion, Inc., et al.*, Cause No. 0:21-cv-01332, pending before the United States District Court for the District of Minnesota; and (d) lead counsel for various other matters currently in litigation.

b.  Dominion's Complaint is 115 pages long and includes 348 exhibits, totaling thousands of pages, which itself can constitute good cause for an extension. *See McFadden v. Washington Metro. Area Transit Auth.*, 2014 U.S. Dist. LEXIS 200354, at *6 (D.D.C. Sept. 9, 2014) (finding good cause in that "the coordination of filing responsive pleadings to a lengthy complaint with multiple defendants, involving multiple federal and state claims, is a complicated, tedious, and time-consuming task").

5.  Pursuant to ¶ 9(b)(iv) of this Court's Standing Order, the requested extension does not affect any other deadlines.

6.  Paragraph 9(b)(v) of this Courts Standing Order (ECF No. 11) is not applicable by its terms.

7.  Pursuant to ¶ 9(b)(vi) of this Court's Standing Order (ECF No. 11), Plaintiffs do not oppose Mr. Lindell's extension of time.

8.  In sum, Mr. Lindell seeks this extension of time because of not only the Complaint's voluminous factual allegations and its attached exhibits, but also because of the nature, scope, and importance of the claims involved.  Further, Mr. Lindell seeks the extension of time because of undersigned counsel's commitments as listed above.  Accordingly, Mr. Lindell respectfully submits that the foregoing constitutes good cause for an extension under FED. R. CIV. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good

cause, extend the time").  Further, Mr. Lindell does not seek this extension for purposes of delay or frustration of the progress of this matter, nor does the extension unduly burden  Plaintiffs.

WHEREFORE, Defendant Michael J. Lindell respectfully requests this Court extend his time to answer the Complaint from August 25, 2021, until September 24, 2021.

Dated: August 20, 2021                                  Respectfully submitted,

/s/ Douglas A. Daniels
Douglas A. Daniels
D.C. Bar No. TX0205
Heath A. Novosad
D.C. Bar No. TX0207
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath.novosad@dtlawyers.com

Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
Email: tmayfield@jurisday.com

*Counsel for Defendant Michael J. Lindell*

## CERTIFICATE OF CONFERENCE

On August 19, 2021, I called Stephen Shackelford, attorney for Plaintiffs, and left a voicemail regarding Defendant Michael J. Lindell's Motion to Extend Time to Answer the Complaint.  On August 20, 2021, I received an email from Mr. Shackelford informing counsel that Plaintiffs were not opposed to Mr. Lindell's Motion.

_/s/ Douglas A. Daniels_
Douglas A. Daniels