# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Cause No. 1:21-cv-00445-CJN |
| ) | |
| MY PILLOW, INC., and ) | |
| MICHAEL J. LINDELL, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

On considering Defendant Michael J. Lindell's Motion to Extend Time to Answer the Complaint (ECF No. 55), the lack of any opposition thereto, and the entire record herein, the Court finds that Mr. Lindell's motion is well taken.  For the foregoing reasons, it is hereby

**ORDERED** that Defendant Michel J. Lindell's Motion to Extend Time to Answer the Complaint is granted; and it is

**FURTHER ORDERED** that Defendant Michael J. Lindell shall answer the Complaint (ECF No. 1) on or before Friday, September 24, 2021;

**SO ORDERED**.

Dated: _____, 2021

_____
**UNITED STATES DISTRICT JUDGE**