IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| US DOMINION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00445-CJN |
| v. | ) ) | Judge Carl J. Nichols |
| MY PILLOW, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Local Rule 7 and Fed. R. Civ. P. 6(b), Defendant My Pillow, Inc. ("MyPillow") moves for an extension of its time to respond to the Complaint to September 24, 2021, for the following reasons.

i. Plaintiff filed its Complaint and Demand for Jury Trial on February 22, 2021. (ECF #1) MyPillow moved to dismiss the Complaint on April 19, 2021. (ECF #30) The Court denied MyPillow's Motion to Dismiss by Order dated August 11, 2021. (ECF # 53) Pursuant to Fed. R. Civ. P. 12(a)(4), the current deadline for MyPillow to respond to the Complaint is August 25, 2021.

ii. Defendants have not sought any prior extensions to respond to the Complaint. On April 26, 2021, Plaintiffs filed an unopposed motion for a twenty-five day extension of their time to respond to Defendants' motions to dismiss the Complaint. (ECF #35) In connection with Plaintiffs' motion, MyPillow sought and was granted an extension of fourteen days to file its reply memorandum in

      response to Plaintiffs' opposition memorandum. (ECF #37; April 30, 2021 Minute Order).

iii.    Good cause for the extension is that the Complaint is lengthy and detailed, running 178 numbered paragraphs and 115 pages with 147 exhibits. This Motion is made to allow MyPillow time to adequately respond to the volume of allegations. Granting MyPillow its requested extension will not unduly burden Plaintiffs and Plaintiffs have consented in writing to requested extension to September 24, 2021.

iv.    The Court has not yet entered a scheduling order, so granting the extension will not affect any existing deadlines.

v.    This request does not concern the briefing deadlines for a motion, so no opposition or reply deadlines are applicable.

WHEREFORE, Defendant MyPillow respectfully requests that the Court grant this Motion and extend Defendants' deadline to respond to the Complaint to September 24, 2021.

DATED: August 20, 2021           **LEWIN & LEWIN, LLP**

                                               By _/s/ Nathan Lewin_
                                                   Nathan Lewin (D.C. Bar No. 38299)
                                                   888 17th Street NW
                                                   Fourth Floor
                                                   Washington, DC 20006
                                                   Telephone: (202) 828-1000
                                                   nat@lewinlewin.com

                                            _Counsel for Defendant My Pillow, Inc._

**PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)*
Joseph A. Pull (D.C. Bar No. 982468)
Abraham S. Kaplan (MN Bar No. 399507)*
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com

* Admitted Pro Hac Vice

*Counsel for Defendant My Pillow, Inc.*