**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| US DOMINION, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:21-cv-00445 (CJN) |
| MY PILLOW, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

On consideration of Defendant My Pillow, Inc.'s Consent Motion for Extension of Time to Respond to Complaint and the record herein, the Court finds good cause to grant the motion.

For the foregoing reasons, it is hereby **ORDERED** that the motion is granted and My Pillow, Inc. shall respond to the Complaint (ECF #1) on or before September 24, 2021.

DATE: _____                _____, 2021
                                    CARL J. NICHOLS
                                    United States District Judge