# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| US DOMINION, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-00445-CJN |
| | ) | Judge Carl J. Nichols |
| v. | ) | |
| | ) | |
| MY PILLOW, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### My Pillow, Inc.'s Corporate Disclosure Statement

Pursuant to Fed. R. Civ. P. 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, counsel for Defendant My Pillow, Inc. certifies that to the best of our knowledge and belief, there is no parent company, subsidiary, affiliate, or other company which owns 10% or more of the stock of My Pillow, Inc.

DATED:  August 20, 2021                **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)*
Joseph A. Pull (D.C. Bar No. 982468)
Abraham S. Kaplan (MN Bar No. 399507)*
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com

* Admitted Pro Hac Vice

*Counsel for Defendant My Pillow, Inc.*