# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., et al._____Plaintiffs,_____v.___MY PILLOW, INC., et al._____Defendants. | Case No. 1:21-cv-00445-CJN_Judge Carl J. Nichols |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN P. MALONE

Nathan Lewin moves for the admission of Ryan P. Malone of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for My Pillow in the above-captioned action. This motion is accompanied by the Declaration of Mr. Malone, which certifies and establishes the following:

1. Mr. Malone has read and is familiar with the Local Rules of this Court.

2. Pursuant to Local Civil Rule 7, subdivision (m), on August 25, 2021, email communication was exchanged with Megan Meier, counsel for Plaintiffs, wherein Ms. Meier was informed that Defendant My Pillow, Inc. would be filing a motion for admission *pro hac vice*. Ms. Meier stated that Plaintiffs would not oppose such a motion.

3. Accordingly, Nathan Lewin, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Ryan Malone to appear *pro hac vice* in this matter.

                                        Respectfully submitted,

DATED:  August 30, 2021           **LEWIN & LEWIN, LLP**

                                        By *s/ Nathan Lewin*
                                            Nathan Lewin (D.C. Bar No. 38299)
                                            888 17th Street NW
                                            Fourth Floor
                                            Washington, DC 20006
                                            Telephone: (202) 828-1000
                                            nat@lewinlewin.com

                                        **PARKER DANIELS KIBORT LLC**

                                        By *s/ Andrew D. Parker*
                                            Andrew D. Parker (MN Bar No. 195042)*
                                            Joseph A. Pull (D.C. Bar No. 982468)
                                            Abraham S. Kaplan (MN Bar No. 399507)*
                                            888 Colwell Building
                                            123 N. Third Street
                                            Minneapolis, MN 55401
                                            Telephone: (612) 355-4100
                                            Facsimile: (612) 355-4101
                                            parker@parkerdk.com
                                            pull@parkerdk.com
                                            kaplan@parkerdk.com

                                        * Admitted *Pro Hac Vice*

                                        *Counsel for Defendant My Pillow, Inc.*