IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., et al.<br><br>      Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

**DECLARATION OF RYAN P. MALONE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Ryan P. Malone, declare:

1. I am an attorney licensed to practice law in the State of Minnesota and am an attorney with the law firm of Parker Daniels Kibort LLC.

2. The law office of Parker Daniels Kibort LLC is located at 888 Colwell Building, 123 North Third Street, Minneapolis, Minnesota 55401. Its telephone number is (612) 355-4100 and its facsimile number is (612) 355-4104.

3. In November of 2013, I was admitted to practice law in the Supreme Court for the State of Minnesota.

4. In September of 2014, I was admitted to practice law in the United States District Court for the District of of Minnesota.

5. In February of 2017, I was admitted to practice law in the United States District Court for the District of North Dakota.

6. I hereby certify that I have not been disciplined by any bar.

7. I have never been admitted *pro hac vice* in this Court.

8.  I do not have an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. Parker Daniels Kibort LLC has retained Nathan Lewin and the law firm Lewin & Lewin LLP, to serve as local and co-counsel in this matter. The address and telephone number for Nathan Lewin and Lewin & Lewin LLP are: 888 17th Street NW, 4th floor, Washington, D.C. 20006, telephone number (202) 828-1000.

9.  I have read the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 30, 2021 in Minneapolis, Minnesota.

                                                                *s/ Ryan P. Malone*
                                                                Ryan P. Malone