Local AO 136 (Rev. 1/15) Certificate of Good Standing

United States District Court
District of North Dakota

# CERTIFICATE OF GOOD STANDING

I, Robert Ansley, Clerk of this Court, certify that

RYAN P. MALONE

was duly admitted to practice in this Court on

February 21, 2017

and is in good standing as a member of the Bar of this Court

Dated on August 25, 2021

Bismarck , North Dakota.

ROBERT ANSLEY
Clerk

*/s/ Carla Schultz*
By: Deputy Clerk