AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _____Kate M. Fogarty_____, Clerk of this Court,

certify that _____Ryan Malone_____, Bar # _____395795_____,

was duly admitted to practice in this Court on _____09/09/2014_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____St. Paul, MN_____ on _____08/25/2021_____
         *(Location)*                            *(Date)*

Kate M. Fogarty
*CLERK*

*Signature of Clerk or Deputy Clerk*
*DEPUTY CLERK*