IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., et al.<br><br>       Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., et al.<br><br>       Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF RYAN P. MALONE**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearance of Ryan P. Malone *pro hac vice* in this matter.

IT IS SO ORDERED.

Dated: _____

                                                                   _____
                                                                   Honorable Carl J. Nichols
                                                                   District Court Judge