IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>Defendants. | Case No. 1:21-cv-00445-CJN |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION FOR MODIFICATION OF MEMORANDUM OPINION AND ORDER DATED AUGUST 11, 2021 TO INCLUDE CERTIFICATION OF <u>CONTROLLING QUESTIONS OF LAW</u>**

Pursuant to Local Rule 7 and Fed. R. Civ. P. 6(b), Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively "Plaintiffs") respectfully move to extend the deadline to respond to Defendants' Motion for Modification of Memorandum Opinion and Order Dated August 11, 2021, to Include Certification of Controlling Questions of Law (Dkt. 58, 59) (the "Motion") by 14 days, until September 21, 2021.

Pursuant to Paragraph 9(b) of the Court's Standing Order (Dkt. 11), Plaintiffs state the following in support of this Motion:

1. Plaintiffs' current deadline to respond to the Motion is September 7, 2021.

2. Plaintiffs have sought and been granted only one extension in this action, which was their unopposed request for an extension to respond to Defendants' motions to dismiss. (Dkt. 35, April 30, 2021 Minute Order). My Pillow sought and was granted (1) an extension to file its reply memorandum in response to Plaintiffs' opposition to Defendants' motion to dismiss (Dkt. 37, April 30, 2021 Minute Order) and (2)

an extension to file its answer to Plaintiffs' Complaint (Dkt. 56, August 23, 2021 Minute Order). Lindell sought and was granted (1) an extension to file his reply memorandum in response to Plaintiffs' opposition to Defendants' motion to dismiss (Dkt. 38, April 30, 2021 Minute Order) and (2) and an extension to file his answer to Plaintiffs' Complaint (Dkt. 55, August 23, 2021 Minute Order).

3. Plaintiffs seek the requested extension for the following good cause:

    a. The Motion asks this Court to modify its August 11 order and opinion so that Defendants may seek an immediate appeal of the Court's decision to deny Defendants' Motions to Dismiss. Plaintiffs believe the Motion to be meritless, but the stakes are nevertheless high, as permitting an interlocutory appeal could significantly complicate (and substantially delay) Plaintiffs' prosecution of this case. Counsel seeks this extension so that they may fully and adequately respond to the Motion.

    b. My Pillow filed the Motion on August 24, 2021, as Plaintiffs' counsel were preparing for an August 30, 2021, hearing on the Motion to Dismiss filed by Fox News Network, LLC in *US Dominion, Inc. v. Fox News Network, LLC*, C.A. No. N21C-03-257 EMD, Superior Court of the State of Delaware. Plaintiffs' counsel thus has a more limited amount of time to properly address the Motion, particularly in light of the Labor Day Holiday, which falls the day before Dominion's opposition is currently due.

    c. Plaintiffs do not seek this extension for purpose of delay or frustration of the progress of this matter, nor will this extension unduly burden the opposing parties.

4. The requested extension does not affect any other deadlines.

5. Paragraph 9(b)(v) of this Court's Standing Order is not applicable, as Plaintiffs are not seeking to extend the deadline of a motion.

6. The parties' counsel conferred about the proposed extension, and Defendants do not oppose this motion.

WHEREFORE, Plaintiffs respectfully ask this Court to extend Plaintiffs' time to respond to Defendants' Motion for Modification of Memorandum Opinion and Order Dated August 11, 2021, to Include Certification of Controlling Questions of Law until September 21, 2021.

Dated: August 30, 2021

Respectfully submitted,

/s/ Justin A. Nelson
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Of Counsel:

Justin A. Nelson (D.C. Bar No. 490347)
Brittany Fowler (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
bfowler@susmangodfrey.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

Stephen Shackelford, Jr. (*admission pending*)
Elisha Barron (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1301 6th Avenue
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

*Attorneys for Plaintiffs*

Davida Brook (*admission pending*)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400

Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Stephen E. Morrissey (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3880
smorrissey@susmangodfrey.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Justin A. Nelson*
Justin a. Nelson
