IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>　　　　Defendants. | Case No. 1:21-cv-00445-CJN |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion to Extend Time to Respond to Defendants' Motion for Modification of Memorandum Opinion and Order Dated August 11, 2021, to Include Certification of Controlling Questions of Law (Dkt. 58, 59), and appearing that there is good cause to grant the motion, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiffs' response to Defendants' Motion for Modification of Memorandum Opinion and Order Dated August 11, 2021, to Include Certification of Controlling Questions of Law is extended until September 21, 2021.

SO ORDERED this ____ day of _____ 2021.

 

_____
Carl J. Nichols,
United States District Court Judge