IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00445-CJN |
| v. | ) ) | Judge Carl J. Nichols |
| MY PILLOW, INC., et al. | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Ryan P. Malone of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendant My Pillow, Inc. in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).

DATED:  September 2, 2021          **LEWIN & LEWIN, LLP**

By *s/ Nathan Lewin*
    Nathan Lewin (D.C. Bar No. 38299)
    888 17th Street NW
    Fourth Floor
    Washington, DC 20006
    Telephone: (202) 828-1000
    nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc*

2

**PARKER DANIELS KIBORT LLC**

By *s/ Ryan P. Malone*
　　Andrew D. Parker (MN Bar No. 195042)*
　　Joseph A. Pull (D.C. Bar No. 982468)
　　Ryan P. Malone (MN Bar No. 0395795)*
　　Abraham S. Kaplan (MN Bar No. 399507)*
　　888 Colwell Building
　　123 N. Third Street
　　Minneapolis, MN 55401
　　Telephone: (612) 355-4100
　　Facsimile: (612) 355-4101
　　parker@parkerdk.com
　　pull@parkerdk.com
　　malone@parkerdk.com
　　kaplan@parkerdk.com

* Admitted *Pro Hac Vice*

*Counsel for Defendant My Pillow, Inc.*