### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*  )<br>  )<br>  Plaintiffs,   )<br>  )<br>  v.   )<br>  )<br>MY PILLOW, INC., and   )<br>MICHAEL J. LINDELL,   )<br>  )<br>  Defendants.   ) | Cause No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

**NOTICE OF APPEAL**

Notice is hereby given that Michael J. Lindell appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court entered on August 11, 2021 (ECF #53), denying Michael J. Lindell's motion to dismiss the complaint. The Order is a collateral order that constitutes a "final decision" under 28 U.S.C. § 1291. *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 546 (1949); *Mitchell v. Forsyth*, 472 U.S. 511, 524-530 (1985); *Meredith v. Federal Mine Safety and Health Review Commission*, 177 F.3d 1042, 1048-1052 (D.C. Cir. 1999). *See New York Times Co. v. Sullivan*, 376 U.S. 254, 279-283 (1964).

This Notice is withdrawn if this Court grants the relief requested in Michael J. Lindell's Notice of Joinder in Defendant MyPillow, Inc.'s Motion for Modification of Memorandum Opinion and Order Dated August 11, 2021, to Include Certification of Controlling Questions of Law, filed on August 25, 2021 (ECF #59) and the Court of Appeals for the District of Columbia Circuit permits a 28 U.S.C. § 1292(b) interlocutory appeal to be taken.

Dated: September 10, 2021                     Respectfully submitted,

/s/ *Douglas A. Daniels*
Douglas A. Daniels
D.C. Bar No. TX0205
Heath A. Novosad
D.C. Bar No. TX0207
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath.novosad@dtlawyers.com

Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
tmayfield@jurisday.com

*Counsel for Defendant Michael J. Lindell*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on September 10, 2021.

/s/ *Douglas A. Daniels*
Douglas A. Daniels