IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>      v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:21-cv-00445-CJN |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR MODIFICATION**

Having considered Defendants' Motion for Modification of Memorandum Opinion and Order Dated August 11, 2011, to Include Certification of Controlling Questions of Law ("Defendants' Motion for Modification"), *see* ECF No. 58, the Court is of the opinion that the Motion should be DENIED in all respects.

Therefore, it is ORDERED that Defendants' Motion for Modification is DENIED.

SIGNED this _____ day of _____, 2021

                                                                               _____
                                                                               The Honorable Carl J. Nichols
                                                                               United States District Court Judge