**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.* ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Cause No. 1:21-cv-00445-CJN |
| ) | Judge Carl J. Nichols |
| MY PILLOW, INC., and ) | |
| MICHAEL J. LINDELL, ) | |
| ) | |
| Defendants. ) | |

**MY PILLOW, INC.'S**
**NOTICE IN LIEU OF FILING ANSWER**

PLEASE TAKE NOTICE that Defendant My Pillow, Inc. ("MyPillow") respectfully reserves the right to withhold its Answer until after (a) this Court's ruling on MyPillow's Motion for Modification of Memorandum Opinion and Order (ECF #58) and (b) the Court of Appeals' further action pursuant to MyPillow's Notice of Appeal (ECF #64).

The Court of Appeals has docketed the appeal and fixed deadlines for the filing of motions and other mandatory submissions. Court of Appeals for the District of Columbia Circuit Case No. 21-7103, Doc. #1914267.

MyPillow's Answer is premature if the Court of Appeals now considers and decides whether to reverse this Court's denial of MyPillow's Motion To Dismiss. Nonetheless, MyPillow will file an Answer if this Court orders MyPillow to do so while issues relating to the appeal are pending.

MyPillow will respond to Dominion's Opposition to Defendants' Motion (ECF#72)

and will await this Court's decision on MyPillow's Motion without prejudice or waiver of the principle that "[t]he filing of a notice of appeal . . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).

Dated: September 23, 2021

| **LEWIN & LEWIN, LLP** | **PARKER DANIELS KIBORT LLC** |
|---|---|
| */s/ Nathan Lewin*<br>Nathan Lewin (D.C. Bar No. 38299)<br>888 17th Street NW<br>Fourth Floor<br>Washington, DC 20006<br>Telephone: (202) 828-1000<br>nat@lewinlewin.com<br><br>*Counsel for Defendant My Pillow, Inc.* | */s/ Andrew D. Parker*<br>Andrew D. Parker (MN Bar No. 195042)*<br>Joseph A. Pull (D.C. Bar No. 982468)<br>Ryan P. Malone (MN Bar No. 0395795)*<br>Abraham S. Kaplan (MN Bar No. 399507)*<br>888 Colwell Building<br>123 N. Third Street<br>Minneapolis, MN 55401<br>Telephone: (612) 355-4100<br>parker@parkerdk.com<br>pull@parkerdk.com<br>malone@parkerdk.com<br>kaplan@parkerdk.com<br><br>* Admitted Pro Hac Vice<br><br>*Counsel for Defendant My Pillow, Inc.* |