IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*  )<br>  )<br>   Plaintiffs )<br>  )<br>   v. )<br>  )<br> MY PILLOW, INC., and )<br> MICHAEL J. LINDELL, )<br>  )<br>   Defendants. ) | Cause No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

### DEFENDANT MICHAEL J. LINDELL'S NOTICE OF JOINDER IN DEFENDANT MY PILLOW, INC.'S, REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR CERTIFICATION OF CONTROLLING QUESTIONS OF LAW

PLEASE TAKE NOTICE that Defendant Michael J. Lindell ("Mr. Lindell") joins in and adopts Defendant My Pillow, Inc.'s ("MyPillow") Reply Memorandum in Further Support of MyPillow's Motion for Certification of Controlling Questions of Law ("MyPillow's Reply") (ECF No. 76), as to all arguments and authorities by reference for all purposes, as if fully set forth at length in this Notice.

Accordingly, for the reasons set forth in MyPillow's motion (ECF No. 58), Mr. Lindell's joinder thereto (ECF No. 59), and MyPillow's Reply (ECF No. 76), this Court should certify the denial of Mr. Lindell's Motion To Dismiss (ECF No. 34) for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated: September 28, 2021

Respectfully submitted,

*/s/ Douglas A. Daniels*
Douglas A. Daniels
D.C. Bar No. TX0205
Heath A. Novosad
D.C. Bar No. TX0207

DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath.novosad@dtlawyers.com

Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
tmayfield@jurisday.com

*Counsel for Defendant Michael J. Lindell*

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on September 28, 2021.

/s/ *Douglas A. Daniels*
Douglas A. Daniels