IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>　　　　Defendants. | Case No. 1:21-cv-00445-CJN |

**DEFENDANTS' MOTION FOR STATUS CONFERENCE**

Having attempted unsuccessfully to reach agreement with Plaintiffs' counsel on a Joint Motion, Defendants My Pillow, Inc. ("MyPillow") and Michael J. Lindell ("Lindell") (collectively "Defendants") respectfully move this Court for a status conference in order to seek guidance from the Court on various issues related to this case. This Motion is filed without prejudice to jurisdictional contentions Defendants may assert based on Defendants having filed Notices of Appeal.

1.

On August 11, 2021, the Court issued a Memorandum Opinion and Order denying Defendants' Motions To Dismiss Dominion's complaint on the ground, *inter alia,* that Dominion's defamation lawsuit violated the First Amendment as applied in *New York Times v. Sullivan*. (Dkt. 53, 54)

2.

On August 23, 2021, the Court extended the time for Defendants to file an Answer to September 24, 2021. (8/23/21 Minute Orders)

1

3.

On the following day, August 24, 2021, MyPillow moved the Court to modify its August 11, 2021, Order and Memorandum Opinion to certify two proposed questions concerning the application of *New York Times v. Sullivan* for interlocutory appeal pursuant to 28 U.S.C. 1292(b). (Dkt. 58) Lindell joined in MyPillow's motion on August 25, 2021. (Dkt. 59) By order, the Court granted the Plaintiffs an unopposed extension of time to file a memorandum in opposition to the 1292(b) motion, and the Plaintiffs did so on September 21, 2021. (Dkt. 72) Defendants filed a reply memorandum on September 28, 2021 (Dkt. 76, 77). Defendants' 1292(b) motion for modification is pending.

4.

On September 9 and 10, 2021, Defendants filed Notices of Appeal to the Court of Appeals for the District of Columbia Circuit from the Court's denial of the Defendants' Motion To Dismiss on the ground that the denial of the Motion To Dismiss was a "collateral order" subject to appellate review under 28 U.S.C. 1291. The Notices cited relevant precedents of the Supreme Court and the Court of Appeals for the District of Columbia Circuit. The Notices also declared that they were to be withdrawn if this Court certified the denial for interlocutory review and if the Court of Appeals agreed to hear the appeal. (Dkt. 64, 66)

5.

On September 23 and 24, 2021, Defendants each filed a Notice in Lieu of Filing Answer, noting that filing an Answer on September 24 would be premature in light of the pendency of the Motion for Interlocutory Appeal and the Notices of Appeal that had been accepted by the Court of Appeals, and reserving the right to file an Answer after appellate issues are resolved. The Notice

declared that if the Court ordered that an Answer be filed, the Defendants would file an Answer. (Dkt. 74, 75)

6.

On September 17, 2021, the parties in *US Dominion, Inc. et al v. Giuliani*, No. 1:21-cv-00213-CJN, submitted a Joint Meet and Confer Report pursuant to Local Civil Rule 16.3. (No. 1:21-cv-00213-CJN, Dkt. 40) In that report, Dominion stated that the *Giuliani* case was related to other matters pending before this Court and suggested that discovery be consolidated among those matters and a Scheduling Order be entered. Neither MyPillow nor Lindell was served with this Report nor did either have knowledge of Dominion's request. In response to Dominion's request, this Court issued a Minute Order in *US Dominion, Inc. et al v. Giuliani*, No. 1:21-cv-00213-CJN, but not in Defendants' case, ordering the Parties to submit an updated Joint Meet and Confer Report once the Parties in all related cases have had the opportunity to discuss a Joint Scheduling Order. (No. 1:21-cv-00213-CJN, 9/27/21 Minute Order) On September 30, 2021, the Court entered a Minute Order in *US Dominion, Inc. et al v. Powell et al*, No. 1:21-cv-00040-CJN, but not in Defendants' case, ordering the Parties to submit a Joint Meet and Confer Report once the Parties in all related cases have had the opportunity to discuss a Joint Scheduling Order. (No. 1:21-cv-00040-CJN, 9/30/21 Minute Order)

7.

Plaintiffs' counsel asked Defendants' counsel and counsel for defendants in the *Giuliani* and *Powell* cases to schedule a meeting to discuss the terms of a Joint Scheduling Order. Plaintiffs and defendants in *Giuliani* and *Powell* set a call for Thursday, October 7, 2021. In correspondence that is attached hereto as Exhibits I and II, MyPillow's and Lindell's counsel indicated that their

participation at this time would be premature because their case is at a different stage than the *Giuliani* and *Powell* cases.

8.

Plaintiffs and Defendants disagree as to the current status of this case. The nature of their disagreement is reflected in Exhibits I and II.

9.

The parties have agreed that a conference with the Court is the most efficient way to seek clarity on these issues, although they have not agreed on the text of a Joint Motion. Accordingly, Defendants respectfully request that the Court set a conference to discuss the status of this case while issues regarding appeal are pending.

Dated: October 7, 2021

Respectfully submitted,

**LEWIN & LEWIN, LLP**

*/s/* Nathan Lewin
Nathan Lewin (D.C. Bar No. 38299)
888 17th Street NW
Fourth Floor
Washington, DC 20006
Telephone: (202) 828-1000
nat@lewinlewin.com

**PARKER DANIELS KIBORT LLC**

*/s/* Andrew D. Parker
Andrew D. Parker (MN Bar No. 195042)
Joseph A. Pull (D.C. Bar No. 982468)
Abraham S. Kaplan (MN Bar No. 399507)
Ryan P. Malone (MN Bar No. 0395795)
888 Colwell Building
123 N. Third Street

Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
malone@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

Alan Dershowitz (MA Bar No. 121200)
1575 Massachusetts Avenue
Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*


/s/ Douglas A. Daniels
Douglas A. Daniels
Texas State Bar No. 00793579
Heath A. Novosad
Texas State Bar No. 24037199
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath@dtlawyers.com


Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
Email: tmayfield@jurisday.com

*Counsel for Defendant Michael J. Lindell*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2021, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand will serve counsel for the parties.

/s/ Andrew D. Parker
*Andrew D. Parker*