IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN |

## **DEFENDANTS' MEET AND CONFER STATEMENT**

Defendants My Pillow, Inc. ("MyPillow") and Michael J. Lindell ("Lindell") (collectively "Defendants"), hereby certify that the parties met and conferred in good faith prior to Defendants filing a Motion for Status Conference.

The parties exchanged email communications regarding the submission of a Joint Motion for Status Conference on October 1, October 4, October 5, October 6, and October 7.  The parties were unable to agree on the text of a Joint Motion. Plaintiffs have stated they do not oppose a status conference with the Court. Plaintiffs have stated they will file their own request.

Dated: October 7, 2021

Respectfully submitted,

**LEWIN & LEWIN, LLP**

*/s/* Nathan Lewin
Nathan Lewin (D.C. Bar No. 38299)
888 17th Street NW
Fourth Floor
Washington, DC 20006
Telephone: (202) 828-1000
nat@lewinlewin.com

**PARKER DANIELS KIBORT LLC**

*/s/* Andrew D. Parker
Andrew D. Parker (MN Bar No. 195042)
Joseph A. Pull (D.C. Bar No. 982468)
Abraham S. Kaplan (MN Bar No. 399507)
Ryan P. Malone (MN Bar No. 0395795)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
malone@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

Alan Dershowitz (MA Bar No. 121200)
1575 Massachusetts Avenue
Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*

*/s/* Douglas A. Daniels
Douglas A. Daniels
Texas State Bar No. 00793579
Heath A. Novosad
Texas State Bar No. 24037199
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath@dtlawyers.com

Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
Email: tmayfield@jurisday.com

*Counsel for Defendant Michael J. Lindell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2021, I will electronically file the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand will serve counsel for the parties.

/s/ Andrew D. Parker
*Andrew D. Parker*