IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>        v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN |

# [PROPOSED] ORDER

On consideration of the Motion for Status Conference submitted by Defendants My Pillow, Inc. ("MyPillow") and Michael J. Lindell ("Lindell"), the Court finds good cause to grant the Motion.

For the foregoing reasons, it is hereby **ORDERED** that the parties are to appear before this Court for a status conference, at a date and time to be determined by the Court.


DATE: _____                  _____, 2021
                                      CARL J. NICHOLS
                                      United States District Judge