IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-00445-CJN |
| MY PILLOW, INC., and MICHAEL J. LINDELL, | ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Having considered the motion for status conference submitted by Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, the Court finds there is good cause to grant the motion.

It is hereby ORDERED that the parties appear before the Court for a status conference on the ___ day of _____, 2021, at __:__ __.m.

Signed this ___ day of October, 2021.

_____
Honorable Carl J. Nichols
United States District Judge

1