# EXHIBIT A

| | |
|---|---|
| **From:** | Sinclair, Martin |
| **To:** | Heath A. Novosad |
| **Cc:** | Andrew Parker; Douglas A. Daniels; Stephen Shackelford; Jordan T.J. Howes; Laranda Walker; Katie Sammons; Florence Chen; Connolly, J. Erik; Wrigley, Nicole |
| **Subject:** | RE: DRAFT Joint Status Report |
| **Date:** | Friday, November 5, 2021 12:22:20 PM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png<br>image009.png<br>image010.png<br>image011.png<br>image012.png<br>image013.png<br>image014.png |

**CAUTION: EXTERNAL EMAIL**

Heath,

As stated in my email of November 3, 2021 at 11:11 AM CDT, the Smartmatic Defendants (or "Smartmatic") will not sign or join the Status Report. The Status Report is part of the Dominion lawsuit against MyPillow, Inc., and Mr. Lindell, Case No. 21-cv-00445 (the "Dominion Action"). Smartmatic is not a party to that action. Smartmatic did not appear at or participate in the status conference before Judge Nichols in the Dominion Action on October 25, 2021. Further, at that status conference, Judge Nichols did not order the parties in that case to address any issues regarding Smartmatic. (*See* Transcript of Status Conference, *US Dominion, Inc. et al. v. My Pillow, Inc. et al*, Case No. 1:21-cv-00445-CJN (D.D.C. Oct. 25, 2021).) As such, the Dominion Action Status Report does not need to address issues involving Smartmatic.

Should Mr. Lindell believe it necessary to address in the Dominion Action Status Report his November 10 deadline to respond to Smartmatic's motion to dismiss, we suggest you refer Judge Nichols to the briefs before the Court in the case to which Smartmatic is a party. Mr. Lindell has moved for a stay of his opposition deadline in his action against Smartmatic, *see Lindell v. US Dominion, Inc. et al.*, Case No. 21-cv-2296-CJN (D.D.C.) (ECF No. 82, Nov. 3, 2021), and Smartmatic has opposed that motion, *see id*. (ECF No. 83, Nov. 4, 2021). Briefing in a case to which Mr. Lindell and Smartmatic are parties is the appropriate avenue for Mr. Lindell to argue for the stay he seeks.

Finally, to the extent counsel for Smartmatic participated in the October 29 meet and confer in the Dominion Action, it was limited to one issue: Mr. Lindell's obligation to respond to Smartmatic's motion to dismiss. Mr. Lindell took the position that his time to respond to that motion in Case No. 21-cv-2296 was stayed. Counsel for Smartmatic informed you that that case is not stayed as to Smartmatic and explained why. As noted above, that issue is now properly before Judge Nichols in the appropriate action. It need not be addressed again in the Dominion Action Status Report.

Very kind regards,

Martin

**Martin Sinclair**
Partner
Litigation
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Ph:     312.624.6369
Cell:    312.731.8359
Fax:    312.767.9192
Email: MSinclair@beneschlaw.com
www.beneschlaw.com



Bio

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Laranda Walker <LWalker@susmangodfrey.com>
**Sent:** Friday, November 5, 2021 10:48 AM
**To:** Heath A. Novosad <heath@dtlawyers.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Sinclair, Martin <MSinclair@beneschlaw.com>
**Cc:** Andrew Parker <parker@parkerdk.com>; Douglas A. Daniels <doug.daniels@dtlawyers.com>; Jordan T.J. Howes <jordan@dtlawyers.com>; Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Florence Chen <FChen@susmangodfrey.com>
**Subject:** Re: DRAFT Joint Status Report

Apologies—attached is an updated version of our redline, which contains only one change from my draft of this morning: I corrected my typo on the case number of the *Lindell v. Dominion, et al* matter.

**From:** Laranda Walker <LWalker@susmangodfrey.com>
**Date:** Friday, November 5, 2021 at 8:15 AM
**To:** "Heath A. Novosad" <heath@dtlawyers.com>, Stephen Shackelford <SShackelford@susmangodfrey.com>, "Sinclair, Martin" <MSinclair@beneschlaw.com>
**Cc:** Andrew Parker <parker@parkerdk.com>, "Douglas A. Daniels" <doug.daniels@dtlawyers.com>, "Jordan T.J. Howes" <jordan@dtlawyers.com>, Katie Sammons <KSAMMONS@SusmanGodfrey.com>, Florence Chen <FChen@susmangodfrey.com>
**Subject:** Re: DRAFT Joint Status Report

Heath, Doug, and Andrew,

Thanks for your revised draft.  I have attached a redline that contains our edits as well as some comments, which are summarized below.

1. I have revised the presentation of issues 1, 3 and 4 to track the precise language the court used during the status conference, based on the transcript.
2. I think Lindell's comments with respect to Smartmatic are best addressed in a footnote (as proposed in the attached) and in the Section you have titled "Lindell's Response Regarding Smartmatic's Answer Date," which is on page 4 of the redline.

I am happy to jump on a call to discuss any of these issues.

Please send us a complete draft of the Joint Status Report—that includes MyPillow's and Lindell's separate positions—by noon.

Thanks,
Laranda

---

**From:** "Heath A. Novosad" <heath@dtlawyers.com>
**Date:** Thursday, November 4, 2021 at 6:21 PM
**To:** Laranda Walker <LWalker@susmangodfrey.com>, Stephen Shackelford <SShackelford@susmangodfrey.com>, "Sinclair, Martin" <MSinclair@beneschlaw.com>
**Cc:** Andrew Parker <parker@parkerdk.com>, "Douglas A. Daniels" <doug.daniels@dtlawyers.com>, "Jordan T.J. Howes" <jordan@dtlawyers.com>, Katie Sammons <KSAMMONS@SusmanGodfrey.com>, Florence Chen <FChen@susmangodfrey.com>
**Subject:** RE: DRAFT Joint Status Report

EXTERNAL Email

Thanks Laranda – We have accepted all of your edits except as highlighted in the attached.  There are two primary bases for the comments we rejected.  First, MyPillow and Mike Lindell cannot agree at this time that our affirmative claims unequivocally will be re-filed as counterclaims; both have agreed to do so if our appeals are unsuccessful, but in the event of a successful appeal, there would be no action in which to file the claims as counter-claims.  I think we are on the same page on this, but some of your edits appear to assume the appeal has already been decided in your favor.  Second, we cannot agree to remove Smartmatic from this filing.  While MyPillow has only sued Dominion, Mike Lindell has sued both Dominion and Smartmatic, and those claims are inextricably intertwined.  Presenting this to the Court without Smartmatic being mentioned would present an incomplete picture of the litigation.

Martin – I understand the position Smartmatic has taken, but as noted above, it would be an inappropriate fiction to present this to the Court without your client being mentioned.  You are still welcome to make your position on these matters known, or you are welcome to stand on the email you sent, which will be attached to this filing as noted in the attached.

heath



Heath A. Novosad

Partner | Daniels & Tredennick PLLC
6363 Woodway Dr., Suite 700, Houston, Texas 77057
P: 713.917.0024 | D: 713.275.1383

**Attorneys licensed in
TX, AR, CA, CO, MN, MO, NE, NY, OK, D.C., ND**





**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

---

**From:** Laranda Walker <LWalker@susmangodfrey.com>
**Sent:** Wednesday, November 3, 2021 7:52 PM
**To:** Heath A. Novosad <heath@dtlawyers.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Sinclair, Martin <MSinclair@beneschlaw.com>
**Cc:** Andrew Parker <parker@parkerdk.com>; Douglas A. Daniels <doug.daniels@dtlawyers.com>; Jordan T.J. Howes <jordan@dtlawyers.com>; Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Florence Chen <FChen@susmangodfrey.com>
**Subject:** Re: DRAFT Joint Status Report

**CAUTION: EXTERNAL EMAIL**

Heath, Doug, and Andrew,
Attached is a redline containing Dominion's proposed edits and inserts. Please let me know if there is anything you'd like to discuss.

Thanks,
Laranda

---

**From:** "Heath A. Novosad" <heath@dtlawyers.com>
**Date:** Tuesday, November 2, 2021 at 3:43 PM
**To:** Stephen Shackelford <SShackelford@susmangodfrey.com>, Laranda Walker <LWalker@susmangodfrey.com>, "Sinclair, Martin" <MSinclair@beneschlaw.com>
**Cc:** Andrew Parker <parker@parkerdk.com>, "Douglas A. Daniels" <doug.daniels@dtlawyers.com>, "Jordan T.J. Howes" <jordan@dtlawyers.com>
**Subject:** DRAFT Joint Status Report

==EXTERNAL Email==

Stephen, Laranda and Martin –

Attached is a shell of the Joint Status Report, which includes our draft of the sections where we believe we reached agreement. Please let us know if you have any comments on those sections, and we can work together to present the agreed portions to the Court.

We are working on the other issues. Let's stay in touch this week on a process for finalizing this.

Thanks.

heath



Heath A. Novosad
Partner | Daniels & Tredennick PLLC
6363 Woodway Dr., Suite 700, Houston, Texas 77057
P: 713.917.0024 | D: 713.275.1383

**Attorneys licensed in**
**TX, AR, CA, CO, MN, MO, NE, NY, OK, D.C., ND**





**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.