# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

TO: The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that attorney Gregory S. Arenson (MN Bar No. 398276), hereby withdraws as counsel of record herein for Defendant My Pillow, Inc., pursuant to Local Rule 83.6 (b). This withdrawal is made due to Mr. Arneson's resignation from employment with Parker Daniels Kibort, LLC. All other counsel of record for Defendant My Pillow, Inc. remain.

**DEFENDANT MY PILLOW, INC.**

By _____
    Doug Wardlow, General Counsel

DATED:  November 17, 2021        **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
    Andrew D. Parker (MN Bar No. 195042)*
    Joseph A. Pull (D.C. Bar No. 982468)
    Abraham S. Kaplan (MN Bar No. 399507)*
    888 Colwell Building
    123 N. Third Street
    Minneapolis, MN 55401
    Telephone: (612) 355-4100
    Facsimile: (612) 355-4101
    parker@parkerdk.com
    pull@parkerdk.com
    kaplan@parkerdk.com


**LEWIN & LEWIN, LLP**

By */s/ Nathan Lewin*
    Nathan Lewin (D.C. Bar No. 38299)
    888 17th Street NW
    Fourth Floor
    Washington, DC 20006
    Telephone: (202) 828-1000
    nat@lewinlewin.com


*Counsel for Defendant My Pillow, Inc.*