AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-445 |
| My Pillow, Inc. et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V., SGO Corporation Limited               .

Date:   12/08/2021                                    /s/ Martin V. Sinclair
                                                                 *Attorney's signature*

                                                      Martin V. Sinclair (IL0097)
                                                    *Printed name and bar number*
                                        Benesch, Friedlander, Coplan & Aronoff LLP
                                                    71 S. Wacker Drive, Suite 1600
                                                            Chicago, IL 60606

                                                                 *Address*

                                                       msinclair@beneschlaw.com
                                                             *E-mail address*

                                                             (312) 212-4949
                                                           *Telephone number*

                                                             (312) 767-9192
                                                               *FAX number*