AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| US Dominion, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-445 |
| My Pillow, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Smartmatic USA Corp., Smartmatic International Holding B.V., SGO Corporation Limited.

Date: 12/08/2021

/s/ Nicole E. Wrigley
*Attorney's signature*

Nicole E. Wrigley (IL0101)
*Printed name and bar number*
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606

*Address*

nwrigley@beneschlaw.com
*E-mail address*

(312) 212-4949
*Telephone number*

(312) 767-9192
*FAX number*