UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants*. | Case No. 21-cv-445-CJN |

### SMARTMATIC DEFENDANTS' MOTION TO DISMISS

Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, the "Smartmatic Defendants"), respectfully move this Court to dismiss all third-party claims against them (ECF No. 87) under Federal Rule of Civil Procedure 12(b)(6). Points and authorities supporting dismissal are set forth in an accompanying memorandum. This motion and the accompanying memorandum comply with Local Rule 7 and this Court's Standing Order for Civil Cases (ECF No. 11).

1

Dated: December 8, 2021

        */s/ J. Erik Connolly*
        J. Erik Connolly
           D.C. Bar No. IL0099
           Email: econnolly@beneschlaw.com
        Nicole E. Wrigley
           D.C. Bar No. IL 00101
           Email: nwrigley@beneschlaw.com
        Martin V. Sinclair, Jr.
           D.C. Bar No. IL0097
           Email: msinclair@beneschlaw.com

        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
        71 South Wacker Drive, Suite 1600
        Chicago, Illinois 60606-4637
        Telephone: 312.212.4949

        *Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2021, the foregoing Smartmatic Defendants' Motion to Dismiss Under Rule 12(b)(6) was served on all parties through the Court's ECF system.

Dated: December 8, 2021

                                                                                           */s/ J. Erik Connolly*
J. Erik Connolly
    D.C. Bar No. IL0099
    Email: econnolly@beneschlaw.com
Nicole E. Wrigley
    D.C. Bar No. IL 00101
    Email: nwrigley@beneschlaw.com
Martin V. Sinclair, Jr.
    D.C. Bar No. IL0097
    Email: msinclair@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*