## **Exhibit List**

A. Redline Comparison: Complaint, ECF No. 1, *Lindell v. U.S. Dominion, Inc., et al.*, Case No. 21-cv-2296 (D.D.C.), with Third-Party Complaint, ECF No. 87, *US Dominion, Inc., et al. v. My Pillow, Inc. et al.*, Case No. 21-cv-445 (D.D.C.)

B. Complaint, NYSCEF No. 1, *Smartmatic USA Corp., et al. v. Fox Corporation, et al.*, Index No. 151136/2021 (filed Feb. 4, 2021)

C. Complaint, *Smartmatic USA Corp., et al. v. Newsmax Media, Inc.*, Case No. N21C-11-028 EMD (filed Nov. 3, 2021)