UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>  vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>  vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>    *Third-Party Defendants*. | Case No. 21-cv-445-CJN |

## ORDER

Upon consideration of the motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) submitted by Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, the "Smartmatic Defendants") against plaintiff Michael J. Lindell, their accompanying memorandum and exhibit thereto, and any opposition and reply, it is hereby ORDERED:

(1) That the Smartmatic Defendants' motion is GRANTED;

(2) That third-party plaintiff Michael J. Lindell's third-party complaint against the Smartmatic Defendants is dismissed.

SO ORDERED this _____ day of _____, 2021.

2

_____

Hon. Carl J. Nichols
United States District Judge