AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-00445-CJN |
| MyPillow, Inc. and Michael J. Lindell | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hamilton Place Strategies, LLC.

Date: 12/10/2021

/s/ Laranda Walker
*Attorney's signature*

Laranda Walker TX0028
*Printed name and bar number*
Susman Godfrey LLP
1000 Louisiana St # 5100
Houston, TX 77002

*Address*

lwalker@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

(713) 656-4666
*FAX number*