AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| US Dominion, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00445-CJN |
| MyPillow, Inc. and Michael J. Lindell ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hamilton Place Strategies, LLC                                                                              .

Date:   12/10/2021

/s/ Davida Brook
*Attorney's signature*

Davida Brook CA00117
*Printed name and bar number*

Susman Godfrey LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
*Address*

dbrook@susmangodfrey.com
*E-mail address*

(310) 789-3100
*Telephone number*

(310) 789-3150
*FAX number*