AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| US Dominion, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00445-CJN |
| MyPillow, Inc. and Michael J. Lindell | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hamilton Place Strategies, LLC                                                                      .

Date:   12/10/2021                                                /s/ Stephen E. Morrissey
                                                                          *Attorney's signature*

                                                  Stephen E. Morrissey, Wash. State Bar No. 44710
                                                                  *Printed name and bar number*

                                                                   Susman Godfrey LLP
                                                                    1201 Third Avenue
                                                                       Suite 3800
                                                                   Seattle, WA 98101-3000
                                                                          *Address*

                                                           smorrissey@susmangodfrey.com
                                                                      *E-mail address*

                                                                     (206) 516-3880
                                                                   *Telephone number*

                                                                     (206) 516-3883
                                                                       *FAX number*