**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,

Plaintiffs/Counter-Defendants,

v.

MYPILLOW, INC. and MICHAEL J. LINDELL,

Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,

v.

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC.

Third-Party Defendants.

Case No. 1:21-cv-0445-CJN

**JOINT MOTION TO EXTEND TIME
FOR MOTION TO DISMISS, OPPOSITION, AND REPLY**

Under Rule 9 of this Court's Standing Order for Civil Cases, Local Rule 7, and Fed. R. Civ. P. 6(b), Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp., Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Michael J. Lindell and MyPillow, Inc., and Third-Party Defendant Hamilton Place Strategies, LLC jointly move to extend the current briefing schedule for Dominion's motions to dismiss Lindell's and MyPillow's counterclaims and Hamilton's motion to dismiss Lindell's third-party counterclaims as follows:

| Pleading | Current Deadline | Requested Deadline |
|---|---|---|
| **Dominion's motion to dismiss Lindell's counterclaims** | December 22, 2021 | January 31, 2022 |
| **Dominion's motion to dismiss MyPillow's counterclaims** | December 23, 2021 | January 31, 2022 |
| **Hamilton's motion to dismiss Lindell's third-party claims** | January 31, 2022 | January 31, 2022 |
| **Lindell's opposition to Dominion's motion to dismiss** | January 5, 2022 | March 11, 2022 |
| **MyPillow's opposition to Dominion's motion to dismiss** | January 6, 2022 | March 11, 2022 |
| **Lindell's opposition to Hamilton's motion to dismiss** | February 14, 2022 | March 11, 2022 |
| **Dominion's reply in support of its motion to dismiss Lindell's counterclaims** | January 12, 2022 | April 1, 2022 |
| **Dominion's reply in support of its motion to dismiss MyPillow's counterclaims** | January 13, 2022 | April 1, 2022 |
| **Hamilton's reply in support of its motion to dismiss Lindell's third-party claims** | February 21, 2022 | April 1, 2022 |

In accordance with Local Rule 7(m), counsel for Dominion, MyPillow, Lindell, and Hamilton conferred about, and agreed on, the proposed extensions.

In support of this motion, Dominion, MyPillow, Lindell, and Hamilton state as follows:

1. On November 15, 2021, the Court ordered Lindell and MyPillow to answer Dominion's complaint on or before December 2, 2021, and refile their affirmative claims as counterclaims in the instant action. (ECF No. 85.) The Court gave Dominion 21 days to respond to Lindell's and MyPillow's counterclaims. (ECF No. 85.)

2. On December 1, 2021, Lindell voluntarily dismissed Case No. 21-cv-2296 and filed his counterclaims and answer to Dominion's complaint along with third-party claims against Hamilton, Smartmatic International Holding B.V., SGO Corporation Limited, and Smartmatic USA Corporation. The next day, MyPillow voluntarily dismissed Case No. 21-cv-2294 and filed its counterclaims and answer to Dominion's complaint.

3. Hamilton waived service of process under Fed. R. Civ. P. 4(d) and therefore must respond to Lindell's third-party claims no later than January 31, 2022.[1] (ECF No. 89.) If Hamilton moves to dismiss Lindell's third-party claims on that date, Lindell's opposition to that motion to dismiss would be due February 14, 2022. Hamilton's reply in support of its motion to dismiss would be due February 21, 2022.

4. Under the Court's November 15, 2021 Order, Dominion's response to Lindell's counterclaims is due December 22, 2021, and its response to MyPillow's counterclaims is due December 23, 2021.

5. Assuming Dominion files its responses on December 22 and 23, under Local Rule 7(b), Lindell's opposition to Dominion's motion to dismiss would be due January 5, 2022, and MyPillow's opposition to Dominion's motion to dismiss would be due January 6, 2022.

6. Under Local Rule 7(d), Dominion's reply in support of its motion to dismiss Lindell's counterclaims will be due January 12, 2022, and Dominion's reply in support of its motion to dismiss MyPillow's counterclaims will be due January 13, 2022.

7. Dominion, MyPillow, Lindell, and Hamilton have not previously requested to extend the briefing schedule for the motions to dismiss Lindell's and MyPillow's claims.

[1] The docketed date for Hamilton's response is January 30, 2022, which falls on a Sunday.

8. Under Paragraph 9(b)(iv)–(v) of this Court's standing order, the requested relief would not affect any other deadlines.

9. Under Paragraph 9(b)(vi) of this Court's standing order, Dominion, MyPillow, Lindell, and Hamilton do not oppose the requested extensions.

10. Under Paragraph 9(b)(iii) of this Court's standing order, Dominion, MyPillow, Lindell, and Hamilton seek the requested extensions for the following good cause:

    a. Counsel for Dominion and Hamilton are currently briefing multiple dispositive motions, including the motions to dismiss filed in *US Dominion, Inc. et al. v. Herring Networks, et al.*, 1:21-cv-2130-CJN and *Dominion v. Byrne*, 1:21-cv-02131-CJN, both currently pending before this Court.

    b. The current deadlines cover the Christmas and New Year holidays, during which offices for Dominion, MyPillow, Lindell, Hamilton, and their counsel will be closed.

    c. The extensions align the briefing schedules for Dominion's and Hamilton's motions to dismiss the counterclaims and third-party claims filed against them in this action.

11. Dominion, MyPillow, Lindell, and Hamilton respectfully submit that the foregoing constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that they do not seek these enlargements to delay or frustrate this matter's progress, and that the respective enlargements would not unduly burden the opposite parties.

12. Counsel for Lindell communicated this Joint Motion to counsel for Smartmatic USA Corporation, Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic"). Counsel for Smartmatic does not oppose this Joint Motion.

Dominion, MyPillow, Lindell, and Hamilton respectfully ask this Court to extend the briefing schedule for the motions to dismiss Lindell's and MyPillow's claims as follows:

- Dominion's motion to dismiss Lindell's counterclaims: January 31, 2022
- Dominion's motion to dismiss MyPillow's counterclaims: January 31, 2022
- Hamilton's motion to dismiss Lindell's third-party claims: January 31, 2022
- Lindell's opposition to Dominion's motion to dismiss: March 11, 2022
- MyPillow's opposition to Dominion's motion to dismiss: March 11, 2022
- Lindell's opposition to Hamilton's motion to dismiss: March 11, 2022
- Dominion's reply in support of its motion to dismiss Lindell's counterclaims: April 1, 2022
- Dominion's reply in support of its motion to dismiss MyPillow's counterclaims: April 1, 2022
- Hamilton's reply in support of its motion to dismiss Lindell's third-party claims: April 1, 2022

**STATEMENT OF CONFERENCE**

In accordance with Local Rule 7(m), Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp.; Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Michael J. Lindell and MyPillow, Inc.; and Third-Party Defendant Hamilton Place Strategies, LLC conferred and agreed to jointly file this motion. Counsel for Lindell communicated this Joint Motion to counsel for Smartmatic, who stated that Smartmatic does not oppose the Joint Motion.

/s/ Laranda Walker

Dated: December 10, 2021

Respectfully submitted,

/s/ Laranda Walker
Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
Florence T. Chen (D.C. Bar No. TX0025)
Brittany Fowler (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Elisha Barron (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Stephen E. Morrissey (*admitted pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)

/s/ Douglas A. Daniels
Douglas A. Daniels
Texas State Bar No. 00793579
Heath A. Novosad
Texas State Bar No. 24037199
DANIELS & TREDENNICK, PLLC

6363 Woodway Drive, Suite 700
Houston, Texas 77057
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)
doug.daniels@dtlawyers.com
heath@dtlawyers.com

***Attorneys for Defendant/Counter-Plaintiff/Third-Party Defendant Michael J. Lindell***

/s/ Nathan Lewin
Nathan Lewin
DC Bar No. 38299
LEWIN & LEWIN, LLP
888 17th Street NW
Fourth Floor
Washington, DC 20006
(202) 828-1000 (Telephone)
nat@lewinlewin.com

/s/ Andrew D. Parker
Andrew D. Parker
MN State Bar No. 195042*
Joseph A. Pull
DC Bar No. 982468*
Abraham S. Kaplan
MN State Bar No. 399507*
Ryan P. Malone
MN State Bar No. 0395795*

CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

***Attorneys for Plaintiffs/Counter-Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Third-Party Defendant Hamilton Place Strategies, LLC***

PARKER DANIELS KIBORT LLC
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
(612) 355-4100 (Telephone)
612) 355-4101 (Facsimile)
parker@parkerdk.com
pull@parkerdk.com
kaplan@parkerdk.com
malone@parkerdk.com
*admitted pro hac vice

***Attorneys for Attorneys for Defendant/Counter-Plaintiff/Third-Party Defendant My Pillow, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Laranda Walker