IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MYPILLOW, INC. and MICHAEL J. LINDELL,<br><br>Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC.<br><br>Third-Party Defendants. | Civil Case No. 1:21-cv-0445-CJN |

## [PROPOSED] ORDER

Upon consideration of the Joint Motion to Extend Time for Motion to Dismiss, Opposition, and Reply from Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp., Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Michael J. Lindell and MyPillow, Inc., and Third-Party Defendant Hamilton Place Strategies, LLC, and appearing that there is good cause to grant the motion, it is hereby

ORDERED, that the Joint Motion is GRANTED; and it is

FURTHER ORDERED, that the briefing deadlines for the motions to dismiss Lindell's and MyPillow, Inc.'s counterclaims are extended as follows:

1

- Dominion's motion to dismiss Lindell's counterclaims: January 31, 2022

- Dominion's motion to dismiss MyPillow's counterclaims: January 31, 2022

- Hamilton's motion to dismiss Lindell's third-party claims: January 31, 2022

- Lindell's opposition to Dominion's motion to dismiss: March 11, 2022

- MyPillow's opposition to Dominion's motion to dismiss: March 11, 2022

- Lindell's opposition to Hamilton's motion to dismiss: March 11, 2022

- Dominion's reply in support of its motion to dismiss Lindell's counterclaims: April 1, 2022

- Dominion's reply in support of its motion to dismiss MyPillow's counterclaims: April 1, 2022

- Hamilton's reply in support of its motion to dismiss Lindell's third-party claims: April 1, 2022

SO ORDERED this ____ day of _____ 2021.

_____
Carl J. Nichols,
United States District Court Judge