## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., AND DOMINION VOTING SYSTEMS CORPORATION,** ) )  )  ) | |
| *Plaintiffs/Counter-Defendants,* ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MY PILLOW, INC. AND MICHAEL J. LINDELL,** )  ) | **Case No. 1:21-cv-00445-CJN** |
| *Defendants/Third-Party Plaintiffs,* ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,** )  )  )  )  ) | |
| *Third-Party Defendants.* ) | |

### [PROPOSED] ORDER DENYING SMARTMATIC'S MOTION TO DISMISS

Having considered the Motion to Dismiss and Memorandum in Support filed by Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited ("Smartmatic's Motion to Dismiss") (Dkt. No. 94), Third-Party Plaintiff Michael J. Lindell's Memorandum in Opposition to Smartmatic's Motion to Dismiss, and the argument of counsel, if any, the Court is of the opinion that Smartmatic's Motion to Dismiss should be, and hereby is, DENIED in all respects.  It is therefore,

ORDERED, that Smartmatic's Motion to Dismiss is DENIED.

SIGNED this _____ day of _____, 2021

_____
The Honorable Carl J. Nichols
United States District Court Judge