UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,

*Plaintiffs/Counter-Defendants*,

vs.

MY PILLOW, INC., *Defendant/Counter-Claimant*.

MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,

vs.

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,

*Third-Party Defendants*.

Case No. 21-cv-445-CJN

## SMARTMATIC DEFENDANTS' MOTION FOR A SHORT EXTENSION TO REPLY IN SUPPORT OF THEIR MOTION TO DISMISS

Defendants SGO Corporation Limited, Smartmatic International Holding B.V., and Smartmatic USA Corp. (collectively, "Smartmatic"), by their attorneys, hereby move this Court for a one-week extension, until **January 3, 2022**, to file their reply in support of their Motion to Dismiss (ECF No. 94). In support of this motion, Smartmatic states as follows.

1. On December 1, 2021, Plaintiff Mike Lindell filed a Third Party Complaint ("Complaint") alleging claims against Smartmatic for: (1) violation of the Support and Advocacy Clause under 42 U.S.C. § 1985; (2) participation in a civil conspiracy with US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation (collectively, "Dominion"), and Hamilton Place Strategies, LLC; (3) violation of the Equal Protection Clause

and the Due Process Clause under 42 U.S.C. § 1983; (4) violation of the First Amendment under Section 1983; and (5) violation of the Racketeer Influenced and Corrupt Organization Act.

2.  Smartmatic moved to dismiss the Complaint on December 8, 2021 (ECF No. 94).

3.  On December 20, 2021, Mr. Lindell filed his Memorandum in Opposition to Smartmatic's Motion to Dismiss (ECF No. 104). The 45-page memorandum largely addresses the points and authorities Smartmatic raised in the prior Motion to Dismiss it filed on October 27, 2021 before this Court (Case No. 21-cv-2296) against Mr. Lindell's original Complaint.

4.  Pursuant to Local Rule 7(d), the Smartmatic Defendants' Reply in Support of Their Motion to Dismiss in this case is due on Monday, December 27, 2021.

5.  In light of the forthcoming holidays on December 24, 2021 and December 25, 2021, and to respond to Mr. Lindell's opposition memorandum, Smartmatic requests a short extension of its deadline to reply from December 27, 2021 to January 3, 2022.

6.  Counsel for Smartmatic conferred with Mr. Lindell's counsel on Tuesday, December 21, 2022. Mr. Lindell's counsel did not agree to Smartmatic's request for an extension of time, in sum, because the parties had not agreed upon a briefing schedule before Smartmatic moved to dismiss. Hence, Smartmatic's Motion for Extension of Time is opposed.

7.  This is Smartmatic's first request for an extension of time in this matter. Smartmatic has not requested an extension of time for the purpose of unjustified delay. Smartmatic's request for an extension of time has no effect on any other deadline pending in this case.

8.  Smartmatic's motion for a one-week extension will not prejudice any other party. On December 15, 2021, this Court issued a Minute Order entering an agreed-upon briefing

schedule for the motion to dismiss Dominion and third-party defendant, Hamilton Place Strategies LLC, will bring against Mr. Lindell's claims. The briefing schedule on that motion extends into April 2022. Any oral argument on all of the motions to dismiss will not be affected by Smartmatic's instant motion.

9. WHEREFORE, for the foregoing reasons, the Smartmatic Defendants respectfully request that this Court enter an order granting them leave to file their Reply in Support of Their Motion to Dismiss until January 3, 2022.

Dated: December 21, 2021

/s/ J. Erik Connolly

J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Martin V. Sinclair, Jr.
   D.C. Bar No. IL0097
   Email: msinclair@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2021, the foregoing Smartmatic Defendants' Motion for a Short Extension to Reply in Support of Their Motion to Dismiss was served on all parties through the Court's ECF system.

Dated: December 21, 2021

/s/ J. Erik Connolly

J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Martin V. Sinclair, Jr.
   D.C. Bar No. IL0097
   Email: msinclair@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*