**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>        *Plaintiffs/Counter-Defendants*,<br><br>    vs.<br><br> MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br> MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>    vs.<br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>        *Third-Party Defendants*. |

Case No. 21-cv-445-CJN

**[proposed] ORDER**

Currently before the Court is a motion for extension of time to file a reply brief (ECF No. ___) ("Motion for Extension") filed by Defendants Smartmatic USA Corporation, Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, the "Smartmatic Defendants"). The Smartmatic Defendants' Motion for Extension is **GRANTED**, and the Smartmatic Defendants shall reply to Plaintiff Lindell's brief in opposition to the Smartmatic Defendants' motion to dismiss on or before **January 3, 2022**.

**SO ORDERED** this ___ day of _____, 2021.

_____
CARL J. NICHOLS
United States District Judge