## Heath A. Novosad

| | |
|---|---|
| **From:** | Heath A. Novosad |
| **Sent:** | Tuesday, December 21, 2021 8:37 PM |
| **To:** | Sinclair, Martin; Douglas A. Daniels |
| **Cc:** | Connolly, J. Erik; Wrigley, Nicole; Muench, Lee |
| **Subject:** | Re: Lindell v. Smartmatic, et al., Case No. 21-cv-445-CJN: Motion for extension of time |

Martin - as we discussed, Smartmatic:

1. Completely ignored my email requesting they waive service of process;
2. Instead filed, without conferring, appearances of counsel;
3. Filed, again without no conferring whatsoever, Smartmatic's motion to dismiss, which, under the local rules, required Lindell's response 3 days before Christmas and Smartmatic's reply on December 29; and
4. Sent us a letter requiring a response on New Year's Eve;

Smartmatic has chosen not to meaningfully participate in Court-ordered conferences regarding scheduling.

Smartmatic has, with no obligation, filed two motions to dismiss.

Smartmatic chose to file a motion to dismiss with briefing due over the Christmas holidays - without conferring - that would have required its reply be due on December 29.

Smartmatic now says it is filing a motion for extension of time that will still require Lindell to respond to its request for additional time on December 22.

The fact that Michael Lindell hired counsel who chose to file his response to Smartmatic's motion to dismiss (filed without conference regarding a briefing schedule when the same counsel has repeatedly agreed to briefing schedules with every other party's counsel) before the deadline so that they may enjoy the Christmas holiday does not provide you with a good-faith basis for failing to reply timely. You chose when to file. Not Lindell.

As I told you on the phone this afternoon, I am disappointed in Smartmatic's counsel's lack of professionalism. If you feel the need to ask for more time, I cannot stop you. But I think it is both unprofessional and unwarranted.

heath



Heath A. Novosad
Partner | Daniels & Tredennick PLLC
6363 Woodway Dr., Suite 700, Houston, Texas 77057
P: 713.917.0024 | D: 713.275.1383

**Attorneys licensed in
TX, AR, CA, D.C., CO, LA, MN, MO, ND, NE, NY, OK**



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for

1

EXHIBIT A

 the named recipient(s) and may be legally privileged.  If you have received this communication in error, please contact the sender immediately.  Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Sinclair, Martin <MSinclair@beneschlaw.com>
**Sent:** Tuesday, December 21, 2021 8:13 PM
**To:** Heath A. Novosad <heath@dtlawyers.com>; Douglas A. Daniels <doug.daniels@dtlawyers.com>
**Cc:** Connolly, J. Erik <econnolly@beneschlaw.com>; Wrigley, Nicole <NWrigley@beneschlaw.com>; Muench, Lee <LMuench@beneschlaw.com>
**Subject:** Lindell v. Smartmatic, et al., Case No. 21-cv-445-CJN: Motion for extension of time

CAUTION: EXTERNAL EMAIL

Heath,

Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic" or the "Smartmatic Defendants") will file a motion this evening seeking a one-week extension of their deadline to file a reply in support of the Smartmatic Defendants' Motion to Dismiss (ECF No. 94). At this time, Smartmatic's reply is due on Monday, December 27, 2021. Smartmatic will request the Court grant it until Monday, January 3, 2021.

Because the U.S. District Court for the District of Columbia is closed on Friday, December 24, 2021, Smartmatic will file its motion this evening.

Pursuant to our phone call this afternoon, I understand Lindell does not agree to Smartmatic's request for a one-week extension. Please let me know if that is not the case.

Very kind regards,
Martin


**Martin Sinclair**
Partner
Litigation
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Ph:     312.624.6369
Cell:   312.731.8359
Fax:    312.767.9192
Email: MSinclair@beneschlaw.com
www.beneschlaw.com



Bio

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice