IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., AND DOMINION VOTING SYSTEMS CORPORATION,<br>   *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC. AND MICHAEL J. LINDELL,<br>   *Defendants/Third-Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br>   *Third-Party Defendants*. | Case No. 1:21-cv-00445-CJN |

**[PROPOSED] ORDER DENYING SMARTMATIC'S MOTION FOR EXTENSION**

Having considered the Motion For Extension of Time by Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited (the "Motion") (Dkt. No. 105), Third-Party Plaintiff Michael J. Lindell's Memorandum in Opposition to the Motion, and the argument of counsel, if any, the Court is of the opinion that Smartmatic's Motion should be, and hereby is, DENIED in all respects. It is therefore,

ORDERED, that Smartmatic's Motion is DENIED. It is further,

ORDERED, that Smartmatic shall file its reply in support of its motion to dismiss no later than December 27, 2021.

2

SIGNED this ____ day of _____, 2021

                                                                           _____
                                                                           The Honorable Carl J. Nichols
                                                                           United States District Court Judge

10047395v1/017082