IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MYPILLOW, INC. and MICHAEL J. LINDELL,<br><br>Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC.<br><br>Third-Party Defendants. | Case No. 1:21-cv-0445-CJN |

## CONSENT MOTION FOR LEAVE
## TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Under Local Civil Rule 7(e), Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. (collectively, "Dominion"), and Third-Party Defendant Hamilton Place Strategies, LLC, with the consent of Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Michael J. Lindell and My Pillow, Inc., respectfully request leave to file one omnibus motion to dismiss in excess of the 45-page limit.

Dominion and Hamilton will file one omnibus motion to dismiss Michael Lindell's counterclaims against Dominion, (ECF No. 87), MyPillow's counterclaims against Dominion,

(ECF No. 90), and Lindell's third-party claims against Hamilton, (ECF No. 87). Dominion and Hamilton request leave to file one brief of no more than 60 pages in support of their joint motion to dismiss, rather than three separate briefs of up to 45 pages each, which will allow them to streamline presentation of the issues and reduce the number of pages filed.

Because this motion is not contested and there are no novel issues of law being presented, the Dominion and Hamilton request that the requirement under Local Civil Rule 7(a) that all motions be accompanied by a separate memorandum of law be waived.

For the foregoing reasons, Dominion and Hamilton respectfully request that the Court grant this motion and enter an order permitting Dominion and Hamilton to exceed the 45-page limit by filing a brief in support of their motion to dismiss that is no more than 60 pages.

## STATEMENT OF CONFERENCE

In accordance with Local Rule 7(m), counsel for Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp.; Defendants/Counter-Plaintiffs/Third-Party Plaintiffs Michael J. Lindell and MyPillow, Inc.; and Third-Party Defendant Hamilton Place Strategies, LLC conferred; and counsel for Lindell and MyPillow agreed to this motion.

                    /s/ Laranda Walker

Dated: January 18, 2022

Respectfully submitted,

/s/ Laranda Walker
Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
Florence T. Chen (D.C. Bar No. TX0025)
Brittany Fowler (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443*)*
Elisha Barron (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117*)*
Jordan Rux (D.C. Bar No. CA00135)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
jrux@susmangodfrey.com

Stephen E. Morrissey (*admitted pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3880
smorrissey@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)

Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

***Attorneys for Plaintiffs/Counter-Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Third-Party Defendant Hamilton Place Strategies, LLC***