**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MYPILLOW, INC. and MICHAEL J. LINDELL, <br><br> Defendants/Counter-Plaintiffs/Third-Party Plaintiffs, <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC. <br><br> Third-Party Defendants. | Case No. 1:21-cv-0445-CJN |

**ORDER**

Upon consideration of the Plaintiffs/Counter-Defendants' and Third-Party Defendant's motion, (ECF No. 108), it is hereby ORDERED that the motion is GRANTED. The Plaintiffs and Third-Party Defendant may file one brief of no more than 60 pages in support of their joint motion to dismiss.

It is SO ORDERED.

Date: January __, 2022

_____
CARL J. NICHOLS
United States District Judge