UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>   *Plaintiffs/Counter-Defendants*,<br><br>  v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>   *Defendants/Counter and Third- Party Plaintiffs,*<br><br>  v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>   *Third-Party Defendants.* | Civil Case No. 1:21-cv-00445 (CJN) |

## **[PROPOSED] SCHEDULING ORDER**

Having considered the parties' submissions, the Court hereby enters the following Scheduling Order:

| Deadline | MyPillow/ Lindell Proposal |
|---|---|
| Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1): | **February 25, 2022** |
| Deadline to Join Additional Parties or Amend Pleadings: | **N/A** |
| Deadline to Serve Document Requests under Fed. R. Civ. P. 34 | **November 30, 2022** |
| Deadline for Completion of Fact Discovery | **April 28, 2023** |
| Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | **June 30, 2023** |
| Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): | **July 31, 2023** |
| Deadline for Proponents to Produce Responsive Expert Reports | **August 31, 2023** |
| Deadline for Expert Depositions: | **October 31, 2023** |
| Deadline to File Dispositive Motions: | **December 15, 2023** |
| Deadline to File Oppositions to Dispositive Motions | **January 15, 2024** |
| Deadline to File Replies in Support of Dispositive Motions | **January 29, 2024** |
| Date for Final Pretrial Conference | **TO BE DETERMINED BY THE COURT** |
| Date for Trial | **TO BE DETERMINED BY THE COURT** |

So ordered.

Dated: _____     _____

CARL J. NICHOLS
United States District Judge