## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>Defendants/Third Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>Third Party Defendants. | Case No. 1:21-cv-00445-CJN |

## MOTION FOR ADMISSION OF ZACHARY B. SAVAGE *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Movant Stephen Shackelford, Jr., an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission *pro hac vice* of Zachary B. Savage of the law firm Susman Godfrey L.L.P. as counsel for Plaintiffs in the above-captioned matter.

Pursuant to Local Rule 84.2(d), the Declaration of Zachary B. Savage in Support of Motion for Admission *Pro Hac Vice* is filed herewith.

Pursuant to Local Rule 7(m), counsel for Plaintiffs conferred with counsel for Defendants regarding Movant's Motion. This Motion is unopposed.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 26, 2022 | */s/ Stephen Shackelford, Jr.* <br> Stephen Shackelford, Jr. <br> D.C. Bar Number NY0443 <br> SUSMAN GODFREY L.L.P. <br> 1301 Avenue of the Americas, 32nd Floor <br> New York, New York 10019 <br> Telephone: (212) 336-8330 <br> Facsimile: (212) 336-8340 <br> E-mail: sshackelford@susmangodfrey.com <br><br> *Attorney for Plaintiffs* |