# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MY PILLOW, INC., and MICHAEL J. LINDELL, <br><br> Defendants/Third Party Plaintiffs, <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, <br><br> Third Party Defendants. | Case No. 1:21-cv-00445-CJN |

### DECLARATION OF ZACHARY B. SAVAGE IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

I, Zachary B. Savage, hereby declare:

1. My full name is Zachary B. Savage. I am a partner at the law firm of Susman Godfrey L.L.P., counsel for Plaintiffs in the above-captioned matter.

2. My office address is 1301 Avenue of the Americas, 32nd Floor, New York, New York 10019. My office telephone number is (212) 336-8330.

3. I am a member in good standing of the bar of the State of New York. I am also admitted to practice in the United States District Courts for the Southern District of New York, Eastern District of New York, Eastern District of Michigan, Western District of Texas, and the United States Courts of Appeal for the Second and D.C. Circuits.

4. I certify that there are no pending disciplinary proceedings against me or before any bar, and that I have not been disciplined by any bar in the past.

5. I have been admitted *pro hac vice* in this Court within the last two years in *Hulley Enterprises Ltd. et al v. Russian Federation*, 1:14-cv-01996-BAH on August 14, 2020.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am not currently a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of January 2022, in New York, New York.

_____
Zachary B. Savage