# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MY PILLOW, INC., and MICHAEL J. LINDELL, <br><br> Defendants/Third Party Plaintiffs, <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, <br><br> Third Party Defendants. | Case No. 1:21-cv-00445-CJN |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ZACHARY B. SAVAGE *PRO HAC VICE*

UPON CONSIDERATION of the Motion for Admission of Zachary B. Savage *Pro Hac Vice* in the above-captioned matter and the Declaration of Zachary B. Savage in support thereof, it is this ____ day of _____, 2022, hereby:

ORDERED that the Motion for Admission of Zachary B. Savage *Pro Hac Vice* is GRANTED; and it is further

ORDERED that Zachary B. Savage be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

 

                                                                                           _____
                                                                                           CARL J. NICHOLS
                                                                                           United States District Judge