IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MYPILLOW, INC. and MICHAEL J. LINDELL,<br><br>Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC.<br><br>Third-Party Defendants. | Case No. 1:21-cv-0445-CJN |

**DOMINION'S AND HAMILTON'S MOTION TO DISMISS LINDELL'S AND MYPILLOW'S COUNTERCLAIMS AND LINDELL'S THIRD-PARTY CLAIMS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Court's Minute Orders of December 15, 2021 and January 12, 2022, Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. (collectively, "Dominion"), and Third-Party Defendant Hamilton Place Strategies, LLC ("Hamilton") respectfully submit this Motion to Dismiss Michael Lindell's counterclaims against Dominion (Dkt. 87), MyPillow's counterclaims against Dominion (Dkt. 90), and Michael Lindell's third-party claims against Hamilton (Dkt. 87). In support, pursuant to the Court's January

12, 2022 Minute Order, Dominion and Hamilton submit the accompanying Memorandum of Points and Authorities. In further support of their Motion to Dismiss, Dominion and Hamilton submit the accompanying Declaration of Zachary B. Savage with supporting exhibits, and the accompanying Proposed Order.

Dated: January 31, 2022

                                                                          Respectfully submitted,

/s/ *Zachary B. Savage*
Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
Florence T. Chen (D.C. Bar No. TX0025)
Brittany Fowler (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443*)*
Elisha Barron (*admitted pro hac vice*)
Zachary B. Savage (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com
zsavage@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117*)*
Jordan Rux (D.C. Bar No. CA00135)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100

dbrook@susmangodfrey.com
jrux@susmangodfrey.com

Stephen E. Morrissey (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

***Attorneys for Plaintiffs/Counter-Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Third-Party Defendant Hamilton Place Strategies, LLC***