IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MYPILLOW, INC. and MICHAEL J. LINDELL,<br><br>Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC.<br><br>Third-Party Defendants. | Case No. 1:21-cv-0445-CJN |

### DECLARATION OF ZACHARY B. SAVAGE IN SUPPORT OF DOMINION'S AND HAMILTON'S MOTION TO DISMISS LINDELL'S AND MYPILLOW'S COUNTERCLAIMS AND LINDELL'S THIRD-PARTY CLAIMS

1. I am a partner in the law firm of Susman Godfrey LLP and I represent Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. (collectively, "Dominion"), and Third-Party Defendant Hamilton Place Strategies, LLC ("Hamilton") in this action. I am admitted to practice *pro hac vice* before this Court.

1

2. I submit this declaration in support of Dominion's and Hamilton's motion to dismiss Michael Lindell's counterclaims against Dominion (Dkt. 87), MyPillow's counterclaims against Dominion (Dkt. 90), and Michael Lindell's third-party claims against Hamilton (Dkt. 87).

3. Attached hereto as **Exhibit 1** is a true and correct copy of the letter that was attached as Exhibit 15 to the Complaint filed by Michael Lindell in *Lindell v. US Dominion, Inc., et al.*, 21-cv-2296, Dkt. 1-15.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the letter that was attached as Exhibit 16 to the Complaint filed by Michael Lindell in *Lindell v. US Dominion, Inc., et al.*, 21-cv-2296, Dkt. 1-16.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the letter that was attached as Exhibit 17 to the Complaint filed by Michael Lindell in *Lindell v. US Dominion, Inc., et al.*, 21-cv-2296, Dkt. 1-17.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of the interview of Dominion's CEO John Poulos that aired on CNBC on February 23, 2021.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the July 29, 2019 Master Solution Purchase and Services Agreement between Dominion Voting Systems, Inc. and the Secretary of the State of Georgia, cited in footnote 56 of Mike Lindell's Answer, Counterclaims, and Third-Party Complaint ("Lindell Counterclaims") and in footnote 15 of MyPillow, Inc.'s Answer & Counterclaim ("MyPillow Counterclaims").

8. Attached hereto as **Exhibit 6** is a true and correct copy of the November 15, 2021 article in the *San Francisco Examiner* cited in footnote 64 of the Lindell Counterclaims and footnote 20 of the MyPillow Counterclaims.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the June 10, 2020 article in the *New York Times* cited in footnote 139 of the Lindell Counterclaims.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 31, 2022                             */s/ Zachary B. Savage*
                                                    Zachary B. Savage