# EXHIBIT 2



THOMAS A. CLARE, P.C.  MEGAN L. MEIER

January 8, 2021

*Via Email*

Mike Lindell
mlindell@mypillow.com

Re: Your False and Defamatory Claims Concerning Dominion

Mr. Lindell:

We write again on behalf of US Dominion Inc. to supplement our December 22, 2020 demand for retraction.[1]

In the past several weeks you have falsely accused Dominion of fraud and stealing "millions of votes." And on December 21, 2020, you appeared with Sebastian Gorka on "Greg Kelly Reports" to peddle defamatory falsehoods about Dominion. When discussing the outcome of the November 2020 election, you made the demonstrably false claim that "The biggest fraud is the Dominion machines."

Your smear campaign against Dominion has been relentless, and you have leveraged your significant social media following to inflict the maximum amount of damage to Dominion's good name and business operations. On numerous occasions you quote-tweeted facially unreliable and discredited falsehoods about Dominion while giving empty assurances that you would come forward with overwhelming proof of the company's wrongdoing.



---

[1] We also represent and write on behalf of its subsidiaries, Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion").





These are just a few examples of tweets you have published that contain demonstrably false misrepresentations about Dominion and its involvement in the November 2020 election. Despite your repeated promises—not to mention your considerable and costly efforts to bankroll a so-called investigation into Dominion—you have failed to identify a scintilla of credible evidence that even *suggests* that Dominion is somehow involved in a global conspiracy to harvest millions of votes in

favor of President-elect Biden. Of course, this is because no such evidence exists. But that is of no consequence to you because you are resolutely uninterested in acknowledging the truth about these issues.

Despite your claims to the contrary, Dominion has no role in any sort of "deep-state conspiracy" to steal votes and take control of the outcome of the recent presidential election. And to avoid doubt, neither Dominion nor its software was created in Venezuela to rig elections for Hugo Chavez; Dominion never bribed Georgia's governor or secretary of state to obtain a no-bid contract; and Dominion did not manipulate votes or try to destroy any evidence at any time.

Ample documents in the public record conclusively disprove the damaging falsehoods that you continue to peddle. For example:

- Maricopa County Board of Supervisors Chairman Clint Hickman, a Republican, stated there is "no evidence of fraud or misconduct."[2]

- Arizona Secretary of State Katie Hobbs underscored these facts, explaining, "I cannot overstate how these pervasive, vague, and unsupported claims of election misconduct are undermining the foundation of our democracy. **Facts matter** in a court of law, and the facts remain that this historic election had tremendous turnout and was both secure and accurate."[3]

- Every single vote can be audited with hand counts. Maricopa County's post-election hand count audit showed a 100% match with the counts from Dominion machines. And all Dominion machines underwent certification and logic and accuracy testing before the election, as mandated under Arizona Revised Statutes (A.R.S.) § 16-449.

- Gabriel Sterling, Georgia's Voting System Implementation Manager said,"I can guarantee that this is the most secure election in the state of Georgia."[4]

- Secretary of State Raffensperger has explained that there is no basis to claims that Dominion rigged the election, describing in detail Georgia officials' "hand re-tallly, 100 percent re-tally

---

[2] *Republican Maricopa County chairman says 'no evidence of fraud or misconduct' in presidential election*, 12 News, (Nov. 17, 2020), available at www.wqad.com/article/news/politics/elections/maricopa-county-chairman-says-no-evidence-of-fraud-or-misconduct-in-presidential-election/75-6aba1803-850a-460f-8f86-b185a41f4708.

[3] Secretary Hobbs's December 4, 2020 statement regarding false allegations against Dominion is available at https://twitter.com/SecretaryHobbs/status/1335011027243524096?s=20.

[4] *Georgia Sec of State Office holds press conference*, News Channel Six, (Nov. 30, 2020, available at https://www.wjbf.com/news/georgia-news/live-georgia-sec-of-state-office-holds-press-conference/.

of the ballots," and confirming that the results from those audits validate the integrity of Dominion's machines and software.[5]

With this letter, Dominion renews its demand that you retract your defamatory accusations immediately and issue a public apology for damaging Dominion's reputation with completely fabricated claims of fraud and corruption. Dominion has been forced to expend substantial monetary sums to protect the health and safety of its employees following innumerable death threats from the social media mob that your statements have agitated against Dominion. And your misrepresentations have required the company to incur substantial attorneys' fees and to mitigate the damage you have inflicted upon Dominion's reputation.

Our last letter informed you that Dominion was prepared to initiate legal action to set the record straight and vindicate its reputation. This morning Dominion filed a defamation lawsuit against Sidney Powell. We are sending you hardcopies of the complaint[6] and exhibits under separate cover so that there is absolutely no doubt at a future date about what was known to you at this juncture.

Conduct yourself accordingly.

Regards,

*Thomas A. Clare, P.C.*

Thomas. A. Clare, P.C.

*Megan L. Meier*

Megan L. Meier

---

[5] *Here's the full transcript and audio of the call between Trump and Raffensperger*, Washington Post, (Jan. 3, 2021), available at, https://www.washingtonpost.com/politics/trump-raffensperger-call-transcript-georgia-vote/2021/01/03/2768e0cc-4ddd-11eb-83e3-322644d82356_story.html.

[6] Read Dominion Voting System's complaint against lawyer Sidney Powell here: https://www.washingtonpost.com/context/read-dominion-voting-system-s-complaint-against-lawyer-sidney-powell/645e6826-ff2f-45c0-9b23-d2597f4dbb5e/?itid=lk_interstitial_manual_5.

4