# EXHIBIT 4

CNBC Dominion Voting System CEO Company's
February 23, 2021

1
2
3
4
5
6  2021-02-23 CNBC - Dominion Voting Systems CEO_Company's
7      intention is to get the facts on the table
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1        EAMON JAVERS:  Yeah, Sara.  Thanks so much.
2   We're joined by John Poulos of Dominion Voting Systems
3   right now.  And John, thank you very much for joining us
4   here on CNBC.
5        This is a massive lawsuit.  It's a massive
6   document that you filed in court the other day.  I
7   was just reading through the entire complaint, and
8   the question here is what are you trying to achieve
9   with this?  Is this about just getting these comments
10  and conspiracy theories to go away, or are you trying
11  to make some kind of larger point with this lawsuit,
12  John?
13       JOHN POULOS:  Thanks, Eamon.  The larger point
14  really is to get the facts on the table in front of a
15  court of law where evidence is properly judged.  In this
16  particular case we have Mr. Lindell who advertised
17  absolute truth, and all he produced was absolute
18  nonsense, and like others, he touted so-called evidence,
19  yet he produces fake documents, and just like others
20  they refuse to take these claims to court where evidence
21  is properly weighed by a judge.
22       EAMON JAVERS:  So 1.3 billion dollars is a
23  whole lot of money.  How did you come up with that
24  figure?
25       JOHN POULOS:  It's a preliminary estimate, and

1  it's difficult to put the hard number to it.  The

2  reputational damage alone has been devastating to us.

3  We are seeing untold damage unfolding every day with our

4  customers and the effects that they are having with a

5  lot of constituents who unfortunately watch these videos

6  and watch the repeated attacks and disinformation, and

7  they can be forgiven for believing them.  They are

8  presented as facts.  They tout evidence, although they

9  don't actually produce any evidence, and they are

10  unwilling to bring it into court, and that is a serious

11  problem not just for Dominion but for the entire

12  electoral system.

13         EAMON JAVERS:  So do you want to put MyPillow

14  out of business here?  Is that the end game?

15         JOHN POULOS:  No, that's not the end game, and

16  certainly there's no secret end game to limit anyone's

17  First Amendment right to free speech.  We strongly

18  believe in that.  And frankly, we intend to rely on free

19  speech to get the truth out.  Our intention here is to

20  get the facts on the table so the people in the

21  American -- the American voters can understand exactly

22  what happened during their election and how false these

23  allegations were and how absolute nonsense they were.

24         EAMON JAVERS:  One of the fascinating details

25  in your lawsuit is that MyPillow you say is using some

1  of these QAnon terms as sales codes for customers to

2  dial in and buy their MyPillows using terms like QAnon.

3  Are you alleging here that QAnon is sort of at the core

4  of the MyPillow business strategy overall, or was this

5  just kind of a fringe thing that they were doing on the

6  side of the overall business?

7            JOHN POULOS:  The codes in particular are a

8  great example of just how reckless Mr. Lindell was in

9  his peddling of disinformation and the falsities.

10 Depending on the program he was on, he would offer

11 different promo codes to lure voters to his website for

12 the ultimate goal of making money.

13           EAMON JAVERS:  John, I've got to let you go

14 here, but last question for you.  Is this the last

15 lawsuit we're going to see from you, or are there other

16 people in your sights here?

17           JOHN POULOS:  This is definitely not the last

18 lawsuit.  As I've said many times before, we are taking

19 a very measured evidence-based approach as to what we

20 file next, but -- and we are not ruling anyone out.

21           EAMON JAVERS:  Fox News on your list?

22           JOHN POULOS:  We are not ruling anybody out.

23           EAMON JAVERS:  Okay.  John Poulos, thanks so

24 much for joining us.  Wilfred, I'll toss it back over to

25 you at headquarters.

1            SHEPARD SMITH:  Shepard Smith here.  Thanks
2  for watching CNBC on You Tube.
3            (End of recording.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2              CERTIFICATE OF REPORTER
 3
 4       I, Charlotte Crandall, certify that I was
 5  authorized to and did transcribe the foregoing audio
 6  recorded proceedings and that the transcript is a
 7  true and complete record of my stenographic notes
 8  from an audio recording and was transcribed to the
 9  best of my ability.
10
11       Dated this 6th day of January, 2022.
12
13
14
15
16
17       _____
         Charlotte Crandall
18       Registered Professional Reporter
19
20
21
22
23
24
25
```

|   |   |   |   |
|---|---|---|---|
| **A** | **G** | **O** | **U** |
| alleging 4:3 | goal 4:12 | offer 4:10 | ultimate 4:12 |
| approach 4:19 | great 4:8 | | |
| | | **P** | **V** |
| **B** | **H** | peddling 4:9 | voters 4:11 |
| back 4:24 | headquarters 4:25 | people 4:16 | |
| business 4:4, 6 | | Poulos 4:7, 17,22,23 | **W** |
| buy 4:2 | **J** | program 4:10 | watching 5:2 |
| | JAVERS 4:13, 21,23 | promo 4:11 | website 4:11 |
| **C** | John 4:7,13, 17,22,23 | | Wilfred 4:24 |
| CNBC 5:2 | joining 4:24 | **Q** | |
| codes 4:1,7, 11 | | QANON 4:1,2,3 | |
| core 4:3 | **K** | question 4:14 | |
| customers 4:1 | kind 4:5 | | |
| | | **R** | |
| **D** | **L** | reckless 4:8 | |
| Depending 4:10 | lawsuit 4:15, 18 | recording 5:3 | |
| dial 4:2 | Lindell 4:8 | ruling 4:20, 22 | |
| disinformation 4:9 | list 4:21 | | |
| | lure 4:11 | **S** | |
| **E** | | sales 4:1 | |
| EAMON 4:13, 21,23 | **M** | Shepard 5:1 | |
| end 5:3 | making 4:12 | side 4:6 | |
| evidence-based 4:19 | measured 4:19 | sights 4:16 | |
| | money 4:12 | Smith 5:1 | |
| **F** | Mypillow 4:4 | sort 4:3 | |
| falsities 4:9 | Mypillows 4:2 | strategy 4:4 | |
| file 4:20 | | | |
| Fox 4:21 | **N** | **T** | |
| fringe 4:5 | News 4:21 | taking 4:18 | |
| | | terms 4:1,2 | |
| | | thing 4:5 | |
| | | times 4:18 | |
| | | toss 4:24 | |
| | | Tube 5:2 | |