IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MYPILLOW, INC. and MICHAEL J. LINDELL, <br><br> Defendants/Counter-Plaintiffs/Third-Party Plaintiffs, <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC. <br><br> Third-Party Defendants. | Case No. 1:21-cv-0445-CJN |

## [PROPOSED] ORDER

Having considered Dominion's and Hamilton's motion to dismiss Lindell's and MyPillow's Counterclaims and Lindell's Third-Party Claims (the "Motion to Dismiss"), the papers accompanying the Motion to Dismiss, the opposition papers filed by Lindell and MyPillow, and the reply papers filed by Dominion and Hamilton, it is hereby ordered that:

1. The Motion to Dismiss is **GRANTED**;

2. Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell's counterclaims against Dominion (Dkt. 87) are **DISMISSED**;

1

3. Defendant/Counter-Plaintiff My Pillow, Inc.'s counterclaims against Dominion (Dkt. 90) are **DISMISSED**; and

4. Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell's third-party claims against Hamilton (Dkt. 87) are **DISMISSED**.

SO ORDERED this ___ day of _____, 2022.

_____
Carl J. Nichols
UNITED STATES DISTRICT JUDGE