### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants*. | Case No. 21-cv-445-CJN |

### MOTION FOR ADMISSION OF LEE B. MUENCH *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Martin V. Sinclair, Jr., undersigned sponsoring counsel who is admitted to the Bar of this Court and in good standing, moves this Court for admission *pro hac vice* of Lee B. Muench of Benesch Friedlander Coplan and Aronoff LLP on behalf of Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (the "Smartmatic Defendants") in the above-captioned case. In support of this motion, Mr. Muench provides his declaration, attached as Exhibit A.

The Smartmatic Defendants respectfully request that the Court grant this motion for Mr. Muench to appear *pro hac vice* in all matters in this case.

Respectfully submitted on this 1st day of February, 2022.

Dated: February 1, 2022

/s/ Martin V. Sinclair, Jr.
J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL 00101
   Email: nwrigley@beneschlaw.com
Martin V. Sinclair, Jr.
   D.C. Bar No. IL0097
   Email: msinclair@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

      I, Martin V. Sinclair, Jr., certify that on this 1st day of February, 2022, I electronically filed the foregoing Motion for Admission of Lee B. Muench *Pro Hac Vice* with the Clerk of the U.S. District Court for the District of Columbia using the CM/ECF system, which will send a notice of this electronic filing to all counsel.

                                                     */s/ Martin V. Sinclair, Jr.*
                                                      Martin V. Sinclair, Jr.