# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,

    *Plaintiffs/Counter-Defendants*,

vs.

MY PILLOW, INC., *Defendant/Counter-Claimant.*

MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff,*

vs.

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,

    *Third-Party Defendants.*

Case No. 21-cv-445-CJN

## DECLARATION OF LEE B. MUENCH
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Lee B. Muench, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I make this declaration upon personal knowledge and am competent to testify to the facts set forth.

2. My full name is Lee Benjamin Muench.

3. I am an attorney at the law firm of Benesch, Friedlander, Coplan & Aronoff LLP and counsel for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited. My office address is 71 S. Wacker Drive, Suite 1600, Chicago, Illinois 60606. My business telephone number is (312) 212-4949.

4. I am a member in good standing of the Bar of the State of Illinois. I am also admitted to practice in the United States District Court for the Northern District of Illinois, the

United States District Court for the Central District of Illinois, and the United States District Court for the Eastern District of Michigan.

5. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I reside and practice law from an office outside this District.

8. I do not have an application for membership pending with the District of Columbia Bar.

9. The name, address, telephone number and email address of the sponsoring attorney of record for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited is:

Martin V. Sinclair, Jr.<br>
Benesch, Friedlander, Coplan & Aronoff LLP<br>
71 S. Wacker Drive, Suite 1600<br>
Chicago, IL 60606<br>
Telephone: (312) 212-4949<br>
Facsimile: (312) 767-9192<br>
Email: msinclair@beneschlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 1st day of February, 2022 in Chicago, Illinois.

By: _____
Lee B. Muench

Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

2