UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>    vs.<br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>    *Third-Party Defendants*. | Case No. 21-cv-445-CJN |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Motion for Admission of Lee B. Muench *Pro Hac Vice* and pursuant to Local Civil Rule 83.2(d) of this Court and supporting declaration,

IT IS, this _____ day of February 2022, ORDERED that the motion be and hereby is granted.

_____
CARL J. NICHOLS
United States District Judge