# Exhibit 9

```
 1                      DOMINION
 2
 3
 4       America First with Dr. Sebastian Gorka
 5                   December 4, 2020
 6
 7
 8
 9  "President Trump's not going anywhere. Mike Lindell
10  with Sebastian Gorka on AMERICA First"
11
12
13
14  FILE 2:
15  "https://www.facebook.com/watch/?v=438439460653478"
16
17
18
19
20
21
22
23
24
25
```

1      SEBASTIAN GORKA:  Do you know how I know
2  we have the greatest Americans listening to our
3  show, the Godliest, most patriotic, the kindest
4  hearted, because of the results of what you
5  have done for the more than 2 1/2 million
6  children in America who do not have a mother or
7  father with them this Christmas because they
8  are in prison.  Every year we partner with a
9  prison fellowship and the Angle Tree campaign
10 to get a Christmas gift to those children, and
11 a children's bible and a message of love and
12 hope from their incarcerated mother or father.
13 And you have knocked it out of park this year.
14 More -- a thousand children already are going
15 to have a slightly better Christmas because of
16 you.  If you haven't done so already, until the
17 top of the hour, because we've got such a big
18 guest and I want you to do it because of the
19 content of this segment, because of what you're
20 doing for these American children.  Please go
21 to my website, sebgorka.Com.  That's
22 s-e-b-o-r-k-a.  Click on the Angle Tree banner,
23 make a donation today.  $22 gets a Christmas
24 Gift to one of these girls and boys, gets a
25 message of hope from their mother or father and

1  a children's bible.  Please call them directly
2  if you previous on (888)206-2794.  That's
3  (888)206-2794.  Sebgorka.com.  The Angle Tree
4  banner.  You are doing the work of the Lord,
5  and it's so easy.  Donate whatever you can, but
6  think of this, $220 is ten children who have a
7  better Christmas because of you.
8  S-e-b-g-o-r-k-a, sebgorka.com.  Angle Tree
9  banner.
10         Somebody who's doing the Lord's work every
11  single day and supporting our president is our
12  good friend.  He's even been the host of this
13  show.  A superb, superb sponsor.  He is the man
14  who invented the best pillow known to mankind.
15  He is Mike Lindell.
16         SEBASTIAN GORKA:  Mike, are you there?
17         MIKE LINDELL:  I am here.
18         SEBASTIAN GORKA:  Is it true that you
19  are -- you never sleep anymore?  You've
20  dedicated yourself to saving this country, and
21  you are actually Skyping in from an airport.
22         Is that, in fact, true?
23         MIKE LINDELL:  Every part except for not
24  sleeping anymore.  I get very little sleep, but
25  when I get it, it's quality.

```
 1        SEBASTIAN GORKA:  I think I know why it's
 2   quality.  I have to -- before we get serious,
 3   how many pillows have you sold now?
 4        MIKE LINDELL:  I believe it's 52 million.
 5        SEBASTIAN GORKA:  52 million.  Guys, if
 6   that isn't -- if that isn't reason enough to
 7   buy it for everybody you know, I don't know
 8   what it is.  I use it.  My wife -- everybody on
 9   the team.  Our guests.  It is that good.  The
10   president loves them, and I think we caused a
11   bit of trouble for Mike because he can't make
12   enough of them.  The massive deal you gave,
13   60 percent off, not $69.98, $29.98 for a
14   MyPillow pillow is just -- you're going crazy
15   and good thing too because you'll never sleep
16   as well if you don't.  My pillow.com promo code
17   G-o-r-k-a.  Do it now.  It's Christmastime, do
18   it.  (800)829-8468.  That's (800)829-8468
19   MyPillow.com.  Promo code g-o-r-k-a.
20        Okay.  Now, we've paid the bills.  The
21   lights are not going to go off.  Let's talk.
22   What are you -- tell us your crazy travel
23   schedule right now, Mike.
24        MIKE LINDELL:  I'm going to be, I believe
25   14 states in the next 8 days.  I sponsored it's
```

1  called -- if you go to TrumpMarch.com, they're
2  doing all these rallies across the country.
3  Tomorrow I'm in Atlanta -- I mean Georgia, I'm
4  not sure what town and then we're going to be
5  there for the president's rally in Georgia on
6  Saturday.  Then we're going all the way up to
7  Iowa, Minnesota, Michigan, Wisconsin,
8  Pennsylvania, and we're just getting report out
9  of this election fraud and we're letting
10 everybody know that this is -- you know, Donald
11 Trump is going to be our president for the next
12 four years.  I talked to Sidney Powell, it's
13 absolutely, I'm 100 percent.  She's
14 100 percent. I talked to Lin Wood, he's
15 100 percent.  Once the public sees this even
16 the democrats will say, well, we tried.
17     SEBASTIAN GORKA:  All right.  So anybody
18 can find this.  There is an unbelievable map on
19 the web page.  So write it down right now.
20 This is TrumpMarch.com, TrumpMarch.com.  If
21 you're anywhere near one of these dozens of
22 sights, you've got to be there.
23     Because, Mike, let's be honest here, I
24 don't, you know, hide from the truth.  We are
25 here.  I agreed to do this national radio show

1   almost two years ago now because I was told
2   we're in a culture war and we've got to fight
3   for the truth.  A lot people are worried.  In
4   the last month a lot of people have been
5   worried.  What is it about what you've heard
6   and what you've witnessed as you travel the
7   country that gives you this surety that Donald
8   Trump will get a second term, and that this
9   election will be overturned in his favor?
10          MIKE LINDELL:  Well, what I've seen and
11  what I know, when I talked to Sidney the other
12  day, it was about three, four days ago, I went
13  very much into the well and asked her a lot of
14  questions of what she actually had.  Because
15  I'm a number's guy.  I looked at hundreds of
16  numbers every day to do the deviation.  I
17  looked at numbers across six different states
18  and it's impossible.  But that doesn't prove.
19  Just because you got impossibilities isn't
20  actual proof.  She -- they got a Dominion
21  machine the other day.  Everything -- here's
22  what's going to happen.  Here's what I believe
23  is going to happen, they're going to pull down
24  Pennsylvania because they not only did fraud
25  there, but it was against our constitution what

 1  they did.  So I believe the Supreme Court is
 2  going to pull down Pennsylvania.  I believe
 3  Georgia is so corrupt, in Georgia easily going
 4  to pull that one down and Nevada.  Once we pull
 5  those three states, what will happen then is
 6  Biden's below 270 and then on December 14th the
 7  electors vote, 26 of them are Republican, 22
 8  are democratic, and then you have two split
 9  states.  The reason I'm 100 percent, a lot of
10  that was talking to Sidney and Lin at two
11  separate times, Lin Wood, the evidence they've
12  got is just over the top.  They don't just
13  have, you know, these statistics.  They have
14  actual witnesses.  People that did it.  They
15  have, you know -- and she told -- here's what
16  she told me.  She said -- I said -- because I
17  put money into the defense fund.  I put a lot
18  of money in there to get -- to get these
19  Dominion machines and actually open them up.
20  They got a couple of them a few days ago, but
21  that she said -- I said, well what don't get
22  those.  She said, Mike, this is -- this is so
23  important for the rest -- this is biblically
24  important.  This is the most important couple
25  weeks of our lives -- week of our lives, and

1  she said even if we don't get them, we have
2  enough evidence (audio distortion) to put
3  90 percent of all felons to prison in our
4  country, we have like triple that evidence.
5  But to get this, it's icing on the cake.  It's
6  icing on the cake.  And I am so confident.  If
7  you asked me weeks ago, I'm going what just
8  happened?  How are we going to prove what
9  happened to this -- this --
10       You know, he didn't get 80 million votes.
11  Are you kidding?  My friends in Minneapolis.
12  You know, I spent a lot of time down in
13  Minneapolis back in my bad days.  And I talked
14  to my friends there and they know the whole
15  neighborhoods.  None of them voted for Biden
16  they either voted for Trump or they didn't
17  vote.  They had businesses burned down and
18  stuff, and just in Minnesota they stole 270,000
19  votes in Minnesota.  We actually won Minnesota
20  by 65,000 votes.  If you look at all the other
21  states where they didn't do fraud, those
22  states -- like, look what happened in Iowa, won
23  by 7.  Florida won by 5.  These states didn't
24  do the fraud.  It's such a mix match.  What do
25  you think that -- or you have two counties side

```
 1  by side in Wisconsin.  In 2016 they both voted
 2  70 percent for Trump.  Now one votes 75 and one
 3  votes 15.  It's just crazy.  It's horrible.
 4  They've had 200 and some thousand votes come
 5  into Arizona with just Biden on the ticket and
 6  now down ticket.  This never happened before in
 7  history, but they have witnesses and
 8  everything.  We just got to get it before
 9  the -- and if I lived in Georgia, I'll tell you
10  what, this is it, when you vote for them, two
11  senators, we all know that's the most important
12  thing too.  I mean, and it's good that, it's
13  good that they're catching all this corruption
14  because their plan was to steal those two
15  senate seats too.  Those machines would have
16  stole them too.  I'm just very confident with
17  all of the -- all of the corruption, it was --
18       You get to Nevada, Nevada, there was like
19  six different kinds of corruption there.  I
20  mean, it was, you know.  There was organic
21  corruption, just people that would go harvest
22  ballots, of dead people, of people that don't
23  live there.  It's just a shame.
24       SEBASTIAN GORKA:  Just listen to this
25  man's energy.  Listen to his confidence, and
```

1   then go straightaway to TrumpMarch.com.  Before
2   you got go to Mypillow.com, you've got to that
3   too, you got to go to TrumpMarch.com and be
4   part of this revolution.  This peaceful
5   revolution that's going to save our republic.
6        And the last 30 seconds we have with you,
7   Mike, before you've got to get on that plane,
8   what is your message to those who still have
9   doubt?
10       MIKE LINDELL:  You know what, this is the
11  one time you've got to belief, and you need to
12  pray, because you know what, there's not
13  another chance.  You go, oh, we'll just live
14  through this and it will -- it will go away.
15  It's been coming on for decades.  And by the
16  way, that TrumpMarch.com, that's all going to
17  collide with another march called the Jericho
18  March, which I helped them too where I'm going
19  to lead in prayer on December 12th, in D.C.  We
20  expect 3 million people.  We need to demand --
21  we need to demand that this gets -- look at and
22  demand that the president that won the
23  election, our great president is in for
24  another --
25       SEBASTIAN GORKA:  This --

```
1         MIKE LINDELL:  -- four years.
2         SEBASTIAN GORKA:  This is --
3         MIKE LINDELL:  We can't take this anymore.
4    This is the time you cannot live in fear.
5    You've got to stand up for yourself and we need
6    to stand up and support our president --
7         SEBASTIAN GORKA:  This --
8         MIKE LINDELL:  -- who supported us this
9    and did everything he could for four years
10   against the corrupt establishment.
11        SEBASTIAN GORKA:  Okay.  We're -- we're
12   out of time.  Godspeed Mike, Godspeed.
13        MIKE LINDELL:  Thank you.
14
15        (End of recording.)
16
17
18
19
20
21
22
23
24
25
```

1                        CERTIFICATE

2

3       I, ERINN GREEN, Professional Court

4  Reporter/Transcriptionist, do hereby certify that I

5  was authorized to transcribe the foregoing recorded

6  proceeding, and that the transcript is a true and

7  accurate transcription of my shorthand notes, to the

8  best of my ability, taken while listening to the

9  provided recording.

10

11      I further certify that I am not of counsel or

12 attorney for any of the parties to said proceedings,

13 nor in any way interested in the events of this

14 cause, and that I am not related to any of the

15 parties thereto.

16

17      Dated this 28th day of January, 2021.

18

19          *Erinn Green* (signature)

20 _____

21      ERINN L. GREEN, Court Reporter
        Notary Public Commission No.:  GG950705
22      Expires: January 23, 2024

23

24

25

| | | | |
|---|---|---|---|
| **$** | **8** | called 5:1 10:17 | democratic 7:8 |
| $29.98 4:13 | 8 4:25 | catching 9:13 | democrats 5:16 |
| $69.98 4:13 | 80 8:10 | caused 4:10 | deviation 6:16 |
| | 800 829-8468 4:18 | chance 10:13 | distortion 8:2 |
| **1** | | Christmastime 4:17 | Dominion 6:20 7:19 |
| 100 5:13,14, 15 7:9 | **9** | code 4:16,19 | Donald 5:10 6:7 |
| 12th 10:19 | 90 8:3 | collide 10:17 | doubt 10:9 |
| 14 4:25 | | confidence 9:25 | dozens 5:21 |
| 14th 7:6 | **A** | confident 8:6 9:16 | |
| 15 9:3 | absolutely 5:13 | constitution 6:25 | **E** |
| | actual 6:20 7:14 | corrupt 7:3 11:10 | easily 7:3 |
| **2** | agreed 5:25 | corruption 9:13,17,19,21 | election 5:9 6:9 10:23 |
| 200 9:4 | anymore 11:3 | counties 8:25 | electors 7:7 |
| 2016 9:1 | Arizona 9:5 | country 5:2 6:7 8:4 | end 11:15 |
| 22 7:7 | Atlanta 5:3 | couple 7:20, 24 | energy 9:25 |
| 26 7:7 | audio 8:2 | Court 7:1 | establishment 11:10 |
| 270 7:6 | | crazy 4:14,22 9:3 | evidence 7:11 8:2,4 |
| 270,000 8:18 | **B** | culture 6:2 | expect 10:20 |
| | back 8:13 | | |
| **3** | bad 8:13 | **D** | **F** |
| 3 10:20 | ballots 9:22 | D.C. 10:19 | favor 6:9 |
| 30 10:6 | belief 10:11 | day 6:12,16, 21 | fear 11:4 |
| | biblically 7:23 | days 4:25 6:12 7:20 8:13 | felons 8:3 |
| **5** | Biden 8:15 9:5 | dead 9:22 | fight 6:2 |
| 5 8:23 | Biden's 7:6 | deal 4:12 | find 5:18 |
| 52 4:4,5 | bills 4:20 | decades 10:15 | Florida 8:23 |
| | bit 4:11 | December 7:6 10:19 | fraud 5:9 6:24 8:21,24 |
| **6** | burned 8:17 | defense 7:17 | friends 8:11, 14 |
| 60 4:13 | businesses 8:17 | demand 10:20, 21,22 | fund 7:17 |
| 65,000 8:20 | buy 4:7 | | |
| | | | |
| **7** | **C** | | |
| 7 8:23 | cake 8:5,6 | | |
| 70 9:2 | | | |
| 75 9:2 | | | |

Case 1:21-cv-00445-CJN Document 2-84-1 Filed 02/24/22 Page 15 of 16
Case 1:21-cv-00445-CJN Document 128-11 Filed 09/24/22 Page 15 of 16
Five AMERICA First Dr. Sebastian Gorka
December 04, 2020

2

## G

g-o-r-k-a  4:17,19
gave  4:12
Georgia  5:3,5 7:3 9:9
Godspeed  11:12
good  4:9,15 9:12,13
GORKA  4:1,5 5:17 9:24 10:25 11:2,7,11
great  10:23
guests  4:9
guy  6:15
Guys  4:5

## H

happen  6:22,23 7:5
happened  8:8,9,22 9:6
harvest  9:21
heard  6:5
helped  10:18
hide  5:24
history  9:7
honest  5:23
horrible  9:3
hundreds  6:15

## I

icing  8:5,6
important  7:23,24 9:11
impossibilities  6:19
impossible  6:18

Iowa  5:7 8:22

## J

Jericho  10:17

## K

kidding  8:11
kinds  9:19

## L

lead  10:19
letting  5:9
lights  4:21
Lin  5:14 7:10,11
LINDELL  4:4,24 6:10 10:10 11:1,3,8,13
listen  9:24,25
live  9:23 10:13 11:4
lived  9:9
lives  7:25
looked  6:15,17
lot  6:3,4,13 7:9,17 8:12
loves  4:10

## M

machine  6:21
machines  7:19 9:15
make  4:11
man's  9:25
map  5:18
march  10:17,18
massive  4:12
match  8:24

message  10:8
Michigan  5:7
Mike  4:4,11,23,24 5:23 6:10 7:22 10:7,10 11:1,3,8,12,13
million  4:4,5 8:10 10:20
Minneapolis  8:11,13
Minnesota  5:7 8:18,19
mix  8:24
money  7:17,18
month  6:4
Mypillow  4:14
Mypillow.com  10:2
Mypillow.com.  4:19

## N

national  5:25
neighborhoods  8:15
Nevada  7:4 9:18
number's  6:15
numbers  6:16,17

## O

open  7:19
organic  9:20
overturned  6:9

## P

paid  4:20
part  10:4
peaceful  10:4

Pennsylvania  5:8 6:24 7:2
people  6:3,4 7:14 9:21,22 10:20
percent  4:13 5:13,14,15 7:9 8:3 9:2
pillow  4:14
pillow.com  4:16
pillows  4:3
plan  9:14
plane  10:7
Powell  5:12
pray  10:12
prayer  10:19
president  4:10 5:11 10:22,23 11:6
president's  5:5
prison  8:3
promo  4:16,19
proof  6:20
prove  6:18 8:8
public  5:15
pull  6:23 7:2,4
put  7:17 8:2

## Q

quality  4:2
questions  6:14

## R

radio  5:25
rallies  5:2
rally  5:5
reason  4:6 7:9

|  |  |  |  |
|---|---|---|---|
| recording 11:15 | straightaway 10:1 | **U** |  |
| report 5:8 | stuff 8:18 | unbelievable 5:18 |  |
| republic 10:5 | support 11:6 |  |  |
| Republican 7:7 | supported 11:8 | **V** |  |
| rest 7:23 | Supreme 7:1 | vote 7:7 8:17 9:10 |  |
| revolution 10:4,5 | surety 6:7 | voted 8:15,16 9:1 |  |
| **S** | **T** | votes 8:10, 19,20 9:2,3,4 |  |
| Saturday 5:6 | talk 4:21 | **W** |  |
| save 10:5 | talked 5:12, 14 6:11 8:13 | war 6:2 |  |
| schedule 4:23 | talking 7:10 | web 5:19 |  |
| seats 9:15 | team 4:9 | week 7:25 |  |
| SEBASTIAN 4:1,5 5:17 9:24 10:25 11:2,7,11 | term 6:8 | weeks 7:25 8:7 |  |
| seconds 10:6 | thing 4:15 9:12 | wife 4:8 |  |
| sees 5:15 | thousand 9:4 | Wisconsin 5:7 9:1 |  |
| senate 9:15 | ticket 9:5,6 | witnessed 6:6 |  |
| senators 9:11 | time 8:12 10:11 11:4,12 | witnesses 7:14 9:7 |  |
| separate 7:11 | times 7:11 | won 8:19,22, 23 10:22 |  |
| shame 9:23 | told 6:1 7:15,16 | Wood 5:14 7:11 |  |
| show 5:25 | Tomorrow 5:3 | worried 6:3,5 |  |
| side 8:25 9:1 | top 7:12 | write 5:19 |  |
| Sidney 5:12 6:11 7:10 | town 5:4 | **Y** |  |
| sights 5:22 | travel 4:22 6:6 | years 5:12 6:1 11:1,9 |  |
| sleep 4:15 | triple 8:4 |  |  |
| sold 4:3 | trouble 4:11 |  |  |
| spent 8:12 | Trump 5:11 6:8 8:16 9:2 |  |  |
| split 7:8 | Trumpmarch.com 5:1,20 10:3, 16 |  |  |
| sponsored 4:25 | Trumpmarch. com. 5:20 10:1 |  |  |
| stand 11:5,6 | truth 5:24 6:3 |  |  |
| states 4:25 6:17 7:5,9 8:21,22,23 |  |  |  |
| statistics 7:13 |  |  |  |
| steal 9:14 |  |  |  |
| stole 8:18 9:16 |  |  |  |