# Exhibit 12

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13      Mike Lindell Opens the Jericho March
14     https://app.videosquirrel.app/watch/1812
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:21-cv-00445-CJN Document 128-54 Filed 02/22/22 Page 2 of 12

```
 1              ANNOUNCER:  Any this is the new inventor of
 2   America, my friend, a patriot and a lover of yeshua
 3   hamashiach, Mike Lindell.
 4              MIKE LINDELL:  Hello, everyone.  I'm going to
 5   start off by bringing you some hope.
 6              Last night about two in the morning I got a
 7   text from Sidney Powell's team, and the Texas
 8   lawsuits had nothing to do with what she's been
 9   working hard on, and she filed her lawsuits with the
10   Supreme Court for Georgia, Wisconsin, Michigan and
11   Arizona.  And everything that I've been telling you
12   for three weeks now is true.  I have seen it.  The
13   fraud is one hundred percent, and Donald Trump will
14   be our president for four more years.
15              And I want to tell you, I want to kind of
16   go back a little bit and tell you my story how I
17   ended up here, an ex-crack cocaine addict.  If that's
18   not God's miracle and the American dream where God
19   gives me this platform to get behind things that I've
20   done my due diligence and I believe in more, but more
21   importantly, it's a platform for Jesus.
22              And back in -- when God freed me of all my
23   addictions back in January 16, 2009, when I came out
24   of addiction, you know, I had been a functioning
25   addict for decades, and I got out then, and I go what
```

1   did I miss?  Everything had changed.  My friends were
2   losing their houses, losing their careers.  We had a
3   president giving money to evil empires.  I'm going
4   what did I miss.  And I sat there, and I got up to
5   2015 and I had a dream.  I get these dreams, these
6   prophetic dreams, and one of them was that I would
7   meet Donald Trump in a room, and I'm going why would
8   I be meeting with Donald Trump, this person, this
9   ex-addict or whatever.  I'm just some guy from
10  Minnesota, right.
11          Well, Biden appointments kept happening to
12  me.  I was invited to the National prayer breakfast
13  when Ben Carson was still running for president, and
14  I was randomly picked out of 12 people to pray with
15  him in a room, and I wasn't even saved yet.  I'm
16  going I don't know how to pray.  I was all nervous,
17  but that was set up by God.
18          And then these things kept happening to the
19  summer of 2016 and I'm on a plane to California and
20  I'm sitting in the bulkhead, and I open this
21  magazine.  It was about Donald Trump and they said,
22  you know -- of course, this was August 5th or late
23  July of 2016.  And I said God, I mean, if I'm
24  supposed to meet Donald Trump and be part of this
25  whatever's going on in our country, I need to know

1  right now.  And at that moment in time my phone
2  dinged and it was an email.  Mike, this is Donald
3  Trump.  Will you meet me in New York City at Trump
4  Tower.  I go God, you know.  And they told me when I
5  went in to meet with him that it wouldn't be alone,
6  and they said whatever you do, don't tell him you
7  were a crack cocaine addict.  And God set this up.
8          If any of you have read my book.  God set
9  this up and divinely it was exactly how I seen it.  I
10 walked into his office, and the first thing he said
11 was Mike, you always wear your cross.  Are you a
12 Christian, and I said yes, Mr. Trump, and this is a
13 divine appointment.
14         Well, I was in that office, and he talked
15 about bringing the jobs back to the USA.  He talked
16 about all these things businessman to businessman.
17 And I said yeah, I used to be a crack addict and I
18 kind of looked at him and I said I'm going to help
19 millions of addicts get out of addiction and get them
20 to God, get them to Jesus.  And he said I want to
21 stop the drugs pouring in.  And anyway, we met for
22 almost 40 minutes.  And I walked out of his office
23 and I said, you know, I didn't know anything.  I had
24 never voted.  I didn't know anything about politics,
25 and I said he's going to be the greatest president in

1  history.
2          Well, I asked his employees because I did
3  my due diligence.  I asked his employees, and all of
4  them said the same thing.  He was a great leader, a
5  great man and helped them personally, had a great
6  heart and I knew that he had.  I wanted to tell the
7  world.
8          Then I went back to Minnesota and I told my
9  board I'm going all in for Donald Trump for this
10 election.  This was in '16.  And one of the guys said
11 you're going to ruin our business.  And I walked out
12 of there and my CMO came out and she said we didn't
13 get all this way by you not listening to God.  And I
14 walked in back in there and go we didn't get all this
15 way by not listening to God.
16         But I did that press release, and I did
17 that press release, and normally the media would come
18 to me to be on anything any time, and it was crickets
19 except for the attacks started.  They called me a
20 racist.  They called me all these things.  The Better
21 Business Bureau attacked our company from an A plus
22 to an F rating.  Entities that just kept happening.
23 It's been going on for almost four years.
24         Well, you know, from the time that I prayed
25 in the Rose Garden when I said a nation had turned

1  its back on God.  You know, I told everyone that
2  during these times let's keep the faith, read our
3  Bibles, the attacks, you all know, the attacks just
4  came.  But you know what, everybody stood up for
5  Jesus and attacked them back.
6           And I want to tell everyone right now if
7  you're a business owner out there or just all of us,
8  we can never back down in fear.  We only have one
9  fear and that's fear of the Lord.  And I will tell
10 you that, you know, the attacks I had this summer and
11 the attacks the president had, you know, from this
12 pandemic.  There was a guy that came to me on Easter
13 Sunday divine, and y'all seen Anderson Cooper when I
14 went on to tell the world about it, and he attacked
15 for 24 minutes at Myoleander.com.
16          These things, these therapeutics the
17 president talked about, all these things that they
18 hid and that our governors are doing in states like
19 Minnesota, they're trying to take away Christmas,
20 they tried to take away Christmas.  They tried to
21 Steal this election.
22          I just want to tell you, we're in -- on
23 election night I want to tell you what happened.  On
24 election night at 11:00 I was in Trump Hotel here in
25 DC, and I looked at my phone and my friend said

1  Donald Trump just went up to an eight to one favorite
2  with the bookies, an eight to one favorite, and he
3  was one winning every state.
4      Well then, this is what Sidney told me.  At
5  11:15 the algorithms of these machines that cheated
6  our whole country could not keep up because he had
7  got so many votes it broke the algorithms.  Everybody
8  got -- so there wasn't enough time even -- in other
9  words, there wasn't enough time.  If they didn't shut
10 him down, he was going to win the election even with
11 all the fraud, so they had to shut it down and they
12 had to backfill votes and they had to do all these
13 things that's all going to come out.  Sidney's got it
14 all right now.
15     We need America to see what's truth.  We
16 need to open up and see it.  We need judges out there
17 to say let's look at this, let's look at the fraud.
18 What do you guys have to lose, you guys on the left.
19 If you say it didn't happen, if people out there say
20 it didn't happen, why not look at it because I know
21 it did happen and it's real.
22     And I want to tell you, what happened,
23 though, this is kind of a blessing.  I believe it's a
24 blessing.  God's got his hand in all of this.  It's a
25 blessing because of this.  By Donald Trump and all of

1  us praying for that victory that he had but then they
2  had to, because he got so many votes and they had to
3  backfill, now we all know it was fraud.
4           Well, the technology of these Dominion
5  machines and all this stuff, it's all going to be
6  exposed so in the future, the whole world is
7  watching, we're going to have the fairest elections
8  in history starting -- I want Georgia to listen.
9  Georgia, you better have a fair election and not use
10 those machines.  You better count them one by one and
11 everybody look at those votes there, I'll tell you
12 that right now.  We need -- the whole world is
13 watching.  The whole world less China and a couple
14 other countries want Donald Trump to be president of
15 the United States.  And we are in, because of this
16 exposed fraud, it's an opportunity, you guys, of a
17 lifetime.  We are living in the most blessed time in
18 history because we are the ones that are going to
19 expose this.
20          This has been a spiritual battle in our
21 country for decades.  This is a spiritual battle, and
22 this is the start of the greatest revival in history
23 for one nation under God, and that God is Jesus.
24 Amen.  God bless you all.  And we will get through
25 this, and we're going to look back and we're going to

1  say it all had to happen in the name of Jesus.  God
2  bless you.
3           (End of recording.)

Case 1:21-cv-00445-CJN Document 128-54 Filed 02/22/22 Page 10 of 12

1
2
3
4           CERTIFICATE OF REPORTER
5
6      I, Charlotte Crandall, certify that I was
7  authorized to and did transcribe the foregoing audio
8  recorded proceedings and that the transcript is a
9  true and complete record of my stenographic notes
10 from an audio recording and was transcribed to the
11 best of my ability.
12
13     Dated this 8th day of February, 2021.
14
15
16
17
18
19     _____
       Charlotte Crandall
20     Registered Professional Reporter
21
22
23
24
25

|  |  |  |
|---|---|---|
| **A** | future 8:6 | 8:14 |
| Amen 8:24 | **G** | **R** |
| **B** | Georgia 8:8,9 | recording 9:3 |
| back 8:25 | God 8:23,24 9:1 | revival 8:22 |
| backfill 8:3 | greatest 8:22 | **S** |
| battle 8:20, 21 | guys 8:16 | spiritual 8:20,21 |
| bless 8:24 9:2 | **H** | start 8:22 |
| blessed 8:17 | happen 9:1 | starting 8:8 |
| **C** | history 8:8, 18,22 | States 8:15 |
| China 8:13 | **J** | stuff 8:5 |
| count 8:10 | Jesus 8:23 9:1 | **T** |
| countries 8:14 | **L** | technology 8:4 |
| country 8:21 | lifetime 8:17 | time 8:17 |
| couple 8:13 | listen 8:8 | Trump 8:14 |
| **D** | living 8:17 | **U** |
| decades 8:21 | **M** | United 8:15 |
| Dominion 8:4 | machines 8:5, 10 | **V** |
| Donald 8:14 | **N** | victory 8:1 |
| **E** | nation 8:23 | votes 8:2,11 |
| election 8:9 | **O** | **W** |
| elections 8:7 | opportunity 8:16 | watching 8:7, 13 |
| end 9:3 | **P** | world 8:6,12, 13 |
| expose 8:19 | praying 8:1 |  |
| exposed 8:6, 16 | president |  |
| **F** |  |  |
| fair 8:9 |  |  |
| fairest 8:7 |  |  |
| fraud 8:3,16 |  |  |