# Exhibit 15



Document title: TRUMP MARCH | D.C.
Capture URL: https://web.archive.org/web/20210106224955/https://trumpmarch.com/
Capture timestamp (UTC): Mon, 08 Feb 2021 14:21:30 GMT

