# Exhibit 16

11/22/21, 5:34 PM   Select Committee Subpoenas Organizers of Rallies and Events Preceding January 6th Insurrection | Select Committee to Investi…

Case 1:21-cv-09445-CJN   Document 118-18   Filed 02/11/22   Page 2 of 4

# SELECT COMMITTEE SUBPOENAS ORGANIZERS OF RALLIES AND EVENTS PRECEDING JANUARY 6TH INSURRECTION

Sep 29, 2021

**Washington**—Today, Chairman Bennie G. Thompson announced that the Select Committee has issued subpoenas for deposition testimony and records to individuals tied to the events and rallies leading up to the January 6th insurrection, including the January 6th rally at the Ellipse that immediately preceded the violent attack on the U.S. Capitol. The subpoenas were sent to 11 individuals as part of the Select Committee's efforts to collect information from them and their associated entities on the planning, organization, and funding of those events. In letters to rally organizers, Chairman Thompson instructed witnesses to testify at depositions and to produce a sweeping range of records.

**"The Select Committee is investigating the facts, circumstances, and causes of the January 6th attack and issues relating to the peaceful transfer of power, in order to identify and evaluate lessons learned and to recommend to the House and its relevant committees corrective laws, policies, procedures rules, or regulations. The inquiry includes examination of how various individuals and entities coordinated their activities leading up to the events of January 6, 2021,"** wrote Chairman Thompson.

Women for America First (WFAF) organized the January 6th, 2021 rally on the Ellipse, rallies at Freedom Plaza on November 14th and December 12th, 2020, and two "March for Trump" nationwide bus tours that generated interest and attendance at the Washington rallies, according to documents provided to the Select Committee regarding permits for the January 5th and 6th rallies as well as public information (https://www.washingtonpost.com/local/dc-trump-rally-january-6-protests/2020/12/22/1c94ab7a-447a-11eb-a277-49a6d1f9dff1_story.html).

The subpoenas seek a range of records that include materials dealing with the planning, funding, and participation in the events and bus tours; social media activity of associated entities; and communications with or involvement of Trump Administration officials and lawmakers. The Select Committee issued subpoenas for records from the following individuals and their associated entities, and has instructed the individuals to testify at depositions:

- **Amy Kremer (/sites/democrats.january6th.house.gov/files/210929%20Amy%20Kremer%20Letter.pdf)**, founder and Chair of WFAF.

11/22/21, 5:34 PM    Select Committee Subpoenas Organizers of Rallies and Events Preceding January 6th Insurrection | Select Committee to Investi…

Case 1:21-cv-00445-CJN   Document 118-18   Filed 02/11/22   Page 3 of 4

- **Kylie Kremer (/sites/democrats.january6th.house.gov/files/210929%20Kylie%20Jane%20Kremer%20Letter.pdf)**, founder and Executive Director of WFAF.
- **Cynthia Chafian (/sites/democrats.january6th.house.gov/files/210929%20Cynthia%20Lee%20Chafian%20Letter.pdf)**, submitted the first permit application on behalf of WFAF for the January 6th rally, and founder of the Eighty Percent Coalition.
- **Caroline Wren (/sites/democrats.january6th.house.gov/files/210929%20Caroline%20Wren%20Letter.pdf)**, listed on permit paperwork for the January 6th rally as "VIP Advisor."
- **Maggie Mulvaney (/sites/democrats.january6th.house.gov/files/210929%20Maggie%20Mulvaney%20Letter.pdf)**, listed on permit paperwork for the January 6th rally as "VIP Lead."
- **Justin Caporale (/sites/democrats.january6th.house.gov/files/210929%20Justin%20Caporale%20Letter.pdf)**, of Event Strategies, Inc., listed on permit paperwork for the January 6th rally as "Project Manager."
- **Tim Unes (/sites/democrats.january6th.house.gov/files/210929%20Tim%20Unes%20Letter.pdf)**, of Event Strategies, Inc., listed on permit paperwork for the January 6th rally as "Stage Manager."
- **Megan Powers (/sites/democrats.january6th.house.gov/files/210929%20Megan%20Powers%20Letter.pdf)**, of MPowers Consulting LLC, listed on permit paperwork for the January 6th rally as "Operations Manager for Scheduling and Guidance."
- **Hannah Salem (/sites/democrats.january6th.house.gov/files/210929%20Hannah%20Salem%20Stone%20Letter.pdf)**, of Salem Strategies LLC, listed on permit paperwork for the January 6th rally as "Operations Manager for Logistics and Communications."
- **Lyndon Brentnall (/sites/democrats.january6th.house.gov/files/210929%20Lyndon%20Brentnall%20Letter.pdf)**, of RMS Protective Services, listed on permit paperwork for the January 6th rally as "On-Site Supervisor."
- **Katrina Pierson (/sites/democrats.january6th.house.gov/files/210929%20Katrina%20Pierson%20Letter.pdf)**, former Trump campaign official, reportedly involved (https://apnews.com/article/election-2020-donald-trump-capitol-siege-campaigns-elections-d14c78d53b3a212658223252fec87e99) in the organization of the January 5th and 6th rallies and was in direct communication with the former President about the rallies.

These subpoenas follow last week's announcement that the Select Committee issued four subpoenas (/news/press-releases/select-committee-subpoenas-individuals-tied-former-president-days-surrounding) to individuals tied to the former President in the days surrounding January 6th. Former White House Chief of Staff Mark Meadows, former White House Deputy Chief of Staff for Communications Daniel Scavino, former Defense Department official Kashyap Patel, and former Trump advisor Stephen Bannon were instructed to produce materials and appear at depositions in the weeks ahead.

# # #

(https://www.facebook.com/sharer/sharer.php?u=/news/press-releases/select-committee-subpoenas-organizers-rallies-and-events-preceding-january-6th) (https://twitter.com/intent/tweet?&url=/news/press-releases/select-committee-subpoenas-organizers-rallies-and-events-preceding-january-6th&text=Select Committee Subpoenas Organizers of Rallies and Events Preceding January 6th Insurrection) (mailto:?subject=Select Committee Subpoenas Organizers of Rallies and Events Preceding January 6th Insurrection&body=/news/press-releases/select-committee-subpoenas-organizers-rallies-and-events-preceding-january-6th)