# Exhibit 18



Document title: One America News on Twitter: &quot;Join MyPillow CEO Mike Lindell for a never-before-seen report breaking down election fraud evidence &amp;…
Capture URL: https://twitter.com/OANN/status/1357533963707842560
Capture timestamp (UTC): Wed, 27 Oct 2021 14:21:43 GMT
Page 1 of 1