# Exhibit 24

**Screenshot A**



Exhibit 24, *Scientific Proof* (4/3/2021) at 00:01.

**Screenshot B**



Exhibit 24, *Scientific Proof* (4/3/2021) at 01:39.

**Screenshot C**



Exhibit 24, *Scientific Proof* (4/3/2021) at 04:05.

Screenshot D



Exhibit 24, *Scientific Proof* (4/3/2021) at 18:01.