# Exhibit 27

Page 1

TRANSCRIPT OF THE AUDIO RECORDING OF:

Bannon's War Room

February 5, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

Page 2

1  STEVE BANNON: Dr. Ming from London tells us, "it's
2  not about competition, it's about the Chinese Communist Party
3  being the existential threat, the existential enemy of the
4  Chinese people, of the American people, and of all mankind."
5  We've seen this from the CCP virus that came out of Wuhan Lab.
6  We're now joined, it looks like, from a very exclusive club in
7  somewhere in Palm Beach, Florida. He's been up all night, the
8  great Mike Lindell. Mike Lindell has made a film that looks
9  like a two hour movie that's playing in a loop on One America
10 News. I think it's up on GAB TV, it's called Absolute Proof.
11 Mike, here's the first question--I'm gonna get to the Chinese
12 Communist Party in a second because I understand this film is
13 very centric on CCPs involved in the 2020 election. As the
14 Director of National Intelligence, Ratcliffe warned the nation
15 and warned the President in late, in mid January of this year,
16 but I want to go to--look, Dominion has called your guys'
17 bluff. They're suing Fox, which is Murdoch, with those tough
18 lawyers over there. They're suing all operations, I think
19 you've gotten letters or you're involved in the name of these
20 suits. This doesn't double down, it triples down to the tenth
21 power, throwing down on what they've said. Your movie Absolute
22 Proof, you don't leave any questions about this. Why--have you
23 reached out to Dominion executives and have you told them hey,
24 I'm prepared to show you this film, on [inaudible] here this

Page 3

1  questions? And why would you throw napalm on a burning brush
2  fire and do it this weekend before the trial next week of
3  President Trump?
4      MIKE LINDELL: Well, the first question is no, I
5  don't respond to Dominion other than, "yes, please sue me."
6  They sent me a letter yesterday because they heard about this
7  documentary. They sent me an email, it wasn't from lawyers, it
8  was from them going, "Mike, look at all these people that we
9  have here, they're all discredited." Well, the people I have
10 in this are all people that weren't on that list. So, this is
11 all the new evidence I've been telling everybody about, this
12 is what they're so afraid of Steve. Just today when this
13 launched this morning, we've had over a million people view it
14 and it has been taken down on Vizio. It has been taken down,
15 other two sites crashed it, they're trying to attack it from
16 every angle. You know what? If Dominion and Smartmatic, and
17 don't forget Smartmatic they're right in there, I think that
18 they're the ones that went after Fox. They're not coming after
19 me because they know, they know this movie's out. So I, you
20 know, I invite you, you guys you--Dominion and that come on
21 the show. Let's talk about, you know, show me what's wrong in
22 this video because it's 100% proof.
23     STEVE BANNON: Okay, okay, hang on, hang on. Just
24 wanted to say that you're saying all the people, like the

Page 4

1  Patrick Byrnes, all these people have been discredited as
2  being, you know, not having facts cetera. They're not in the
3  film, you got a new cast of characters; experts, subject
4  matter experts. But I just wanna make sure that it's clear,
5  you're prepared to sit down and we can do it live, you're
6  prepared to sit down with the Dominion executives and their
7  lawyers? Have them go through this film with you live and tell
8  you where you're defaming them, tell them where you're
9  misrepresenting, tell them where you're just dead,
10 factually wrong? Is that what I'm hearing?
11     MIKE LINDELL: Well, yeah, because [inaudible] I'm inviting
12 them too, they can come, they can come-- I'll go on national TV
13 with them and we'll go, we'll go write down what I got. You know,
14 what I put out in this documentary, Steve, is like one-one
15 thousandth of what we have. It's 100 percent proof in any
16 court of law, you hold up, here it is. They're gonna go, we
17 have video of them, we have video of their CEO in there, and
18 they're, Dominion, given instructions on what to do for this
19 election, it's in the video. So I don't think they'll show up,
20 but I invite them.
21     STEVE BANNON: But well look, whether they show up or
22 not is their decision. They've already sued in, I think, in
23 federal courts all over the place. But I just want to make
24 clear, you're that confident that you've got a new set of

Page 5

1  subject matter experts, and you tie this back to actually the
2  CCP being involved in this, that you're that confident in what
3  you're putting forward. Because you've told me before you got
4  nothing, and I'm gonna get discovery. I just wanna make sure
5  you're that confident--confident that what people are going to
6  see is absolute proof, and it's only one-one hundreth of what
7  you've got. That on a live show, you would invite the
8  executives of Dominion and their lawyers to challenge you
9  frame by frame, and then you can back up what you've got. And
10 you would take on any questions they have about how you
11 defamed them, and how you're essentially lying about them? Is
12 that what I'm hearing?
13     MIKE LINDELL: Well, first of all, you're not
14 defaming or lying about anything that's not true. You know
15 what that is true. I will bring him on, I will do anything,
16 all of them. The reason they're suppressing this, and the
17 reason they haven't sued me--by the way, a lot of those
18 lawsuits are lies. They put it out there to scare networks not
19 to talk about it. Okay, that's what they're doing. Steve, and
20 it isn't just a different cast of experts. It's the evidence,
21 the hard evidence in this, in this documentary these are the
22 facts. There's nothing subjective, there's no subjectivity.
23 It's all here's the facts, here's what happened on the first,
24 second, third, fourth here's what happened each day, a print

Page 6

1  of what happened. So yeah, Dominion, Smartmatic both here.
2  Come on, can we please include Smartmatic so they can sue me
3  too?
4       STEVE BANNON: Sure, sure, okay, we've only got two
5  minutes, I want to make sure that--how do people, you say it's
6  being pulled down all over the place. I think One America has
7  got it up, but One America has put a logo at the bottom about
8  how they had nothing to do with it, they just sold you the
9  time. I think it's on Gab, how can people--you've got two
10 minutes--How can people see this and particularly how can the
11 Dominion people see it so they can come back if they want and
12 challenge you? How can people get access to this?
13      MIKE LINDELL: Like you say it's on OAN, it's going
14 to be almost twenty four seven. You can go to Michael J.
15 Lindell dot com, Michael J. Lindell dot com or Google my name
16 or Google Absolute Proof. It all comes to that site and they
17 keep taking stuff down and we put, keep putting it up. We
18 pretty much got it now where you're going to be able to watch it we
19 have to--after we got through this morning, their big [inaudible]
20 attack. So, Michael J. Lindell dot com, Google it. People are
21 putting it up everywhere though on social media now so you
22 shouldn't have any problem. And, I want to say something,
23 OAN--OAN just sold me that time and here they took their
24 Twitter down yesterday. I just got it, I got it from one of

Page 7

1  their--heard it from one of their people. For no reason, they
2  hadn't even posted anything, Dominion knew this was coming or
3  somebody did and took their Twitter down. Jack Dorsey, you're
4  the next one we'll talk about in the next documentary.
5       STEVE BANNON: Okay, one last thing, but no
6  executive, they sent you a letter yesterday--we've only got a
7  minute left--no executive of Dominion has reached out to you
8  today. This started playing on One America at 10 o'clock when
9  our show came on. When we get off it's on One America running
10 in a loop, it's on Gab TV, it's on other places--that they
11 have not, I just wanna make sure we're clear, they have not
12 reached out to you yet to talk about what you've now put in
13 this, what you say, you've shown nothing but evidence. You can
14 back it up and you would have them come on live and actually
15 deconstruct the film in front of the world. They have not
16 reached out to you yet, correct?
17      MIKE LINDELL: That's right, that's right. I would
18 love them to come on, let's do it! We should do it on your show
19 Steve, I'm open to any time let's, let's, let's get them on.
20      STEVE BANNON: We would welcome, in fact we have
21 reached out to the Dominion guys and I think Michael Steel is
22 their new spokesman, we want to do this. I think it's one of
23 the reasons, the way to put it to bed, have Dominion come back
24 and challenge and, by the way, take, take it apart. That's

Page 8

1  what the democracy is about. If you think Mike Lindell is a
2  liar, if you think he's a crank, if you think he's a kook then
3  come on and let's do it live and let's go through it. I think
4  it'd be--I think it'd be fast and I think a billion people
5  would watch it. Mike, we've got to jump. You're doing God's
6  work, I mean, unbelievable. Mike Lindell, ultimate
7  honeybadger.

Page 9

1           TRANSCRIBER'S CERTIFICATE
2
3  I hereby certify that the foregoing pages
4  are a true, accurate, and complete transcript of the
5  proceedings transcribed from a copy of the electronic
6  sound recording to the best of our knowledge and ability.
7
8      IN WITNESS WHEREOF, I have hereunto set my hand on
9           this 30th day of September, 2021.
10
11
12              _____
13              James Lonergan
                Production Manager
14              Thompson Court Reporters, Inc.
15
16
17
18
19
20
21
22
23
24           THOMPSON COURT REPORTERS INC.