# Exhibit 28

TRANSCRIPT OF THE AUDIO RECORDING OF:


Bannon's War Room


February 6, 2021


TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

Page 2

1    SPEAKER 1: - - Pandemic. Here's your host, Stephen
2  K. Bannon.
3    STEVE BANNON:  Welcome back. We're going to get to
4  Dan Schultz in a second. So Posobiec before we let you go I
5  want to thank you for, to change your Saturday to come in
6  here. What should people, we're putting up the article, you
7  got a summary of it on National Pulse right now. This intel
8  piece, that's dropped in the New York Times,combined with the,
9  with the, the piece in The Guardian, calling everybody
10  seditionaries, you're a seditionary or a supporter of the
11  seditionary, what should be, people looking for as they
12  look forward the week? The Sunday Show's tomorrow, and how
13  they're teeing this up as their narrative, the railhead for
14  their narrative for the trial of President Trump in the
15  Senate.
16    JACK POSOBIEC:  Completely jumping the shark in all
17  of this, everyone agrees that there was some level of violence
18  on January 6th, but to call this a seditious attempt to
19  overthrow the government of the United States, you just don't
20  have it. The facts aren't on your side there. Right? These are
21  people who are frustrated, there are people that did break in
22  and there were people that committed violence, all of that
23  should be charged. But these overcharging that they're going
24  for now in an attempt to undergird their accusations against

Page 3

1  Donald Trump is going to fail it's going to fail in the court
2  of public opinion and it's going to fail in federal court.
3    STEVE BANNON:  How's it going to fail, how's it gonna
4  fail in the court, how's it gonna fail in the court of public
5  opinion? That's what I'm saying, this is not a legal
6  proceeding that's going on next week.
7    JACK POSOBIEC:  Because we've seen the videos, we've,
8  we've all seen the videos of people walking around [inaudible]
9  --
10    STEVE BANNON:  But who's gonna put, who's gonna put
11  that up Fox, Fox is a, Fox is approaching oh, this thing's
12  absurd. We shouldn't even talk about it. Tell me besides what
13  - -
14    JACK POSOBIEC:  We need every single member of this
15  audience, every single person who follows me, I was on Tim
16  Pool last night, telling the truth, sharing those videos with
17  your friends. If you were out there, and you know that the
18  part, you were part of the 100,000 people that were peaceful
19  then say that, right? Say that you were peaceful and you were
20  there and you were there to uphold the First Amendment as it
21  is your right as an American citizen. They're trying to atomize
22  you. They're trying to balkanize and divide this country and
23  we have to stand up and say no, there are 75 million of us and
24  we're not going away.

Page 4

1    STEVE BANNON:  Jack Posobiec, the great reporter over
2  at One America's voice. Give us your coordinates so people can
3  follow you on Twitter as you, as you as you and Rahim fight
4  this over the weekend and have really the, you guys are the
5  lead on the counter-narrative.
6    JACK POSOBIEC:  It's all information. You got to
7  share, share, share this information, share the podcast, share
8  the articles at Jack Posobiec, J-A-C-K P-O-S-O-B-I-E-C. And if
9  you're not on Twitter anymore, go over to Telegram, there's so
10  much discussion. There's so much engagement, it's through the
11  roof. Telegram is where it's at right now.
12    STEVE BANNON:  Wow. You can get us on telegram and
13  they got a live chat over there. Telegram at Bannon War Room,
14  no S, Bannon War Room, go to the official site, I think a
15  couple unofficial. Raheem, before we, before we get to Dan Schultz.
16    RAHEEM KASSAM:  I'm still waiting for an answer to my
17  question. You know, if this is the greatest domestic terror
18  threat that there is, why are they not rounding up the leaders
19  of the domestic terror group?
20    STEVE BANNON:  You're saying that's a tell?
21    RAHEEM KASSAM:  It's, it's obviously either a tell
22  that they're lying about the level of threat here.
23    STEVE BANNON:  Well they didn't arrest any of the
24  serious guys in antifa back in, back in June or July. Right?

Page 5

1  That was all a pass.
2    RAHEEM KASSAM:  But, but everyone and their mothers
3  weren't telling us that antifa was the most domestic terror,
4  you know, biggest domestic terror threat in the country. Now
5  we are being told that yet we're not seeing any of the
6  leaders. You know, where's Q? Why aren't we seeing Q in
7  handcuffs? If this is such a, you know, important domestic
8  terror threat? As if it's hard for them to find out who these
9  people are and where they live. You know, if they're if they
10  are, if there are impending attacks across the country, and
11  you're not making arrests right now, then the next time there
12  is an attack, who's going to be held accountable?
13    STEVE BANNON:  Okay, Raheem's gonna hang with us.
14  Mike Lindell at the bottom of the hour, trying to get Brian
15  Kennedy at Claremont. I want to now turn to Dan Schultz. And
16  this is the [inaudible] getting a lot of talk over the last
17  couple of weeks, about a new political party. Dan Schultz has
18  been literally hammering this for over a decade. Dan, thank
19  you for joining us and I want to walk through, we're going to
20  take an hour, we don't have it because of pressing news, but
21  we're bringing Dan back on Monday to get to this because this
22  is essential. If you want to get real about political change
23  what Dan Schultz is about to tell you is the way to do it. So
24  Dan, the floor is yours. Take it and tell people how, you're,

Page 6

1  you're about to offer a course on personal political
2  empowerment. How do they do it, Dan?
3      DAN SCHULTZ:  Thanks, Steve. It's, it's real simple.
4  And most people learned this, at least I did back in the late
5  '60s in seventh grade in social studies and civics class.
6  Essentially, what we have to do is, A, conservatives have to
7  take over one of the two major political parties. Our party
8  is, the, the one we've been using is the Republican Party. The
9  problem is, we're not in control of it. And the reason we're
10  not in control of it is we're not in it. You asked me before I
11  came on, what group are you promoting? And, and the group I'm
12  promoting is the Republican Party, but you're not in the party
13  unless you're one of these, I've got my PC button on, precinct
14  committee. Precinct committeeman are the party. And if you
15  want to put up graphic number four, it basically explains that
16  there's about 400,000 of these party positions in our party
17  nationwide, but over 200,000 of them are vacant. And the
18  powers that be inside the party running it don't want you to
19  know this. They're never going to tell you this. You'll never
20  get a mailer from them asking you to come into the party and
21  become a precinct committeeman. [inaudible] is we have to take
22  over the party and there's only one way to do it. The precinct
23  committeeman are the party, the precinct committeeman elect
24  everybody in the party all the way up to the RNC. So for

Page 7

1  example, here in Maricopa County where I live, I'm in a
2  precinct, there's 11 slots, I filled up all of the slots. But
3  overall in Maricopa County, and in my legislative district
4  committee, we're at about two thirds of the slots being
5  vacant. And you put up graphic number six, I can show you what
6  happens then when half of the slots are vacant in a party.
7  What happens then, at the grassroots level for getting out to
8  vote, where the party ought to be strongest and helping to get
9  out the vote, it's vacant. It's at half, it's at half
10  strength. And what we had going into 2020 and also all the way
11  back in 2016, is that there were about 100,000 Trump precinct
12  committeeman and about 100,000, I'll just call them, be nice
13  and call them others, and half of the slots were vacant. And
14  then when it came time for electing the committee chairs, the
15  local committee chairs, the county committee chairs, the state
16  committee chairs, and the National Committee, the RNC officers
17  have 168 RNC members. It's all --
18      STEVE BANNON:  Okay, we just lost, we just lost Dan
19  Schultz. Can we try to get him back up? If not, we just lost
20  the connection. We're going to be pressing this over the days
21  and weeks ahead. To make sure people know that you can be
22  empowered. The key takeaway in the first part of this, there
23  are 400,000, 400,000 slots for precinct committeeman and they
24  actually control the Republican Party, they do all the votes,

Page 8

1  only 200,000 are filled. And the party makes no effort to get
2  the information out there because they don't, they don't want,
3  there's more, they're going to get more grassroots. Dan, do we
4  have you back?
5      DAN SCHULTZ:  Yeah, I don't know what happened. I'm
6  still here. Thanks. So the bottom line is this, conservatives,
7  if you really want to do something, everybody's saying, what
8  can I do what can I do? Here's what you need to do. Find your
9  local county committee. Get in touch with it, find out if
10  there's a, if you're in a rural area, you're going to go to
11  your county meeting, if you're an urban area, you're probably
12  going to go to an assembly district, legislative district, a,
13  a lesser committee, a smaller committee closer to where you
14  live. Go to the meeting, be nice, be polite, introduce
15  yourself, say I want to become a member of this committee, is
16  there a vacancy in my precinct? You might be able to find that
17  out before you go to the meeting. Get in touch with me,
18  wherever you live, I'll help you. It's, It's not hard. And
19  then fill the vacant position. The odds are better than 50%
20  that there's a vacancy in your precinct. Volunteer to fill it.
21  Again, you'll be a volunteer, nobody can, as a precinct
22  committeeman, you're top dog in the party, you elect
23  everybody. You're a volunteer, nobody can tell you to go stand
24  on the corner with a clipboard and get signatures, you're a

Page 9

1  volunteer. That's the beauty of our party. It's a private
2  organization. But right now the party is doing very little,
3  because they don't want you and once, once a conservative,
4  conservative gets elected, they won't talk about this anymore
5  because now they're in office and they don't want to
6  jeopardize their potential of, of not getting reelected in the
7  primary because remember, every incumbent has to stand for two
8  elections, the primary and then the general. The primary is
9  the most important election and if they recruit conservatives
10  into these vacancies and strengthen the party where they live,
11  those conservatives might turn on them come primary time, and
12  hope, and help elect a better person, a better conservative.
13  So the incumbents won't talk about this. Nobody talks about
14  it. But I've talked about it.
15      STEVE BANNON:  Dan. Hey, Dan, Hang on. Hang on a
16  second. I just want to, yeah, I want to, before I get to the
17  book I just want to clarify some things. 400,000 billets,
18  200,000 are taken, they don't advertise this. If somebody
19  shows up and you will help them, we'll get to your site in a
20  second. You will help the audience be able to find out where
21  they're, where they can go. What obligations, when they go and
22  volunteer, like, is it weekly meetings? Is it monthly
23  meetings? And I realize everyone's probably different. But
24  generally, what are people signing up for? This is the ability

Page 10

1 to take over the Republican Party because this is where the
2 votes are. It's a, it's a pyramid and this is the base of the
3 pyramid. What are people getting, signing up for? Because a
4 lot of people say, hey, look, I don't like volunteering,
5 because I don't know what's going to be asked of me, what are
6 they committing to?
7        DAN SCHULTZ:  It's, it's real simple. It varies from
8 state, from state to state. Here in Arizona, there are duties,
9 but you're encouraged to go to the meetings every month.
10 What's great about the meetings is, guess who comes to the
11 meetings? The politicians. When, when I first became a, and
12 then the key thing is you elect everybody. So once a year,
13 there's going to be an, or once every two years, in some
14 states it's once every four years, you're going to get to
15 elect your county chairman directly. You're going to elect the
16 officers of your local committee directly. You're going to
17 elect state committeemen who directly elect the state
18 chairman. I was a state committeeman. So are my three kids.
19 Two of them are 20, one's 22. We went to the state meeting, we
20 cast votes directly for the state chairman, his state
21 committeemen. You'll also elect the delegates to the national,
22 for your state presidential nominating convention. The
23 delegates there that you've elected and you can run for
24 delegate, only the precinct committeemen elect the delegates.

Page 11

1 The delegates elect the national convention delegates directly
2 and then they also elect the national committeemen and then
3 [inaudible] into a four year term on the RNC. That's real
4 political power. We can take over the party if we make it.
5 And it's, you know, look, if you won't go to a meeting once a
6 month, this isn't for you. And I told, I've told people this
7 since 2009, I told the Tea Partiers this, if you will not at
8 least try this and get involved and take over the party, I
9 can't guarantee you that we'll save the republic but I can
10 guarantee you this, we'll lose it. If we conservatives don't
11 take over the Republican Party, we're gonna lose our republic.
12 Because the political party, our party, the Republican Party,
13 is our organization for electing better people and we've got,
14 we just got to do it. And it's so simple, it's so easy, but
15 you got to get off the couch and go to a meeting once a month.
16        STEVE BANNON:  Okay, Dan, Hang on. Hang on one second
17 --
18        DAN SCHULTZ:  You don't have to go into the meetings.
19        STEVE BANNON:  Hang on one second, we've got to take
20 a commercial break. When we come back we can talk about how
21 people can get more information. Here's the key, you don't
22 need to talk about third parties. When it costs a billion
23 dollars it's never going to go anywhere. You've got the
24 ability, everybody out there, and it's not going to cost you a

Page 12

1 dime. Everybody's saying I need to know what to do. This is an
2 actual item. Short commercial break, return with Dan Schultz.
3 Next we got Mark, Mike Lindell, Brian Kennedy, Raheem Kassam.
4 So much more to get through. When we return, a war and
5 pandemic.
6        SPEAKER 1:  War Room: Pandemic with Stephen K.
7 Bannon.
8        SPEAKER 2:  This epidemic is a demon. We cannot let
9 this demon hide.
10        SPEAKER 1:  War Room: Pandemic. Here's your host,
11 Stephen K. Bannon.
12        STEVE BANNON:  Okay, our guest is Dan Schultz, about
13 taking over the Republican Party which you, everybody out in
14 the audience, and Dan, you should know in our live chat, live
15 stream #warroompandemic, it's on fire about what
16 you're saying. One question, though, this is not meant to be
17 snarky, but one from the audience saying hey, in Maricopa
18 County, you've got your precinct and there's other precincts,
19 how was it in your opinion, was, was Maricopa and by the way,
20 I think the State Senate is gonna pass a resolution on Monday.
21 Mark Finchem is telling us that could actually call for the
22 arrest of the Maricopa County supervisors. How is it that
23 Maricopa County ended up being the only county, I think, in
24 Arizona to use the Dominion Voting System?

Page 13

1        DAN SCHULTZ:  I don't think that's actually accurate.
2 I think Dominion machines were used in other counties as well.
3 I don't recall exactly which ones but, yeah, our legislature
4 did, has done a horrible job overseeing the Secretary of
5 State's office and the Republicans on our county board of
6 supervisors, horrible job getting hoodwinked by Dominion. And
7 that's the long and short of it. We've got to elect better
8 Republicans. We have a lot of Republicans in Arizona,
9 Republicans who aren't really Republicans, but they run as
10 Republicans and they pretend to be really conservative. Does
11 John McCain ring a bell? Jeff Blake ring a bell? You know,
12 they're, they're, they're charlatans, they, they're, they're
13 fakes. And we got to do a better job vetting them, first step,
14 get more conservatives into the party. And then when you go to
15 these monthly meetings, these politicians show up, they come
16 to the Lincoln Day Dinners and speak, you can walk right up to
17 them, and stick your finger in their, on their chest and say,
18 why did you do this? Why did you do that? You got to get
19 involved in the party. And registering to vote means you
20 checked a box on a registration form. You got to become a
21 precinct committeeman, the party is there for the taking. So
22 I'd like to get some of this contact information out.
23        STEVE BANNON:  Yeah. Hey, before we get to, here,
24 another thing, by the way, you're blowing up here, people love

Page 14

1 it. A couple of people actually are - -
2        DAN SCHULTZ:  I don't want to get preempted by
3 breaking news.
4        STEVE BANNON:  Yeah, yeah, no, some of the people
5 that are actually precinct men said, hey, look, yeah, it is
6 coming, come in once a month. But you do it, this becomes kind
7 of the leadership of the vanguard, and your responsibilities
8 are really getting out the vote and making sure people are
9 motivated. So it is, do it if you're prepared to commit the
10 time because it is time, it's not just coming in voting once a
11 month, although that gives us a minimum requirement. In
12 reality, to be an active member, to take leadership, you
13 become somebody that drives get out the vote, you drive,
14 direction of signing up, not just getting at the vote, of
15 signing up voter registration, all that. What say you do that?
16        DAN SCHULTZ:  I say that when I recruit precinct
17 committeeman for my precinct, I tell them right up front, I'm
18 only going to ask you to do two things. At the primary
19 election season, three hours of making phone calls, and
20 dropping flyers off to the lower information, lower propensity
21 voters in our precinct. When all the precinct, and then at
22 the, in the general election doing the same thing. I got a
23 system for doing it, it works. I'm always my precinct is
24 always at the top of the percentage of Republicans, we get to

Page 15

1 the fullest, I think we got 86 or 87% of Republicans to vote
2 in the general election this [inaudible]. Okay, it's real
3 simple. I've broken it all down, it's real simple. I've got
4 videos that explain how to do it. So it, and again, it varies
5 from state to state. In Florida, you've got to jump through
6 all sorts of hoops, you've got to go to two or three meetings
7 to become a precinct committeeman, then you got, have to get
8 voted in at the meeting. And then there are meeting, monthly
9 meeting requirements. You have to go to so many meetings a
10 year or they'll, or you'll lose your, your right to be a
11 precinct committeeman. But that's Florida, Arizona is totally
12 different. To get, to run in the primary, you have to get nine
13 signatures from registered Republicans in your voting
14 precinct. You can get a walking sheet to do it. It takes about
15 45 minutes to get the signatures. And then once you've done it
16 a couple of times you go to the same people and they always
17 will sign for you. I've never had somebody turn me down.
18        STEVE BANNON:  Let's give let's give the access - -
19        DAN SCHULTZ:  Nine signature plus your - -
20        STEVE BANNON:  How do people, look, people are
21 overwhelmingly saying on the live chat that they want to, they
22 want to volunteer. So walk through all the contact
23 information, where do they go? How do they find more
24 information? How can you assist them?

Page 16

1        DAN SCHULTZ:  Well, if you can put up slide number
2 22, the first place to go is theprecinctproject.wordpress.com.
3 That's my little blog, where I've compiled anything and
4 everything I've been able to find on the internet about how it
5 works in other states. I've got something for every state.
6 Usually, sometimes it's a video, sometimes it's bylaws of a
7 county committee, sometimes it's a state bylaws, sometimes
8 it's tutorial videos. Then another site is
9 rightlanenetwork.com and I want to give a shout out to my two
10 cohorts Barbara Medal and Kimber Hattondorf, what we did is we
11 created our own site because the, some of the sites here in
12 Arizona, they don't, they're not very good so we created our
13 own, we've got tutorial videos. There's a button at the top to
14 click on. I think it's called a PC - -
15        STEVE BANNON:  By the way, hang on one sec. I want
16 every, I want everybody in the live chat that's signing up
17 now, because we're being overrun with people signing up. I
18 want you to hit and tell us as you go on, we want to know
19 people are signing up or people going information, just hit us
20 in the live chat keep going, Dan.
21        DAN SCHULTZ:  Okay, and then my, my email is
22 acoldwarrior@gmail.com. I have a book where I've laid this all
23 out, real short, inexpensive, it's basically what's on my
24 website but it's a nice thing to have in your hand when you go

Page 17

1 to the meetings. It's got the Constitution in it, the
2 Declaration as well. On Twitter, I'm Dan Schultz number two
3 and, and then I'm on Gab, I'm on MeWe I'm on Parlor, when it
4 comes back, I'm on clouthub. Basically, find me on there, is a
5 search precinct, and committeeman and I've set up groups on
6 all of those platforms and you can find me there.
7        STEVE BANNON:  Dan, Dan, Dan, hey, Dan, hang on one
8 second. Just give the title of the book, just give us the
9 title of the book and how can people get the book?
10        DAN SCHULTZ:  It's a, it's a real catchy title, How
11 to Get Into the Real Ball Game of Politics Where You Live to
12 Help President Donald J. Trump Make America Great Again. So if
13 you, if you go on, if you go to Amazon, it's an Amazon Kindle,
14 paperback. If you go to Amazon and put in Trump Schultz book
15 make again you'll find it.
16        STEVE BANNON:  Perfect keep going, sir.
17        DAN SCHULTZ:  And it's also in ebook format and I
18 think it's free if you're, you know Amazon Prime, the the
19 ebook.
20        STEVE BANNON:  Now let me ask you, we got a couple
21 minutes left here.
22        DAN SCHULTZ:  And it might, it might help if you can
23 put up the graphic number 22 which has all the contact
24 information.

Page 18

1    STEVE BANNON:  Can we do that guys? Let's get 22 up
2  and we can stop looking at Dan Schultz or Steve Bannon. Oh
3  there we are, okay, walk, walk, walk people through. Dan, walk
4  them through this, this, this chart again, this, this
5  presentation pages, walk them through it. Because we have a
6  podcast audience and a huge radio audience that can't see the,
7  the visual, just walk people through it.
8    DAN SCHULTZ:  Which visual are you talking about now?
9    STEVE BANNON:  It would be 22.
10   DAN SCHULTZ:  Oh 22, well 22 is my contact
11 information for the precinct committeeman strategy. So the
12 first site is theprecinctproject.wordpress.com. Then, and
13 there you'll find everything, just nose around on it, you
14 know, there's something for every state, there's, like I said
15 there's videos. Then rightlanenetwork.com, that's a labor of
16 love of ours here in Arizona. We've got a, there's a chat
17 forum that you can join, but we bet you, you're only going to
18 come in if you're a conservative, rightlanenetwork.com and the
19 first place to click there is PC portal, the PC portal button.
20 And then scroll down, you'll see there's tutorial videos,
21 there's even videos of Steve Bannon, two videos of him at We
22 Build The Wall things, telling people this is what you got to
23 do, you got to become a precinct committeeman, they're great
24 videos. And then my book is at

Page 19

1  theprecinctproject.wordpress.com. You can email me at
2  thecoldwarrior@gmail.com. I post occasionally on Twitter, I'm
3  probably going to get off of Twitter, Dan Shultz number two,
4  DanShultz2 . And like I said I'm on Gab I'm @coldwarrior,
5  MeWe, Daniel dot Schultz, Parlor when it comes back, precinct
6  covfefe, clouthub.com, I am coldwarrior1978. And on each one
7  of those platforms I've created a group with the words
8  precinct committeeman or precinct committeeman strategy in the
9  group name. So you can find those groups there. I haven't done
10 much with them yet. But, but, but you know, you can do it, you
11 know, out there, dear listener, you can get involved. Okay,
12 first step you got to become a precinct committeeman, you've
13 got to seek out your county committee. Find out where your
14 meeting is. Go to the meeting, volunteer.
15   STEVE BANNON:  Here's what I want, I want every jump,
16 I want everybody to pound in right now to Dan Schultz's
17 information. This guy is, is been saying this. It's now time
18 to do it. Stop talking about a third party. Your opportunity
19 to take over the Republican Party is all about your agency.
20 That's what Schultz keeps saying, this is all about you. This
21 is all about your agency, if all the unwashed masses in the
22 MAGA movement, the deplorables, we got, we've got many more
23 than 400,000 people that listen to this site. We got 30, what
24 34 million downloads on the podcast, and one of the biggest

Page 20

1  shows in the world. I want people pounding into Dan Schultz
2  today right now. This is your call to action.
3    RAHEEM KASSAM:  And I know this, I know all of this
4  can sound a little dry to people but the reality is, the
5  question that keeps arising is, what can we do? And sometimes
6  what you can do, you know, it takes a little process to it,
7  but it's, Dan's laying it all out for you, take advantage.
8    STEVE BANNON:  Dan, thank you very much. We got to
9  bounce, we got Mike Lindell next. I want to thank you for all
10 your efforts, you've been, you've been in this wilderness for
11 a long time. It's a path to not just power, it's a path to
12 victory. So I really appreciate it. We look forward to having
13 you on back next week, I want to do follow up to, our site's
14 on fire right now because of this, because of Dan Schultz. So
15 Dan, thank you very much for joining us from Maricopa County,
16 Arizona.
17   DAN SCHULTZ:  Thanks. Thanks, Steve.
18   STEVE BANNON:  Okay, we got a, and by the way, we're
19 trying to get figured out how to go live to Wyoming, to make
20 sure that you're hearing. I think, Raheem, we've got the empty
21 chair of Liz Cheney, Liz Cheney so far is a no-show. You've
22 got Joey Correnti IV and the rest of the great patriots out in
23 Wyoming, they're having the censure meeting today. And they're
24 also asking her to resign many of the counties. We're gonna

Page 21

1  return with Mike Lindell in a moment.
2    SPEAKER 1:  War Room: Pandemic with Stephen K.
3  Bannon.
4    SPEAKER 2:  The epidemic is a demon. We cannot let
5  this demon hide.
6    SPEAKER 1:  War Room: Pandemic. Here's your host,
7  Stephen K. Bannon.
8    STEVE BANNON:  Okay, we're gonna break some news from
9  Wyoming. Officials there have just told us that Liz Cheney has
10 told them she will not be appearing today to answer the
11 charges for her censure and for many of the counties in
12 Wyoming overwhelmingly voting for her to resign as their
13 congressman. It says that she is called into chamber to vote
14 and would not be able to travel back in time, gave no other
15 explanations or contents about her vote. We're going to be
16 following that. Looks like they're not going to be able to
17 livestream so we're going to be trying to keep up with,
18 through Raheem and others today, at Real America's Voice. So
19 this very important, the censure meeting by the state
20 committee of all the different counties, taking place right
21 now in Rawlins, Wyoming and we hear there's an empty chair
22 there for Liz Cheney, she has not deemed it worthy, her, her
23 folks out there worthy, that come back and for her to defend
24 her vote. Mr. - -

Page 22

1    RAHEEM KASSAM: I've tweeted that picture, people can
2  go and see her empty chair.
3    STEVE BANNON: Going to Raheem, what's your, what's
4  your twitter?
5    RAHEEM KASSAM: @raheemkassam.
6    STEVE BANNON: And so Raheem's still up, Steve
7  Bannon, because I never was on Twitter but the show was on
8  Twitter, they got pulled down when we showed the receipts, we
9  showed all of Hunter Biden, the guy just got a $2 million
10  advance for selling us out to the Chinese Communist Party.
11  Right? We had the, we had the wire transfers, we had the
12  receipts, we had the joint venture agreements, had his
13  retainer agreement, all that. We tweeted it out constantly,
14  nonstop on the War Room Twitter and they took it down. Of
15  course they said oh, we took it down because you were about
16  Dr. Fauci.
17    RAHEEM KASSAM: Twitter's, Twitter's valuation as a
18  company would fall too much if they took me off.
19    STEVE BANNON: Exactly. So I want to go now, get Mike
20  Lindell. Mike, first off, I want to ask you, just so people
21  understand this, you, from concept to completion, how long was
22  it that you took to put your two hour film together?
23    MIKE LINDELL: About six, six days. And that was a
24  big crew. We were working about 21 hours a day. Brandon and

Page 23

1  ran in house and it's just an amazing place, we put it
2  together and, and they worked. That's editing, that's
3  everything. And it's beautiful. I know, the media tried to
4  make it, they tried to bash it that they did it in six hours.
5  Well, you look at it. You went, that was a, you would have
6  thought it was, you know, done in three months, because it's
7  so well done.
8    STEVE BANNON: Yeah, I want to get to the media
9  bashing in a second. But I want to go to how many people do
10  you estimate and walk us through how you get to this estimate,
11  how many people do you estimate have seen it since it started
12  playing yesterday at 10 o'clock in the morning on One American
13  News? How many people do you estimate have seen this?
14    MIKE LINDELL: Well, I know over 5 million have
15  watched it through completion, we have a tracker on that. But
16  that's just on, that's just on my site. Okay. So there's, I
17  mean, where it went far and wide, I don't know. But over 10
18  million we can account for that have actually looked at it. We
19  don't know how long they've seen it, you know, how much, you
20  know, watched it entirety. But that number, the average watch
21  time on my specific, MichaelJLindell.com, was an hour and 53
22  minutes, well it's only two hours long.
23    STEVE BANNON: How, what, how are people getting
24  feedback? Do you have a live chat that they can go to put

Page 24

1  comments, I mean what's generally the feedback? Because
2  you're, obviously you hope that more than just people that
3  follow War Room and others go see it. What kind of feedback
4  are getting so far from people and we get to the media and to
5  the, into your opposition in a second.
6    MIKE LINDELL: Right, right. Everybody is like why,
7  why didn't this come out sooner? Why? Well, you know, why
8  didn't anybody do anything about it? Why didn't, why didn't
9  the DOJ and the FBI step in? I mean if this was, you know all
10  the stuff that was out there and I guess they're amazed
11  they're like, what? You know and, and, but you got to realize
12  for a lot of this came out, you know was just exposed in, at
13  least for myself, was January 9th. And I talked, you know
14  there's a lot of other people that knew about it and then even
15  more in the government. So I guess it's a lot of surprise and
16  then it's also a lot of hope, a lot of people are going wow,
17  is this finally now, you know, let's get it out there because
18  there's no statute of limitations on a crime against humanity
19  of this magnitude, of any magnitude, but this is a, you know
20  beyond belief. So I think it's gave people a lot of hope,
21  everybody's going, okay now what? And it's everybody and
22  they're, it's a, it's been amazing that that many, even in
23  spite of them trying to stop this, that everybody, everybody's
24  sending it to their friends, they go, you got to see this and,

Page 25

1  and I just can't stop reading the comments, I mean, because
2  it's, it's not one negative one. Wow, you nailed it, I didn't
3  expect that this would be the smoking gun like it is, I didn't
4  expect that this was going to be just hardcore evidence and
5  there's other stuff - -
6    STEVE BANNON: Hey, let's go, I want to go to what
7  is, you referred to as evidence and obviously the people that
8  don't agree with you refer, refer to as your opinion. So I
9  want to specifically go One America News, the hearings have
10  done such a fantastic job. You got Chanel Rion, you got
11  Christina Bobb, you've got Jack Posobiec, you've got all these
12  young, great reporters. Their packages are very tight. You
13  launched yesterday, not just in your site, but you really
14  launched from a, from a cable news point of view on One
15  America. You did, you guys were very open that you made a deal
16  to buy the time and they, and they, and there's a disclaimer
17  up. And the disclaimer is, and I'd like to just talk a second
18  about that disclaimer. I, I take it since you bought the time,
19  did you want the disclaimer up? Did you talk to One American
20  guys? Is that really your, did you drive that to make sure
21  that disclaimer was up there?
22    MIKE LINDELL: No, I, you know, I said whatever you
23  guys need to do, because that, you know, at least they're
24  brave enough to go out there and put this out there because

Page 26

1  you have you have places, every other cable company, cable
2  channel is not going to put this out there because why?
3  Because Smartmatic and Dominion sued them or threatened to sue
4  them. I mean, it's not funny that they have perfect timing,
5  that Smartmatic comes in and sues Fox yesterday and gets rid
6  of Lou Dobbs. I mean, this is just, it's, how brave of OAN to,
7  to do that. And I said, you know, put something up there so it
8  protects you and so that they know it's coming from me. It
9  doesn't mean the evidence isn't evidence. It's 100% proof.
10  That's why it's called Absolute Proof.
11      STEVE BANNON:  Okay, that's all, but on the internet
12  and your opposition, I just want to make sure, they're saying,
13  hey, the title of the film is Absolute Proof. And what, what
14  Mike Lindell puts forward, his, his thesis is backed by what
15  he calls evidence. But when you look at the disclaimer, the
16  guys actually airing it or distributing this are essentially
17  saying this is absolute Mike's opinion. What's say you, what
18  say you to that?
19      MIKE LINDELL:  Well, it kind of helped because it
20  went viral on Twitter, it went viral all over Twitter and all
21  over, all over YouTube and stuff. It went viral going, Mike
22  Lindell, they put up this disclaimer on OAN, and then
23  everybody's going well, let's go see what it is. Well, then
24  they realized they were advertising for OAN, so they shut

Page 27

1  everything down. I mean, these guys don't know what to do with
2  me. They're going okay, blah blah blah, let's do this, let's
3  do that. So you know, I guess, if you want to try and suppress
4  this now, it doesn't work because all you're doing is making
5  more and more exposure. Steve it's kind of like this,
6  yesterday, for, for 12 days in a row, I got called from CNN,
7  New York Times, Wall Street Journal, every day, non-stop every
8  day. I told them, you guys, just wait 'till Friday. It's all
9  coming out on Friday. Call me Friday, you know, quit bashing
10  me saying that I don't have 100% truth. Guess what, Steve?
11  Nobody called me yesterday, zero.
12      STEVE BANNON:  That's a pretty big tell. I want to go
13  to, let's go to this because you know, we talked to Rudy
14  earlier about using the venue this week of the, of the
15  impeachment trial to actually get, you know, his evidence,
16  which is some of more of the lower hanging fruit in there
17  about the, you know, voter fraud, all that. But with you, I
18  know we reached out to the Dominion guys, we'd love to have
19  them come on and do the counter argument. But have you reached
20  out? I know they've been in contact with you. Have you reached
21  out to actually say hey, look, I say it's proof. You say it's
22  lies. I say it's fact, you say it's fiction. Let's sit down
23  and go through this and we do it either live, if you don't
24  trust me, or we can sit in a room, I'll go through it frame by

Page 28

1  frame. Have you made that request or have you made that
2  invitation and if you have not are you prepared to do it?
3      MIKE LINDELL:  I'm gonna do that today and what I
4  want to do though, there's a condition on there, the condition
5  is that it would have to be with media there, you know, let's
6  make it like a live because I don't want their lies to come
7  out of a room. I want the American public to see it. If
8  there's nothing to hide, let's both sit there. Let's do it.
9  You know, Steve, what about on your show? I mean, if they'll
10  come on, I will come on with them. I will have all the, you
11  know, the backup of the backup for the backup to show, and let
12  them discredit it and say what's a lie. Yesterday, the, a big
13  article came out and it said, it was, it was on the social media
14  and said, Mike Lindell's Absolute Proof tells three lies,
15  there's three lies, here was the lies, one is Dominion, Dominion
16  there's, it's not corrupt or whatever, they don't, this did
17  not happen. The second one is Smartmatic is good. And the
18  third one is, is another company. I mean they're basically,
19  they're basically saying that the, the whole thing is not true
20  because all the evidence points to the machines, everything,
21  not points to it, is [inaudible] everything.
22      STEVE BANNON:  The the, the the, and look, I want to, I
23  want to go back to Dominion in a second and make sure. So
24  you're saying that if you would do it, your only, it would be

Page 29

1  unconditional except for one condition, you would want to have
2  the media, and by media you mean CNN, MSNBC, it doesn't have
3  to be One America and Newsmax, they could do it also, but
4  you'd be open to any media that wanted to be there, New York
5  Times reporters, [inaudible] reporters, anybody as long as it
6  was in a place that was open and fair, you would present it,
7  they could counter it with anything they wanted to say.
8  Because remember, you're saying it's absolute proof, they're
9  saying it's absolute opinion. You're saying it's absolute
10  fact, they're saying this is absolute fiction. So there's no
11  middle ground here. It doesn't look like there's any middle
12  ground. You're, you're adamant. You've got subject matter
13  experts, you've got a cable news thing that you are buying the
14  time but they've put it up with a big disclaimer. So it's out
15  there's, it's got 5 million, 10 million people today, it will
16  clearly metastasize. Right?
17      MIKE LINDELL:  Right.
18      STEVE BANNON:  So is this a challenge to them, are
19  you try to challenge these guys? Because obviously you're
20  gonna have your day in court, I mean you're, you're one of the
21  guys I think, I think are already named in the suits, I might
22  be incorrect, I think you're already named in the suit. So
23  you're gonna have your day in court, you're going to have your
24  day of discovery. Is your offer now stand at any time any

Page 30

1  place like old Fresno State, anytime, any place that you will
2  meet Dominion and do this?
3      MIKE LINDELL:  Right but you're incorrect on one
4  thing. Dominion has not sued me, I don't even think they've
5  threatened to sue me, they send me letters like, Mike, in your
6  documentary a few of these people in there, this isn't real,
7  so let us know who's going to be in your documentary. So my,
8  my reach out is, and then I got the other letter that said,
9  you have been warned, you know like I'm some mafia letter from
10  back when I was a kid. You know, so they don't, they haven't
11  sued me, Steve. Here's the deal, I will take them, you're
12  exactly right. Bring the media there. I don't care how long,
13  I'll sit there for a week with you. We'll do it every day,
14  we'll make it like a little trial thing. Because if you don't,
15  let me tell you what I'm doing, I am going after Dominion and
16  Smartmatic, I'm going after them with a lawsuit if this
17  doesn't all come out to the public and they all get exposed
18  and then and, and show what happened in our election because
19  it's going to get out there or my next step is I sue Dominion
20  and when I sue Dominion then it has to come out in court and
21  I'll make sure that that's public. So either do it now, let's,
22  let's just do it now and save time, how about it Dominion? How
23  about it?
24      STEVE BANNON:  So can I ask you, Mike, what would

Page 31

1  you, what grounds would you sue Dominion and Smartmatic on,
2  you say you're gonna sue them, what, what grounds? We got
3  about a minute then we'll hold you over the break, what
4  grounds would you sue them on?
5      MIKE LINDELL:  I guess so, you know, I don't know
6  they're going to be crimes against our country that they used
7  their, that they, lies, you know, their machines were all
8  online. We've got them saying that they don't go online and
9  they, it's right their manual that they go online. We've got
10  proof that they were online. We've got all the evidence. So it
11  would be, you know, I don't know what the, I actually have
12  lawyers looking at that right now, what can be charged. In
13  fact, Steve, the next time I'm on your show, I guarantee I'll
14  have those charges against Dominion.
15      STEVE BANNON:  So Mike, let's take a short commercial
16  break. Mike Lindell throwing napalm on a burning fire. Okay,
17  as only he can do. He's the, he's the, he's the star-producer
18  and, and actually guy backing this film, Mike Lindell's
19  Absolute Proof. The New York Times says it's a fever dream of
20  Mike Lindell. We're gonna discuss all that with Mike Lindell,
21  the CEO of My Pillow. When we return, Raheem Kassam, Stephen
22  K. Bannon, War Room: Pandemic. We're going to return in just a
23  moment.
24      SPEAKER 1:  War Room: Pandemic with Stephen K.

Page 32

1  Bannon.
2      SPEAKER 2:  This epidemic is a demon. We cannot let
3  this demon hide.
4      SPEAKER 1:  War Room: Pandemic. Here's your host,
5  Stephen K. Bannon.
6      STEVE BANNON:  Okay we're honored to have as our
7  guest, America's number one honey badger, that would be Mike
8  Lindell, the CEO of My Pillow, also my company, and I think to
9  his heart, most importantly the Lindell Recovery Center, which
10  is a biblically-based, Christian-based recovery center, or
11  network, recovery network for people that are, have issues
12  with drugs and alcohol. I want to also reiterate to the
13  Dominion, we've reached out to them, anytime, anyplace, we
14  would love to have them come on the show. Either with Mike
15  Lindell or just by themselves to counter what Mike Lindell is
16  putting out. Any, any spokesmen for them or any executives,
17  we'd would love to have you guys on here because this, this
18  has got to get sorted. This is another thing, I talked about
19  this great wound in November 3rd, this has to get sorted. And
20  now Mike Lindell has offered up to do it live on global media,
21  whatever that global media is, if it's BBC, Guardian, all of
22  them get in a room and he will go through frame by frame his
23  film with his backup, with his evidence and other backup
24  evidence, and have the, the guys challenge that or eventually

Page 33

1  I guess he's going to sue you. Mike, just one thing in your
2  business, in the Recovery Network, I mean they've tried to put
3  you out of business, the big box, etc. Since you released this
4  atomic, information atomic weapon on, on Friday, and it's been
5  refuted by that, you know, all your, all your, all your
6  opponents and the guys in the media have been, this has been
7  met with derision. Right? They're saying it's all wrong. It's
8  all fiction. He's got a bunch of nutcases up there on TV with
9  him. New York Times columnist refers to it as Mike Lindell's
10  fever dream. So have, has any other pressure come on your
11  business since this launched yesterday, at 10am on One
12  American News? Have you had any additional pressure, big box,
13  suppliers, vendors, ad agencies, what has happened with your
14  business, or the Recovery Network since you launched this?
15      MIKE LINDELL:  Well, the, the we've had, we've had
16  churches that actually were going to come on board the Lindell
17  Recovery Network, and there, there has been, and then all of a
18  sudden they don't answer our calls. But that's, you know,
19  they're just afraid of cancel culture. And my employees go, I
20  want to tell you this, all my employees have just stepped it
21  up, and one of them even said, Mike, why don't you do, you're
22  going on the show today, use promo code proof. So if you want
23  to, any of the listeners out there, if you want to use promo
24  code proof, save up to 66% off my stuff on mypillow.com. My

Page 34

1 employees, we're up to 27, over 2,700 now, we're getting
2 busier, but they keep canceling out. And you're right, like,
3 you know, Mattress Firm this week, they joined in, ShopHQ, I
4 mean, these guys, they, they're trying to smash all of our
5 outlets where we do business. And it's, it's sad. And one more
6 last thing on the Dominion, Steve, I will, I want to tell
7 everybody right now I just decided, I got an epiphany. If
8 Dominion doesn't agree to meet, I'm going to spend all day
9 today finding out how I can sue them. And I will, I will go
10 after them. Because if we have to, we've got to get the truth
11 out. And when I go after people in a lawsuit, it's not, it's
12 not the money, I don't care about the money, it's to bring out
13 the truth. If you can't get the truth out of someone, let's go
14 to court and let the truth be told.
15     STEVE BANNON:  Okay, so I just want to make sure we
16 reframe this, so that, you're offering to meet at any time,
17 any place and go through this in any level of detail, if it
18 takes days or weeks to go through it frame by frame with all
19 the evidence. And your only condition is you need live media
20 there, and I'm sure One America and others but you'll take
21 BBC, Guardian, whatever, to do it live so that everything can
22 be shown and be recorded. And if they don't agree to meet with
23 you sometime here shortly, you're going to work today and
24 you're committing to your followers and to other people out in

Page 35

1 the country and to even your opponents and people that hate
2 you that you're going to go to court and you're going to sue
3 Dominion.
4     MIKE LINDELL:  I will go after them, if that's, if
5 there's a way to do it, I will do that for the American
6 people. We've got to, the truth needs to come out. So if the
7 truth does not come out here, if they keep suppressing, if
8 that's it, what other recourse do I have? Then I've got to
9 bring, then I've got to bring them to court, and Smartmatic,
10 bring them all into court. And, because you got to have
11 discovery then, and I already got what they, I already got
12 what they're not trying to show you. So I would absolutely,
13 Steve, let's get, we're gonna get this out there one way or
14 another
15     STEVE BANNON:  Last thing and we're [inaudible] but I
16 gotta bring, Raheem has something that, but I've got to ask
17 this question first, Raheem. You went on a religious channel,
18 a Youtube channel the other night, and you said, hey, if this
19 does not get vetted and not come up, and we don't get to the
20 bottom of this, this is going to start, I think you actually
21 started talking about the end times. I just want to make sure,
22 you've got a, you know, a couple of minutes here. What, where
23 do you think that country is? And if this is not vetted,
24 because they're making it out, like you're saying, hey, the

Page 36

1 world's going to end? What was, what was your thoughts the
2 other night? And what do you think's going to happen if this
3 does not get better?
4     MIKE LINDELL:  Well, I think we're going down a
5 communist path, the socialism is coming in here. Everybody can
6 look what happened in Nazi Germany. I mean, this is, we're
7 going down, it's happening so fast. When I see and
8 experiencing the cancellation of people, canceling out
9 people's jobs, they don't exist. When you take away all
10 communication, this is like, and when you, you know, you take
11 away the communications, you take away anybody that can talk.
12 Now it's, it's just one world order, this stuff's in
13 Revelation, you know, that's what I was talking about. And you
14 combine that with this vaccine, that's how mark of the beast
15 stuff. I mean, I mean, I mean, this is horrible, keeping us
16 indoors. I mean, I could, I could do a whole 'nother show on
17 just this, this China virus, I guess you're not supposed to
18 say that, there's a thing out now you're not supposed to say
19 China virus.
20     STEVE BANNON:  CCP virus, the Chinese Communist Party
21 virus. Okay, so you got, go to, go to My Pillow, use the code
22 word proof. Real quickly, Raheem, we've only got a minute.
23     RAHEEM KASSAM:  Mike, very quickly, four questions.
24 They're all yes or no questions. They're not trick questions,

Page 37

1 I really want to understand. Do you think what you're saying
2 is false? Do you think what you're reporting is false?
3     MIKE LINDELL:  What, not, not only is it 100% true,
4 it's not even a sliver of room for wiggle - -
5     RAHEEM KASSAM:  So you believe it to be true, so you
6 believe it to be true. Have you caused, have you caused
7 Dominion any damages? Have you caused them to lose any
8 business through this reporting?
9     MIKE LINDELL:  No, not that I know of. That's why
10 they haven't sued me.
11     RAHEEM KASSAM:  Does the media describe you as a
12 credible figure?
13     MIKE LINDELL:  No.
14     RAHEEM KASSAM:  No. And have they caused, you'd
15 mentioned that people aren't picking up your calls now. Have they
16 caused, have they caused you damages? You say you can't get
17 calls back now for, have they caused you damages?
18     MIKE LINDELL:  Right. Huge damages. Beyond anything -
19 -
20     RAHEEM KASSAM:  Right so I'm not a lawyer, I'm not a
21 lawyer. I'm not a lawyer but it's really interesting how this
22 stacks up in terms of a defamation case.
23     STEVE BANNON:  Mike, this is the last segment, I only
24 got 30 seconds, does Dominion know how to get ahold of your

Page 38

1  lawyers? I mean, I think they sent you letters or warnings
2  before, there's no doubt that Dominion executives hear this,
3  they know how to get in touch with Mike Lindell?
4      MIKE LINDELL:  They directly, are you kidding me,
5  they, they directly emailed me. So I'll, I'm going to reach
6  out to them. You know, you just spit it out defamation, I
7  guess that would be the number one on the lawsuit I have
8  against Dominion. So - -
9      STEVE BANNON:  Mike, we got - -
10      MIKE LINDELL:  Yeah, they'll reach out, I - -
11      STEVE BANNON:  We got to bounce, you're doing the
12  Lord's work. Mike Lindell, a fighter. Dominion, you've got
13  full shot, take it, get in touch with him. We'd love to have
14  you guys on, love to have Dominion on and what we'd really
15  love to do is have both of you on. Mike, thank you so much for
16  being on War Room: Pandemic.
17
18
19
20
21
22
23
24

Page 39

1                  TRANSCRIBER'S CERTIFICATE
2
3  I hereby certify that the foregoing pages
4  are a true, accurate, and complete transcript of the
5  proceedings transcribed from a copy of the electronic
6  sound recording to the best of our knowledge and ability.
7
8      IN WITNESS WHEREOF, I have hereunto set my hand on
9          this 30th day of September, 2021.
10
11
12
          _____
13          James Lonergan
          Production Manager
14          Thompson Court Reporters, Inc.
15
16
17
18
19
20
21
22
23
24          THOMPSON COURT REPORTERS INC.

**#**

**#warroompandemic**
12:15

**$**

**$2** 22:9

**1**

**1** 2:1 12:6,10 21:2,6
31:24 32:4
**10** 23:12,17 29:15
**100%** 26:9 27:10 37:3
**100,000** 3:18 7:11,12
**10am** 33:11
**11** 7:2
**12** 27:6
**168** 7:17

**2**

**2** 12:8 21:4 32:2
**2,700** 34:1
**20** 10:19
**200,000** 6:17 8:1 9:18
**2009** 11:7
**2016** 7:11
**2020** 7:10
**21** 22:24
**22** 10:19 16:2 17:23
18:1,9,10
**27** 34:1

**3**

**30** 19:23 37:24
**34** 19:24
**3rd** 32:19

**4**

**400,000** 6:16 7:23 9:17
19:23
**45** 15:15

**5**

**5** 23:14 29:15
**50%** 8:19
**53** 23:21

**6**

**60s** 6:5
**66%** 33:24
**6th** 2:18

**7**

**75** 3:23

**8**

**86** 15:1
**87%** 15:1

**9**

**9th** 24:13

**@**

**@coldwarrior** 19:4
**@raheemkassam** 22:5

**A**

**ability** 9:24 11:24
**able** 8:16 9:20 16:4
21:14,16
**about** 3:12 4:22 5:17,
22,23 6:1,16 7:4,11,
12 9:4,13,14 10:10
11:20,22 12:12,15
15:14 16:4 18:8
19:18,19,20,21 21:15
22:15,23,24 24:8,14
25:18 27:14,17 28:9
30:22,23 31:3 32:18
34:12 35:21 36:13
**absolute** 26:10,13,17
28:14 29:8,9,10 31:19
**absolutely** 35:12
**absurd** 3:12
**access** 15:18

**account** 23:18
**accountable** 5:12
**accurate** 13:1
**accusations** 2:24
**acoldwarrior@gmail.
com.** 16:22
**across** 5:10
**action** 20:2
**active** 14:12
**actual** 12:2
**actually** 7:24 12:21
13:1 14:1,5 23:18
26:16 27:15,21 31:11,
18 33:16 35:20
**ad** 33:13
**adamant** 29:12
**additional** 33:12
**advance** 22:10
**advantage** 20:7
**advertise** 9:18
**advertising** 26:24
**afraid** 33:19
**after** 30:15,16 34:10,
11 35:4
**again** 8:21 15:4 17:12,
15 18:4
**against** 2:24 24:18
31:6,14 38:8
**agencies** 33:13
**agency** 19:19,21
**agree** 25:8 34:8,22
**agreement** 22:13
**agreements** 22:12
**agrees** 2:17
**ahead** 7:21
**ahold** 37:24
**airing** 26:16
**alcohol** 32:12
**all** 2:16,22 3:8 4:6 5:1
6:24 7:2,10,17,24
14:15,21 15:3,6,22
16:22 17:6,23 19:19,
20,21 20:3,7,9 21:20
22:9,13 24:9 25:11
26:11,20,21 27:4,8,17
28:10,20 30:17 31:7,
10,20 32:21 33:5,7,8,
17,20 34:4,8,18 35:10
36:9,24

**already** 29:21,22
35:11
**also** 7:10 10:21 11:2
17:17 20:24 24:16
29:3 32:8,12
**although** 14:11
**always** 14:23,24 15:16
**am** 19:6 30:15
**amazed** 24:10
**amazing** 23:1 24:22
**Amazon** 17:13,14,18
**Amendment** 3:20
**America** 17:12 25:9,
15 29:3 34:20
**America's** 4:2 21:18
32:7
**American** 3:21 23:12
25:19 28:7 33:12 35:5
**an** 2:24 3:21 4:16
5:12,20 8:11,12 10:13
12:1 14:12 17:13
21:21 23:1,21 34:7
**and** 2:12,22 3:2,17,19,
20,22,23 4:3,4,8,12
5:2,9,10,15,19,24 6:4,
5,9,11,14,17,20,22
7:3,5,8,10,12,13,16,
21,23 8:1,18,24 9:3,5,
8,9,10,11,12,19,21,23
10:2,11,23 11:2,5,6,8,
13,14,15,24 12:4,14,
18,19 13:5,6,7,10,13,
14,16,17,19 14:7,8,
19,21 15:4,8,15,16
16:3,9,10,18,21 17:3,
5,6,9,14,17,22 18:2,6,
12,18,20,24 19:4,6,24
20:3,5,18,22,23
21:11,14,18,21,23
22:2,6,14,23,24 23:1,
2,3,10,17,21 24:3,4,9,
10,11,13,14,15,21,24
25:1,4,7,16,17,24
26:3,5,7,8,12,13,20,
21,22 27:3,5,19,23
28:2,3,11,12,13,14,
17,22,23 29:2,3,6
30:2,8,15,17,18,20,22
31:1,8,18 32:8,12,19,
22,23,24 33:4,6,17,
19,21 34:2,5,9,11,14,
17,19,20,22,23,24

35:1,2,9,10,11,15,18,
19,23 36:2,7,10,13
37:14 38:14
**another** 13:24 16:8
28:18 32:18 35:14
**answer** 4:16 21:10
33:18
**antifa** 4:24 5:3
**any** 4:23 5:5 24:19
29:4,11,24 30:1 32:16
33:10,12,23 34:16,17
37:7
**anybody** 24:8 29:5
36:11
**anymore** 4:9 9:4
**anyplace** 32:13
**anything** 16:3 24:8
29:7 37:18
**anytime** 30:1 32:13
**anywhere** 11:23
**appearing** 21:10
**appreciate** 20:12
**approaching** 3:11
**are** 2:20,21 3:23 4:4,
18 5:5,9,10 6:11,14,
17,23 7:6,23 8:1,19
9:18,24 10:2,3,5,8,18,
19 14:1,5,8 15:8,20
16:19 18:3,8 23:23
24:4,16 25:12 26:16
28:2 29:13,18,21
32:11 38:4
**area** 8:10,11
**aren't** 2:20 5:6 13:9
37:15
**argument** 27:19
**arising** 20:5
**Arizona** 10:8 12:24
13:8 15:11 16:12
18:16 20:16
**around** 3:8 18:13
**arrest** 4:23 12:22
**arrests** 5:11
**article** 2:6 28:13
**articles** 4:8
**as** 2:11,13 3:20,21 4:3
5:8 8:21 13:2,9 16:18
17:2 21:12 22:17
25:7,8 29:5 31:17
32:6 33:9 37:11

**ask** 14:18 17:20 22:20 30:24 35:16

**asked** 6:10 10:5

**asking** 6:20 20:24

**assembly** 8:12

**assist** 15:24

**at** 4:2,8,11,13 5:14,15 6:4 7:4,7,9 11:7 14:14,18,21,24 15:8 16:13 18:2,21,24 19:1 21:18 23:5,12,18 24:12 25:23 26:15 29:24 31:12 33:11 34:16

**atomic** 33:4

**atomize** 3:21

**attack** 5:12

**attacks** 5:10

**attempt** 2:18,24

**audience** 3:15 9:20 12:14,17 18:6

**average** 23:20

**away** 3:24 36:9,11

**B**

**back** 2:3 4:24 5:21 6:4 7:11,19 8:4 11:20 17:4 19:5 20:13 21:14,23 28:23 30:10 37:17

**backed** 26:14

**backing** 31:18

**backup** 28:11 32:23

**badger** 32:7

**balkanize** 3:22

**Ball** 17:11

**Bannon** 2:2,3 3:3,10 4:1,12,13,14,20,23 5:13 7:18 9:15 11:16, 19 12:7,11,12 13:23 14:4 15:18,24 16:15 17:7,16,20 18:1,2,9, 21 19:15 20:8,18 21:3,7,8 22:3,6,7,19 23:8,23 25:6 26:11 27:12 28:22 29:18 30:24 31:15,22 32:1, 5,6 34:15 35:15 36:20 37:23 38:9,11

**Barbara** 16:10

**base** 10:2

**bash** 23:4

**bashing** 23:9 27:9

**basically** 6:15 16:23 17:4 28:18,19

**BBC** 32:21 34:21

**be** 2:11,23 5:12 6:18 7:8,12,20,21 8:14,16, 21 9:20 10:5,13 12:16 13:10 14:12 15:10 18:9 21:10,14,15,16, 17 25:3,4 28:5,24 29:3,4,22 30:7 31:6, 11,12 32:7 34:14,22 37:5,6 38:7

**beast** 36:14

**beautiful** 23:3

**beauty** 9:1

**became** 10:11

**because** 3:7 5:20,21 8:2 9:3,5,7 10:1,3,5 11:12 14:10 16:11,17 18:5 20:14 22:7,15 23:6 24:1,17 25:1,23, 24 26:2,3,19 27:4,13 28:6,20 29:8,19 30:14,18 32:17 34:10 35:10,24

**become** 6:21 8:15 13:20 14:13 15:7 18:23 19:12

**becomes** 14:6

**been** 5:18 6:8 16:4 19:17 20:10 24:22 27:20 30:9 33:4,6,17

**before** 2:4 4:15 6:10 8:17 9:16 13:23 38:2

**being** 5:5 7:4 12:23 16:17 38:16

**belief** 24:20

**believe** 37:5,6

**bell** 13:11

**besides** 3:12

**bet** 18:17

**better** 8:19 9:12 11:13 13:7,13 36:3

**beyond** 24:20 37:18

**biblically-based** 32:10

**Biden** 22:9

**big** 22:24 27:12 28:12 29:14 33:3,12

**biggest** 5:4 19:24

**billets** 9:17

**billion** 11:22

**blah** 27:2

**Blake** 13:11

**blog** 16:3

**blowing** 13:24

**board** 13:5 33:16

**Bobb** 25:11

**book** 9:17 16:22 17:8, 9,14 18:24

**both** 28:8 38:15

**bottom** 5:14 8:6 35:20

**bought** 25:18

**bounce** 20:9 38:11

**box** 13:20 33:3,12

**Brandon** 22:24

**brave** 25:24 26:6

**break** 2:21 11:20 12:2 21:8 31:3,16

**breaking** 14:3

**Brian** 5:14 12:3

**bring** 30:12 34:12 35:9,10,16

**bringing** 5:21

**broken** 15:3

**Build** 18:22

**bunch** 33:8

**burning** 31:16

**busier** 34:2

**business** 33:2,3,11,14 34:5 37:8

**but** 2:18,23 3:10 5:2, 20 6:12,17 7:2 9:2,14, 23 10:9 11:9,14 12:17 13:3,9 14:6 15:11 16:24 18:17 19:10 20:4,7 22:7 23:9,15, 17,20 24:11,19 25:13 26:11,15 27:17,19 29:3,14 30:3 33:18 34:2,20 35:15,16 37:21

**button** 6:13 16:13 18:19

**buy** 25:16

**buying** 29:13

**by** 12:19 13:6,24 14:2 16:15 20:18 21:19 26:14 27:24 29:2 32:15,22 33:5 34:18

**bylaws** 16:6,7

**C**

**cable** 25:14 26:1 29:13

**call** 2:18 7:12,13 12:21 20:2 27:9

**called** 16:14 21:13 26:10 27:6,11

**calling** 2:9

**calls** 14:19 26:15 33:18 37:15,17

**came** 6:11 7:14 24:12 28:13

**can** 4:2,12 7:5,19,21 8:8,21,23 9:21 10:23 11:4,9,20,21 13:16 15:14,24 16:1 17:6,9, 22 18:1,2,17 19:1,9, 10,11 20:4,5,6 22:1 23:18,24 27:24 30:24 31:12,17 34:9,21 36:5,11

**can't** 11:9 18:6 25:1 34:13 37:16

**cancel** 33:19

**canceling** 34:2 36:8

**cancellation** 36:8

**cannot** 12:8 21:4 32:2

**care** 30:12 34:12

**case** 37:22

**cast** 10:20

**catchy** 17:10

**caused** 37:6,7,14,16, 17

**CCP** 36:20

**censure** 20:23 21:11, 19

**center** 32:9,10

**CEO** 31:21 32:8

**chair** 20:21 21:21 22:2

**chairman** 10:15,18,20

**chairs** 7:14,15,16

**challenge** 29:18,19 32:24

**chamber** 21:13

**Chanel** 25:10

**change** 2:5 5:22

**channel** 26:2 35:17,18

**charged** 2:23 31:12

**charges** 21:11 31:14

**charlatans** 13:12

**chart** 18:4

**chat** 4:13 12:14 15:21 16:16,20 18:16 23:24

**checked** 13:20

**Cheney** 20:21 21:9,22

**chest** 13:17

**China** 36:17,19

**Chinese** 22:10 36:20

**Christian-based** 32:10

**Christina** 25:11

**churches** 33:16

**citizen** 3:21

**civics** 6:5

**Claremont** 5:15

**clarify** 9:17

**class** 6:5

**clearly** 29:16

**click** 16:14 18:19

**clipboard** 8:24

**closer** 8:13

**clouthub** 17:4

**clouthub.com** 19:6

**CNN** 27:6 29:2

**code** 33:22,24 36:21

**cohorts** 16:10

**coldwarrior1978** 19:6

**columnist** 33:9

**combine** 36:14

**come** 2:5 6:20 9:11 11:20 13:15 14:6 18:18 21:23 24:7 27:19 28:6,10 30:17, 20 32:14 33:10,16 35:6,7,19

**comes** 10:10 17:4 19:5 26:5

**coming** 14:6,10 26:8

27:9 36:5

**comments** 24:1 25:1

**commercial** 11:20
12:2 31:15

**commit** 14:9

**committed** 2:22

**committee** 6:14 7:4,
14,15,16 8:9,13,15
10:16 16:7 19:13
21:20

**committeeman** 6:14,
21,23 7:12 8:22 10:18
13:21 14:17 15:7,11
17:5 18:11,23 19:8,12

**committeemen** 7:23
10:17,21,24 11:2

**committing** 10:6
34:24

**communication** 36:10

**communications**
36:11

**communist** 22:10
36:5,20

**company** 22:18 26:1
28:18 32:8

**compiled** 16:3

**Completely** 2:16

**completion** 22:21
23:15

**concept** 22:21

**condition** 28:4 29:1
34:19

**congressman** 21:13

**connection** 7:20

**conservative** 9:3,4,12
13:10 18:18

**conservatives** 6:6 8:6
9:9,11 11:10 13:14

**constantly** 22:13

**Constitution** 17:1

**contact** 13:22 15:22
17:23 18:10 27:20

**contents** 21:15

**control** 6:9,10 7:24

**convention** 10:22 11:1

**coordinates** 4:2

**corner** 8:24

**Correnti** 20:22

**corrupt** 28:16

**cost** 11:24

**costs** 11:22

**couch** 11:15

**could** 12:21 29:3,7
36:16

**counter** 27:19 29:7
32:15

**counter-narrative** 4:5

**counties** 13:2 20:24
21:11,20

**country** 3:22 5:4,10
31:6 35:1,23

**county** 7:1,3,15 8:9,11
10:15 12:18,22,23
13:5 16:7 19:13 20:15

**couple** 4:15 5:17 14:1
15:16 17:20 35:22

**course** 6:1 22:15

**court** 3:1,2,4 29:20,23
30:20 34:14 35:2,9,10

**covfefe** 19:6

**created** 16:11,12 19:7

**credible** 37:12

**crew** 22:24

**crime** 24:18

**crimes** 31:6

**culture** 33:19

---

### D

**damages** 37:7,16,17,
18

**Dan** 2:4 4:15 5:15,17,
18,21,23,24 6:2,3
7:18 8:3,5 9:15 10:7
11:16,18 12:2,12,14
13:1 14:2,16 15:19
16:1,20,21 17:2,7,10,
17,22 18:2,3,8,10
19:3,16 20:1,8,14,15,
17

**Dan's** 20:7

**Daniel** 19:5

**Danshultz2** 19:4

**day** 13:16 22:24 27:7,
8 29:20,23,24 30:13
34:8

**days** 7:20 22:23 27:6
34:18

**deal** 25:15 30:11

**dear** 19:11

**decade** 5:18

**decided** 34:7

**Declaration** 17:2

**deemed** 21:22

**defamation** 37:22
38:6

**defend** 21:23

**delegate** 10:24

**delegates** 10:21,23,24
11:1

**demon** 12:8,9 21:4,5
32:2,3

**deplorables** 19:22

**derision** 33:7

**describe** 37:11

**detail** 34:17

**did** 2:21 6:4 13:4,18
16:10 23:4 25:15,19,
20 28:16

**didn't** 4:23 24:7,8
25:2,3

**different** 9:23 15:12
21:20

**dime** 12:1

**Dinners** 13:16

**direction** 14:14

**directly** 10:15,16,17,
20 11:1 38:4,5

**disclaimer** 25:16,17,
18,19,21 26:15,22
29:14

**discovery** 29:24 35:11

**discredit** 28:12

**discuss** 31:20

**discussion** 4:10

**distributing** 26:16

**district** 7:3 8:12

**divide** 3:22

**do** 5:23 6:2,6,22 7:24
8:3,7,8 11:14 12:1
13:13,18 14:6,9,15,18
15:4,14,20,23 18:1,23
19:10,18 20:5,6,13
23:9,11,13,24 24:8
25:23 26:7 27:1,2,3,
19,23 28:2,3,4,8,24
29:3 30:2,13,21,22

**deal** 25:15 30:11

**dear** 19:11

**decade** 5:18

**31:17 32:20 33:21**
34:5,21 35:5,8,23
36:2,16 37:1,2 38:15

**Dobbs** 26:6

**documentary** 30:6,7

**does** 13:10 35:7,19
36:3 37:11,24

**doesn't** 26:9 27:4
29:2,11 30:17 34:8

**dog** 8:22

**doing** 9:2 14:22,23
27:4 30:15 38:11

**DOJ** 24:9

**dollars** 11:23

**domestic** 4:17,19 5:3,
4,7

**Dominion** 12:24 13:2,
6 26:3 27:18 28:15,23
30:2,4,15,19,20,22
31:1,14 32:13 34:6,8
35:3 37:7,24 38:2,8,
12,14

**don't** 2:19 5:20 6:18
8:2,5 9:3,5,18 10:4,5
11:10,18,21 13:1,3
14:2 16:12 23:17,19
25:8 27:1,10,23 28:6,
16 30:4,10,12,14
31:5,8,11 33:18,21
34:12,22 35:19 36:9

**Donald** 3:1 17:12

**done** 13:4 15:15 19:9
23:6,7 25:10

**dot** 19:5

**doubt** 38:2

**down** 15:3,17 18:20
22:8,14,15 27:1,22
36:4,7

**downloads** 19:24

**Dr** 22:16

**dream** 31:19 33:10

**drive** 14:13 25:20

**drives** 14:13

**dropped** 2:8

**dropping** 14:20

**drugs** 32:12

**dry** 20:4

**duties** 10:8

---

### E

**each** 19:6

**earlier** 27:14

**easy** 11:14

**ebook** 17:17,19

**editing** 23:2

**effort** 8:1

**efforts** 20:10

**either** 4:21 27:23
30:21 32:14

**elect** 6:23 8:22 9:12
10:12,15,17,21,24
11:1,2 13:7

**elected** 9:4 10:23

**electing** 7:14 11:13

**election** 9:9 14:19,22
15:2 30:18

**elections** 9:8

**email** 16:21 19:1

**emailed** 38:5

**employees** 33:19,20
34:1

**empowered** 7:22

**empowerment** 6:2

**empty** 20:20 21:21
22:2

**encouraged** 10:9

**end** 35:21 36:1

**ended** 12:23

**engagement** 4:10

**enough** 25:24

**entirety** 23:20

**epidemic** 12:8 21:4
32:2

**epiphany** 34:7

**essential** 5:22

**essentially** 6:6 26:16

**estimate** 23:10,11,13

**etc** 33:3

**even** 3:12 18:21 24:14,
22 30:4 33:21 35:1
37:4

**eventually** 32:24

**every** 3:14,15 9:7
10:9,13,14 16:5,16
18:14 19:15 26:1 27:7

30:13

**everybody** 2:9 6:24
8:23 10:12 11:24
12:13 16:16 19:16
24:6,21,23 34:7 36:5

**everybody's** 8:7 12:1
24:21,23 26:23

**everyone** 2:17 5:2

**everyone's** 9:23

**everything** 16:4 18:13
23:3 27:1 28:20,21
34:21

**evidence** 25:4,7 26:9,
15 27:15 28:20 31:10
32:23,24 34:19

**exactly** 13:3 22:19
30:12

**example** 7:1

**except** 29:1

**executives** 32:16 38:2

**exist** 36:9

**expect** 25:3,4

**experiencing** 36:8

**experts** 29:13

**explain** 15:4

**explains** 6:15

**explanations** 21:15

**exposed** 24:12 30:17

**exposure** 27:5

---

**F**

**fact** 27:22 29:10 31:13

**facts** 2:20

**fail** 3:1,2,3,4

**fair** 29:6

**fakes** 13:13

**fall** 22:18

**false** 37:2

**fantastic** 25:10

**far** 20:21 23:17 24:4

**fast** 36:7

**Fauci** 22:16

**FBI** 24:9

**federal** 3:2

**feedback** 23:24 24:1,3

**fever** 31:19 33:10

**few** 30:6

**fiction** 27:22 29:10
33:8

**fight** 4:3

**fighter** 38:12

**figure** 37:12

**figured** 20:19

**fill** 8:19,20

**filled** 7:2 8:1

**film** 22:22 26:13 31:18
32:23

**finally** 24:17

**Finchem** 12:21

**find** 5:8 8:8,9,16 9:20
15:23 16:4 17:4,6,15
18:13 19:9,13

**finding** 34:9

**finger** 13:17

**fire** 12:15 20:14 31:16

**Firm** 34:3

**first** 3:20 7:22 10:11
13:13 16:2 18:12,19
19:12 22:20 35:17

**floor** 5:24

**Florida** 15:5,11

**flyers** 14:20

**folks** 21:23

**follow** 4:3 20:13 24:3

**followers** 34:24

**following** 21:16

**follows** 3:15

**for** 2:5,11,13,14,24
4:16 5:8,18,19 6:24
7:7,14,23 9:7,24 10:3,
20,22,23 11:6,13
12:21 13:21 14:17,23
15:17 16:5 18:11,14
20:7,9,10,15 21:11,
12,22,23 22:10 23:18
24:12,13 26:24 27:6
28:11 29:1 30:13
32:11,16 35:5 37:4,17
38:15

**form** 13:20

**format** 17:17

**forum** 18:17

**forward** 2:12 20:12
26:14

**four** 6:15 10:14 11:3
36:23

**Fox** 3:11 26:5

**frame** 27:24 28:1
32:22 34:18

**fraud** 27:17

**free** 17:18

**Fresno** 30:1

**Friday** 27:8,9 33:4

**friends** 3:17 24:24

**from** 6:20 10:7,8
12:17 15:5,13 20:15
21:8 22:21 24:4 25:14
26:8 27:6 30:9

**front** 14:17

**fruit** 27:16

**frustrated** 2:21

**full** 38:13

**fullest** 15:1

**funny** 26:4

---

**G**

**Gab** 17:3 19:4

**Game** 17:11

**gave** 21:14 24:20

**general** 9:8 14:22 15:2

**generally** 9:24 24:1

**Germany** 36:6

**get** 2:3 4:12,15 5:14,
21,22 6:20 7:8,19 8:1,
3,9,17,24 9:16,19
10:14 11:8,15,21 12:4
13:14,18,22,23 14:2,
13,24 15:7,12,14,15
17:9,11 18:1 19:3,11
20:19 22:19 23:8,10
24:4,17 27:15 30:17,
19 32:18,19,22 34:10,
13 35:13,19 36:3
37:16,24 38:3,13

**gets** 9:4 26:5

**getting** 5:16 7:7 9:6
10:3 13:6 14:8,14
23:23 24:4 34:1

**give** 4:2 15:18 16:9
17:8

**gives** 14:11

**global** 32:20,21

**go** 2:4 4:9,14 8:10,12,
14,17,23 9:21 10:9
11:5,15,18,23 13:14
15:6,9,16,23 16:2,18,
24 17:13,14 19:14
20:19 22:2,19 23:9,24
24:3,24 25:6,9,24
26:23 27:12,13,23,24
28:23 31:8,9 32:22
33:19 34:9,11,13,17,
18 35:2,4 36:21

**going** 2:3,23 3:1,2,3,6,
24 5:12,19 6:19 7:10,
20 8:3,10,12 10:5,13,
14,15,16 11:23,24
14:18 16:19,20 17:16
18:17 19:3 21:15,16,
17 22:3 24:16,21 25:4
26:2,21,23 27:2 29:23
30:7,15,16,19 31:6,22
33:1,16,22 34:8,23
35:2,20 36:1,2,4,7
38:5

**gonna** 3:3,4,10 5:13
11:11 12:20 20:24
21:8 28:3 29:20,23
31:2,20 35:13

**good** 16:12 28:17

**got** 2:7 4:6,13 6:13
11:13,14,15,19,23
12:3,18 13:7,13,18,20
14:22 15:1,3,5,6,7
16:5,13 17:1,20
18:16,22,23 19:12,13,
22,23 20:8,9,18,20,22
22:8,9 24:11,24
25:10,11 27:6 29:12,
13,15 30:8 31:2,8,9,
10 32:18 33:8 34:7,10
35:6,8,9,10,11,16,22
36:21,22 37:24 38:9,
11,12

**gotta** 35:16

**government** 2:19
24:15

**grade** 6:5

**graphic** 6:15 7:5
17:23

**grassroots** 7:7 8:3

**great** 4:1 10:10 17:12
18:23 20:22 25:12
32:19

**greatest** 4:17

**ground** 29:11,12

**grounds** 31:1,2,4

**group** 4:19 6:11 19:7,
9

**groups** 17:5 19:9

**guarantee** 11:9,10
31:13

**Guardian** 2:9 32:21
34:21

**guess** 10:10 24:10,15
27:3,10 31:5 33:1
36:17 38:7

**guest** 12:12 32:7

**gun** 25:3

**guy** 19:17 22:9 31:18

**guys** 4:4,24 18:1
25:15,20,23 26:16
27:1,8,18 29:19,21
32:17,24 33:6 34:4
38:14

---

**H**

**had** 7:10 15:17 22:11,
12 33:12,15

**half** 7:6,9,13

**hammering** 5:18

**hand** 16:24

**handcuffs** 5:7

**hang** 5:13 9:15 11:16,
19 16:15 17:7

**hanging** 27:16

**happen** 28:17 36:2

**happened** 8:5 30:18
33:13 36:6

**happening** 36:7

**happens** 7:6,7

**hard** 5:8 8:18

**hardcore** 25:4

**has** 5:17 9:7 13:4
17:23 21:9,22 30:4,20
32:18,19,20 33:6,10,
13,17 35:16

**hate** 35:1

**Hattondorf** 16:10

**have** 2:20 3:23 4:4
5:20 6:6,21 7:17 8:4
11:18 13:8 15:7,9,12

16:22,24 18:5 21:9
23:5,11,13,14,15,18,
24 25:9 26:1,4 27:10,
18,19,20 28:1,2,5,10
29:1,2,20,23 30:9
31:11,14 32:6,11,14,
17,24 33:6,10,12,20
34:10 35:8,10 37:6,7,
14,15,16,17 38:7,13,
14,15
haven't 19:9 30:10
37:10

having 20:12,23
he 26:15 31:17 32:22
he's 31:17 33:1,8
hear 21:21 38:2
hearing 20:20
hearings 25:9
heart 32:9
held 5:12
help 8:18 9:12,19,20
17:12,22
helped 26:19
helping 7:8
her 20:24 21:11,12,15,
22,23,24 22:2
here 2:6 4:22 7:1 8:6
10:8 13:23,24 16:11
17:21 18:16 28:1,9
29:11 32:17 34:23
35:7,22 36:5
Here's 2:1 8:8 11:21
12:10 19:15 21:6
30:11 32:4
hey 9:15 10:4 12:17
13:23 14:5 17:7 25:6
26:13 27:21 35:18,24
hide 12:9 21:5 28:8
32:3
him 7:19 18:21 33:9
38:13
his 10:20 22:12 26:14
27:15 32:9,22,23
hit 16:18,19
hold 31:3
honey 32:7
honored 32:6
hoodwinked 13:6
hoops 15:6

hope 9:12 24:2,16,20
horrible 13:4,6 36:15
host 2:1 12:10 21:6
32:4
hour 5:14,20 22:22
23:21
hours 14:19 22:24
23:4,22
house 23:1
how 2:12 5:24 6:2
11:20 12:19,22 15:4,
20,23,24 16:4 17:9,10
20:19 22:21 23:9,10,
11,13,19,23 26:6
30:12,22 34:9 36:14
37:21,24 38:3
how's 3:3,4
huge 18:6 37:18
humanity 24:18
Hunter 22:9

_____

**I**

I'D 13:22 25:17
I'LL 7:12 8:18 27:24
30:13,21 31:13 38:5
I'M 3:5 4:16 6:11 7:1
8:5 14:17,23 17:2,3,4
19:2,4 28:3 30:9,15,
16 31:13 34:8,20
37:20,21 38:5
I'VE 6:13 9:14 11:6
15:3,17 16:3,4,5,22
17:5 19:7 22:1 35:8,9,
16
if 3:17 4:8,17 5:7,8,9,
10,22 6:14 7:19 8:7,9,
10,11 9:9,18 11:4,5,7,
10 14:9 16:1 17:12,
13,14,18,22 18:18
19:21 22:18 24:9
27:3,23 28:2,7,9,24
30:14,16 32:21 33:22,
23 34:7,10,13,17,22
35:4,6,7,18,23 36:2
impeachment 27:15
impending 5:10
important 5:7 9:9
21:19
importantly 32:9

in 2:4,5,8,9,14,16,21,
24 3:1,2,4 4:24 5:4,6
6:4,5,9,10,12,16,24
7:1,3,6,11,12 8:9,10,
16,17,20,22 9:5,6,19
10:8,13 12:13,14,17,
19,23 13:2,8,17,19
14:6,10,11,21,22
15:2,5,8,12,13 16:5,
11,16,20,24 17:1,14,
17 18:16,18 19:8,16,
21 20:1,10,22 21:1,
11,14,21 23:1,4,6,9,
12 24:5,9,12,15,22
25:13 26:5 27:6,16,
20,24 28:23 29:6,20,
21,22,23 30:5,6,7,18,
20 31:12,22 32:19,22
33:1,2,6 34:3,11,17,
24 36:5,6,12 37:22
38:3,13
inaudible 3:8 5:16
6:21 11:3 15:2 28:21
29:5 35:15
incorrect 29:22 30:3
incumbent 9:7
incumbents 9:13
indoors 36:16
inexpensive 16:23
information 4:6,7 8:2
11:21 13:22 14:20
15:23,24 16:19 17:24
18:11 19:17 33:4
inside 6:18
intel 2:7
interesting 37:21
internet 16:4 26:11
into 6:20 7:10 9:10
11:3,18 13:14 17:11
20:1 21:13 24:5 35:10
introduce 8:14
invade 11:4
invitation 28:2
involved 11:8 13:19
19:11
is 3:1,5,11,21 4:11,17,
18 5:7,12,16,22,23,24
6:6,8,9,10,12,21 7:11
8:6,15 9:2,8,22,24
10:1,2,10,12 11:13
12:1,8,12,16,20,21,22

13:21 14:5,9,10,23
15:11 16:2,8,10,21
17:4 18:10,12,19,22,
24 19:14,17,19,20,21
20:2,4,5,21 21:4,13
24:6,17,19 25:3,7,17,
20 26:2,6,13,14,17,23
27:4,16 28:5,15,17,
18,19,21 29:10,18,24
30:8,19 32:2,10,15,
18,21 34:19 35:20,23
36:5,6,10,15 37:2,3,
23 38:15
isn't 11:6 26:9 30:6
issues 32:11
it 2:7,20 3:3,4,12,20
5:20,23,24 6:2,9,10,
15,18,22 7:14 8:9,20
9:14,22 10:7 11:4,10,
14,22 12:19,22 13:7
14:1,5,6,9,10,23 15:3,
4,14,15 16:4 17:1,3,
15,22 18:5,7,9,13
19:5,10,18 20:6,7,12
21:13,22 22:13,14,15,
22 23:1,4,5,6,11,15,
17,18,19,20 24:3,8,
14,17,24 25:2,3,18
26:7,8,16,19,20,21,23
27:4,23,24 28:2,5,6,7,
8,12,13,21,24 29:2,3,
5,6,7,11,14,15 30:13,
14,20,21,22,23 31:10
32:20 33:9,20 34:17,
18,21 35:5,7,8,24
37:3,5,6 38:6,13
it's 3:1,2 4:6,10,11,21
5:8 6:3 7:9,17 8:18
9:1 10:2,7,14 11:5,14,
23,24 12:15 14:10
15:2,3 16:6,7,8,14,23,
24 17:1,10,13,17,18
19:17 20:7,11 23:1,3,
6,22 24:15,16,20,21,
22 25:2 26:4,6,8,9,10
27:5,8,21,22 28:16
29:8,9,14,15 30:19
31:9,19 32:21 33:4,7
34:5,11,12 36:7,12
37:4,21
item 12:2
IV 20:22

_____

**J**

J-A-C-K 4:8
Jack 2:16 3:7,14 4:1,6,
8 25:11
January 2:18 24:13
Jeff 13:11
jeopardize 9:6
job 13:4,6,13 25:10
jobs 36:9
Joey 20:22
John 13:11
join 18:17
joined 34:3
joining 5:19 20:15
joint 22:12
Journal 27:7
July 4:24
jump 15:5 19:15
jumping 2:16
June 4:24
just 2:19 7:12,18,19
9:16,17 11:14 14:10,
14 16:19 17:8 18:7,13
20:11 21:9 22:9,20
23:1,16 24:2,12 25:1,
4,13,17 26:6,12 27:8
30:22 31:22 32:15
33:1,19,20 34:7,15
35:21 36:12,17 38:6

_____

**K**

Kassam 4:16,21 5:2
12:3 20:3 22:1,5,17
31:21 36:23 37:5,11,
14,20
keep 16:20 17:16
21:17 34:2 35:7
keeping 36:15
keeps 19:20 20:5
Kennedy 5:15 12:3
key 7:22 10:12 11:21
kid 30:10
kidding 38:4
kids 10:18
Kimber 16:10

**kind** 14:6 24:3 26:19
  27:5
**Kindle** 17:13
**knew** 24:14
**know** 3:17 4:17 5:4,6,
  7,9 6:19 7:21 8:5 10:5
  11:5 12:1,14 13:11
  16:18 17:18 18:14
  19:10,11 20:3,6 23:3,
  6,14,17,19,20 24:7,9,
  11,12,13,17,19 25:22,
  23 26:7,8 27:1,3,9,13,
  15,17,18,20 28:5,9,11
  30:7,9,10 31:5,7,11
  33:5,18 34:3 35:22
  36:10,13 37:9,24
  38:3,6

**L**

**labor** 18:15
**laid** 16:22
**last** 3:16 5:16 34:6
  35:15 37:23
**late** 6:4
**launched** 25:13,14
  33:11,14
**lawsuit** 30:16 34:11
  38:7
**lawyer** 37:20,21
**lawyers** 31:12 38:1
**laying** 20:7
**lead** 4:5
**leaders** 4:18 5:6
**leadership** 14:7,12
**learned** 6:4
**least** 6:4 11:8 24:13
  25:23
**left** 17:21
**legal** 3:5
**legislative** 7:3 8:12
**legislature** 13:3
**lesser** 8:13
**let** 2:4 12:8 17:20 21:4
  28:11 30:7,15 32:2
  34:14
**let's** 15:18 18:1 24:17
  25:6 26:23 27:2,13,22
  28:5,8 30:21,22 31:15
  34:13 35:13

**letter** 30:8,9
**letters** 30:5 38:1
**level** 2:17 4:22 7:7
  34:17
**lie** 28:12
**lies** 27:22 28:6,14,15
  31:7
**like** 9:22 10:4 13:22
  18:14 19:4 21:16
  24:6,11 25:3,17 27:5
  28:6 29:11 30:1,5,9,
  14 34:2 35:24 36:10
**limitations** 24:18
**Lincoln** 13:16
**Lindell** 5:14 12:3 20:9
  21:1 22:20,23 23:14
  24:6 25:22 26:14,19,
  22 28:3 29:17 30:3
  31:5,16,20 32:8,9,15,
  20 33:15,16 35:4 36:4
  37:3,9,13,18 38:3,4,
  10,12
**Lindell's** 28:14 31:18
  33:9
**line** 8:6
**listen** 19:23
**listener** 19:11
**listeners** 33:23
**literally** 5:18
**little** 9:2 16:3 20:4,6
  30:14
**live** 4:13 5:9 7:1 8:14,
  18 9:10 12:14 15:21
  16:16,20 17:11 20:19
  23:24 27:23 28:6
  32:20 34:19,21
**livestream** 21:17
**Liz** 20:21 21:9,22
**local** 7:15 8:9 10:16
**long** 13:7 20:11 22:21
  23:19,22 29:5 30:12
**look** 2:12 10:4 11:5
  14:5 15:20 20:12 23:5
  26:15 27:21 28:22
  29:11 36:6
**looked** 23:18
**looking** 2:11 18:2
  31:12
**Looks** 21:16

**Lord's** 38:12
**lose** 11:10,11 15:10
  37:7
**lost** 7:18,19
**lot** 5:16 10:4 13:8
  24:12,14,15,16,20
**Lou** 26:6
**love** 13:24 18:16 27:18
  32:14,17 38:13,14,15
**lower** 14:20 27:16
**lying** 4:22

**M**

**machines** 13:2 28:20
  31:7
**made** 25:15 28:1
**mafia** 30:9
**MAGA** 19:22
**magnitude** 24:19
**mailer** 6:20
**major** 6:7
**make** 7:21 17:12,15
  20:19 23:4 25:20
  26:12 28:6,23 30:14,
  21 34:15 35:21
**makes** 8:1
**making** 5:11 14:8,19
  27:4 35:24
**manual** 31:9
**many** 15:9 19:22
  20:24 21:11 23:9,11,
  13 24:22
**Maricopa** 7:1,3 12:17,
  19,22,23 20:15
**mark** 12:3,21 36:14
**masses** 19:21
**matter** 29:12
**Mattress** 34:3
**Mccain** 13:11
**me** 3:12,15 6:10 8:17
  10:5 15:17 17:4,6,20
  19:1 22:18 26:8 27:2,
  9,10,11,24 30:4,5,11,
  15 37:10 38:4,5
**mean** 23:17 24:1,9
  25:1 26:4,6,9 27:1
  28:9,18 29:2,20 33:2
  34:4 36:6,15,16 38:1

**means** 13:19
**meant** 12:16
**Medal** 16:10
**media** 23:3,8 24:4
  28:5,13 29:2,4 30:12
  32:20,21 33:6 34:19
  37:11
**meet** 30:2 34:8,16,22
**meeting** 8:11,14,17
  10:19 11:5,15 15:8,9
  19:14 20:23 21:19
**meetings** 9:22,23 10:9,
  10,11 11:18 13:15
  15:6,9 17:1
**member** 3:14 8:15
  14:12
**members** 7:17
**men** 14:5
**mentioned** 37:15
**met** 33:7
**metastasize** 29:16
**Mewe** 17:3 19:5
**Michaeljlindell.com**
  23:21
**middle** 29:11
**might** 8:16 9:11 17:22
  29:21
**Mike** 5:14 12:3 20:9
  21:1 22:19,20,23
  23:14 24:6 25:22
  26:14,19,21 28:3,14
  29:17 30:3,5,24 31:5,
  15,16,18,20 32:7,14,
  15,20 33:1,9,15,21
  35:4 36:4 37:3,9,13,
  18,23 38:3,4,9,10,12,
  15
**Mike's** 26:17
**Mike,very** 36:23
**million** 3:23 19:24
  22:9 23:14,18 29:15
**minimum** 14:11
**minute** 31:3 36:22
**minutes** 15:15 17:21
  23:22 35:22
**moment** 21:1 31:23
**Monday** 5:21 12:20
**money** 34:12
**month** 10:9 11:6,15

**monthly** 9:22 13:15
  15:8
**months** 23:6
**more** 8:3 11:21 12:4
  13:14 15:23 19:22
  24:2,15 27:5,16 34:5
**morning** 23:12
**most** 5:3 6:4 9:9 32:9
**mothers** 5:2
**motivated** 14:9
**movement** 19:22
**Mr** 21:24
**MSNBC** 29:2
**much** 4:10 12:4 19:10
  20:8,15 22:18 23:19
  38:15
**my** 4:16 6:13 7:3 8:16
  10:18 14:17,23 16:3,
  9,21,23 18:10,24
  23:16,21 30:7,8,19
  31:21 32:8 33:19,20,
  24 36:21
**mypillow.com.** 33:24
**myself** 24:13

**N**

**nailed** 25:2
**name** 19:9
**named** 29:21,22
**napalm** 31:16
**narrative** 2:13,14
**national** 2:7 7:16
  10:21 11:1,2
**nationwide** 6:17
**Nazi** 36:6
**need** 3:14 8:8 11:22
  12:1 25:23 34:19
**needs** 35:6
**negative** 25:2
**network** 32:11 33:2,
  14,17
**never** 6:19 11:23
  15:17 22:7
**new** 2:8 5:17 27:7 29:4
  31:19 33:9
**news** 5:20 14:3 21:8
  23:13 25:9,14 29:13

33:12

**Newsmax** 29:3

**next** 3:6 5:11 12:3
20:9,13 30:19 31:13

**nice** 7:12 8:14 16:24

**night** 3:16 35:18 36:2

**nine** 15:12,19

**no** 3:23 4:14 8:1 14:4
21:14 24:18 25:22
29:10 36:24 37:9,13,
14 38:2

**no-show** 20:21

**nobody** 8:21,23 9:13
27:11

**nominating** 10:22

**non-stop** 27:7

**nonstop** 22:14

**nose** 18:13

**not** 3:5,24 4:9,18 5:5,
11 6:9,10,12 7:19
8:18 9:6 11:7,24
12:16 14:10,14 16:12
20:11 21:10,14,16,22
25:2,13 26:2,4 28:2,
16,17,19,21 30:4
34:11,12 35:7,12,19,
23 36:3,17,18,24
37:3,4,9,20,21

**nother** 36:16

**nothing** 28:8

**November** 32:19

**now** 2:7,24 4:11 5:4,
11,15 9:2,5 16:17
17:20 18:8 19:16,17
20:2,14 21:21 22:19
24:17,21 27:4 29:24
30:21,22 31:12 32:20
34:1,7 36:12,18
37:15,17

**number** 6:15 7:5 16:1
17:2,23 19:3 23:20
32:7 38:7

**nutcases** 33:8

_____

**O**

**o'clock** 23:12

**OAN** 26:6,22,24

**obligations** 9:21

**obviously** 4:21 24:2

25:7 29:19

**occasionally** 19:2

**odds** 8:19

**of** 2:7,10,14,17,19,22
3:2,4,8,14,18,23 4:19,
22,23 5:5,14,16,17,20
6:7,9,10,13,16,17 7:2,
4,6,13,22 8:15 9:1,6
10:2,4,5,16,19 12:22
13:4,5,7,8,22 14:1,4,
7,14,19,24 15:1,6,16
16:6,11 17:6,8,9,11
18:15,16,21 19:3,7,24
20:3,14,21,22,24
21:11,20 22:9,14
24:3,12,14,15,16,18,
19,20,23 25:14 26:6,
13,19 27:5,14,16
28:7,11 29:20,24 30:6
31:19,21 32:8,21
33:3,8,17,19,21,23
34:4,13,17 35:20,22
36:8,14 37:4,9,22,24
38:15

**off** 11:15 14:20 19:3
22:18,20 33:24

**offer** 6:1 29:24

**offered** 32:20

**offering** 34:16

**office** 9:5 13:5

**officers** 7:16 10:16

**official** 4:14

**Officials** 21:9

**oh** 3:11 18:2,10 22:15

**okay** 5:13 7:18 11:16
12:12 15:2 16:21 18:3
19:11 20:18 21:8
23:16 24:21 26:11
27:2 31:16 32:6 34:15
36:21

**old** 30:1

**on** 2:7,18,20 3:6,15
4:3,5,9,12 5:21 6:1,
11,13 8:24 9:11,15
11:3,16,19 12:15,20
13:5,17,20 15:21
16:4,14,15,18,23
17:2,3,4,5,7,13 18:13
19:2,4,6,24 20:13,14
22:7,14 23:12,15,16,
21 24:18 25:14 26:11,
20,22 27:9,19 28:4,9,

10,13 30:3 31:1,4,13,
16 32:14,17,20 33:4,
8,10,11,16,22,24 34:6
35:17 36:16 38:7,14,
15,16

**once** 9:3 10:12,13,14
11:5,15 14:6,10 15:15

**one** 4:2 6:7,8,13,22
11:16,19 12:16,17
16:15 17:7 19:6,24
23:12 25:2,9,14,19
28:15,17,18 29:1,3,20
30:3 32:7 33:1,11,21
34:5,20 35:13 36:12
38:7

**one's** 10:19

**ones** 13:3

**online** 31:8,9,10

**only** 6:22 8:1 10:24
12:23 14:18 18:17
23:22 28:24 31:17
34:19 36:22 37:3,23

**open** 25:15 29:4,6

**opinion** 3:2,5 12:19
25:8 26:17 29:9

**opponents** 33:6 35:1

**opportunity** 19:24

**opposition** 24:5 26:12

**or** 2:10 4:24 10:13
15:1,6,10 16:19 18:2
19:8 21:1,5,6,16
27:24 28:1,16 30:19
32:10,15,16,24 33:14
34:18 35:13 36:24
38:1

**order** 36:12

**organization** 9:2
11:13

**other** 12:18 13:2 16:5
21:14 24:14 25:5 26:1
30:8 32:23 33:10
34:24 35:8,18 36:2

**others** 7:13 21:18 24:3
34:20

**ought** 7:8

**our** 6:7,16 9:1 11:11,
12,13 12:12,14 13:3,5
14:21 16:11,12 20:13
30:18 31:6 32:6 33:18
34:4

**ours** 18:16

**out** 3:17 5:8 7:7,9 8:2,
9,17 9:20 11:24 12:13
13:22 14:8,13 16:9,23
19:11,13 20:7,19,22
21:23 22:10,13 24:7,
10,12,17 25:24 26:2
27:9,18,20,21 28:7,13
29:14 30:8,17,19,20
32:13,16 33:3,23
34:2,9,11,12,13,24
35:6,7,13,24 36:8,18
38:6,10

**outlets** 34:5

**over** 4:1,4,9,13 5:16,
18 6:7,17,22 7:20
10:1 11:4,8,11 12:13
19:19 23:14,17 26:20,
21 31:3 34:17

**overall** 7:3

**overcharging** 2:23

**overrun** 16:17

**overseeing** 13:4

**overthrow** 2:19

**overwhelmingly**
15:21 21:12

**own** 16:11,13

_____

**P**

**P-O-S-O-B-I-E-C** 4:8

**packages** 25:12

**pages** 18:5

**pandemic** 2:1 12:5,6,
10 21:2,6 31:22,24
32:4 38:16

**paperback** 17:14

**Parlor** 17:3 19:5

**part** 3:18 7:22

**Partiers** 11:7

**parties** 6:7 11:22

**party** 5:17 6:7,8,12,
14,16,18,20,22,23,24
7:6,8,24 8:1,22 9:1,2,
10 10:1 11:4,8,11,12
12:13 13:14,19,21
19:18,19 22:10 36:20

**pass** 5:1 12:20

**path** 20:11 36:5

**patriots** 20:22

**PC** 6:13 16:14 18:19

**peaceful** 3:18,19

**people** 2:6,11,21,22
3:8,18 4:2 5:9,24 6:4
7:21 9:24 10:3,4 11:6,
13,21 13:24 14:1,4,8
15:16,20 16:17,19
17:9 18:3,7,22 19:23
20:1,4 22:1,20 23:9,
11,13,23 24:2,4,14,
16,20 25:7 29:15 30:6
32:11 34:11,24 35:1,6
36:8 37:15

**people's** 36:9

**percentage** 14:24

**perfect** 17:16 26:4

**person** 3:15 9:12

**personal** 6:1

**phone** 14:19

**picking** 37:15

**picture** 22:1

**piece** 2:8,9

**Pillow** 31:21 32:8
36:21

**place** 16:2 18:19 21:20
23:1 29:6 30:1 34:17

**places** 26:1

**platforms** 17:6 19:7

**playing** 23:12

**plus** 15:19

**podcast** 4:7 18:6
19:24

**point** 25:14

**points** 28:20,21

**polite** 8:14

**political** 5:17,22 6:1,7
11:4,12

**politicians** 10:11
13:15

**Politics** 17:11

**Pool** 3:16

**portal** 18:19

**position** 8:19

**positions** 6:16

**Posobiec** 2:4,16 3:7,14
4:1,6,8 25:11

**post** 19:2

**potential** 9:6

**pound** 19:16

**pounding** 20:1

**power** 11:4 20:11

**powers** 6:18

**precinct** 6:13,14,21,
22,23 7:2,11,23 8:16,
20,21 10:24 12:18
13:21 14:5,16,17,21,
23 15:7,11,14 17:5
18:11,23 19:5,8,12

**precincts** 12:18

**preempted** 14:2

**prepared** 14:9 28:2

**present** 29:6

**presentation** 18:5

**President** 2:14 17:12

**presidential** 10:22

**pressing** 5:20 7:20

**pressure** 33:10,12

**pretend** 13:10

**pretty** 27:12

**primary** 9:7,8,11
14:18 15:12

**Prime** 17:18

**private** 9:1

**probably** 8:11 9:23
19:3

**problem** 6:9

**proceeding** 3:6

**process** 20:6

**promo** 33:22,23

**promoting** 6:11,12

**proof** 26:9,10,13
27:21 28:14 29:8
31:10,19 33:22,24
36:22

**propensity** 14:20

**protects** 26:8

**public** 3:2,4 28:7
30:17,21

**pulled** 22:8

**Pulse** 2:7

**put** 3:10 6:15 7:5 16:1
17:14,23 22:22 23:1,
24 25:24 26:2,7,22
29:14 33:2

**puts** 26:14

**putting** 2:6 32:16

**pyramid** 10:2,3

**Q**

**question** 4:17 12:16
20:5 35:17

**questions** 36:23,24

**quickly** 36:22,23

**quit** 27:9

**R**

**radio** 18:6

**Raheem** 4:15,16,21
5:2 12:3 20:3,20
21:18 22:1,3,5,17
31:21 35:16,17 36:22,
23 37:5,11,14,20

**Raheem's** 5:13 22:6

**Rahim** 4:3

**railhead** 2:13

**ran** 23:1

**Rawlins** 21:21

**reach** 30:8 38:5,10

**reached** 27:18,19,20
32:13

**reading** 25:1

**real** 5:22 6:3 10:7 11:3
15:2,3 16:23 17:10,11
21:18 30:6 36:22

**reality** 14:12 20:4

**realize** 9:23 24:11

**realized** 26:24

**really** 4:4 8:7 13:9,10
14:8 20:12 25:13,20
37:1,21 38:14

**reason** 6:9

**recall** 13:3

**receipts** 22:8,12

**recorded** 34:22

**recourse** 35:8

**recovery** 32:9,10,11
33:2,14,17

**recruit** 9:9 14:16

**reelected** 9:6

**refer** 25:8

**referred** 25:7

**refers** 33:9

**reframe** 34:16

**refuted** 33:5

**registered** 15:13

**registering** 13:19

**registration** 13:20
14:15

**reiterate** 32:12

**released** 33:3

**religious** 35:17

**remember** 9:7 29:8

**reporter** 4:1

**reporters** 25:12 29:5

**reporting** 37:2,8

**republic** 11:9,11

**Republican** 6:8,12
7:24 10:1 11:11,12
12:13 19:19

**Republicans** 13:5,8,9,
10 14:24 15:1,13

**request** 28:1

**requirement** 14:11

**requirements** 15:9

**resign** 20:24 21:12

**resolution** 12:20

**responsibilities** 14:7

**rest** 20:22

**retainer** 22:13

**return** 12:2,4 21:1
31:21,22

**Revelation** 36:13

**rid** 26:5

**right** 2:7,20 3:19,21
4:11,24 5:11 9:2
13:16 14:17 15:10
19:16 20:2,14 21:20
22:11 24:6 29:16,17
30:3,12 31:9,12 33:7
34:2,7 37:18,20

**rightlanenetwork.com**
16:9 18:15,18

**ring** 13:11

**Rion** 25:10

**RNC** 6:24 7:16,17
11:3

**roof** 4:11

**room** 4:13,14 12:6,10
21:2,6 22:14 24:3

27:24 28:7 31:22,24
32:4,22 37:4 38:16

**rounding** 4:18

**row** 27:6

**Rudy** 27:13

**run** 10:23 13:9 15:12

**running** 6:18

**rural** 8:10

**S**

**sad** 34:5

**said** 14:5 18:14 19:4
22:15 25:22 26:7
28:13,14 30:8 33:21
35:18

**same** 14:22 15:16

**Saturday** 2:5

**save** 11:9 30:22 33:24

**say** 3:19,23 8:15 10:4
13:17 14:15,16 26:17,
18 27:21,22 28:12
29:7 31:2 36:18 37:16

**saying** 3:5 4:20 8:7
12:1,16,17 15:21
19:17,20 26:12,17
27:10 28:19,24 29:8,
9,10 31:8 33:7 35:24
37:1

**says** 21:13 31:19

**Schultz** 2:4 4:15 5:15,
17,23 6:3 7:19 8:5
10:7 11:18 12:2,12
13:1 14:2,16 15:19
16:1,21 17:2,10,14,
17,22 18:2,8,10 19:5,
20 20:1,14,17

**Schultz's** 19:16

**scroll** 18:20

**search** 17:5

**season** 14:19

**sec** 16:15

**second** 2:4 9:16,20
11:16,19 17:8 23:9
24:5 25:17 28:17,23

**seconds** 37:24

**Secretary** 13:4

**seditionaries** 2:10

**seditionary** 2:10,11

**seditious** 2:18

**see** 18:6,20 22:2 24:3,
24 26:23 28:7 36:7

**seeing** 5:5,6

**seek** 19:13

**seen** 3:7,8 23:11,13,19

**segment** 37:23

**selling** 22:10

**Senate** 2:15 12:20

**send** 30:5

**sending** 24:24

**sent** 38:1

**serious** 4:24

**set** 17:5

**seventh** 6:5

**share** 4:7

**sharing** 3:16

**shark** 2:16

**she** 21:10,13,22

**sheet** 15:14

**Shophq** 34:3

**short** 12:2 13:7 16:23
31:15

**shortly** 34:23

**shot** 38:13

**should** 2:6,11,23
12:14

**shouldn't** 3:12

**shout** 16:9

**show** 7:5 13:15 22:7
28:9,11 30:18 31:13
32:14 33:22 35:12
36:16

**Show's** 2:12

**showed** 22:8,9

**shown** 34:22

**shows** 9:19 20:1

**Shultz** 19:3

**shut** 26:24

**side** 2:20

**sign** 15:17

**signature** 15:19

**signatures** 8:24 15:13,
15

**signing** 9:24 10:3
14:14,15 16:16,17,19

**simple** 6:3 10:7 11:14 15:3
**since** 11:7 23:11 25:18 33:3,11,14
**single** 3:14,15
**sir** 17:16
**sit** 27:22,24 28:8 30:13
**site** 4:14 9:19 16:8,11 18:12 19:23 23:16 25:13
**site's** 20:13
**sites** 16:11
**six** 7:5 22:23 23:4
**slide** 16:1
**sliver** 37:4
**slots** 7:2,4,6,13,23
**smaller** 8:13
**Smartmatic** 26:3,5 28:17 30:16 31:1 35:9
**smash** 34:4
**smoking** 25:3
**snarky** 12:17
**so** 2:4 4:2,9,10 5:23 6:24 8:6 9:13 10:12, 18 11:14 12:4 13:21 14:9 15:4,9,22 16:12 17:12 18:11 19:9 20:12,14,21 21:17,18 22:6,19,20 23:7,16 24:4,15,20 25:8 26:7, 8,24 27:3 28:23 29:10,14,18,22 30:7, 10,21,24 31:5,10,15 33:10,22 34:15,16,21 35:6,12 36:7,21 37:5, 20 38:5,8,15
**social** 6:5 28:13
**socialism** 36:5
**some** 2:17 9:17 10:13 13:22 14:4 16:11 21:8 27:16 30:9
**somebody** 9:18 14:13 15:17
**someone** 34:13
**something** 8:7 16:5 18:14 26:7 35:16
**sometime** 34:23
**sometimes** 16:6,7 20:5
**sooner** 24:7

**sorted** 32:18,19
**sorts** 15:6
**sound** 20:4
**speak** 13:16
**SPEAKER** 2:1 12:6,8, 10 21:2,4,6 31:24 32:2,4
**specific** 23:21
**specifically** 25:9
**spend** 34:8
**spit** 38:6
**spite** 24:23
**spokesmen** 32:16
**stacks** 37:22
**stand** 3:23 8:23 9:7 29:24
**star-producer** 31:17
**start** 35:20
**started** 23:11 35:21
**state** 7:15 10:8,17,18, 19,20,22 12:20 15:5 16:5,7 18:14 21:19 30:1
**State's** 13:5
**states** 2:19 10:14 16:5
**statute** 24:18
**step** 13:13 19:12 24:9 30:19
**Stephen** 2:1 12:6,11 21:2,7 31:21,24 32:5
**stepped** 33:20
**Steve** 2:3 3:3,10 4:1, 12,20,23 5:13 6:3 7:18 9:15 11:16,19 12:12 13:23 14:4 15:18,20 16:15 17:7, 16,20 18:1,2,9,21 19:15 20:8,17,18 21:8 22:3,6,19 23:8,23 25:6 26:11 27:5,10,12 28:9,22 29:18 30:11, 24 31:13,15 32:6 34:6,15 35:13,15 36:20 37:23 38:9,11
**stick** 13:17
**still** 4:16 8:6 22:6
**stop** 18:2 19:18 24:23 25:1
**strategy** 18:11 19:8

**stream** 12:15
**Street** 27:7
**strength** 7:10
**strengthen** 9:10
**strongest** 7:8
**studies** 6:5
**stuff** 24:10 25:5 26:21 33:24 36:15
**stuff's** 36:12
**subject** 29:12
**such** 5:7 25:10
**sudden** 33:18
**sue** 26:3 30:5,19,20 31:1,2,4 33:1 34:9 35:2
**sued** 26:3 30:4,11 37:10
**sues** 26:5
**suit** 29:22
**suits** 29:21
**summary** 2:7
**Sunday** 2:12
**supervisors** 12:22 13:6
**suppliers** 33:13
**supporter** 2:10
**supposed** 36:17,18
**suppress** 27:3
**suppressing** 35:7
**sure** 7:21 14:8 20:20 25:20 26:12 28:23 30:21 34:15,20 35:21
**surprise** 24:15
**system** 12:24 14:23

───────────

**T**

**take** 5:20,24 6:7,21 10:1 11:4,8,11,19 14:12 19:19 20:7 25:18 30:11 31:15 34:20 36:9,10,11 38:13
**takeaway** 7:22
**taken** 9:18
**takes** 15:14 20:6 34:18
**taking** 12:13 13:21 21:20

**talk** 3:12 5:16 9:4,13 11:20,22 25:17,19 36:11
**talked** 9:14 24:13 27:13 32:18
**talking** 18:8 19:18 35:21 36:13
**talks** 9:13
**Tea** 11:7
**teeing** 2:13
**telegram** 4:9,11,12,13
**tell** 3:12 4:20,21 5:23, 24 6:19 8:23 14:17 16:18 27:12 30:15 33:20 34:6
**telling** 3:16 5:3 12:21 18:22
**tells** 28:14
**term** 11:3
**terms** 37:22
**terror** 4:17,19 5:3,4,8
**than** 8:19 19:23 24:2
**thank** 2:5 5:18 20:8,9, 15 38:15
**Thanks** 6:3 8:6 20:17
**that** 2:17,21,22,23 3:11,17,18,19 4:18,22 5:1,3,5 6:15,18 7:11, 21 8:16,20 10:23 11:9 12:21,22 13:18 14:5, 11,13,15,16 15:4,21 18:1,6,17 19:23 20:5, 20 21:9,13,16,23 22:1,13,22,23 23:4,5, 15,18,20,24 24:2,10, 14,22,23 25:3,4,7,15, 18,20,21,23 26:4,5,7, 8,18 27:3,10,17 28:1, 3,5,19,24 29:4,6,13 30:1,8,21 31:6,7,8,9, 10,12,20 32:7,11,21, 24 33:5,16 34:16,21 35:1,2,5,16,23 36:11, 14,18 37:9,15 38:2,7
**that's** 2:8 3:5,6 4:20 9:1 11:3 13:1,7 15:11 16:3,16 18:15 19:20 23:2,16 26:10,11 27:12 30:21 33:18 35:4,8 36:13,14 37:9
**the** 2:6,8,9,10,12,13,

14,16,19,20 3:1,4,7,8, 16,17,18,20 4:1,4,5,7, 8,10,14,17,18,19,22, 23 5:3,4,5,10,11,14, 16,23,24 6:4,7,8,9,11, 12,14,17,18,20,22,23, 24 7:2,4,6,7,8,9,10, 13,14,15,16,20,22,24 8:1,2,6,14,17,19,22, 24 9:1,2,6,8,9,10,13, 16,20,24 10:1,2,9,10, 11,12,15,17,19,20,21, 22,24 11:1,2,3,4,7,8, 9,11,12,15,18,21,23 12:13,14,17,19,20,21, 22,23,24 13:4,5,7,14, 16,19,21,24 14:4,7,8, 9,13,14,18,20,21,22, 24 15:1,2,8,12,15,16, 18,21,22 16:2,4,11, 13,15,16,20 17:1,8,9, 11,18,23 18:6,7,11, 18,19,22 19:7,8,14, 19,21,22,24 20:1,4, 18,20,22,23,24 21:4, 10,11,19,20 22:7,8,9, 10,11,12,14 23:3,8, 12,20 24:1,4,5,9,10, 15 25:1,3,7,9,16,17, 18,19 26:9,11,13,15 27:14,16,17,18,19 28:4,7,10,11,12,13, 15,17,19,20,22 29:2, 13,20,21,22 30:8,11, 12,17 31:3,10,11,13, 17,19,21 32:8,9,12, 14,24 33:2,3,6,14,15, 16,22,23 34:6,14,15, 22,23 34:6,10,12, 13,14,19 35:1,5,6,18, 19,21,24 36:1,5,8,11, 14,20,21 37:11,23 38:7,11
**thecoldwarrior@ gmail.com.** 19:2
**their** 2:13,14,24 5:2 9:6 13:17 21:12 24:24 25:12 28:6 31:7,9
**them** 5:8 6:17,20 7:12, 13 9:11,19 10:19 13:13,17 14:17 15:24 18:4,5 19:10 21:10 24:23 26:3,4 27:8,19 28:10,12 29:18 30:11, 16 31:2,4,8 32:13,14,

16,22 33:21 34:9,10
35:4,9,10 37:7 38:6

**themselves** 32:15

**then** 3:19 5:11 7:6,7,
14 8:19 9:8 10:12
11:2 13:14 14:21
15:7,8,15 16:8,21
17:3 18:12,15,20,24
24:14,16 26:22,23
30:8,18,20 31:3 33:17
35:8,9,11

**theprecinctproject.
wordpress.com.** 16:2
18:12 19:1

**there** 2:17,20,21,22
3:17,20,23 4:13,18
5:10,11 7:11,22 8:2,
16 10:8,23 11:24
13:21 15:8 17:4,6
18:3,13,19 19:9,11
21:9,22,23 24:10,17
25:21,24 26:2,7 27:16
28:4,5,8 29:4 30:6,12,
13,19 33:8,17,23
34:20 35:13

**there's** 4:9,10 6:16,22
7:2 8:3,10,20 10:13
12:18 16:13 18:14,15,
16,20,21 21:21 23:16
24:14,18 25:5,16
28:4,8,15,16 29:10,
11,15 35:5 36:18 38:2

**these** 2:20,23 5:8 6:13,
16 9:10 13:15 25:11
27:1 29:19 30:6 34:4

**thesis** 26:14

**they** 2:11 4:13,18,23
5:9 6:2 7:23,24 8:2
9:3,4,5,9,10,18,21
10:6 11:2 13:9,10,12,
15 15:16,21,23 16:12
22:8,14,15,18 23:2,4,
24 24:24 25:16 26:4,
8,22,24 28:16 29:3,7
30:5,10,17 31:6,7,8,9,
10 33:18 34:2,3,4,22
35:7,11 36:9 37:10,
14,15,16,17 38:1,3,4,
5

**they'll** 15:10 28:9
38:10

**they're** 2:13,23 3:21,
22 4:22 5:9 6:19 8:3

9:5,21 13:12 16:12
18:23 20:23 21:16
24:10,11,22 25:23
26:12 27:2 28:18,19
29:8,10 31:6 33:7,19
34:4 35:12,24 36:24

**they've** 23:19 27:20
29:14 30:4 33:2

**thing** 10:12 13:24
14:22 16:24 28:19
29:13 30:4,14 32:18
33:1 34:6 35:15 36:18

**thing's** 3:11

**things** 9:17 14:18
18:22

**think** 4:14 12:20,23
13:1,2 15:1 16:14
17:18 20:20 24:20
29:21,22 30:4 32:8
35:20,23 36:4 37:1,2
38:1

**think's** 36:2

**third** 11:22 19:18
28:18

**thirds** 7:4

**this** 2:7,13,17,18 3:5,
11,14,22 4:4,7,17 5:7,
16,18,21 6:4,19 7:20,
22 8:6,15 9:4,13,18,
24 10:1,2 11:6,7,8,10
12:1,8,9,16 13:18,22
14:6 15:2 16:22 18:4,
22 19:17,20,23 20:2,
3,10,14 21:5,19 22:21
23:10,13 24:7,9,12,
17,19,23,24 25:3,4,24
26:2,6,16,17,22 27:2,
4,5,13,14,23 28:16
29:10,18 30:2,6,16
31:18 32:2,3,17,18,19
33:3,6,11,14,20 34:3,
16,17 35:13,17,18,20,
23 36:2,6,10,12,14,
15,17 37:8,21,23 38:2

**those** 3:16 9:11 17:6
19:7,9 31:14

**though** 12:16 28:4

**thought** 23:6

**thoughts** 36:1

**threat** 4:18,22 5:4,8

**threatened** 26:3 30:5

**three** 10:18 14:19 15:6
23:6 28:14,15

**through** 4:10 5:19
12:4 15:5,22 18:3,4,5,
7 21:18 23:10,15
27:23,24 32:22 34:17,
18 37:8

**throwing** 31:16

**tight** 25:12

**till** 27:8

**Tim** 3:15

**time** 5:11 7:14 9:11
14:10 19:17 20:11
21:14 23:21 25:16,18
29:14,24 30:22 31:13
34:16

**times** 15:16 27:7 29:5
31:19 33:9 35:21

**Times,combined** 2:8

**timing** 26:4

**title** 17:8,9,10 26:13

**to** 2:3,5,18,24 3:1,2,3,
20,21,22,23 4:6,9,14,
15,16 5:8,12,14,15,
19,21,22,23 6:1,6,15,
18,19,20,21,22,24
7:7,8,19,20,21 8:1,3,
7,8,10,12,13,14,15,
16,17,20,23 9:5,7,16,
17,19,20 10:1,5,6,8,9,
10,13,14,15,16,19,21
11:5,14,15,18,19,22,
23,24 12:1,4,16,24
13:7,10,13,14,16,18,
19,20,22,23 14:2,9,
12,18,20,24 15:1,4,5,
6,7,9,10,12,14,15,16,
21,22 16:2,4,9,13,18,
24 17:1,11,13,14
18:17,19,22,23 19:3,
12,13,14,16,18,19,23
20:2,4,6,8,9,11,12,13,
19,24 21:10,12,13,14,
15,16,17,23 22:2,3,10,
19,20,21,22 23:3,4,8,
9,10,24 24:4,11,23,24
25:4,6,7,8,9,16,17,19,
20,23,24 26:2,3,6,7,
12,18 27:1,3,12,13,
15,18,21 28:2,4,5,6,7,
8,11,20,21,22,23
29:1,3,4,7,18,19,23
30:5,7,17,19,20 31:6,

22 32:6,8,12,13,14,
15,17,18,19,20 33:1,
2,9,16,20,23,24 34:1,
4,6,8,10,12,14,15,16,
18,21,22,23,24 35:1,
2,5,6,8,9,10,12,16,19,
20,21 36:1,2,17,18,21
37:1,5,6,7,24 38:3,5,
6,11,13,14,15

**today** 20:2,23 21:10,
18 28:3 29:15 33:22
34:9,23

**together** 22:22 23:2

**told** 5:5 11:6,7 21:9,10
27:8 34:14

**tomorrow** 2:12

**too** 22:18

**took** 22:14,15,18,22

**top** 8:22 14:24 16:13

**totally** 15:11

**touch** 8:9,17 38:3,13

**tracker** 23:15

**transfers** 22:11

**travel** 21:14

**trial** 2:14 27:15 30:14

**trick** 36:24

**tried** 23:3,4 33:2

**true** 28:19 37:3,5,6

**Trump** 2:14 3:1 7:11
17:12,14

**trust** 27:24

**truth** 3:16 27:10
34:10,13,14 35:6,7

**try** 7:19 11:8 27:3
29:19

**trying** 3:21,22 5:14
20:19 21:17 24:23
34:4 35:12

**turn** 5:15 9:11 15:17

**tutorial** 16:8,13 18:20

**TV** 33:8

**tweeted** 22:1,13

**twitter** 4:3,9 17:2
19:2,3 22:4,7,8,14
26:20

**Twitter's** 22:17

**two** 6:7 7:4 9:7 10:13,
19 14:18 15:6 16:9
17:2 18:21 19:3 22:22

23:22

**U**

**unconditional** 29:1

**undergird** 2:24

**understand** 22:21
37:1

**United** 2:19

**unless** 6:13

**unofficial** 4:15

**unwashed** 19:21

**up** 2:6,13 3:11,23 4:18
6:15,24 7:2,5,19 9:19,
24 10:3 12:23 13:15,
16,24 14:14,15,17
16:1,16,17,19 17:5,23
18:1 20:13 21:17 22:6
25:17,19,21 26:7,22
29:14 32:20 33:8,21,
24 34:1 35:19 37:15,
22

**uphold** 3:20

**urban** 8:11

**us** 3:23 4:2,12 5:3,13,
19 12:21 14:11 16:18,
19 17:8 20:15 21:9
22:10 23:10 30:7
36:15

**use** 12:24 33:22,23
36:21

**used** 13:2 31:6

**using** 6:8 27:14

**Usually** 16:6

**V**

**vacancies** 9:10

**vacancy** 8:16,20

**vacant** 6:17 7:5,6,9,13
8:19

**vaccine** 36:14

**valuation** 22:17

**vanguard** 14:7

**varies** 10:7 15:4

**vendors** 33:13

**venture** 22:12

**venue** 27:14

**very** 9:2 16:12 20:8,15
21:19 25:12,15

**vetted** 35:19,23

**vetting** 13:13

**victory** 20:12

**video** 16:6

**videos** 3:7,8,16 15:4 16:8,13 18:15,20,21, 24

**view** 25:14

**violence** 2:17,22

**viral** 26:20,21

**virus** 36:17,19,20,21

**visual** 18:7,8

**voice** 4:2 21:18

**volunteer** 8:20,21,23 9:1,22 15:22 19:14

**volunteering** 10:4

**vote** 7:8,9 13:19 14:8, 13,14 15:1 21:13,15, 24

**voted** 15:8

**voter** 14:15 27:17

**voters** 14:21

**votes** 7:24 10:2,20

**voting** 12:24 14:10 15:13 21:12

---

**W**

**wait** 27:8

**waiting** 4:16

**walk** 5:19 13:16 15:22 18:3,5,7 23:10

**walking** 3:8 15:14

**Wall** 18:22 27:7

**want** 2:5 5:15,19,22 6:15,18 8:2,7,15 9:3, 5,16,17 14:2 15:21,22 16:9,15,16,18 19:15, 16 20:1,9,13 22:19,20 23:8,9 25:6,9,19 26:12 27:3,12 28:4,6, 7,22,23 29:1 32:12 33:20,22,23 34:6,15 35:21 37:1

**wanted** 29:4,7

**war** 4:13,14 12:4,6,10 21:2,6 22:14 24:3 31:22,24 32:4 38:16

**warned** 30:9

**warnings** 38:1

**was** 2:17 3:15 5:1,3 10:18 12:19 22:7,21, 23 23:5,6,21 24:9,10, 12,13 25:4,21 28:13, 15 29:6 30:10 36:1,13

**watch** 23:20

**watched** 23:15,20

**way** 5:23 6:22,24 7:10 12:19 13:24 16:15 20:18 35:5,13

**we** 2:4 3:12,14,23 4:15 5:5,6,20 6:6,21 7:10, 18,19 8:3 10:19 11:4, 10,14,20 12:3,4,8 13:8,13,23 14:24 15:1 16:10,12,18 17:20 18:1,2,3,5,17,21 19:22,23 20:5,8,9,12, 18 21:4,21 22:8,11, 12,13,15,24 23:1,15, 18 24:4 27:13,18,23, 24 31:2,21 32:2,13 34:5,10,15 35:19 38:9,11

**we'd** 27:18 32:17 38:13,14

**we'll** 9:19 11:9,10 30:13,14 31:3

**we're** 2:3,6 3:24 5:5, 19,21 6:9,10 7:4,20 11:11 16:17 20:18,24 21:8,15,17 31:20,22 32:6 34:1 35:13,15 36:4,6

**we've** 3:7,8 6:8 11:13, 19 13:7 16:13 18:16 19:22 20:20 31:8,9,10 32:13 33:15 34:10 35:6 36:22

**weapon** 33:4

**website** 16:24

**week** 2:12 3:6 20:13 27:14 30:13 34:3

**weekend** 4:4

**weekly** 9:22

**weeks** 5:17 7:21 34:18

**Welcome** 2:3

**well** 4:23 13:2 16:1 17:2 18:10 23:5,7,14, 22 24:7 26:19,23

33:15 36:4

**went** 10:19 23:5,17 26:20,21 35:17

**were** 2:22 3:17,18,19, 20 7:11,13 13:2 22:15,24 25:15 26:24 31:7,10 33:16

**weren't** 5:3

**what** 2:6,11 3:5,12 5:23 6:6,11 7:5,7,10 8:5,7,8 9:21,24 10:3,5 12:1,15 14:15 16:10 18:22 19:15,20,23 20:5,6 23:23 24:3,11, 21 25:6 26:13,14,17, 23 27:1,10 28:3,9 30:15,18,24 31:1,2,3, 11,12 32:15 33:13 35:8,11,12,22 36:1,2, 6,13 37:1,2,3 38:14

**what's** 10:5,10 16:23 22:3 24:1 26:17 28:12

**whatever** 25:22 28:16 32:21 34:21

**when** 7:6,14 9:21 10:11 11:20,22 12:4 13:14 14:16,21 16:24 17:3 19:5 22:8 26:15 30:10,20 31:21 34:11 36:7,9,10

**where** 4:11 5:9 7:1,8 8:13 9:10,20,21 10:1 15:23 16:3,22 17:11 19:13 23:17 34:5 35:22

**where's** 5:6

**wherever** 8:18

**which** 12:13 13:3 17:23 18:8 27:16 32:9

**who** 2:21 3:15 5:8 10:10,17 13:9

**who's** 3:10 5:12 30:7

**whole** 28:19 36:16

**why** 4:18 5:6 13:18 24:6,7,8 26:2,10 33:21 37:9

**wide** 23:17

**wiggle** 37:4

**wilderness** 20:10

**will** 9:19,20 11:7 15:17 21:10 28:10

29:15 30:1,11 32:22 34:6,9 35:4,5

**wire** 22:11

**with** 2:8,9 3:16 5:13 8:9,17,24 12:2,6 16:17 19:7,10 21:1,2, 17 25:8 27:1,17,20 28:5,10 29:7,14 30:13,16 31:20,24 32:12,14,23 33:7,8,13 34:18,22 36:14 38:3, 13

**won't** 9:4,13 11:5

**word** 36:22

**words** 19:7

**work** 27:4 34:23 38:12

**worked** 23:2

**working** 22:24

**works** 14:23 16:5

**world** 20:1 36:12

**world's** 36:1

**worthy** 21:22,23

**would** 18:9 21:14 22:18 23:5 25:3 28:5, 24 29:1,6 30:24 31:1, 4,11 32:7,14,17 35:12 38:7

**wound** 32:19

**wow** 4:12 24:16 25:2

**wrong** 33:7

**Wyoming** 20:19,23 21:9,12,21

---

**Y**

**yeah** 8:5 9:16 13:3,23 14:4,5 23:8 38:10

**year** 10:12 11:3 15:10

**years** 10:13,14

**yes** 36:24

**yesterday** 23:12 25:13 26:5 27:6,11 28:12 33:11

**yet** 5:5 19:10

**York** 2:8 27:7 29:4 31:19 33:9

**you** 2:4,5,6,19 3:17, 18,19,20,22 4:3,4,6, 12,17 5:4,6,7,9,19,22, 23 6:10,11,14,18,19,

20 7:5,21 8:4,7,8,13, 16,17,18,22,23 9:3, 19,20 10:12,23 11:5, 6,7,9,10,15,18,21,24 12:13,14 13:11,14,16, 18,19,20 14:6,12,13, 15,18 15:7,9,12,14, 16,17,24 16:1,18,24 17:6,11,13,14,18,20, 22 18:8,13,17,22,23 19:1,9,10,11,12,20 20:6,7,8,9,13,15 22:15,20,21,22 23:5, 6,10,11,13,19,24 24:2,7,9,11,12,13,17, 19,24 25:2,7,8,10,12, 13,15,18,19,20,22,23 26:1,7,8,15,17,18 27:3,8,9,13,15,17,19, 20,21,22,23 28:1,2,5, 9,10,24 29:1,2,6,13, 19 30:1,9,10,13,14, 15,24 31:1,2,3,4,5,7, 11 32:17 33:1,5,5,12, 14,18,20,21,22,23 34:3,13,19,23 35:2, 10,12,17,18,20,22,23 36:2,9,10,11,13,21 37:1,2,5,6,7,11,16,17 38:1,4,6,14,15

**you'd** 29:4 37:14

**you'll** 6:19 8:21 10:21 15:10 17:15 18:13,20 34:20

**you're** 2:10 4:9,20 5:11,24 6:1,12,13 8:10,11,22,23,24 10:9,14,15,16 12:16 13:24 14:9 17:18 18:17,18 20:20 24:2 27:4 28:24 29:8,9,12, 19,20,22,23 30:3,11 31:2 33:21 34:2,16, 23,24 35:2,24 36:17, 18 37:1,2 38:11

**you've** 10:23 11:23 12:18 15:5,6,15 19:12 20:10,21 25:11 29:12, 13 35:22 38:12

**young** 25:12

**your** 2:1,5,20 3:17,21 4:2 8:8,11,20 9:19 10:15,16,22 12:10,18, 19 13:17 14:7 15:10,

13,19 16:24 19:13,18,
19,21 20:2,10 21:6
22:3,4,22 24:5 25:8,
13,20 26:12 28:9,24
29:20,23,24 30:5,7
31:13 32:4 33:1,5,10,
13 34:19,24 35:1 36:1
37:15,24

**yours** 5:24

**yourself** 8:15

**Youtube** 26:21 35:18

---

### Z

**zero** 27:11