# Exhibit 30

TRANSCRIPT OF THE AUDIO RECORDING OF:


One America News Network

February 11, 2021

Vol. 1

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1        STEVE BANNON:  Welcome. Hey, tonight, it's Stephen K.

2   Bannon, we're going to have Mike Lindell, this is the film

3   Absolute Proof. We're going to kind of deconstruct it tonight

4   like, like NFL or college, a game film, go through, it's the

5   most controversial film in the world, it's being suppressed by

6   the social media giants, the big tech giants, and also the

7   mainstream media. So Mike Lindell, he's agreed that tonight

8   we're gonna go through, I'm gonna ask the tough questions. And

9   we're gonna see exactly what this film is, and the evidence

10  that backs it up. The movie is Absolute Proof. Mike Lindell,

11  Mike, it took you a while to kind of get here, you came on the

12  scene back in 2016 and then you had some other involvement

13  with President Trump that you actually saw what happened, when

14  anybody gets involved on a national political stage, what's

15  happened. So I think we've got a couple of pictures and clips,

16  we want to show at the very beginning, I'd like you to respond

17  to those so then we can kind of get into the film, and people

18  can understand, this, really this beatdown you're getting from

19  the mainstream media, and the beatdown you're getting from the

20  big tech oligarchs. Can we play, show the first, can we show

21  the first picture?

22        MIKE LINDELL:  Yeah, now this picture here. You got,

23  everyone's got to realize I knew nothing. Can we, I'm sorry,

24  start that over. I'll just keep, should I just keep talking?

1  Okay. So, So what you're, so what you're seeing here is a
2  picture of, of the president before he was president. This is
3  the summer of 2016. I had never met Donald Trump. I was an
4  ex-addict, ex-crack-addict, you know, God freed me of that
5  January 16, 2009. So I had never, I didn't really pay
6  attention to politics, I didn't know much about him. And he
7  reached out to me, we had that private meeting, for about a
8  half hour. He said, Mike, you, you do your manufacturing here,
9  I want to bring the jobs back. And, and we talked about, yeah,
10 I was an ex-addict and I said, I'm going to have this Recovery
11 Network, it's going to help millions. He says, I'm going to
12 stop the jobs, or I mean, the drugs pouring in. And we had
13 these amazing back and forth conversation. But when I left
14 there, I'm going wow, he said, he has no agenda other than to
15 help this country and he actually listened to a business man
16 of, you know, took his input. And I walked out of there, he's
17 gonna be the greatest president ever. But I went and talked to
18 his employees and each one of them said the same thing, great
19 boss, great guy, had done something for them personally. So I
20 did my due diligence to make sure what I just seen was, you
21 know, was amazing, and I got back to Minnesota, and this is
22 very key. I couldn't wait to tell the media and to tell
23 everyone what I just experienced there and how, you know, you
24 got to get behind this guy is going to be the best. And, and I

1   ended up doing a press release against my board's advice, they

2   said, don't do that, we're going to get, you know, you're

3   going to lose half our customers, I said, and I actually

4   walked out of the boardroom and one of my, one of the gals

5   came out, she says, we didn't get this, all this way by you

6   not listening to God. And I went back in there, and I said,

7   we're going to do this press release. And I did it. And I, it

8   was crickets, and then it happened. I was attacked in social

9   media, I was called a racist, I was called stuff I can't even

10  say here by these pots and bots and trolls, but I thought they

11  were real people. I thought they were real people and it just

12  hurt me, I'm going, what did I do? You know, I just, I didn't

13  even say what we had talked about. So, but I did find out, you

14  know, I found out, wow, they're not real people, you know, and

15  they were just these robots that they do an attack. But I

16  didn't know that at the time, it was very, very a learning

17  experience. And, and it's still, you know, some of them were

18  real, because they would jump on the bandwagon. But, but that

19  was my first experience. And then, then because I have four

20  now, this is the fourth one. The second one was last spring,

21  which I, we had, I spoke at the Rose Garden. And I think we

22  have that clip.

23        MIKE LINDELL (IN VIDEO CLIP):  God gave us grace on

24  November 8th, 2016 to change the course we were on. God had

1  been taken out of our schools and lives, a nation had turned

2  its back on God. And I encourage you to use this time at home

3  to get, to home to get back in the word, read our Bibles and

4  spend time with our families. Our president gave us so much

5  hope, where just a few short months ago, we had the best

6  economy, the lowest unemployment and wages going up. It was

7  amazing. With our great President, Vice President and this

8  administration, and all the great people in this country

9  praying daily, we will get through this and get back to a

10 place that's stronger and safer than ever.

11        STEVE BANNON:  So Mike, tell us what happened after

12 that, after you read some Bible verse and talked from your

13 heart in the Rose Garden, how intense was the blowback then?

14        MIKE LINDELL:  It was, it was beyond belief.

15 Everyone, nighttime talk show hosts, people on CNN, Mike

16 Lindell talked about the Bible from the, talked about spending

17 time with our families, talked about getting in the word. You

18 would think I killed somebody. They just attacked me

19 relentlessly. I did 109 interviews in five days. Now granted,

20 there was all the people over here that, you know, everyone's

21 going you know, it was like almost like one over here they'd

22 stick up for me but that once again was bots and trolls, there

23 were even real people, the news media, the mainstream media,

24 they were the biggest attackers there and the nighttime talk

1  show hosts, they all just piled on like it was the worst thing

2  you could ever do. And I thought, okay well what did I do? Is

3  that so bad reading our Bibles, getting a nation that turned

4  its back on God and spending time with our families. And so

5  that was my second thing. And then the third time was this

6  summer and this, where I had, a guy who called me up and he

7  had a, he had a [inaudible] that would help the, everyone was

8  call me for everything to help this vaccine, or I mean the

9  virus, and masks, I got so much involved with this, with this

10  virus and here this guy came to me says hey, this stuff works.

11  And so I went on CNN, because it had leaked, it had leaked to

12  them and I thought it was just gonna be a friendly three

13  minute, four minute interview and here's what happened.

14       ANDERSON COOPER (IN VIDEO CLIP):  How are you

15  different than a snake oil salesman?

16       MIKE LINDELL (IN VIDEO CLIP):  Now these were

17  testimony - -

18       ANDERSON COOPER (IN VIDEO CLIP):  You're willing to

19  promote anything, I don't even know who you are, you really

20  are like a snake oil salesman - -

21       MIKE LINDELL (IN VIDEO CLIP):  I don't think that,

22  this saved their lives if I didn't believe in this product - -

23       ANDERSON COOPER (IN VIDEO CLIP):  You don't have a

24  great reputation. You don't have a great reputation.

1          MIKE LINDELL (IN VIDEO CLIP):  Oh really? You're in

2  my prayers Anderson --

3          ANDERSON COOPER (IN VIDEO CLIP):  Oh sir.

4          MIKE LINDELL (IN VIDEO CLIP):  -- to lower me from an

5  A+ to an F - -

6          ANDERSON COOPER (IN VIDEO CLIP):  -- just sad, that's

7  sad.

8          MIKE LINDELL (IN VIDEO CLIP):  It is sad. Like that

9  out there, that they --

10         ANDERSON COOPER (IN VIDEO CLIP):  For a man who

11 professes his faith, for you to lie like this is really

12 extraordinary. To me --

13         MIKE LINDELL (IN VIDEO CLIP):  The FDA, the FDA has

14 all these studies.

15         ANDERSON COOPER (IN VIDEO CLIP):  -- that is just a

16 complete lie, that is a bold-faced lie --

17         MIKE LINDELL (IN VIDEO CLIP):  -- all solutions.

18         ANDERSON COOPER (IN VIDEO CLIP):  -- because you're,

19 you're a snake oil salesmen telling people take this product,

20 --

21         MIKE LINDELL (IN VIDEO CLIP):  Well you're calling

22 me, you know you're calling me names. When did you come to

23 take anything? I, I, know I don't, you know that's why --

24         ANDERSON COOPER (IN VIDEO CLIP):  -- you're

1  desperate, you're desperate. It's kind of morally bankrupt.

2  You know how to sell something you know how to promote a

3  product, I guarantee you I would not be taking medical advice

4  from you, sir. I can promise you that. Nothing you can say - -

5        MIKE LINDELL (IN VIDEO CLIP):  -- and I will say let

6  me finish my answer.

7        ANDERSON COOPER (IN VIDEO CLIP):  I just think it's

8  shameful what you're doing. You know you make money

9  manufacturing masks, right?

10        MIKE LINDELL:  No, I gave away $4 million dollars out

11  of my own pocket, that's a fallacy.

12        ANDERSON COOPER (IN VIDEO CLIP):  Well that's nice.

13        MIKE LINDELL:  4 million dollars, 4 million dollars

14  and you can check those facts. Four million dollars out of

15  Mike Lindell's pocket donated. I'm praying that, for you,

16  Anderson that you have me back on your show.

17        STEVE BANNON:  So Mike, that's a pretty intense,

18  that's what we call a pretty tough interview. But that's, it

19  really even with that intensity, that, that's nothing for

20  what's happened to you over the last couple of weeks - -

21        MIKE LINDELL:  Yeah and you know, and back then what

22  was so bad I had, back then, you know, he's attacking me for

23  the myoleander.com, he's attacking me for something. All these

24  things I was doing, was just good things. What was wrong with

1  that? And now, you take all three of those times, multiply it

2  by 10. And then times it again by 10. This is what's happening

3  right now to me, to my company, to my family, to my, to my,

4  you name it. To me personally, they're going after my

5  reputation, they're boycotting. I mean, it's just across the

6  board. Social media has, I mean, Twitter, Twitter's taken me

7  down and my company. Google suppressed my AdWords, I can't

8  even buy my own name to buy an AdWord, they, after spending

9  20,000 dollars last Friday, when this Absolute Proof came out,

10  I was kept bidding on my own name against nobody. Finally it

11  got up to a dollar a click if somebody wanted to find it. And

12  they shut it down said no, because they're probably going, you

13  know - -

14       STEVE BANNON:  Mike, I want to get into the film. But

15  here's a question at the start of it, we're going to ask some

16  tough questions, ask you to share some more evidence. But

17  here's what people want to know, are you going to back off? Is

18  Mike Lindell, you're being attacked non-stop, they're

19  attacking your company, they're attacking your Recovery

20  Network, your family, your vendors, your employees. Is, to

21  start this film off, what people want to know, are you going

22  to back down one inch about trying to get the truths out

23  there?

24       MIKE LINDELL:  Never. Absolutely never. This isn't

1  about, I don't care if you're a Democrat or Republican. This

2  was an attack on our country, these Dominion machines and

3  Smartmatic, these machines that were, that are, that were

4  this, that were the tools of this attack, and we will never

5  have another fair election if we don't, if we don't stop that,

6  so I will never back down.

7           STEVE BANNON:  Okay, so you're not gonna back down.

8  Let's start the film, we're going to come in at different

9  breaks in the film, explain what happened, talk about more

10  evidence, ask you a few tough questions. So let's get into it.

11           MIKE LINDELL (IN VIDEO CLIP):  Hello everyone, this

12  is Mike Lindell, the CEO of MyPillow. As you all know, I have

13  been attacked the last month, relentlessly on social media, by

14  newspapers, by TV shows, by you name it, I've been attacked,

15  in myself, not just myself, but my company. The boycotts that

16  are going on, box stores are dropping me. Social media, they

17  cancel my Twitter. Today, they cancel MyPillow's Twitter

18  account, my company's Twitter account. Well, before I was

19  going to get erased completely, we put together this show. And

20  what you're going to see today is what they don't want you to

21  see, why they're trying to erase me. And what I've told

22  everyone out there is, you know, what, I seen evidence. I've

23  been trying since November 4th, to prove, you know, to show

24  what's out there. Why, why are these deviations that happened

1   on election night? It nothing, none of it made any sense. So I

2   dove all in with everything I had, resources, anytime I heard

3   something that maybe was relevant, I went and said, you know,

4   looked into it, did my own due diligence, had my, even my own

5   investigations. Well, on one day, I think it was like January

6   9th, all of a sudden, these people, they brought me some, a

7   piece of evidence, that's 100% proved. It's like a print of

8   inside the machine of the timestamp that showed another

9   country, other countries attacking us, hacking into our

10  election through these machines, and it shows a vote's

11  flipped. And I'm going wow, I got to get this out there. And

12  from that point on, I started putting it out there and that's

13  when they just started attacking me. Well, they obviously, are

14  hiding something, and tonight, you're going to see what

15  they're hiding, you're going to see on this show. We have,

16  we're going to have cyber forensic experts, we're going to

17  have 100%, you're going to see all this evidence that by the

18  time you're done seeing it you're going to go wow, 100%, it

19  proves exactly what happened, that these machines were used to

20  steal our election by other countries, including China. But I

21  do want to tell you, before we get into all that, I want to

22  tell you what I consider why I'm so happy today, about two

23  miracles that happened these last couple months. The first

24  miracle was on election night. And on election night, 11:15 at

1   night, the, the algorithms of these machines broke, basically

2   broke, and all like this will be explained during this show.

3   But they broke. What that means is Donald Trump got so many

4   more millions of votes that they didn't expect that they had,

5   they're going to have to go recalibrate, right? So that's why

6   all these states shut down, all of a sudden, they all shut

7   down. And we're all going what, that's weird. This has never

8   happened in any other election. And then we're going okay, and

9   then they as the days went on going, what? Another, another

10  week that it takes, you know, like Arizona to count 1% of

11  their vote and, and you see these big spikes, like in Michigan

12  and all these big, you know, votes that were poured in. Nobody

13  understood it, right? We're like living in this kind of

14  Twilight Zone during that time. Well, that is one miracle

15  there. Because think of that wouldn't have happened, think if

16  they would have estimated right and what would have happened

17  is, it would have been just like a normal election at three in

18  the morning, they would have said, "Oh, Biden won, he won by a

19  little bit," and we would have said, "Oh, better luck next

20  time." But because he got so many votes, it broke that and set

21  off this series of events of these deviations. If that

22  wouldn't have happened, we would have never been here talking

23  about biggest attack in history, the biggest cyber attack

24  ever. And this is, you know, the American dream would be gone

1    forever because we would have never known and it would just

2    you know, using machines that would have took us over forever.

3    Here comes the second, the second miracle. And with this one,

4    I gotta show you here on the, on the on the chart. I'm going

5    to go through these and I'm going to tell you why this is a

6    miracle. Okay, what we're going to do here, we're going to go

7    state by state and we're going to show you what else happened.

8    So here's Arizona, okay, the margin of victory was 10,000

9    votes that, that Biden, they say Biden won. Now if we look at

10   this, let's go down the chart here. Mail-in ballots requiring

11   adjudication, almost 300,000. But these mean, these are votes

12   that they put through and you're gonna learn that, you're

13   gonna learn all about that during this show too and

14   adjudication, how that works, but let's just go to the next

15   one. Illegal aliens voting, 36,400 illegal aliens voted. You

16   see that? He only lost by 10,000. Boy, of course they can't

17   vote. Okay, Donald Trump wins Arizona, right? We'll just keep

18   going. Voters registered to a vacant lot, 2,000. Completed

19   mail-in ballots received the day before the ballots were even

20   mailed. They got 20, or 22,000 ballots back in Arizona before

21   they had even mailed the ballots out. What? That's kind of

22   bizarre, right? Okay, keep going. Down here, Maricopa County

23   electronic adjudicated ballots, 103,000 votes loaded before

24   opening of polls. So the votes were even loaded. They were

1    already in there before the polls even opened, 50,000. Okay,

2    let's just, you see all that. Let's go to the next state here.

3    I'm going to skip Georgia and come back to it. Scroll to

4    Michigan, Michigan dead voters 17,367. And this is so,

5    Michigan is kind of its own, we're going to talk about

6    Michigan. It's very different than the other states, what went

7    on there. So it's all grouped together, 615,000 votes that are

8    just in question, and we're going to skip that part, okay.

9    Let's go the next one here, Nevada. Okay, here's Nevada.

10   Illegal aliens have voted in this election, 4,000. Mail-in or

11   absentee ballots for voters that were known to have voted in

12   other states, 15,000. Clark County use signature verification,

13   one out the image quality that was suggested by the

14   manufacturer and to check the mail-in ballot signatures,

15   130,000. We'll just skip through that. Raffle tickets that

16   they were incentivized, 500. Here we go, here's a big one,

17   dead people who voted, 1,506. Non-Nevadans who voted in

18   Nevada, they don't even live in Nevada, 19,218. Voters who

19   double voted, 42,284. Okay, as you can see, they add up to

20   over 200,000. Donald Trump lost by 34,000 votes. Okay, let's

21   go to the next one, Pennsylvania. Mail in votes are counted

22   without a Republican observer. We all heard that stuff, that's

23   well over 600,000. Mail-in ballots, 68. Here's another one

24   too. We could almost come, we're gonna, you're gonna hear a

1   lot about this during this thing. But let's go down, poll

2   workers that voted with various errors in the bins. This is

3   the one where you heard the fake ballots that were driven from

4   New York to Pennsylvania. You'll hear a little about that in

5   the show too. But this is, we're going to go peg Pennsylvania,

6   you can all see it adds up to 866,000. Donald Trump lost by

7   68,000. And there'll be a point to all this I'm getting to.

8   Okay, here's Wisconsin. Wisconsin, surge of by identity

9   combined voters in 2020. That's, it's, that would take a while

10  to explain but there was 130,000. US Postal Service backdated

11  ballots 100,000. Okay, that's incredible if you actually look

12  into it. The mail-in ballots entering the tabulation

13  price under the guise of absentee ballots in clear

14  violation of state law, 170,000. Okay, Wisconsin, the margin

15  of victory for Biden was 20,000 votes. Now we're gonna go to,

16  back to Georgia. Okay, everyone knows the president called the

17  Secretary of State in Georgia. And on that call, he said, he

18  was listing these to the Secretary of State. He said, okay,

19  you have felons with incomplete sentences that voted and cast

20  their vote, 2,560. Underage children that registered to vote

21  and illegally voted, 66,247. Unregistered voted, voters who

22  voted, 2,423. Registered voters who voted in another state

23  after their Georgia registration date, 4,926. Voters who voted

24  in Georgia and also voted in another state, 395. Voters who

1  voted in Georgia but changed their address before the election

2  to do it, 15,700. People who failed to pre-register to vote in

3  their county in time after moving from one county to another,

4  40,279. Voters who illegally claimed a post office box as

5  their resident, 1,043. Voters who registered too late to vote

6  in the election, 98. People who died prior to the election,

7  they didn't, they were already dead, 10,315. Okay, ballots

8  with no chain of custody, we'll probably talk a little bit

9  about that in this show too, 600,000. And here's what the

10 President said to the Secretary of State in Georgia. Can you

11 just give us, why don't you just give us your, it's only 10,

12 he only lost by 11,730 votes, he said, how about you just give

13 us your underage that voted or your dead people and we win. It

14 didn't make sense. You say how about this? This, this line

15 here? This people who have failed to register, 40,000. Can you

16 just give us them? He said just get, what, he named the

17 columns. And you know what the Secretary of State of Georgia

18 said, those numbers are wrong. And, and the President said,

19 well, where, what, who gave us the numbers, he asked his guy

20 and that guy said we got them from the Secretary of State's

21 office. And the President said to the Secretary of State,

22 well, when can we get the right numbers? And the other guy

23 said, sir, we've been trying to get them from the Secretary of

24 State for almost two months. And the point being here, now

1  here comes the point I'm making, here's, this is all the

2  second miracle of the election. Every one of these states

3  should have been, and two plus two is four, right? You should

4  say, okay, you can't count dead people, you can't count

5  underage people. Every one of these states, Donald Trump wins

6  if the electors would have done their job, the legislators, if

7  the, if the governors wouldn't have said, you know, hey it's

8  good. All these things that happened, all these anomalies that

9  happened that would've never happened before, but, but much

10  less one state, they all say that, that, hey, we're going to

11  go ahead and use this stuff and we're going to declare Joe

12  Biden the winner. But here's the big thing, the big miracle,

13  if they would have done that, if they would have done that,

14  and said, you know what? If we can't count these, Mr. Trump

15  wins, Donald Trump wins, okay, then we wouldn't be where we're

16  at right now. Because the biggest thing against humanity, and

17  our country is this attack through these machines, they got

18  this opened up, this revealed, the, the machines to where

19  we're at right now. So what you're going to watch during this

20  show, is 100% proof that the big thing was the theft by these

21  other countries that came in to attack our country, through

22  these machines that are made to steal elections. Every

23  election going forward in history, if these things would have

24  happened, these two, and we wouldn't have, we would have never

1  known, every single vote you would have ever made wouldn't

2  have mattered. Somebody else would have made that vote. And

3  we've all seen in this past month, you think it was a

4  communist coming in and taking us over, with people here, this

5  is an attack not only on other, those other countries with

6  communism, but they had domestic traitors right here in our

7  country. Whatever's going on right now we're seeing it.

8  They're suppressing cancel culture. They're trying to cancel

9  us all out. I just seen churches, the Christian churches,

10  they're being attacked right now. People on social media,

11  anyone that speaks up, they're going, you can't say that,

12  you're gone. It's like they're, right now they're doing

13  whack-a-mole because they know, they knew they were so close,

14  so close that we would never know in history, what happened.

15  But guess what, now we do know it, and you're all gonna know.

16  And when you watch this, and you get through it, at the end,

17  I'm going to tell you what you can all do. And we're going to

18  start our show right now and you guys are going to be

19  absolutely amazed.

20       STEVE BANNON:  Okay, there was a lot to go through

21  there, Mike. But before we get to the numbers, because

22  remember, Congressman Eric Swalwell, in the, in the well of

23  the Senate on the opening day of the prosecution said that all

24  these numbers are lies. Donald Trump lied about all these

1   numbers, that all this stuff about voter fraud, and, you know,

2   illegal aliens voting and underage people voting and people

3   dead people voting, it's all made up, it's all nonsense. So

4   you talk about two miracles in the section, explain that, why

5   that's so important., then I want to ask you about the math.

6          MIKE LINDELL (IN VIDEO CLIP):  Okay. Well, first, I

7   want to say all the numbers I have came from the Secretary of

8   States, these were validated numbers. But what I want to

9   talk about, the, the two miracles that I brought up here is

10  the first miracle was the night of the election. At 11:15. it

11  broke the algorithms in the machine because they didn't expect

12  Donald Trump would get millions more votes than what they

13  predicted. By doing that they didn't have enough track left to

14  to do the steal, because he would have won anyway. Now, if

15  that happens, if they predicted right, at three in the

16  morning, all the states would have been in, everybody went to

17  bed and say, oh boy, we made it close, better luck next time.

18  But by them breaking that, everybody had to go into

19  reactionary mode. So you see these big deviations, this big

20  spike in Michigan and Arizona taking a week to count the last

21  1% and Georgia taking who knows how long, these were all

22  deviations. But we would, if, so that 's miracle number one.

23  If that didn't happen, we would have never known about the

24  machines. Now the second miracle is this, all these stats you

1   see of the dead people and all these on the board here. If,

2   let's just say that they're 100% accurate. Donald Trump would

3   win and it would, and he would have been put back into place

4   as the rightful winner. But I'm saying that I'm glad he

5   didn't, because if he did, we would have never known the big

6   gorilla in the room is the machines that would have stoled our

7   elections forever. We wouldn't, we wouldn't be where we're at

8   right now. So by everybody not doing their jobs, the

9   legislators, the governors, the Secretary of State, that's a

10   miracle that they all did the same thing and did nothing. They

11   did nothing, because that's why we're here tonight to show you

12   that the big theft is the machines and an attack on our

13   country. That's the miracle, if that all wouldn't happen, and

14   I know that's a twisted way to look at it, but it's true.

15            STEVE BANNON:  But, but on January 6th, they're

16   making the scene that they impeach President Trump. If you go

17   back and you look at your numbers, whether it's Wisconsin at

18   20,000 votes, Georgia, I think at 12,500, Arizona at around

19   8,300. There's enough, there's enough just in the low-hanging

20   fruit, just in the traditional voter fraud, you would agree

21   that if you press the case here, leave the machines aside,

22   you're right, the machines are an issue you want to deal with,

23   because you got to get them out of there for future elections.

24   But just with the math you have, if you can prove that Eric

1   Swalwell is wrong and these numbers are right, Donald Trump

2   would be President of the United States, you agree with that?

3          MIKE LINDELL:  100% I mean he did it in Georgia when

4   he talked to Brad Rutherford or whatever his name,

5   Raffensperger. I mean that was, everyone, the whole country

6   heard that and we're going, the President's going, just give

7   us you're, how about your dead people and your minors that

8   voted.

9          STEVE BANNON:  But, but Mike you got to answer for

10  the audience I think why is Raffensperger and these election

11  officials in Arizona, in Georgia, why are they not stepping up

12  and agreeing with you and MAGA and myself and others, say yes,

13  there is traditional voter fraud of such an extensive thing

14  like underage voting, illegal alien voting. Why are they not,

15  why are elected Republican officials, why don't they agree

16  with Mike Lindell?

17         MIKE LINDELL:  Well, you know what, I'm glad they

18  don't because if they did their job Donald Trump would, we

19  wouldn't be here talking and then the world would have been

20  over because no election would be safe ever again because what

21  you're gonna see here tonight. I don't know why they're did

22  it, I can only, I'm telling here tonight to tell the facts.

23  And I could be, I could, oh believe me, I could, I could give

24  you all kinds of opinions on Brian Kemp and Doug Ducey and all

1  these Republicans and these, and these Secretaries of State.

2  But I'm not here, I want you to see tonight is 100% fact and

3  that's what I'm going to put out there. But whatever reason

4  they did it, that will all come out, that's, that's a, you

5  know that's all going to come out. Why did you do this to the

6  American people? Why did these people, and you're going to

7  find out with watching our show tonight, this attack by China

8  and this coming into our country but there were people here in

9  the United States that were their partners and I don't know

10 who's whose partner whatever, that's not from, my, my thing is

11 to get, to 100% show you that this attack happened came

12 through the machines and there was a massive flip and you will

13 never have an election again if you use these machines.

14         STEVE BANNON:  Okay, Mike now we're gonna get into

15 the cyber warfare, the cyber attack part of this film with

16 Colonel Waldron and others. Let's go to, let's let's go to

17 the, let's go back to the film, Absolute Proof with Mike

18 Lindell, you're gonna see Colonel Waldron right now.

19         MIKE LINDELL:  And now we have with us Colonel Phil

20 Waldron.

21         COLONEL PHIL WALDRON:  Yeah, so my, my background in

22 the military is with influence operations, information

23 operations, information warfare, if you will.

24         MIKE LINDELL:  You know, what we're talking about

1   here today is specific, these machines that were used to, to

2   hack into our election and, and by foreign countries,

3   including China, and what, what did you, kind of bring us up

4   through the election for yourself and what, and then how

5   you've gotten so involved right now.

6          COLONEL PHIL WALDRON:  Yeah, we began looking, working

7   with our partners in Dallas, at Allied Security Operations

8   Group with doing some analysis on the data that they had,

9   looking at not only Dominion, but ES&S and Hart, several of

10  the other electronic voting management systems. And we saw a

11  lot of similarities and vulnerabilities in the systems that

12  would be easily influenceable or easily interdicted. And

13  again, as a, as a information warfare officer that's what I

14  did. I looked for vulnerabilities and ways to attack systems

15  to create a strategic advantage for US friendly forces. And so

16  when we started seeing the vulnerabilities, and all the

17  different ways that you could interdict this, these electronic

18  voting systems, it became apparent that we had a problem for

19  the November 3rd election. And that prompted us to spend a lot

20  of time working with Russ Ramsland, getting a lot of the

21  historical data, the knowledge, and we started working on our

22  own, really doing a lot of connecting the money exercises,

23  doing, doing basic investigative research. And then I brought

24  in our our local DHS team here in Texas, both the intelligence

1   and assessments division, which collects, it collects

2   intelligence for, for the Department of Homeland Security and

3   the CISA, our local CISA rep. And we spent quite a bit of time

4   giving them an introduction to what, what we saw and the

5   vulnerabilities and the ways that these systems could be

6   interdicted to change election outcomes at you know, the, the

7   machine level, the server level, fraud at the local level,

8   which you know, is required to induce the the illegitimate

9   ballots. Then you got the machine level, which is kind of what

10  you were talking about, the algorithms that are directly input

11  into the tabulators. And we have evidence of that in, in Ware

12  County, Georgia, that, you know, X amount of ballots went

13  through, and they basically stole 13% of the vote from

14  President Trump and put that 13% of the vote into the category

15  for former Vice President Biden, which made a 26% shift in the

16  vote. And so when you look at the machine level, the machine

17  for Dominion or ES&S, there are so many vulnerabilities in the

18  systems, there are so many fundamental cybersecurity practices

19  that are not enabled, that it basically allows anybody who has

20  some technical ability, and the, the want-to to go and

21  influence our elections. And sort of that strategic level is

22  foreign intelligence, foreign intelligence services. And we've

23  got pretty much document, documented Chinese, Communist

24  Chinese Party ownership of the private equity firm, whose

1   board controls Dominion. We've got Chinese communists, the

2   president of the Chinese Communist bank, who is a board, board

3   of directors member of the private equity firm that, that owns

4   Dominion.

5           MIKE LINDELL:  Wow.

6           COLONEL PHIL WALDRON:  And if you, the testing company,

7   the only company that has code, the access to the code, and

8   the testing for Dominion is in Shenzhen, China. It's a

9   Communist Chinese Party company. The US government, the state

10  governments, the county governments, they don't have access to

11  Dominion code. But I think it's kind of, kind of unique that a

12  Chinese company that's run by the CCP does have access to the

13  code. And that's why we started seeing that that strategic

14  level, that third tier of election manipulation, a lot of

15  movements of votes, directly, direct access to Pennsylvania

16  voting precincts, county tabulation centers, Wisconsin,

17  Michigan, Nevada, Arizona, Georgia, all of that coming in

18  directly from foreign countries, China being the predominant

19  one, and through, through Pakistani ISI proxies.

20          MIKE LINDELL:  Did you find it very frustrating not

21  being able to get, get all this information out to the public?

22          COLONEL PHIL WALDRON:  Yeah, it's, it's very frustrating.

23  The fact that, you know, everyone says, well, there was all

24  these court cases, and all the court cases were lost. Well,

1  that's a lie. And when we get statistics on how many court

2  cases are open, how many were dismissed for, you know, for

3  standing or procedural, but there's only to my knowledge, two

4  cases, one in Michigan and one in Georgia, where evidence has

5  been heard. And those cases are progressing forward. The

6  Senate in Arizona has heard and seen preliminary evidence, and

7  they've issued subpoena, and they're pressing forward with a

8  full forensic audit in Arizona, and that, that could be

9  forthcoming as early as you know, this, this coming week. So

10 it's, it's, it is complex, and it's hard for people to

11 understand and if it's hard to understand, people just dismiss

12 it as, you know, conspiracy theory, where it's cyber warfare

13 and unconventional asymmetric warfare conducted by a peer

14 threat nation-state, against the United States government

15 critical infrastructure.

16       MIKE LINDELL:  The whole country seen when they, you

17 know, when they shut everything down at night that that was a

18 deviation, you probably expected this right?

19       COLONEL PHIL WALDRON:  We were watching, we found the

20 foreign servers in Barcelona, in the UK, and in Frankfurt.

21 We'd seen several, you know, the one in Toronto, obviously,

22 with Dominion.

23       MIKE LINDELL:  So, you know, 100% proof, that the

24 servers are overseas in other people's countries for our

1  election?

2       COLONEL PHIL WALDRON:  Yes, we were mapping out the

3  servers before the elections. We identified the Scytl server

4  in Frankfurt, down to the street address. Frankfurt has, I

5  think it's, it's either the largest or one of the world's

6  largest server nodes, you know, a cyber node, a communications

7  node, it's called DE, DE for Germany, nics DENICs. And there

8  were several folks watching the, the traffic and the volume of

9  traffic that night, and they noticed a significant spike in

10  traffic that night just due to you know, the volume of

11  information going through. And one of the reasons that they

12  said that the the traffic was going up was due to the US

13  elections.

14       MIKE LINDELL:  In your opinion, this is an attack by

15  other countries, of foreign, of foreign countries is what

16  you're saying then.

17       COLONEL PHIL WALDRON:  I believe from what I've seen

18  in the, the witnesses that I've talked to, that this is a coup

19  that, it definitely involved elements inside our own country

20  and inside our own federal government. Definitely, definitely

21  part of a coup that was aided and abetted by a foreign threat,

22  nation-state a peer, enemy nation-state - -

23       MIKE LINDELL:  - - Right.

24       COLONEL PHIL WALDRON:  China.

1          MIKE LINDELL:  Do you believe that this attack from

2     other countries could not have happened without people here,

3     domestic people, domestic traitors, basically?

4          COLONEL PHIL WALDRON:  Yeah, I believe that. Again,

5     we have affidavits of CIA and State Department personnel out

6     of the Italian embassy participating in this coup. We have a

7     name, email and phone number of a senior DOJ official from a,

8     from a US attorney that said that this individual was shutting

9     down any DOJ or FBI investigation into any election, any

10    election related investigation, and they're trying to shut

11    down judicial cases, court cases. So from inside our own DOJ,

12    people were shutting down active investigations. You wonder

13    why, you know, Mr. Barr didn't find or see any evidence of

14    widespread election fraud, it's because the FBI never did

15    anything other than to impede investigations into election

16    fraud. The FBI went to question the truck drivers who deliver

17    ballots and created affidavits. They were harassing, you know,

18    the the Americans, you know, the patriotic Americans who were,

19    who were whistleblowers and prosecuting them. Mike, you

20    mentioned something earlier is the machines, the ES&S and

21    Dominion machines. If you look at, you know, military planning

22    factors, there are critical capabilities. A capability is what

23    you have to have to execute your mission, or the enemy has to

24    have to execute its mission successfully. So a critical

 1   capability for any of this to happen are the inherent

 2   vulnerabilities that were built into ES&S and Dominion

 3   software, which is, you know, again, we've proven through,

 4   through our work that this is all related directly back to the

 5   soft, Smartmatic, Smartmatic, SGO Smartmatic software core.

 6   And they definitely had financial gains to, financial reasons,

 7   based on some of the other investments that they've made.

 8   Especially they, you know, looking down the road, if they make

 9   billions and billions of dollars, the board of SGO Smartmatic,

10   because they own a, an air purification company. So just think

11   about it, if you get to pick an administration that is

12   favorable to your company, say if they past the Green New

13   Deal, and you're going to make billions and billions of

14   dollars off of government-mandated air purification systems

15   and public buildings and apartment buildings and industrial

16   complexes, you know, you would spend quite a bit of money on

17   the frontside to make sure the election was done. The same

18   thing with China, if China could avoid the US coming to

19   Taiwan's defense, and we've seen indications of that already.

20   And if China could avoid having to fight a campaign to protect

21   their manmade islands to extend their territorial waters into

22   international navigable waterways, if they could invest a

23   billion dollars to do that versus fighting a war. Well,

24   they've made a pretty good investment, and all the money that

1   they've made into the Biden family, all the money that they've

2   made, invested into US universities and US businesses, buying

3   up our medical and our technical intellectual property,

4   stealing a lot more than they bought. They are, they are

5   fighting a war, people just don't realize that we're under

6   attack.

7           STEVE BANNON:  Look, Colonel Waldron is a cyber

8   warfare expert. Many people know him from, he's testified all

9   over the country in these testimonies that Rudy Giuliani went

10  with. I think he had a particularly big role in Phoenix,

11  Arizona, where I think his first time he kind of came on the

12  stage, but he was very impressive. He's a cyber warfare

13  expert, but I've got to ask you. I've got to ask you, Mike.

14  You've got Chris Krebs, who ran the infrastructure, election

15  infrastructure piece for DHS, they reported up to Chad Wolf.

16  Both these guys Chris Krebs and Chad Wolf, I think were, were

17  Trump appointees, appointed by President Trump, selected by

18  President Trump. Krebs said, Mike, that this was the safest

19  election in US history. And he also I think, quoted in a

20  statement he put out that not one vote was changed, there was

21  no problem with any voting systems, there was no votes that

22  went around and got changed, flipped or otherwise. And that's

23  a quote from the, a virtual quote from this statement they put

24  out by Chris Krebs, who's in charge of it, reported to Chad

1  Wolf, Chad Wolf never counted that, and I believe told the

2  president and told the public consistently that nothing

3  happened here. So I know you've got, you've got experts.

4  They've made a lot of assertions. I'm sure people are looking

5  for maybe some backup evidence and put some other stuff online

6  to back up what, what Colonel Waldron said. But how do you

7  respond to Chris Krebs? And he's the guy in charge for the US

8  government. He said, hey, look, safest election in American

9  history. Most secure, no cyber attacks, no problems. What do

10 you say Mike Lindell?

11        MIKE LINDELL:  He's either lying or he's naive. One

12 of the two. It's only one of the two. People asked me earlier

13 today they said, well, Mike, you got a person over here that

14 says this and you say this, and someone says, you say this

15 over here. There's only one truth, is you know, you can all

16 have an argument but there's only one truth. What you're gonna

17 see in some of this, some of this evidence in his, you know,

18 in his defense, just came out, you know I only recently heard

19 about on January 9th. So, but all this other stuff, if he's

20 talking about all the, the charts I showed earlier, I mean

21 give me a break, those numbers came from the Secretaries of

22 State's office.

23        STEVE BANNON:  Mike he made, Mike he made that

24 statement on November 12th, so this would have come after the

1    activity that, that Colonel Waldron alleges so you know, this

2    encompasses the evening of November 3rd and all the other

3    ballots, etc. So it came out, I think was November 12th, so it

4    was at least a week afterwards, where Krebs set up, and I

5    think Krebs quit, I mean, he's adamant, he's gone on 60

6    Minutes, he's gone everywhere. He's adamant, Wolf has been

7    adamant, nothing went on here, safest in U.S. history. Another

8    thing I just want to bring up before we go to the next

9    segment, Colonel Waldron talked about bandwidth and all this

10   bandwidth that's moving back and forth and they can monitor, I

11   just want to bring up, and we'll get to this later, the

12   Dominion CEO, I think in sworn testimony, actually said that,

13   and he put out a statement afterwards that they don't have any

14   servers anywhere outside the country. They don't send ballots,

15   or these, or the electronic facsimiles of ballots that you

16   talked about, they don't send them anywhere, these things

17   don't transfer around, they absolutely do not move. And so all

18   this bandwidth discussion about going overseas, the Dominion,

19   we'll get into later, he says it just doesn't happen, because

20   that's not the way the system works. So you got both the

21   Department of Homeland Security, who's in charge of, they're

22   Trump guys, and you've got the CEO, Poulos, from Dominion

23   says, hey, it can't be a bandwidth thing that Waldron and

24   these guys are tracking, so it doesn't happen. What would you

1  tell the audience and then how are you going to back up these

2  assertions by Colonel Waldron, the cyber warfare expert?

3        MIKE LINDELL:  Well, I'll tell you, if you're caught

4  cheating at a poker game, what do you do? Of course, you start

5  lying. And they're all liars there. They're lying, they're

6  bold-faced lying. I mean, the easier part about it not going

7  online if you're Dominion or Smartmatic, I mean, that's been

8  proven 10 times over. So if you lie a little bit, usually

9  you're lying a lot. And this is all going to come out. When

10  you asked me about that other guy, we, you know, that remains

11  to be seen. Is he, does he really, is he really that naive

12  that he doesn't know what happened? Or is he lying? And then

13  you know, what, what do you lie for? You usually lie to cover

14  something up. You know, I have went out here with everything I

15  have, because I'm 100%, 100% that we have all the proof,

16  that's why it's called Absolute Proof. 100%. And we will show

17  - -

18        STEVE BANNON:  Mike, we're, we got to go to the next

19  segment, because I want to get through, through this within

20  the three hour timeframe. But you're committed to put

21  additional information online to back up some of these

22  assertions as you get closer to some of these court cases,

23  particularly the Supreme Court?

24        MIKE LINDELL:  Well, you know, this is the whole

1  thing we're here tonight for, we need the Supreme Court to

2  accept what you're going to see here tonight, because there's

3  all kinds of, what you're gonna see here tonight, multiply

4  that by 100, is what we, is what we have, is what's out there.

5  Everybody came to me, you've got to realize, they go, how did

6  you get that, Mike? Everybody came to me because nobody could

7  get the word out. You couldn't get it out. You just got

8  squished, you know, someone raise their hand they go, hey, I

9  seen this machine and it does this and I looked at it, we did

10  this. You know, I said, hey, I seen this. So you know, they

11  had to come to me, because they knew I wasn't going to back

12  down and I have the platform, even my platform, that's why

13  they're trying to smash it. But they're having a hard time.

14       STEVE BANNON:  Yeah. Let's, I tell you what, we got

15  Russ Ramsland now from the Allied Security Operations Group.

16  Let's, let's hear the segment here. Mike Lindell and I will

17  join you right after this segment.

18       MIKE LINDELL (IN VIDEO CLIP):  So now we have with us

19  Russel Ramsland. He's a founding member of Allied Security

20  Operational Group. They're based in Dallas, Texas, and they do

21  cyber forensics and security. Russell, how are you, how were

22  you involved with all this election fraud?

23       RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, it was

24  interesting, Mike. It's been a long road for us, about two

1  years ago we had some logs from the Dallas general election

2  brought to us from the central tabulation server. And people

3  ask, what do these logs mean? It was about 1,100 pages, and we

4  got looking at them and we were horrified at what we found.

5  Because what we found was that people were getting into the

6  system, and they were changing the votes. They were erasing

7  databases, they were reloading them. And it was coming from

8  remote locations and our guys are going this can't be.

9          MIKE LINDELL (IN VIDEO CLIP):  Now this was back,

10  this is in 2018 when they, so these guys came to you with

11  these, and these were, these were voting machines, and were

12  they Dominion machines?

13          RUSSELL RAMSLAND (IN VIDEO CLIP):  No, no, no, we use

14  ES&S in Dallas, not Dominion.

15          MIKE LINDELL (IN VIDEO CLIP):  So are they, are they,

16  are they similar, similar machines?

17          RUSSELL RAMSLAND (IN VIDEO CLIP):  Yes, yeah, it's,

18  it's very similar stuff. Most of these voting companies all

19  have similar DNA in their [inaudible].

20          MIKE LINDELL (IN VIDEO CLIP):  But what you've seen

21  was, was very, it horrified you?

22          RUSSELL RAMSLAND (IN VIDEO CLIP):  Yeah, it did.

23  Because clearly somebody was playing with the election.

24          MIKE LINDELL (IN VIDEO CLIP):  Wow.

1              RUSSELL RAMSLAND (IN VIDEO CLIP):  So we tried to get

2     the authorities alerted. We brought in a DOJ prosecutor that

3     ran the cyber group in North Texas. And she was horrified at

4     what we showed her. And she asked us to put it together and

5     eventually submitted it to the FBI. And we did that and they

6     did nothing. So we continued to investigate and the more we

7     found, the more horrifying it got. Now, this all was still

8     coming out of Dallas. We tried to get senators to look at

9     this, and we tried to get state officials to look at this, but

10    we continued to work on it on our own, we had no client at

11    all. And eventually, we did get seven members of the Freedom

12    Caucus this last July to take a two hour briefing without

13    staff. And what they saw was absolute proof that this

14    electronic voting system that we have is completely

15    compromised. It can be completely manipulated. And they were

16    horrified.

17              MIKE LINDELL (IN VIDEO CLIP):  We've all heard that

18    Texas denied these machines.

19              RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, Texas denied

20    Dominion, but Texas uses other voting machines. We use Hart,

21    and we use ES&S in Texas.

22              MIKE LINDELL (IN VIDEO CLIP):  Right. So why, so why

23    would Texas, they denied these Dominion ones, and in your

24    opinion, so they must have looked at them and said there's

1    something there we don't like, but then they, over here, with

2    Smartmatic and these other ones, they were okay with that?

3    What would be your opinion of why, why one, they would deny

4    one machine that, because they're afraid of election fraud,

5    and, and over here, they accepted that one?

6          RUSSELL RAMSLAND (IN VIDEO CLIP):  I think that it

7    sometimes has more to do with politics and influence, who gets

8    through and who doesn't not necessarily for the machines.

9          MIKE LINDELL (IN VIDEO CLIP):  Okay.

10         RUSSELL RAMSLAND (IN VIDEO CLIP):  So we finally

11   ended up with some investigators, with Ron Johnson's

12   Department of Homeland Security oversight group. And they were

13   horrified at what we showed them. And they tried to get CISA,

14   which is the Cyber Intelligence Security Administration inside

15   the DHS, they tried to get CISA to take a look. CISA would not

16   take the briefing, they couldn't be less interested. So we

17   didn't quite know what to do. We were beginning to find some

18   media people who wanted to start talking about this, and they

19   became appalled. But the break really came in early August

20   when we got some DHS people in Austin with the I&A division,

21   the intelligence and analysis division down there, to take a

22   look at what we had. And that's the division that used to have

23   voter integrity before it was handed to CISA. So they looked

24   at it and they were horrified and they sent a whole team to

1   our shop, we spent 11 hours with them. They asked us if we

2   would give them their, our data, we said of course. And so we

3   gave them all our data. They took it back to Austin and

4   unknown to us, they gave it to three private cyber groups that

5   they use, and said, hey, are these guys crazy? I mean, is this

6   nuts or is this, is there something here? Well, all three

7   groups looked at it and all three groups came back, not only

8   is it right, it's horrifying.

9        MIKE LINDELL (IN VIDEO CLIP):  Okay, I want to ask

10  you there when you say horrify, can you explain to everybody

11  watching this right now, what, what horrified you, was that

12  the fact they could go online?

13       RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, there's no

14  effective security at all for your votes. Your votes are

15  stored overseas, where they can be easily - -

16       MIKE LINDELL (IN VIDEO CLIP):  - - They're stored

17  overseas?

18       RUSSELL RAMSLAND (IN VIDEO CLIP):  Yes, yeah. Yeah.

19       MIKE LINDELL (IN VIDEO CLIP):  Wow.

20       RUSSELL RAMSLAND (IN VIDEO CLIP):  27 states use

21  what's called Clarity Scytl Election Night Reporting and those

22  servers are overseas, they have what are called s3 bucket

23  vulnerabilities. And people can get in and change the votes

24  there. And then they can load them all the way back down to

1  the county level here in this country because Scytl gets all

2  their credentials from every single county server here. And so

3  they can get into every single county server and change the

4  votes here from overseas. It's crazy.

5      MIKE LINDELL (IN VIDEO CLIP):  Wow. So everything

6  that everybody has been talking about all through, that

7  they've tried to suppress and that they, we heard that

8  machines weren't even online, and you're saying that 27 states

9  use this and the servers are overseas. So these can go over

10  there and they can change the vote to anything they want and

11  send it back cyberly, by cyber.

12      RUSSELL RAMSLAND (IN VIDEO CLIP):  Correct.

13      MIKE LINDELL (IN VIDEO CLIP):  Wow.

14      RUSSELL RAMSLAND (IN VIDEO CLIP):  So they became,

15  the DHS people in Austin realize what we're telling them was

16  correct, they became horrified. And they began to try to have

17  a series of classified briefings within their own group in

18  order to push this up, up the chain. And they got about one or

19  two levels up, and then they met a solid wall of resistance

20  that basically said, leave it alone, don't pursue it.

21      MIKE LINDELL (IN VIDEO CLIP):  Wow. And what do you,

22  what do you think being now, we're telling the facts on the

23  show here. But in your mind, why would they do that? What,

24  this is just subjectively, why would they, why would you, why

1   would they do that in your mind?

2           RUSSELL RAMSLAND (IN VIDEO CLIP):  I don't know,

3   Mike.

4           MIKE LINDELL (IN VIDEO CLIP):  You can't explain it.

5   I mean, this is, okay. So, so then, so take us from there. So

6   this is like, what, what, approximately, when was this

7   happening when it kind of, when it got stopped?

8           RUSSELL RAMSLAND (IN VIDEO CLIP):  That was

9   September.

10          MIKE LINDELL (IN VIDEO CLIP):  Wow. Close to the

11  election. Okay.

12          RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, it's the

13  election. So what actually happened in this election, this

14  stolen election, we already knew was going to happen. We

15  already had seen it. We knew it was all possible. We knew it

16  was all out there. Now, we didn't know how many foreign

17  servers. You know, before, we weren't seen very many foreign

18  servers come in and change votes. But in this election, of

19  course, we saw thousands from all over the world.

20          MIKE LINDELL (IN VIDEO CLIP):  And you're seeing,

21  you've seen thousands. Alright, you've seen all these these

22  hacks, have you actually seen that with your own eyes?

23          RUSSELL RAMSLAND (IN VIDEO CLIP):  We have seen the

24  data that is I supposedly representative of that.

1        MIKE LINDELL (IN VIDEO CLIP):  So this, the election

2   goes down, you knew what was going to happen? Is it exactly

3   what you thought was going to happen?

4        RUSSELL RAMSLAND (IN VIDEO CLIP):  Yeah, we thought

5   it was going to happen on three levels, we thought there would

6   be massive local cheating, we thought there would be cheating

7   through the actual voting companies themselves, whether it's

8   them or someone else manipulating them and we thought that

9   there would be cheating from votes being injected from

10  overseas. And that's exactly what we saw happen. And we

11  developed huge tons of absolute proof on this, but no court

12  case was ever allowed, ever allowed it to be presented. So

13  that sort of gave fodder to this media myth that it didn't

14  exist, but it does exist. It's out there. It's unbelievable.

15  It's massive.

16       MIKE LINDELL (IN VIDEO CLIP):  Wow. Did everybody

17  hear that? What he, what Russell's saying here? This is what

18  everyone says. Well, there was no evidence. So you're saying

19  no judges would look at the evidence, is that correct?

20       RUSSELL RAMSLAND (IN VIDEO CLIP):  That's correct.

21       MIKE LINDELL (IN VIDEO CLIP):  Okay. And now we don't

22  know why. We don't know why. I mean, it wasn't because there

23  wasn't evidence. They didn't even want to look at it. Is that

24  correct?

1          RUSSELL RAMSLAND (IN VIDEO CLIP):  That is correct.

2          MIKE LINDELL (IN VIDEO CLIP):  Okay, now we've heard

3   about, we've all heard, in fact on this show, the Antrim

4   County in Michigan. Were you guys ever, were you guys, I,

5   weren't you guys contacted to look into that?

6          RUSSELL RAMSLAND (IN VIDEO CLIP):  That was our work,

7   yes.

8          MIKE LINDELL (IN VIDEO CLIP):  Oh wow. Okay.

9          RUSSELL RAMSLAND (IN VIDEO CLIP):  I actually signed

10  the forensic audit report. And cuz our guys did all that, our,

11  part of our team. And that came about because there was a down

12  ballot race. And the judge allowed some limited discovery.

13  What came out of that was appalling enough that he allowed

14  further discovery. And then of course, that report went

15  national, because what we found was so horrifying.

16         MIKE LINDELL (IN VIDEO CLIP):  Right, for everybody

17  out there, what we've all heard, this Antrim County, in

18  Michigan, and in this show here, we've, you know, you've,

19  you've seen it, we've had, we've, this is a, this is the

20  reason it was talked about so much, because this is a small

21  county, and it was like 15,000-some people voted and it was

22  7,000-some votes flipped. I mean, so it was so obvious. You

23  know, we had 65% Republican and 35% Democrat normally, and it

24  was completely flipped. So everybody in town knew it was a

1   deviation that didn't make sense. And so, so Russell, this

2   case is still open is that, that's correct, right?

3          RUSSELL RAMSLAND (IN VIDEO CLIP):  That is, that is

4   correct.

5          MIKE LINDELL (IN VIDEO CLIP):  Okay, can I, can I ask

6   you this? So what you've seen there is exactly what you knew

7   was going to happen. And now were you able to look at other

8   places? What was different about Antrim County now that, what

9   we all heard was you were able to get into the, you know, the

10  forensics of it and see all this. Were you able, have you been

11  able to do that in any other places in the United States since

12  then, or, you know, since this election ended on, in November?

13         RUSSELL RAMSLAND (IN VIDEO CLIP):  Actually, on a

14  limited basis, we have been able to go in two other counties.

15  We have not published that information yet. And there are

16  reasons why we aren't publishing that information right now.

17  But both of them have not only confirmed, they have confirmed

18  that it's even worse than in Antrim.

19         MIKE LINDELL (IN VIDEO CLIP):  Did everybody hear

20  that? What we have here, and Russell can't disclose this

21  because what, every time something pops up, it gets buried out

22  there, things happen. I don't, I, you know, this is, this is

23  the most attack on our country, and I'm telling you, ever. I

24  mean, this is, and, if that's right, you know, it's getting

1  suppressed every, everywhere. So what he's saying, two other

2  places now, is this breaking news right now? You're saying

3  right now, you have two other places, and what you're seeing

4  is even worse than you could ever imagine?

5          RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, it's, it's,

6  it's just like Antrim only it's worse in many ways. You know,

7  in Antrim, what people need to understand, real simple, Mike,

8  when people vote and they scan their ballot in, it either goes

9  into the regular sort of bucket and gets voted, or else it

10 goes into what's called an adjudication bucket. If it goes

11 into the adjudication bucket, then whoever's running the

12 voting system gets to vote that vote however they want. Well,

13 in, in Antrim we found ballot rejection rates of 82%, 82%. 82%

14 of the ballots were going to adjudication - -

15         MIKE LINDELL (IN VIDEO CLIP):  What is, what is this,

16 what's the normal number? I mean, is there a normal number for

17 a, for an election that would be, what percentage, and, and

18 what would be it on the high end?

19         RUSSELL RAMSLAND (IN VIDEO CLIP):  Well, certainly

20 less than 1% would be, should ever go to adjudication - -

21         MIKE LINDELL (IN VIDEO CLIP):  - - Less than 1%,

22 everybody, and this was 85%.

23         RUSSELL RAMSLAND (IN VIDEO CLIP):  Yeah and Fulton

24 County, they, the Fulton County people themselves admitted to

1    a 93.6% adjudication rate in some cases, that means the entire

2    election was decided by the people that ran the system, not by

3    the voters.

4          MIKE LINDELL (IN VIDEO CLIP):  And now what you're

5    talking about there is it, this is one of the way these

6    machines, can, you can, that you can cheat through the fraud,

7    or cheat there. But this does not count what you're talking

8    about earlier, the cyber forensics, where that goes overseas

9    to these servers that are all based over there, correct?

10         RUSSELL RAMSLAND (IN VIDEO CLIP):  That does not,

11   that's a different issue altogether.

12         MIKE LINDELL (IN VIDEO CLIP):  Right, so both of them

13   involved the machines, everybody. One we've talked about in

14   this show is here. But then the cyber one is what you just

15   heard from Russell, which he said earlier, this is all the

16   attack by the other countries that hacked in which we're going

17   to show you that proof now that Russell doesn't even know that

18   we have that's going to show who did it, the time they did it,

19   the computer they did it off it, everything.

20         STEVE BANNON:  Okay, Mike, here's what I don't

21   understand. The State of Texas prides itself right now on

22   running the best election overall, I guess with Florida. Okay.

23   They had the report that we've referred to and you have that

24   says they didn't pick Dominion Systems. They go through all

1   the problems with Dominion. I think they picked ES&S. And I

2   don't know, and I've talked to a lot of officials down in

3   Texas, of how proud they are, how they ran the elections. This

4   is the first time I'm hearing that there's some big voter

5   fraud problem in Dallas as Ramsland is saying. So how do you

6   square that or what other information can Russell Ramsland put

7   forward to actually show that these ESS machines are bad, and

8   you've got a problem in Dallas and maybe some other places

9   too?

10          MIKE LINDELL:  Well, you'll see that later in the

11  show. But right, but the point of that, of bringing up the

12  Texas thing is ESS, Smartmatic, and Dominion, you can

13  interchange the names, they all are the same. The cyber

14  phonetics we show it goes through all these machine, they're

15  all the same. This is why whole point, you can never use any

16  machine for any election ever. And that's, that's, and I'm not

17  stopping till that happens. We have to, we lose everything.

18  And so you're going to find out, and it will come out, I'll

19  show you. I will put, you know the stuff I end up putting up

20  on the website will show you how I did. It didn't just happen

21  in these swing states, you got to realize, it was every state.

22          STEVE BANNON:  Fine, let's go, let's, I want to

23  continue playing this, but I just want to re-emphasize, you're

24  saying you're not picking on any one company, you're picking

1  on the whole industry. You want all the machines to go, and go

2  back to a system that somehow we can do this manually. I just

3  want to make sure that you're saying, I don't care if it's ESS

4  or even other companies you haven't heard of, I, my focus is

5  to get rid of these machines and get back to some sense of

6  where you get human involvement in here and human involvement

7  in counting these and that'll take any questions away about

8  whether cyber attacks or they're changing votes by cyber.

9  Let's go to the second part of Russ Ramsland's interview with

10  Mike Lindell in Absolute Proof.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
1                 TRANSCRIBER'S CERTIFICATE

2

3    I hereby certify that the foregoing pages

4    are a true, accurate, and complete transcript of the

5    proceedings transcribed from a copy of the electronic

6    sound recording to the best of our knowledge and ability.

7

8          IN WITNESS WHEREOF, I have hereunto set my hand on

9                 this 25th day of October, 2021.

10

11

12                 _____

13                      JAMES LONERGAN

14

15

16

17

18

19

20

21

22

23

24               THOMPSON COURT REPORTERS INC.
```

**$**

**$4** 8:10

---

**1**

**1%** 12:10 19:21
44:20,21
**1,043** 16:5
**1,100** 35:3
**1,506** 14:17
**10** 9:2 16:11 33:8
**10,000** 13:8,16
**10,315** 16:7
**100** 34:4
**100%** 11:7,17,18
17:20 20:2 21:3
22:2,11 26:23
33:15,16
**100,000** 15:11
**103,000** 13:23
**109** 5:19
**11** 38:1
**11,730** 16:12
**11:15** 11:24 19:10
**12,500** 20:18
**12th** 31:24 32:3
**13%** 24:13,14
**130,000** 14:15 15:10
**15,000** 14:12
**15,000-some** 42:21
**15,700** 16:2
**16** 3:5
**17,367** 14:4
**170,000** 15:14
**19,218** 14:18

---

**2**

**2,000** 13:18
**2,423** 15:22
**2,560** 15:20
**20** 13:20
**20,000** 9:9 15:15
20:18
**200,000** 14:20
**2009** 3:5

**2016** 2:12 3:3 4:24
**2018** 35:10
**2020** 15:9
**22,000** 13:20
**26%** 24:15
**27** 38:20 39:8

---

**3**

**300,000** 13:11
**34,000** 14:20
**35%** 42:23
**36,400** 13:15
**395** 15:24
**3rd** 23:19 32:2

---

**4**

**4** 8:13
**4,000** 14:10
**4,926** 15:23
**40,000** 16:15
**40,279** 16:4
**42,284** 14:19
**4th** 10:23

---

**5**

**50,000** 14:1
**500** 14:16

---

**6**

**60** 32:5
**600,000** 14:23 16:9
**615,000** 14:7
**65%** 42:23
**66,247** 15:21
**68** 14:23
**68,000** 15:7
**6th** 20:15

---

**7**

**7,000-some** 42:22

---

**8**

**8,300** 20:19

**82%** 44:13
**85%** 44:22
**866,000** 15:6
**8th** 4:24

---

**9**

**93.6%** 45:1
**98** 16:6
**9th** 11:6 31:19

---

**A**

**A+** 7:5
**abetted** 27:21
**ability** 24:20
**able** 25:21 43:7,9,
10,11,14
**about** 3:6,7,9 4:13
5:16,17 9:22 10:1,9
11:22 12:23 13:13
14:5 15:1,4 16:9,12,
14 18:24 19:1,4,5,9,
23 21:7 22:24 24:10
29:11 31:19,20
32:9,16,18 33:6,10
34:24 35:3 37:18
39:6,18 42:3,11,20
43:8 45:5,8,13 47:7
**absentee** 14:11
15:13
**absolute** 2:3,10 9:9
22:17 33:16 36:13
41:11 47:10
**absolutely** 9:24
18:19 32:17
**accept** 34:2
**accepted** 37:5
**access** 25:7,10,12,15
**account** 10:18
**accurate** 20:2
**across** 9:5
**active** 28:12
**activity** 32:1
**actual** 41:7
**actually** 2:13 3:15
4:3 15:11 32:12
40:13,22 42:9 43:13
46:7

**adamant** 32:5,6,7
**add** 14:19
**additional** 33:21
**address** 16:1 27:4
**adds** 15:6
**adjudicated** 13:23
**adjudication** 13:11,
14 44:10,11,14,20
45:1
**administration** 5:8
29:11 37:14
**admitted** 44:24
**advantage** 23:15
**advice** 4:1 8:3
**Adword** 9:8
**Adwords** 9:7
**affidavits** 28:5,17
**afraid** 37:4
**after** 5:11,12 9:4,8
15:23 16:3 31:24
34:17
**afterwards** 32:4,13
**again** 5:22 9:2 21:20
22:13 23:13 28:4
29:3
**against** 4:1 9:10
17:16 26:14
**agenda** 3:14
**ago** 5:5 35:1
**agree** 20:20 21:2,15
**agreed** 2:7
**agreeing** 21:12
**ahead** 17:11
**aided** 27:21
**air** 29:10,14
**alerted** 36:2
**algorithms** 12:1
19:11 24:10
**alien** 21:14
**aliens** 13:15 14:10
19:2
**all** 4:5 5:8,20 6:1
7:14,17 8:23 9:1
10:12 11:2,6,17,21
12:2,6,7,12 13:13
14:2,7,22 15:6,7
17:1,8,10 18:3,9,15,
17,23,24 19:1,3,7,
16,21,24 20:1,10,13

**21:24** 22:4,5 23:16
25:17,23,24 29:4,24
30:1,8 31:15,19,20
32:2,9,17 33:5,9,15
34:3,22 35:18 36:7,
11,17 38:3,6,7,14,
24 39:1,6 40:15,16,
19,21 42:3,10,17
43:9,10 45:9,15,24
46:13,14,15 47:1
**alleges** 32:1
**Allied** 23:7 34:15,19
**allowed** 41:12
42:12,13
**allows** 24:19
**almost** 5:21 13:11
14:24 16:24
**alone** 39:20
**already** 14:1 16:7
29:19 40:14,15
**Alright** 40:21
**also** 2:6 15:24 30:19
**altogether** 45:11
**amazed** 18:19
**amazing** 3:13,21 5:7
**American** 12:24
22:6 31:8
**Americans** 28:18
**amount** 24:12
**an** 3:3,10 4:15 7:4,5
9:8 10:2 18:5 20:12,
22 21:13 22:13 24:4
27:14 29:10,11
31:16 44:10,17
**analysis** 23:8 37:21
**and** 2:6,8,9,12,15,
17,19 3:6,9,10,12,
13,15,16,17,18,21,
22,23,24 4:3,4,6,7,
8,10,11,14,17,19,21
5:1,2,3,6,7,8,9,10,
12,22,24 6:2,4,5,6,
9,10,11,12,13 8:5,
14,21 9:1,2,7,11
10:2,4,19,21 11:3,
10,11,12,14,24
12:2,7,8,11,12,16,
19,20,24 13:1,3,5,7,
12,13 14:3,4,8,14
15:7,17,19,21,24
16:9,13,17,18,20,
21,22,24 17:3,11,

14,16,24 18:2,4,15,
16,17,18 19:1,2,17,
20,21 20:1,3,10,12,
13,17 21:1,6,7,10,
12,19,23,24 22:1,2,
6,8,9,12,16,19 23:2,
3,4,9,10,11,12,14,
15,16,19,21,23
24:1,2,3,4,5,11,13,
14,16,20,21,22
25:6,7,13,19,24
26:1,4,5,6,7,8,10,
11,13,20 27:7,8,9,
11,20,21 28:5,7,10,
17,19,20 29:2,6,9,
13,15,19,20,24
30:2,3,16,19,22
31:1,2,5,7,14 32:2,
4,9,10,11,13,17,22,
23 33:1,5,9,12,16
34:9,12,16,20,21
35:2,3,4,6,7,8,11
36:3,4,5,6,9,11,13,
15,21,23,24 37:2,5,
7,8,12,13,18,21,22,
24 38:2,3,5,7,21,23,
24 39:2,3,7,8,9,10,
16,18,19,21 40:18,
20 41:8,10,21
42:10,11,12,14,18,
21,23 43:1,7,10,15,
20,23,24 44:3,8,9,
17,22,23 45:4,23
46:1,2,7,8,12,16,18
47:1,5,6,7
**Anderson** 6:14,18,
23 7:2,3,6,10,15,18,
24 8:7,12,16
**anomalies** 17:8
**another** 10:5 11:8
12:9 14:23 15:22,24
16:3 32:7
**answer** 8:6 21:9
**Antrim** 42:3,17
43:8,18 44:6,7,13
**any** 11:1 12:8 28:9,
13 29:1 30:21 32:13
43:11 46:15,16,24
47:7
**anybody** 2:14 24:19
**anyone** 18:11
**anything** 6:19 7:23
28:15 39:10

**anytime** 11:2
**anyway** 19:14
**anywhere** 32:14,16
**apartment** 29:15
**appalled** 37:19
**appalling** 42:13
**apparent** 23:18
**appointed** 30:17
**appointees** 30:17
**approximately** 40:6
**are** 6:14,19,20 9:17,
21 10:3,16,24 11:13
13:11 14:7,21 16:18
17:22 18:18,24
20:22 21:1,11,14,15
24:10,17,18,19
26:2,5,24 28:22
29:1 30:4 31:4
32:24 33:1 34:21
35:8,15,16 38:5,14,
22 39:9 43:15 45:9
46:3,7,13
**aren't** 43:16
**argument** 31:16
**Arizona** 12:10 13:8,
17,20 19:20 20:18
21:11 25:17 26:6,8
30:11
**around** 20:18 30:22
32:17
**as** 10:12 12:9 14:19
16:4 20:4 23:13
26:9,12 33:22 46:5
**aside** 20:21
**ask** 2:8 9:15,16
10:10 19:5 30:13
35:3 38:9 43:5
**asked** 16:19 31:12
33:10 36:4 38:1
**assertions** 31:4 33:2,
22
**assessments** 24:1
**asymmetric** 26:13
**at** 2:16 4:16,21 5:2
9:15 10:8 11:24
12:17 13:9 17:16,19
18:16 19:10,15
20:7,14,17,18 23:7,
9 24:6,7,16 26:17
28:21 32:4 33:4
34:9 35:4 36:3,8,9,

10,24 37:13,22,24
38:7,14 41:19,23
43:7
**attack** 4:15 10:2,4
12:23 17:17,21 18:5
20:12 22:7,11,15
23:14 27:14 28:1
30:6 43:23 45:16
**attacked** 4:8 5:18
9:18 10:13,14 18:10
**attackers** 5:24
**attacking** 8:22,23
9:19 11:9,13
**attacks** 31:9 47:8
**attention** 3:6
**attorney** 28:8
**audience** 21:10 33:1
**audit** 26:8 42:10
**August** 37:19
**Austin** 37:20 38:3
39:15
**authorities** 36:2
**avoid** 29:18,20
**away** 8:10 47:7

**B**

**back** 2:12 3:9,13,21
4:6 5:2,3,9 6:4 8:16,
21,22 9:17,22 10:6,
7 13:20 14:3 15:16
20:3,17 22:17 29:4
31:6 32:10 33:1,21
34:11 35:9 38:3,7,
24 39:11 47:2,5
**backdated** 15:10
**background** 22:21
**backs** 2:10
**backup** 31:5
**bad** 6:3 8:22 46:7
**ballot** 14:14 42:12
44:8,13
**ballots** 13:10,19,20,
21,23 14:11,23
15:3,11,12,13 16:7
24:9,12 28:17 32:3,
14,15 44:14
**bandwagon** 4:18
**bandwidth** 32:9,10,
18,23

**bank** 25:2
**bankrupt** 8:1
**Bannon** 2:1,2 5:11
8:17 9:14 10:7
18:20 20:15 21:9
22:14 30:7 31:23
33:18 34:14 45:20
46:22
**Barcelona** 26:20
**Barr** 28:13
**based** 29:7 34:20
45:9
**basic** 23:23
**basically** 12:1 24:13,
19 28:3 39:20
**basis** 43:14
**be** 3:17,24 6:12 8:3
12:2,24 15:7 17:15
18:18 20:7 21:2,19,
20,23 23:12 24:5
26:8 32:23 33:11
35:8 36:15 37:3,16
38:15 41:6,9,12
44:17,18,20
**beatdown** 2:18,19
**became** 23:18 37:19
39:14,16
**because** 4:18,19
6:11 7:18 9:12
12:15,20 13:1 17:16
18:13,21 19:11,14
20:5,11,23 21:18,20
28:14 29:10 32:19
33:15,19 34:2,6,11
35:5,23 37:4 39:1
41:22 42:11,15,20
43:21
**bed** 19:17
**been** 5:1 10:13,14,
23 12:17,22 16:23
17:3 19:16 20:3
21:19 26:5 32:6
33:7 34:24 39:6
43:10,14
**before** 3:2 10:18
11:21 13:19,20,23
14:1 16:1 17:9
18:21 27:3 32:8
37:23 40:17
**began** 23:6 39:16
**beginning** 2:16
37:17

**behind** 3:24
**being** 2:5 9:18 16:24
18:10 25:18,21
39:22 41:9
**belief** 5:14
**believe** 6:22 21:23
27:17 28:1,4 31:1
**best** 3:24 5:5 45:22
**better** 12:19 19:17
**beyond** 5:14
**Bible** 5:12,16
**Bibles** 5:3 6:3
**bidding** 9:10
**Biden** 12:18 13:9
15:15 17:12 24:15
30:1
**big** 2:6,20 12:11,12
14:16 17:12,20
19:19 20:5,12 30:10
46:4
**biggest** 5:24 12:23
17:16
**billion** 29:23
**billions** 29:9,13
**bins** 15:2
**bit** 12:19 16:8 24:3
29:16 33:8
**bizarre** 13:22
**blowback** 5:13
**board** 9:6 20:1 25:1,
2 29:9
**board's** 4:1
**boardroom** 4:4
**bold-faced** 7:16
33:6
**boss** 3:19
**both** 23:24 30:16
32:20 43:17 45:12
**bots** 4:10 5:22
**bought** 30:4
**box** 10:16 16:4
**boy** 13:16 19:17
**boycotting** 9:5
**boycotts** 10:15
**Brad** 21:4
**break** 31:21 37:19
**breaking** 19:18 44:2
**breaks** 10:9

**Brian** 21:24

**briefing** 36:12 37:16

**briefings** 39:17

**bring** 3:9 23:3 32:8, 11

**bringing** 46:11

**broke** 12:1,2,3,20 19:11

**brought** 11:6 19:9 23:23 35:2 36:2

**bucket** 38:22 44:9, 10,11

**buildings** 29:15

**built** 29:2

**buried** 43:21

**business** 3:15

**businesses** 30:2

**but** 3:13,17 4:10,13, 15,18 5:22 8:18 9:14,16 10:15 11:20 12:3,20 13:11,14 15:1,5,10 16:1 17:9, 12 18:6,15,21 19:8, 18,22 20:4,14,15,24 21:9 22:2,3,8 23:9 25:11 26:3 30:12,13 31:6,16,19 33:20 34:13 35:20 36:9,20 37:1,19 39:23 40:18 41:11,14 43:17 45:7,14 46:11,23

**buy** 9:8

**buying** 30:2

**by** 2:5 4:5,10 9:2 10:13,14 11:17,20 12:18 13:7,16 14:13,20 15:6,8 16:12 17:20 19:13, 18 20:8 22:7 23:2 25:12 26:13 27:14, 21 30:17,24 33:2 34:4 39:11 45:2,16 47:8

---

**C**

**call** 6:8 8:18 15:17

**called** 4:9 6:6 15:16 27:7 33:16 38:21,22 44:10

**calling** 7:21,22

**came** 2:11 4:5 6:10 9:9 17:21 19:7 22:11 30:11 31:18, 21 32:3 34:5,6 35:10 37:19 38:7 42:11,13

**campaign** 29:20

**can** 2:17,18,20,23 8:4,14 14:19 15:6 16:10,15,22 18:17 20:24 21:22 31:15 32:10 36:15 38:10, 15,23,24 39:3,9,10 43:5 45:6 46:6,12, 15 47:2

**can't** 4:9 9:7 13:16 17:4,14 18:11 32:23 35:8 40:4 43:20

**cancel** 10:17 18:8

**capabilities** 28:22

**capability** 28:22 29:1

**care** 10:1 47:3

**case** 20:21 41:12 43:2

**cases** 25:24 26:2,4,5 28:11 33:22 45:1

**cast** 15:19

**category** 24:14

**Caucus** 36:12

**caught** 33:3

**CCP** 25:12

**centers** 25:16

**central** 35:2

**CEO** 10:12 32:12,22

**certainly** 44:19

**Chad** 30:15,16,24 31:1

**chain** 16:8 39:18

**change** 4:24 24:6 38:23 39:3,10 40:18

**changed** 16:1 30:20, 22

**changing** 35:6 47:8

**charge** 30:24 31:7 32:21

**chart** 13:4,10

**charts** 31:20

**cheat** 45:6,7

**cheating** 33:4 41:6,9

**check** 8:14 14:14

**children** 15:20

**China** 11:20 22:7 23:3 25:8,18 27:24 29:18,20

**Chinese** 24:23,24 25:1,2,9,12

**Chris** 30:14,16,24 31:7

**Christian** 18:9

**churches** 18:9

**CIA** 28:5

**CISA** 24:3 37:13,15, 23

**claimed** 16:4

**Clarity** 38:21

**Clark** 14:12

**classified** 39:17

**clear** 15:13

**clearly** 35:23

**click** 9:11

**client** 36:10

**clip** 4:22,23 6:14,16, 18,21,23 7:1,3,4,6, 8,10,13,15,17,18, 21,24 8:5,7,12 10:11 19:6 34:18,23 35:9,13,15,17,20, 22,24 36:1,17,19,22 37:6,9,10 38:9,13, 16,18,19,20 39:5, 12,13,14,21 40:2,4, 8,10,12,20,23 41:1, 4,16,20,21 42:1,2,6, 8,9,16 43:3,5,13,19 44:5,15,19,21,23 45:4,10,12

**clips** 2:15

**close** 18:13,14 19:17 40:10

**closer** 33:22

**CNN** 5:15 6:11

**code** 25:7,11,13

**collects** 24:1

**college** 2:4

**Colonel** 22:16,18, 19,21 23:6 25:6,22 26:19 27:2,17,24 28:4 30:7 31:6 32:1,

9 33:2

**columns** 16:17

**combined** 15:9

**come** 7:22 10:8 14:3,24 22:4,5 31:24 33:9 34:11 40:18 46:18

**comes** 13:3 17:1

**coming** 18:4 22:8 25:17 26:9 29:18 35:7 36:8

**committed** 33:20

**communications** 27:6

**communism** 18:6

**communist** 18:4 24:23 25:2,9

**communists** 25:1

**companies** 35:18 41:7 47:4

**company** 9:3,7,19 10:15 25:6,7,9,12 29:10,12 46:24

**company's** 10:18

**complete** 7:16

**Completed** 13:18

**completely** 10:19 36:14,15 42:24

**complex** 26:10

**complexes** 29:16

**compromised** 36:15

**computer** 45:19

**conducted** 26:13

**confirmed** 43:17

**Congressman** 18:22

**connecting** 23:22

**consider** 11:22

**consistently** 31:2

**conspiracy** 26:12

**contacted** 42:5

**continue** 46:23

**continued** 36:6,10

**controls** 25:1

**controversial** 2:5

**conversation** 3:13

**COOPER** 6:14,18, 23 7:3,6,10,15,18, 24 8:7,12

**core** 29:5

**correct** 39:12,16 41:19,20,24 42:1 43:2,4 45:9

**could** 6:2 14:24 21:23 23:17 24:5 26:8 28:2 29:18,20, 22 34:6 38:12 44:4

**couldn't** 3:22 34:7 37:16

**count** 12:10 17:4,14 19:20 45:7

**counted** 14:21 31:1

**counties** 43:14

**counting** 47:7

**countries** 11:9,20 17:21 18:5 23:2 25:18 26:24 27:15 28:2 45:16

**country** 3:15 5:8 10:2 11:9 17:17,21 18:7 20:13 21:5 22:8 26:16 27:19 30:9 32:14 39:1 43:23

**county** 13:22 14:12 16:3 24:12 25:10,16 39:1,2,3 42:4,17,21 43:8 44:24

**coup** 27:18,21 28:6

**couple** 2:15 8:20 11:23

**course** 4:24 13:16 33:4 38:2 40:19 42:14

**court** 25:24 26:1 28:11 33:22,23 34:1 41:11

**cover** 33:13

**crazy** 38:5 39:4

**create** 23:15

**created** 28:17

**credentials** 39:2

**crickets** 4:8

**critical** 26:15 28:22, 24

**culture** 18:8

**custody** 16:8

**customers** 4:3

**cuz** 42:10

**cyber** 11:16 12:23
22:15 26:12 27:6
30:7,12 31:9 33:2
34:21 36:3 37:14
38:4 39:11 45:8,14
46:13 47:8

**cyberly** 39:11

**cybersecurity** 24:18

**D**

**daily** 5:9

**Dallas** 23:7 34:20
35:1,14 36:8 46:5,8

**data** 23:8,21 38:2,3
40:24

**databases** 35:7

**date** 15:23

**day** 11:5 13:19
18:23

**days** 5:19 12:9

**DE** 27:7

**dead** 14:4,17 16:7,
13 17:4 19:3 20:1
21:7

**deal** 20:22 29:13

**decided** 45:2

**declare** 17:11

**deconstruct** 2:3

**defense** 29:19 31:18

**definitely** 27:19,20
29:6

**deliver** 28:16

**Democrat** 10:1
42:23

**DENICS** 27:7

**denied** 36:18,19,23

**deny** 37:3

**Department** 24:2
28:5 32:21 37:12

**desperate** 8:1

**developed** 41:11

**deviation** 26:18 43:1

**deviations** 10:24
12:21 19:19,22

**DHS** 23:24 30:15
37:15,20 39:15

**did** 3:20 4:7,12,13
5:19 6:2 7:22 11:4
20:5,10,11 21:3,18,
21 22:4,5,6 23:3,14
25:20 28:14 34:5,9
35:22 36:5,6,11
41:16 42:10 43:19
45:18,19 46:20

**didn't** 3:5,6 4:5,12,
16 6:22 12:4 16:7,
14 19:11,13,23 20:5
28:13 37:17 40:16
41:13,23 43:1 45:24
46:20

**died** 16:6

**different** 6:15 10:8
14:6 23:17 43:8
45:11

**diligence** 3:20 11:4

**direct** 25:15

**directly** 24:10
25:15,18 29:4

**directors** 25:3

**disclose** 43:20

**discovery** 42:12,14

**discussion** 32:18

**dismiss** 26:11

**dismissed** 26:2

**division** 24:1 37:20,
21,22

**DNA** 35:19

**do** 3:8 4:2,7,12,15
6:2 11:21 13:6 16:2
18:15,17 19:14 22:5
28:1 29:23 31:6,9
32:17 33:4,13 34:20
35:3 37:7,17 39:21,
22,23 40:1 43:11
46:5 47:2

**document** 24:23

**documented** 24:23

**does** 25:12 33:11
34:9 41:14 45:7,10

**doesn't** 32:19,24
33:12 37:8 45:17

**doing** 4:1 8:8,24
18:12 19:13 20:8
23:8,22,23

**DOJ** 28:7,9,11 36:2

**dollar** 9:11

**dollars** 8:10,13,14
9:9 29:9,14,23

**domestic** 18:6 28:3

**Dominion** 10:2 23:9
24:17 25:1,4,8,11
26:22 28:21 29:2
32:12,18,22 33:7
35:12,14 36:20,23
45:24 46:1,12

**don't** 4:2 6:19,21,
23,24 7:23 10:1,5,
20 14:18 16:11
21:15,18,21 22:9
25:10 30:5 32:13,
14,16,17 37:1 39:20
40:2 41:21,22 43:22
45:20 46:2 47:3

**Donald** 3:3 12:3
13:17 14:20 15:6
17:5,15 18:24 19:12
20:2 21:1,18

**donated** 8:15

**done** 3:19 11:18
17:6,13 29:17

**double** 14:19

**Doug** 21:24

**dove** 11:2

**down** 9:7,12,22
10:6,7 12:6,7 13:10,
22 15:1 26:17 27:4
28:9,11,12 29:8
34:12 37:21 38:24
41:2 42:11 46:2

**dream** 12:24

**driven** 15:3

**drivers** 28:16

**dropping** 10:16

**drugs** 3:12

**Ducey** 21:24

**due** 3:20 11:4 27:10,
12

**during** 12:2,14
13:13 15:1 17:19

**E**

**each** 3:18

**earlier** 28:20 31:12,
20 45:8,15

**early** 26:9 37:19

**easier** 33:6

**easily** 23:12 38:15

**economy** 5:6

**effective** 38:14

**either** 27:5 31:11
44:8

**elected** 21:15

**election** 10:5 11:1,
10,20,24 12:8,17
14:10 16:1,6 17:2,
23 19:10 21:10,20
22:13 23:2,4,19
24:6 25:14 27:1
28:9,10,14,15 29:17
30:14,19 31:8 34:22
35:1,23 37:4 38:21
40:11,13,14,18 41:1
43:12 44:17 45:2,22
46:16

**elections** 17:22 20:7,
23 24:21 27:3,13
46:3

**electors** 17:6

**electronic** 13:23
23:10,17 32:15
36:14

**elements** 27:19

**else** 13:7 18:2 41:8
44:9

**email** 28:7

**embassy** 28:6

**employees** 3:18 9:20

**enabled** 24:19

**encompasses** 32:2

**encourage** 5:2

**end** 18:16 44:18
46:19

**ended** 4:1 37:11
43:12

**enemy** 27:22 28:23

**enough** 19:13 20:19
42:13

**entering** 15:12

**entire** 45:1

**equity** 24:24 25:3

**erase** 10:21

**erased** 10:19

**erasing** 35:6

**Eric** 18:22 20:24

**errors** 15:2

**ES&S** 23:9 24:17
28:20 29:2 35:14
36:21 46:1

**Especially** 29:8

**ESS** 46:7,12 47:3

**estimated** 12:16

**etc** 32:3

**even** 4:9,13 5:23
6:19 8:19 9:8 11:4
13:19,21,24 14:1,18
34:12 39:8 41:23
43:18 44:4 45:17
47:4

**evening** 32:2

**events** 12:21

**eventually** 36:5,11

**ever** 3:17 5:10 6:2
12:24 18:1 21:20
41:12 42:4 43:23
44:4,20 46:16

**every** 17:2,5,22 18:1
39:2,3 43:21 44:1
46:21

**everybody** 19:16,18
20:8 34:5,6 38:10
39:6 41:16 42:16,24
43:19 44:22 45:13

**everyone** 3:23 5:15
6:7 10:11,22 15:16
21:5 25:23 41:18

**everyone's** 2:23
5:20

**everything** 6:8 11:2
26:17 33:14 39:5
45:19 46:17

**everywhere** 32:6
44:1

**evidence** 2:9 9:16
10:10,22 11:7,17
24:11 26:4,6 28:13
31:5,17 41:18,19,23

**ex-addict** 3:4,10

**ex-crack-addict** 3:4

**exactly** 11:19
41:2,10 43:6

**execute** 28:23,24

**exercises** 23:22

**exist** 41:14

**expect** 12:4 19:11

**expected** 26:18

**experience** 4:17,19

**experienced** 3:23

**expert** 30:8,13 33:2

**experts** 11:16 31:3

**explain** 10:9 15:10
19:4 38:10 40:4

**explained** 12:2

**extend** 29:21

**extensive** 21:13

**extraordinary** 7:12

**eyes** 40:22

---

**F**

**facsimiles** 32:15

**fact** 22:2 25:23
38:12 42:3

**factors** 28:22

**facts** 8:14 21:22
39:22

**failed** 16:2,15

**fair** 10:5

**faith** 7:11

**fake** 15:3

**fallacy** 8:11

**families** 5:4,17 6:4

**family** 9:3,20 30:1

**favorable** 29:12

**FBI** 28:9,14,16 36:5

**FDA** 7:13

**federal** 27:20

**felons** 15:19

**few** 5:5 10:10

**fight** 29:20

**fighting** 29:23 30:5

**film** 2:2,4,5,9,17
9:14,21 10:8,9
22:15,17

**finally** 9:10 37:10

**financial** 29:6

**find** 4:13 9:11 22:7
25:20 28:13 37:17
46:18

**Fine** 46:22

**finish** 8:6

**firm** 24:24 25:3

**first** 2:20,21 4:19
11:23 19:6,10 30:11
46:4

**five** 5:19

**flip** 22:12

**flipped** 11:11 30:22
42:22,24

**Florida** 45:22

**focus** 47:4

**fodder** 41:13

**folks** 27:8

**for** 3:7,19 5:22 6:8
7:10,11 8:15,19,22,
23 14:11 15:15
16:24 20:23 21:9
23:4,14,15,18 24:2,
15,17 25:8 26:2,10,
24 27:7 29:1 30:15
31:5,7 33:13 34:1,
24 37:8 38:14 42:16
44:16,17 46:16

**forces** 23:15

**foreign** 23:2 24:22
25:18 26:20 27:15,
21 40:16,17

**forensic** 11:16 26:8
42:10

**forensics** 34:21
43:10 45:8

**forever** 13:1,2 20:7

**former** 24:15

**forth** 3:13 32:10

**forthcoming** 26:9

**forward** 17:23 26:5,
7 46:7

**found** 4:14 26:19
35:4,5 36:7 42:15
44:13

**founding** 34:19

**four** 4:19 6:13 8:14
17:3

**fourth** 4:20

**Frankfurt** 26:20
27:4

**fraud** 19:1 20:20
21:13 24:7 28:14,16
34:22 37:4 45:6
46:5

**freed** 3:4

**Freedom** 36:11

**Friday** 9:9

**friendly** 6:12 23:15

**from** 2:18,19 5:12,
16 7:4 8:4 11:12
15:3 16:3,20,23
19:7 22:10 24:13
25:18 27:17 28:1,7,
8,11 30:8,23 31:21
32:22 34:15 35:1,2,
7 39:2,4 40:5,19
41:9 45:15

**frontside** 29:17

**fruit** 20:20

**frustrating** 25:20,22

**full** 26:8

**Fulton** 44:23,24

**fundamental** 24:18

**further** 42:14

**future** 20:23

---

**G**

**gains** 29:6

**gals** 4:4

**game** 2:4 33:4

**Garden** 4:21 5:13

**gave** 4:23 5:4 8:10
16:19 38:3,4 41:13

**general** 35:1

**Georgia** 14:3 15:16,
17,23,24 16:1,10,17
19:21 20:18 21:3,11
24:12 25:17 26:4

**Germany** 27:7

**get** 2:11,17 3:24 4:2,
5 5:3,9 9:14,22
10:10,19 11:11,21
16:16,22,23 18:16,
21 19:12 20:23
22:11,14 25:21 26:1
29:11 32:11,19
33:19,22 34:6,7
36:1,8,9,11 37:13,
15 38:23 39:3 43:9
47:5,6

**get all** 25:21

**gets** 2:14 37:7 39:1
43:21 44:9,12

**getting** 2:18,19 5:17

6:3 15:7 23:20 35:5
43:24

**giants** 2:6

**Giuliani** 30:9

**give** 16:11,12,16
21:6,23 31:21 38:2

**giving** 24:4

**glad** 20:4 21:17

**go** 2:4,8 11:18 12:5
13:5,6,10,14 14:2,9,
16,21 15:1,5,15
17:11 18:20 19:18
20:16 22:16,17
24:20 32:8 33:18
34:5,8 38:12 39:9
43:14 44:20 45:24
46:22 47:1,9

**God** 3:4 4:6,23,24
5:2 6:4

**goes** 41:2 44:8,10
45:8 46:14

**going** 2:2,3 3:10,11,
14,24 4:2,3,7,12
5:6,21 9:4,12,15,17,
21 10:8,16,19,20
11:11,14,15,16,17,
18 12:5,7,8,9 13:4,
5,6,7,18,22 14:3,5,8
15:5 17:10,11,19,23
18:7,11,17,18 21:6
22:3,5,6 27:11,12
29:13 32:18 33:1,6,
9 34:2,11 35:8
40:14 41:2,3,5 43:7
44:14 45:16,18
46:18

**gone** 12:24 18:12
32:5,6

**gonna** 2:8,9 3:17
6:12 10:7 13:12,13
14:24 15:15 18:15
21:21 22:14,18
31:16 34:3

**good** 8:24 17:8
29:24

**Google** 9:7

**gorilla** 20:6

**got** 2:15,22,23 3:21,
24 6:9 9:11 11:11
12:3,20 13:20 16:20
17:17 20:23 21:9
24:9,23 25:1 30:13,

14,22 31:3,13
32:20,22 33:18
34:5,7,14 35:4 36:7
37:20 39:18 40:7
46:8,21

**gotta** 13:4

**gotten** 23:5

**government** 25:9
26:14 27:20 31:8

**government-
mandated** 29:14

**governments** 25:10

**governors** 17:7 20:9

**grace** 4:23

**granted** 5:19

**great** 3:18,19 5:7,8
6:24

**greatest** 3:17

**Green** 29:12

**group** 23:8 34:15,20
36:3 37:12 39:17

**grouped** 14:7

**groups** 38:4,7

**guarantee** 8:3

**guess** 18:15 45:22

**guise** 15:13

**guy** 3:19,24 6:6,10
16:19,20,22 31:7
33:10

**guys** 18:18 30:16
32:22,24 35:8,10
38:5 42:4,5,10

---

**H**

**hack** 23:2

**hacked** 45:16

**hacking** 11:9

**hacks** 40:22

**had** 2:12 3:3,5,7,12,
19 4:13,21,24 5:1,5
6:6,7,11 8:22 11:2,4
12:4 13:21 18:6
19:18 23:8,18 29:6
30:10 34:11 35:1
36:10 37:22 40:15
42:19,23 45:23

**half** 3:8 4:3

**hand** 34:8

**handed** 37:23

**happen** 19:23 20:13
29:1 32:19,24 40:14
41:2,3,5,10 43:7,22
46:20

**happened** 2:13,15
4:8 5:11 6:13 8:20
10:9,24 11:19,23
12:8,15,16,22 13:7
17:8,9,24 18:14
22:11 28:2 31:3
33:12 40:13

**happening** 9:2 40:7

**happens** 19:15
46:17

**happy** 11:22

**harassing** 28:17

**hard** 26:10,11 34:13

**Hart** 23:9 36:20

**has** 3:14 7:13 9:6
12:7 24:19 25:7
26:4,6 27:4 28:23
32:6 37:7 39:6

**have** 2:2 3:10 4:19,
22 6:23,24 8:16
10:5,12 11:15,16,17
12:5,15,16,17,18,
19,22 13:1,2 14:10,
11 15:19 16:15
17:3,6,7,13,23,24
18:1,2 19:7,13,14,
16,23 20:3,5,6,24
21:19 22:13,19
24:11 25:10,12
28:2,5,6,23,24
31:16,24 32:13
33:14,15 34:4,12,18
35:19 36:14,24
37:22 38:22 39:16
40:22,23 43:10,14,
15,17,20 44:3
45:18,23 46:17

**haven't** 47:4

**having** 29:20 34:13

**he** 3:2,6,8,11,14,15
6:6,7 12:18,20
13:16 15:17,18
16:12,16,19 19:14
20:3,4,5 21:3,4
30:10,11,12,19,20
31:8,23 32:13,19
33:11,12 41:17
42:13 45:15

**he's** 2:7 3:16 8:22,
23 30:8,12 31:7,11,
19 32:5,6 34:19
44:1

**hear** 14:24 15:4
34:16 41:17 43:19

**heard** 11:2 14:22
15:3 21:6 26:5,6
31:18 36:17 39:7
42:2,3,17 43:9
45:15 47:4

**hearing** 46:4

**heart** 5:13

**Hello** 10:11

**help** 3:11,15 6:7,8

**her** 36:4

**here** 2:11,22 3:1,8
4:10 5:20,21 6:10
12:22 13:3,4,6,10,
22 14:2,9,16 16:15,
24 17:1 18:4,6 19:9
20:1,11,21 21:19,
21,22 22:2,8 23:1,
24 28:2 31:3,13,15
32:7 33:14 34:1,2,3,
16 37:1,5 38:6 39:1,
2,4,23 41:17 42:18
43:20 45:14 47:6

**here's** 6:13 9:15,17
13:8 14:9,16,23
15:8 16:9 17:1,12
45:20

**hey** 2:1 6:10 17:7,10
31:8 32:23 34:8,10
38:5

**hiding** 11:14,15

**high** 44:18

**him** 3:6 30:8

**his** 3:16,18 7:11
16:19 21:4 30:11
31:17,18

**historical** 23:21

**history** 12:23 17:23
18:14 30:19 31:9
32:7

**home** 5:2,3

**Homeland** 24:2
32:21 37:12

**hope** 5:5

**horrified** 35:4,21
36:3,16 37:13,24

38:11 39:16

**horrify** 38:10

**horrifying** 36:7 38:8
42:15

**hosts** 5:15 6:1

**hour** 3:8 33:20
36:12

**hours** 38:1

**how** 3:23 5:13 6:14
8:2 13:14 16:12,14
19:21 21:7 23:4
26:1,2 31:6 33:1
34:5,21 40:16 46:3,
5,20

**however** 44:12

**huge** 41:11

**human** 47:6

**humanity** 17:16

**hurt** 4:12

---

**I**

**I&a** 37:20

**I'D** 2:16

**I'LL** 2:24 33:3
46:18

**I'M** 2:8,23 3:10,11,
14 4:12 8:15 11:11,
22 13:4,5 14:3 15:7
17:1 18:17 20:4
21:17,22 22:2,3
31:4 33:15 43:23
46:4,16

**I'VE** 10:14,21,22
27:17,18 30:13 46:2

**identified** 27:3

**identity** 15:8

**if** 6:22 9:11 10:1,5
12:15,21 13:9 15:11
17:6,7,13,14,23
19:14,15,22,23
20:1,5,13,16,21,24
21:18 22:13,23 25:6
26:11 28:21 29:8,
11,12,18,20,22
31:19 33:3,7,8 38:1
43:24 44:10 47:3

**illegal** 13:15 14:10
19:2 21:14

**illegally** 15:21 16:4

**illegitimate** 24:8

**image** 14:13

**imagine** 44:4

**impeach** 20:16

**impede** 28:15

**important** 19:5

**impressive** 30:12

**in** 2:5,12 3:12 4:6,8,
23 5:3,8,13,17,19
6:14,16,18,21,22,23
7:1,3,4,6,8,10,13,
15,17,18,21,24 8:5,
7,12 10:8,9,11,15
11:2 12:8,11,12,13,
17,23 13:20 14:1,8,
10,11,17,18,21
15:2,4,9,13,17,22,
24 16:1,2,3,6,9,10
17:21,23 18:3,4,6,
14,22 19:4,6,11,15,
16,20 20:6,19,20
21:3,11 22:8,21
23:7,11,24 24:11,
15,17 25:8,17 26:4,
6,8,20,21,24 27:4,9,
14,18 28:6 30:9,10,
19,24 31:7,8,17,18
32:7,12,21 34:18,
20,23 35:9,10,13,
14,15,17,19,20,22,
24 36:1,2,3,17,19,
21,22,23 37:6,9,10,
19,20 38:9,13,16,
18,19,20,23 39:1,5,
12,13,14,15,17,21,
23 40:1,2,4,8,10,12,
13,18,20,23 41:1,4,
16,20,21 42:1,2,3,4,
6,8,9,16,17,18,24
43:3,5,11,12,13,14,
18,19 44:5,6,7,8,13,
15,19,21,23 45:1,4,
10,12,13,16 46:2,5,
8,10,21 47:6,7,10

**inaudible** 6:7 35:19

**incentivized** 14:16

**inch** 9:22

**including** 11:20
23:3

**incomplete** 15:19

**incredible** 15:11

**indications** 29:19

**illegitimate** 24:8

**individual** 28:8

**induce** 24:8

**industrial** 29:15

**industry** 47:1

**influence** 22:22
24:21 37:7

**influenceable** 23:12

**information** 22:22,
23 23:13 25:21
27:11 33:21 43:15,
16 46:6

**infrastructure**
26:15 30:14,15

**inherent** 29:1

**injected** 41:9

**input** 3:16 24:10

**inside** 11:8 27:19,20
28:11 37:14

**integrity** 37:23

**intellectual** 30:3

**intelligence** 23:24
24:2,22 37:14,21

**intense** 5:13 8:17

**intensity** 8:19

**interchange** 46:13

**interdict** 23:17

**interdicted** 23:12
24:6

**interested** 37:16

**interesting** 34:24

**international** 29:22

**interview** 6:13 8:18
47:9

**interviews** 5:19

**into** 2:17 9:14 10:10
11:4,9,21 15:12
19:18 20:3 22:8,14
23:2 24:11,14 28:9,
15 29:2,21 30:1,2
32:19 35:5 39:3
42:5 43:9 44:9,10,
11

**introduction** 24:4

**invest** 29:22

**invested** 30:2

**investigate** 36:6

**investigation** 28:9,
10

**investigations** 11:5
28:12,15

**investigative** 23:23

**investigators** 37:11

**investment** 29:24

**investments** 29:7

**involved** 2:14 6:9
23:5 27:19 34:22
45:13

**involvement** 2:12
47:6

**is** 2:2,9,10 3:1,2,21,
24 4:20 6:2 7:8,11,
15,16 9:2,17,20
10:12,20,22 12:3,
14,17,24 13:5 14:4,
5 15:2,5 17:1,3,17,
20 18:5 19:9,24
20:6,12 21:1,10,13
22:2,10,22 23:1
24:8,9,21 25:2,8
26:10 27:14,15,18
28:20,22 29:3,4,11
30:7 31:15 33:9,11,
12,24 34:4 35:10
36:14 37:14 38:5,6,
8 39:24 40:5,6,24
41:2,17,19,23 42:1,
19,20 43:2,3,6,22,
24 44:2,4,15,16
45:5,14,15 46:4,5,
12,15 47:4

**ISI** 25:19

**islands** 29:21

**isn't** 9:24

**issue** 20:22 45:11

**issued** 26:7

**it** 2:3,10,11 4:7,8,11,
16 5:6,14,21 6:1,11,
12 7:8 8:18 9:1,2,4,
10,11,12,15 10:10,
14 11:1,4,5,10,12,
18 12:10,13,17,20
13:1 14:3 15:6,12
16:2,13 18:3,7,15,
16 19:10,17 20:3,14
21:3,22 22:4 23:18
24:1,19 25:20
26:10,12 27:19
29:11 30:24 32:3,
19,23,24 33:6 34:7,
9,13,23 35:3,7,21,
22 36:4,5,7,10,15

37:6,23,24 38:3,4,7,
8 39:11,20 40:4,7,
15 41:2,5,12,13,14,
22,23 42:19,20,21,
22,23,24 43:10,21
44:8,9,10,18 45:5,
18,19 46:14,18,20,
21

**it's** 2:1,4,5 3:11 4:17
8:1,7 9:5 11:7 14:6,
7 15:9 16:11 17:7
18:12 19:3 20:14,17
25:8,11,22 26:10,
11,12 27:5,7 28:14
31:12 33:16 34:24
35:17,18 38:8 39:4
40:12 41:7,14,15
43:18,24 44:5,6
47:3

**Italian** 28:6

**its** 5:2 6:4 14:5
28:24

**itself** 45:21

_____

**J**

**January** 3:5 11:5
20:15 31:19

**job** 17:6 21:18

**jobs** 3:9,12 20:8

**Joe** 17:11

**Johnson's** 37:11

**join** 34:17

**judge** 42:12

**judges** 41:19

**judicial** 28:11

**July** 36:12

**jump** 4:18

**just** 2:24 3:20,23
4:11,12,15 5:5,18
6:1,12 7:6,15 8:7,24
9:5 10:15 11:13
12:17 13:1,14,17
14:2,8,15 16:11,12,
16 18:9 20:2,19,20,
24 21:6 26:11 27:10
29:10 30:5 31:18
32:8,11,19 34:7
39:24 44:6 45:14
46:20,23 47:2

_____

**K**

**keep** 2:24 13:17,22

**Kemp** 21:24

**kept** 9:10

**key** 3:22

**killed** 5:18

**kind** 2:3,11,17 8:1
12:13 13:21 14:5
23:3 24:9 25:11
30:11 40:7

**kinds** 21:24 34:3

**knew** 2:23 18:13
34:11 40:14,15 41:2
42:24 43:6

**know** 3:4,6,16,21,23
4:2,12,14,16,17
5:20,21 6:19 7:22,
23 8:2,8,21,22 9:13,
17,21 10:12,22,23
11:3 12:10,12,24
13:2 16:17 17:7,14
18:13,14,15 19:1
20:14 21:17,21
22:5,9,24 24:6,8,12
25:23 26:2,9,12,17,
21,23 27:6,10
28:13,17,18,21
29:3,8,16 30:8 31:3,
15,17,18 32:1
33:10,12,13,14,24
34:8,10 37:17 40:2,
16,17 41:22 42:18,
23 43:9,12,22,24
44:6 45:17 46:2,19

**knowledge** 23:21
26:3

**known** 13:1 14:11
18:1 19:23 20:5

**knows** 15:16 19:21

**Krebs** 30:14,16,18,
24 31:7 32:4,5

_____

**L**

**largest** 27:5,6

**last** 4:20 8:20 9:9
10:13 11:23 19:20
36:12

**late** 16:5

**later** 32:11,19 46:10

**law** 15:14

**leaked** 6:11

**learn** 13:12,13

**learning** 4:16

**least** 32:4

**leave** 20:21 39:20

**left** 3:13 19:13

**legislators** 17:6 20:9

**less** 17:10 37:16
44:20,21

**let** 8:5

**let's** 10:8,10 13:10,
14 14:2,9,20 15:1
20:2 22:16,17
34:14,16 46:22 47:9

**level** 24:7,9,16,21
25:14 39:1

**levels** 39:19 41:5

**liars** 33:5

**lie** 7:11,16 26:1
33:8,13

**lied** 18:24

**lies** 18:24

**like** 2:4,16 5:21 6:1,
20 7:8,11 11:5,7
12:2,10,11,13,17
18:12 21:14 37:1
40:6 42:21 44:6

**limited** 42:12 43:14

**Lindell** 2:2,7,10,22
4:23 5:14,16 6:16,
21 7:1,4,8,13,17,21
8:5,10,13,21 9:18,
24 10:11,12 19:6
21:3,16,17 22:18,
19,24 25:5,20
26:16,23 27:14,23
28:1 31:10,11 33:3,
24 34:16,18 35:9,
15,20,24 36:17,22
37:9 38:9,16,19
39:5,13,21 40:4,10,
20 41:1,16,21 42:2,
8,16 43:5,19 44:15,
21 45:4,12 46:10
47:10

**Lindell's** 8:15

**line** 16:14

**listened** 3:15

**listening** 4:6

**listing** 15:18

**little** 12:19 15:4 16:8
33:8

**live** 14:18

**lives** 5:1 6:22

**living** 12:13

**load** 38:24

**loaded** 13:23,24

**local** 23:24 24:3,7
41:6

**locations** 35:8

**logs** 35:1,3

**long** 19:21 34:24

**look** 13:9 15:11
20:14,17 24:16
28:21 30:7 31:8
36:8,9 37:15,22
41:19,23 42:5 43:7

**looked** 11:4 23:14
34:9 36:24 37:23
38:7

**looking** 23:6,9 29:8
31:4 35:4

**lose** 4:3 46:17

**lost** 13:16 14:20
15:6 16:12 25:24

**lot** 13:18 15:1 18:20
23:11,19,20,22
25:14 30:4 31:4
33:9 46:2

**low-hanging** 20:19

**lower** 7:4

**lowest** 5:6

**luck** 12:19 19:17

**lying** 31:11 33:5,6,9,
12

_____

**M**

**machine** 11:8 19:11
24:7,9,16 34:9 37:4
46:14,16

**machines** 10:2,3
11:10,19 12:1 13:2
17:17,18,22 19:24
20:6,12,21,22
22:12,13 23:1
28:20,21 35:11,12,
16 36:18,20 37:8

**39:**8 45:6,13 46:7
47:1,5
**made** 11:1 17:22
18:1,2 19:3,17
24:15 29:7,24 30:1,
2 31:4,23
**MAGA** 21:12
**Mail** 14:21
**mail-in** 13:10,19
14:10,14,23 15:12
**mailed** 13:20,21
**mainstream** 2:7,19
5:23
**make** 3:20 8:8 16:14
29:8,13,17 43:1
47:3
**making** 17:1 20:16
**man** 3:15 7:10
**management** 23:10
**manipulated** 36:15
**manipulating** 41:8
**manipulation** 25:14
**manmade** 29:21
**manually** 47:2
**manufacturer** 14:14
**manufacturing** 3:8
8:9
**many** 12:3,20 24:17,
18 26:1,2 30:8
40:16,17 44:6
**mapping** 27:2
**margin** 13:8 15:14
**Maricopa** 13:22
**masks** 6:9 8:9
**massive** 22:12 41:6,
15
**math** 19:5 20:24
**mattered** 18:2
**maybe** 11:3 31:5
46:8
**me** 3:4,7 4:12 5:18,
22 6:6,8,10 7:4,12,
22 8:6,16,22,23 9:3,
4,6 10:16,21 11:6,
13 21:23 31:12,21
33:10 34:5,6,11
**mean** 3:12 6:8 9:5,6
13:11 21:3,5 31:20
32:5 33:6,7 35:3

**38:**5 40:5 41:22
42:22 43:24 44:16
**means** 12:3 45:1
**media** 2:6,7,19 3:22
4:9 5:23 9:6 10:13,
16 18:10 37:18
41:13
**medical** 8:3 30:3
**meeting** 3:7
**member** 25:3 34:19
**members** 36:11
**mentioned** 28:20
**met** 3:3 39:19
**Michigan** 12:11
14:4,5,6 19:20
25:17 26:4 42:14,8
**Mike** 2:2,7,10,11,22
3:8 4:23 5:11,14,15
6:16,21 7:1,4,8,13,
17,21 8:5,10,13,15,
17,21 9:14,18,24
10:11,12 18:21 19:6
21:3,9,16,17 22:14,
17,19,24 25:5,20
26:16,23 27:14,23
28:1,19 30:13,18
31:10,11,13,23
33:3,18,24 34:6,16,
18,24 35:9,15,20,24
36:17,22 37:9 38:9,
16,19 39:5,13,21
40:3,4,10,20 41:1,
16,21 42:11,6 43:1,6
43:5,19 44:7,15,21
45:4,12,20 46:10
47:10
**military** 22:22 28:21
**million** 8:10,13,14
**millions** 3:11 12:4
19:12
**mind** 39:23 40:1
**Minnesota** 3:21
**minors** 21:7
**minute** 6:13
**Minutes** 32:6
**miracle** 11:24 12:14
13:3,6 17:2,12
19:10,22,24 20:10,
13
**miracles** 11:23 19:4,
9

**mission** 28:23,24
**mode** 19:19
**money** 8:8 23:22
29:16,24 30:1
**monitor** 32:10
**month** 10:13 18:3
**months** 5:5 11:23
16:24
**morally** 8:1
**more** 9:16 10:9 12:4
19:12 30:4 36:6,7
37:7
**morning** 12:18
19:16
**most** 2:5 31:9 35:18
43:23
**move** 32:17
**movements** 25:15
**movie** 2:10
**moving** 16:3 32:10
**Mr** 17:14 28:13
**much** 3:6 5:4 6:9
17:9 24:23 42:20
**multiply** 9:1 34:3
**must** 36:24
**my** 3:20 4:1,4,19 6:5
7:2 8:6,11 9:3,4,7,8,
10 10:15,17,18 11:4
22:10,21 26:3 34:12
47:4
**myoleander.com**
8:23
**Mypillow** 10:12
**Mypillow's** 10:17
**myself** 10:15 21:12
**myth** 41:13

---

**N**

**naive** 31:11 33:11
**name** 9:4,8,10 10:14
21:4 28:7
**named** 16:16
**names** 7:22 46:13
**nation** 5:1 6:3
**nation-state** 26:14
27:22
**national** 2:14 42:15

**navigable** 29:22
**necessarily** 37:8
**need** 34:1 44:7
**Network** 3:11 9:20
**Nevada** 14:9,18
25:17
**never** 3:3,5 9:24
10:4,6 12:7,22 13:1
17:9,24 18:14 19:23
20:5 22:13 28:14
31:1 46:15
**New** 15:4 29:12
**news** 5:23 44:2
**newspapers** 10:14
**next** 12:19 13:14
14:2,9,21 19:17
32:8 33:18
**NFL** 2:4
**nice** 8:12
**nics** 27:7
**night** 11:1,24 12:1
19:10 26:17 27:9,10
38:21
**nighttime** 5:15,24
**no** 3:14 8:10 9:12
16:8 21:20 30:21
31:9 35:13 36:10
38:13 41:11,18,19
**nobody** 9:10 12:12
34:6
**node** 27:6,7
**nodes** 27:6
**Non-nevadans**
14:17
**non-stop** 9:18
**none** 11:1
**nonsense** 19:3
**normal** 12:17 44:16
**normally** 42:23
**North** 36:3
**not** 4:6,14 8:3 10:7,
15 18:5 20:8 21:11,
14 22:2,10 23:9
24:19 25:20 28:2
30:20 32:17,20 33:6
35:14 37:8,15 38:7
43:15,17 45:2,7,10
46:16,24
**nothing** 2:23 8:4,19
11:1 20:10,11 31:2

**32:**7 36:6
**noticed** 27:9
**November** 4:24
10:23 23:19 31:24
32:2,3 43:12
**now** 2:22 4:20 5:19
6:16 9:1,3 13:9
15:15 16:24 17:6,
19 18:7,10,12,15,18
19:14,24 20:8
22:14,18,19 23:5
34:15,18 35:9 36:7
38:11 39:22 40:16
41:21 42:2 43:7,8,
16 44:2,3 45:4,17,
21
**number** 19:22 28:7
44:16
**numbers** 16:18,19,
22 18:21,24 19:1,7,
8 20:17 21:1 31:21
**nuts** 38:6

---

**O**

**observer** 14:22
**obvious** 42:22
**obviously** 11:13
26:21
**of** 2:3,11,15,17 3:2,
3,4,16,18 4:4,17 5:1
8:1,11,14,20 9:1,15
10:4,12 11:1,6,7,8
12:1,4,6,10,13,15,
21 13:8,16,21,24
14:5 15:8,13,14,15,
17,18 16:8,10,17,
20,21,23 17:2,5
18:22,23 19:7,10
20:1,9,23 21:2,13,
24 22:1,15 23:3,9,
11,20,22 24:2,3,9,
11,12,13,14,21,24
25:2,3,11,14,15,17
27:5,8,10,11,15,21
28:5,6,7,13 29:1,7,
9,13,14,16,19
30:11,24 31:4,12,
17,21 32:2,15,21
33:4,21,22 34:3,19
35:18 36:8,11 37:3,
4,12 38:2 39:17,19
40:7,18,24 41:11,13

---

42:11,13,14 43:10,
17 44:9,13,14 45:5,
12,21 46:2,3,11
47:4,5,9

**off** 9:17,21 12:21
29:14 45:19

**office** 16:4,21 31:22

**officer** 23:13

**official** 28:7

**officials** 21:11,15
36:9 46:2

**oh** 7:1,3 12:18,19
19:17 21:23 42:8

**oil** 6:15,20 7:19

**okay** 3:1 6:2 10:7
12:8 13:6,8,17,22
14:1,8,9,19,20 15:8,
11,14,16,18 16:7
17:4,15 18:20 19:6
22:14 37:2,9 38:9
40:5,11 41:21 42:2,
8 43:5 45:20,22

**oligarchs** 2:20

**on** 2:11,14 4:18,23,
24 5:2,15 6:1,4,11
8:16 9:10 10:2,13,
16 11:1,5,12,15,24
12:9 13:4 14:7
15:17 18:5,7,10,23
20:1,12,15 21:24
23:8,21 26:1 29:7,
16 30:11 31:19,24
32:5,7 36:10 39:22
41:5,11 42:3 43:12,
13,23 44:18 45:21
46:20,24 47:1

**once** 5:22

**one** 3:18 4:4,20 5:21
9:22 11:5 12:14
13:3,15 14:9,13,16,
21,23 15:3 16:3
17:2,5,10 19:22
25:19 26:4,21 27:5,
11 30:20 31:11,12,
15,16 37:3,4,5
39:18 45:5,13,14
46:24

**ones** 36:23 37:2

**online** 31:5 33:7,21
38:12 39:8

**only** 13:16 16:11,12
18:5 21:22 23:9

25:7 26:3 31:12,15,
16,18 38:7 43:17
44:6

**open** 26:2 43:2

**opened** 14:1 17:18

**opening** 13:24 18:23

**Operational** 34:20

**operations** 22:22,23
23:7 34:15

**opinion** 27:14 36:24
37:3

**opinions** 21:24

**or** 2:4 3:12 6:8 10:1
13:20 14:10 16:13
21:4 23:12 24:17
26:3 27:5 28:9,13,
23 30:22 31:11
32:15 33:7,12 38:6
39:18 41:8 43:12
44:9 45:7 46:6 47:4,
8

**order** 39:18

**other** 2:12 3:14
11:9,20 12:8 14:6,
12 16:22 17:21 18:5
23:10 26:24 27:15
28:2,15 29:7 31:5,
19 32:2 33:10 36:20
37:2 43:7,11,14
44:1,3 45:16 46:6,8
47:4

**others** 21:12 22:16

**otherwise** 30:22

**our** 4:3 5:1,3,4,7,17
6:3,4 10:2 11:9,20
17:17,21 18:6,18
20:6,12 22:7,8 23:2,
7,21,24 24:3,21
26:24 27:19,20
28:11 29:4 30:3
35:8 36:10 38:1,2,3
42:6,10,11 43:23

**out** 3:7,16 4:4,5,13,
14 5:1 7:9 8:10,14
9:9,22 10:22,24
11:11,12 13:21
14:13 18:9 20:23
22:3,4,5,7 25:21
27:2 28:5 30:20,24
31:18 32:3,13 33:9,
14 34:4,7 36:8
40:16 41:14 42:13,

17 43:21 46:18

**outcomes** 24:6

**outside** 32:14

**over** 2:24 5:20,21
8:20 13:2 14:20,23
18:4 21:20 30:9
31:13,15 33:8 37:1,
5 39:9 40:19 45:9

**overall** 45:22

**overseas** 26:24
32:18 38:15,17,22
39:4,9 41:10 45:8

**oversight** 37:12

**own** 8:11 9:8,10
11:4 14:5 23:22
27:19,20 28:11
29:10 36:10 39:17
40:22

**ownership** 24:24

**owns** 25:3

---

## P

**pages** 35:3

**Pakistani** 25:19

**part** 14:8 22:15
27:21 33:6 42:11
47:9

**participating** 28:6

**particularly** 30:10
33:23

**partner** 22:10

**partners** 22:9 23:7

**Party** 24:24 25:9

**past** 18:3 29:12

**patriotic** 28:18

**pay** 3:5

**peer** 26:13 27:22

**peg** 15:5

**Pennsylvania** 14:21
15:4,5 25:15

**people** 2:17 4:11,14
5:8,15,20,23 7:19
9:17,21 11:6 14:17
16:2,6,13,15 17:4,5
18:4,10 19:2,3 20:1
21:7 22:6,8 26:10,
11 28:2,3,12 30:5,8
31:4,12 35:2,5
37:18,20 38:23

**39:15 42:21 44:7,8,
24 45:2**

**people's** 26:24

**percentage** 44:17

**person** 31:13

**personally** 3:19 9:4

**personnel** 28:5

**Phil** 22:19,21 23:6
25:6,22 26:19 27:2,
17,24 28:4

**Phoenix** 30:10

**phone** 28:7

**phonetics** 46:14

**pick** 29:11 45:24

**picked** 46:1

**picking** 46:24

**picture** 2:21,22 3:2

**pictures** 2:15

**piece** 11:7 30:15

**piled** 6:1

**place** 5:10 20:3

**places** 43:8,11 44:2,
3 46:8

**planning** 28:21

**platform** 34:12

**play** 2:20

**playing** 35:23 46:23

**plus** 17:3

**pocket** 8:11,15

**point** 11:12 15:7
16:24 17:1 46:11,15

**poker** 33:4

**political** 2:14

**politics** 3:6 37:7

**poll** 15:1

**polls** 13:24 14:1

**pops** 43:21

**possible** 40:15

**post** 16:4

**Postal** 15:10

**pots** 4:10

**Poulos** 32:22

**poured** 12:12

**pouring** 3:12

**practices** 24:18

**prayers** 7:2

**praying** 5:9 8:15

**pre-register** 16:2

**precincts** 25:16

**predicted** 19:13,15

**predominant** 25:18

**preliminary** 26:6

**presented** 41:12

**president** 2:13 3:2,
17 5:4,7 15:16
16:10,18,21 20:16
21:2 24:14,15 25:2
30:17,18 31:22

**President's** 21:6

**press** 4:1,7 20:21

**pressing** 26:7

**pretty** 8:17,18 24:23
29:24

**price** 15:13

**prides** 45:21

**print** 11:7

**prior** 16:6

**private** 3:7 24:24
25:3 38:4

**probably** 9:12 16:8
26:18

**problem** 23:18
30:21 46:5,8

**problems** 31:9 46:1

**procedural** 26:3

**product** 6:22 7:19
8:3

**professes** 7:11

**progressing** 26:5

**promise** 8:4

**promote** 6:19 8:2

**prompted** 23:19

**proof** 2:3,10 9:9
17:20 22:17 26:23
33:15,16 36:13
41:11 45:17 47:10

**property** 30:3

**prosecuting** 28:19

**prosecution** 18:23

**prosecutor** 36:2

**protect** 29:20

**proud** 46:3

**prove** 10:23 20:24

**proved** 11:7
**proven** 29:3 33:8
**proves** 11:19
**proxies** 25:19
**public** 25:21 29:15 31:2
**published** 43:15
**publishing** 43:16
**purification** 29:10, 14
**pursue** 39:20
**push** 39:18
**put** 10:19 13:12 20:3 22:3 24:14 30:20,23 31:5 32:13 33:20 36:4 46:6,19
**putting** 11:12 46:19

**Q**

**quality** 14:13
**question** 9:15 14:8 28:16
**questions** 2:8 9:16 10:10 47:7
**quit** 32:5
**quite** 24:3 29:16 37:17
**quote** 30:23
**quoted** 30:19

**R**

**race** 42:12
**racist** 4:9
**Raffensperger** 21:5, 10
**Raffle** 14:15
**raise** 34:8
**Ramsland** 23:20 34:15,19,23 35:13, 17,22 36:1,19 37:6, 10 38:13,18,20 39:12,14 40:2,8,12, 23 41:4,20 42:1,6,9 43:3,13 44:5,19,23 45:10 46:5,6
**Ramsland's** 47:9
**ran** 30:14 36:3 45:2 46:3

**rate** 45:1
**rates** 44:13
**re-emphasize** 46:23
**reached** 3:7
**reactionary** 19:19
**read** 5:3,12
**reading** 6:3
**real** 4:11,14,18 5:23 44:7
**realize** 2:23 30:5 34:5 39:15 46:21
**really** 2:18 3:5 6:19 7:1,11 8:19 23:22 33:11 37:19
**reason** 22:3 42:20
**reasons** 27:11 29:6 43:16
**recalibrate** 12:5
**received** 13:19
**recently** 31:18
**Recovery** 3:10 9:19
**referred** 45:23
**register** 16:15
**registered** 13:18 15:20,22 16:5
**registration** 15:23
**regular** 44:9
**rejection** 44:13
**related** 28:10 29:4
**release** 4:1,7
**relentlessly** 5:19 10:13
**relevant** 11:3
**reloading** 35:7
**remains** 33:10
**remember** 18:22
**remote** 35:8
**rep** 24:3
**report** 42:10,14 45:23
**reported** 30:15,24
**Reporting** 38:21
**representative** 40:24
**Republican** 10:1 14:22 21:15 42:23
**Republicans** 22:1

**reputation** 6:24 9:5
**required** 24:8
**requiring** 13:10
**research** 23:23
**resident** 16:5
**resistance** 39:19
**resources** 11:2
**respond** 2:16 31:7
**revealed** 17:18
**rid** 47:5
**right** 8:9 9:3 12:5, 13,16 13:17,22 16:22 17:3,16,19 18:6,7,10,12,18 19:15 20:8,22 21:1 22:18 23:5 26:18 27:23 34:17 36:22 38:8,11 42:16 43:2, 16,24 44:2,3 45:12, 21 46:11
**rightful** 20:4
**road** 29:8 34:24
**robots** 4:15
**role** 30:10
**Ron** 37:11
**room** 20:6
**Rose** 4:21 5:13
**Rudy** 30:9
**run** 25:12
**running** 44:11 45:22
**Russ** 23:20 34:15 47:9
**Russel** 34:19
**Russell** 34:21,23 35:13,17,22 36:1,19 37:6,10 38:13,18,20 39:12,14 40:2,8,12, 23 41:4,20 42:1,6,9 43:1,3,13,20 44:5, 19,23 45:10,15,17 46:6
**Russell's** 41:17
**Rutherford** 21:4

**S**

**s3** 38:22
**sad** 7:6,7,8
**safe** 21:20

**safer** 5:10
**safest** 30:18 31:8 32:7
**said** 3:8,10,14,18 4:2,3,6 9:12 11:3 12:18,19 15:17,18 16:10,12,16,18,20, 21,23 17:7,14 18:23 27:12 28:8 30:18 31:6,8,13 32:12 34:10 36:24 38:2,5 39:20 45:15
**salesman** 6:15,20
**salesmen** 7:19
**same** 3:18 20:10 29:17 46:13,15
**saved** 6:22
**saw** 2:13 23:10 24:4 36:13 40:19 41:10
**say** 4:10,13 8:4,5 13:9 16:14 17:4,10 18:11 19:7,17 20:2 21:12 29:12 31:10, 14 38:10
**saying** 20:4 27:16 39:8 41:17,18 44:1, 2 46:5,24 47:3
**says** 3:11 4:5 6:10 25:23 31:14 32:19, 23 41:18 45:24
**scan** 44:8
**scene** 2:12 20:16
**schools** 5:1
**Scroll** 14:3
**Scytl** 27:3 38:21 39:1
**second** 4:20 6:5 13:3 17:2 19:24 47:9
**Secretaries** 22:1 31:21
**Secretary** 15:17,18 16:10,17,20,21,23 19:7 20:9
**section** 19:4
**secure** 31:9
**security** 23:7 24:2 32:21 34:15,19,21 37:12,14 38:14
**see** 2:9 10:20,21 11:14,15,17 12:11 13:16 14:2,19 15:6

19:19 20:1 21:21 22:2,18 28:13 31:17 34:2,3 43:10 46:10
**seeing** 3:1 11:18 18:7 23:16 25:13 40:20 44:3
**seen** 3:20 10:22 18:3,9 26:6,16,21 27:17 29:19 33:11 34:9,10 35:20 40:15,17,21,22,23 42:19 43:6
**segment** 32:9 33:19 34:16,17
**selected** 30:17
**sell** 8:2
**Senate** 18:23 26:6
**senators** 36:8
**send** 32:14,16 39:11
**senior** 28:7
**sense** 11:1 16:14 43:1 47:5
**sent** 37:24
**sentences** 15:19
**September** 40:9
**series** 12:21 39:17
**server** 24:7 27:3,6 35:2 39:2,3
**servers** 26:20,24 27:3 32:14 38:22 39:9 40:17,18 45:9
**Service** 15:10
**services** 24:22
**set** 12:20 32:4
**seven** 36:11
**several** 23:9 26:21 27:8
**SGO** 29:5,9
**shameful** 8:8
**share** 9:16
**she** 4:5 36:3,4
**Shenzhen** 25:8
**shift** 24:15
**shop** 38:1
**short** 5:5
**should** 2:24 17:3 44:20
**show** 2:16,20 5:15 6:1 8:16 10:19,23

11:15 12:2 13:4,7,
13 15:5 16:9 17:20
18:18 20:11 22:7,11
33:16 39:23 42:3,18
45:14,17,18 46:7,
11,14,19,20

**showed**  11:8 31:20
36:4 37:13

**shows**  10:14 11:10

**shut**  9:12 12:6 26:17
28:10

**shutting**  28:8,12

**signature**  14:12

**signatures**  14:14

**signed**  42:9

**significant**  27:9

**similar**  35:16,18,19

**similarities**  23:11

**simple**  44:7

**since**  10:23 43:11,12

**single**  18:1 39:2,3

**sir**  7:3 8:4 16:23

**skip**  14:3,8,15

**small**  42:20

**Smartmatic**  10:3
29:5,9 33:7 37:2
46:12

**smash**  34:13

**snake**  6:15,20 7:19

**so**  2:7,15,17 3:1,5,19
4:13 5:4,11 6:3,4,9,
11 8:17,22 10:6,7,
10 11:1,22 12:3,5,
20 13:8,24 14:4,7
17:19 18:13,14
19:3,5,19,22 20:8
22:21 23:5,15
24:16,17,18 26:9,23
28:11,24 29:10
31:3,19,24 32:1,3,
17,20,24 33:8
34:10,18 35:10,15
36:1,6,22,24 37:10,
16,23 38:2 39:2,5,9,
14 40:5,13 41:1,12,
18 42:15,20,22,24
43:1,6 44:1 45:12
46:5,18

**social**  2:6 4:8 9:6
10:13,16 18:10

**soft**  29:5

**software**  29:3,5

**solid**  39:19

**solutions**  7:17

**some**  2:12 4:17 5:12
9:15,16 11:6 23:8
24:20 29:7 31:5,17
33:21,22 35:1
37:11,17,20 42:12
45:1 46:4,8 47:5

**somebody**  5:18 9:11
18:2 35:23

**somehow**  47:2

**someone**  31:14 34:8
41:8

**something**  3:19 8:2,
23 11:3,14 28:20
33:14 37:1 38:6
43:21

**sometimes**  37:7

**sorry**  2:23

**sort**  24:21 41:13
44:9

**speaks**  18:11

**specific**  23:1

**spend**  5:4 23:19
29:16

**spending**  5:16 6:4
9:8

**spent**  24:3 38:1

**spike**  19:20 27:9

**spikes**  12:11

**spoke**  4:21

**spring**  4:20

**square**  46:6

**squished**  34:8

**staff**  36:13

**stage**  2:14 30:12

**standing**  26:3

**start**  2:24 9:15,21
10:8 18:18 33:4
37:18

**started**  11:12,13
23:16,21 25:13

**state**  13:7 14:2
15:14,17,18,22,24
16:10,17,21,24
17:10 20:9 22:1
25:9 28:5 36:9

45:21 46:21

**State's**  16:20 31:22

**statement**  30:20,23
31:24 32:13

**states**  12:6 14:6,12
17:2,5 19:8,16 21:2
22:9 26:14 38:20
39:8 43:11 46:21

**statistics**  26:1

**stats**  19:24

**steal**  11:20 17:22
19:14

**stealing**  30:4

**Stephen**  2:1

**stepping**  21:11

**STEVE**  2:1 5:11
8:17 9:14 10:7
18:20 20:15 21:9
22:14 30:7 31:23
33:18 34:14 45:20
46:22

**stick**  5:22

**still**  4:17 36:7 43:2

**stole**  24:13

**stoled**  20:6

**stolen**  40:14

**stop**  3:12 10:5

**stopped**  40:7

**stopping**  46:17

**stored**  38:15,16

**stores**  10:16

**strategic**  23:15
24:21 25:13

**street**  27:4

**stronger**  5:10

**studies**  7:14

**stuff**  4:9 6:10 14:22
17:11 19:1 31:5,19
35:18 46:19

**subjectively**  39:24

**submitted**  36:5

**subpoena**  26:7

**successfully**  28:24

**such**  21:13

**sudden**  11:6 12:6

**suggested**  14:13

**summer**  3:3 6:6

**supposedly**  40:24

**suppress**  39:7

**suppressed**  2:5 9:7
44:1

**suppressing**  18:8

**Supreme**  33:23 34:1

**sure**  3:20 29:17 31:4
47:3

**surge**  15:8

**Swalwell**  18:22 21:1

**swing**  46:21

**sworn**  32:12

**system**  32:20 35:6
36:14 44:12 45:2
47:2

**systems**  23:10,11,
14,18 24:5,18 29:14
30:21 45:24

**T**

**tabulation**  15:12
25:16 35:2

**tabulators**  24:11

**Taiwan's**  29:19

**take**  7:19,23 9:1
15:9 36:12 37:15,
16,21 40:5 47:7

**taken**  5:1 9:6

**takes**  12:10

**taking**  8:3 18:4
19:20,21

**talk**  5:15,24 10:9
14:5 16:8 19:4,9

**talked**  3:9,17 4:13
5:12,16,17 21:4
27:18 32:9,16 42:20
45:13 46:2

**talking**  2:24 12:22
21:19 22:24 24:10
31:20 37:18 39:6
45:5,7

**team**  23:24 37:24
42:11

**tech**  2:6,20

**technical**  24:20 30:3

**tell**  3:22 5:11 11:21,
22 13:5 18:17 21:22
33:1,3 34:14

**telling**  7:19 21:22
39:15,22 43:23

**territorial**  29:21

**testified**  30:8

**testimonies**  30:9

**testimony**  6:17
32:12

**testing**  25:6,8

**Texas**  23:24 34:20
36:3,18,19,20,21,23
45:21 46:3,12

**than**  3:14 5:10 6:15
14:6 19:12 28:15
30:4 43:18 44:4,20,
21

**that**  2:7,10,13,24
3:4,7 4:2,15,16,18,
22 5:12,20,22 6:3,5,
7,21 7:8,9,15,16
8:4,15,16,19 9:1
10:3,4,5,15,24 11:3,
8,12,17,19,21,23
12:3,4,10,12,14,15,
20,21 13:2,9,12,13,
14,16 14:2,7,8,11,
13,15,22 15:2,3,4,9,
17,19,20 16:9,13,20
17:8,9,10,13,20,21,
22 18:2,11,14,23
19:1,4,9,13,15,18,
22,23 20:2,4,6,10,
12,13,16,21,24
21:2,5,6,7 22:4,9,11
23:1,8,11,17,18,19
24:5,10,11,12,14,
19,21 25:3,7,11,13,
14,17,23 26:8,17,23
27:9,10,11,12,18,
19,21 28:1,4,8 29:2,
4,7,11,19,23,24
30:1,5,9,18,20,21
31:1,2,13,23 32:1,
12,13,15,23 33:10,
11,12,15 34:4,6
35:5 36:2,5,13,14,
17 37:2,4,5,6,22
38:4,11 39:6,7,8,20,
23 40:1,8,22,24
41:8,13,17,19,23
42:1,5,6,10,11,13,
14 43:1,2,3,8,11,15,
16,18,20 44:12,17
45:1,2,6,8,9,10,16,
17,23 46:4,6,7,10,
11,17 47:2,3

**that'll** 47:7

**that's** 5:10 7:6,23
8:11,12,17,18,19
11:7,12 12:5,7
13:21 14:22 15:9,11
19:5 20:9,11,13,14
22:3,4,5,10 23:13
25:12,13 26:1 30:22
32:10,20 33:7,16
34:12 37:22 41:10,
20 43:2,24 45:11,18
46:16

**the** 2:2,4,5,6,8,9,10,
11,16,17,19,20,21
3:2,3,9,12,17,18,22,
24 4:4,16,18,20,21,
24 5:3,5,6,8,13,16,
17,20,23,24 6:1,5,7,
8 7:13 8:20,23 9:5,
14,15,22 10:4,8,9,
12,13,15 11:8,17,23
12:1,9,18,23,24
13:3,4,8,10,14,19,
21,24 14:1,2,6,9,13,
14,21 15:2,3,5,12,
13,14,16,18 16:1,6,
9,10,16,17,18,19,
20,21,22,23,24
17:1,2,6,7,12,16,18,
20 18:9,16,21,22,23
19:4,5,7,9,10,11,14,
15,16,20,23,24
20:1,4,5,6,8,9,10,
12,13,16,19,20,21,
22,24 21:2,5,6,10,
19,22 22:5,9,12,15,
17,22 23:4,8,10,11,
16,19,20,21,22,24
24:2,3,4,5,6,7,8,9,
10,11,13,14,15,16,
17,20,24 25:1,2,3,6,
7,8,9,10,12,18,21,
23,24 26:5,14,16,
19,20,21,23 27:2,3,
4,5,8,10,11,12,18
28:6,14,16,18,20,23
29:1,4,7,8,9,12,17,
18,24 30:1,9,11,14,
18,23 31:1,2,7,12,
20,21,24 32:2,8,11,
14,15,18,20,22
33:1,2,6,15,18,20,
23,24 34:1,7,12,15,
16 35:1,2,5,6,23
36:2,3,5,6,7,11

37:8,14,15,16,19,
20,21,22 38:12,23,
24 39:1,3,9,10,15,
18,22 40:10,12,19,
23 41:1,7,19 42:3,
10,12,19 43:9,11,23
44:9,11,14,16,18,24
45:1,2,3,5,6,8,13,
14,15,16,18,19,21,
22,23 46:1,3,4,10,
11,13,15,19,20
47:1,9

**theft** 17:20 20:12

**their** 6:22 12:11
15:20,23 16:1,3,5
17:6 20:8 21:18
22:9 29:21 34:8
35:19 38:2 39:2,17
44:8

**them** 3:18,19 4:17
6:12 16:16,20,23
19:18 20:23 24:4
28:19 32:16 35:4,7
36:24 37:13 38:1,2,
3,24 39:15 41:8
43:17 45:12

**themselves** 41:7
44:24

**then** 2:12,17 4:8,19
5:13 6:5 8:21,22 9:2
12:8,9 17:15 19:5
21:19 23:4,23 24:9
27:16 33:1,12 37:1
38:24 39:19 40:5
42:14 43:12 44:11
45:14

**theory** 26:12

**there** 3:14,16,23 4:6
5:20,22,24 7:9 9:23
10:22,24 11:11,12
12:15 14:1,7 15:10
18:20,21 20:23
21:13 22:3,8,12
24:17,18 25:23 27:7
28:22 30:20,21 33:5
34:4 37:1,21 38:6,
10,24 39:10 40:5,16
41:5,6,9,14,18,22
42:11,17 43:6,15,22
44:16 45:5,7,9

**there'll** 15:7

**there's** 20:19 26:3
31:15,16 34:2 36:24

38:13 46:4

**these** 3:13 4:10,15
6:16 7:14 8:23 10:2,
3,24 11:6,10,19,23
12:1,6,11,12,21
13:5,11 15:18 17:2,
5,8,14,17,20,22,23,
24 18:24 19:8,19,
21,24 20:1 21:1,10
22:1,6,13 23:1,17
24:5 25:24 30:9,16
32:15,16,24 33:1,
21,22 35:3,10,11,18
36:18,23 37:2 38:5
39:9 40:21 45:5,9
46:7,14,21 47:5,7

**they** 4:1,10,11,15,18
5:18,24 6:1 7:9 9:8,
12 10:16,17,20
11:6,13 12:3,4,6,9,
16,18 13:9,12,16,
20,21,24 14:16,18,
19 16:7 17:10,13,17
18:6,13 19:11,12,
13,15 20:10,16
21:11,14,15,17,18
22:4 23:8 24:13
25:10 26:16,17
27:9,11 28:17 29:6,
8,10,12,22 30:4,15,
23 31:13 32:10,13,
14,16,17 34:5,8,10,
11,20 35:6,7,10,12,
15,16 36:5,13,15,
23,24 37:1,2,3,5,12,
13,15,16,18,23,24
38:1,3,4,5,12,15,22,
24 39:3,7,10,14,16,
18,19,23,24 40:1
41:23 43:17 44:8,
12,24 45:18,19,23,
24 46:1,3,13

**they'd** 5:21

**they're** 4:14 9:4,5,
12,18,19 10:21
11:15 12:5 18:8,10,
11,12 20:2,15 21:21
26:7 28:10 32:21
33:5 34:13,20 37:4
38:16 46:14 47:8

**they've** 26:7 29:7,24
30:1 31:4 39:7

**thing** 3:18 6:1,5
15:1 17:12,16,20

20:10 21:13 22:10
29:18 32:8,23 34:1
46:12

**things** 8:24 17:8,23
32:16 43:22

**think** 2:15 4:21 5:18
6:21 8:7 11:5 12:15
18:3 20:18 21:10
25:11 27:5 29:10
30:10,11,16,19
32:3,5,12 37:6
39:22 46:1

**third** 6:5 25:14

**this** 2:2,9,18,22 3:2,
10,15,21,24 4:5,7,
20 5:2,7,8,9 6:5,6,8,
9,10,22 7:11,19 9:2,
9,21,24 10:1,4,11,
19 11:1,15,17
12:2,7,13,21,24
13:3,5,10,13 14:4,
10 15:1,2,5,7 16:9,
14,15 17:1,11,17,
18,19 18:3,4,16
19:1,19,24 22:5,7,8,
11,15 23:17 25:21
26:9,18 27:14,18
28:1,6,8 29:1,4
30:18,23 31:14,17,
19,24 32:1,9,11,18
33:9,19,24 34:9,10,
17,22 35:8,9,10
36:7,9,12,13 37:18
38:5,6,11 39:1,18,
24 40:5,6,13,18
41:1,11,13,17 42:3,
17,18,19,20 43:1,6,
10,12,20,22,24
44:2,15,22 45:5,7,
14,15 46:3,15,23
47:2

**those** 2:17 8:14 9:1
16:18 18:5 26:5
31:21 38:21

**thought** 4:10,11 6:2,
12 41:3,4,5,6,8

**thousands** 40:19,21

**threat** 26:14 27:21

**three** 6:12 9:1 12:17
19:15 33:20 38:4,6,
7 41:5

**through** 2:4,8 5:9
11:10 13:5,12 14:15

20:10 21:13 22:10
29:18 32:8,23 34:1
46:12

17:17,21 18:16,20
22:12 23:4 24:13
25:19 27:11 29:3,4
31:9 37:8 39:6
41:7 45:6,24 46:14

**tickets** 14:15

**tier** 25:14

**till** 46:17

**time** 4:16 5:2,4,17
6:4,5 11:18 12:14,
20 16:3 19:17 23:20
24:3 30:11 34:13
43:21 45:18 46:4

**timeframe** 33:20

**times** 9:1,2 33:8

**timestamp** 11:8

**to** 2:2,3,11,16,17,23
3:6,7,9,10,11,14,15,
17,20,21,22,24 4:2,
3,6,7,24 5:2,3,9 6:8,
10,11,18 7:4,5,11,
12,22 8:2,20 9:3,4,
8,11,14,15,16,17,
20,21,22 10:8,19,
20,21,23 11:11,14,
15,16,17,18,19,21
12:5,10 13:5,6,7,14,
18 14:2,3,5,8,11,14,
19,21 15:4,5,6,7,10,
15,16,18,20 16:2,3,
5,6,10,15,21,23
17:10,11,18,19,21,
22 18:8,17,18,20,21
19:5,7,8,13,14,16,
18,20 20:11,14,22,
23 21:4,9,22 22:2,3,
5,6,11,16,17 23:1,
14,15,19 24:4,6,8,
20 25:7,10,12,15,21
26:3,10,11 27:4,10,
12,18 28:10,15,16,
23,24 29:1,4,6,11,
12,13,17,18,20,21,
23 30:13,15,24
31:6,7 32:8,11 33:1,
9,11,13,18,19,20,
21,22 34:1,2,5,6,11,
13 35:2,10 36:1,4,5,
6,8,9,10,12 37:7,13,
15,17,18,21,22,23,
24 38:3,4,9,10,24
39:7,10,16,18
40:10,14 41:2,3,5,
12,13,23 42:5 43:7,

9,11,14 44:7,12,14,
20,24 45:9,17,18,23
46:2,7,17,18,21,22,
23 47:1,2,3,5,9

**today** 10:17,20
11:22 23:1 31:13

**together** 10:19 14:7
36:4

**told** 10:21 31:1,2

**tonight** 2:1,3,7
11:14 20:11 21:21,
22 22:2,7 34:1,2,3

**tons** 41:11

**too** 13:13 14:24 15:5
16:5,9 46:9

**took** 2:11 3:16 13:2
38:3

**tools** 10:4

**Toronto** 26:21

**tough** 2:8 8:18 9:16
10:10

**town** 42:24

**track** 19:13

**tracking** 32:24

**traditional** 20:20
21:13

**traffic** 27:8,9,10,12

**traitors** 18:6 28:3

**transfer** 32:17

**tried** 36:1,8,9 37:13,
15 39:7

**trolls** 4:10 5:22

**truck** 28:16

**true** 20:14

**Trump** 2:13 3:3
12:3 13:17 14:20
15:6 17:5,14,15
18:24 19:12 20:2,16
21:1,18 24:14
30:17,18 32:22

**truth** 31:15,16

**truths** 9:22

**try** 39:16

**trying** 9:22 10:21,23
16:23 18:8 28:10
34:13

**turned** 5:1 6:3

**TV** 10:14

**Twilight** 12:14

**twisted** 20:14

**Twitter** 9:6 10:17,18

**Twitter's** 9:6

**two** 11:22 16:24
17:3,24 19:4,9 26:3
31:12 34:24 36:12
39:19 43:14 44:1,3

---

**U**

**U.S.** 32:7

**UK** 26:20

**unbelievable** 41:14

**unconventional**
26:13

**under** 15:13 30:5

**underage** 15:20
16:13 17:5 19:2
21:14

**understand** 2:18
26:11 44:7 45:21

**understood** 12:13

**unemployment** 5:6

**unique** 25:11

**United** 21:2 22:9
26:14 43:11

**universities** 30:2

**unknown** 38:4

**Unregistered** 15:21

**up** 2:10 4:1 5:6,22
6:6 9:11 14:19 15:6
17:18 18:11 19:3,9
21:11 23:3 27:12
30:3,15 31:6 32:4,8,
11 33:1,14,21 37:11
39:18,19 43:21
46:11,19

**us** 4:23 5:4,11 11:9
13:2 15:10 16:11,
13,16,19 18:4,9
21:7 22:19 23:3,15,
19 25:9 27:12 28:8
29:18 30:2,19 31:7
34:18,24 35:2 36:4
38:1,4 40:5

**use** 5:2 14:12 17:11
22:13 35:13 36:20,
21 38:5,20 39:9
46:15

**used** 11:19 23:1
37:22

**uses** 36:20

**using** 13:2

**usually** 33:8,13

---

**V**

**vacant** 13:18

**vaccine** 6:8

**validated** 19:8

**various** 15:2

**vendors** 9:20

**verification** 14:12

**verse** 5:12

**versus** 29:23

**very** 2:16 3:22 4:16
14:6 25:20,22 30:12
35:18,21 40:17

**Vice** 5:7 24:15

**victory** 13:8 15:15

**VIDEO** 4:23 6:14,
16,18,21,23 7:1,3,4,
6,8,10,13,15,17,18,
21,24 8:5,7,12
10:11 19:6 34:18,23
35:9,13,15,17,20,
22,24 36:1,17,19,22
37:6,9,10 38:9,13,
16,18,19,20 39:5,
12,13,14,21 40:2,4,
8,10,12,20,23 41:1,
4,16,20,21 42:1,2,6,
8,9,16 43:3,5,13,19
44:5,15,19,21,23
45:4,10,12

**violation** 15:14

**virtual** 30:23

**virus** 6:9,10

**volume** 27:8,10

**vote** 12:11 13:17
15:20 16:2,5 18:1,2
24:13,14,16 30:20
39:10 44:8,12

**vote's** 11:10

**voted** 13:15 14:10,
11,17,19 15:2,19,
21,22,23,24 16:1,13
21:8 42:21 44:9

**voter** 19:1 20:20
21:13 37:23 46:4

**voters** 13:18 14:4,

11,18 15:9,21,22,
23,24 16:4,5 45:3

**votes** 12:4,12,20
13:9,11,23,24 14:7,
20,21 15:15 16:12
19:12 20:18 25:15
30:21 35:6 38:14,23
39:4 40:18 41:9
42:22 47:8

**voting** 13:15 19:2,3
21:14 23:10,18
25:16 30:21 35:11,
18 36:14,20 41:7
44:12

**vulnerabilities**
23:11,14,16 24:5,17
29:2 38:23

---

**W**

**wages** 5:6

**wait** 3:22

**Waldron** 22:16,18,
20,21 23:6 25:6,22
26:19 27:2,17,24
28:4 30:7 31:6 32:1,
9,23 33:2

**walked** 3:16 4:4

**wall** 39:19

**want** 2:16 3:9 9:14,
17,21 10:20 11:21
19:5,7,8 20:22 22:2
32:8,11 33:19 38:9
39:10 41:23 44:12
46:22,23 47:1,3

**want-to** 24:20

**wanted** 9:11 37:18

**war** 29:23 30:5

**Ware** 24:11

**warfare** 22:15,23
23:13 26:12,13
30:8,12 33:2

**was** 3:2,3,10,20,21
4:8,9,16,19,20 5:6,
13,14,20,21,22 6:1,
5,7,12 8:22,24 9:10
10:2,18 11:3,5,24
13:8 14:13 15:10,
15,18 17:20 18:3,20
19:10 21:5 22:12
25:23 26:17 27:12,
21 28:8 29:17

30:12,18,20,21
32:3,4 34:23 35:3,5,
7,9,21,23 36:3,7,13
37:23 38:11 39:15
40:6,8,14,15,16
41:2,3,5,12,18 42:6,
11,13,15,20,21,22,
24 43:7,8,9 44:22
45:2 46:21

**wasn't** 34:11 41:22,
23

**watch** 17:19 18:16

**watching** 22:7 26:19
27:8 38:11

**waters** 29:21

**waterways** 29:22

**way** 4:5 20:14 32:20
38:24 45:5

**ways** 23:14,17 24:5
44:6

**we** 2:16,17,20,23
3:7,9,12 4:5,13,21,
24 5:5,9 8:18 10:4,
5,19 11:15,21
12:19,22 13:1,9
14:16,22,24 16:13,
20,22 17:14,15,24
18:14,15,21 19:17,
22,23 20:5,7 21:18
22:19 23:6,10,16,
18,21 24:3,4,11
25:13 26:1,19 27:2,
3 28:5,6 32:8 33:10,
15,16,18 34:1,4,9,
14,18 35:1,3,4,5,13
36:1,2,4,5,6,8,9,10,
11,14,20,21 37:1,
10,13,16,17,20,22
38:1,2 39:7 40:14,
15,16,17,19,23
41:4,5,6,8,10,21,22
42:15,23 43:9,14,
15,16,20 44:13
45:18 46:14,17 47:2

**We'd** 26:21

**we'll** 13:17 14:15
16:8 32:11,19

**we're** 2:2,3,8,9 4:2,7
9:15 10:8 11:16
12:7,8,13 13:6,7
14:5,8,24 15:5,15
17:10,11,15,19
18:7,17 20:7,11

21:6 22:14,24 30:5
33:18 34:1 39:15,22
45:16

**we've** 2:15 16:23
18:3 24:22 25:1
29:3,19 36:17 42:2,
3,17,18,19 45:13,23

**website** 46:20

**week** 12:10 19:20
26:9 32:4

**weeks** 8:20

**weird** 12:7

**Welcome** 2:1

**well** 6:2 7:21 8:12
10:18 11:5,13 12:14
14:23 16:19,22
18:22 19:6 21:17
25:23,24 29:23
31:13 33:3,24 34:23
36:19 38:6,13 40:12
41:18 44:5,12,19
46:10

**went** 3:17 4:6 6:11
11:3 12:9 14:6
19:16 24:12 28:16
30:9,22 32:7 33:14
42:14

**were** 4:11,15,17,24
5:23,24 6:16 10:3,4
11:19 12:12 13:19,
24 14:11,16 15:3
16:7 18:13 19:8,21
22:8,9 23:1 24:10
25:24 26:2,19 27:2,
8 28:12,17,18,19
29:2 30:16 34:21
35:4,5,6,7,11 36:15
37:2,12,17,24 42:4
43:7,9,10 44:14

**weren't** 39:8 40:17
42:5

**whack-a-mole** 18:13

**what** 2:9,13 3:1,20,
23 4:12,13 5:11 6:2,
13 8:8,18,21,24
9:17,21 10:9,20,21,
22 11:14,19,22
12:3,7,9,16 13:6,7,
21 14:6 16:9,16,17,
19 17:14,19 18:14,
15,17 19:8,12
21:17,20 22:3,24
23:3,4,13 24:4,9

27:15,17 28:22
31:6,9,16 32:24
33:4,12,13 34:2,3,4,
14 35:3,4,5,20 36:4,
13 37:3,13,17,22
38:11,22 39:15,21,
22,23 40:6,13 41:2,
3,10,17 42:13,15,17
43:6,8,20,21 44:1,3,
7,15,17,18 45:4,7,
14,20 46:6

**what's** 2:14 8:20 9:2
10:24 34:4 38:21
44:10,16

**whatever** 21:4 22:3,
10

**Whatever's** 18:7

**when** 2:13 3:13 7:22
9:9 11:13 16:22
18:16 21:3 23:16
24:16 26:1,16,17
33:9 35:10 37:20
38:10 40:6,7 44:8

**where** 5:5 6:6 15:3
16:19 17:15,18 20:7
26:4,12 30:11 32:4
38:15 45:8 47:6

**whether** 20:17 41:7
47:8

**which** 4:21 24:1,8,9,
15 29:3 37:14
45:15,16

**while** 2:11 15:9

**whistleblowers**
28:19

**who** 6:6,19 7:10
14:17,18 15:21,22,
23,24 16:2,4,5,6,15,
19 19:21 24:19 25:2
28:16,18,19 30:14
37:7,8,18 45:18

**who's** 22:10 30:24
32:21

**whoever's** 44:11

**whole** 21:5 26:16
33:24 37:24 46:15
47:1

**whose** 22:10 24:24

**why** 7:23 10:21,24
11:22 12:5 13:5
16:11 19:4 20:11
21:10,11,14,15,21

22:5,6 25:13 28:13
33:16 34:12 36:22
37:3 39:23,24 41:22
43:16 46:15

**widespread** 28:14

**will** 5:9 8:5 10:4,6
12:2 22:4,12,23
33:16 34:16 46:18,
19,20

**willing** 6:18

**win** 16:13 20:3

**winner** 17:12 20:4

**wins** 13:17 17:5,15

**Wisconsin** 15:8,14
20:17 25:16

**with** 2:13 5:4,7,17
6:4,9 8:19,24 11:2
13:3 15:2,19 16:8
18:4,5 20:22,24
21:2,12,16 22:7,15,
17,19,22 23:7,8,20
26:7,22 29:18
30:10,21 33:14
34:18,22 35:10,23
37:1,2,7,11,20 38:1
40:22 45:22 46:1
47:9

**within** 33:19 39:17

**without** 14:22 28:2
36:12

**witnesses** 27:18

**Wolf** 30:15,16 31:1
32:6

**won** 12:18 13:9
19:14

**wonder** 28:12

**word** 5:3,17 34:7

**work** 29:4 36:10
42:6

**workers** 15:2

**working** 23:6,20,21

**works** 6:10 13:14
32:20

**world** 2:5 21:19
40:19

**world's** 27:5

**worse** 43:18 44:4,6

**worst** 6:1

**would** 4:18 5:18 6:7
8:3 12:16,17,18,19,

22,24 13:1,2 15:9
17:6,13,23,24 18:1,
2,14 19:12,14,16,
22,23 20:2,3,5,6,20
21:2,18,19,20 23:12
29:16 31:24 32:24
36:23 37:3,15 38:2
39:23,24 40:1 41:5,
6,9,19 44:17,18,20

**would've** 17:9

**wouldn't** 12:15,22
17:7,15,24 18:1
20:7,13 21:19

**wow** 3:14 4:14
11:11,18 25:5 35:24
38:19 39:5,13,21
40:10 41:16 42:8

**wrong** 8:24 16:18
21:1

---

**Y**

**yeah** 2:22 3:9 8:21
22:21 23:6 25:22
28:4 34:14 35:17,22
38:18 41:4 44:23

**years** 35:1

**yes** 21:12 27:2 35:17
38:18 42:7

**yet** 43:15

**York** 15:4

**you** 2:11,12,13,16,
22 3:4,8,16,20,23
4:2,5,12,13,14,17
5:2,12,17,20,21 6:2,
14,19,23,24 7:11,
22,23 8:2,3,4,8,14,
15,16,20,21,22 9:1,
4,12,16,17,21
10:10,12,14,20,22,
23 11:3,21,22
12:10,11,12,24
13:2,4,5,7,15 14:2,
19 15:3,6,11,19
16:10,11,12,14,15,
17 17:3,4,7,14 18:1,
3,11,16,17,18 19:1,
4,5,19,24 20:11,16,
17,20,21,22,23,24
21:2,9,12,17,24
22:2,4,5,11,12,13,
23,24 23:3,17 24:6,
8,9,10,12,16 25:6,

20,23 26:2,9,12,16,
18,21,23 27:6,10
28:1,12,13,17,18,
19,21,23 29:3,8,11,
16 30:13 31:6,10,
13,14,15,17,18
32:1,15,20,24 33:1,
3,4,8,10,13,14,22,
24 34:6,7,8,10,14,
17,21,22 35:10,21
38:10,11 39:21,22,
24 40:4,17,22 41:2,
3 42:4,5,18,22 43:6,
7,9,10,12,22,23,24
44:3,4,6 45:6,14,17,
23 46:5,12,15,19,
20,21 47:1,4,6

**you'll** 15:4 46:10

**you're** 2:18,19 3:1
4:2 6:18 7:1,18,19,
21,22,24 8:1,8 9:18
10:1,7,20 11:14,15,
17,18 13:12 14:24
17:19 18:12,15
20:22 21:7,21 22:6,
18 27:16 29:13
31:16 33:3,7,9,20
34:2,3 39:8 40:20
41:18 44:2,3 45:4,7
46:18,23,24 47:3

**you've** 23:5 30:14
31:3 32:22 34:5
35:20 40:21 42:18,
19 43:6 46:8

**your** 3:8 5:12 8:16
9:19,20 16:11,13
20:17 21:7 27:14
28:23 29:12 36:23
37:3 38:14 39:23
40:1,22

**yourself** 23:4

---

**Z**

**Zone** 12:14