# Exhibit 35

TRANSCRIPT OF THE AUDIO RECORDING OF:


Greg Hunter's USA Watchdog

April 8, 2021

TRANSCRIBED BY: THOMPSON COURT REPORTERS INC.

1           GREG HUNTER:  I'm Greg Hunter welcome to
2    USAWatchdog.com. Well there's a brand new guest and a
3    verifiable headline machine. He's a Christian man. He is the
4    nightmare of legacy, evil of propaganda media. That's why
5    people on USA Watchdog I'm sure will love him. He's being sued
6    for more than a billion dollars. He's coming up with a social
7    media platform that can handle more than a billion people. And
8    he also says President Trump would be back in office by
9    August, and he's come out with all kinds of other massive,
10   verifiable proof of this election fraud, which I won't let go
11   and neither will he, he spent a lot more than I am on it. I'm
12   talking about Mike Lindell, the creator and CEO of My Pillow.
13   Of course he has the Giza Sheets under that moniker, the
14   famous My Pillow, and also the Mattress Topper and all that
15   there, Michael Lindell, thank you for joining us today on
16   USAWatchdog.com.

17           MIKE LINDELL:  Well, thanks for having me on.

18           GREG HUNTER:  Look, I'm gonna start right out of the
19   bat. Wow, this is a big headline. I want to get an update to
20   it, that you think President Trump will be back in office
21   sometime in August. Why? What's the update?

22           MIKE LINDELL:  Well, for one thing our country will
23   probably be ruined by August, if he doesn't get back in there.
24   But it's if everybody knew what I knew and where we're going

1   with this, to get this over the next five, six weeks, to get

2   all the evidence out to the masses where even you know, where

3   it's going to get to the point where if you're a Democrat or a

4   Republican, doesn't matter, you're going to know this was an

5   attack by China on our country. And even the Democrats now are

6   realizing that this isn't the party they voted for, this is

7   socialism and communism. And what I wanted, what we're gonna

8   do is get all this out there and just flood the internet and

9   flood everybody with information and the evidence. And then we

10  get this case before the Supreme Court. I believe, but with

11  what, what what's going to come before them, they're going to

12  have to accept it because it was an attack on our country.

13  There's no statute of limitations on the biggest crime,

14  cybercrime in history. And they're going to have to pull that

15  election down. Now what they do with it, I don't know at that

16  point, whether you have a new election, whether they just give

17  it to the rightful winner, which was Donald Trump, 80 million

18  to 66 million. You know that will be up to them to decide, and

19  what's going to happen then. But I just, I feel but with all

20  this stuff as it, as it goes out, just timewise I think August

21  is a good, is a good date. That's very subjective. I have

22  nothing to back that up other than the evidence I know about

23  and the plan that, that we have in place.

24        GREG HUNTER:  You know, the and I can't talk about

1  this enough, and nobody will bring it up. And this is what is

2  so disgusting, particularly about the Republicans, Kevin

3  McCarthy and Mitch McConnell. They knew DNI Ratcliffe,

4  Director of National Intelligence, who handles 17 spy

5  agencies, put out a report and also told them that that report

6  was coming showing that foreign powers interfered with our

7  elections, including China.

8          MIKE LINDELL:  Right.

9          GREG HUNTER:  And this is from the former Director of

10  National Intelligence, John Ratcliffe, that report actually

11  came out just before the end of the Trump administration, but

12  he was making all kinds of statements about it before you know

13  he briefed the members of Congress. Is that part of what your,

14  your information is all about? I know one of your physicists

15  on there says 32% of the votes are bogus.

16          MIKE LINDELL:  Well, that's a different one that Dr.

17  Frank is on there that's in my new, my new film out so called

18  Scientific Proof. By the way you can watch all these at

19  lindelltv.com. But when we came out with Absolute Proof, I'm

20  gonna backtrack. On January 9, I got this first piece of

21  evidence that I, and I was so excited because this showed that

22  was an attack by foreign countries, which I like to say John

23  Ratcliffe, validated by when he told, told people before the

24  President left office. Well, now we have 100%. What everybody

1   has seen in Absolute Proof of this attack by China and these

2   other entities, other countries. Just, I want to tell you

3   what's coming here. What I've done, the last month, we had

4   people on the ground. And what they did is they validated the

5   IP addresses, the IDs of the computers, the longitude,

6   latitude, the buildings, who did it. We did it for 20 of the

7   China attacks on November 3rd. We have this validated by a

8   third, by a third party. And this is what's going to come out

9   on, an Absolute Interference. And what it shows is just with

10  those 20 attacks, which there were hundreds and 1000s. There

11  were actually 1000s of attacks the night or from November 1st

12  all the way to November 5th, cyber attacks. Well, this attack,

13  just those 20 ones from China, turn all five states, Michigan,

14  Wisconsin, Pennsylvania, Georgia, and Arizona flip it to

15  Donald Trump. All this is gonna come out now on, in our new,

16  our new documentary, which is Absolute Interference. It's

17  going to show that this was an attack by China on our country.

18  This is communism that's come into our country, everybody sees

19  it, you look around you. I told people the other day I said,

20  you know, if you're a college student and went to our colleges

21  in the last two decades, you better wake up because socialism

22  isn't just having a cup of coffee with your friend, and going,

23  oh, this we're being social. I think everybody now recognizes

24  that this is socialism that led to communism. Look what

1   they've done to our country in one year, in just one year. And

2   it this is what this canceled culture, these are what these

3   attacks, the suppression of the First Amendment and free

4   speech. It's horrific what's going on right now. But um, it's

5   all gonna, it's all gonna come out, and it's gonna be amazing

6   we get through this.

7        GREG HUNTER:  Well I, I'll tell you, this is just

8   disgusting. Just to this week, you know, the Secretary of

9   State in Georgia is trying to get people not to look at the

10  ballots. They're suing it's 400,000 ballots with no chain of

11  custody, you brought this up in Absolute Proof in which you

12  did a great job.

13       MIKE LINDELL:  Right?

14       GREG HUNTER:  And then also Arizona, they got a court

15  order, they still cannot look at the ballots. And that's the

16  physical, tangible proof.

17       MIKE LINDELL:  Well, what they don't want you to look

18  at is the machines. To, you know, they don't want to do an

19  audit. It's like, you know, I've been sued by Dominion and,

20  and Smartmatic and Dominion has went on these series of

21  lawsuits and, and these series of threats to people. Well,

22  I've said it before, if I was, and we'll even talk about the

23  ballots, if I was accused of having rocks and knives in My

24  Pillow, I would say, I would bring all the media there and I'd

1  open up the pillows and say look at it's beautiful patented

2  fill. But they're not doing that. They're, they've been hiding

3  and suppressing the truth. None of its, you know, all of it.

4  You know, Brad Rathorford, Rothenberger, whatever, in Georgia,

5  him and Brian Kemp should be put in prison when this is over.

6  The things that people have done, and that have bubbled up and

7  trying to hide this from the public. It, nothing makes sense.

8  You don't hide things, unless you're covering up something

9  very terrible. And they are, they're covering up one of the

10  most evil, sinister criminal acts that this country has ever

11  experienced in history. We have, and all these people that

12  were part of it with your, from your Secretary of State Brad

13  Rothenberger in Georgia, Brian Kemp. I mean, Doug Ducey in

14  Arizona, you know, these guys, what were they covering up?

15  They still want Maricopa County, you're right, it's

16  ridiculous. They have, they even had the audit team teams

17  picked that they went through this process. They've been,

18  they've been pushing back, pushing back for two and a half

19  months, three months, almost now. Not letting people go in

20  there and do an audit. Let's just see if you, if there's

21  nothing to hide. Everybody should want to go and see this.

22  Whether you're a Democrat or Republican. People wake up this

23  is China, is attacked our country. And you know what, in our

24  film, I want to tell you this, in our film, Absolute

1  Interference, we put up, we put footage in there from a

2  documentary called Kill Chain. It was about a year ago. It's

3  an HBO documentary. And in that documentary, there are, there

4  are Democrats. One of them's a Democrat Senator from my home

5  state of Minnesota, Amy Klobuchar. And in there she warns of

6  the machines, if we use these, you can steal an election. They

7  were, the Democrats were very worried that the machines could

8  be used with, with be hacked by foreign interference. And, and

9  this, and the election stole. Well, just because China came

10 in and used the, happened to pick the Democrat Party, which

11 would it but don't kid yourself there were domestic actors

12 here too that helped them. But, but because they're on that

13 side, if you're a reg, if you're a Democrat that's been around

14 for decades, you know this isn't the Democrat Party that you

15 thought you had. And this is terrible and it's, but you

16 know,by, God's got his hand in all this and by it, taking

17 chill now. And we've been able to see the corrupt, the

18 corruption that's out there. You know, all these Republicans

19 that, what was their agenda? You know, you got to think what

20 was their agenda? Republicans that hid, that also hid it and

21 suppressed this. And suppressed audits and judges that never

22 looked at anything. Everyone says, oh that evidence has been

23 looked at. No evidence was looked at, in a courtroom. The

24 stuff that I have did come out till January 9th, some of it

1   came out a week ago. There's no judge or court that's seen this.

2   And when it does get out there, we're just going to have to

3   bring it to the people, bring it to the people and make, we're

4   gonna have to make the US and the world our stage and just

5   dump all the evidence to the people.

6           GREG HUNTER:  Hey listen, John Ratcliffe wrote

7   Congress a letter and [inaudible] this report is coming out.

8           MIKE LINDELL:  Right.

9           GREG HUNTER:  So this is not a cuckoo time, something

10  that just --

11          MIKE LINDELL:  Right.

12          GREG HUNTER:  Mike Lindell knows about. This is a --

13          MIKE LINDELL:  Right.

14          GREG HUNTER:  -- official government report from the

15  Director of National Intelligence John Ratcliffe, who oversaw

16  17 spy agencies.

17          MIKE LINDELL:  That's right.

18          GREG HUNTER:  This is this is absolutely outrageous!

19  And the, the latest you can't look at the ballots, you can't

20  look at the machines. That's what Giuliani said, you can't

21  look at the ballots, you can't look at the machines. You can't

22  look at the ballots.

23          MIKE LINDELL:  Right.

24          GREG HUNTER:  It's unbelieveable!

1        MIKE LINDELL:  And you know when you talk about

2   those spy, that spyware, that's where this evidence has come

3   from. These guys are heroes. These guys that were there on

4   election night that were, that were there with it and actually

5   what watching what was going on. And ex government that people

6   that worked in the government before. These guys are all going

7   to come forward in my next thing there's whistleblowers and

8   everything but these guys put it, it's like having a movie

9   camera of what went on the night of the election so we have

10  all these cyber footprints. We have exactly what happened. You

11  know, all across our country. And I'm sure that's what, you

12  know, the report from John Ratcliffe that was what he was

13  trying to tell everybody, say hey, this is uh, we were

14  attacked by China and other countries and somebody should do

15  something about it. I mean, this is, --

16        GREG HUNTER:  Amen.

17        MIKE LINDELL:  -- I mean this is, you know the

18  Supreme Court when it gets there they're supposed to protect

19  our country. I believe when this all gets there now it'll be a

20  nine zero vote and they'll pull this election down. Everyone

21  says well Mike, they no, they've denied seeing anything before

22  and other judges have and other, you know, throughout our

23  country. Yeah, but they haven't seen this you guys. That's why

24  part of this plan is we're all going to, as we start dumping

1  this evidence like Absolute Proof we're going to just dump all

2  the evidence. Everything that the Supreme Court would have

3  seen with it you know, when they accept this there, they'll

4  have already seen it. And we're gonna get it out there now

5  because we're gonna have the frankspeech.com, we're gonna have

6  that plan for my half Frank [indiscernable] where it's going

7  to go out far and wide to everybody every single day. And

8  there's nothing that your Twitters and your YouTubes and

9  your, and your corruption in the media, your Facebooks,

10 there's nothing they can do to stop it. And all the mainstream

11 media that are the, the attacking leftist media, and all this

12 stuff, there's nothing they're gonna be able to do.

13        GREG HUNTER:  Well, you know, this is funny. You

14 know, in Arizona, they've put in Kelly out there, you know

15 what happens if you find out that there's 345 600,000 ballots

16 said boop Kelly's not the senator because he doesn't get

17 retain his senate seat. What about the whole Warnock and

18 Osoff, a runoff that shouldn't have even happened? And then

19 you find out

20        MIKE LINDELL:  Right.

21        GREG HUNTER:  there's, you know, four or five, 6

22 million votes that oops, all went to Donald Trump, they didn't

23 lose,

24        MIKE LINDELL:  Right.

1      GREG HUNTER:  He probably didn't lose by 12,000, or a
2  little less than that. He probably won by 500,000. And so to
3      MIKE LINDELL:  Well, I actually know the numbers and
4  it was Donald Trump won this election 80 million to 66
5  million.
6      GREG HUNTER:  Wow.
7      MIKE LINDELL:  And we'll have that we will show
8  everybody that. Eighty million to 66 million everyone. And I
9  want to tell you about those senator runoffs in Georgia, of
10 course, the other two won. But I want to tell you some, my
11 prayers were during that run off, because I knew that was you
12 know, it was all rigged with the machines. I was actually
13 praying that they would steal both seats. And here's why. If
14 they would have took one, if they would have only took one,
15 then everyone would have said oh, look at the machines. It's
16 fair, you know, and better and boy we don't we they don't have
17 control the senate, we can hang in there till 2022 and 2024.
18 You know what, there won't be a 2022 and 2024 if these
19 machines are still around, because every single election and
20 down tickets are rigged. They are rigged. And you will see
21 that in the as we dump all this evidence out there. But if
22 they would have just one took one of them, greed always
23 overrides evil, if they would have just took one of them, you
24 would have lost you know, a good portion of people would have

1   said, oh, yep, you know, there's there wasn't any fraud. We

2   just got to do it harder campaign harder next time and do

3   better. Well, you know, that's not true. They by losing both

4   of them, it's way better because by losing both of them, now

5   everybody gets to see and scares people going, wow, there's

6   nothing we can do as as they're destroying our country with

7   the borders. The first thing you get they do and they get in

8   there and say take away a pipeline and thousands of union

9   jobs. Well, that's not very Democratic. Right.

10          GREG HUNTER:  Right.

11          MIKE LINDELL:  You know, all the horrific things

12  they're doing to suppress the First Amendment. They're

13  attacking our Second Amend--, they're attacking all everything

14  we have. The Constitution. And now everybody gets to see that

15  and they're, and they're going, everyone's going to me. Well,

16  Mike, are you going to run for office, governor of Minnesota

17  and I'm telling them, I wouldn't run to be a dog catcher right

18  now. Because you know what, I wouldn't win. Because it just

19  what they put in who they want to win. And they said it, and

20  it's too bad. There's nothing you can do. The only reason this

21  was revealed is because they did they underestimated Donald

22  Trump, and all of you out there who voted. In 11:15, the night

23  of the election, the algorithms broke. Donald Trump was gonna

24  win anyway, in spite of the steal. If they'd have estimated it

1  right, we'd all went to bed at three in the morning, every

2  state would have been turned in and we just said, oh, Biden

3  won. But boy, was it close. We'll do better next time. It was

4  because of those mail-in vo.

5          GREG HUNTER:  So wait, wait, wait. So Mike, so this

6  to your liking the fact they stole those two Senate seats in

7  Georgia, which I think they flip back if the ballots come out?

8  I think the seat in Arizona flips back, but you're liking

9  stole them out. Right?

10         MIKE LINDELL:  Right, right, because everybody was

11 concerned and the whole country was concerned. Otherwise,

12 everybody, you know, it's just like a night of the election if

13 we didn't see all these deviations. Now, that happened the

14 night of the election. By the way, everybody mail-in votes

15 were counted the morning of November 3. They were not counted

16 in Michigan, the night of the the in the middle of the night

17 on the fourth like everybody thinks. So by taking these two

18 Senate seats, though, everybody had concern across the country

19 going, wow, they can do whatever they want now, and we you

20 know, we got to hurry up and get somebody elected in 22 and

21 24. Well, you know what, a if they'd have done it the other

22 way and only stole one of them seats. And everyone would have

23 been complacent, going, oh, you don't want to get them then.

24 But anyway, but now it's brought to light. Everybody's

1   concerned whether you're a Democrat or Republican, this is

2   horrific what they're doing in that whatever's in DC right

3   now, and I don't know what you would call it. But I'll tell

4   you what it is. It's so it's communism. And you everybody can

5   see what they're doing, just because you're a conservative out

6   there. And you have a podcast that maybe it's been taken. I

7   have a friend of mine and he sent out 30,000 emails. And he

8   talked about the election fraud and Google took away his

9   Google Maps and his Google. You know, this is horrific. What's

10  going on out here. The cancelization of our culture. But I

11  want to tell you about down tickets, all the down tickets many

12  many down tickets were stole too; John James won in Michigan.

13  Jason Lewis won in Minnesota.

14        GREG HUNTER:  Yeah.

15        MIKE LINDELL:  And every one said everyone says well,

16  Mike, how come all these congressmen won if this was rigged?

17  Well, there's a reason for that is because never in the

18  history has has this many Congressmen Republican like way to

19  win like that. And then the President loses the top ticket.

20  Once again, they underestimated the votes for all of them. But

21  they had to pump in votes for, for on for Biden, with only

22  Biden on the ticket and no down ticket. And then we have proof

23  that shows this too. So just take Michigan 100 and some

24  thousand votes were injected in the middle of the night with

1   just Biden on it and no down ticket. You know so so you see

2   there's so many different things that was going on out there.

3   But they but you're going to we're going to show you know all

4   these we're not going to stop I mean all these everything's

5   gonna have to be exposed all your down tickets. I don't know

6   what people do. But people there are so many people, your

7   Kathy Barnette in Pennsylvania, she won in a landslide and

8        GREG HUNTER:  Kim Klacik.

9              [inaudible] Barnette.

10       GREG HUNTER:  Also Kim Klacik in Baltimore.

11       MIKE LINDELL:  Okay. Kim be yeah, there's many, many,

12  many across our country where they won their election and they

13  knew it. Kathy Barnette in Pennsylvania, she went door to door

14  and seen who they voted for. And she checked it out. I just

15  see if the person even lived there. It was like 30% of the

16  people didn't even exist. It was disgusting. And what they

17  what they did all the hard work, people go into put into

18  elections. And if you take away that we're all it's over

19  everybody. I don't care if you're a Democrat, Republican, an

20  independent. I don't care who you are. We know when a foreign

21  country when China can come in. And by the way, if you don't

22  think they're using this pandemic against you, you're wrong. I

23  mean, there's so many things that are going on right now. This

24  is it. We have two tracks going one of them, one of them. We

1  have to get this out there far and wide and get this election

2  pulled down. And two, they're trying to destroy our country

3  over here. And the first thing they're doing is take away

4  people's right right to free speech, that First Amendment

5  right, suppression suppression. I know people that had

6  websites, I want to do a shout out to Evil Shop up on Shopify

7  in Canada. They put up platforms. Many many people that just

8  overnight lost their website, Shopify just pulled the rug out

9  from under them. And you think about that these were these

10 were million dollar businesses and they pulled the rug out

11 from under them. Only for one reason they supported our great

12 President Donald Trump

13        GREG HUNTER:  And I want to talk I want to get this

14 out because this is a two. This is, according to what I've

15 seen is a two pronged attack. So you have all this evidence

16 now you need an a platform to put it out, or I believe that's

17 what Frank is going to be. The servers, spend some money on

18 this, the servers say they will handle it upwards of a billion

19 people. Let's talk about your new platform that's coming out

20 next week called Frank, Fr, a n K, correct.

21        MIKE LINDELL:  Right. And it's and you can get there

22 and Frankspeech.com. If you all get there. What we're doing is

23 we're gonna, if you sign up now, between now and Thursday at

24 midnight, you can get a VIP pass for third from Thursday,

1    midnight until we launch the big launch is on the 19th at 9am.

2    What this is it's a think of it as a YouTube, there's

3    nothing like it out there. It's a YouTube Twitter combination.

4    Everyone you see, that's a radio, that's an influencer out

5    there, they're gonna they're coming over. And we're gonna have

6    millions of people. And what it is, it's the safest platform.

7    I have put million dollars into the safety of it. Well, first

8    of all, it's been four years and these guys have worked on

9    this the technology-wise, when I put when I when I put out

10   Absolute Proof, it was able to withstand 50,000 people a

11   minute coming on to watch it. And 150 million people have seen

12   Absolute Proof. Now what we've doing, when launching this I've

13   spent the last four weeks, by getting servers all around the

14   country, my own, I own them. Getting cloud so we have so

15   we're protected where we don't have to rely on Amazon, or your

16   Googles, or your Apples. You don't have to rely on Apple,

17   you're gonna get an app, I think for your phone, your icon,

18   it'll be right there when you sign up. I took all of these

19   platforms out of the picture, so they don't shut us down

20   because we're going to be attacked by like, you've never seen

21   an attack coming. But I'll tell you what, I spent an extra

22   couple million dollars just just last week because I could

23   have launched a little bit earlier. I said, you know, what, is

24   there anything else? I asked all these geeks? These IT guys.

1   They said, can you is there anything else that we could get to

2   even protect us more? Overprotect us? Well, you can do this,

3   or you can do that. I said, you know what, give me two of

4   them, one of them, three of them. So we have a psychic

5   protection, if we get if we get busted through now, they don't

6   make the stuff to you know, they would have to be something

7   that that I that I couldn't buy that doesn't even exist. So

8   it's gonna be amazing. And when we launch on April 19, at 3am,

9   I mean, I mean at 9pm or 9am, when we launched at 9am, I'm

10  going to, we're going to have what's called a Frankathon, I'm

11  going to be I'm going to go live. I'm going to live stream

12  from that. And for 12 hours, and we're going to talk the first

13  day, we're all going to talk about what's happening to our our

14  First Amendment rights, because My Pillow this week is also

15  going to sue, Dominion and Smartmatic for and it'll be the

16  biggest First Amendment rights lawsuit ever. Alan Dershowitz

17  is involved with my team of lawyers. And he said, it's gonna

18  be the most one of the most important cases in history,

19  because of what they're doing to our country, no matter who

20  you are. Now, when we launch on the third, that'll be all

21  talking about that on the third. But we're also going to show

22  that piece of evidence I talked about earlier, which was

23  China, the 20 attacks, which flipped five states.

24        GREG HUNTER:  Stop for a minute the third, the third

```
 1   of what? I thought it was next week.
 2           MIKE LINDELL:  I mean, sorry. It's the 19th
 3           GREG HUNTER:  The 19th. The 19th. I'm sorry, I don't
 4   get it. No.
 5           MIKE LINDELL:  No, no, no, no, I
 6           GREG HUNTER:  I want to make sure your message gets
 7   out correctly. So the 19th is when this is gonna happen.
 8           MIKE LINDELL:  April 19.
 9           GREG HUNTER:  Okay.
10           MIKE LINDELL:  At 9am
11           GREG HUNTER:  Yep.
12           MIKE LINDELL:  Is when we're launching
13   Frankspeech.com
14           GREG HUNTER:  Got it.
15           MIKE LINDELL:  Go there early, get your app, get your
16   everything set up. And and when, from that day from 9am to
17   9pm. I'm going to be live. And we're going to talk about the
18   our First Amendment rights. Well in the lawsuit that My Pillow
19   is going to launch this week against Dominion and Smartmatic
20   and, and that and then the next day, then the next day we are
21   we are launching, on Frank and to the world, Absolute
22   Interference. You guys watch this. And I'll tell you, every
23   single person on the planet that watches it will say, wow
24   China attacked our country, and this election needs to be
```

1   pulled down. And we need to we need to do something now. And

2   we're going to show things that have never been seen before.

3   We have we have people that are going to be their faces

4   covered like in the movies you see? Because they're going to

5   be whistleblowers. We have stuff and we're going to dump

6   evidence every single day for weeks until everyone's everyone

7   when you go to your neighbor. You don't even ask him what what

8   political agenda or political party he's with. You say hey, do

9   you think this election was taken by China? He's going to go

10  absolutely 100% it was. And then by that time we get to there

11  by the time it gets to the Supreme Court then all nine of

12  those justices they're people too. And they're gonna go, yeah,

13  it'll be a nine zero vote. What are we going to do now though?

14  That's what they'll say. Well, we know what happened. But now

15  what do we do? So at that point, they're gonna they're gonna

16  have to come up with a plan and or people will this country

17  will, but we need to, we need to protect ourselves now. And

18  and for what happened to our country because this was an

19  attack. This is a, you know, quite frankly, from China. It's a

20  it's one of the biggest cyber attacks and attacks in the

21  history of our planet, because there is no if we don't get rid

22  of the machines, everybody knows, I don't care what who runs

23  for what, you just be wasting your money on an election.

24  Because you know what, if those machines are in place, no

1    one's gonna win that you want to win. Whoever they want to win

2    will be the person in charge. You might have some Republicans

3    win, but that maybe they're corrupt. You know, you don't know

4    that. There's so many corrupt politicians out there. One thing

5    I've learned everyone in politics, I didn't know anything

6    about them. When I made met our great president, Donald Trump,

7    in the summer of 2016, private meeting, walked out there go

8    this is the most common sense, businessmen. Problem solution,

9    and he knew what it would manifest to help the people. And I'm

10   going and I went back to Minnesota, I said, I did a press

11   release said this guy is going to be the greatest president

12   ever. But all this I was attacked and attacked. And what's

13   what I've noticed, though, over the last four years, that when

14   I just dove into, you know, helping, helping, you know,

15   meaning different politicians, or politicians, well, here's

16   what I've noticed. All of them, I would say 90, some percent.

17   There's a handful, but they're 90, some percent either have a

18   political agenda, where they're making decisions based on

19   their party, not to help the people, or they have a personal

20   agenda, just to help themselves, to not make good decisions to

21   help themselves. Or they're compromised, or they're, quite

22   frankly, a crook. So then you have this handful over here,

23   including President Donald Trump, that actually did stuff

24   where their only agenda was to help the people. To benefit all

1   people. To help our country as one. And that's, we got to get

2   back to that. And that will come after we've let's get our

3   election pulled down. And then when we go to elect politicians

4   with paper ballots in the future, with no machines, then we

5   elect people that actually have our country, our people's

6   back, rather than rather than what we've seen happen now

7   because they've all exposed themselves. I mean, from your

8   Brian Kemps to your, Brad Raffenspergers to your Doug Duceys.

9   You're looking at all the governors like the governor of

10  Minnesota, the governor of Michigan, the governor of

11  California, New York. I mean, the list goes on. I just can't

12  believe that these people. It's like a whole 'nother world of

13  terrible individuals that are out there. They shouldn't even

14  have a job. You know, they shouldn't be I don't know what job

15  they would ever get. Because if they wouldn't be in that, in

16  that arena of corruptness.

17          GREG HUNTER:  You said that I I covered the election

18  night I saw him winning at 10:30. You know, even Karl Rove

19  called the president around 10:30 and said, well, you won. Of

20  course, he won. But people like well, you didn't win. Yes, he

21  won. He wasn't sworn into office. I refuse to call Biden the

22  president he's still VP Biden.

23          MIKE LINDELL:  Yes, Absolutely.

24          GREG HUNTER:  But here's where I wanted you to get a

1   comment on. Because I've said this. And I've said I said you

2   know, because there are big numbers of Black voters he stole

3   their votes, who couldn't let them leave the thought

4   plantation. Latinos, and also big numbers of Democrats in

5   general. Do you think big numbers of Democrats voted for

6   Donald Trump? Is that what your that what your information is

7   showing?

8        MIKE LINDELL:  The information is showing it across

9   the board more more of every every person voted for him than

10  it shows out there. They didn't just take it from one from one

11  race or one or one area whether it was Republicans, more

12  Republicans voted for him and did and more and more Democrats

13  did, more Blacks did, more more Latinos did. Across the board.

14  When you take it without with that race what they actually lied

15  and said it was 80 million to 75 million. With Biden winning.

16  The real totals, everybody, and we got this is all gonna come

17  out. You're gonna be able go state by state 80 million for

18  Donald Trump to 66 million for Biden. Think of all the

19  millions. I mean, you have layers he got more more of the

20  Black vote than any president in history. More of the

21  Hispanic, more of the, you know, they talk about the suburban

22  housewives, you know, whatever. They all voted more everybody

23  voted for him. I mean, this and this is every state if you're

24  a state. We have 100% proof and when you watch, if you watch

1   scientific proof in there, the state of Ohio, everyone's going

2   yeah, Donald Trump won, you know, we were good. We voted for

3   him. We got about seven or 8% whatever it was. Donald Trump

4   actually won Ohio by 15%. So every state that thinks that they

5   were part of this. You go to you go to Texas, Texas is going

6   well we didn't use Dominion machines we we knew they were

7   corrupt. Well, you use ES&S machines you used other machine.

8   And yes, Texas your vote was taken just like everyone else.

9   You just,

10        GREG HUNTER:  Wow.

11        MIKE LINDELL:  You know, it's just down a layer. So

12  there were politicians down tickets that lost because of this.

13  You know, you've got states like Florida, just double Iowa,

14  what do you win by 5%, Iowa about eight and a half or 9%. So

15  this stuff was done across the board. They just didn't want to

16  take it all in one state. They wanted to spread it out this

17  big steal. When you set this spyware, the stuff that went on

18  these algorithms. It was set you set it so you let's say you

19  want someone to win by 4%. Well, you set you set it and forget

20  it. It's kind of like you know, and all the massive computer

21  does it itself. So anybody out there and you want to win a lot

22  of this stuff, they set the win high enough, where because if

23  you win by a ton, then they're not going to do audits. You

24  follow me? They're not going to do any audits, then they're

1  gonna go well, he won by this much. That's what they tried to

2  do in Michigan. They dumped hundreds of thousands votes in the

3  middle of the night in Michigan. They just put put three fobs

4  dumped them in. Are you kidding me? You can't put them in a

5  computer that fast. This was a joke. Arizona took seven days

6  to count the last 1% because Maricopa County Donald Trump

7  would have won by over 80,000 and it was there he really won

8  Arizona by hundreds of thousands. But at that point, he was

9  gonna win Arizona just with the last 1% he was gonna win by 70

10  or 80,000. Why do you think they don't want to show Maricopa

11  County if they what do they have to hide? Why are these county

12  commissioners why are these county supervisors blocking it?

13  Four of them are Republicans and one Democrat there's no

14  logic. But you know what? I guarantee you there's probably

15  they're either they were part of it or they've been

16  threatened. When people get threatened going, hey, you're

17  living with a pretty nice family. I'm not saying that happens.

18  But I'm telling you I have heard that that's happened other

19  where in this country wait till we start dumping the threats

20  that came down. The threat there was a gal in Michigan and she

21  had to certify the vote, she got pictures sent to her of cut

22  up mutilated children and, and said this could be your

23  grandkids or this could be your daughter I guess it was. These

24  are horrible things. The biggest cover up, we're going to come

1   out with another film, on a couple three two three weeks,

2   called Absolute Cover Up. Then you're gonna see stuff you've

3   never seen before. I want everybody to know, I have spent a

4   lot of money hiring private investigators. I'm out there

5   investigating everything. Who hires the bots and trolls that

6   attack us all? Who went on why does YouTube take this down?

7   Why does why does Wikipedia evil Wikipedia and evil LinkedIn

8   you know who's behind these companies? And why are they all a

9   part of this? We're going to find that out everybody. And you

10  know, when those bots and trolls attack the retailers of My

11  Pillow, and and they all started canceling out because they

12  don't realize they're not real people. They're they're robots.

13  They're out there. People sit in a room and attack you. But

14  there's groups behind that, like Sleepinggiant.org that are

15  hired, they're like hired hitmen. They go out there and

16  destroy businesses and destroy people. And why does Jack

17  Dorsey on Twitter allow these people on his platform to do

18  that and to coyotes they said that on his platform that are

19  human trafficking across our southern border. But yet, good

20  people out there patriots you say one thing about the vaccine

21  you know or you talk about the machine election fraud or you

22  talk about the borders you say something that this

23  administration is doing wrong and you get taken down. Facebook

24  same way. Mark Zuckerberg I mean these guys these two guys I

1 mean I really believe that they were both part of this and I

2 believe that they're when this is all done they both end up in

3 prison unless they keep hiding out overseas like I heard Jack

4 is. But you know, this is horrific. What these guys have done,

5 these leaders of these, these Silicon Valley groups that are

6 you know, all these platforms that are you know, why are they

7 doing this to our country? Why are they doing this to the

8 people in our country, they had all our information. We all

9 knew it was dangerous for years to give all these informations

10 to these monopolized platforms. Well now look what they're

11 doing to us. When they could turn off Shopify can turn off

12 people's website, Google can destroy a person at will boom,

13 you know how deep is this going to go? We need to get our

14 country back now. I don't care who you are out there, Democrat

15 Republican, do your research. Go to Lindelltv.com. Watch

16 Absolute Proof. I didn't just put my thing out there and my

17 whole risk everything I have, my company and everything

18 because I'm not right. I did my due diligence it's not like

19 I'm its hearsay that I'm hearing other people say it. I went

20 out there myself and for I have not been home for months. I

21 can't go back there be too risky for my, you know, my families

22 and stuff because I know what's happened to other people's

23 families that are that are out there speaking out. So you

24 know, do I miss my family? My grandkids, my niece and nephews?

1  Absolutely. But we've we're in this, we're all in this.
2  Something's got to be done now. It's I don't even have a
3  company. If we if we just let this go and say, oh, the
4  election, we'll get them next time. There is no next time.
5  These machines have to be gone. That's, that's for sure.
6  You've been getting this election down. But the machines have
7  to be gone. They'll just they will. These things are the most
8  evil tools ever.
9      GREG HUNTER:  I got lots of questions. Listen, I was
10  going to run a weekly news wrap up but I'm not I'm going to
11  put this on as soon as I can. And I'm going to let it roll.
12  And it's going to be my program just to let people know
13  programming. No, no weekly news wrap. I got a lot of questions
14  for you. You lost millions of dollars. Newsweek's reporting
15  you lost $65 million. I don't believe any of these legacy
16  media people, and they take such great joy you being
17  destroyed, because they're certainly not going after your
18  information. They're going after you and trying to destroy
19  your company, did you lose $65 million that you can't replace?
20      MIKE LINDELL:  Well, this is what this would be. All
21  the ones that dropped this over the next year, that would be
22  about 65 million.
23      GREG HUNTER:  Wow.
24      MIKE LINDELL:  But now, I but we will do things to

1   to, you know, the public has responded. You know, I mean,

2   everyone out there has just, you know, buying direct from My

3   Pillow. And so and we're trying other, you know, other

4   outlets, we're doing radio and podcasts have went up. So, you

5   know, we're hoping to make that money up. But as of now, if I

6   didn't do nothing to if I did nothing right now, to make that

7   up. Yeah, we would lose that much. And, you know, it's, this

8   is the cancel culture world we're living in, and it's very

9   sad. But my employees, thank each and everyone out there,

10  they've all been busy. And, you know, we haven't had to lay

11  anybody off. And now there's 2500 people with families. And

12  they're both Democrats and Republicans. I have every single

13  my, you know, minorities, major-norities, whatever you want to

14  call every walk of life in my company. We're like a big

15  family. And we we've been attacked before so we'll you know,

16  like I say we we know we'll get through this. But what a

17  shame. I want to say it one more time. What a shame that

18  Dominion, sues My Pillow. And they sued Mike Lindell

19  separately, but they sued My Pillow also. What how shameful

20  they should be. Not only that, they're, you know what they did

21  to our country them and Smartmatic, let's not forget

22  Smartmatic, they're like the mothership of this. And for not

23  only being involved in the biggest crime against our country,

24  probably in history, well it will be in history of because it

1   affects every person, but then they go and attack a company

2   that had nothing to do with this. These. By the way, My Pillow

3   employees have stock. They're the ones that held the stock in

4   My Pillow. I have 51% but the rest are employees that have

5   stock and stuff that have earned their thing and they're

6   destroying these guys, these families. How shameful.

7   Absolutely shameful.

8        GREG HUNTER:  I got you go good, good, good. Listen,

9   I got more to ask you about about these lawsuits. I you know,

10  you got Alan Dershowitz one of the best lawyers, and a huge

11  Democrat and he says he is.

12       MIKE LINDELL:  Yeah. Yeah.

13       GREG HUNTER:  What what kind of things have you

14  you sit down with Dershowitz you say, okay, so Dominion's

15  suing me, and then we're gonna sue them. What kind of stuff

16  does he say he's got to be licking his chops over this?

17  You've got to just, I mean, this is no small time lawyer, Alan

18  Dershowitz.

19       MIKE LINDELL:  Right.

20       GREG HUNTER:  What's he saying to you?

21       MIKE LINDELL:  Alan's involved in he's not there's

22  two different things. Like Mike Mike Lindell's gonna go after

23  Dominiom with all the evidence from the the election fraud. My

24  Pillow. He is when we sue them next week. This is where Alan

1  gets wants to get involved. And in I did hire him on to be

2  with my other lawyers. He is all about he says it's the most

3  important free speech First Amendment violation what they did

4  using lawsuits to threaten and bully people. He said that has

5  not happened since 1800. It was 1798 when they did this

6  against newspaper outlets. This is what he was telling me. He

7  said it's going to be the most important lawsuit in history of

8  the First Amendment for the rights of free speech. So he is

9  very he's very concerned and you're right he's a Democrat. He

10  said, Mike, we may never agree on politics, but he says every

11  person in this country should be concerned about this lawsuit.

12  This with our First Amendment right of free speech.

13       GREG HUNTER:  Wow. Um, you I don't want you to

14  disclose anything here. But uh, you are in fear for your life.

15  Is that a, is that a fair statement? A fair question?

16       MIKE LINDELL:  Well I'm just I'm being careful. I'm

17  not going back to Minnesota I want everybody to know that.

18       GREG HUNTER:  Have you been sort of physically

19  threatened though?

20       MIKE LINDELL:  Yeah well it depends what you call you

21  call people up do they say I'm going to kill you tomorrow? No.

22  I had been when I used to owe money to the mafia back when I

23  used to bet football and all and they come out to break my

24  legs every other day back in the 80s, it's very similar to

1   that. There's you

2           GREG HUNTER:  Wow.

3           MIKE LINDELL:  They say stuff out there. Bots and

4   trolls have attacked. People have called my phone number I

5   don't know how they get it with threats. We have had threats

6   of you know to you know you're living with a pretty nice

7   family things like that. I mean there is that a threat?

8   Absolutely. You know, you know so it's so it's very it's very

9   dangerous and I'm not gonna say who did that. I have private

10  eyes investigators they're investigating all those things. And

11  when we do get some we've caught a couple people that actually

12  were real people that when I turned him in and they actually

13  got to him that just a couple nut jobs. But the fear is the

14  ones that are out there that are behind all this because

15  they're very evil. And when you do a crime of this magnitude,

16  I don't think they care too much about anybody because they

17  certainly don't care about our country and what they're doing

18  to the world and to the United States

19          GREG HUNTER:  Wow you have really stood in the breach

20  here and and taken some some shots. Money wise, fear wise, you

21  know, can't live in your house. I wanted to bring up the

22  President I don't know how much you can tell me do you talk to

23  the President on a regular basis?

24          MIKE LINDELL:  No, no but when I when I'm down in

1    Mar-a-Lago I you know, and when I do get down there he says

2    hello and we've talked. His his thing is he's very concerned

3    about what where our country will be like in a year or

4    whatever. He said the last time I talked to you said you know,

5    we can't wait we can't wait till 2024. We have to something's

6    got to go now because they're destroying our country. And you

7    know, so there's so many people out there that you know, I

8    just want you know, people get involved in you know, we got to

9    find out you know, what we can do with lawyers. I have the

10   Lindell Legal Offense Fund I'm starting where we can hire

11   lawyers all over the country to go after things that's coming

12   out of Washington. Can we can stop them and and bring these

13   things to court as the people so they can't do things that

14   executive orders that are destroying are going to destroy us

15   before we can get this pulled down. But the President's very

16   President Trump is very concerned. And he's he's not he knows

17   how fast things are getting destroyed right now. And he's he's

18   very encouraging always encouraging to me, Mike, man do you

19   got out there. He goes, he goes you're just doing this to help

20   your country I said what about you sir? You know he's amazing

21   you know, he's uh and he's uh, he works every day all day long

22   and he and I can tell people that he's still he's still

23   working all day come you know, with plans. What do we know

24   from the stuff he's doing to set you know this thing seems set

 1   up down there his new office and the things he's doing is

 2   great.

 3           GREG HUNTER:  These the media companies wow. Do you

 4   find that the mainstream media as I said I worked at ABC News

 5   I worked at CNN I don't that they look like companies that

 6   were that are in some dreamland. Because I couldn't get away with

 7   this stuff that they're doing now. I mean it really it's not

 8   just the the reporters forget that. Forget Jim Acosta he's a

 9   rube.

10           MIKE LINDELL:  Right.

11           GREG HUNTER:  It's editorial are you finding that the

12   the the people at the top of these companies which like to

13   make fun of you. Of course they won't they won't actually come

14   straight on and say okay, oh, you said this this this this

15   about the election fraud that's all a lie. They won't do that.

16   They make fun of you like you're some kook. If you find? Is

17   that what you find? Tell me about your experience with

18   mainstream media.

19           MIKE LINDELL:  Well the mainstream media and they up

20   until from January 9 to February 4, I was at the top of the

21   news every single day something. Mike Lindell lost his

22   Twitter. Mike Lindell is getting boycotted. And they even the

23   mainstream media would talk about that. And by the way, I give

24   them all my direct phone number. So Jim Acosta, all of them,

1   The New York Times, The Wall Street Journal, The Washington

2   Post, they all have my direct number. And they called me every

3   day for comments. And then I said they mocked me on Saturday

4   Night Live and Jimmy Kimmel made fun of me. And everybody

5   made fun of me. Well, I said wait till February 5, when I drop

6   the evidence you guys wait till then. And February 5 came and

7   it was crickets. Nobody called, they didn't write. It was nothing in

8   the show.

9           GREG HUNTER:  Is this Absolute Proof?

10          MIKE LINDELL:  Yeah, this was Absolute Proof.

11          GREG HUNTER:  Okay.

12          MIKE LINDELL:  From that drop. Nobody called. I was

13  attacked by Google. I was attacked by Wikipedia, everything.

14  YouTube, Vimeo. It didn't matter. But 150 million people seen

15  that. Now, I didn't hear from the mainstream media. I didn't

16  hear from anybody until Dominion finally got off their butts

17  and sued me. I kept saying come on Dominion, I want you to sue

18  me. So then I could come back and show everybody, all the

19  evidence. See, it would be a lot easier to do. In fact, the

20  day the day they did it. The first reporter that call me, they

21  called me all morning long. I said, did you watch Absolute

22  Proof? And they go, No, I didn't. I said you should be you're

23  a shameful reporter. You didn't even bother and watch it on

24  February 5, but yet you call me and ask me comments, about Dominion

1   suing me. I said, you ought to be ashamed yourself. I made

2   each and every one of them go watch that before I would give

3   them comments. It was like it was like herding cats. You go

4   watch Absolute Proof, the short version at lindelltv.com.

5           GREG HUNTER:  Wow.

6           MIKE LINDELL:  All of them. All of them had to watch

7   it. Then they came back and I said to the first reporter I

8   think it was from the New York Times she's going well Mike,

9   Dominion's suing you for one point some billion dollars. And

10  they said, yes, it's a great day for America. That was my

11  cheer, because I knew then they fell for it. And I could now

12  show the world with my go after them and show all the

13  evidence. I can depose them there. It's all coming out. And I

14  don't even need that I already had it all. They say Mike, go,

15  you're gonna get prepared for court. I was ready to go that

16  day. I've had all this evidence. You can't sue someone for

17  defamation, if you're not defaming them, if you're saying,

18  here's what they did to our country, and I have the evidence.

19  I mean, that's like, it's like playing poker saying I had the

20  winning hand. You got a royal flush, and they get all their

21  going. No, you don't have a royal flush. Okay, we'll see.

22          GREG HUNTER:  I also want to talk a little bit. I'm

23  sorry, I'm holding you over.

24          MIKE LINDELL:  Yeah, I got I got to get on this.

1        GREG HUNTER:  Last thing last question. As you want

2    you to promote this, you're gonna have another story, another

3    film about the cover up a whole separate thing. So you can do

4    that as well.

5        MIKE LINDELL:  Yep. Yep. We have Absolute

6    Interference coming out, then we're gonna have Absolute Cover

7    Up coming out.

8        GREG HUNTER:  Okay. Mike Lindell, the inventor and

9    the CEO of My Pillow. Mike Lindell I'll put up the links to

10   your site, your your sales page. I don't care whether you've

11   made because you're spending money on this. I'll put up that

12   Mike Lindell, thank you very much for joining us today on

13   USAWatchdog.com.

14        MIKE LINDELL:  Yeah, yeah, thanks. If you put it up,

15   you can use ml 33. And everybody can save a lot on the website

16   up to up to 66%.

17        GREG HUNTER:  Oh, ML33 is the code you want to buy

18   your sheets, your pillows.

19        MIKE LINDELL:  Everything. Yep, you get discounts

20        GREG HUNTER:  Okay.

21        MIKE LINDELL:  Great discounts. It'll help my

22   employees and God bless you.

23        GREG HUNTER:  Okay. Are there you go?

24        MIKE LINDELL:  Yep. Thanks. Thank you.

1          GREG HUNTER:  Oh, hey, thanks a lot, Mike. Mike

2    Lindell, the CEO of My Pillow. Thanks for joining us today on

3    USAWatchdog.com. I really appreciate it.

4          MIKE LINDELL:  Thanks a lot, Greg. God bless you.

5    Thank you.

6          GREG HUNTER:  Yes, sir.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    TRANSCRIBER'S CERTIFICATE

2

3     I hereby certify that the foregoing pages

4     are a true, accurate, and complete transcript of the

5     proceedings transcribed from a copy of the electronic

6     sound recording to the best of our knowledge and ability.

7

8           IN WITNESS WHEREOF, I have hereunto set my hand on

9                 this 4th day of October, 2021.

10

11

12

13           _____
             James Lonergan
             Production Manager
14           Thompson Court Reporters, Inc.

15

16

17

18

19

20

21

22

23

24                     THOMPSON COURT REPORTERS INC.