# Exhibit 39



Subscribe

US MARKETS CLOSED   In the news

Dow Jones +0.05% | Nasdaq -1.26% | S&P 500 -0.32% | TSLA +1.84% | FB -1.39% | BABA -2.31%

HOME  >  POLITICS

# Here's what happened at Mike Lindell's cyber symposium, from him storming offstage to Bolsonaro's son giving him a MAGA hat signed by Trump

Grace Dean  Aug 15, 2021, 3:30 AM

  



◁ HOMEPAGE    Subscribe



**Mike Lindell is a leading promoter of baseless voter-fraud conspiracy theories.** Jabin Botsford/The Washington Post via Getty Images

**Mike Lindell just held a 72-hour voter-fraud "cyber symposium" in Sioux Falls, South Dakota.**

**Speakers included Ronald Watkins, Steve Bannon, and the son of Brazilian president Jair Bolsonaro.**

**Here's what happened.**

See more stories on Insider's business page.

HOMEPAGE     Subscribe

### Lindell said the event would prove his voter-fraud theories

**Lindell is a staunch Trump supporter.** MANDEL NGAN/AFP via Getty Images

Mike Lindell, a leading promoter of baseless voter-fraud conspiracy theories, has

 HOMEPAGE         Subscribe

This culminated in the MyPillow CEO holding a 72-hour "cyber symposium" in Sioux

This culminated in the MyPillow CEO holding a 72-hour "cyber symposium" in Sioux Falls, South Dakota, between Tuesday and Thursday.

Lindell claimed that he had 37 terabytes of information related to voter fraud to reveal at the cyber symposium, which was livestreamed on his website, Frank. He said he'd give $5 million to anyone who could disprove the data, provided they attend the event in person.

## The event featured controversial speakers, as well as a documentary played on repeat

[ HOMEPAGE    Subscribe ]

**Steve Bannon spoke at the event.** Grace Dean/Insider

Speakers at the event included Steve Bannon, as well as the son of Brazilian President Jair Bolsonaro.

**Read more:** *The MyPillow guy says God helped him beat a crack addiction to build a multimillion-dollar empire. Now his religious devotion to Trump threatens to bring it all crashing down.*

And in between speeches, attendees watched a series of videos. This included watching the same conspiracy theory-filled documentary four times on Tuesday, Salon reporter Zachary Petrizzo said.

*CORRECTION: An earlier version of this article incorrectly stated that Raheem Kassam spoke at the event. He instead attended the event in his capacity as a journalist. We apologise for the error.*

< **HOMEPAGE**                                                                                                    Subscribe

## Jair Bolsonaro's son gave Lindell a MAGA hat signed by Trump

**Eduardo Bolsonaro gave a speech at the event.** Grace Dean/Insider

[Eduardo Bolsonaro](), the son of Brazilian President Jair Bolsonaro, [gave Lindell a "Make America Great Again" hat he said was signed by Trump,]() on Tuesday.

The hat was signed "to Mike, a great patriot," Lindell said, adding, "Thank you, Mr. President, our real president."

Bolsonaro then gave a speech about voter fraud in Brazil. Jair Bolsonaro has

〈 HOMEPAGE                                                                                             Subscribe

## Lindell once against blasted Fox News

HOMEPAGE    Subscribe

Lindell was formerly one of the biggest advertisers on Tucker Carlson's show. Fox News; Jabin Botsford/The Washington Post via Getty Images

Throughout the event Lindell slammed multiple news outlets – including another attack on Fox News where he implied that he wouldn't trust the network to report the weather.

"I said the other day they should be a weather channel," the MyPillow CEO said Tuesday, per The Washington Times. "And the next day I changed my mind because they wouldn't report an oncoming storm."

Lindell has clashed with Fox News several times over the past few months after the outlet stepped up its content moderation and refused to cover some of his debunked theories about the 2020 presidential election.

This culminated in Lindell pulling MyPillow's advertisements from Fox News last month after it refused to air ads for his cyber symposium. Lindell was formerly one of the biggest advertisers on Tucker Carlson's show.

A spokesperson for Fox News told CNN that the network hadn't sent a reporter to cover the symposium.

Lindell invited a reporter to interview him on stage, before called him a "cancer"

HOMEPAGE               Subscribe

**Lindell ranted about a Salon reporter from the main stage.** AP Photo/Manuel Balce Ceneta

But Fox News wasn't the only outlet in the firing line.

Lindell has repeatedly sparred with Salon reporter Zachary Petrizzo during interviews, phone calls, and livestreams.

After ranting about Petrizzo's work on stage Tuesday, including calling his articles "hit jobs," Lindell texted him later that night inviting him for an interview.

"Zach go write your garbage, and then we will interview on stage," the text message

HOMEPAGE    Subscribe

But on Wednesday, Lindell took back the offer.

"Lose my number. You are a cancer to our country," he texted Petrizzo, before calling him "insane."

Insider viewed screenshots of the messages.

## Lindell fled the stage after a judge ruled Dominion could proceed with its lawsuit against him



HOMEPAGE                                                                              Subscribe



Lindell rushed offstage when news broke that the $1.3 billion defamation suit voting-machine company Dominion filed against him would go ahead.

Lindell attempted to have the defamation lawsuit dismissed, but a US district judge ruled on Wednesday the suit could proceed in full.

"After news emerged at about 6 p.m. on Wednesday that his attempt to have the lawsuit dismissed was unsuccessful, Lindell was seen on video getting off his seat and rushing off the stage abruptly, disappearing behind a dark curtain," Insider's Cheryl Teh reported.

The livestream was instead replaced by a video reel showing articles about voter fraud, alongside an image of Lindell hugging a pillow.

‹ HOMEPAGE                                                                 Subscribe

# A reporter was reportedly removed from the event — but snuck back in

**Lindell's security frog-marched the reporter out of the event.** Drew Angerer/Getty Images

According to Salon's Petrizzo, a reporter from far-right outlet The Gateway Pundit was "frog-marched" out of the event Wednesday afternoon.

Petrizzo told Insider that the reporter has been "super rude" and "very aggressive" towards another journalist. Petrizzo said the Pundit reporter also shoved a camera in his face and surreptitiously recorded his laptop.

< HOMEPAGE                                                                                           Subscribe

## Lindell said he got attacked and claimed Antifa was trying to infiltrate the event

**Justin Baragona**
@justinbaragona

So the last day of Mike Lindell's "cyber symposium" kicks off with him claiming he was attacked outside of his hotel and that outside forces are infiltrating the event.

"So this is this is a typical, um, insurrection type activities. This is part of the colour revolution."

Watch on Twitter

< HOMEPAGE

Subscribe

461 225 Share this Tweet



Tweet your reply

Lindell said on Thursday morning that he had been attacked on Wednesday night when he got back to his hotel room.

A Sioux Falls Police Department spokesperson told The Associated Press that his officers had taken a report about an assault at a hotel near the symposium at 11.30 p.m. on Wednesday. They did not say whether Lindell was involved in the incident.

Retired army colonel Phil Waldron said that they had received "credible threat warnings" around two weeks beforehand, and that they had "somebody working in the crowd ... detecting threats."

He added that there were "really radical folks outside trying to penetrate" the event and that attendees were exchanging press badges in the parking lot.

"The big end game is to discredit all the legislators who have had the courage to be here," Waldron said. "They're obviously trying to subdue the message that Mike's trying to get out."

"So this is a typical insurrection-type activity," he added.

Lindell also said that his staffers had told him that "Antifa things" were trying to infiltrate the event.

Lindell's website Frank sent out an email to subscribers Thursday afternoon with the subject: "Mike Lindell and His Cyber Symposium Attacked — Please Share

< HOMEPAGE                                                                Subscribe

The email included video footage of Lindell talking about the attack at the event and Waldron speaking about the alleged security threats.

waldron speaking about the alleged security threats.

## The event also included prayers and the national anthem



**Khaya Himmelman** ✓
@KhayaHimmelman

Day 2 of the "cyber forensic symposium" begins with morning prayers and the national anthem. Lindell then tells the audience he's upset the media hasn't yet reported on any of the "evidence."

Watch on Twitter

< HOMEPAGE

Subscribe



9:52 AM · Aug 11, 2021

♡ 203    💬 55    ↗ Share this Tweet

Tweet your reply

Before launching into a series of speeches, the second day of the symposium started with morning prayers and the national anthem, The Dispatch's Khaya Himmelman said.

### The size of the audience dwindled over the course of the event, according to reports



< HOMEPAGE    Subscribe

As Mike Lindell talks about his "evidence" on day two, the crowd wasn't having it and has mostly left.



Salon's Petrizzo reported on the first day of the event there were "a ton of Republican state legislators and their staffs."

But not many attendees stayed until the end of the symposium.

Petrizzo said the next day that the crowd had mostly left. "Only about half of the crowd here on day two is back for the third day," he added Thursday.

CORRECTION: An earlier version of this article incorrectly stated that Raheem Kassam spoke at the event. He instead attended the event in his capacity as a journalist. We apologise for the error.



&lt; HOMEPAGE                                                                             Subscribe

More:   Mike Lindell   Frank   MyPillow   Frank Speech ⌄

## FOR YOU



* Copyright © 2021 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service,  Privacy Policy  and  Cookies Policy.

Contact Us    |    Sitemap    |    Disclaimer    |    Accessibility    |    Commerce Policy    |    CA Privacy Rights    |    Coupons    |    Made in NYC

|   Jobs

Stock quotes by finanzen.net    |    Reprints & Permissions

International Editions:

INTL   |   AS   |   AT   |   AUS   |   DE   |   ES   |   FR   |   IN   |   JP   |   MX   |   NL   |   PL   |   ZA

CA Do Not Sell My Info

‹  HOMEPAGE                                                                                                           Subscribe