# Exhibit 41



Home   Weather   Sports   Submit It   Livestream

Sioux Falls, SD

ADVERTISEMENT

# Cyber expert claims Mike Lindell does not have election data, eligible for $5 Million award



By Beth Warden
Published: Aug. 11, 2021 at 9:55 PM CDT

SIOUX FALLS, S.D. (Dakota News Now) - If you drive past the Military Heritage Alliance building on Russell Avenue, you may see people waving signs, singing, or cars honking.

It's all to draw attention to the closed event inside. The Cyber Symposium is hosted by MyPillow CEO Mike Lindell.

The Cyber Symposium started as a formal event on Tuesday morning. As the event progresses, there is more crowd interaction including statements being yelled from the crowd.

While speakers from the stage claim that the Chinese government hacked the 2020 Presidential election, a quiet group of cybersecurity experts are finding another story in an adjacent room.

ADVERTISEMENT

The main call to attend was what Lindell called proof of election fraud by having a digital version of every vote cast in the last Presidential election. Lindell described the data in a conversation on August 4th.

"We have every packet capture and all the data from the whole election for the 2020 November 3rd election," said Lindell.

Tuesday we introduced you to Bill Alderson. He paid his own way to attend from Texas. Alderson is the Chief Technology Officer at Security Institute. He's an instructor, talks of helping the Pentagon after 9/11, and just developed ways to limit the transmission packet captures, or p-caps through a system called Hop Zero.

When Alderson received Lindell's data on Wednesday morning, he said it didn't add up.

ADVERTISEMENT

"We were unable to get the data from the actual 2020 election. Very disappointing," said Alderson.

Some of his colleagues were discovering the same thing.

"But every person who came specifically looking for those p-caps was very disappointed. Some were somewhat angry," said Alderson.

Lindell says the p-caps were provided to him in early January at no charge but paid millions of dollars to have them analyzed.

ADVERTISEMENT

"If you have the packet captured you have it all," said Lindell.

"And that's the problem," said Alderson. "They thought they had those p-caps, and they were in such a format: encrypted, decrypted, et cetera and they came out as gobbly goo, no conclusive evidence that I could analyze."

Some of the cyber experts attending are wondering if Lindell paid for the analysis of worthless data.

During a zoom call on August 4th, we asked him, "What if they conned you?"

ADVERTISEMENT



"12 different ones across his country and two of them work for the government, I don't think so," said Lindell. "What if you were conned? Well, then you come and get the $5 million dollars, huh? You know I offered $5 million dollars. There's a $5 million prize."

The prize was offered to anyone who could prove the data did not have 2020 election information. Alders signed the waiver to be eligible to receive the 5 million.

"I want Mike to keep his money, and to be happy and live a good life," said Alderson. "But if he pays anybody else I want to be paid with them because it said he could split it. So I will take a split, if he's gonna send it out, I'd like my share."

Copyright 2021 Dakota News Now. All rights reserved.



Top Articles

READ MORE

Aberdeen Chamber of Commerce's hat and mitten drive continues for 9th year

Sponsored Stories

11/23/21, 4:34 PM    Case 1:21-cv-00445-CJN Document 148-43 Filed 02/11/22 Page 4 of 10    Cyber expert claims Mike Lindell does not have election data, eligible for $5 million award

☰  Home  Weather  Sports  Submit It  Livestream




Illinois: Get Solar + Generac Home Battery For No Cost At Install If You Qualify For This Offer.
POWERHOME SOLAR

[Pics] Awkward Live TV Moments Where The Camera Kept Rolling
InvestingFuel




Most Affordable Camper Vans
Camper Vans Warehouse

Predicting Where The Top 30 MLB Free Agents Will Sign
New Arena

≡ Home   Weather   Sports   Submit It   Livestream                                                                                         🔍

**Here Are 23 of the Coolest Gifts for This 2021**
TrendingGifts

**[Photos] Have Any Of These 41 Items? You Could Be Rich**
The Primary Market

Sponsored   1/5

Need to Refi Student Loans? 10 Minutes Could Save You Money.

Case 1:21-cv-00445-CJN Document 18-43 Filed 02/11/22 Page 6 of 10

**CAUGHT ON CAM: Teen sucker punched during basketball game**

**Woman with COVID-19 wakes up after 60 days in a coma, right before being taken off life support**



**Sponsored Stories**

**Eerie Photos Still Discussed Decades Later**
History Daily

**AI Reveals Stars As The Opposite Gender.**
Gazillions

**Recommended For You**





**GRAPHIC: Remains found in freezer ID'd as missing Missouri woman**

**Vaccinated Vikings player hospitalized with COVID-19**

**Sponsored Stories**

☰  Home   Weather   Sports   Submit It   Livestream

[Photos] Man Saves Pennies For 45 Years, Then Realizes What They're Worth
History Chronicle

Chemotherapy, radiation, and immunotherapy are some of the main treatments for follicular lymphoma.
WebMD

### Recommended For You




98 students receive wrong dose of COVID vaccine at school clinic

Teen pinned under car rescued by 'Sopranos' actor, TV crew

### Sponsored Stories

[Pics] Mechanics Think You Should Avoid These Cars At All Costs
Next Refinance

### More From This Site

GRAPHIC: Remains found in freezer ID'd as missing Missouri woman

[Pics] Anna Kournikova, 40, Still Hasn't Married
Gazillions

Roll-Over Crash in Sioux Falls

[Pics] Her Dress At The VMAs Will Be Spoken About For Centuries
Livingly

Vaccinated Vikings player hospitalized with COVID-19

3D NFTs?
Luxy

Touchstone Energy School of the Week: Woonsocket senior stays busy, has success

Recommended by

### Most Read

▶ Grandma kicked out of hotel after leaving 'bad review'



Minnesota National Guard to reinforce nursing home staffs



☰  Home  Weather  Sports  Submit It  Livestream



▶ **Caught on camera: Dad tackles referee during teen son's soccer game**



**Lawyer: Brian Laundrie fatally shot himself in the head**



**Target to keep stores closed on Thanksgiving for good**



*SPONSORED*
Better Health Comes with Better Sleep
By Gray Media

ADVERTISEMENT

☰  Home  Weather  Sports  Submit It  Livestream  🔍

## Latest News


**Mystery plane at Camp Leif Ericson raising questions in Sioux Falls**


**Sioux Falls officials push support for Small Business Saturday**


**Marcella LeBeau, WWII nurse and tribal leader, dies at 102**


**Aberdeen Chamber of Commerce's hat and mitten drive continues for 9th year**


▶ **Sioux Falls church holds memorial for Transgender Day of Remembrance**

| | | | |
|---|---|---|---|
| Home | News | Weather | **KSFY/KDLT** |
| Sports | Community | Contests | 325 S. 1st Avenue |
| Livestream | Submit Photos and Videos | | Suite 100 |
| | | | Sioux Falls, SD 57104 |
| | | | (605) 336-1300 |

Terms of Service   Privacy Policy   EEO Statement   FCC Public Inspection File   ksfy.general@gray.tv - (605) 336-1300   FCC Applications

≡ **Home   Weather   Sports   Submit It   Livestream**                                                                                              Q