# Exhibit 42




# Mike Lindell offers $5 million to cyber experts, reporters who can disprove his semi-mythical data

Lindell promises big payday to whoever can disprove his supposed 2020 election data — which no one has seen

By **ZACHARY PETRIZZO**   PUBLISHED JULY 22, 2021 5:20AM (EDT)



MyPillow CEO Mike Lindell (Jabin Botsford/The Washington Post via Getty Images)

 

A rdent Trump supporter and MyPillow CEO **Mike Lindell** claims he will offer a $5 million reward to any cyber expert, politician or reporter who can disprove his alleged 2020 election data — specifically, the mysterious **"packet captures"** (PCAPs) that he

claims will show beyond a reasonable doubt that Donald Trump overwhelmingly won the 2020 election.

To claim the prize, one must not only attend Lindell's August "cyber symposium" in South Dakota but also, according to a notice on his website, prove that his "cyber data is not valid data from the November 2020 election."

The big jackpot was first announced on Steve Bannon's "War Room: Pandemic" podcast on Monday. "All the cyber guys, I don't care if it's media; they can dig into all this data. If they can prove [that] it's not all valid data from the 2020 election, the November election, we have it all," Lindell said. "We have 37 terabytes of information."



Right Wing Watch
@RightWingWatch

Mike Lindell is now offering $5 million to any "cyber guys" who can prove the election data he'll be presenting at his upcoming "cyber symposium" is not valid.

Watch on Twitter

10:17 AM · Jul 21, 2021

396    226    Share this Tweet

Tweet your reply

Lindell's latest announcement follows the MyPillow CEO's recent statement that his admittedly ambitious goal is to have more than a billion people tune into his upcoming three-day "cyber

symposium," event so that his "absolute proof" of widespread voter fraud can have a global reach.

Advertisement:

Two weeks ago, Salon caught up with Lindell at the Conservative Political Action Conference (CPAC) gathering in Dallas, Texas, and asked him why he has not released the so-called PCAPs and raw data he claims will prove that Trump was cheated.

Lindell avoided the question, saying, "Sorry, Zachary," and going on to inquire why this Salon reporter was singlehandedly "destroying this country."

## ZACHARY PETRIZZO

Zachary Petrizzo was an investigative reporter at Salon. Follow him on Twitter @ZTPetrizzo.

MORE FROM ZACHARY PETRIZZO • FOLLOW ZTPETRIZZO

### Around the Web

Ads by Revcontent



