## **INDEX OF EXHIBITS**

EXHIBIT A:    Ranthum Resolution

EXHIBIT B:    Arizona HCR2033