# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 21-7103** | **September Term, 2021** |
| | **1:21-cv-00445-CJN** |
| | **Filed On: March 1, 2022** [1937166] |

US Dominion, Inc., et al.,

       Appellees

   v.

My Pillow, Inc.,

       Appellant

Michael J. Lindell,

       Appellee

-----------------------------

Consolidated with 21-7104

## M A N D A T E

     In accordance with the order of January 20, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                             BY:   /s/
                                        Daniel J. Reidy
                                        Deputy Clerk

Link to the order filed January 20, 2022