IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., AND DOMINION VOTING SYSTEMS CORPORATION,<br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC.<br>    *Defendant/Counter-Plaintiff*,<br>AND<br>MICHAEL J. LINDELL,<br>    *Defendant/Counter-Plaintiff*,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br>    *Third-Party Defendants*. | Case No. 1:21-cv-00445-CJN |

**UNOPPOSED MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

Under Local Civil Rule 7(e), Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell ("Lindell"), without opposition from Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Dominion") and Third-Party Defendant Hamilton Place Strategies, LLC ("Hamilton"), respectfully requests from this Court leave to file one omnibus opposition to a motion to dismiss in excess of the 45-page limit.

Lindell intends to file one omnibus opposition to Dominion and Hamilton's motion to dismiss Lindell's counterclaims against Dominion and Lindell's third-party claims against Hamilton. (ECF No. 115). Lindell requests leave to file one brief of no more than 65 pages in support of his opposition to Dominion and Hamilton's motion to dismiss, rather than separate responsive memoranda of up to 45 pages each, which will allow Lindell to streamline presentation of the issues and reduce the number of pages filed.

For the above-mentioned reasons, Lindell respectfully requests the Court to grant this Motion and enter an order permitting Lindell to exceed the 45-page limit by filing a brief in support of his opposition to Dominion and Hamilton's motion to dismiss that is no more than 65 pages.

## STATEMENT OF CONFERENCE

Pursuant to local Rule 7(m), counsel for Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell conferred with counsel for Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation and Third-Party Defendant Hamilton Place Strategies, LLC; and counsel for Dominion and Hamilton do not oppose this Motion.

Dated: March 3, 2022

        Respectfully Submitted,

        */s/ Douglas A. Daniels*
        Douglas A. Daniels
        D.C. Bar No. TX0205
        Heath A. Novosad
        D.C. Bar No. TX0207
        DANIELS & TREDENNICK PLLC
        6363 Woodway Dr., Suite 700
        Houston, TX 77057-1759
        (713) 917-0024 Telephone
        (713) 917-0026 Facsimile
        Email: doug.daniels@dtlawyers.com
        Email: heath.novosad@dtlawyers.com

Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
tmayfield@jurisday.com

*Counsel for Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on March 3, 2022.

                                      */s/ Douglas A. Daniels*
                                      Douglas A. Daniels