IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., AND DOMINION VOTING SYSTEMS CORPORATION,**<br>  *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>**MY PILLOW, INC.**<br>  *Defendant/Counter-Plaintiff*,<br>AND<br>**MICHAEL J. LINDELL,**<br>  *Defendant/Counter-Plaintiff*,<br>  *Third-Party Plaintiff*,<br><br>v.<br><br>**SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,**<br>  *Third-Party Defendants*. | Case No. 1:21-cv-00445-CJN |

## ORDER

Upon consideration of Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell's ("Lindell") Unopposed Motion for Leave to File Brief in Excess of Page Limitations ("Motion"), it is hereby ORDERED that the Motion is GRANTED. Lindell may file one brief of no more than 65 pages in support of his opposition to a motion to dismiss. It is SO ORDERED.

_____
CARL J. NICHOLS
United States District Judge