Consolidated Index of Exhibits to Smartmatic Rule 11 Briefing

| Ex. No. | Date | Description |
|---|---|---|
| 1 | | Redline Complaint Comparison |
| 2 | 11/12/2020 | Joint Statement from Elections Infrastructure Government Coordinating Council & The Election Infrastructure Sector Coordinating Executive Committees |
| 3 | 6/27/2021 | Jonathan D. Karl, *Inside William Barr's Breakup with Trump*, The Atlantic |
| 4 | 12/1/2020 | Michael Balsamo, *Disputing Trump, Barr Says No Widespread Election Fraud*, AP News |
| 5 | 11/10/2020 | Matt Stiles, *L.A.'s $300-Million Voting System Gets High Marks as Votes Trickle in Across California*, L.A. Times |
| 6 | 6/30/2021 | Haley BeMiller, *Cincinnati Area Chemist Takes Stage at Trump Rally to Tout False Claims About 2020 Election*, Cincinnati Enquirer |
| 7 | 4/12/2021 | Philip Bump, *How People Who Should Know Better Abuse Math to Bolster the 'Election Fraud' Lie*, Wash. Post |
| 8 | 4/16/2021 | Clara Hendrickson, *No, Michigan Didn't Use an Algorithm to Manipulate 2020 Election Results*, Politifact |
| 9 | 12/4/2020 | Transcript of *President Trump's Not Going Anywhere. Mike Lindell with Sebastian Gorka on AMERICA First, America First with Dr. Sebastian Gorka* |
| 10 | 1/26/2021 | Craig Silverman, Jane Lytvynenko & Pranav Dixit, *How "The Women for America First" Bus Tour Led to the Capitol Coup Attempt*, BuzzFeed News |
| 11 | 12/12/2020 | Transcript of *Women for America First Rally*, C-SPAN |
| 12 | 12/12/2020 | Transcript of *Mike Lindell Opens the Jericho March*, Jericho March |
| 13 | 1/5/2021 | Transcript of *Mike Lindell Mentions Possible 'Civil War' During Pro-Trump Rally at U.S. Capitol*, YouTube |
| 14 | 11/29/2020 | Mike Lindell (@realMikeLindell), Twitter (Nov. 29, 2020, 12:06 PM) |
| 15 | 1/6/2021 | Screenshots of March to Save America Rally RSVP Website |
| 16 | 9/29/2021 | Press Release, *Select Committee Subpoenas Organizers of Rallies and Events Preceding January 6th Insurrection*, U.S. House Select Comm. to Investigate the Jan. 6th Attack on the U.S. Capitol |
| 17 | 1/31/2021 | Jim Rutenberg, Jo Becker, Eric Lipton, Maggie Haberman, Jonathan Martin, Matthew Rosenberg & Michael S. Schmidt, *77 Days: Trump's Campaign to Subvert the Election*, N.Y. Times |
| 18 | 2/5/2021 | One America News (@OANN), Twitter (Feb. 5, 2021, 3:38 AM) |
| 19 | 2/5/2021 | Transcript of Mike Lindell, *Absolute Proof: Exposing Election Fraud and the Theft of America by Enemies Foreign and Domestic* |
| 20 | 2/5/2021 | Screenshots of *Absolute Proof* |
| 21 | 4/22/2021 | Transcript of Mike Lindell, *Absolute Interference: The Sequel to Absolute Proof with New Evidence Foreign and Domestic Enemies Used Computers to Hack the 2020 Election* |
| 22 | 4/22/2021 | Screenshots of *Absolute Interference* |
| 23 | 4/3/2021 | Transcript of Mike Lindell, *Scientific Proof: Internationally Renowned Physicist Absolutely Proves 2020 Election Was Biggest Cyber-Crime in World History* |
| 24 | 4/3/2021 | Screenshots of *Scientific Proof* |

| Ex. No. | Date | Description |
|---|---|---|
| 25 | 6/5/2021 | Transcript of Mike Lindell, *Absolutely 9-0* |
| 26 | 6/5/2021 | Screenshots of Mike Lindell, *Absolutely 9-0* |
| 27 | 2/5/2021 | Transcript, Bannon's War Room |
| 28 | 2/6/2021 | Transcript, Bannon's War Room |
| 29 | 2/8/2021 | Transcript, OANN's Real America with Dan Ball |
| 30 | 2/11/2021 | Transcript, OANN Special with Steve Bannon |
| 31 | 2/24/2021 | Transcript, The Pete Santilli Show |
| 32 | 3/26/2021 | Transcript, Bannon's War Room |
| 33 | 3/30/2021 | Transcript, The Eric Metaxas Radio Show |
| 34 | 4/1/2021 | Transcript, Indivisible with John Stubbins |
| 35 | 4/8/2021 | Transcript, Greg Hunter's USA Watchdog |
| 36 | 4/9/2021 | Transcript, Bannon's War Room |
| 37 | 5/3/2021 | Transcript, Bannon's War Room |
| 38 | 5/8/2021 | Transcript, Bannon's War Room |
| 39 | 8/15/2021 | Grace Dean, *Here's What Happened at Mike Lindell's Cyber Symposium, from Him Storming Offstage to Bolsonaro's Son Giving Him a MAGA Hat Signed by Trump*, Business Insider |
| 40 | 8/11/2021 | Joseph Marks, *The Cybersecurity 202: My Pillow Cyber Symposium Is Yet Another Font of Election Fraud Lies*, Wash. Post |
| 41 | 8/11/2021 | Beth Warden, *Cyber Expert Claims Mike Lindell Does Not Have Election Data, Eligible for $5 Million Award*, Dakota News Now |
| 42 | 7/22/2021 | Zachary Petrizzo, *Mike Lindell Offers $5 Million to Cyber Experts, Reporters Who Can Disprove His Semi-Mythical Data*, Salon |
| 43 | 8/18/2021 | Brett Bachman, *Mike Lindell Lashes Out as Cyber Expert Demands $5M Reward for Debunking Election Data*, Salon |
| 44 | 11/23/2021 | Twitter, @jhalderm |
| 45 | 4/2/2021 | Craig Mauger, *Michigan Expert Debunks Infamous Report on Antrim County Election as 'Meaningless'*, The Detroit News |
| 46 | 9/21/2021 | Declaration from Professor Halderman in Curling v. Raffensperger, No. 17-cv-2989 (N.D. Ga.) |
| 47 | 8/13/2021 | Kate Brumback, *Experts: False Claims on Voting Machines Obscure Real Flaws*, AP News |
| 48 | Jan-22 | Correcting the Record, Maricopa County Elections Department |
| 49 | 9/28/2021 | Daniel Funke, *Fact Check: Arizona Audit Affirmed Biden's Win, Didn't Prove Voter Fraud, Contrary to Trump Claim*, USA Today |
| 50 | 5/18/2021 | Clara Hendrickson, *Judge Dismisses Antrim County Election Fraud Lawsuit*, Detroit Free Press |
| 51 | 12/14/2020 | *AG, SOS: Plaintiff's Report in Antrim County Election Lawsuit Demonstrates Lack of Credible Evidence in Widespread Fraud or Wrongdoing*, Michigan Attorney General & Secretary of State |

Consolidated Index of Exhibits to Smartmatic Rule 11 Briefing

| Ex. No. | Date | Description |
|---|---|---|
| 52 | 8/1/2021 | Andrew Seidman & Jonathan Lai, *How a Teacher's Fraud Claim Was Debunked*, Philadelphia Inquirer |
| 53 | 1/19/2022 | Jim Sciutto, *Ohio Math Teacher Travels the U.S. to Spread the Big Lie*, CNN Newsroom |
| 54 | 4/4/2021 | Mardi Link, *Antrim Election Report Firm Dropped by Arizona Officials*, Traverse City Record Eagle |