# Exhibit 44

3/4/22, 12:18 PM
Case 1:21-cv-00445-CJN Document 124-2 Filed 03/04/22 Page 2 of 7
J. Alex Halderman on Twitter: "Last November, I and 58 other election security experts wrote that, while election security problem…

← **Thread**                                                                 🔍 Search Twitter

**J. Alex Halderman** @jha derm · Nov 23, 2021
t wou d be a ot easier to address base ess e ection conspiracy theories if the U.S. better addressed actua e ection security vu nerabi ities...

💬 9    🔁 48    ♡ 160    ⬆

**J. Alex Halderman**
@jha derm

Last November, I and 58 other election security experts wrote that, while election security problems are real, there was no credible evidence that the 2020 Presidential outcome was affected by hacking. That's all still true today.

mattblaze.org/blog/election-…

7:07 PM · Nov 23, 2021 · Twitter Web App

**15** Retweets  **3** Quote Tweets  **50** Likes

💬    🔁    ♡    ⬆

**J. Alex Halderman** @jha derm · Nov 23, 2021
Rep ying to @jha derm
As we wrote, the presence of security weaknesses does not prove that any e ection has been hacked.

But more needs to be done to address those weaknesses, such as making sure a states use paper ba ots, marked by hand by those who can, and that resu ts are rigorous y audited.

💬 5    🔁 23    ♡ 77    ⬆

**Julia Watcher of the Seals. The Flame of Tar Valon** @ · Nov 23, 2021
Rep ying to @jha derm
Sorry you got dragged into Linde 's nonsense, with a photo no ess. don't think any state wou d bite on this brief, and even if they did, the court won't hear it. Thank you for a the work you do.

💬    🔁 1    ♡ 3    ⬆

**steve sumner** @Tikkuno am14 · Nov 23, 2021
Rep ying to @jha derm and @sprzys p
did you test the source code.

💬 1    🔁 2    ♡ 2    ⬆

**Sandra Przybylski UKRAINE**🟦🟨 🇦🇦🇺🇸 ✍🌍🏳️‍🌈 @s… · Nov 23, 2021
Don t think the PRES DENT AL e ection was. Many states sti have ba ot marking devices or machines with no voter verified paper audit trai .
#HMPB

💬 3    🔁 2    ♡ 2    ⬆

Show rep ies

Show more rep ies

**More Tweets**

**Aaron Rupar** ✓ @atrupar · 16h

🐦
\# Explore
⚙ Settings

🔍 Search Twitter

💬 368    ↻ 383    ♡ 5,606    ⬆

Show this thread

**Judd Legum** ✓ @JuddLegum · 20h
UPDATE: Last June, @Kroger CEO Rodney McMu in said that "a itt e bit of inf ation is a ways good in our business" and imposed a series of price hikes.

McMu in was right.

Kroger just reported an operating profit of $3.5 B LL ON for 2021

💬 167    ↻ 2,570    ♡ 4,940    ⬆

Show this thread

**StandWithUkraineHat** @Popehat · 19h
Wife reports two from a bache orette party and one dude have been kicked off her f ight for refusing to mask. Very itt e sympathy from the other f iers. Tears from the ones kicked off.

Them's the breaks.

💬 121    ↻ 165    ♡ 4,067    ⬆

**Tom Nichols** ✓ @RadioFreeTom · 15h
Sma career detai . have actua y visited Zaporizhzhia

💬 103    ↻ 58    ♡ 1,738    ⬆

**Jason Stanley** @jasonintrator · 3h
For fo ks discovering the first time that a of Eastern Europe has a racism prob em: et me te you about antisemitism…

💬 22    ↻ 181    ♡ 1,574    ⬆

Show this thread

**🏳️‍⚧️mikayla🏳️‍⚧️** @mikay a_c_rose · 19h
Just finished 'Hiding in P ain Sight' by @sarahkendzior. Fascinating as it is terrifying. Favorite part is the index at the back w/ the names so that when catch one in the news can quick y ook up if they are tied to trump and how. Or if they are not being sanctioned …why.

💬 24    ↻ 250    ♡ 1,487    ⬆

**Andrew Wortman** 🏳️‍🌈🇺🇸 @AmoneyResists · Mar 3
Pro-Putin narratives:
—"The Mue er investigation was a hoax"
—" f Trump was President, Putin wou dn't have invaded 🇺🇦"
—"We need strength. Biden has shown weakness"
—"Trump was right about ___."
These can be found across a most every @GOP Congress member's time ine

**Don't miss what's happening**
Peop e on Twitter are the first to know

Log in    S

Case 1:21-cv-00445-CJN Document 124-2 Filed 03/04/22 Page 4 of 7

Explore

Settings

**Anne Helmond** @s_vertje · 4h

n May wi be joining @UniUtrecht as Associate Professor in Media, Data & Society!

Very excited to meet my new co eagues at the department, @data_schoo & Centre for Digita Humanities, and contribute to Governing the Digita Society with Prof. José van Dijck et a .

64    7    358

**Rabbi Danya Ruttenberg** ✓ @TheRaDR · 17h

Reminder that rebuke is a gift, no matter how offered. t s an opportunity to earn & grow.

Critique re ated to power & power essness is a particu ar y urgent gift. Our ob igation is to isten & earn, even if it s not de ivered in a way that fee s maxima y comfortab e.

5    61    326

Show this thread

Search Twitter

Don't miss what's happening
Peop e on Twitter are the first to know

Log in    S

Case 1:21-cv-00445-CJN Document 124-2 Filed 03/04/22 Page 5 of 7

Explore

Settings

Search Twitter

Don't miss what's happening

People on Twitter are the first to know.

Log in    S

Case 1:21-cv-00445-CJN Document 124-2 Filed 03/04/22 Page 6 of 7

Search Twitter

Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in

3/4/22, 12:18 PM
Case 1:21-cv-00445-CJN Document 124-2 Filed 03/04/22 Page 7 of 7
Alex Halderman on Twitter: "JHN November 8, 2024: After electios ecurity expert wrote note while election security problem...

Search Twitter

Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in