# Exhibit 52

NewsRoom

8/1/21 Phila. Inquirer A11
2021 WLNR 24862554

Philadelphia Inquirer (PA)
Copyright (c) 2021 The Philadelphia Inquirer

August 1, 2021

Section: Nation & World

How a teacher's fraud claim was debunked

By Andrew Seidman and Jonathan Lai STAFF WRITERS

Douglas Frank, a scientist and Cincinnati schoolteacher, claimed to have discovered that vote counts in Pennsylvania and other key states were manipulated by an algorithm.

But his analysis was fundamentally flawed, experts said, and Stanford experts identified basic statistical errors in Frank's work when they examined it for The Inquirer.

Frank's core claim is that the number of ballots counted across age groups - say, the number of votes cast by 65-year-olds - lines up too cleanly with census and voter roll data.

By using the demographics of a county, he claims, he is able to predict the reported turnout numbers so close to perfectly that it is proof of an algorithm manipulating the counts. Critical to that supposed plot is Frank's assertion that voter registration databases have been inflated with "phantom" voters - dead people or others who aren't eligible but who are used to add votes according to the algorithm.

People like Kathy Barnette have confirmed his hypothesis, Frank claims, by going door-to-door to determine whether voters actually live where the registration rolls say they live.

Stanford political scientist Justin Grimmer and graduate student Matthew Tyler sought to replicate Frank's analysis and dismantled it in several ways. Based on his public description of his work, including a court filing in an unsuccessful Michigan election fraud lawsuit, they sought to retrace his steps and determine whether his conclusions were sound.

They looked at every state for which relevant data were available - more than 40 altogether - not just the swing states Frank focused on.

Using Frank's own methods, there was a high correlation between the predicted and actual count of ballots in every state they studied, they wrote. "Therefore, there is nothing special about the states that Frank analyzes," they wrote in a report.

So the same trends Frank identified in states Trump lost narrowly, like Pennsylvania and Michigan, were also evident in states Trump won easily, like Missouri and Oklahoma.

On a more basic level, Frank doesn't actually measure what he says he's measuring. He makes a simple mistake to reach his conclusion, according to the Stanford team: Frank effectively correlates a variable with itself.

Instead of finding a suspiciously high correlation between the predicted and actual ballots, Frank is essentially finding that the number of registered voters lines up with … the number of registered voters. So Frank's purported finding holds true even when Grimmer and Tyler insert a wide range of turnout rates into the formula.

"Frank's analysis is not evidence of voter fraud," they wrote. "Instead, we show that the high level of correlation that Frank finds is largely the result of correlating a variable with itself." aseidman@inquirer.com

215-854-4542 AndrewSeidman

---- Index References ----

Company: SECTOR 10, INC.

News Subject: (Campaigns & Elections (1CA25); Crime (1CR87); Fraud (1FR30); Global Politics (1GL73); Government (1GO80); Public Affairs (1PU31); Social Issues (1SO05); Voting Rights (1VR20); World Elections (1WO93))

Region: (Americas (1AM92); Michigan (1MI45); North America (1NO39); Pennsylvania (1PE71); U.S. Mid-Atlantic Region (1MI18); U.S. Midwest Region (1MI19); USA (1US73))

Language: EN

Other Indexing: (Stanford) (Douglas Frank; Kathy Barnette; Justin Grimmer; Matthew Tyler; Trump; AndrewSeidman)

Word Count: 445

End of Document                                                    © 2022 Thomson Reuters. No claim to original U.S. Government Works.

