# Exhibit C

|         |                                                                                                                                                                                                                          |
|---------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| From:   | Muench, Lee                                                                                                                                                                                                              |
| To:     | Wrigley, Nicole; Joe Pull; Douglas A. Daniels; Katie Sammons; Laranda Walker; Sinclair, Martin; Lawrence J. Joseph ; Joseph D. Sibley IV ; Howard Kleinhendler; Florence Chen; Jordan Rux |
| Cc:     | Andrew Parker; Heath A. Novosad; Jordan T.J. Howes; Jesse Kibort                                                                                                                                                         |
| Subject:| Dominion v. Lindell                                                                                                                                                                                                      |
| Date:   | Thursday, February 24, 2022 9:37:30 AM                                                                                                                                                                                   |

Counsel,

As noted in prior correspondence, Smartmatic will be seeking a stay of discovery on Mike Lindell's third-party complaint against Smartmatic, including initial disclosures. Pursuant to Section 11 of the Court's Standing Order, we are asking whether Mr. Lindell or any other party has any opposition to Smartmatic's request to stay discovery on Mr. Lindell's third-party claims against Smartmatic.

If there is any opposition, we will need to jointly submit a short email summary of the dispute.  We can prepare the joint email for review.  Please let us know the position of your client(s) as soon as possible.

Best,

Lee


**Lee B. Muench**
Of Counsel
Litigation
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Ph:     312.624.6405
Cell:   847.271.2771
Fax:    312.767.9192
Email: LMuench@beneschlaw.com
www.beneschlaw.com



vCard Bio

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice