# Exhibit D

| | |
|---|---|
| **From:** | Douglas A. Daniels |
| **To:** | Muench, Lee; Wrigley, Nicole; Joe Pull; Katie Sammons; Laranda Walker; Sinclair, Martin; Lawrence J. Joseph; Joseph D. Sibley IV; Howard Kleinhendler; Florence Chen; Jordan Rux |
| **Cc:** | Andrew Parker; Heath A. Novosad; Jordan T.J. Howes; Jesse Kibort |
| **Subject:** | Re: Dominion v. Lindell |
| **Date:** | Friday, February 25, 2022 9:17:28 AM |
| **Attachments:** | image048590.png<br>image846123.png<br>image036826.png<br>image098999.png<br>image120955.png<br>image332091.png<br>image167998.png |

Counsel:

Mike Lindell takes no position on Smartmatic's motion to stay discovery pending resolution of the Motion to Dismiss.

Regards,



Douglas A. Daniels
Partner | Daniels & Tredennick PLLC
6363 Woodway Dr., Suite 700, Houston, Texas 77057
P: 713.917.0024 | C: 713.705.0690

**Attorneys licensed in
TX, AR, D.C., CO, LA, MN, MO, ND, NE, NY**







**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** "Muench, Lee" <LMuench@beneschlaw.com>
**Date:** Thursday, February 24, 2022 at 9:37 AM
**To:** "Wrigley, Nicole" <NWrigley@beneschlaw.com>, Joe Pull <Pull@parkerdk.com>, Douglas Daniels <doug.daniels@dtlawyers.com>, Katie Sammons <KSAMMONS@SusmanGodfrey.com>, Laranda Walker <LWalker@susmangodfrey.com>, "Sinclair, Martin" <MSinclair@beneschlaw.com>, "Lawrence J. Joseph" <ljoseph@larryjoseph.com>, "Joseph D. Sibley IV" <sibley@camarasibley.com>, Howard Kleinhendler <howard@kleinhendler.com>, Florence Chen <FChen@susmangodfrey.com>,

Jordan Rux <JRux@susmangodfrey.com>
**Cc:** Andrew Parker <parker@parkerdk.com>, Heath Novosad <heath@dtlawyers.com>, "Jordan T.J. Howes" <jordan@dtlawyers.com>, Jesse Kibort <kibort@parkerdk.com>
**Subject:** Dominion v. Lindell

CAUTION: EXTERNAL EMAIL

Counsel,

As noted in prior correspondence, Smartmatic will be seeking a stay of discovery on Mike Lindell's third-party complaint against Smartmatic, including initial disclosures. Pursuant to Section 11 of the Court's Standing Order, we are asking whether Mr. Lindell or any other party has any opposition to Smartmatic's request to stay discovery on Mr. Lindell's third-party claims against Smartmatic.

If there is any opposition, we will need to jointly submit a short email summary of the dispute. We can prepare the joint email for review. Please let us know the position of your client(s) as soon as possible.

Best,

Lee

**Lee B. Muench**
Of Counsel
Litigation
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Ph:     312.624.6405
Cell:   847.271.2771
Fax:    312.767.9192
Email: LMuench@beneschlaw.com
www.beneschlaw.com



vCard Bio

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice