# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants*. | Case No. 21-cv-445-CJN |

## [PROPOSED] ORDER

Upon consideration of Third-Party Defendants SGO Corporation Limited, Smartmatic International Holding B.V., and Smartmatic USA Corp.'s (collectively, "Smartmatic") Motion to Stay Discovery on Mike Lindell's Third-Party Complaint and exhibits thereto, and any opposition and reply, it is hereby ORDERED:

1. That the motion is granted; and

2. Discovery on Mike Lindell's Third-Party Complaint against Smartmatic, including initial disclosures, is stayed pending the Court's ruling on Smartmatic's Motion to Dismiss (ECF No. 94).

SO ORDERED this ___ day of ___, 2022

                                                                                 _____
                                                                                 The Honorable Carl J. Nichols
                                                                                 United States District Court Judge