# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　Plaintiffs/Counter-Defendants,<br><br>　　v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL,<br><br>　　Defendants/Counter-Plaintiffs/<br>　　Third-Party Plaintiffs.<br><br>　　v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC<br><br>　　Third-Party Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

## [PROPOSED] ORDER DENYING COUNTER-DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS

Having considered My Pillow, Inc.'s Memorandum in Opposition to Counter-Defendants' Motion to Dismiss Counterclaims (ECF #___), Counter-Defendants' Reply in support of their Motion, arguments of counsel and the entire record herein, the Court **ORDERS** that Counter-Defendants' Motion to Dismiss is hereby **DENIED**.

**SO ORDERED**.

Dated: _____, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Carl J. Nichols
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATED DISTRICT JUDGE