## **INDEX OF EXHIBITS**

EXHIBIT 1:   Declaration of J. Alex Halderman (Sept. 21, 2021), Doc. 1177-1, *Curling v. Raffensperger*, 493 F. Supp. 3d 1264 (N.D. Ga. 2020)

EXHIBIT 2:   Smartmatic pamphlet titled *Communications in the Age of Fake News: A Crisis Handbook for Election Commissions*