# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., AND DOMINION VOTING SYSTEMS CORPORATION,** ) ) ) ) | |
| *Plaintiffs/Counter-Defendants*, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **MY PILLOW, INC.** ) | |
| *Defendant/Counter-Plaintiff,* ) | **Case No. 1:21-cv-00445-CJN** |
| **AND** ) | |
| **MICHAEL J. LINDELL,** ) | |
| *Defendant/Counter-Plaintiff,* ) | |
| *Third-Party Plaintiff*, ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,** ) ) ) ) ) | |
| *Third-Party Defendants*. ) | |

## [PROPOSED] ORDER

Having considered the Motion to Dismiss ("Motion") (Dkt. No. 115) of Plaintiffs/Counter Defendants US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation (collectively, "Dominion") and Third-Party Defendant Hamilton Place Strategies, LLC, the Memorandum in Opposition of Defendant, Counter-Plaintiff and Third-Party Plaintiff Michael J. Lindell's ("Lindell"), and the argument of counsel, if any, the Court is of the opinion that the Motion should be and hereby is DENIED in its entirety.

Signed this _____ day of _____, 2022.


                                             _____

Honorable Carl J. Nichols
United States District Judge