IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., AND DOMINION VOTING SYSTEMS CORPORATION,<br>    *Plaintiffs/Counter-Defendants*,<br><br>v.<br><br><br>MY PILLOW, INC.<br>    *Defendant/Counter-Plaintiff*,<br>AND<br>MICHAEL J. LINDELL,<br>    *Defendant/Counter-Plaintiff*,<br>    *Third-Party Plaintiff*,<br><br>v.<br><br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br>    *Third-Party Defendants*. | Case No. 1:21-cv-00445-CJN |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell ("Lindell") intends to serve a Subpoena Commanding Production of Documents, in the form attached hereto, on The University of Michigan, pursuant to Rule 45(a)(1)(D) of the Federal Rules of Civil Procedure.

DATED: March 18, 2022

        Respectfully Submitted,
        */s/ Douglas A. Daniels*
        Douglas A. Daniels
        D.C. Bar No. TX0205
        Heath A. Novosad
        D.C. Bar No. TX0207
        DANIELS & TREDENNICK PLLC
        6363 Woodway Dr., Suite 700
        Houston, TX 77057-1759
        (713) 917-0024 Telephone
        (713) 917-0026 Facsimile
        Email: doug.daniels@dtlawyers.com
        Email: heath.novosad@dtlawyers.com

        Earl N. "Trey" Mayfield, III
        D.C. Bar No. 459998
        JURIS DAY, PLLC
        10521 Judicial Drive, Suite 200
        Fairfax, Virginia 22030
        Telephone: (703) 268-5600
        tmayfield@jurisday.com

        ***Counsel for Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell***

## CERTIFICATE OF SERVICE

I, Douglas A. Daniels, hereby certify that on March 18, 2022, true and correct copies of Michael J. Lindell's Notice of Subpoena were served via email on counsel of record for every party in *US Dominion, et al. v. My Pillow, Inc., et al.*, No. 1:21-cv-00445 (CJN).

DATED:  March 18, 2022

*/s/ Douglas A. Daniels*
Douglas A. Daniels
D.C. Bar No. TX0205
Heath A. Novosad
D.C. Bar No. TX0207
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: heath.novosad@dtlawyers.com

Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
Telephone: (703) 268-5600
tmayfield@jurisday.com

**Counsel for Defendant/Counter-Plaintiff/Third-Party Plaintiff Michael J. Lindell**