## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MYPILLOW, INC. and MICHAEL J. LINDELL,<br><br>Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC.<br><br>Third-Party Defendants. | Case No. 1:21-cv-0445-CJN |

## **[PROPOSED] ORDER**

Upon review of U.S. Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting System Corporation, and Hamilton Place Strategies, LLC's Consent Motion for Leave to File Brief in Excess of Page Limitations and to Extend Time for Reply in Support of Motion to Dismiss, it is hereby ORDERED:

1. That the motion is granted;

2. Dominion and Hamilton may file one reply brief of no more than 40 pages in support of their joint motion to dismiss; and

8

3. Dominion and Hamilton may file their reply brief in support of their joint motion to dismiss by April 8, 2022.

SO ORDERED this ___ day of ___, 2022

_____
The Honorable Carl J. Nichols
United States District Court Judge