# EXHIBIT A

| | |
|---|---|
| **From:** | Heath A. Novosad |
| **To:** | Jordan Rux; Douglas A. Daniels; Andrew Parker; Ryan Malone; Jordan T.J. Howes; nat@lewinlewin.com; John F. Luman III; kaplan@parkerdk.com; wright@parkerdk.com; pull@parkerdk.com; tmayfield@jurisday.com |
| **Cc:** | Katie Sammons; Laranda Walker; Florence Chen; Stephen Shackelford; Davida Brook; Justin A. Nelson; Sinclair, Martin; Muench, Lee; econnolly@beneschlaw.com; nwrigley@beneschlaw.com; Howard Kleinhendler; Larry Joseph; jesse@binnall.com; Joe Sibley |
| **Subject:** | Dominion v. Lindell v. Dominion/HPS/Smartmatic - Request for Production Responses and Requests |
| **Date:** | Friday, February 11, 2022 9:28:26 AM |
| **Attachments:** | image356920.png<br>image107693.png<br>image274628.png<br>image567936.png<br>image964061.png<br>image843050.png<br>20220211 Response to Dominion First RFP.pdf<br>20220211 First RFP to Dominion.pdf<br>20220211 First RFP to Smartmatic.pdf<br>20220211 First RFP to HPS.pdf |

**EXTERNAL Email**

Counsel –

Attached please find:

1. Michael J. Lindell's Objections and Responses to Dominion's First Set of Requests for Production;
2. Michael J. Lindell's First Set of Requests for Production to the Dominion entities;
3. Michael J. Lindell's First Set of Requests for Production to the Smartmatic entities;
4. Michael J. Lindell's First Set of Requests for Production to the Hamilton Place Strategies;

Have a nice weekend.

heath



Heath A. Novosad

Partner | Daniels & Tredennick PLLC

6363 Woodway Dr., Suite 700, Houston, Texas 77057
P: 713.917.0024 | D: 713.275.1383

**Attorneys licensed in
TX, AR, D.C., CO, LA, MN, MO, ND, NE, NY**






**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.