# EXHIBIT D

| | |
|---|---|
| **From:** | Andrew Parker |
| **To:** | Florence Chen; Douglas A. Daniels; Muench, Lee; Wrigley, Nicole; Joe Pull; Katie Sammons; Laranda Walker; Sinclair, Martin; Lawrence J. Joseph ; Joseph D. Sibley IV ; Howard Kleinhendler; Jordan Rux |
| **Cc:** | Heath A. Novosad; Jordan T.J. Howes; Jesse Kibort |
| **Subject:** | RE: Dominion v. Lindell |
| **Date:** | Wednesday, March 9, 2022 3:30:30 PM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |

EXTERNAL Email

My Pillow takes no position re this issue.



PARKER | DANIELS | KIBORT

ANDREW D. PARKER
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100

Confidentiality Notice: This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. They also may be attorney work product and/or protected by the attorney-client privilege or other privileges. Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege. Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments.

**From:** Florence Chen <FChen@susmangodfrey.com>
**Sent:** Wednesday, March 9, 2022 3:03 PM
**To:** Andrew Parker <parker@parkerdk.com>; Douglas A. Daniels <doug.daniels@dtlawyers.com>; Muench, Lee <LMuench@beneschlaw.com>; Wrigley, Nicole <NWrigley@beneschlaw.com>; Joe Pull <Pull@parkerdk.com>; Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Sinclair, Martin <MSinclair@beneschlaw.com>; Lawrence J. Joseph <ljoseph@larryjoseph.com>; Joseph D. Sibley IV <sibley@camarasibley.com>; Howard Kleinhendler <howard@kleinhendler.com>; Jordan Rux <JRux@susmangodfrey.com>
**Cc:** Heath A. Novosad <heath@dtlawyers.com>; Jordan T.J. Howes <jordan@dtlawyers.com>; Jesse Kibort <kibort@parkerdk.com>
**Subject:** RE: Dominion v. Lindell

Counsel, we plan to file a motion to stay discovery on Mike Lindell's third-party complaint against Hamilton, pending resolution of the motion to

dismiss. This is the same stay requested by Smartmatic in the below email chain. We understand that Lindell/MyPillow did not oppose Smartmatic's request and we'd like to file our motion unopposed as well. Please let us know if your clients oppose this motion as soon as possible.

**Doug**: While this motion is pending, will you agree to an extension of Hamilton's response deadline until 4/4 (or stayed if the motion is granted) for Lindell's 1st RFPs?

**Florence T. Chen**
Susman Godfrey L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
713-653-7806 (phone)
713-654-6666 (fax)

Bio  vCard

The information contained in or attached to this transmission is intended to be confidential, is potentially protected by legal privilege, and is only for the use of the individual or entity to whom it is addressed. If you are not an intended recipient, please notify the sender immediately by telephone in order to arrange for the return or destruction of this information.

---

**From:** Andrew Parker <parker@parkerdk.com>
**Sent:** Friday, February 25, 2022 9:40 AM
**To:** Douglas A. Daniels <doug.daniels@dtlawyers.com>; Muench, Lee <LMuench@beneschlaw.com>; Wrigley, Nicole <NWrigley@beneschlaw.com>; Joe Pull <Pull@parkerdk.com>; Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Sinclair, Martin <MSinclair@beneschlaw.com>; Lawrence J. Joseph <ljoseph@larryjoseph.com>; Joseph D. Sibley IV <sibley@camarasibley.com>; Howard Kleinhendler <howard@kleinhendler.com>; Florence Chen <FChen@susmangodfrey.com>; Jordan Rux <JRux@susmangodfrey.com>
**Cc:** Heath A. Novosad <heath@dtlawyers.com>; Jordan T.J. Howes <jordan@dtlawyers.com>; Jesse Kibort <kibort@parkerdk.com>
**Subject:** RE: Dominion v. Lindell

EXTERNAL Email

My Pillow also takes no position.

Andrew Parker



Confidentiality Notice: This email transmission and its attachments, if any, are confidential and intended only for the use of particular persons and entities. They also may be attorney work product and/or protected by the attorney-client privilege or other privileges. Delivery to someone other than the intended recipient(s) shall not be deemed to waive any privilege. Review, distribution, storage, transmittal or other use of the email and any attachment by an unintended recipient is expressly prohibited. If you are not the named addressee (or its agent) or this email has been addressed to you in error, please immediately notify the sender by reply email and permanently delete the email and its attachments.

**From:** Douglas A. Daniels <doug.daniels@dtlawyers.com>
**Sent:** Friday, February 25, 2022 9:17 AM
**To:** Muench, Lee <LMuench@beneschlaw.com>; Wrigley, Nicole <NWrigley@beneschlaw.com>; Joe Pull <Pull@parkerdk.com>; Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Laranda Walker <LWalker@susmangodfrey.com>; Sinclair, Martin <MSinclair@beneschlaw.com>; Lawrence J. Joseph <ljoseph@larryjoseph.com>; Joseph D. Sibley IV <sibley@camarasibley.com>; Howard Kleinhendler <howard@kleinhendler.com>; Florence Chen <FChen@susmangodfrey.com>; Jordan Rux <JRux@susmangodfrey.com>
**Cc:** Andrew Parker <parker@parkerdk.com>; Heath A. Novosad <heath@dtlawyers.com>; Jordan T.J. Howes <jordan@dtlawyers.com>; Jesse Kibort <kibort@parkerdk.com>
**Subject:** Re: Dominion v. Lindell

Counsel:

Mike Lindell takes no position on Smartmatic's motion to stay discovery pending resolution of the Motion to Dismiss.

Regards,

 Douglas A. Daniels
Partner | Daniels & Tredennick PLLC
6363 Woodway Dr., Suite 700, Houston, Texas 77057
P: 713.917.0024 | C: 713.705.0690
**Attorneys licensed in
TX, AR, D.C., CO, LA, MN, MO, ND, NE, NY**







**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

---

**From:** "Muench, Lee" <LMuench@beneschlaw.com>
**Date:** Thursday, February 24, 2022 at 9:37 AM
**To:** "Wrigley, Nicole" <NWrigley@beneschlaw.com>, Joe Pull <Pull@parkerdk.com>, Douglas Daniels <doug.daniels@dtlawyers.com>, Katie Sammons <KSAMMONS@SusmanGodfrey.com>, Laranda Walker <LWalker@susmangodfrey.com>, "Sinclair, Martin" <MSinclair@beneschlaw.com>, "Lawrence J. Joseph" <ljoseph@larryjoseph.com>, "Joseph D. Sibley IV" <sibley@camarasibley.com>, Howard Kleinhendler <howard@kleinhendler.com>, Florence Chen <FChen@susmangodfrey.com>, Jordan Rux <JRux@susmangodfrey.com>
**Cc:** Andrew Parker <parker@parkerdk.com>, Heath Novosad <heath@dtlawyers.com>, "Jordan T.J. Howes" <jordan@dtlawyers.com>, Jesse Kibort <kibort@parkerdk.com>
**Subject:** Dominion v. Lindell

**CAUTION: EXTERNAL EMAIL**

Counsel,

As noted in prior correspondence, Smartmatic will be seeking a stay of discovery on Mike Lindell's third-party complaint against Smartmatic, including initial disclosures. Pursuant to Section 11 of the Court's Standing Order, we are asking whether Mr. Lindell or any other party has any opposition to Smartmatic's request to stay discovery on Mr. Lindell's third-party claims against Smartmatic.

If there is any opposition, we will need to jointly submit a short email summary of the dispute. We can prepare the joint email for review. Please let us know the position of your client(s) as soon as possible.

Best,

Lee

**Lee B. Muench**
Of Counsel
Litigation
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Ph:     312.624.6405
Cell:   847.271.2771
Fax:    312.767.9192
Email: LMuench@beneschlaw.com
www.beneschlaw.com



vCard Bio

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice