IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs/Counter-Defendants,<br><br>  v.<br><br>MYPILLOW, INC. and MICHAEL J. LINDELL,<br><br>  Defendants/Counter-Plaintiffs/Third-Party Plaintiffs,<br><br>  v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC.<br><br>  Third-Party Defendants. | Case No. 1:21-cv-0445-CJN |

## **[PROPOSED] ORDER**

Upon review of third-party defendant Hamilton Place Strategies, LLC's unopposed Motion to Stay Discovery on Michael Lindell's Third-Party Complaint and the accompanying exhibits, it is hereby ORDERED:

1. That the motion is granted; and

2. Discovery on Mike Lindell's Third-Party Complaint against Hamilton, including initial disclosures, is stayed pending the Court's ruling on Hamilton's Motion to Dismiss (ECF No. 115).

7

8

SO ORDERED this ___ day of ___, 2022

                                                                          _____
The Honorable Carl J. Nichols
United States District Court Judge

SO ORDERED this ___ day of ___, 2022