# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC.,<br>    *Defendant/Counter-Plaintiff,*<br>and<br>MICHAEL J. LINDELL,<br>    *Defendant/Counter-Plaintiff and Third-Party Plaintiff,*<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants.* | Civil Case No. 1:21-cv-00445 (CJN) |

## NOTICE OF APPEARANCE

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

Andrew D. Parker of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendant, Counter-Plaintiff, and Third-Party Plaintiff Michael J. Lindell in the above-captioned action pursuant to Local Civil Rule 83.6(a).

DATED: March 28, 2022                            **PARKER DANIELS KIBORT LLC**

By: */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
612.355.4100 (Telephone)
612.355.4101 (Facsimile)
parker@parkerdk.com

*Attorney for Defendant, Counter-Plaintiff, and Third-Party Plaintiff Michael J. Lindell*