## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs/Counter-Defendants,*<br><br>    v.<br><br>MY PILLOW, INC.,<br>    *Defendant/Counter-Plaintiff,*<br>and<br>MICHAEL J. LINDELL,<br>    *Defendant/Counter-Plaintiff and Third-Party Plaintiff,*<br><br>    *v.*<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>    *Third-Party Defendants.* | Civil Case No. 1:21-cv-00445 (CJN) |

## DEFENDANT MICHAEL J. LINDELL'S
## NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LCvR 83.6(b)

Defendant, Counter-Plaintiff, and Third-Party Plaintiff Michael J. Lindell ("Lindell") respectfully files this Notice of Withdrawal of Counsel pursuant to Local Rule 83.6(b) and would show unto the Court as follows:

1.    Attorneys Douglas A. Daniels and Health A. Novosad of the law firm DANIELS & TREDENNICK PLLC and Earl N. "Trey" Mayfield, III, have appeared and currently serve as Lindell's co-counsel in the above-captioned lawsuit. Effective immediately, Messrs. Daniels and

Novosad and the law firm DANIELS & TREDENNICK PLLC hereby withdrawal as counsel for Lindell.

2.      On March 28, 2022, Andrew D. Parker of the law firm PARKER DANIELS KIBORT LLC filed a notice of appearance on behalf of Lindell. *See id*; Dkt. No. 132. Mr. Parker and his law firm have assumed all responsibilities incumbent on Lindell's counsel for this matter. *See* LCvR 83.6(b).

3.      No trial date has been set for this matter. *See id*; Dkt. No. 121.

4.      Michael J. Lindell has signed this Notice of Withdrawal of Counsel. *See* LCvR 83.6(b).

5.      Effective immediately, Messrs. Daniels and Novosad and the law firm DANIELS & TREDENNICK PLLC hereby withdrawal as counsel for Lindell pursuant to LCvR 83.6(b).

DATED: March 29, 2022

_____
Michael J. Lindell

/s/ Douglas A. Daniels
_____
Douglas A. Daniels
D.C. Bar No. TX0205
doug.daniels@dtlawyers.com
Health A. Novosad
D.C. Bar No. TX0207
heath.novosad@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, Texas 77057-1759
713.917.0024 (Telephone)
713.917.0026 (Facsimile)

Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
tmayfield@jurisday.com
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
703.268.5600

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM ECF system on March 29, 2022.

/s/ Douglas A. Daniels
Douglas A. Daniels