IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MYPILLOW, INC. and MICHAEL J. LINDELL, <br><br> Defendants/Counter-Plaintiffs/Third-Party Plaintiffs, <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC. <br><br> Third-Party Defendants. | Case No. 1:21-cv-0445-CJN |

### DECLARATION OF ZACHARY B. SAVAGE IN FURTHER SUPPORT OF DOMINION'S AND HAMILTON'S MOTION TO DISMISS LINDELL'S AND MYPILLOW'S COUNTERCLAIMS AND LINDELL'S THIRD-PARTY CLAIMS

1. I am a partner in the law firm of Susman Godfrey LLP and I represent Plaintiffs/Counter-Defendants U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. (collectively, "Dominion"), and Third-Party Defendant Hamilton Place Strategies, LLC ("Hamilton") in this action. I am admitted to practice before this Court.

2. I submit this declaration in further support of Dominion's and Hamilton's motion to dismiss Michael Lindell's counterclaims against Dominion (Dkt. 87), MyPillow's

1

counterclaims against Dominion (Dkt. 90), and Michael Lindell's third-party claims against Hamilton (Dkt. 87).

3.  Attached hereto as **Exhibit 1** is a true and correct copy of Michael J. Lindell's Rule 26 initial disclosures, which his counsel served on Dominion on February 25, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2022                                         */s/ Zachary B. Savage*
                                                             Zachary B. Savage