# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., AND DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) |
|   *Plaintiffs/Counter-Defendants*, | ) ) |
| v. | ) ) |
| MY PILLOW, INC. AND MICHAEL J. LINDELL, | ) ) |
|   *Defendants/Third-Party Plaintiffs*, | ) ) |
| v. | ) ) |
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, | ) ) ) ) ) |
|   *Third-Party Defendants*. | ) |

Case No. 1:21-cv-00445-CJN

**MICHAEL J. LINDELL'S INITIAL DISCLOSURES PURSUANT TO**
**RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedures, Defendant Michael J. Lindell ("Lindell") hereby makes the following Initial Disclosures to My Pillow, Inc. ("My Pillow"), US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation (collectively, "Dominion"), Smartmatic USA Corp., Smartmatic International Holding B.V., SGO Corporation Limited (collectively, "Smartmatic"), and Hamilton Place Strategies, LLC ("HPS").

By making these disclosures, Lindell does not waive any applicable privilege or protection or any evidentiary objection that may apply to the information disclosed.

Lindell does not represent that these disclosures identify every document or other tangible thing or witness relevant to the claims or defenses of any party to this action. Lindell reserves the

right to call any witness or present any exhibit or item at trial not listed here but identified through

discovery or investigation during this action. Moreover, Lindell does not waive his right to object

to the production of any document or tangible thing based on the attorney-client privilege, the

work product doctrine, any other applicable protection or immunity, relevancy, undue burden, or

any other applicable objection. Lindell reserves the right to supplement these initial disclosures

(either through express supplements to these disclosures or through discovery responses) if

additional information becomes available.

Dated: February 25, 2022                    Respectfully submitted,


*/s/ Douglas A. Daniels*
Douglas A. Daniels
D.C. Bar No. TX0205
doug.daniels@dtlawyers.com
Heath A. Novosad
D.C. Bar No. TX0207
heath.novosad@dtlawyers.com
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
tmayfield@jurisday.com
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
 (703) 268-5600  (Telephone)

**Counsel for Defendant Michael J. Lindell**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served upon all parties and/or attorneys of record by email on February 25, 2022.

_/s/ Douglas A. Daniels_

## LINDELL'S INITIAL DISCLOSURES PURSUANT TO
## RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

**I.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:** FED. R.
CIV. P. 26(a)(1)(A)(i): "the name and, if known, the address and telephone number of each
individual likely to have discoverable information—along with the subjects of that
information—that the disclosing party may use to support its claims or defenses, unless the
use would be solely for impeachment"

Lindell identifies the following persons who are believed to possess knowledge of relevant

facts related to this matter.  Because investigation and discovery are ongoing, Lindell reserves the

right to identify additional persons and supplement this response, as appropriate, as discovery

proceeds in accordance with the Federal Rules of Civil Procedures and orders from this Court.

1.      Michael J. Lindell
        c/o DANIELS & TREDENNICK PLLC
        6363 Woodway, Suite 700
        Houston, Texas 77057
        713.917.0024

        Mr. Lindell is a defendant, counter-plaintiff, and third-party plaintiff in this matter and has
        knowledge and evidence of election fraud in the 2020 General Election, including evidence
        that he relied upon in making  statements regarding Dominion.

2.      Various Employees
        My Pillow, Inc.
        c/o PARKER DANIELS KIBORT, LLC
        888 Colwell Building
        123 North Third Street
        Minneapolis, Minnesota 55401
        612.355.4100

        My Pillow, Inc. is a defendant and counter-plaintiff in this action and the following
        employees may have knowledge of relevant business information:

                Mike Lindell, CEO

3.      Various Employees, Former Employees, and Corporate Representative
        US Dominion, Inc., Dominion Voting Systems, and Dominion Voting Systems
        Corporation
        c/o SUSMAN GODFREY LLP
        1000 Louisiana Street, #5100
        Houston, Texas 77002
        713. 651.9366

        Dominion, a plaintiff and counter-defendant in this matter, and its employees have
        knowledge of electronic voting systems and related security vulnerabilities.

4.      Various Employees, Former Employees, and Corporate Representative
        Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation
        Limited
        c/o BENESCH FRIEDLANDER COPLAN & ARONOFF LLC
        71 South Wacker Drive, Suite 1600
        Chicago, IL 60606-4637
        312.212.4949

        Smartmatic, third-party defendants in this matter, and its employees have knowledge of
        electronic voting systems and related security vulnerabilities.

5.      Various Employees, Former Employees, and Corporate Representative
        Megan L. Meier
        Thomas A. Clare
        CLARE LOCKE LLP
        10 Prince Street
        Alexandria, VA 22314
        202.628.7406

        Clare Locke's employees, former employees and corporate representative may have
        knowledge of lawsuits filed against individuals and corporations who seek to silence
        those invoking first amendment rights for free speech.

6.      Various Employees, Former Employees, and Corporate Representative
        Hamilton Place Strategies
        c/o SUSMAN GODFREY LLP
        1000 Louisiana Street, #5100
        Houston, Texas 77002
        713.651.9366

        Hamilton Place Strategies, a third-party defendant in this matter, and its employees have
        knowledge of the Dominion's public relations campaign against Mike Lindell to silence
        his speech related to electronic voting system vulnerabilities and fraud in the 2020 General
        Election.

7.     Sidney Powell
       c/o HOWARD KLEINHENDLER ESQUIRE
       369 Lexington Avenue, 12th Floor
       New York, New York 10017
       917.793.1188

       Ms. Powell, a defendant in a separate action filed by Dominion, may have knowledge of
       electronic voting systems and related security vulnerabilities.

8.     Rudy Giuliani
       c/o Joe Sibley
       CAMARA & SIBLEY LLP
       1108 Lavaca St, Ste 110263
       Austin, Texas 78701
       713.966.6789

       Mr. Giuliani, a defendant in a separate action filed by Dominion, may have knowledge of
       electronic voting systems and related security vulnerabilities.

9.     Sharyl Attkisson

       Ms. Attkisson is a journalist who may have knowledge of electronic voting systems and
       related security vulnerabilities.

10.    Shiva Ayyadurai
       c/o CytoSolve, Inc.
       701 Concord Avenue
       Cambridge, MA 02138
       617.553.1015

       Dr. Ayyadurai may have knowledge of electronic voting systems and related security
       vulnerabilities.

11.    Paul Babic
       c/o Benesch, Friedlander, Coplan & Aronoff LLP
       71 S. Wacker Drive
       Suite 1600
       Chicago, IL 60606
       312.212.4949

       Mr. Babic, a former Vice President of Marketing for Dominion Voting Systems Corp.,
       former Chief Strategy Officer with Smartmatic and Advisor to SGO and Smartmatic, may
       have knowledge of electronic voting systems and related security vulnerabilities.

12.     Andrei Barysevich
        c/o Gemini Advisory
        218 NW 24th St.
        Miami, FL 33127

        Mr. Barysevich may have knowledge of electronic voting systems and related security vulnerabilities.

13.     Maria Bartiromo
        c/o Kirkland & Ellis
        1301 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        202.289.5000

        c/o Mintz & Gold LLP
        600 Third Avenue
        25th Floor
        New York, NY 10016
        212.696.4848

        Ms. Bartiromo, a host on Fox Business and Fox News, was sued by Smartmatic and may have knowledge of electronic voting systems and related security vulnerabilities.

14.     James Addison Baker III

        Mr. Baker may have knowledge of electronic voting systems and related security vulnerabilities.

15.     Sharona Bishop
        Garfield County, Colorado
        970.512.0818

        Ms. Bishop may have knowledge of electronic voting systems and related security vulnerabilities.

16.     John O. Brennan

        Mr. Brennan is a former Director of the Central Intelligence Agency who may have knowledge of electronic voting systems and related security vulnerabilities.

17.     Patrick Byrne
        c/o McGlinchey Stafford PLLC
        1275 Pennsylvania Avenue NW, Suite 420
        Washington, DC 20004
        202.802.9999

Mr. Byrne, the former CEO of Overstock.com, may have knowledge of electronic voting systems and related security vulnerabilities.

18.     Carl Cameron
        Front Page Live

        Mr. Cameron is a journalist who may have knowledge of electronic voting systems and related security vulnerabilities.

19.     Sarah Carter

        Ms. Carter may have knowledge of electronic voting systems and related security vulnerabilities.

20.     James Clapper

        Mr. Clapper is a retired lieutenant general and former Director of National Intelligence who may have knowledge of electronic voting systems and related security vulnerabilities.

21.     Patrick Colbeck
        47841 Royal Pointe Drive
        Canton, MI 48187
        734.262.9721

        Mr. Colbeck may have knowledge of electronic voting systems and related security vulnerabilities.

22.     James Comey

        Mr. Comey is a former Director of the Federal Bureau of Investigation who may have knowledge of electronic voting systems and related security vulnerabilities.

23.     Jason Cook
        1001 Broken Sound Pkwy NW
        Boca Raton, FL 33487
        561.862.0747

        Mr. Cook, an employee of Dominion Voting Systems Corp. working in U.S. Sales, may have knowledge of electronic voting systems and related security vulnerabilities.

24.     Eric Coomer
        c/o CAIN & SKARNULIS
        P.O. Box 1064
        Salida, Colorado 81201
        719.530.3011

Mr. Coomer, the former Chief Technology and Security Officer of Dominion Voting Systems, may have knowledge of electronic voting systems and related security vulnerabilities.

25.     Matt DePerno
        c/o DEPERNO LAW OFFICE, PLLC
        951 W. Milham Avenue
        Portage, MI 49024
        269.321.5064

        Mr. DePerno may have knowledge of electronic voting systems and related security vulnerabilities.

26.     Lou Dobbs
        c/o Kirkland & Ellis
        1301 Pennsylvania Avenue, N.W.
        Washington, D.C. 20004
        202.289.5000

        c/o Mintz & Gold LLP
        600 Third Avenue
        25th Floor
        New York, NY 10016
        212.696.4848

        Mr. Dobbs, a former host on Fox Business, was sued by Smartmatic and may have knowledge of electronic voting systems and related security vulnerabilities.

27.     Marc Elias
        Elias Law Group
        10 G St. NE, Ste 600
        Washington, DC 20002-4253
        Mr. Elias may have knowledge of voting systems and related security vulnerabilities.

28.     Jenna L. Ellis
        309 W. Washington St., Suite 1250
        Chicago, Illinois 60606

        Ms. Ellis may have knowledge of electronic voting systems and related security vulnerabilities.

29.     Mary Fanning

        Ms. Fanning may have knowledge of electronic voting systems and related security vulnerabilities.

30.     Rep. Mark W. Finchem
        400 West Congress St., Ste. 201
        Tucson, AZ 85701
        602.926.3122

        Representative Finchem may have knowledge of vulnerabilities with electronic voting
        systems.

31.     Lt. Gen. Michael T. Flynn, USA (Ret.)
        c/o America's Future, Inc.
        1181 South Sumter Blvd. #412
        North Point, Florida 34287

        Lt. Gen. Flynn may have knowledge of electronic voting systems and related security
        vulnerabilities.

32.     Doug Frank

        Mr. Frank may have knowledge of electronic voting systems and related security
        vulnerabilities.

33.     Doug Gould

        Mr. Gould may have knowledge of electronic voting systems and related security
        vulnerabilities.

34.     Avril Haines
        Director of National Intelligence
        Office of the Director of National Intelligence
        Washington, D.C. 20511

        Ms. Haines is the Director of National Intelligence who may have knowledge of electronic
        voting systems and related security vulnerabilities.

35.     J. Alex Halderman
        Beyster Building, Room 4717
        2260 Hayward Street
        Ann Arbor, MI  48109-2121
        734.647.1806

        Dr. Halderman may have knowledge of electronic voting systems and related security
        vulnerabilities.

36.     Sue Halpern
        c/o Kimberly Witherspoon
        Inkwell Management
        521 Fifth Avenue, Suite 2600
        New York, NW 10175
        212.922.3500

        Ms. Halpern may have knowledge of electronic voting systems and related security
        vulnerabilities.

37.     Conan James Hayes
        c/o RVCA
        960 W. 16th St.
        Costa Mesa, CA  92627
        949.548.6223

        Mr. Hayes may have knowledge of electronic voting systems and related security
        vulnerabilities.

38.     Brannon Howse
        c/o Worldview Weekend
        P.O. Box 1690
        Collierville, TN 38027
        901.825.0652

        Mr. Howse may have knowledge of electronic voting systems and related security
        vulnerabilities.

39.     Harri Hursti
        c/o Nordic Innovation Labs, LLC
        1460 Broadway
        New York, NY  10036
        212.849.8226

        Dr. Hursti may have knowledge of electronic voting systems and related security
        vulnerabilities.

40.     Brandon Hurley, Esq.
        4122 Mapleridge Drive
        Grapevine, Texas 76051
        817.454.3142

        Mr. Hurley may have knowledge related to the certification of electronic voting systems in
        Texas and corresponding security vulnerabilities.

41.     Mikko Hyppönen
        c/o F-Secure Corporation
        Tammasaarenkatu 7
        P.O. Box 24
        00181 Helsinki, Finland
        (+358) 400-648180 / (+358) 9-2520-0700

        Mr. Hyppönen may have knowledge of electronic voting systems and related security
        vulnerabilities.

42.     Seth Keshel
        200 S. Oakridge Dr., Ste. 101
        Hudson Oaks, TX 76087-2501
        254.644.5523

        Mr. Keshel may have knowledge of electronic voting systems and related security
        vulnerabilities.

43.     Jimmy Kimmel
        c/o Jimmy Kimmel Live!
        6834 Hollywood Blvd., Suite 600
        Los Angeles, CA 90028-6135
        323.860.5900

        Jimmy Kimmel may have knowledge about the sincerity of Lindell's beliefs regarding
        election fraud in the 2020 General Election.

44.     Senator Amy Klobuchar
        425 Dirksen Senate Building
        Washington, DC 20510
        202.224.3244

        Senator Klobuchar may have knowledge of electronic voting systems and related security
        vulnerabilities.

45.     Christopher Krebs
        Director of Department of Homeland Security's Cyber and Infrastructure Security Agency
        245 Murray Lane
        Washington, DC 20528-0380
        888.282.0870

        Mr. Krebs may have knowledge of electronic voting systems and related security
        vulnerabilities.

46.   Mu Lina
      c/o UBS
      1220B - 1230 Winland International Finance Center
      7 Finance Street, Xicheng District
      Beijing 100033 China
      (+86) 10-5832-7000

      Mu Lina, the Director of Fund Management and Head of Fund Operations for UBS Beijing,
      may have knowledge of investment in or ownership of Dominion.

47.   Doug Logan
      c/o Cyber Ninjas
      242 S Washington Blvd #160
      Sarasota, Florida 34236
      812.369.4120

      Mr. Logan may have knowledge of electronic voting systems and related security
      vulnerabilities and the audit conducted in Maricopa County, Arizona.

48.   Douglas Lute
      c/o Cambridge Global
      1101 Connecticut Ave, NW #410
      Washington, DC 20036
      202.996.8328

      Mr. Lute may have knowledge of electronic voting systems and related security
      vulnerabilities.

49.   Representative Carolyn Maloney
      2308 Rayburn House Office Building
      Washington, D.C. 20515
      202.225.794

      Representative Maloney may have knowledge of electronic voting systems and related
      security vulnerabilities.

50.   Marilyn Marks
      c/o Coalition for Good Governance
      1520 Cress Ct.
      Boulder, CO 80304
      719.256.4140

      Ms. Marks may have knowledge of electronic voting systems and related security
      vulnerabilities.

51.    Major General Thomas G. McInerney
       12155 Sangsters Ct.
       Clifton, VA 20124-1947
       703.266.6713

       Major General McInerney may have knowledge of electronic voting systems and related
       security vulnerabilities.

52.    Brian Mechler

       Mr. Mechler may have knowledge related to the certification of electronic voting systems
       in Texas and corresponding security vulnerabilities.

53.    Antonio Mugica
       c/o BENESCH FRIEDLANDER COPLAN & ARONOFF LLC
       71 South Wacker Drive, Suite 1600
       Chicago, IL 60606-4637
       312.212.4949

       Mr. Mugica, founder and Chief Executive Officer of Smartmatic, may have knowledge of
       electronic voting systems and related security vulnerabilities.

54.    Dennis Montgomery
       c/o Patrick M. McSweeney
       3358 John Tree Hill Road
       Powhatan, Virginia 23139
       703.621.3300

       Mr. Montgomery may have knowledge of electronic voting systems and related security
       vulnerabilities.

55.    National Intelligence Officers
       National Intelligence Council
       Office of Director of National Intelligence
       Office of the Director of National Intelligence
       Washington, D.C. 20511

       National Intelligence Officers may have knowledge of electronic voting systems and
       related security vulnerabilities.

56.    National Intelligence Officers Cyber
       National Intelligence Council
       Office of Director of National Intelligence
       Office of the Director of National Intelligence
       Washington, D.C. 20511

National Intelligence Officers may have knowledge of electronic voting systems and related security vulnerabilities.

57.     Goran Obradovic
        c/o SUSMAN GODFREY LLP
        1000 Louisiana Street, #5100
        Houston, Texas 77002
        713.651.9366

        Mr. Obradovic, Co-Founder and Vice President of Product Management for Dominion Voting Systems, may have knowledge of electronic voting systems and related security vulnerabilities.

58.     Joe Oltmann
        c/o Andrea M. Hall
        THE HALL LAW OFFICE, LLC
        P.O. Box 2251
        Loveland, CO 80539
        970.419.8234

        Mr. Oltmann may have knowledge of electronic voting systems and related security vulnerabilities.

59.     Dr. Kelli Ottoboni
        c/o Department of Statistics
        University of California at Berkley
        367 Evans Hall
        Berkeley, California 94720-3860
        510.642.2781

        Dr. Ottoboni may have knowledge of electronic voting systems and related security vulnerabilities.

60.     Stephen D. Owens
        c/o Staple Street Capital, LLC
        1290 Avenue of the Americas
        10th Floor
        New York, New York 10104
        212.613.3100

        Mr. Owens, Managing Director of Staple Street Capital, may have knowledge of investment in and ownership of Dominion.

61.     Lisa Page

Ms. Page is a former attorney for the Federal Bureau of Investigation who may have
knowledge of electronic voting systems and related security vulnerabilities.

62.     Ken Paxton
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
512.463.2100

Mr. Paxton is the Attorney General of Texas and may have knowledge of electronic voting
systems and related security vulnerabilities.

63.     Tina M. Peters
Mesa County Clerk and Recorder
200 S Spruce St
Grand Junction, Colorado 81501
970.244.1664

Ms. Peters may have knowledge of electronic voting systems and related security
vulnerabilities.

64.     Jeanine Pirro
c/o Kirkland & Ellis
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202.289.5000

c/o Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
212.696.4848

Ms. Pirro, a host on Fox News, was sued by Smartmatic and may have knowledge of
electronic voting systems and related security vulnerabilities.

65.     Roger Pinate
c/o Benesch Friedlander Coplan & Aronoff LLC
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
312.212.4949

Mr. Pinate, the Director Smartmatic Global Board and Co-Founder, may have knowledge
of electronic voting systems and related security vulnerabilities.

66.     John Poulos, CEO of Dominion
        c/o Susman Godfrey LLP
        1000 Louisiana Street, #5100
        Houston, Texas 77002
        713.651.9366

        Mr. Poulos, President & CEO of Dominion Voting Systems, may have knowledge of electronic voting systems and related security vulnerabilities.

67.     Jovan Hutton Pulitzer
        c/o Reliant Immune Diagnostics
        6500 River Place Blvd.
        Austin, Texas 78730
        512.415.3960

        Mr. Pulitzer may have knowledge of electronic voting systems and related security vulnerabilities.

68.     Luo Qiang
        c/o UBS
        1220B - 1230 Winland International Finance Center
        7 Finance Street, Xicheng District
        Beijing 100033 China
        (+86) 10-5832-7000

        Mr. Qiang, former Board Chairman of UBS Beijing and former Executive Director of the Bank of China, may have knowledge of investment in or ownership of Dominion.

69.     Timothy Ramthun
        304 North, State Capitol
        P.O. Box 8953
        Madison, Wisconsin 53708
        608.266.9175

        Mr. Ramthun is a State Representative in Wisconsin who may have knowledge of electronic voting systems and related security vulnerabilities.

70.     Russell Ramsland
        c/o Allied Security Operations Group
        4550 Jimmy Doolittle Drive, Suite 300
        Addison, Texas 75001
        972.685.2308

        Mr. Ramsland may have knowledge of electronic voting systems and related security vulnerabilities.

71.     Chris Riggall
        c/o Corporate Reports
        2635 Century Pkwy NE, Suite 900
        Atlanta, Georgia 30345

        Mr. Riggall was a former spokesperson for Dominion and may have knowledge of
        electronic voting systems and related security vulnerabilities.

72.     John Ratcliffe

        Mr. Ratcliffe is a former Director of National Intelligence who may have knowledge of
        electronic voting systems and related security vulnerabilities.

73.     Rod Rosenstein

        Mr. Rosenstein is a former United States Deputy Attorney General who may have
        knowledge of electronic voting systems and related security vulnerabilities.

74.     Jeffrey Scott
        c/o Idemia
        11951 Freedom Drive, Suite 1800
        Reston, Virginia 20190
        978.215.2400

        Mr. Scott may have knowledge of electronic voting systems and related security
        vulnerabilities.

75.     Draza Smith

        Ms. Smith may have knowledge of electronic voting systems and related security
        vulnerabilities.

76.     Shawn Smith
        805.315.5852

        Mr. Smith may have knowledge of electronic voting systems and related security
        vulnerabilities.

77.     James Sneeringer, PhD
        c/o U.S. Chamber of Commerce
        1615 H Street, NW
        Washington, D.C. 20062-2000
        202.659.6000

Dr. Sneeringer, Executive Director, Digital Products at the U.S. Chamber of Commerce, may have knowledge related to the certification of electronic voting systems in Texas and corresponding security vulnerabilities.

78.    John Solomon

Mr. Solomon is an American journalist who may have knowledge of electronic voting systems and related security vulnerabilities.

79.    Michael Spitzer-Rubenstein
       c/o Strategy&
       885 2nd Ave
       New York City, New York 10017
       212.909.9500

Mr. Spitzer-Rubenstein may have knowledge of electronic voting systems and related security vulnerabilities.

80.    Jake Stauffer
       c/o Coherent CYBER
       110 E. Houston St., Pentium Ste, Fl 6
       San Antonio, Texas 78205
       210.903.5612

Mr. Stauffer may have knowledge of electronic voting systems and related security vulnerabilities.

81.    Michael Steele
       Hamilton Place Strategies
       c/o SUSMAN GODFREY LLP
       1000 Louisiana Street, #5100
       Houston, Texas 77002
       713.651.9366

Mr. Steel, a partner at HPS, may have knowledge of the Dominion's public relations campaign against Mike Lindell to silence his speech and others related to electronic voting system vulnerabilities and fraud in the 2020 General Election.

82.    Peter Strzok

Mr. Strzok is a former agent with the Federal Bureau of Investigation who may have knowledge of electronic voting systems and related security vulnerabilities.

83.     Ben Turner

        Mr. Turner may have knowledge of electronic voting systems and related security
        vulnerabilities.

84.     Jorge M. Vasquez
        1001 Broken Sound Pkwy NW
        Boca Raton, FL 33487
        561.862.0747

        Mr. Vasquez, former Vice President Operations of Dominion Voting Systems Corp., may
        have knowledge of electronic voting systems and related security vulnerabilities.

85.     Colonel Phil Waldron
        c/o BUNDREN LAW GROUP, PLLC
        Wm. Charles Bundren, Esq.
        State Bar No. 03343200
        2591 Dallas Parkway, Suite 300
        Frisco, Texas 75034
        214.808.3555

        Colonel Waldron may have knowledge of electronic voting systems and related security
        vulnerabilities.

86.     Senator Elizabeth Warren
        309 Hart Senate Office Building
        Washington, DC 20510
        202.224.4543

        Senator Warren may have knowledge of electronic voting systems and related security
        vulnerabilities.

87.     Ron Watkins
        Arizona

        Mr. Watkins may have knowledge of electronic voting systems and related security
        vulnerabilities.

88.     Tom Watson
        c/o Mehaffey & Watson
        2441 South 1st Street
        Abilene, Texas 79605
        325.674.1900

        Mr. Watson may have knowledge of electronic voting systems and related security
        vulnerabilities.

89.     Andrew Weisman

        Mr. Weisman is a journalist who may have knowledge of electronic voting systems and
        related security vulnerabilities.

90.     Ron Wyden
        221 Dirksen Senate Office Building
        Washington, DC 20510
        202.224.5244
        Senator Wyden may have knowledge of electronic voting systems and related security
        vulnerabilities.

91.     Ye Xiang
        c/o UBS
        1220B - 1230 Winland International Finance Center
        7 Finance Street, Xicheng District
        Beijing 100033 China
        (+86) 10-5832-7000

        Mr. Yiang, former Board Chairman of UBS Beijing, Secretary of the Peoples Bank of
        China, and ex-director of Bank of China International, may have knowledge of investment
        in and ownership of Dominion.

92.     Hootan Yaghoobzadeh
        c/o Staple Street Capital, LLC
        1290 Avenue of the Americas
        10th Floor
        New York, New York 10104
        212.613.3100

        Mr. Yaghoobzadeh, former Managing Director of Staple Street Capital, LLC, may have
        knowledge of investment in and ownership of Dominion.

93.     Various Employees, Former Employees, and Corporate Representative
        Arikkan
        605 SE 164th Ave Ste 105
        Vancouver WA 98684
        360.553.7966

        Arikkan's employees, former employees and corporate representative may have
        knowledge of electronic voting systems and related security vulnerabilities.

94.   Various Employees, Former Employees, and Corporate Representative
      Avante International Technology Inc.
      70 Washington Road
      Princeton Junction, NJ 08550-1012
      609.799.8896

      Avante International Technology Inc.'s employees, former employees or corporate
      representative may have knowledge of electronic voting systems and related security
      vulnerabilities.

95.   Various Employees, Former Employees, and Corporate Representative
      The Brennan Center for Justice
      Washington DC Office
      1140 Connecticut Ave., NW
      11th Floor, Suite 1150
      Washington, D.C. 20036
      646.292.8310

      The Brennan Center for Justice's employees, former employees or corporate representative
      may have knowledge of electronic voting systems and related security vulnerabilities.

96.   Various Employees, Former Employees, and Corporate Representative
      Central Intelligence Agency
      1000 Colonial Farm Rd.
      Langley, Virginia

      CIA employees, former employees or corporate representative may have knowledge of
      electronic voting systems and related security vulnerabilities.

97.   Various Employees, Former Employees, and Corporate Representative
      Clear Ballot Group Inc.
      7 Water Street, Suite 700
      Boston, MA 02109
      857.250.4957

      Clear Ballot Group Inc.'s employees, former employees or corporate representative may
      have knowledge of electronic voting systems and related security vulnerabilities.

98.   Various Employees, Former Employees, and Corporate Representative
      Cybersecurity & Infrastructure Security Agency (CISA)
      Department of Homeland Security
      245 Murray Lane
      Washington, DC 20528-0380
      888.282.0870

CISA employees, former employees or corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

99.   Various Employees, Former Employees, and Corporate Representative
      Department of Justice
      950 Pennsylvania Ave., NW
      Washington, D.C. 20530

      DOJ employees, former employees or corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

100.  Various Employees, Former Employees, and Corporate Representative
      Election Systems & Software, LLC
      11208 John Galt Blvd.
      Omaha, NE 68137
      877.377.8683

      ES&S' employees, former employees or corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

101.  Various Employees, Former Employees, and Corporate Representative
      Federal Bureau of Investigation
      935 Pennsylvania Ave., NW
      Washington, D.C. 20535

      FBI employees, former employees or corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

102.  Various Employees, Former Employees, and Corporate Representative
      Fox News
      c/o Kirkland & Ellis
      1301 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004
      202.289.5000

      c/o Mintz & Gold LLP
      600 Third Avenue
      25th Floor
      New York, NY 10016
      212.696.4848

      Fox News has been sued by Smartmatic.  Fox's employees, former employees and corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

23

103.   Various Employees, Former Employees, and Corporate Representative
       Hart InterCivic Inc.
       15500 Wells Port Drive
       Austin, Texas 78728
       866.275.4278

       Hart InterCivic Inc. 's employees, former employees or corporate representative may have
       knowledge of electronic voting systems and related security vulnerabilities.

104.   Various Employees, Former Employees, and Corporate Representative
       MicroVote General Corp.
       6366 Guilford Ave
       Indianapolis, IN 46220
       317.257.4900

       MicroVote General Corp.'s employees, former employees or corporate representative may
       have knowledge of electronic voting systems and related security vulnerabilities.

105.   Various Employees, Former Employees, and Corporate Representative
       National Security Agency
       9800 Savage Rd. No. 6623
       Fort Meade, Maryland 20755

       NSA employees, former employees or corporate representative may have knowledge of
       electronic voting systems and related security vulnerabilities.

106.   Various Employees, Former Employees, and Corporate Representative
       Newsmax Media, Inc.
       Duane Morris LLP
       1201 North Market Street, Ste. 501
       Wilmington, DE  19801-1160

       Newsmax was sued by Smartmatic.  Newsmax's employees, former employees and
       corporate representative may have knowledge of electronic voting systems and related
       security vulnerabilities.

107.   Various Employees, Former Employees, and Corporate Representative
       One America News Network
       c/o Vedder Price P.C.
       222 North LaSalle Street
       Suite 2200
       Chicago, IL 60601
       312.609.7865

One America News Network was sued by Smartmatic.  OANN's employees, former employees and corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

108.   Various Employees, Former Employees, and Corporate Representative
Scytl
1111 N. Westshore Blvd., Suite 300
Tampa, Florida 33607
813.490.7150

Scytl's employees, former employees or corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

109.   Various Employees, Former Employees, and Corporate Representative
Shenzhen Zhongjian Nanfang Testing Co., Ltd.
No. B-C, 1st Floor, Block No. 2
Laodong Industrial Zone
Xixiang Road
Baoan District
Shenzhen
Guangdong, China
(+86) (0) 755 2311 8282

Shenzhen Zhongjian's employees, former employees or corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

110.   Various Employees, Former Employees, and Corporate Representative
SolarWinds
7171 Southwest Parkway
Bldg. 400
Austin, Texas 78735
512.682.9300

Solar Winds and its employees, former employees and corporate representative may have knowledge of electronic voting systems and related security vulnerabilities.

111.   Various Employees, Former Employees, and Corporate Representative
Staple Street Capital Group, LLC
1290 Avenue of the Americas
10th Floor
New York, New York 10104
212.613.3100

Staple Street Capital's employees, former employees or corporate representative may have knowledge of investment in and ownership of Dominion.

112.  Various Employees, Former Employees, and Corporate Representative
      Tenex Software Solutions
      5021 W. Laurel St.
      Tampa, FL 33607
      813.618.3639

      Tenex Software Solutions' employees, former employees and corporate representative may
      have knowledge of electronic voting systems and related security vulnerabilities.

113.  Various Employees, Former Employees, and Corporate Representative
      UBS Beijing
      Legal representative: Qiong Zhang
      UBS (China) Limited (Head Office)
      1220B - 1230 Winland International Finance Center
      7 Finance Street, Xicheng District
      Beijing 100033 China
      Tel: (+86) 10-5832 7000

      UBS Beijing's employees, former employees or corporate representative may have
      knowledge of investment in and ownership of Dominion.

114.  Various Employees, Former Employees, and Corporate Representative
      UBS Securities, LLC
      Main Office Location
      1285 Avenue of the Americas
      New York, NY  10019
      203.719.3000

      UBS Securities, LLC's employees, former employees or corporate representative  may
      have knowledge of investment in and ownership of Dominion.

115.  Various Employees, Former Employees, and Corporate Representative
      UBS Securities Co. Ltd.
      UBS Securities Co., Ltd headquarters are located in
      15/F Winland International Finance Center
      No 7 Financial Street
      Xicheng District
      Beijing, China
      (+86) 10-5832 7000

      UBS Securities Co. Ltd.'s employees, former employees or corporate representative may
      have knowledge of investment in and ownership of Dominion.

116.    Various Employees, Former Employees, and Corporate Representative
        Unisyn Voting Solutions
        2310 Cousteau Court
        Vista, California 92081-8346
        760.734.3233

        Unisyn Voting Solutions' employees, former employees or corporate representative may
        have knowledge of electronic voting systems and related security vulnerabilities.

117.    Various Employees, Former Employees, and Corporate Representative
        U.S. Election Assistance Commission (EAC)
        633 3rd Street NW, Suite 200
        Washington, DC 20001
        866.747.1471

        The EAC and its employees have knowledge of electronic voting systems and related
        security vulnerabilities.

118.    Various Employees, Former Employees, and Corporate Representative
        VotingWorks
        135 Main Street, Suite 20
        San Francisco, CA 94105
        510.806.8333

        VotingWorks' employees, former employees or corporate representative may have
        knowledge of electronic voting systems and related security vulnerabilities.

119.    Various Employees, Former Employees, and Corporate Representative
        VR Systems
        3773 Commonwealth Boulevard
        Tallahassee, FL 32303
        850.668.2838

        VR Systems' employees, former employees and corporate representative may have
        knowledge of electronic voting systems and related security vulnerabilities.

II.    **DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND
       TANGIBLE THINGS:** Fed. R. Civ. P. 26(a)(1)(A)(ii): "a copy—or a description by
       category and location—of all documents, electronically stored information, and tangible
       things that the disclosing party has in its possession, custody or control, and may use to
       support its claims or defenses, unless the use would be solely for the purposes of
       impeachment."

       Based on Lindell's current understanding of Plaintiffs/Counter-Defendants' allegations,

and without waiving any applicable privileges, responsive documents may be found on

frankspeech.com. Lindell will make available or produce other relevant documents related to the allegations at issue in the Complaint in accordance with the rules, subject to any objections.

Without limitation, documents may be located on email servers hosted by third-party vendors. Defendants reserve the right to supplement these disclosures with additional categories of documents and information, and their location, should they be identified.

**III.**    **DAMAGES:** Fed. R. Civ. P. 26(a)(1)(A)(iii): "a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered."

Lindell is still determining and computing his damages, and the harm to him from Counter-Defendants' and Third-Party Defendants' "lawfare" against him is ongoing. However, generally, Lindell has suffered damages to his business interests and his reputation, has suffered threats to his personal safety and life, and has incurred and continues to incur costs to defend the abusive litigation Dominion and Smartmatic have brought against him for exercising his freedom of speech. Due to Counter-Defendants' and Third-Party Defendants' defamation *per se* of Lindell, Lindell has suffered economic losses and special damages. Lindell has suffered actual injury as a result of Counter-Defendants' and Third-Party Defendants' actions in furtherance of their racketeering conspiracy and activities. Further, Dominion and Smartmatic (as state actors under 42 U.S.C. § 1983) damaged Lindell by violating his rights under the First and Fourteenth Amendments and the Support and Advocacy clause of 42 U.S.C. §1985(3). Further, Lindell reserves the right to prove his reasonable and necessary attorneys' fees he may seek in this case, to the extent allowed by law. Lindell will supplement this disclosure with more specific computations of the forgoing categories of damages as discovery progresses.

**IV.    INSURANCE:** Fed. R. Civ. P. 26(a)(1)(A)(iv): "for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a judgment in the action or to indemnify or reimburse the payments made to satisfy the judgment."

To protect My Pillow and Lindell from their insurance companies being publicly bullied into canceling their insurance contracts and/or not renewing policies, Lindell will disclose this information once a suitable protective order is in place.