UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>　Plaintiffs/Counter-Defendants,<br><br>　v.<br><br>MYPILLOW, INC., *et al.*,<br><br>　Defendants/Counter-Plaintiffs,<br><br>　v.<br><br>SMARTMATIC USA CORP., *et al.*,<br><br>　Third-Party Defendants. | Civil Action No. 1:21-cv-0445 (CJN) |

### ORDER

As set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Smartmatic's Motion to Dismiss, ECF No. 94, is GRANTED.  It is further ORDERED that Dominion and Hamilton Place's Motion to Dismiss, ECF No. 115, is GRANTED.  It is further ORDERED that Smartmatic's Motion for Sanctions, ECF No. 118, is GRANTED IN PART.  It is further ORDERED that Smartmatic and Lindell must provide briefs of no more than 10 pages discussing the appropriate amount of costs in light of the Court's Memorandum Opinion. Smartmatic shall file its brief on or before May 27, 2022.  Lindell shall file his brief on or before June 3, 2022.

It is SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Carl J. Nichols*
　　　　　　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

DATE: May 19, 2022