**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>   *Plaintiffs/ Counter-Defendants,*<br><br> v.<br><br>MYPILLOW, INC., *et al.*,<br><br>   *Defendants/Counter-Plaintiffs,*<br><br> v.<br><br>SMARTMATIC USA CORP., *et. al.*,<br><br>   *Third-Party Defendants.* | Civil Action No. 1:21-cv-0445 (CJN) |

<u>**SMARTMATIC SUPPLEMENTAL RULE 11 BRIEF PURSUANT TO THE**</u>
<u>**COURT'S MAY 19, 2022 ORDER DOCUMENT INDEX**</u>

| Ex No. | Date | Description |
|---|---|---|
| 1 | 5/27/2022 | Declaration of Nicole E. Wrigley |
| 2 | 12/10/2021 | Rule 11 Notice |
| 3 | 12/31/2021 | Rule 11 Response Letter |
| 4 |  | Laffey Matrix |
| 5 | 2/3/2022 | "Associate Billing Rates Are Growing Faster than Partner Rates", American Lawyer |
| 6 |  | Time Entries |
| 7 | 9/14/2021 | Benesch Invoice #591131 to Smartmatic USA Corp |
| 8 | 10/14/2021 | Benesch Invoice #594525 to Smartmatic USA Corp |
| 9 | 11/11/2021 | Benesch Invoice #597082 to Smartmatic USA Corp |
| 10 | 12/9/2021 | Benesch Invoice #600215 to Smartmatic USA Corp |
| 11 | 1/20/2022 | Benesch Invoice #603237 to Smartmatic USA Corp |
| 12 | 2/28/2022 | Benesch Invoice #607262 to Smartmatic USA Corp |
| 13 | 3/16/2022 | Benesch Invoice #608614 to Smartmatic USA Corp |
| 14 | 4/30/2022 | Benesch Invoice #951171 to Smartmatic USA Corp |
| 15 | 9/30/2021 | Cost Receipt |