# Exhibit 5

THE
AMERICAN LAWYER

Law Topics ⌄   Surveys & Rankings ⌄   Litigation Daily   Law.com Radar   All Sections ⌄

NEWS

# Associate Billing Rates Are Growing Faster Than Partner Rates

**A new report shows higher billing rate increases across the associate ranks, particularly in the first three to six years.**

February 03, 2022 at 04:11 PM

⏱ 4 minute read

Law Firm Associates

**Andrew Maloney** ↗

Editorial

Credit: Freedomz/Shutterstock

## What You Need to Know

- Firms are increasing associates billing rates more than other groups in firms.
- In New York, D.C., Chicago and San Francisco, average billing rates increased by less in 2021 than they did in 2020.
- Amid a battle for talent, rates for associates with around three to six years of experience increased faster than for other cohorts.

While law firms have been aggressive in their rate increases in the last few years, associates have seen some of the biggest jumps in billing rates.

Nationally, the average rate billed by partners last year stood at $728 per hour, and for associates, it was $535, according to data from Wolters Kluwer's ELM Solutions, a legal analytics company.

Those figures were up from $715 and $515 in 2020, representing increases of roughly 1.8% and 3.9%, respectively. Between 2019 and 2020, the average rates increased by about 5.3% for partners and 7.9% for associates.

Given the dynamics of the "talent war" over the last year or so, the increases for experienced associates were higher than for other groups, said Jeffrey Solomon, senior director of product management legal analytics for ELM.

The billing rate increases last year, in particular, coincided with a time when law firms raised associate pay through both base salaries and special bonuses.

Event

### The American Lawyer Industry Awards (TALIA) 2022

Honoring outstanding legal achievements focused at the national level, largely around Big Law and in-house departments.

Get More Information ↗



"As we started looking into the data, we saw larger [rate] increases across the associate ranks, particularly in the first kind of three to six years, than we would across the others," he said in an interview. "Those increases were greater there than across the other ranks."

ELM uses anonymized legal spend data from law firms' e-billing and time management software to compile national average billing rates for partners, associates and paralegals, as well as rate data for specific markets, practices and types of matters. ELM said all the data in the report is derived "from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment."

Broadly, the largest markets displayed the same pattern: billing rate growth tapering a bit between 2020 and 2021 relative to the previous year, with growth in associate rates outpacing growth in partner billing rates.

Partners in New York, for example, billed about $958 per hour in 2019; $1,000 in 2020 and $1,034 last year. Those year-over-year increases were about 4.4% and 3.4%, respectively. Associates in the Big Apple billed an average of $633 per hour in 2019; $678 in 2020 and $712 last year, representing year-over-year increases of about 7.1% and 5%, respectively.

A similar pattern played out for lawyers in Washington, D.C. Partners in that market billed an average of $825 per hour in 2019; $860 in 2020 and $880 last year, representing year-over-year increases of roughly 4.2% and 2.3%, respectively. Meanwhile, associates in D.C. billed an average of $535, $576 and $605 during that same time span, according to the ELM data, representing increases of about 7.7% and 5%, respectively.

Average partner rates in Chicago moved from $779 to $832 to $859 over the last three years, representing increases of 6.8% and 3.2%, respectively, in those intervals. Associate rates actually ticked down during the most recent interval, moving from an average of $565 to $564 after increasing from $506 between 2019 and 2020.

In the San Francisco market, the number for partners went up from $701 to $734, then down to $720, a roughly 4.7% increase followed by a 1.9% decrease. The average associate rate increased from $471 to $514 to $561 between 2019 and 2021, marking 9.1% increases in those time spans.

Different surveys within the last month or so suggest firms increased rates on average between about 3.9% and 5.7% in 2021. The State of the Legal Market Report, compiled by Thomson Reuters and Georgetown University, noted the 3.9% figure was "down slightly" from increases in 2020, but it still characterized the figure for 2021 as "fairly aggressive."

The Wells Fargo Private Bank Legal Specialty Group, in a report earlier this week, noted that firms expect to implement rate increases in 2022 of around 6% to 7% on average, an increase from the 5.7% figure it tallied in 2021, but one that could help offset the "significant challenge for budgeting" this year presented by the possibility of continued inflation.

That 6% to 7% standard rate projection is an average of inputs from law firms, collected by the group late last year.

"An increase in standard rates is what firms are telling us," Joe Mendola, senior director of sales for Wells Fargo Private Bank Legal Specialty Group, said in an interview. "It might not be as large of an increase, but an increase nonetheless."

He said the legal industry is "not immune" to inflation, but that if firms implement that kind of standard rate increase, and their projection for demand is on target, they could end up broadly increasing revenue by more than 5.3% this year.

"That standard rate increase was 6 to 7%, and the demand forecast was 3.4%, so if you put the pieces of the puzzle together—if all of that came to fruition—that 5.3% revenue forecast seems somewhat conservative," he said.

---

**RELATED STORIES**

### Aggressive Billing Rate Increases Appear Likely, but Can Clients Stomach It?

---

### Big Challenges Are Ahead, Even After Law Firms 'Trounced' Previous Year

---

**You Might Like**





LEGAL NEWS FROM AROUND THE WORLD

**The Global Lawyer**

Each week, Lisa Shuchman, Paul Hodkinson and Krishnan Nair help you interpret the major stories shaping your industry.

By Lisa Shuchman, Paul Hodkinson

May 24, 2022

### Legal Malpractice Payouts Reach 'All-Time High,' Firm Insurers Planning Premium Hikes

By Andrew Maloney

🕐 5 minute read



May 24, 2022

### The Am Law 200 Excelled, but Their Future Hinges on How They Use Profits

By Dan Roe

May 17, 2022

### Gibson Dunn Nabs 'Next-Generation' Partner, Securities Litigator in Northern California

By Jessie Yount

🕐 4 minute read

🕐 9 minute read

May 18, 2022

### Widespread War for Talent Wages On in the Growing, Yet Complicated, NFT Space

By Bruc



REGULATION | ENFORCEMENT

**Compliance Hot Spots**

This week, we break down the latest developments in compliance, enforcement and government affairs, reporting on what regulators are up to and arming in-house counsel and their outside partners with the insight to obtain better outcomes.

By Andrew Goudsward

⏱ 11 minute read



LAW.COM RADAR

TRENDING LAW FIRMS THIS WEEK

| | |
|---|---|
| 1 . | **Kirkland & Ellis**<br>24 new blips |
| 2 . | **DLA Piper**<br>21 new blips |
| 3 . | **Simpson Thacher &<br>Bartlett**<br>16 new blips |
| 4 . | **Greenberg Traurig**<br>15 new blips |
| 5 . | **Latham & Watkins**<br>15 new blips |

Go To Law.com Radar

**TRENDING STORIES**

**Elon Musk Bashes 'White-Shoe'
Firms, Seeks Lawyers to Join
New Tesla Litigation Team**

THE AMERICAN LAWYER

**'Sit Down': Judge Recuses Himself Over Lack of Trust in Defense Attorney, Then Seals His Order**

THE RECORDER

**Philadelphia Firms Part of Team Representing Child Trafficking Victims in Class Action Against Pornhub**

THE LEGAL INTELLIGENCER

**As Big Law Rolls into Miami, Locals Ask: Who Will Pay Kirkland's Rates?**

DAILY BUSINESS REVIEW

**The 2022 Am Law 200: Ranked by Gross Revenue**

THE AMERICAN LAWYER

**Was 2021 Better Than We Realized? An Early Look at the Am Law 100 Financial Growth**

**Am Law 100 Box Set: Insights From The Data We Didn't Release**



## Mentioned in a Law.com story?

License our industry-leading legal content to extend your thought leadership and build your brand.

**LEARN MORE**

**FEATURED FIRMS**

# More From ALM

Resources ⌄



**Best Practices to Build a Successful Key-Client Program**

Brought to you by Intapp

Download Now ⬇



**Administrative Support: An Evolution**

Brought to you by EPIQ

Download Now ⬇



**The Guide to Online Notarization**

Brought to you by Notarize

Download Now ⬇

Legal Newswire

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors...**

**SHAREHOLDER ALERT: Pomerantz Law Firm Investigates Claims On Behalf of Investors...**

**SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their ...**

**SHAREHOLDER ALERT: Pomerantz Law Firm Reminds Shareholders with Losses on their ...**

Submit a press release ▶

## Subscribe to The American Lawyer

Don't miss the crucial news and insights you need to make informed legal decisions. Join The American Lawyer now!

Join The American Lawyer 

Already have an account? Sign In

- Unlimited access to The American Lawyer
- Access to additional free ALM publications
- 1 free article* across the ALM subscription network every 30 days
- Exclusive discounts on ALM events and publications

### LAW.COM

The industry-leading media platform offering competitive intelligence to prepare for today and anticipate opportunities for future success.



About Us    Contact Us    Site Map    Advertise With Us    Customer Service    Terms of Service    FAQ    Privacy Policy

ALM.    Copyright © 2022 ALM Global, LLC. All Rights Reserved.