# Exhibit 7




Smartmatic USA Corp
Colin Flannery
1001 Broken Sound Pkwy NW
Suite D
Boca Raton, FL 33487

Invoice Number: 591131
Invoice Date: 09/14/21
Matter Number: 74498.00007
Terms: *Payable Upon Receipt*

**INVOICE # 591131 SUMMARY**

| | |
|---|---|
| Total Fees | $11,662.12 |
| Total Costs | $0.00 |
| Total for invoice # 591131 | $11,662.12 |

For Billing Questions, contact J. Erik Connolly at (312) 212-4949 or fax to (312) 757-9192

***REMIT TO:***

**Check Payments:**

Benesch Friedlander
Coplan & Aronoff LLP

Attn: Accounting Dept.
200 Public Square #2300
Cleveland, OH 44114-2378

Reference: 591131

**Wire Payments:**

Benesch Friedlander
Coplan & Aronoff LLP

PNC Bank
Cleveland, OH 44114

**Credit Card Payments**

Benesch Friedlander
Coplan & Aronoff LLP

Visa, MasterCard or
American Express
Please visit:
www.beneschlaw.com/payment



Smartmatic USA Corp
Colin Flannery
1001 Broken Sound Pkwy NW
Suite D
Boca Raton, FL 33487

Invoice Number: 591131
Invoice Date: 09/14/21
Matter Number: 74498.00007
Terms: *Payable Upon Receipt*

Matter 00007 Lindell Defense

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/21:

| Date | Tkpr | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| | | | | |
|---|---|---|---|---|
| 08/19/21 | LBM | Analyze internal memorandum and 8th Circuit law concerning Lindell's claim against Smartmatic for violation of 42 USC 1985(3); research and analyze D.C. Circuit law addressing claims for violation of the Support and Advocacy Clause; revise M. Sinclair's analysis comparing D.C. Circuit law and 8th Circuit law and confer with M. Sinclair and S. Lee regarding same | 4.20 | $2,310.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| | Adjustments | | | ($3,887.38) |

Total Current Fees $11,662.12

FOR COSTS AND EXPENSES INCURRED THROUGH 08/31/21:

**TOTAL AMOUNT OF THIS INVOICE $11,662.12**