# Exhibit 8



| | |
|---|---|
| Smartmatic USA Corp | Invoice Number: 594525 |
| Colin Flannery | Invoice Date: 10/14/21 |
| 1001 Broken Sound Pkwy NW | Matter Number: 74498.00007 |
| Suite D | Terms: *Payable Upon Receipt* |
| Boca Raton, FL 33487 | |

**INVOICE # 594525 SUMMARY**

| | |
|---|---|
| Total Fees | $77,765.62 |
| Total Costs | $5,503.41 |
| Total for invoice # 594525 | $83,269.03 |

For Billing Questions, contact J. Erik Connolly at (312) 212-4949 or fax to (312) 757-9192

*REMIT TO:*

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH 44114 | Visa, MasterCard or American Express Please visit: www.beneschlaw.com/payment |
| Reference: 594525 | | |

Case 1:21-cv-00445-CJN   Document 137-9   Filed 05/27/22   Page 3 of 12



Smartmatic USA Corp  
Colin Flannery  
1001 Broken Sound Pkwy NW  
Suite D  
Boca Raton, FL 33487

Invoice Number: 594525  
Invoice Date: 10/14/21  
Matter Number: 74498.00007  
Terms: *Payable Upon Receipt*

Matter 00007 Lindell Defense

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/21:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| ███ | ██ | ████████████████████████ | ██ | ███ |
| ███ | ██ | ████████████████████████████ | ██ | ███ |
| ███ | ██ | ████████████████████████ | ██ | ███ |
| 09/08/21 | OES | Review background materials on Lindell re: preparing motion to dismiss | 2.50 | $900.00 |
| 09/09/21 | OES | Review and outline Lindell exhibits re: preparing motion to dismiss | 1.00 | $360.00 |
| 09/10/21 | NEW | Discussion of research and preparation of motion to dismiss with O. Sullivan; follow up on assignments for same | 0.80 | $552.00 |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ██████████████████████ | ██ | ███ |
| 09/10/21 | OES | Conference with N. Wrigley and M. Sinclair re: plan for motion to dismiss | 1.00 | $360.00 |
| 09/10/21 | OES | Conduct research on RICO claims re: outlining RICO argument for motion to dismiss | 1.50 | $540.00 |
| 09/13/21 | NEW | Review complaint, along with memo on potential research issues and arguments for motion to dismiss; review and provide feedback to O. Sullivan regarding research issues for motion to dismiss | 2.00 | $1,380.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | Invoice Number | 594525 |
|---|---|---|---|---|
| Smartmatic USA Corp | | | | |
| Matter Number: 74498.00007 | | | Page  2 | |
| Invoice Date: 10/14/21 | | | | |

| | | | | |
|---|---|---|---|---|
| 09/13/21 | OES | Analyze Lindell complaint and draft list of research topics re: motion to dismiss | 2.30 | $828.00 |
| 09/13/21 | OES | Meet with N. Wrigley re: motion to dismiss research | 0.30 | $108.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 09/14/21 | OES | Conduct research in Washington D.C. on the Support and Advocacy Clause re: drafting motion to dismiss | 4.10 | $1,476.00 |
| 09/14/21 | OES | Review and analyze D.C. District Court and judge specific rules re: understanding rules for motion to dismiss | 1.00 | $360.00 |
| 09/14/21 | OES | Draft outline of motion to dismiss re: preparing for drafting | 1.10 | $396.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 09/14/21 | SHR | Research RICO case law in DC | 5.20 | $1,352.00 |
| 09/15/21 | JEC | Attention to motion to dismiss | 0.80 | $632.00 |
| 09/15/21 | OES | Conduct research on civil conspiracy in Washington D.C. re: drafting motion to dismiss | 5.00 | $1,800.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp  
Matter Number: 74498.00007  
Invoice Date: 10/14/21

Invoice Number     594525  
Page  3

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/15/21 | OES | Revise memorandum on RICO violation re: finalizing research for motion to dismiss | 1.50 | $540.00 |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| 09/15/21 | OES | Draft outline of civil conspiracy section re: motion to dismiss | 2.00 | $720.00 |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| 09/15/21 | SHR | Draft RICO research memo for M. Sinclair; confer with O. Sullivan, L. Muench, M. Sinclair, K. Carlson on motion to dismiss | 6.30 | $1,638.00 |
| 09/16/21 | OES | Draft outline of civil conspiracy section re: motion to dismiss | 1.50 | $540.00 |
| 09/16/21 | OES | Conduct research on civil conspiracy in Washington D.C. re: drafting motion to dismiss | 6.00 | $2,160.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | Invoice Number | 594525 |
|---|---|---|---|
| Matter Number: 74498.00007 | | Page  4 | |
| Invoice Date: 10/14/21 | | | |

| | | | | |
|---|---|---|---|---|
| 09/16/21 | KTC | Draft research memo to motion to dismiss team regarding viability of Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction, with focus on Rule 4(k)(1)(A) application, D.C. long-arm statute, and due process | 3.00 | $885.00 |
| 09/16/21 | LBM | Analyze allegations of the Complaint supporting Plaintiff's claim for violation of the Support and Advocacy Clause; research and analyze case law in the D.C. Circuit addressing the Support and Advocacy Clause; develop outline for opposition brief targeting Plaintiff's support-and-advocacy clause theories of liability | 6.20 | $3,410.00 |
| 09/17/21 | OES | Conduct research on civil conspiracy in Washington D.C. re: drafting motion to dismiss | 6.00 | $2,160.00 |
| 09/17/21 | OES | Draft legal standard section of civil conspiracy argument re: motion to dismiss | 1.50 | $540.00 |
| 09/17/21 | KTC | Draft research memo to motion to dismiss team regarding viability of Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction, with focus on Rule 4(k)(2) and RICO nationwide service of process | 2.30 | $678.50 |
| 09/17/21 | KTC | Research and write explanation of Rule 12(b)(2) dismissal without prejudice for purposes of pursuing future malicious prosecution action or Minnesota anti-SLAPP action against Lindell | 0.20 | $59.00 |
| 09/17/21 | KTC | Revise Rule 12(b)(2) personal jurisdiction research memo and clarify explanation on difficult areas of law before transmitting | 0.40 | $118.00 |
| 09/17/21 | LBM | Research and analyze federal cases dismissing alleged violations of the Support and Advocacy Clause; develop outline for opposition brief targeting Plaintiff's support-and-advocacy clause claim | 7.60 | $4,180.00 |
| 09/17/21 | SHR | Research RICO and extortion | 3.10 | $806.00 |
| ■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| 09/18/21 | OES | Draft liability section of civil conspiracy argument re: motion to dismiss | 2.50 | $900.00 |
| ■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| 09/19/21 | SHR | Research RICO, extortion, and motion to dismiss legal standard in DC | 5.10 | $1,326.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp  
Matter Number: 74498.00007  
Invoice Date: 10/14/21

Invoice Number     594525  
Page  5

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| ■ | ■ | ■■■■■ | ■ | ■ |
| 09/20/21 | OES | Revise conspiracy outline re: analyzing conspiracy jurisdiction argument | 1.00 | $360.00 |
| ■ | ■ | ■■■■■ | ■ | ■ |
| ■ | ■ | ■■■■■ | ■ | ■ |
| ■ | ■ | ■■■■■ | ■ | ■ |
| 09/20/21 | LBM | Research and analyze case law from the federal courts of appeal, the District Court for the District of Columbia, and the U.S. Supreme Court addressing the sufficiency of conspiracy allegations under federal law; draft thesis paragraphs of argument section regarding Plaintiff's Section 1985(3) claim; draft subsection of the argument addressing plaintiff's failure to satisfy the requirements to plead a conspiracy within the scope of 42 USC section 1985(3) | 9.60 | $5,280.00 |
| ■ | ■ | ■■■■■ | ■ | ■ |
| ■ | ■ | ■■■■■ | ■ | ■ |
| ■ | ■ | ■■■■■ | ■ | ■ |
| ■ | ■ | ■■■■■ | ■ | ■ |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | Invoice Number | 594525 |
|---|---|---|---|---|
| Smartmatic USA Corp | | | | |
| Matter Number: 74498.00007 | | | Page 6 | |
| Invoice Date: 10/14/21 | | | | |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| 09/21/21 | LBM | Confer with M. Sinclair regarding outline for background section and motion to dismiss brief; research and analyze federal Circuit Court, District Court for the District of Columbia, and U.S. Supreme Court case law addressing the requirement of physical violence or threat thereof to state a claim under Section 1985(3); draft subsection of argument seeking dismissal of Lindell's Section 1985(3) claim for failure to allege the statutorily required force, intimidation, or threat | 8.70 | $4,785.00 |
| 09/21/21 | SHR | Research RICO enterprise and civil conspiracy | 6.70 | $1,742.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| 09/22/21 | KTC | Draft research email to L. Muench regarding causation of injury in conspiracy cases and force, intimidation, or threat for section 1985(3) purposes | 3.40 | $1,003.00 |
| 09/22/21 | KTC | Cite check and revise draft motion to dismiss brief | 2.40 | $708.00 |
| 09/22/21 | KTC | Review motion to dismiss brief revision and cite check with M. Sinclair | 0.20 | $59.00 |
| 09/22/21 | LBM | Confer with M. Sinclair regarding motion to dismiss and action items; confer with K. Carlson regarding research issues to support additional grounds for dismissal of Plaintiff's Section 1985(3) claim; draft argument seeking dismissal of Plaintiff's Section 1985(3) claim for failure to allege a violation of a substantive federal right | 3.60 | $1,980.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| 09/23/21 | KTC | Identify 12(b)(6) dismissal case with appropriate standard for M. Sinclair | 0.20 | $59.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp  
Matter Number: 74498.00007  
Invoice Date: 10/14/21

Invoice Number     594525  
Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 09/23/21 | KTC | Draft factual background section for motion to dismiss brief by distilling facts out of Lindell's 81-page complaint, focusing on Lindell's specific and identifiable factual allegations, and procedural background of the case | 4.10 | $1,209.50 |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 09/24/21 | KTC | Revise factual background section for motion to dismiss brief, focusing on Lindell factual allegations, and procedural background of the case | 1.70 | $501.50 |
| 09/24/21 | KTC | Revise and cleanup entire brief, focusing on clarity of writing, style consistency, and presentation of arguments | 3.90 | $1,150.50 |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 594525 |
| --- | --- | --- | --- | --- |
| Matter Number: 74498.00007 | | | Page 8 | |
| Invoice Date: 10/14/21 | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 09/24/21 | KTC | Revise civil conspiracy section of brief for motion to dismiss, focusing on consistency with rest of brief | 1.00 | $295.00 |
| 09/24/21 | KTC | Revise RICO damages section of brief for motion to dismiss | 0.30 | $88.50 |
| 09/24/21 | LBM | Research and analyze federal case law addressing state action requirement under Section 1985(3); draft subsection of argument seeking dismissal of Plaintiff's Section 1985(3) claim for failure to sufficiently allege state action; review and revise each subsection supporting dismissal of Plaintiff's Section 1985(3) claim; confer with M. Sinclair regarding motion to dismiss strategy | 8.30 | $4,565.00 |
| 09/24/21 | SHR | Research RICO injury and 1985(3) state action | 3.50 | $910.00 |
| 09/25/21 | KTC | Research RICO proximate causation and injury to non-parties for Lindell's claim of RICO injury to MyPillow and MyStore | 0.30 | $88.50 |
| 09/26/21 | KTC | Research RICO proximate causation and injury to non-parties for Lindell's claim of RICO injury to MyPillow | 1.60 | $472.00 |
| 09/26/21 | KTC | Research Minnesota civil conspiracy and compile outline for M. Sinclair and O. Sullivan | 1.00 | $295.00 |
| 09/26/21 | KTC | Revise RICO and background sections of brief and transmit to M. Sinclair | 2.50 | $737.50 |
| 09/26/21 | KTC | Strategize how to present RICO arguments in the motion to dismiss brief with M. Sinclair | 0.20 | $59.00 |
| 09/26/21 | LBM | Review and revise section of argument seeking dismissal of Plaintiff's Section 1985(3) claim; analyze legal research concerning potential additional bases for dismissal of Plaintiff's Section 1985(3) claim | 3.20 | $1,760.00 |
| 09/26/21 | SHR | Conduct follow-up research for motion to dismiss | 2.00 | $520.00 |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■■ |
| 09/27/21 | KTC | Revise RICO "conduct" section in motion to dismiss brief to clarify applicable law and insufficiency of complaint's factual allegations | 0.90 | $265.50 |
| 09/27/21 | KTC | Identify cases discussing RICO "conspiracy" under 1962(d) to establish that Lindell has not pled RICO conspiracy | 0.20 | $59.00 |
| 09/27/21 | KTC | Revise motion to dismiss brief for formatting consistency in docket citations | 0.10 | $29.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 594525 |
| --- | --- | --- | --- | --- |
| Matter Number: 74498.00007 | | | Page  9 | |
| Invoice Date: 10/14/21 | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 09/27/21 | KTC | Research RICO "common purpose" and add case citations to brief | 0.70 | $206.50 |
| 09/27/21 | KTC | Draft introduction section for brief, including "theory of the case" | 1.60 | $472.00 |
| 09/27/21 | KTC | Revise civil conspiracy to prioritize stronger arguments and streamline presentation | 3.20 | $944.00 |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| 09/27/21 | LBM | Analyze and provide comments and suggested revisions to draft sections of motion to dismiss addressing plaintiff's RICO and civil conspiracy claims; attend litigation team meeting addressing action items for Lindell litigation; confer with M. Sinclair regarding motion to dismiss | 2.70 | $1,485.00 |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| 09/28/21 | NEW | Review draft of motion to dismiss; communications with M. Sinclair regarding time to respond | 1.30 | $897.00 |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| 09/29/21 | KTC | Revise RICO state law predicate footnote to reflect meaning of "extortion" under 18 U.S.C. 1961(1) | 0.20 | $59.00 |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |

Benesch, Friedlander, Coplan & Aronoff LLP

| | |
|---|---|
| Smartmatic USA Corp | Invoice Number 594525 |
| Matter Number: 74498.00007 | Page  10 |
| Invoice Date: 10/14/21 | |



| | |
|---|---|
| Adjustments | ($25,921.88) |
| Total Current Fees | $77,765.62 |

FOR COSTS AND EXPENSES INCURRED THROUGH 09/30/21:

| | |
|---|---|
| Computer Research - Westlaw | $5,503.41 |
| Current Expenses | $5,503.41 |
| **TOTAL AMOUNT OF THIS INVOICE** | **$83,269.03** |