# Exhibit 9



Smartmatic USA Corp
Colin Flannery
1001 Broken Sound Pkwy NW
Suite D
Boca Raton, FL 33487

Invoice Number: 597082
Invoice Date: 11/11/21
Matter Number: 74498.00007
Terms: *Payable Upon Receipt*

**INVOICE # 597082 SUMMARY**

| | |
|---|---:|
| Total Fees | $98,832.37 |
| Total Costs | $336.00 |
| Total for invoice # 597082 | $99,168.37 |

For Billing Questions, contact J. Erik Connolly at (312) 212-4949 or fax to (312) 757-9192

*REMIT TO:*

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH 44114 | Visa, MasterCard or American Express Please visit: www.beneschlaw.com/payment |
| Reference: 597082 | | |



Smartmatic USA Corp  
Colin Flannery  
1001 Broken Sound Pkwy NW  
Suite D  
Boca Raton, FL 33487

Invoice Number: 597082  
Invoice Date: 11/11/21  
Matter Number: 74498.00007  
Terms: *Payable Upon Receipt*

Matter 00007 Lindell Defense

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/21:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/21 | NEW | Review draft of motion to dismiss Lindell complaint | 1.50 | $1,035.00 |
| 10/01/21 | JEC | Attention to motion to dismiss | 0.50 | $395.00 |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |
| ▇▇ | ▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇ |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 597082 |
| Matter Number: 74498.00007 | | | Page 2 | |
| Invoice Date: 11/11/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/03/21 | KTC | Draft abuse of process analysis for motion to dismiss brief, focusing on abuse of process claim against Dominion because Smartmatic is alleged to have conspired with Dominion to commit abuse of process | 2.20 | $649.00 |
| 10/03/21 | KTC | Draft portion of motion to dismiss brief arguing that Lindell did not state a claim for defamation against Dominion, which means Smartmatic cannot be held vicariously liable for defamation through the civil conspiracy claim against it | 3.40 | $1,003.00 |
| 10/04/21 | NEW | Review draft of motion to dismiss, along with related legal research and summaries; discussions with E. Connolly and M. Sinclair regarding strategy for filing deadline | 7.00 | $4,830.00 |
| 10/04/21 | JEC | Review draft motion to dismiss | 3.00 | $2,370.00 |
| 10/04/21 | KTC | Draft section of brief arguing that Lindell failed to state a Section 1983 claim against Dominion, meaning Smartmatic cannot be vicariously liable for a Section 1983 violation through civil conspiracy | 3.30 | $973.50 |
| ■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |
| 10/04/21 | KTC | Revise brief, primarily focusing on abuse of process, defamation, and Section 1983 claims against Dominion as they relate to civil conspiracy claim against Smartmatic, and ensuring that case holdings support the propositions for which they are cited | 3.20 | $944.00 |
| ■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |
| ■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |
| 10/05/21 | NEW | Discuss revisions to draft of motion to dismiss, along with strategy for filing deadline with E. Connolly; review revised outline for motion to dismiss | 2.50 | $1,725.00 |
| 10/05/21 | JEC | Attention to motion to dismiss argument; meeting regarding same | 3.80 | $3,002.00 |
| ■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |
| ■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp  
Matter Number: 74498.00007  
Invoice Date: 11/11/21

Invoice Number   597082  
Page  3

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| 10/05/21 | KTC | Compile Judge Nichols's judicial preferences and Local Rules governing filing to create pre-filing checklist for motion to dismiss | 0.70 | $206.50 |
| 10/05/21 | KTC | Revise motion to dismiss itself, certificate of service, and proposed order for Judge Nichols, and check for compliance with Local Rules and Judge Nichols's preferences | 0.90 | $265.50 |
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| 10/05/21 | KTC | Revise brief supporting motion to dismiss, with focus on consistency and typographical errors | 0.30 | $88.50 |
| 10/05/21 | KTC | Research Rule 9(b) and determine whether a heightened pleading standard applies to RICO claims predicated on extortion | 0.50 | $147.50 |
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| 10/05/21 | KTC | Research and prepare summary of applicable law following Section 1404 transfer | 0.60 | $177.00 |
| 10/06/21 | NEW | Meeting with E. Connolly and M. Sinclair regarding comments on draft motion to dismiss; review and research additional legal arguments for same | 5.50 | $3,795.00 |
| 10/06/21 | JEC | Revise motion to dismiss | 7.50 | $5,925.00 |
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 597082 |
| Matter Number: 74498.00007 | | | Page 4 | |
| Invoice Date: 11/11/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| 10/07/21 | KTC | Research cases for inclusion in string cites in RICO portion of brief, focusing on alleged relationship with Dominion | 2.10 | $619.50 |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| 10/08/21 | KTC | Identifying case and complaint citations for revised motion to dismiss brief | 0.60 | $177.00 |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| 10/11/21 | KTC | Research meaning of "consent" for purposes of extortion under 18 USC 1951 for motion to dismiss brief | 0.50 | $147.50 |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| 10/12/21 | KTC | Review draft Lindell complaint, focusing on its allegations of bad faith as they relate to a Rule 11 motion against Lindell | 0.30 | $88.50 |
| 10/14/21 | KTC | Re-review Lindell complaint for allegations of relationships between Smartmatic and Dominion | 0.80 | $236.00 |
| ▬ | ▬ | ▬▬▬▬ | ▬ | ▬ |
| 10/14/21 | KTC | Research "consent" within meaning of Hobbs Act extortion for purposes of motion to dismiss brief | 0.20 | $59.00 |
| 10/14/21 | KTC | Draft argument regarding Lindell's allegation that Smartmatic and Dominion are "in cahoots" for the motion to dismiss brief | 0.30 | $88.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp  
Matter Number: 74498.00007  
Invoice Date: 11/11/21

Invoice Number     597082  
Page  5

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ |
| 10/15/21 | LBM | Phone conference with E. Connolly and N. Wrigley regarding litigation strategy and revisions to motion to dismiss; follow up conference and correspondence with M. Sinclair regarding motion to dismiss preparation and action items; review E. Connolly's revisions and comments to draft memorandum in support of motion to dismiss; analyze and annotate M. Lindell's Complaint | 5.40 | $2,970.00 |
| 10/17/21 | KTC | Research and collect cases from the District of Columbia and D.C. Circuit Court of Appeals that impose Rule 11 sanctions against plaintiffs who file frivolous claims, in preparation for Rule 11 motion to Lindell and his counsel | 1.40 | $413.00 |
| 10/17/21 | LBM | Analyze M. Lindell's Complaint and draft background section for motion to dismiss | 5.20 | $2,860.00 |
| 10/18/21 | NEW | Review revised draft of motion to dismiss; phone conference with J. Ward research project on relation back; attention to planning for potential rule 11 motion | 4.00 | $2,760.00 |
| 10/18/21 | JEC | Review and revise RICO section of motion to dismiss | 2.00 | $1,580.00 |
| 10/18/21 | JEC | Review and revise motion to dismiss | 2.00 | $1,580.00 |
| 10/18/21 | JEC | Attention to motion to dismiss; meet with regarding Rule 11 motion | 3.00 | $2,370.00 |
| ■ | ■ | ■ | ■ | ■ |
| 10/18/21 | LBM | Draft and revise background section for motion to dismiss; meet with E. Connolly, N. Wrigley, and S. Lee to discuss litigation strategy and preparation of motion for sanctions against Lindell and his counsel; analyze E. Connolly's outline of arguments for memorandum in support of motion to dismiss; revise section of motion to dismiss addressing Lindell's Section 1985(3) claim to incorporate E. Connolly's arguments; research and analyze federal case law for additional authority to support arguments in E. Connolly's motion to dismiss outline | 10.30 | $5,665.00 |
| 10/19/21 | NEW | Review of draft complaint; review and research potential grounds for other claims | 4.30 | $2,967.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 597082 |
| --- | --- | --- | --- | --- |
| Matter Number: 74498.00007 | | | Page 6 | |
| Invoice Date: 11/11/21 | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| 10/19/21 | KTC | Research and collect cases from the District of Columbia and D.C. Circuit Court of Appeals that impose Rule 11 sanctions against plaintiffs who file frivolous claims, in preparation for Rule 11 motion to Lindell and his counsel | 2.90 | $855.50 |
| 10/19/21 | KTC | Research cases holding that legal fees are not a compensable injury under RICO for inclusion in motion to dismiss brief | 0.40 | $118.00 |
| 10/19/21 | LBM | Draft and revise background and argument sections of motion to dismiss; phone conference with M. Sinclair concerning Lindell's civil conspiracy claim; research and analyze D.C. Circuit case law for authority to support arguments in motion to dismiss | 11.70 | $6,435.00 |
| 10/20/21 | NEW | Review and edit revised draft of motion to dismiss | 2.50 | $1,725.00 |
| 10/20/21 | JEC | Attention to motion to dismiss | 4.00 | $3,160.00 |
| 10/20/21 | KTC | Research and collect cases from the District of Columbia and D.C. Circuit Court of Appeals that impose Rule 11 sanctions against plaintiffs who file frivolous claims, in preparation for Rule 11 motion to Lindell and his counsel, and transmit to M. Sinclair and L. Muench | 3.50 | $1,032.50 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| 10/20/21 | KTC | Strategize with L. Muench regarding Rule 11 brief drafting plan | 0.20 | $59.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| 10/20/21 | LBM | Draft and revise background and argument sections of motion to dismiss; confer with E. Connolly regarding motion to dismiss strategy; confer with K. Carlson regarding Rule 11 research and preparation of Rule 11 motion; research precedent for successful Rule 11 motions in the District Court of Columbia | 7.60 | $4,180.00 |
| 10/21/21 | NEW | Review and revise revised draft of motion to dismiss | 1.50 | $1,035.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | Invoice Number | 597082 |
|---|---|---|---|---|
| Smartmatic USA Corp | | | | |
| Matter Number: 74498.00007 | | | Page  7 | |
| Invoice Date: 11/11/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/21/21 | LBM | Analyze and annotate Federal Rule of Civil Procedure 11, the corresponding Advisory Committee notes, and D.C. Circuit case law imposing sanctions for violations of Rule 11; analyze and annotate Lindell's RICO claim in his Complaint and the draft section of Smartmatic's motion to dismiss addressing this claim | 6.40 | $3,520.00 |
| 10/22/21 | NEW | Preparation for and attend meeting with L. Muench and E. Connolly regarding revisions to and arguments for motion to dismiss | 4.00 | $2,760.00 |
| 10/22/21 | JEC | Attention to motion to dismiss | 2.00 | $1,580.00 |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■■■ |
| 10/22/21 | LBM | Meeting with S. Lee regarding strategy and action items for Rule 11 motion; prepare for and meet with E. Connolly and N. Wrigley regarding motion to dismiss strategy and arguments to obtain dismissal of Lindell's RICO claim; revise memorandum in support of motion to dismiss to incorporate E. Connolly's and N. Wrigley's comments; analyze treatise summarizing current RICO case law and issues pertinent to Lindell's claim | 9.70 | $5,335.00 |
| 10/23/21 | LBM | Research and analyze D.C. Circuit case law addressing RICO claims; draft and revise thesis paragraphs of argument section against Lindell's RICO cause of action; develop outline of arguments to raise regarding the "conduct" requirement of a RICO claim | 4.60 | $2,530.00 |
| 10/24/21 | LBM | Draft section of motion to dismiss addressing Lindell's failure to allege the "conduct" requirement of a RICO claim; research and analyze U.S. Supreme Court and D.C. case law concerning the "enterprise" requirement of a RICO claim; draft and revise section of motion to dismiss addressing the enterprise requirement of Lindell's RICO claim | 9.40 | $5,170.00 |
| 10/25/21 | LBM | Draft and revise RICO section of motion to dismiss; research federal case law to support arguments raised in RICO section | 10.30 | $5,665.00 |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■■■ |
| 10/26/21 | LBM | Draft and revise memorandum in support of motion to dismiss and analyze case law cited therein | 11.20 | $6,160.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 597082 |
| Matter Number: 74498.00007 | | | Page 8 | |
| Invoice Date: 11/11/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/27/21 | NEW | Review revised draft of motion to dismiss; discussions with E. Connolly and L. Muench regarding same; communications with E. Connolly, L. Muench and M. Sinclair regarding status of filing same | 3.00 | $2,070.00 |
| 10/27/21 | JEC | Review motion to dismiss; meet with team regarding same | 2.50 | $1,975.00 |
| ■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| 10/27/21 | KTC | Strategize with M. Sinclair regarding revisions of case citations in the final motion to dismiss brief | 0.50 | $147.50 |
| 10/27/21 | KTC | Cite check select cases in RICO section of final motion to dismiss brief | 0.50 | $147.50 |
| 10/27/21 | LBM | Draft and revise memorandum in support of motion to dismiss; confer with E. Connolly and N. Wrigley regarding comments to brief; confer with M. Sinclair regarding RICO arguments and case law cited in the memorandum; analyze and cite check case in the brief; review local court rules and the judge's standing order to ensure filing compliance; prepare motion to dismiss to accompany the memorandum; finalize and oversee filing of motion to dismiss and brief | 12.20 | $6,710.00 |
| 10/28/21 | NEW | Communication with M. Sinclair regarding upcoming meet/confer with Dominion and Lindell in D.C. Litigation and other procedural/strategic issues | 0.30 | $207.00 |
| 10/28/21 | LBM | Follow up with M. Sinclair regarding compliance with local court motion practice requirements; confer with E. Connolly, N. Wrigley and M. Sinclair regarding meet and confer conference with opposing counsel; analyze correspondence from S. Lee regarding Rule 11 motion preparation and strategy and confer with S. Lee regarding same | 1.60 | $880.00 |
| 10/29/21 | NEW | Discussion with M. Sinclair regarding update on meet and confer between Dominion and Lindell in D.C. litigation | 0.30 | $207.00 |
| 10/29/21 | LBM | Phone conference with M. Sinclair regarding meet and confer with opposing counsel; analyze K. Carlson's Rule 11 case law research from the D.C. Court of Appeals and D.C. District Court; conduct follow-up research into D.C. case law concerning sanctions issued against frivolous RICO, Rule 11 and civil rights claims | 6.50 | $3,575.00 |
| | | Adjustments | | ($32,944.13) |

Benesch, Friedlander, Coplan & Aronoff LLP

| | |
|---|---|
| Smartmatic USA Corp | Invoice Number 597082 |
| Matter Number: 74498.00007 | Page  9 |
| Invoice Date: 11/11/21 | |

| | |
|---|---:|
| Total Current Fees | $98,832.37 |

FOR COSTS AND EXPENSES INCURRED THROUGH 10/31/21:

| | |
|---|---:|
| Clerk of Courts | $300.00 |
| Court Fees | $36.00 |
| Current Expenses | $336.00 |
| **TOTAL AMOUNT OF THIS INVOICE** | **$99,168.37** |