# Exhibit 10



Smartmatic USA Corp
Colin Flannery
1001 Broken Sound Pkwy NW
Suite D
Boca Raton, FL 33487

Invoice Number: 600215
Invoice Date: 12/09/21
Matter Number: 74498.00007
Terms: *Payable Upon Receipt*

**INVOICE # 600215 SUMMARY**

| | |
|---|---:|
| Total Fees | $113,038.87 |
| Total Costs | $1,088.61 |
| Total for invoice # 600215 | $114,127.48 |

For Billing Questions, contact J. Erik Connolly at (312) 212-4949 or fax to (312) 757-9192

*REMIT TO:*

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH 44114 | Visa, MasterCard or American Express Please visit: www.beneschlaw.com/payment |
| Reference: 600215 | | |



Smartmatic USA Corp  
Colin Flannery  
1001 Broken Sound Pkwy NW  
Suite D  
Boca Raton, FL 33487

Invoice Number: 600215  
Invoice Date: 12/09/21  
Matter Number: 74498.00007  
Terms: *Payable Upon Receipt*

Matter 00007 Lindell Defense

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/21:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/21 | NEW | Communications with L. Muench regarding status of Rule 11 prep work | 0.50 | $345.00 |
| 11/01/21 | KTC | Strategize with L. Muench regarding Rule 11 and 42 USC 1988 fee motions | 0.20 | $59.00 |
| 11/01/21 | KTC | Draft memo incorporating all prior Rule 11 research and refining categories of cases useful to pursuing a Rule 11 motion against Lindell and his counsel | 2.90 | $855.50 |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■■ |
| 11/01/21 | LBM | Analyze and annotate S. Lee's memorandum identifying grounds for sanctions under Fed. R. Civ. P. 11(b)(3) for lack of evidentiary support; confer with S. Lee regarding strategy for Rule 11 motion and legal research needed for motion; meet with K. Carlson to discuss legal research issues related to seeking sanctions against Lindell's counsel for alleging claims against Smartmatic for civil conspiracy, violation of the Support and Advocacy Clause, and violation of RICO; confer with N. Wrigley regarding status of Rule 11 preparation and next steps; analyze and annotate D.C. Circuit and D.C. District Court case law addressing motions for sanctions under Fed. R. Civ. P. 11 | 3.50 | $1,925.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 600215 |
| Matter Number: 74498.00007 | | | Page 2 | |
| Invoice Date: 12/09/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| ███ | ██ | ████████████████████████████████████████████████████████ | ██ | ████ |
| 11/02/21 | KTC | Draft memo incorporating all prior Rule 11 research and refining categories of cases useful to pursuing a Rule 11 motion against Lindell and his counsel | 1.30 | $383.50 |
| 11/02/21 | KTC | Draft memo analyzing procedure and considerations for filing motion for attorneys fees under 42 USC 1988 | 2.80 | $826.00 |
| ███ | ██ | ████████████████████████████████████████████████████████ | ██ | ████ |
| ███ | ██ | ████████████████████████████████████████████████████████ | ██ | ████ |
| 11/03/21 | KTC | Research interplay of Rule 11 and 42 USC 1988 in moving for sanctions and attorneys fees | 0.60 | $177.00 |
| 11/03/21 | KTC | Research Section 1985 cases with frivolous pleadings and in which Rule 11 sanctions were imposed for purposes of Rule 11 motion | 0.70 | $206.50 |
| 11/03/21 | KTC | Review identified Rule 11 cases for RICO, conspiracy, and Section 1985 claims | 0.40 | $118.00 |
| 11/03/21 | KTC | Research civil conspiracy cases with frivolous pleadings and in which Rule 11 sanctions were imposed for purposes of Rule 11 motion | 1.10 | $324.50 |
| 11/03/21 | KTC | Research RICO cases with frivolous pleadings and in which Rule 11 sanctions were imposed for purposes of Rule 11 motion | 0.30 | $88.50 |
| 11/03/21 | KTC | Review Lindell motion for stay or extension of time to respond to complaint in preparation for drafting response in opposition | 0.20 | $59.00 |
| 11/03/21 | KTC | Draft response in opposition to Lindell's motion to clarify court's order regarding stay as to the Smartmatic Defendants, and opposing any potential stay as to Smartmatic defendants | 3.10 | $914.50 |
| ███ | ██ | ████████████████████████████████████████████████████████ | ██ | ████ |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | Invoice Number | 600215 |
|---|---|---|---|
| Matter Number: 74498.00007 | | Page  3 | |
| Invoice Date: 12/09/21 | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/03/21 | LBM | Analyze and annotate D.C. Circuit and District Court case law addressing motions for sanctions under Fed. R. Civ. P. 11; develop strategy for motion for sanctions against Lindell and his counsel for violations of Rule 11(b)(1), (2), and (3); confer with K. Carlson regarding follow-up legal research to show violations of Rule 11(b)(2); confer with M. Sinclair regarding response to opposing counsel's proposed case status report; analyze Lindell's motion to stay response to Smartmatic's motion to dismiss | 7.70 | $4,235.00 |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| 11/04/21 | KTC | Draft response in opposition to Lindell's motion to clarify court's order regarding stay as to the Smartmatic Defendants | 0.40 | $118.00 |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| 11/04/21 | KTC | Draft analysis of legal standard governing stays for opposition to Lindell's motion to clarify stay | 0.20 | $59.00 |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬ |
| 11/04/21 | KTC | Revise and cite check opposition brief to Lindell's motion to stay case as to Smartmatic | 1.10 | $324.50 |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬ |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 600215 |
| Matter Number: 74498.00007 | | | Page  4 | |
| Invoice Date: 12/09/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/04/21 | LBM | Confer with K. Carlson regarding legal research into grounds for fee petition under 42 U.S.C. section 1988 and relationship between Section 1988 and Fed. R. Civ. P. 11; review and revise Smartmatic's response to Lindell's motion for clarification of stay order; confer with M. Sinclair regarding comments to draft response; research and analyze federal case law addressing joint motions for sanctions and fees under Section 1988 and Rule 11 | 8.20 | $4,510.00 |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 11/05/21 | KTC | Strategize with L. Muench regarding approach to presenting Rule 11 and Section 1988 options to E. Connolly and N. Wrigley | 0.50 | $147.50 |
| 11/05/21 | KTC | Draft memo reviewing strengths and weaknesses of various options under Rule 11 and Section 1988 for E. Connolly and N. Wrigley | 2.10 | $619.50 |
| 11/05/21 | LBM | Analyze and annotate D.C. Circuit and federal court case law resolving motions for fees under Section 1988; confer with K. Carlson regarding preparation of Rule 11 and Section 1988 strategy memorandum and Rule 11 letter to Lindell and opposing counsel; analyze successful Rule 11 motions in the D.C. District Court and develop outline for Rule 11 motion | 6.80 | $3,740.00 |
| 11/07/21 | KTC | Draft memo reviewing strengths and weaknesses of various options under Rule 11 and Section 1988 for E. Connolly and N. Wrigley | 1.30 | $383.50 |
| 11/07/21 | LBM | Analyze and annotate Rule 11 motions and memorandum opinions and orders in cases arising out of the 2020 presidential election; develop legal standard for Rule 11 motion against Lindell and his counsel | 4.30 | $2,365.00 |
| 11/08/21 | NEW | Review communications from M. Sinclair regarding updates on procedural issues, review joint status report filed by Lindell and Dominion | 0.50 | $345.00 |
| ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 11/08/21 | LBM | Research and analyze Rule 11 motions in cases alleging voter fraud in the 2020 presidential election and court opinions resolving these motions; develop outline for Rule 11 motion against Lindell and his counsel | 8.20 | $4,510.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 600215 |
| --- | --- | --- | --- | --- |
| Matter Number: 74498.00007 | | | Page 5 | |
| Invoice Date: 12/09/21 | | | | |

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/09/21 | LBM | Analyze complaint and prepare table of sanctionable allegations in Lindell's complaint under Fed. R. Civ. P. 11(b)(1), 11(b)(2), and/or 11(b)(3) for the motion to dismiss; research and develop statement of facts for Rule 11 motion | 8.40 | $4,620.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| 11/10/21 | LBM | Research and develop statement of facts for Rule 11 motion; analyze M. Levine-Patton's draft complaint against Lindell and supporting exhibits | 7.80 | $4,290.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| 11/11/21 | LBM | Draft and revise statement of facts for Rule 11 brief; confer with K. Carlson regarding action items for Rule 11 brief and Section 1988 fee petition | 6.00 | $3,300.00 |
| 11/12/21 | NEW | Phone conference with L. Muench regarding status of Rule 11 notice and briefing | 0.30 | $207.00 |
| 11/12/21 | LBM | Confer with M. Levine-Patton and L. Tortorella regarding fact investigation against Lindell and supporting documentation; draft and revise statement of facts; develop legal standard section for Rule 11 brief | 4.00 | $2,200.00 |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| ▮▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| 11/15/21 | KTC | Review order by Judge Nichols for Lindell to refile his claims against Dominion (and presumably Smartmatic) as counterclaims in Dominion's case against him and correspond with M. Sinclair and L. Muench regarding effect of order on Rule 11 strategy | 0.20 | $59.00 |
| 11/15/21 | KTC | Draft Rule 11 letter to Lindell and his counsel to send prior to Rule 11 motion pursuant to Rule 11(c)(2) | 1.10 | $324.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 600215 |
| Matter Number: 74498.00007 | | | Page 6 | |
| Invoice Date: 12/09/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/21 | LBM | Analyze D.C. Circuit and D.C. District Court case law, pertinent non-controlling case law, and sanctions briefs and opinions arising from the 2020 U.S. election; draft outline of argument section for violations of Fed. R. Civ P. 11(b)(1), (2), and (3) by Mike Lindell and his counsel | 7.00 | $3,850.00 |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮ |
| 11/16/21 | KTC | Investigate factual rebuttal of Lindell's claim that Dominion machines "switched" votes in Bibb County, Georgia during the 2020 election | 1.00 | $295.00 |
| 11/16/21 | KTC | Investigate factual rebuttal of Lindell's claim that Dominion machines "switched" votes in Antrim County, Michigan during the 2020 election | 0.70 | $206.50 |
| 11/16/21 | KTC | Draft rebuttal to Lindell's claim that Dominion machines "switched" votes in Antrim County, Michigan during the 2020 election for Rule 11 brief | 1.40 | $413.00 |
| 11/16/21 | LBM | Draft legal standard section and argument section of Rule 11 brief addressing violations of Fed. R. Civ. P. 11(b)(1); conduct follow-up legal and factual research in support of arguments | 6.00 | $3,300.00 |
| 11/17/21 | KTC | Research court cases that have rejected voter fraud claims and imposed sanctions for inclusion in Rule 11 motion against Lindell | 1.20 | $354.00 |
| 11/17/21 | LBM | Draft and revise argument section addressing Lindell's and Plaintiff's counsel's violations of Fed. R. Civ. P. 11(b)(1); conduct follow-up legal and factual research in support of arguments | 9.50 | $5,225.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 600215 |
| Matter Number: 74498.00007 | | | Page 7 | |
| Invoice Date: 12/09/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| ██████ | ██ | ██████████████████████████████ ██████████████████ ████████████████████ ███████████████ █████████████████ ███████ | ██ | ██0 |
| ██████ | ██ | ██████████████████████████████ ███████ | ██ | ██████ |
| 11/18/21 | KTC | Research court cases that have rejected voter fraud claims and imposed sanctions for inclusion in Rule 11 motion against Lindell | 3.30 | $973.50 |
| 11/18/21 | LBM | Draft argument section addressing Plaintiff's counsel's violations of Fed. R. Civ. P. 11(b)(2); analyze motion to dismiss briefing and case law to demonstrate violations of Rule 11(b)(2); conduct follow-up legal research in support of arguments | 8.00 | $4,400.00 |
| ██████ | ██ | ██████████████████████████████ ██████████████████████████████ █████████ | ██ | ██████ |
| ██████ | ██ | ██████████████████████████████ ███████ | ██ | ██████ |
| 11/19/21 | KTC | Investigate factual basis for Bibb County, Georgia election fraud claims for refuting Lindell's allegations in Rule 11 motion and draft short refutation | 0.90 | $265.50 |
| 11/19/21 | KTC | Research case citations and parentheticals to add to Rule 11 brief for L. Muench | 2.10 | $619.50 |
| 11/19/21 | KTC | Confer with L. Muench on plan for drafting sections for Rule 11 brief, relating specifically to Rule 11(b)(3) analysis of Lindell's factual claims | 0.30 | $88.50 |
| 11/19/21 | KTC | Draft sections for Rule 11 brief relating to Rule 11(b)(3) analysis of Lindell's factual claims, focusing on absence of conspiratorial agreement between Smartmatic and Dominion | 3.40 | $1,003.00 |
| 11/19/21 | LBM | Draft and revise introduction to Rule 11 brief and argument section addressing violations of Rule 11(b)(3); confer with K. Carlson regarding legal research to support Rule 11(b)(3) arguments; analyze K. Carlson's and S. Roth's legal research summaries | 5.00 | $2,750.00 |
| 11/20/21 | KTC | Draft sections for Rule 11 brief relating to Rule 11(b)(3) analysis of Lindell's factual claims, focusing on lack of agreement to form conspiracy between Smartmatic and Dominion | 1.20 | $354.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | | Invoice Number | 600215 |
|---|---|---|---|---|---|
| Matter Number: 74498.00007 | | | | Page 8 | |
| Invoice Date: 12/09/21 | | | | | |
| 11/20/21 | KTC | Draft sections for Rule 11 brief relating to Rule 11(b)(3) analysis of Lindell's factual claims, focusing on lack of evidence to support Lindell's allegation that Smartmatic and Dominion share employees and office space | | 1.80 | $531.00 |
| 11/20/21 | LBM | Analyze complaint, fact investigation research and D.C. Circuit court case law concerning Rule 11(b)(3); draft and revise argument section addressing Lindell's and his counsel's violations of Rule 11(b)(3) | | 7.40 | $4,070.00 |
| 11/21/21 | KTC | Draft Rule 11 letter based on updated version of Rule 11 brief | | 0.40 | $118.00 |
| 11/21/21 | LBM | Draft and revise memorandum in support of Rule 11 sanctions | | 3.50 | $1,925.00 |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮ | ▮▮▮▮ |
| 11/22/21 | KTC | Draft Rule 11 letter summarizing Rule 11 brief to serve on Lindell and his counsel | | 1.00 | $295.00 |
| 11/22/21 | KTC | Review and revise Rule 11 brief record citations, focusing on the record and transcripts of Lindell's out-of-court statements | | 1.20 | $354.00 |
| 11/22/21 | KTC | Revise Rule 11 brief sections pertaining to accuracy of Lindell's factual claims and disgorgement of attorneys' fees by Lindell's counsel | | 1.10 | $324.50 |
| 11/22/21 | KTC | Draft exhibit list and organize exhibits to be filed with Rule 11 motion | | 3.70 | $1,091.50 |
| 11/22/21 | KTC | Confer with L. Muench on plan for Rule 11 brief revision, exhibit list, and cite checking | | 0.50 | $147.50 |
| 11/22/21 | LBM | Phone conferences with C. Flannery and J. Vasquez regarding allegations in Lindell's Complaint and Rule 11 motion; phone conference with K. Carlson regarding preparation of Rule 11 brief; draft and revise Rule 11 motion, supporting memorandum of law, letter to opposing counsel, and internal strategy memo analyzing moving for sanctions under Rule 11 versus filing a fee petition under 42 U.S.C. 1988 | | 10.00 | $5,500.00 |

Case 1:21-cv-00445-CJN   Document 137-11   Filed 05/27/22   Page 10 of 13

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 600215 |
| Matter Number: 74498.00007 | | | Page 9 | |
| Invoice Date: 12/09/21 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/23/21 | NEW | Review and respond to communications with L. Muench, E. Connolly and client regarding timing of serving Rule 11 letter; review memo from S. Lee regarding Rule 11 arguments; discussion with M. Sinclair re: strategy for meet and confer with counsel in D.C. litigation; review draft Rule 11 brief; review and revise draft Rule 11 motion; review and revise draft Rule 11 letter | 5.50 | $3,795.00 |
| 11/23/21 | JEC | Attention to Rule 11 draft | 1.30 | $1,027.00 |
| | | [redacted] | | |
| 11/23/21 | KTC | Revise Rule 11 brief, focusing on cite checking exhibits and transcripts in the background section, cleaning up typographical errors, and Bluebooking citations throughout | 4.20 | $1,239.00 |
| 11/23/21 | KTC | Draft exhibit list and organize exhibits to be filed with Rule 11 motion | 0.70 | $206.50 |
| 11/23/21 | KTC | Confer with L. Muench on revisions made to Rule 11 brief, particularly to the background section, and develop plan for continued revisions to brief and exhibit list | 0.50 | $147.50 |
| 11/23/21 | LBM | Confer with K. Carlson regarding corrections to statement of facts, collection and preparation of exhibits, and related Rule 11 action items; oversee preparation of legal research binders for E. Connolly and N. Wrigley; research and analyze D.C. Circuit and other circuit court authority applying Rule 11 to frivolous claims under Section 1985 and 1983; outline section of Argument addressing violations of Rule 11(b)(2) for plaintiff's counsel's inclusion of a claim under 42 U.S.C. 1985(3) against Smartmatic; confer with E. Connolly and N. Wrigley regarding relief requested in Rule 11 motion | 7.30 | $4,015.00 |
| 11/24/21 | NEW | Review email from S. Lee regarding news on Lindell's public statements; review draft of Rule 11 brief and related legal research | 2.30 | $1,587.00 |
| | | [redacted] | | |
| 11/24/21 | KTC | Revise Rule 11 brief by cite checking and correcting formatting errors in every citation | 4.60 | $1,357.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | | Invoice Number | 600215 |
|---|---|---|---|---|---|
| Matter Number: 74498.00007 | | | | Page  10 | |
| Invoice Date: 12/09/21 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 11/24/21 | LBM | Analyze Rule 11 case law, motion to dismiss memorandum, and Lindell's claim under 42 U.S.C. 1985(3); draft and revise additional subsection for the Argument in the Rule 11 brief seeking sanctions under Rule 11(b)(2) for Lindell's counsel's inclusion of the Section 1985(3) claim against Smartmatic | | 6.00 | $3,300.00 |
| 11/26/21 | KTC | Revise Rule 11 brief by cite checking sections pertaining to lack of evidentiary basis and type of appropriate sanction | | 1.60 | $472.00 |
| 11/26/21 | KTC | Confer with L. Muench on revisions made to Rule 11 brief regarding factual and legal citations | | 0.40 | $118.00 |
| 11/26/21 | LBM | Review K. Carlson's edits and citecheck work and confer with K. Carlson regarding same; analyze newly issued sanctions order imposing fee award in O'Rourke in the District Court of Colorado; draft and revise Rule 11 memorandum; prepare email summarizing revisions and additional arguments included in the updated draft for E. Connolly and N. Wrigley | | 4.60 | $2,530.00 |
| 11/28/21 | JEC | Attention to Rule 11 draft; review case law regarding same | | 3.80 | $3,002.00 |
| 11/29/21 | NEW | Discuss Rule 11 with E. Connolly; review revised draft of Rule 11 brief; attend meeting with E. Connolly and L. Muench | | 6.30 | $4,347.00 |
| 11/29/21 | JEC | Meetings regarding Rule 11 motion | | 3.80 | $3,002.00 |
| ██████ | ██████ | ████████████████████████████████████████████ | | ██████ | ██████ |
| 11/29/21 | KTC | Prepare Rule 11 exhibits for filing with Rule 11 brief and revise index of exhibits | | 0.90 | $265.50 |
| 11/29/21 | KTC | Confer with L. Muench on plan for revisions to Rule 11 brief based on comments of E. Connolly and N. Wrigley | | 0.50 | $147.50 |
| 11/29/21 | KTC | Revise Rule 11 brief in accordance with directions of L. Muench, based on comments of E. Connolly and N. Wrigley, with focus on background on other courts' election fraud decisions and RICO claim | | 3.00 | $885.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | Invoice Number | 600215 |
| --- | --- | --- | --- |
| Matter Number: 74498.00007 | | Page 11 | |
| Invoice Date: 12/09/21 | | | |

| Date | Tkpr | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 11/29/21 | LBM | Draft memorandum of fact investigation interviews of J. Vasquez concerning allegations in Lindell's complaint; confer with N. Wertheimer regarding preparation of exhibits for Rule 11 motion; confer with K. Carlson regarding action items for Rule 11 brief; meet with E. Connolly and N. Wrigley regarding strategy for Rule 11 motion and comments to brief; draft and revise Rule 11 memorandum to address E. Connolly's and N. Wrigley's comments | 11.80 | $6,490.00 |
| 11/29/21 | NW | Assist team prepare Rule 11 exhibits | 1.50 | $457.50 |
| ▬▬▬ | ▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬▬ |
| 11/30/21 | NEW | Discussion service of Rule 11 motion with L. Muench | 0.30 | $207.00 |
| 11/30/21 | KTC | Revise Rule 11 brief sections regarding improper purpose and frivolous factual allegations in accordance with comments of L. Muench | 2.40 | $708.00 |
| 11/30/21 | KTC | Draft Rule 11 brief paragraphs regarding centrality of election rigging to Lindell's claims in accordance with comments of L. Muench | 0.80 | $236.00 |
| 11/30/21 | KTC | Revise and clean up Rule 11 brief prior to further review by N. Wrigley | 1.80 | $531.00 |
| 11/30/21 | LBM | Draft and revise Rule 11 memorandum to address E. Connolly's and N. Wrigley's comments; confer with K. Carlson regarding revisions and case law analysis | 10.60 | $5,830.00 |
| | | Adjustments | | ($37,679.63) |

Total Current Fees $113,038.87

FOR COSTS AND EXPENSES INCURRED THROUGH 11/30/21:

| | |
| --- | --- |
| Clerk of Courts | $221.00 |
| Court Fees | $256.61 |
| Computer Research - Lexis | $611.00 |
| Current Expenses | $1,088.61 |

**TOTAL AMOUNT OF THIS INVOICE** **$114,127.48**