# Exhibit 11



Smartmatic USA Corp  
Attn: Colin Flannery  
1001 Broken Sound Parkway NW  
Suite D  
Boca Raton, FL 33487  

Invoice Number: 603237  
Invoice Date: 01/20/22  
Matter Number: 74498.00007  
Terms: *Payable Upon Receipt*

### INVOICE # 603237 SUMMARY

| | |
|---|---|
| Total Fees | $89,112.75 |
| Total Costs | $2,786.63 |
| Total for invoice # 603237 | $91,899.38 |

For Billing Questions, contact J. Erik Connolly at (312) 212-4949 or fax to (312) 757-9192

*REMIT TO:*

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH 44114 | Visa, MasterCard or American Express Please visit: www.beneschlaw.com/payment |
| Reference: 603237 | | |



Smartmatic USA Corp  
Attn: Colin Flannery  
1001 Broken Sound Parkway NW  
Suite D  
Boca Raton, FL 33487

Invoice Number: 603237  
Invoice Date: 01/20/22  
Matter Number: 74498.00007  
Terms: *Payable Upon Receipt*

Matter 00007 Lindell Defense

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/21:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/21 | NEW | Review final draft of Rule 11 brief; discuss finalization with L. Muench; preparation for and attend meeting with L. Muench, M. Sinclair and K. Carlson regarding Lindell's new complaint and potential strategies; review federal rules regarding complaint amendments for same | 3.00 | $2,070.00 |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮▮ |
| 12/01/21 | KTC | Revise and clean up Rule 11 brief and incorporate edits of N. Wrigley | 2.70 | $796.50 |
| 12/01/21 | KTC | Review new Lindell complaint that names Smartmatic in counterclaims he filed in Dominion v. Lindell | 1.20 | $354.00 |
| ▮▮ | ▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮▮ |
| 12/01/21 | KTC | Strategize with N. Wrigley, M. Sinclair, and L. Muench regarding seeking sanctions and dismissal of new Lindell complaint | 0.50 | $147.50 |
| 12/01/21 | KTC | Strategize with M. Sinclair and L. Muench regarding action item plan for seeking sanctions and dismissal of new Lindell complaint | 0.40 | $118.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 603237 |
| --- | --- | --- | --- | --- |
| Matter Number: 74498.00007 | | | Page  2 | |
| Invoice Date: 01/20/22 | | | | |

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 12/01/21 | LBM | Draft and revise Rule 11 memorandum and confer with E. Connolly and N. Wrigley regarding revised draft; analyze and annotate newly filed Lindell Third-Party Complaint and orders issued in Dominion action against Lindell; research and analyze D.C. case law addressing violations of Section 1927 for vexatious conduct in litigation; research and analyze improper amendments under Rule 15 and available relief; meet with N. Wrigley, M. Sinclair and K. Carlson to discuss litigation strategy and action items; review and revise letter to Lindell's counsel identifying sanctionable conducting and offering to meet and confer | 9.40 | $5,170.00 |
| 12/02/21 | NEW | Review memo of changes to Lindell complaint; review draft Rule 11 letter to Lindell counsel; review and revise draft email to client regarding strategy for Lindell new complaint; discuss strategy for responding to Lindell new complaint with E. Connolly; communications with team regarding same | 2.50 | $1,725.00 |
| 12/02/21 | JEC | Attention to Rule 11 and motion to dismiss strategy | 1.00 | $790.00 |
| 12/02/21 | ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇▇ |
| 12/02/21 | KTC | Review exhibits accompanying re-filed Lindell complaint | 0.20 | $59.00 |
| 12/02/21 | ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇▇ |
| 12/02/21 | ▇▇▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | ▇▇ | ▇▇▇ |
| 12/02/21 | KTC | Research Section 1983 cases from District of Columbia for use in motion to dismiss Lindell's new Section 1983 claims against Smartmatic | 3.10 | $914.50 |
| 12/02/21 | KTC | Draft Section 1983 analysis for revised motion to dismiss Lindell's new Section 1983 claims against Smartmatic | 1.10 | $324.50 |
| 12/02/21 | KTC | Revise Section 1983 analysis for revised motion to dismiss Lindell's new Section 1983 claims against Smartmatic | 0.40 | $118.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 603237 |
| Matter Number: 74498.00007 | | | Page  3 | |
| Invoice Date: 01/20/22 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/02/21 | LBM | Confer with M. Sinclair regarding Rule 11 letter and revise letter; confer with E. Connolly and N. Wrigley regarding next steps in moving forward with motion to dismiss and Rule 11 motion; phone conference with M. Sinclair and K. Carlson regarding action items to prepare motion to dismiss against Lindell's new theories of liability and additional causes of action in his Third-Party Complaint; analyze and compare Third-Party Complaint with Lindell's original complaint; research federal case law dismissing RICO claims predicated on violation of the federal witness tampering and mail fraud statutes | 8.70 | $4,785.00 |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬▬ |
| 12/03/21 | KTC | Revise motion to dismiss original Lindell complaint with citation and small structural changes in response to new complaint | 3.30 | $973.50 |
| 12/03/21 | KTC | Revise motion to dismiss original Lindell complaint with respect to procedural history in response to new complaint, with focus on citations to parallel dockets and discussion of court orders | 0.40 | $118.00 |
| 12/03/21 | KTC | Revise motion to dismiss original Lindell complaint with respect to argument section in response to new complaint, focusing on application of law to newly alleged facts | 2.10 | $619.50 |
| 12/03/21 | KTC | Strategize with L. Muench regarding revisions to motion to dismiss brief in light of new Lindell factual allegations, focusing on plan to address new claims and change factual allegation citations | 0.30 | $88.50 |
| 12/03/21 | LBM | Research and analyze federal case law to support grounds for dismissal of Lindell's new theories of liability for his existing claims and his new causes of action against Smartmatic; draft additional sections in motion to dismiss memorandum addressing Lindell's amendments to his prior pleading | 10.40 | $5,720.00 |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ | ▬▬ |
| 12/04/21 | KTC | Revise motion to dismiss brief, focusing on RICO section citations and analysis that must change due to new complaint | 2.70 | $796.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 603237 |
| Matter Number: 74498.00007 | | | Page  4 | |
| Invoice Date: 01/20/22 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/04/21 | KTC | Review cases identified by L. Muench for new sanctions briefing section based on 28 USC 1927, stemming from Lindell's improper amendments to his refiled complaint | 0.50 | $147.50 |
| 12/04/21 | KTC | Draft new sanctions briefing section based on 28 USC 1927, stemming from Lindell's improper amendments to his refiled complaint | 3.80 | $1,121.00 |
| 12/04/21 | KTC | Strategize with L. Muench regarding revisions to motion to dismiss brief in light of new Lindell factual allegations and legal claims | 0.60 | $177.00 |
| 12/04/21 | LBM | Analyze case law research concerning Lindell's new theories of liability and causes of action; phone conference with K. Carlson regarding preparation of revised Rule 11 brief and argument strategy; draft and revise updated memorandum in support of motion to dismiss | 7.60 | $4,180.00 |
| 12/05/21 | JEC | Attention to motion to dismiss | 2.00 | $1,580.00 |
| 12/05/21 | ■■■ | ■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■■ |
| 12/05/21 | KTC | Revise Rule 11 brief due to new Lindell complaint, focusing on changes in citations to complaint and new claims | 2.80 | $826.00 |
| 12/05/21 | KTC | Draft new section 1983 analysis for Rule 11 brief based on new complaint | 1.40 | $413.00 |
| 12/05/21 | KTC | Strategize with L. Muench regarding revisions to Rule 11 brief in light of new Lindell factual allegations and legal claims | 0.30 | $88.50 |
| 12/05/21 | LBM | Draft and revise new subsections of Rule 11 brief addressing Lindell's additional theories of RICO liability and analyze RICO research; confer with K. Carlson regarding arguments to include in Section 1927 analysis; review K. Carlson's revisions to the Rule 11 brief; prepare action item list for finalization and filing of motion to dismiss and Rule 11 briefs and supporting papers | 4.20 | $2,310.00 |
| 12/06/21 | JEC | Attention to motion to dismiss | 2.50 | $1,975.00 |
| 12/06/21 | KTC | Assemble exhibits to be filed with motion to dismiss Lindell complaint and send to N. Wertheimer for filing preparation | 0.20 | $59.00 |
| 12/06/21 | KTC | Prepare motion to dismiss and proposed dismissal order for filing in new case where Lindell filed complaint against Smartmatic | 0.70 | $206.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | Invoice Number | 603237 |
|---|---|---|
| Matter Number: 74498.00007 | Page  5 | |
| Invoice Date: 01/20/22 | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/21 | KTC | Draft procedural history recounting Lindell voluntary dismissal and improper refiling of amended third-party complaint for Rule 11 brief | 1.00 | $295.00 |
| 12/06/21 | KTC | Review and revise redline of Lindell's old and new complaints for filing with motion to dismiss and Rule 11 briefs | 0.50 | $147.50 |
| 12/06/21 | KTC | Revise Section 1983 argument in Rule 11 brief | 0.80 | $236.00 |
| 12/06/21 | KTC | Revise Rule 11 brief, focusing on eliminating all typographical and citation errors and improving readability | 2.00 | $590.00 |
| 12/06/21 | KTC | Strategize with L. Muench regarding revisions to Rule 11 brief in light of new Lindell factual allegations, as well as plan for getting motion to dismiss filed and Rule 11 letter served this week | 0.70 | $206.50 |
| 12/06/21 | KTC | Review Judge Nichols's standing order and confirm compliance of Rule 11 papers with order | 0.20 | $59.00 |
| 12/06/21 | KTC | Draft exhibit list to accompany new motion to dismiss for filing in new case where Lindell filed complaint against Smartmatic | 0.20 | $59.00 |
| 12/06/21 | LBM | Draft argument for sanctions against Lindell's counsel for adding claims under Section 1983; analyze and revise Rule 11 memorandum against Lindell's Third-Party Complaint; confer with E. Connolly regarding strategy and arguments added to Rule 11 brief; confer with K. Carlson regarding motion to dismiss and Rule 11 action items | 8.80 | $4,840.00 |
| 12/06/21 | NW | Review and prepare exhibits to Smartmatic Motion to Dismiss Lindell complaint | 0.50 | $152.50 |
| ■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■ |
| 12/07/21 | KTC | Finalize exhibits for filing with motion to dismiss amended Lindell complaint | 0.10 | $29.50 |
| 12/07/21 | KTC | Research state witness tampering statutes to confirm that they cannot serve as RICO predicates for purpose of motion to dismiss Lindell complaint and Rule 11 brief | 0.80 | $236.00 |
| 12/07/21 | KTC | Strategize with L. Muench regarding final filing plan for new motion to dismiss, new Rule 11 brief, and preemptive research items for a reply brief on the motion to dismiss | 0.50 | $147.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | Invoice Number | 603237 |
|---|---|---|---|---|
| Smartmatic USA Corp | | | | |
| Matter Number: 74498.00007 | | | Page  6 | |
| Invoice Date: 01/20/22 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/07/21 | LBM | Review and revise action item list and coordinate assignments with K. Carlson; analyze U.S. Supreme Court precedent Lindell cites in his Third-Party Complaint to support his allegations; analyze federal case law research to bolster RICO arguments in motion to dismiss brief; confer with K. Carlson regarding legal research concerning state witness tampering statutes and Section 1961 of RICO; review and revise motion to dismiss brief and prepare exhibit | 5.40 | $2,970.00 |
| 12/07/21 | NW | Finalize exhibits to Smartmatic Motion to Dismiss Lindell Complaint | 0.50 | $152.50 |
| 12/08/21 | NEW | Review final motion to dismiss brief | 1.00 | $690.00 |
| 12/08/21 | JEC | Attention to Rule 11 | 2.30 | $1,817.00 |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■■ |
| 12/08/21 | KTC | Finalize exhibit numbering within Rule 11 brief to prepare for service | 0.50 | $147.50 |
| 12/08/21 | KTC | Revise Rule 11 letter in accordance with new brief structure and arguments | 0.70 | $206.50 |
| 12/08/21 | KTC | Revise Rule 11 motion in accordance with new case information and changes to Rule 11 brief structure and arguments | 0.50 | $147.50 |
| 12/08/21 | KTC | Revise motion to dismiss final time for errors prior to filing | 1.80 | $531.00 |
| 12/08/21 | KTC | Confer with L. Muench while finalizing motion to dismiss documents for filing | 0.60 | $177.00 |
| 12/08/21 | LBM | Revise Rule 11 memorandum to incorporate E. Connolly's input; confer with K. Carlson regarding exhibit preparation and finalizing exhibits; conduct final review and proofing of motion to dismiss papers; oversee filing of motion to dismiss | 5.20 | $2,860.00 |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ | ■■■■ |
| 12/09/21 | KTC | Confer with L. Muench while finalizing Rule 11 papers | 0.70 | $206.50 |
| 12/09/21 | KTC | Revise Rule 11 motion in accordance with new case information | 0.10 | $29.50 |
| 12/09/21 | KTC | Prepare Rule 11 exhibits for service on Lindell's counsel | 0.30 | $88.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | Invoice Number | 603237 |
|---|---|---|---|---|
| Smartmatic USA Corp | | | | |
| Matter Number: 74498.00007 | | | Page 7 | |
| Invoice Date: 01/20/22 | | | | |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/21 | KTC | Confer with L. Muench on proposed joint motion for briefing schedule sent by Lindell's counsel and Dominion | 0.20 | $59.00 |
| 12/09/21 | KTC | Revise Rule 11 brief for typographical and citation errors prior to service | 2.20 | $649.00 |
| 12/09/21 | LBM | Review, revise and proof Rule 11 motion, supporting brief, and letter; confer with K. Carlson regarding preparation of exhibits and action items to finalize Rule 11 papers | 4.60 | $2,530.00 |
| 12/09/21 | NW | Assist team prepare and distribute exhibits to rule 11 brief | 8.00 | $2,440.00 |
| 12/10/21 | NEW | Review final motion to dismiss brief | 1.30 | $897.00 |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |
| 12/10/21 | KTC | Revise Rule 11 exhibit citations in brief prior to service | 1.00 | $295.00 |
| 12/10/21 | KTC | Confer with L Muench on final Rule 11 brief revisions and service | 0.60 | $177.00 |
| 12/10/21 | KTC | Review rule on waiver of service and advise on how to handle proposed waiver of service by Lindell's counsel | 0.20 | $59.00 |
| 12/10/21 | KTC | Revise Rule 11 brief final time for errors prior to service | 1.90 | $560.50 |
| 12/10/21 | KTC | Confer with M. Sinclair on final Rule 11 service plan | 0.10 | $29.50 |
| 12/10/21 | LBM | Confer with M. Sinclair, K. Carlson, N. Wertheimer and litigation support regarding finalization of Rule 11 brief; quality check final drafts of Rule 11 motion, letter, supporting memorandum, and exhibits for service; review Dominion and Lindell's joint motion seeking agreed briefing schedule | 5.70 | $3,135.00 |
| 12/10/21 | NW | Assist team prepare and distribute exhibits to rule 11 brief | 8.00 | $2,440.00 |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮ | ▮▮▮▮ |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 603237 |
| Matter Number: 74498.00007 | | | Page  8 | |
| Invoice Date: 01/20/22 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/14/21 | LBM | Develop action items for meeting with K. Carlson regarding preparation of motion to dismiss reply brief; meet with K. Carlson to discuss prep work for reply brief, coordinate work product, and develop litigation strategy; follow up with M. Sinclair regarding next steps with motion to reply memorandum and compliance with local court requirements for Rule 11 motion | 1.70 | $935.00 |
| 12/15/21 | NEW | Discussion with L. Muench regarding planning for reply to opposition to motion to dismiss | 0.30 | $207.00 |
| ■ | ■ | ■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| 12/16/21 | NEW | Review communications among counsel in related litigation regarding meet/confer on discovery schedule and respond to team regarding same | 0.30 | $207.00 |
| ■ | ■ | ■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■ | ■ | ■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| 12/20/21 | KTC | Review motion to dismiss opposition brief filed by Lindell | 0.90 | $265.50 |
| 12/21/21 | NEW | Communications with team regarding opposition brief filed and extension for reply brief | 1.00 | $690.00 |
| ■ | ■ | ■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| 12/21/21 | KTC | Draft outline of civil conspiracy and Section 1983 sections for reply brief on motion to dismiss | 3.20 | $944.00 |
| ■ | ■ | ■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| ■ | ■ | ■■■■■■■■■■■■■■■■■■■■■■■■■ | ■ | ■ |
| 12/21/21 | KTC | Strategize with L. Muench, and briefly also with M. Sinclair, regarding drafting plan and outline for reply brief on motion to dismiss | 1.30 | $383.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 603237 |
|---|---|---|---|---|
| Matter Number: 74498.00007 | | | Page 9 | |
| Invoice Date: 01/20/22 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/21/21 | KTC | Draft civil conspiracy section of motion to dismiss reply brief | 1.00 | $295.00 |
| 12/21/21 | KTC | Draft proposed order on motion to extend reply brief | 0.50 | $147.50 |
| 12/21/21 | KTC | Revise motion to extend time to file reply brief on motion to dismiss | 0.30 | $88.50 |
| 12/21/21 | KTC | Finalize proposed order on motion to extend time to file reply brief | 0.10 | $29.50 |
| 12/21/21 | KTC | Draft email to Chambers of Judge Nichols with proposed order granting extension, copying all counsel | 0.30 | $88.50 |
| 12/21/21 | KTC | Coordinate finalized filing of motion to extend time to file reply | 0.40 | $118.00 |
| 12/21/21 | LBM | Analyze and annotate Lindell's opposition to Smartmatic's motion to dismiss; outline arguments for reply on Lindell's Section 1983 and civil conspiracy claims for call with K. Carlson; meet with M. Sinclair and K. Carlson to discuss strategy for reply and coordinate action items; draft motion for extension of time and confer with Lindell defense team regarding same and communications with opposing counsel; draft short synopsis of Lindell's response brief addressing his Section 1985(3) claim | 8.30 | $4,565.00 |
| 12/21/21 | NW | Prepare case law to Lindell opposition to Smartmatic Motion to Dismiss | 2.00 | $610.00 |
| 12/22/21 | JEC | Attention to motion to dismiss | 1.00 | $790.00 |
| ▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉▉▉ |
| 12/22/21 | KTC | Draft civil conspiracy section of motion to dismiss reply brief | 1.20 | $354.00 |
| 12/23/21 | KTC | Draft civil conspiracy section of motion to dismiss reply brief | 1.30 | $383.50 |
| ▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉▉▉ |
| 12/27/21 | KTC | Draft civil conspiracy section of motion to dismiss reply brief | 2.30 | $678.50 |
| 12/27/21 | KTC | Draft Section 1983 portion of motion to dismiss reply brief | 3.40 | $1,003.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 603237 |
|---|---|---|---|---|
| Matter Number: 74498.00007 | | | Page  10 | |
| Invoice Date: 01/20/22 | | | | |

| | | | | |
|---|---|---|---|---|
| ███ | ██ | ████████████████████████ | ██ | ████ |
| 12/28/21 | KTC | Draft Section 1983 portion of motion to dismiss reply brief, focusing on state actor argument | 4.90 | $1,445.50 |
| ███ | ██ | ████████████████████████ | ██ | ████ |
| ███ | ██ | ████████████████████████ | ██ | ████ |
| ███ | ██ | ████████████████████████ | ██ | ████ |
| ███ | ██ | ████████████████████████ | ██ | ████ |
| 12/29/21 | KTC | Draft Section 1983 portion of motion to dismiss reply brief, focusing on state actor argument and traditional, exclusive government function argument | 6.80 | $2,006.00 |
| 12/29/21 | KTC | Revise civil conspiracy portion of motion to dismiss reply brief | 0.30 | $88.50 |
| 12/29/21 | KTC | Revise Section 1983 portion of motion to dismiss reply brief | 1.60 | $472.00 |
| ███ | ██ | ████████████████████████ | ██ | ████ |
| 12/30/21 | KTC | Revise civil conspiracy section of motion to dismiss reply brief | 0.90 | $265.50 |
| 12/30/21 | KTC | Revise Section 1983 portion of motion to dismiss reply brief | 0.40 | $118.00 |
| 12/30/21 | KTC | Draft RICO portion of motion to dismiss reply brief, focusing on enterprise elements | 2.30 | $678.50 |
| 12/30/21 | LBM | Phone conference with opposing counsel and Dominion's counsel regarding proposed case management schedules; prepare call summary for Lindell defense team's review and confer with M. Sinclair regarding same | 1.40 | $770.00 |
| 12/31/21 | KTC | Draft RICO portion of motion to dismiss reply brief, focusing on enterprise elements and conduct | 3.60 | $1,062.00 |
| 12/31/21 | KTC | Draft introduction for motion to dismiss reply brief | 0.50 | $147.50 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | |
|---|---|---|
| Smartmatic USA Corp | Invoice Number | 603237 |
| Matter Number: 74498.00007 | Page 11 | |
| Invoice Date: 01/20/22 | | |

| | | | | |
|---|---|---|---|---|
| 12/31/21 | LBM | Analyze Smartmatic's memorandum in support of motion to dismiss and Lindell's opposition brief; outline arguments for reply brief; confer with M. Sinclair and K. Carlson regarding reply brief and Rule 11 | 2.40 | $1,320.00 |
| | Adjustments | | | ($29,704.25) |

Total Current Fees     $89,112.75

FOR COSTS AND EXPENSES INCURRED THROUGH 12/31/21:

| | |
|---|---|
| Computer Research - Lexis | $272.00 |
| Computer Research - Westlaw | $2,514.63 |
| Current Expenses | $2,786.63 |

**TOTAL AMOUNT OF THIS INVOICE**     **$91,899.38**