# Exhibit 12



| | |
|---|---|
| Smartmatic USA Corp | Invoice Number: 607262 |
| Attn: Colin Flannery | Invoice Date: 02/28/22 |
| 1001 Broken Sound Parkway NW | Matter Number: 74498.00007 |
| Suite D | Terms: *Payable Upon Receipt* |
| Boca Raton, FL 33487 | |

**INVOICE # 607262 SUMMARY**

| | |
|---|---:|
| Total Fees | $74,994.50 |
| Total Costs | $0.00 |
| Total for invoice # 607262 | $74,994.50 |

For Billing Questions, contact J. Erik Connolly at (312) 212-4949 or fax to (312) 757-9192

*REMIT TO:*

| Check Payments: | Wire Payments: | Credit Card Payments |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH 44114 | Visa, MasterCard or American Express Please visit: www.beneschlaw.com/payment |
| Reference: 607262 | | |





Smartmatic USA Corp  
Attn: Colin Flannery  
1001 Broken Sound Parkway NW  
Suite D  
Boca Raton, FL 33487  

Invoice Number:　　　　　　607262  
Invoice Date:　　　　　　　02/28/22  
Matter Number:　　　　74498.00007  
Terms: *Payable Upon Receipt*

Matter 00007 Lindell Defense

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/22:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/01/22 | LBM | Analyze Smartmatic's motion to dismiss memorandum, Lindell's opposition arguments, and case law cited in the briefing concerning Lindell's Section 1985(3) claim; draft portion of reply brief addressing Lindell's Section 1985(3) claim | 8.60 | $5,289.00 |
| 01/02/22 | KTC | Draft RICO portion of motion to dismiss reply brief, focusing on predicate act of extortion | 2.60 | $936.00 |
| 01/02/22 | KTC | Confer with L. Muench regarding plan for drafting remainder of motion to dismiss reply brief | 0.10 | $36.00 |
| 01/02/22 | LBM | Analyze Smartmatic's motion to dismiss memorandum, Lindell's opposition arguments, and case law cited in the briefing concerning Lindell's Section 1985(3) claim; draft and revise portion of reply brief addressing Lindell's Section 1985(3) claim | 6.30 | $3,874.50 |
| 01/03/22 | NEW | Review Lindell opposition brief to motion to dismiss and related case law | 3.00 | $2,385.00 |
| ▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| ▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 01/03/22 | KTC | Draft RICO portion of motion to dismiss reply | 3.00 | $1,080.00 |
| 01/03/22 | KTC | Revise motion to dismiss reply brief, focusing on new versions of civil conspiracy and Section 1983 | 2.20 | $792.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | Invoice Number | 607262 |
| Matter Number: 74498.00007 | | | Page 2 | |
| Invoice Date: 02/28/22 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/22 | KTC | Confer with L. Muench regarding motion to dismiss reply brief | 0.20 | $72.00 |
| 01/03/22 | LBM | Analyze Smartmatic's motion to dismiss memorandum, Lindell's opposition arguments, and case law cited in the briefing concerning Lindell's Section 1983 claim and civil conspiracy claim; review and revise K. Carlson's draft sections addressing Lindell's Section 1983 claim and civil conspiracy claims; confer with M. Sinclair regarding reply brief preparation, filing and next steps with Rule 11 motion | 9.60 | $5,904.00 |
| 01/04/22 | NEW | Review and revise draft of Lindell motion to dismiss reply brief along with related case law | 2.00 | $1,590.00 |
| 01/04/22 | JEC | Attention to motion to dismiss; meeting with N. Wrigley regarding same | 1.50 | $1,312.50 |
| ▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉▉ |
| 01/04/22 | KTC | Confer with L. Muench regarding final revisions of motion to dismiss reply brief | 0.50 | $180.00 |
| 01/04/22 | KTC | Review RICO conduct cases and Lindell's argument, and draft section distinguishing his cases | 0.50 | $180.00 |
| 01/04/22 | KTC | Revise motion to dismiss reply brief, focusing on readability and typographical errors | 3.30 | $1,188.00 |
| 01/04/22 | KTC | Draft new argument for RICO relationship section in motion to dismiss reply brief | 1.10 | $396.00 |
| 01/04/22 | KTC | Draft section on mail fraud as a RICO predicate for motion to dismiss reply brief | 2.60 | $936.00 |
| 01/04/22 | LBM | Analyze Smartmatic's motion to dismiss memorandum, Lindell's opposition arguments, and the case law in the briefing concerning Lindell's RICO claim; research and analyze federal case law to refute Lindell's new arguments for RICO liability; draft and revise K. Carlson's sections addressing RICO; draft introduction to reply brief | 11.80 | $7,257.00 |
| 01/04/22 | NW | Review and prepare case law to Lindell Opposition to Smartmatic motion to dismiss | 2.00 | $670.00 |
| 01/05/22 | NEW | Review and revise motion to dismiss reply | 2.50 | $1,987.50 |
| 01/05/22 | JEC | Revise reply in support of motion to dismiss | 1.50 | $1,312.50 |
| ▉▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉ | ▉▉▉ |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | | | | Invoice Number | 607262 |
|---|---|---|---|---|---|
| Matter Number: 74498.00007 | | | | Page  3 | |
| Invoice Date: 02/28/22 | | | | | |
| 01/05/22 | KTC | Strategize with L. Muench regarding reply brief drafting and additional arguments | | 0.70 | $252.00 |
| 01/05/22 | KTC | Revise motion to dismiss reply brief overall | | 3.20 | $1,152.00 |
| 01/05/22 | LBM | Draft and revise reply brief in support of motion to dismiss; research and analyze federal case law addressing use of attempted extortion as a RICO predicate act; confer with K. Carlson regarding revisions to brief, legal research, and arguments against Lindell's opposition | | 9.70 | $5,965.50 |
| 01/06/22 | NEW | Discussion of comments to motion to dismiss reply with L. Muench and finalization for filing | | 0.80 | $636.00 |
| ■ | ■ | ■ | | ■ | ■ |
| 01/06/22 | JEC | Attention to reply brief | | 0.50 | $437.50 |
| ■ | ■ | ■ | | ■ | ■ |
| 01/06/22 | KTC | Revise motion to dismiss reply brief witness intimidation section | | 0.70 | $252.00 |
| 01/06/22 | KTC | Confer with L. Muench regarding final filing plan for motion to dismiss reply brief | | 0.20 | $72.00 |
| 01/06/22 | KTC | Revise motion to dismiss reply brief overall | | 1.90 | $684.00 |
| 01/06/22 | LBM | Review and revise reply memorandum in support of motion to dismiss; analyze Lindell opposition brief and complaint; confer with E. Connolly, N. Wrigley, and K. Carlson regarding comments and revisions to brief; confer with M. Sinclair regarding meet and confer call with opposing counsel and Dominion's counsel concerning proposed case management schedules | | 6.70 | $4,120.50 |
| ■ | ■ | ■ | | ■ | ■ |
| 01/07/22 | KTC | Revise motion to dismiss reply brief overall for final time | | 0.40 | $144.00 |
| ■ | ■ | ■ | | ■ | ■ |
| 01/07/22 | LBM | Conduct final proofing, finalize and oversee filing of reply brief in support of Smartmatic's motion to dismiss | | 1.60 | $984.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp  
Matter Number: 74498.00007  
Invoice Date: 02/28/22

Invoice Number  607262  
Page  4

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 01/11/22 | KTC | Review and provide edits for draft meet and confer statement about discovery prepared by Dominion and Lindell | 0.40 | $144.00 |
| 01/12/22 | NEW | Review additions to joint status report | 0.30 | $238.50 |
| 01/14/22 | NEW | Attend phone conference with L. Muench, K. Carlson and E. Connolly regarding strategy for timing of Rule 11 filing | 0.30 | $238.50 |
| 01/14/22 | KTC | Confer with E. Connolly and N. Wrigley to finalize Rule 11 filing plan | 0.30 | $108.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp  
Matter Number: 74498.00007  
Invoice Date: 02/28/22

Invoice Number  607262  
Page  5

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/24/22 | KTC | Review revisions to joint status report with Dominion, Powell, and Giuliani | 0.10 | $36.00 |
| 01/25/22 | NEW | Review of status report filed by Dominion with proposed case schedule | 0.80 | $636.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/26/22 | NEW | Review of status report filed by Lindell with proposed case schedule; meeting with K. Carlson regarding preparation of chart of competing case schedules in related litigation | 1.00 | $795.00 |
| ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/31/22 | KTC | Review Dominion's motion to dismiss Lindell's complaint | 0.30 | $108.00 |

Total Current Fees  $74,994.50

FOR COSTS AND EXPENSES INCURRED THROUGH 01/31/22:

**TOTAL AMOUNT OF THIS INVOICE**  **$74,994.50**