# Exhibit 13



Smartmatic USA Corp  
Attn: Colin Flannery  
1001 Broken Sound Parkway NW  
Suite D  
Boca Raton, FL 33487  

Invoice Number: 608614  
Invoice Date: 03/16/22  
Matter Number: 74498.00007  
Terms: *Payable Upon Receipt*  

**INVOICE # 608614 SUMMARY**

| | |
|---|---:|
| Total Fees | $61,834.00 |
| Total Costs | $0.00 |
| Total for invoice # 608614 | $61,834.00 |

For Billing Questions, contact J. Er k Connolly at  or fax to

**REMIT TO:**

| **Check Payments:** | **Wire Payments:** | **Credit Card Payments** |
|---|---|---|
| Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP | Benesch Friedlander Coplan & Aronoff LLP |
| Attn: Accounting Dept. 200 Public Square #2300 Cleveland, OH 44114-2378 | PNC Bank Cleveland, OH 44114 | Visa, MasterCard or American Express Please visit: www.beneschlaw.com/payment |
| Reference: 608614 | | |



Chicago   **Cleveland**   **Columbus**   **Hackensack**   **Indianapolis**   **Philadelphia**   **Shanghai**   **Wilmington**



Smartmatic USA Corp  
Attn: Colin Flannery  
1001 Broken Sound Parkway NW  
Suite D  
Boca Raton, FL 33487

Invoice Number: 608614  
Invoice Date: 03/16/22  
Matter Number: 74498.00007  
Terms: *Payable Upon Receipt*

Matter 00007 Lindell Defense

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/22:

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/22 | LBM | Review local rules for pro hac vice admission; draft motion for admission pro hac vice, supporting declaration, and proposed order; oversee filing of motion papers | 1.50 | $922.50 |
| 02/07/22 | LBM | Analyze and revise arguments in Rule 11 brief to reflect current litigation status; analyze additional grounds for dismissal and case law Dominion raised in its motion to dismiss memorandum against Lindell's complaint; revise Rule 11 memorandum to incorporate supplemental authority from Dominion briefing; review Dominion's, Lindell's, Giuliani's, and Powell's status reports and proposed case management schedules | 7.80 | $4,797.00 |
| 02/07/22 | NW | Assist team finalize exhibits for Rule 11 filing | 2.00 | $670.00 |
| 02/08/22 | NEW | Review revisions to Rule 11 brief to address filing of complaint; communicate to L. Muench regarding same and timing of filing | 0.80 | $636.00 |
| 02/08/22 | KTC | Coordinate Rule 11 filing plan and exhibit finalization process with L. Muench and N. Wertheimer | 0.30 | $108.00 |
| 02/08/22 | KTC | Draft summary of Dominion's motion to dismiss Lindell's complaint | 0.80 | $288.00 |
| 02/08/22 | LBM | Confer within firm regarding proofing and finalizing exhibits for Rule 11 motion; confer with N. Wrigley regarding revisions to Rule 11 brief | 0.60 | $369.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| | | | | |
|---|---|---|---|---|
| Smartmatic USA Corp | | | Invoice Number | 608614 |
| Matter Number: 74498.00007 | | | Page 2 | |
| Invoice Date: 03/16/22 | | | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 02/08/22 | NW | Attendance at meeting re Rule 11 filing; assist team finalize exhibits for Rule 11 filing | 4.00 | $1,340.00 |
| ▬▬▬ | ▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬▬ |
| 02/09/22 | NW | Assist team finalize exhibits for Rule 11 filing | 6.00 | $2,010.00 |
| ▬▬▬ | ▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬▬ |
| 02/10/22 | KTC | Revise exhibit list for Rule 11 motion in advance of final filing | 1.40 | $504.00 |
| ▬▬▬ | ▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬▬ |
| ▬▬▬ | ▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬▬ |
| 02/10/22 | KTC | Research final Rule 11 procedural considerations to finalize filing package | 0.40 | $144.00 |
| 02/10/22 | LBM | Confer with Lindell defense team regarding revisions to Rule 11 brief, finalizing exhibits, and filing | 0.70 | $430.50 |
| 02/10/22 | NW | Assist team finalize exhibits for Rule 11 filing | 4.00 | $1,340.00 |
| 02/11/22 | NEW | Communications with L. Muench regarding finalization and filing of Rule 11 briefing | 0.50 | $397.50 |
| 02/11/22 | JEC | Attention to Rule 11 | 0.50 | $437.50 |
| 02/11/22 | KTC | Correspond with L. Muench regarding final Rule 11 filing | 0.10 | $36.00 |
| 02/11/22 | LBM | Review, revise and finalize Rule 11 motion and brief for filing; confer with Lindell defense team to execute filing | 3.60 | $2,214.00 |
| 02/11/22 | NW | Assist team finalize exhibits for Rule 11 filing | 2.00 | $670.00 |
| 02/14/22 | NEW | Communications with L. Muench and K. Carlson regarding discovery requests and next steps; analysis of basis for motion to stay discovery | 1.00 | $795.00 |
| 02/14/22 | KTC | Confer with L. Muench regarding strategy for responding to Lindell's requests for production | 0.20 | $72.00 |
| 02/14/22 | KTC | Draft additional recommendations with L. Muench to E. Connolly and N. Wrigley regarding Lindell requests for production | 0.30 | $108.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp  	Invoice Number	608614
Matter Number: 74498.00007	Page  3
Invoice Date: 03/16/22

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 02/14/22 | LBM | Draft proposed order for Rule 11 motion and confer with Lindell defense team regarding same; analyze Lindell's first set of document requests to Smartmatic, local rules, case history and the parties' Rule 16 reports; research D.C. District Court case law addressing motions to stay discovery while a motion to dismiss is pending; draft strategy email summarizing options for responding to Lindell's document requests and confer with Lindell defense team regarding same | 6.80 | $4,182.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 02/17/22 | LBM | Review meet-and-confer correspondence from opposing counsel concerning initial disclosures and development of ESI protocol in D.C.; confer within firm regarding strategy for response; prepare client update on strategy for motion to stay discovery; submit proposed order on Rule 11 motion to Chambers of Judge Nichols | 1.30 | $799.50 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 02/21/22 | LBM | Research D.C. Circuit case law addressing motions to stay discovery pending motion to dismiss ruling; analyze MyPillow's and Lindell's prior filings and statements concerning discovery; draft introduction, legal standard, and statement of facts for motion to stay discovery | 9.60 | $5,904.00 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 02/22/22 | LBM | Draft argument section for motion to stay discovery and supporting declaration | 9.80 | $6,027.00 |
| 02/23/22 | LBM | Draft and revise motion to stay discovery; confer within firm regarding motion to stay and compliance with standing order for discovery-related motion practice; confer with opposing counsel regarding consent or opposition to motion to stay | 1.40 | $861.00 |
| 02/24/22 | LBM | Analyze and outline key arguments and language in Rule 11 opening brief and case law cited therein to prepare for Rule 11 reply; review Dominion's motion to dismiss brief and Smartmatic's motion to dismiss reply for incorporation into Rule 11(b)(2) analysis | 3.40 | $2,091.00 |
| 02/25/22 | KTC | Review Lindell Rule 11 opposition brief and exhibits | 0.70 | $252.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

| Smartmatic USA Corp | Invoice Number | 608614 |
|---|---|---|
| Matter Number: 74498.00007 | Page 4 | |
| Invoice Date: 03/16/22 | | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/25/22 | KTC | Strategize with L. Muench regarding Lindell Rule 11 opposition and drafting of reply brief | 0.40 | $144.00 |
| 02/25/22 | LBM | Confer with counsel in the related cases in D.C. District Court regarding any opposition to Smartmatic's motion to stay; confer within firm regarding motion to stay; analyze Lindell's Rule 11 opposition brief | 6.80 | $4,182.00 |
| 02/26/22 | KTC | Draft Rule 11(b)(1) section of reply brief to Lindell's Rule 11 opposition brief | 1.60 | $576.00 |
| 02/26/22 | KTC | Confer with L. Muench regarding Rule 11 reply brief drafting | 0.50 | $180.00 |
| 02/26/22 | LBM | Analyze Lindell's Rule 11 opposition brief and case law cited therein | 2.40 | $1,476.00 |
| 02/27/22 | KTC | Draft Rule 11 reply section on Rule 11(b)(1) | 2.50 | $900.00 |
| 02/27/22 | LBM | Analyze Lindell's opposition brief; outline arguments for reply brief; phone conference with K. Carlson regarding strategy for reply brief; research federal case law for authority to refute legal propositions Lindell advanced in his opposition brief concerning Rule 11(b)(3) | 4.40 | $2,706.00 |
| 02/28/22 | KTC | Draft Rule 11(b)(1) argument for Rule 11 reply brief | 7.70 | $2,772.00 |
| 02/28/22 | KTC | Strategize with L. Muench on arguments and structure for Rule 11 brief | 0.60 | $216.00 |
| 02/28/22 | KTC | Draft Rule 11 reply brief section on relief requested | 0.90 | $324.00 |
| 02/28/22 | LBM | Analyze Lindell's opposition brief, record materials and exhibits; research Lindell's record citations for evidence to support sanctions under Rule 11(b)(3); draft argument section of Rule 11 reply addressing violations of Rule 11(b)(3) | 11.40 | $7,011.00 |

Total Current Fees $61,834.00

FOR COSTS AND EXPENSES INCURRED THROUGH 02/28/22:

**TOTAL AMOUNT OF THIS INVOICE** **$61,834.00**