# Exhibit 14



Smartmatic USA Corp
Attn: Colin Flannery
1001 Broken Sound Parkway NW
Suite D
Boca Raton, FL 33487

Invoice Number:     951171
Invoice Date:        04/30/22
Matter Number:    74498.00007
Terms: *Payable Upon Receipt*

## INVOICE # 951171 SUMMARY

Total Fees                                                    $99,532.50

Total Costs                                                    $1,387.08

Total For Invoice # 951171                          $100,919.58

**Check Payments:**
Benesch Friedlander
Coplan & Aronoff LLP

Attn:  Accounting Dept
200 Public Square #2300
Cleveland, OH 44114-2378
Reference: 951171

*REMIT TO:*
**Wire Payments:**
Benesch Friedlander
Coplan & Aronoff LLP

PNC Bank
Cleveland, OH  44114

**Credit Card Payments**
Benesch Friedlander
Coplan & Aronoff LLP

Visa, MasterCard or American Express
Please visit:
www.beneschlaw.com/payment



Smartmatic USA Corp
Attn: Colin Flannery
1001 Broken Sound Parkway NW
Suite D
Boca Raton, FL  33487

| | |
|---|---|
| Invoice Number: | 951171 |
| Invoice Date: | 04/30/22 |
| Matter Number: | 74498.00007 |
| Terms: *Payable Upon Receipt* | |

---

Matter: 00007 Lindell Defense

---

FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2022

| Date | Tkpr | Narrative | Hours | Amount |
|---|---|---|---|---|
| 03/01/22 | LBM | Analyze Lindell's opposition brief and Rule 11 case law; draft reply introduction and argument addressing violations of Rule 11(b)(3) and 11(b)(2); confer with K. Carlson regarding reply strategy and arguments | 12.60 | $7,749.00 |
| 03/01/22 | KTC | Draft Rule 11 reply brief section on relief requested | 6.60 | $2,376.00 |
| 03/01/22 | KTC | Confer with L. Muench regarding relief requested and Section 1983 argument for Rule 11 reply brief | 0.60 | $216.00 |
| 03/01/22 | KTC | Confer with J. Ward regarding draft initial disclosures for Lindell | 0.30 | $108.00 |
| 03/01/22 | KTC | Draft Rule 11(b)(2) analysis of section 1983 for Rule 11 reply brief | 1.10 | $396.00 |
| 03/02/22 | LBM | Analyze Lindell's opposition brief, Rule 11 case law, and exhibits to the briefing; draft and revise Rule 11 reply and confer with K. Carlson regarding same | 13.20 | $8,118.00 |
| 03/02/22 | KTC | Draft Rule 11(b)(2) analysis of Section 1983 for Rule 11 reply brief | 1.70 | $612.00 |
| 03/02/22 | KTC | Confer with L. Muench regarding drafting plan and coordination for Rule 11 reply brief | 1.00 | $360.00 |
| 03/02/22 | KTC | Draft Rule 11(b)(3) analysis of Lindell's interpretation of reasonable evidence for Rule 11 reply brief | 1.40 | $504.00 |
| 03/02/22 | KTC | Revise Rule 11 reply brief for overall strength, readability, and to ensure all Lindell arguments are addressed | 3.10 | $1,116.00 |
| 03/02/22 | NEW | Review and discuss case schedule entered by Court with E. Connolly | 0.50 | $397.50 |
| 03/03/22 | NW | Assist team prepare exhibits to Smartmatic Rule 11 Brief and | 2.00 | $670.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp                                    Invoice Number: 951171
Matter Number: 74498.00007                                          Page: 3
Invoice Date: 04/30/22

| Date | Tkpr | Narrative | Hours | Amount |
|------|------|-----------|-------|--------|
|  |  | Motion to Stay Discovery Motion |  |  |
| 03/03/22 | KTC | Revise Rule 11 reply brief and prepare exhibits for filing | 1.30 | $468.00 |
| 03/03/22 | KTC | Confer with N. Wrigley and L. Muench regarding revisions to Rule 11 reply brief | 0.90 | $324.00 |
| 03/03/22 | KTC | Revise Rule 11 reply brief section on relief requested in accordance with edits of N. Wrigley | 4.30 | $1,548.00 |
| 03/03/22 | KTC | Revise Rule 11 reply brief overall for final filing | 0.40 | $144.00 |
| 03/03/22 | NEW | Review and revise draft of reply brief for Rule 11 motion; meeting with L. Muench and K. Carlson regarding comments on same and discuss prepare material for oral argument on motion to dismiss and Rule 11 motion; review revised draft of motion to stay discovery | 4.00 | $3,180.00 |
| 03/03/22 | LBM | Draft and revise reply in support of Rule 11 motion; analyze potential exhibits in support of reply brief; meet with N. Wrigley and K. Carlson to discuss comments to reply, arguments and litigation strategy; revise brief and research federal case law concerning sanctions under Rule 11(b)(1) to address N. Wrigley's comments | 11.30 | $6,949.50 |
| 03/04/22 | NW | Assist team prepare exhibits to Smartmatic Rule 11 Brief and Motion to Stay Discovery Motion | 3.00 | $1,005.00 |
| 03/04/22 | KTC | Revise Rule 11 reply brief with focus on cite-checking of record and exhibit citations | 4.00 | $1,440.00 |
| 03/04/22 | KTC | Confer with L. Muench regarding finalization of Rule 11 reply brief for filing | 0.80 | $288.00 |
| 03/04/22 | KTC | Finalize exhibit citations and numbering for Rule 11 reply brief | 0.90 | $324.00 |
| 03/04/22 | KTC | Revise and coordinate final filing of Rule 11 reply brief and related files | 1.70 | $612.00 |
| 03/04/22 | LBM | Analyze and revise Rule 11 reply brief and confer with K. Carlson regarding same; review and check accuracy of legal citations in brief; review and finalize motion to stay discovery and oversee filing | 8.50 | $5,227.50 |
| ███ | ███ | ███ |  | ███ | ███ |
| 03/07/22 | LBM | Prepare client update regarding motion to stay discovery and Rule 11 motion; confer with courtroom deputy regarding motion to dismiss and Rule 11 briefing and compliance with Judge Nichols's standing order; confer with N. Wertheimer | 5.40 | $3,321.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp
Matter Number: 74498.00007
Invoice Date: 04/30/22

Invoice Number: 951171
Page: 4

| Date | Tkpr | Narrative | Hours | Amount |
|------|------|-----------|-------|--------|
| | | regarding oral argument and courtesy copy preparation; review motion to dismiss and Rule 11 briefing and develop outlines for oral argument | | |
| ███████ | ███ | ████████████████████████████ | ███ | ██████ |
| ███████ | ███ | ████████████████████████████████ | ███ | ██████ |
| ███████ | ███ | █████████████████████████████ | ███ | ████ |
| 03/08/22 | NW | Prepare motion to dismiss and rule 11 court courtesy copies; assist team prepare for MTD and rule 11 briefing upcoming oral arguments | 3.00 | $1,005.00 |
| 03/09/22 | KTC | Confer with L. Muench and N. Wertheimer on plan for presentation of courtesy copies of motion to dismiss brief and Rule 11 brief for Chambers | 0.20 | $72.00 |
| 03/09/22 | KTC | Draft courtesy copy cover letter to Chambers regarding motion to dismiss and Rule 11 briefing | 0.20 | $72.00 |
| 03/09/22 | NW | Prepare motion to dismiss and rule 11 court courtesy copies; assist team prepare for MTD and rule 11 briefing upcoming oral arguments | 3.00 | $1,005.00 |
| 03/10/22 | NW | Prepare motion to dismiss and rule 11 court courtesy copies;assist team prepare for MTD and rule 11 briefing upcoming oral arguments | 3.00 | $1,005.00 |
| ███████ | ███ | █████████████████████████████ | ███ | ██████ |
| ███████ | ███ | ███████████████████████████████████ | ███ | ████ |
| ███████ | ███ | █████████████████████████ | ███ | ██████ |
| 03/14/22 | LBM | Analyze Rule 11 briefing, draft oral argument outline for Rule 11(b)(3) violations, and develop Rule 11(b)(3) modules | 3.80 | $2,337.00 |
| ███████ | ███ | ████████████████████████████ | ███ | ██████ |
| 03/14/22 | KTC | Review Lindell opposition briefing to Dominion's motion to dismiss for new issues | 1.50 | $540.00 |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp
Matter Number: 74498.00007
Invoice Date: 04/30/22

Invoice Number: 951171
Page: 5

| Date | Tkpr | Narrative | Hours | Amount |
|------|------|-----------|-------|--------|
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| 03/16/22 | LBM | Analyze Rule 11 and motion to dismiss briefing, draft oral argument outline for Rule 11(b)(2) violations, and develop Rule 11(b)(2) modules | 7.60 | $4,674.00 |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| 03/17/22 | LBM | Research Rule 11(b)(1) case law in D.C. Circuit for authority to address likely oral argument questioning from the Court | 1.40 | $861.00 |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| 03/18/22 | KTC | Review Lindell subpoenas to University of Michigan and J. Alex Halderman for targeting of information related to Smartmatic | 0.50 | $180.00 |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ███ |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp
Matter Number: 74498.00007
Invoice Date: 04/30/22

Invoice Number: 951171
Page: 6

| Date | Tkpr | Narrative | Hours | Amount |
|------|------|-----------|-------|--------|
| ███ | ██ | ████████████████████ | ██ | ███ |
| ███ | ██ | ███████████████ | ██ | ███ |
| ███ | ██ | █████████████ | ██ | ███ |
| ███ | ██ | ████████████████████ | ██ | ███ |
| ███ | ██ | █████████████████ | ██ | ███ |
| ███ | ██ | ████████████████████ | ██ | ███ |
| ███ | ██ | ██████████████ | ██ | ███ |
| ███ | ██ | ██████████████████ | ██ | ███ |
| ███ | ██ | ████████████████████ | ██ | ███ |
| ███ | ██ | ███████████████ | ██ | ███ |
| ███ | ██ | ████████████████████ | ██ | ███ |
| ███ | ██ | █████████████████ | ██ | ███ |
| ███ | ██ | ███████████████ | ██ | ███ |
| ███ | ██ | ███████████████████ | ██ | ███ |
| ███ | ██ | ████████████████████ | ██ | ███ |
| ███ | ██ | █████████████████ | ██ | ███ |
| ███ | ██ | ████████████████████ | ██ | ███ |

Benesch, Friedlander, Coplan & Aronoff LLP

Smartmatic USA Corp
Matter Number: 74498.00007
Invoice Date: 04/30/22

Invoice Number: 951171
Page: 7

| Date | Tkpr | Narrative | Hours | Amount |
|---|---|---|---|---|



| | | | Current Fees | $99,532.50 |

FOR COSTS AND EXPENSES INCURRED THROUGH March 31, 2022

| | |
|---|---|
| Computer Research | $1,231.70 |
| Delivery Fee - Outside | $155.38 |

| | | |
|---|---|---|
| | **Expenses** | **$1,387.08** |
| | **TOTAL AMOUNT OF THIS INVOICE** | **$100,919.58** |

**Check Payments:**
Benesch Friedlander
Coplan & Aronoff LLP

Attn: Accounting Dept
200 Public Square #2300
Cleveland, OH 44114-2378
Reference: 951171

*REMIT TO:*
**Wire Payments:**
Benesch Friedlander
Coplan & Aronoff LLP

PNC Bank
Cleveland, OH 44114

**Credit Card Payments**
Benesch Friedlander
Coplan & Aronoff LLP

Visa, MasterCard or American Express
Please visit:
www.beneschlaw.com/payment