# Exhibit 15

From: do_not_reply@psc.uscourts.gov
To: Alexander, Rich
Subject: Pay.gov Payment Confirmation: DISTRICT OF COLUMBIA DISTRICT COURT
Date: Thursday, September 30, 2021 3:42:16 PM

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Office at (202) 354-3100.

Account Number: 5603178
Court: DISTRICT OF COLUMBIA DISTRICT COURT
Amount: $100.00
Tracking Id: ADCDC-8772314
Approval Code: 008064
Card Number: ************6159
Date/Time: 09/30/2021 04:42:08 ET

NOTE: This is an automated message. Please do not reply.

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| To: | Alexander, Rich |
| Subject: | Pay.gov Payment Confirmation: DISTRICT OF COLUMBIA DISTRICT COURT |
| Date: | Friday, October 1, 2021 3:45:46 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Office at (202) 354-3100.

Account Number: 5603178
Court: DISTRICT OF COLUMBIA DISTRICT COURT
Amount: $100.00
Tracking Id: ADCDC-8775660
Approval Code: 062780
Card Number: ************6159
Date/Time: 10/01/2021 04:45:38 ET

NOTE: This is an automated message. Please do not reply

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| To: | Alexander, Rich |
| Subject: | Pay.gov Payment Confirmation: DISTRICT OF COLUMBIA DISTRICT COURT |
| Date: | Friday, October 1, 2021 3:54:20 PM |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Office at (202) 354-3100.

Account Number: 5603178
Court: DISTRICT OF COLUMBIA DISTRICT COURT
Amount: $100.00
Tracking Id: ADCDC-8775728
Approval Code: 075528
Card Number: ************6159
Date/Time: 10/01/2021 04:54:14 ET

NOTE: This is an automated message. Please do not reply

## Johnston, Ian

**From:** do_not_reply@psc.uscourts.gov
**Sent:** Tuesday, February 1, 2022 1:44 PM
**To:** Johnston, Ian
**Subject:** Pay.gov Payment Confirmation: DISTRICT OF COLUMBIA DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Office at (202) 354-3100.

Account Number: 6266732
Court: DISTRICT OF COLUMBIA DISTRICT COURT
Amount: $100.00
Tracking Id: ADCDC-9016089
Approval Code: 023997
Card Number: ************6159
Date/Time: 02/01/2022 02:43:34 ET

NOTE: This is an automated message. Please do not reply