UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., ET AL.,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>MY PILLOW, INC., ET AL.,<br><br>  *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:21-cv-00445 (CJN)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Douglas A. Daniels of DANIELS & TREDENNICK PLLC hereby enters an appearance as counsel pursuant to Local Civil Rule 83.6(a) on behalf of himself, Heath A. Novosad, and Defendant Michael J. Lindell for only the limited purpose of responding, including but not limited to drafting and arguing any motions, responses, replies, and/or appeals, to the sanctions opinion and order identified as Dkt. Nos. 135 and 136 issued by the Court in the above-captioned action.

2

DATED: June 2, 2022  **DANIELS & TREDENNICK PLLC**

By: */s/ Douglas A. Daniels*
Douglas A. Daniels
D.C. Bar No. TX0205
Heath A. Novosad
D.C. Bar No. TX 0207
6363 Woodway Dr., Suite 700
Houston, Texas 77057-1759
(713) 917-0024 (Telephone)
(713) 917-0026 (Facsimile)

*Counsel for Defendant Michael J. Lindell*