# EXHIBIT INDEX

| Exhibit A | Highlighted Version of Time Entries (Exhibit 6 to Smartmatic's Rule 11 Memorandum [Dkt. No. 137-7]) |
|---|---|
| Exhibit B | Summary of Highlighted Time Entries |