# Exhibit B

| Date | Timekeeper | Description | Submitted Hours | Rate | Total | Task |
|---|---|---|---|---|---|---|
| 8/19/2021 | Muench | Research and analyze D.C. Circuit law addressing claims for violation of the Support and Advocacy Clause | 2.2 | $550.00 | $1,210.00 | First MtD |
| 9/14/2021 | Sullivan | Conduct research in Washington D.C. on the Support and Advocacy Clause re: drafting motion to dismiss | 4.1 | $360.00 | $1,476.00 | First MtD |
| 9/16/2021 | Muench | Analyze allegations of the Complaint supporting Plaintiff's claim for violation of the Support and Advocacy Clause; research and analyze case law in the D.C. Circuit addressing the Support and Advocacy Clause; develop outline for opposition brief targeting Plaintiff's support-and-advocacy clause theories of liability | 6.2 | $550.00 | $3,410.00 | First MtD |
| 9/17/2021 | Muench | Research and analyze federal cases dismissing alleged violations of the Support and Advocacy Clause; develop outline for opposition brief targeting Plaintiff's support-and-advocacy clause claim | 7.6 | $550.00 | $4,180.00 | First MtD |
| 9/20/2021 | Muench | Research and analyze case law from the federal courts of appeal, the District Court for the District of Columbia, and the U.S. Supreme Court addressing the sufficiency of conspiracy allegations under federal law; draft thesis paragraphs of argument section regarding Plaintiff's Section 1985(3) claim; draft subsection of the argument addressing plaintiff's failure to satisfy the requirements to plead a conspiracy within the scope of 42 USC section 1985(3) | 9.6 | $550.00 | $5,280.00 | First MtD |
| 9/21/2021 | Muench | Research and analyze federal Circuit Court, District Court for the District of Columbia, and U.S. Supreme Court case law addressing the requirement of physical violence or threat thereof to state a claim under Section 1985(3); draft subsection of argument seeking dismissal of Lindell's Section 1985(3) claim for failure to allege the statutorily required force, intimidation, or threat | 8 | $550.00 | $4,400.00 | First MtD |
| 9/22/2021 | Carlson | Research regarding causation of injury in conspiracy cases and force, intimidation, or threat for section 1985(3) purposes | 3.4 | $295.00 | $1,003.00 | First MtD |
| 9/22/2021 | Muench | Confer with K. Carlson regarding research issues to support additional grounds for dismissal of Plaintiff's Section 1985(3) claim; draft argument seeking dismissal of Plaintiff's Section 1985(3) claim for failure to allege a violation of a substantive federal right | 3 | $550.00 | $1,650.00 | First MtD |

| Date | Timekeeper | Description | Submitted Hours | Rate | Total | Task |
|---|---|---|---|---|---|---|
| 9/24/2021 | Muench | Research and analyze federal case law addressing state action requirement under Section 1985(3); draft subsection of argument seeking dismissal of Plaintiff's Section 1985(3) claim for failure to sufficiently allege state action; review and revise each subsection supporting dismissal of Plaintiff's Section 1985(3) claim | 8 | $550.00 | $4,400.00 | First MtD |
| 9/24/2021 | Roth | Research RICO injury and 1985(3) state action | 3.5 | $360.00 | $1,260.00 | First MtD |
| 9/26/2021 | Muench | Review and revise section of argument seeking dismissal of Plaintiff's Section 1985(3) claim; analyze legal research concerning potential additional bases for dismissal of Plaintiff's Section 1985(3) claim | 3.2 | $550.00 | $1,760.00 | First MtD |
| 10/18/2021 | Muench | Draft and revise background section for motion to dismiss; analyze E. Connolly's outline of arguments for memorandum in support of motion to dismiss; revise section of motion to dismiss addressing Lindell's Section 1985(3) claim to incorporate E. Connolly's arguments; research and analyze federal case law for additional authority to support arguments in E. Connolly's motion to dismiss outline | 9.3 | $550.00 | $5,115.00 | First MtD |
| 11/1/2021 | Muench | Meet with K. Carlson to discuss legal research issues related to seeking sanctions against Lindell's counsel for alleging claims against Smartmatic for civil conspiracy, violation of the Support and Advocacy Clause, and violation of RICO; confer with N. Wrigley regarding status of Rule 11 preparation and next steps; analyze and annotate D.C. Circuit and D.C. District Court case law addressing motions for sanctions under Fed. R. Civ. P. 11 | 2.5 | $550.00 | $1,375.00 | Rule 11 Motion |
| 11/3/2021 | Carlson | Research Section 1985 cases with frivolous pleadings and in which Rule 11 sanctions were imposed for purposes of Rule 11 motion | 0.7 | $295.00 | $206.50 | Rule 11 Motion |
| 11/3/2021 | Carlson | Review identified Rule 11 cases for RICO, conspiracy, and Section 1985 claims | 0.4 | $295.00 | $118.00 | Rule 11 Motion |

| Date | Timekeeper | Description | Submitted Hours | Rate | Total | Task |
|---|---|---|---|---|---|---|
| 11/23/2021 | Muench | Confer with K. Carlson regarding corrections to statement of facts, collection and preparation of exhibits, and related Rule 11 action items; research and analyze D.C. Circuit and other circuit court authority applying Rule 11 to frivolous claims under Section 1985 and 1983; outline section of Argument addressing violations of Rule 11(b)(2) for plaintiff's counsel's inclusion of a claim under 42 U.S.C. 1985(3) against Smartmatic; confer with E. Connolly and N. Wrigley regarding relief requested in Rule 11 motion | 6.3 | $550.00 | $3,465.00 | Rule 11 Motion |
| 11/24/2021 | Muench | Analyze Rule 11 case law, motion to dismiss memorandum, and Lindell's claim under 42 U.S.C. 1985(3); draft and revise additional subsection for the Argument in the Rule 11 brief seeking sanctions under Rule 11(b)(2) for Lindell's counsel's inclusion of the Section 1985(3) claim against Smartmatic | 6 | $550.00 | $3,300.00 | Rule 11 Motion |
| 12/21/2021 | Muench | Analyze and annotate Lindell's opposition to Smartmatic's motion to dismiss; outline arguments for reply on Lindell's Section 1983 and civil conspiracy claims for call with K. Carlson; meet with M. Sinclair and K. Carlson to discuss strategy for reply and coordinate action items; draft motion for extension of time and confer with Lindell defense team regarding same and communications with opposing counsel; draft short synopsis of Lindell's response brief addressing his Section 1985(3) claim | 8.3 | $550.00 | $4,565.00 | Second MtD |
| 1/1/2022 | Muench | Analyze Smartmatic's motion to dismiss memorandum, Lindell's opposition arguments, and case law cited in the briefing concerning Lindell's Section 1985(3) claim; draft portion of reply brief addressing Lindell's Section 1985(3) claim | 8.6 | $550.00 | $4,730.00 | Second MtD |
| 1/2/2022 | Muench | Analyze Smartmatic's motion to dismiss memorandum, Lindell's opposition arguments, and case law cited in the briefing concerning Lindell's Section 1985(3) claim; draft and revise portion of reply brief addressing Lindell's Section 1985(3) claim | 6.3 | $550.00 | $3,465.00 | Second MtD |
| | | **Total** | **107.2** | **n/a** | **$56,368.50** | |