IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:21-cv-00445-CJN |
| MY PILLOW, INC. and MICHAEL J. LINDELL, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL**

Undersigned local counsel for Defendant Michael Lindell, Earl N. "Trey" Mayfield, III, and the law office of Juris Day, PLLC hereby give notice of their withdrawal from this matter, as Mr. Lindell's prior primary counsel, the law office of Daniels & Tredennick, PLLC have withdrawn from this matter. Mr. Lindell will continue to be represented by Andrew Parker. Accordingly, Mr. Mayfield and Juris Day are no longer involved in this matter and respectfully request to be removed.

Respectfully Submitted,
Michael J. Lindell
  */s/ Trey Mayfield*
Earl N. "Trey" Mayfield, III
D.C. Bar No. 459998
JURIS DAY, PLLC
10521 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(703) 268-5600 Telephone
Email: tmayfield@jurisday.com
*Local Counsel for Defendant Michael J. Lindell*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument will be served by the Court's CM/ECF e-filing system and/or via email on July 12, 2022.

                                         */s/ Trey Mayfield*
                                  Earl N. "Trey" Mayfield, III