UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>SIDNEY POWELL, et al.,<br><br>*Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., et al.,<br><br>*Defendants/ Counter- and Third-Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., et al.,<br><br>*Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

## STIPULATED MOTION TO AMEND SCHEDULING ORDER

The parties to the consolidated actions, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion"), and consolidated Defendants Sidney Powell, Defending the Republic, Rudolph W. Giuliani, MyPillow, Inc., and Michael J. Lindell, hereby move pursuant to paragraph 9 of this Court's Standing Order to amend the scheduling order entered in these matters to conform to the dates set my this Court in *US Dominion, Inc., et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN), ECF No. 40.

The Parties agree that this request is based on consolidating schedules for discovery purposes only, with the Scheduling Order (Dkt. No. 40) in the related case of *US Dominion, Inc., et al. v. Patrick Byrne*, Case file no. 21-cv-02131 (CJN). The three related cases (*US Dominion, Inc., et al. v. Sidney Powell, et al.*, 21-CV-00040 (CJN), *US Dominion, Inc., et al. v. My Pillow, Inc. et al.,* 21-CV-00445-CJN and *US Dominion v. Rudolph Giuliani,* 21-CV-213 (CJN)) have already had their schedules consolidated. The parties request aligning the discovery schedules of these three cases consistent with the schedule in place in the *Byrne* case, as proposed below.

The parties have not previously sought an extension of the case schedule. The proposed amended schedule is as follows:

| Event | Current Deadline | Proposed Deadline (Aligning with *Dominion v. Byrne*) |
|---|---|---|
| Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1) | March 25, 2022 | **June 24, 2022** |
| Deadline to Serve Document Requests under Fed. R. Civ. P. 34 | August 29, 2022 | **December 2, 2022** |
| Deadline for Completion of Fact Discovery | January 12, 2023 | **April 14, 2023** |

| | | |
|---|---|---|
| Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | February 28, 2023 | **May 26, 2023** |
| Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | March 29, 2023 | **June 30, 2023** |
| Deadline for Proponents to Produce Responsive Expert Reports | May 4, 2023 | **August 4, 2023** |
| Deadline for Expert Depositions | June 23, 2023 | **September 22, 2023** |
| Status Conference: In-person Status Conference | July 11, 2023 (10 am) | **October 4, 2023 (10 am)** |
| Deadline to File Dispositive Motions | July 29, 2023 | **November 3, 3023** |
| Deadline to File Oppositions to Dispositive Motions | August 31, 2023 | **December 18, 2023** |
| Deadline to File Replies in Support of Dispositive Motions | September 18, 2023 | **January 17, 2024** |

Dated:  August 11, 2022

                                                Respectfully submitted,

 */s/Mary Kathryn Sammons*  
Justin A. Nelson (D.C. Bar No. 490347)  
Laranda Walker (D.C. Bar No. TX0028)  
Mary Kathryn Sammons (D.C. Bar No. TX0030)  
Florence T. Chen (D.C. Bar No. TX0025)  
Brittany Fowler (admitted pro hac vice)  
SUSMAN GODFREY LLP  
1000 Louisiana Street, #5100  
Houston, Texas 77002  
(713) 651-9366  
jnelson@susmangodfrey.com  
lwalker@susmangodfrey.com  
ksammons@susmangodfrey.com  

Thomas A. Clare, P.C. (D.C. Bar No. 461964)  
Megan L. Meier (D.C. Bar No. 985553)  
Dustin A. Pusch (D.C. Bar No. 1015069)  
CLARE LOCKE LLP  
10 Prince Street  
Alexandria, VA 22314  
Telephone: (202) 628-7400  
tom@clarelocke.com  
megan@clarelocke.com  
dustin@clarelocke.com  

Rodney Smolla (Bar No. 6327)  
4601 Concord Pike  
Wilmington, DE 19803

fchen@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Elisha Barron (admitted pro hac vice)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
Jordan Rux (D.C. Bar No. CA 00135)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
jrux@susmangodfrey.com

Stephen E. Morrissey
(admitted pro hac vice)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com

rodsmolla@gmail.com
(864) 373-3882

***Counsel for US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Hamilton Place Strategies, LLC***

*/s/Marc Casarino*
Marc Casarino (admitted pro hac vice)
Kennedys CMK LLP
919 N. Market Street, Suite 1550
Wilmington, DE 19801
Tel: (302) 308-6647
Email: marc.casarino@kennedyslaw.com

***Counsel for Sidney Powell and Sidney Powell, P.C.***

*/s/ Joseph D. Sibley IV*
Joseph D. Sibley IV
DC Bar ID: TX0202
CAMARA & SIBLEY L.L.P.
1108 Lavaca St., Ste 110263
Austin, TX 78701
Tel: (713) 966-6789
Fax: (713) 583-1131
sibley@camarasibley.com

***Counsel for Rudolph W. Giuliani***

3

*/s/ Marc Eisenstein*
Marc Eisenstein, DC Bar No. 1007208
Coburn & Greenbaum, PLLC
1710 Rhode Island Ave. NW 2nd Floor
Washington, DC 20036
Tel: (703) 963-7164

**Counsel for Defending the Republic, Inc.**

*/s/Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

**Counsel for Defendant Michael J. Lindell**

*/s/Andrew D. Parker*
Andrew D. Parker (MN Bar No. 195042)
Joseph A. Pull (D.C. Bar No. 982468)
Ryan P. Malone (MN Bar No. 395795)
Abraham S. Kaplan (MN Bar No. 399507)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com
arenson@parkerdk.com
kaplan@parkerdk.com

**Counsel for Defendant My Pillow, Inc.**