UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>   *Plaintiffs/Counter-Defendants*,<br><br>   v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>   *Defendants/Counter and Third- Party Plaintiffs,*<br><br>   v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>   *Third-Party Defendants.* | Civil Case No. 1:21-cv-00445 (CJN) |

## [PROPOSED] ORDER GRANTING DOMINION'S MOTION FOR PROTECTIVE ORDER REGARDING THIRD PARTY SUBPOENAS

Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") have filed a Motion for Protective Order Regarding Third Party Subpoenas. Having considered the motion and response, and for good cause shown, the Court finds Dominion's Motion should be GRANTED.

DATE: _____, 2022.

                                                                _____
                                                                CARL J. NICHOLS
                                                                United States District Judge