IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-00445-CJN |
| | ) | |
| v. | ) | |
| | ) | |
| MY PILLOW, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF MATTHEW R. ESLICK IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Matthew R. Eslick, declare:

1. I am an attorney licensed to practice law in the State of Minnesota and am an attorney at Parker Daniels Kibort LLC.

2. Parker Daniels Kibort LLC is located at 888 Colwell Building, 123 North Third Street, Minneapolis, Minnesota 55401. The telephone number is (612) 355-4100 and facsimile number is (612) 355-4104.

3. On September 23, 2005, I was admitted to the practice law in the state of Iowa. I am admitted to practice in both federal districts in Iowa, as well as the Eighth Circuit Court of Appeals.

4. On February 28, 2008, I was admitted to practice law in the state of Minnesota.

5. On January 14, 2021, I was admitted to practice law in the United States District Court for the District of Minnesota.

6. I have not been disciplined by any bar.

7. I have not been admitted *pro hac vice* in this Court.

8. I do not have an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. Parker Daniels Kibort LLC has retained Nathan Lewin and the law firm Lewin & Lewin LLP, to serve as local and co-counsel in this matter. The address and telephone number for Nathan Lewin and Lewin & Lewin LLP are: 888 17th Street NW, 4th Floor, Washington, D.C. 20006, telephone number (202) 828-1000.

9. I have read the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 12, 2022 in Minneapolis, Minnesota.

*[signature]*
Matthew R. Eslick