AO 136 (Rev. 10/13) Certificate of Good Standing

---

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, _Kate M. Fogarty_, Clerk of this Court, certify that _Matthew R. Eslick_, Bar # _388494_, was duly admitted to practice in this Court on _01/14/2021_, and is in good standing as a member of the Bar of this Court.

Dated at _St. Paul, Minnesota_ on _10/12/2022_
        *(Location)*                                    *(Date)*

Kate M. Fogarty
CLERK

Kern O. Adami
DEPUTY CLERK