IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00445-CJN |
| v. | ) ) ) | |
| MY PILLOW, INC., et al. | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*
OF MATTHEW R. ESLICK**

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearance of Matthew R. Eslick *pro hac vice* in this matter.

IT IS SO ORDERED.

Dated: _____         _____

                                                                                Honorable Carl J. Nichols
                                                                                District Court Judge