IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| US DOMINION, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00445-CJN |
| v. | ) ) | Judge Carl J. Nichols |
| MY PILLOW, INC., et al. | ) ) ) | |
| Defendants. | ) | |

### DECLARATION OF ANDREW D. PARKER

I, Andrew D. Parker, being first duly sworn, states as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and am one of the attorneys representing the Defendants in the above-referenced case. As such have personal knowledge of the dates, events, and facts stated below. I submit this Declaration in opposition to Plaintiffs' Motion for Protective Order.

2. Attached as **Exhibit A** is a fair and accurate copy of an article written by Stuart A. Thompson entitled *Election Firm Knew Data Had Been Sent to China, Prosecutors say*, which was published on the *New York Times* website on October 13, 2022.

3. Defendants served requests for production upon Dominion on February 11, 2022 (by Mr. Lindell), March 4, 2022 (by Mr. Lindell), March 22, 2022 (by My Pillow, Inc.), and August 5, 2022 (by My Pillow, Inc.).

1

4. Attached as **Exhibit B** is a fair and accurate copy of My Pillow's First Set of Requests for Production, which were served on March 22, 2022.

5. Attached as **Exhibit C** is a fair and accurate copy of Plaintiffs' Responses and Objections to My Pillow's First Set of Requests for Production, which were served on May 5, 2022.

6. To date, Plaintiffs have not produced any documents in response to Defendants' document requests. Instead, they have stated that they will produce documents when a protective order is in place, and otherwise objected to Defendants' requests.

7. Attached as **Exhibit D** is a true and correct copy ICS Advisory 22-154-01, issued by the United States Cybersecurity and Infrastructure Security Agency on June 3, 2022. The Exhibit is available at https://www.cisa.gov/uscert/ics/advisories/icsa-22-154-01.

8. Attached as **Exhibit E** is a true and correct copy of a Report of Investigation on Dominion Voting Systems D-Suite 5.5-B used in Williamson County, Tennessee issued by the United States Election Assistance Commission on March 31, 2022. The Exhibit is available at Available at https://www.eac.gov/sites/default/files/TestingCertification/EAC_Report_of_Investigation_Dominion_DSuite_5.5_B.pdf.

9. Attached as **Exhibit F** is a fair and accurate copy of the Complaint filed in *County of Fulton, et al. v. Dominion Voting Systems, Inc., et al.*, on September 20, 2022, in the Court of Common Pleas for Fulton County, Pennsylvania.

10. Attached as **Exhibit G** is a fair and accurate copy of an article written by Neil Vigdor entitled *A Candidate in Georgia Who Appeared to Get Few Election Day Votes Was Actually in First Place*, which was published on the *New York Times* website on June 6, 2022.

11. Attached as **Exhibit H** is a screenshot from Dominion's webpage that a statewide rollout of Dominion products in Georgia, which is available at http://dominionvoting.com/about/#footprint.

12. Attached as **Exhibit I** is a fair and accurate copy of the Supplemental Declaration of Marilyn Marks dated February 12, 2021, which was filed in *Curling v. Raffensperger*, Northern District of Georgia Case Number 17-cv-2989-AT, at ECF No. 1071-2.

13. Attached as **Exhibit J** is a fair and accurate copy of the Affidavit of Benjamin Cotton dated April 8, 2021, in *Bailey v. Antrim County*, Antrim County (Michigan) Circuit Court, Case Number 20-9238-CZ.

14. Attached as **Exhibit K** is a fair and accurate copy of a contract between Dominion and El Paso County, Colorado, which was produced by El Paso County on or about September 20, 2022.

15. Attached as **Exhibit L** is a fair and accurate copy of a contract attached to a Motion to Quash filed by the Monroe County Supervisor of Elections in *Monroe County Supervisor of Elections v. My Pillow, Inc., et al.*, Case No. 4:22-MC-100886-KMM.

16. Attached as **Exhibit M** is a fair and accurate copy of e-mail communications between counsel for Plaintiffs and Counsel for Defendants on September 21, 2022, and September 22, 2022.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2022, in Hennepin County, Minnesota.

*s/ Andrew D. Parker*
Andrew D. Parker