# EXHIBIT H

HOME    ABOUT ⌄    PRODUCTS ⌄

**GEORGIA**

2020 statewide voting system rollout, with 33,000 ImageCast X BMDs, serving 159 counties.