# EXHIBIT K

VOTING SYSTEM ACQUISITION AND SERVICES AGREEMENT
BY AND BETWEEN
DOMINION VOTING SYSTEMS, INC.
AND EL PASO COUNTY, CO

This Voting System Acquisition and Services Agreement (the "Agreement"), dated this
____ day of March, 2017 (the "Effective Date"), for a voting system, licenses and related
services is made by and between the Board of County Commissioners, El Paso County, CO
("Customer") and Dominion Voting Systems, Inc., a corporation organized under the laws of the
State of Delaware ("Dominion"). This Agreement may refer to Dominion and the Customer
together as the "Parties," or may refer to Dominion or the Customer individually as a "Party."

WHEREAS, The Customer desires to purchase a voting system, licenses and related
services solutions; and

WHEREAS, Dominion designs, manufactures, sells and/or licenses, and provides
ongoing solutions for voting systems;

NOW THEREFORE, in consideration of the mutual covenants contained herein, and in
accordance with the terms and conditions set forth herein, Dominion agrees to license and/or sell
and furnish to Customer the System (as defined herein), including the products and services
described more fully below:

1.  **Composition of Agreement.** Exhibits A and B are attached and incorporated herein by
    reference and form a part of this Agreement (the "Agreement"). This Agreement consists
    of the general terms and conditions contained in the following sections, together with the
    listed Exhibits below. The total compensation payable under this Agreement shall be in
    accordance with the item prices incorporated within the Pricing Summary and Deliverables
    Description submitted by Dominion for labor, materials and all other services related to the
    performance of this Agreement, attached hereto as Exhibit A and incorporated herein as
    though fully set forth.

> Exhibit A:   Pricing Summary and Deliverables Description
> Exhibit B:   Software License Terms and Conditions

2.  **Definitions.** For the purposes of this Agreement, the following are defined terms:

    2.1.   "Acceptance" and variations thereof, mean the successful completion by the
           Customer of the acceptance testing performed on each component of Dominion
           Hardware and Software, after delivery in accordance with testing criteria developed
           by Dominion and updated by the Customer in accordance with the acceptance or
           rejection process in Section 8.

           2.1.1.   "Democracy Suite® Software," Dominion's election management software
                    associated with the ImageCast® voting system as more specifically
                    described in Exhibit A.

2.1.2.    "ImageCast® Software," the software/firmware designed for use in the ImageCast® voting system.

2.2.    "Dominion Hardware" means the ImageCast® system hardware as more specifically described in Exhibit A.

2.3.    "Dominion Software" means software and firmware programs licensed to the Customer by Dominion and any associated documentation including the following:

2.4.    "Election" means a single election event administered by the Customer including any absentee and early voting activity associated with the election event. Election shall not mean any follow-on events occurring after the initial election event, including without limitations, run-offs or recall replacements elections. Any follow on event shall be considered an Election in and of itself.

2.5.    "Election Management System Hardware" or "EMS Hardware" means third party hardware required for operating Dominion Software as used in conjunction with the Dominion Hardware.

2.6.    "License" has the meaning set forth in Section 7.

2.7.    "System" means the combination of Dominion Software, Dominion Hardware and EMS Hardware.

2.8.    "Third Party Software" means software, manufacturer supplied software, or firmware owned by third parties, which Dominion provides to Customer pursuant to sublicenses or end user license agreements with the owners of such Third Party Software. Third Party Software includes, but is not limited to, various operating systems, software drivers, report writing subroutines, and firmware.

**3.    Term of Agreement.** The Term of this Agreement shall begin on the Effective Date and shall continue until December 31, 2018, unless sooner terminated or extended as provided herein providing however and subject to possible annual price increases (as described further in Exhibits A and B), the Licenses or warranties authorized by this Agreement may extend beyond the Term of this Agreement, according to the terms and conditions of such License or warranty.

**4.    Dominion's Responsibilities.** Dominion shall:

4.1.    Deliver the System and installation plan services as described in Exhibit A (Pricing Summary and Deliverables Description).

4.2.    Appoint a Dominion project manager ("Dominion Project Manager") to oversee the general operations of the project. The project manager shall be responsible for arranging all meetings, visits and consultations between the Parties and for all administrative matters such as invoices, payments and amendments. The project

manager shall communicate with the Customer as to the status of information, procedures and progress on the tasks as set out in this Agreement and to advise the Customer forthwith upon the occurrence of any material change in such plans.

4.3.   Provide the Customer with a Dominion Software License as described in Exhibit B (Software License Terms and Conditions).

4.4.   Provide the Customer with one (1) reproducible electronic copy of the user documentation.

4.5.   Assist in the Acceptance Testing process as required by Section 8 herein.

4.6.   Provide invoices to Customer upon Acceptance of items listed in Exhibit A and pursuant to the payment schedule described in Section 5.1 herein.

4.7.   Meet with the Customer on dates mutually agreeable to the Parties, to receive input from the Customer regarding items currently being developed by Dominion, including without limitation, the ballot audit module and redaction of stray markings as related to the release of ballot images to the public, in order to implement new functionality and improvements.

**5.   Customer's Responsibilities.** Customer shall:

5.1.   Pay invoices in a timely manner and no later than thirty (30) calendar days from receipt of a Dominion invoice. Payments specified in this Section 5 are exclusive of all excise, sale, use and other sales taxes imposed by any governmental authority, all of which taxes shall be reimbursed by the Customer. If the Customer is exempt from taxes, Customer shall supply Dominion a tax exemption certificate or other similar in a form demonstrating its exempt status.

5.2.   Appoint a Customer project manager ("Customer Project Manager"), who shall be responsible for review, analysis and acceptance of the System and the coordination of Customer personnel, equipment, vehicles and facilities. The Customer Project Manager shall be empowered to make decisions on behalf of the Customer with respect to the work being performed under this Agreement. The Customer Project Manager shall also have direct access to the Customer's top management at all times for purposes of problem resolution.

5.3.   Conduct Acceptance testing process as required by Section 8.

5.4   For election setup and database creation services as more specifically described in Exhibit A, the Customer shall review and approve or identify issues to all Dominion deliverables related to such service within two (2) business days of receipt by the Customer. In the event the Customer discovers an issue, it shall provide written notice to Dominion immediately following the discovery of any issue and Dominion shall rectify the issue at no additional cost to the Customer. In the event

the Customer approves the deliverable and subsequent to such approval, request that a change be made to the deliverable, then Dominion may provide the change at an additional cost based upon Dominion's then current published service rates.

6. **Title and Risk of Loss.**

   6.1. Title to the System, Excluding All Software. Title to the System, or any portion thereof, excluding software and firmware, will pass to Customer upon delivery.

   6.2. Software. Software, including firmware, is licensed not sold. The original and any copies of the Dominion Software, or other software provided pursuant to this agreement, in whole or in part, including any subsequent improvements or updates, shall remain the property of Dominion, or any third party that owns such software.

   6.3. Risk of Loss. Dominion shall bear the responsibility for all risk of physical loss or damage to each portion of the System until such portion is Accepted by Customer. Customer shall provide Dominion with a single location for shipment and Dominion shall not be responsible for shipping to more than one location. To retain the benefit of this clause, Customer shall notify Dominion of any loss or damage within ten (10) business days of the receipt of any or all portions of the System, or such shorter period as may be required to comply with the claims requirements of the shipper, and shall cooperate in the processing of any claims made by Dominion.

7. **Software License and Use.**

   7.1. License. Upon mutual execution of this Agreement, Dominion grants to the Customer, and the Customer accepts a non-exclusive, non-transferable, license ("License") to use the Dominion Software subject to the terms and conditions of this Agreement and the Software License Terms attached hereto as Exhibit B.

   7.2. Third Party Software. Dominion agrees to sublicense any software that constitutes or is contained in Third-Party Products, in object code form only, to the Customer for use during the Term as part of the System for the purposes described in this Agreement. This sublicense is conditioned on the Customer's continued compliance with the terms and conditions of the end-user licenses contained on or in the media on which such software is provided. Dominion will, at no additional cost to the Customer, provide to the Customer all end-user licenses supplied with the Dominion Hardware and Third Party Software.

8. **Acceptance/Rejection.**

   8.1. Dominion Software or Dominion Hardware Testing. After delivery and installation of Dominion Software or Hardware, the Customer will conduct Acceptance testing, which testing will include the Acceptance criteria developed and updated, from time to time, by Dominion. Such Acceptance testing shall occur at a time mutually agreed upon by the Parties, but no later than ten (10) business days after delivery.

8.2.    System Acceptance Testing. To the extent not tested as part of the Acceptance testing pursuant to Section 8.1, upon completing the installation of the System, the Customer will conduct System Acceptance testing, which testing will include the Acceptance test procedures developed and updated, from time to time, by Dominion. Such Acceptance testing shall occur at a time mutually agreed upon by the Parties, but no later than ten (10) business days after installation of the System.

8.3     Acceptance/Rejection.    After testing, if the Dominion Software, Dominion Hardware, or the System does not conform to user documentation or Dominion provided acceptance criteria, Customer will notify Dominion in writing within five (5) business days.   Dominion will, at its own expense, repair or replace the rejected Dominion Software, Dominion Hardware, or System within twenty (20) days after receipt of Customer's notice of deficiency.   The foregoing procedure will be repeated until Customer finally accepts or rejects the Dominion Software, Dominion Hardware, or System in writing in its sole discretion.

## 9.   Warranties.

9.1.    Dominion Software Warranty.  The Dominion Software warranty is subject to the terms and conditions of Exhibit B - the Software Terms and Conditions.

9.2.    Third Party Products. The warranties in this Section 9 do not apply to any third party products.  However, to the extent permitted by the manufacturers of third party products, Dominion shall pass through to Customer, at no additional cost to Customer, all warranties such manufacturers make to Dominion regarding the operation of third party products.

9.3.    Dominion Hardware Warranty. Dominion warrants that when used with the hardware and software configuration purchased through or approved by Dominion, each component of Dominion Hardware will be free of defects that would prevent the Dominion Hardware from operating in conformity in all material respects with its specifications as documented by Dominion. The Dominion Hardware Warranty shall remain in effect until one year after Acceptance or through any extended warranty period.

9.4.    Dominion Hardware Warranty Terms. If any Dominion Hardware component fails to operate in conformity with its specifications during the warranty period, Dominion shall provide a replacement for the Dominion Hardware component or, at Dominion's sole option, shall repair the Dominion Hardware component, so long as the Dominion Hardware is operated with its designated Dominion Software and with third party products approved by Dominion for use with the Dominion Hardware. The following conditions apply to the Dominion Hardware warranty:

9.4.1.    The following services are not covered by this Agreement, but may be available at Dominion's current time and material rates:

9.4.1.1.   Replacement of consumable items including but not limited to batteries. paper rolls, ribbons, seals, smart cards, and removable memory devices, scanner rollers, disks, etc.;

9.4.1.2.   Repair or replacement of Dominion Hardware damaged by of accident, disaster, theft, vandalism, neglect, abuse, or any improper usage;

9.4.1.3.   Repair or replacement of Dominion Hardware modified by any person other than those authorized in writing by Dominion;

9.4.1.4.   Repair or replacement of Dominion Hardware from which the serial numbers have been removed, defaced or changed.

9.5.   No Other Warranties.   DOMINION DISCLAIMS ALL OTHER REPRESENTATIONS AND WARRANTIES, WHETHER WRITTEN, ORAL, EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND ANY WARRANTY BASED ON A COURSE OF DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE.

**10.   Force Majeure.** Should any circumstances beyond the control of Dominion or Customer occur that delay or render impossible the performance of any obligation due under this Agreement, such obligation will be postponed for the period of any delay resulting from any such circumstances, plus a reasonable period to accommodate adjustment to such extension, or cancelled if performance has been rendered impossible thereby. Such events may include, without limitation, war, acts of terrorism; natural disasters; industry-wide labor disputes; acts, laws, rules or regulations of any government or government agency; or other events beyond the control of both Dominion and Customer. Neither party shall be liable under this Agreement for any loss or damage to the other Party due to such delay or performance failures. Notwithstanding the foregoing, both Parties shall use their best efforts to minimize the adverse consequences of any such circumstances.

**11.   Indemnification.** Dominion, at its sole expense, will indemnify, defend and hold harmless the Customer, its officers. agents and employees from and against any loss, cost, expense or liability (including but not limited to attorney's fees and awarded damages) arising out of a claim, suit or action that the System infringes, violates, or misappropriates a Third Party's patent, copyright, trademark, trade secret or other intellectual property or proprietary rights.

**12.   Limitation of Liability. Except for the indemnification obligations contained in this Agreement,** Dominion's total aggregate liability for any loss, damage, costs or expenses under or in connection with this Agreement. howsoever arising, including without limitation, loss, damage, costs or expenses caused by breach of contract, negligence, strict liability, breach of statutory or any other duty shall in no circumstances exceed the total dollar amount of the Agreement. Neither party shall be liable to the other party for any loss of profits, loss of business, loss of data, loss of use or any other indirect, incidental, special or consequential loss or damage whatsoever, howsoever arising, incurred by the other party or any third party, whether in an action in contract, negligence or other tort, even if the parties or their representatives have been advised of the possibility of such damages.

## 13. Confidential Information.

13.1. For purposes of this Agreement, confidential information ("Confidential Information") is defined as those materials, documents, data, and technical information, specifications, business information, customer information, or other information that the disclosing Party maintains as trade secrets or confidential and which are disclosed to a receiving Party in tangible form conspicuously marked as "confidential," or with words having similar meaning or which are expressly identified in this Section 13.1. Confidential Information includes, without limitation, Dominion Software source code and associated documentation.

13.2. Each Party shall treat the other Party's Confidential Information as confidential within their respective organizations.

13.3. Subject to the requirements of the Colorado Open Records Act, §24-72-200.1 et seq. ("CORA"), neither Party shall disclose the other Party's Confidential Information to any person outside their respective organizations unless disclosure is made in response to, or because of, an obligation to any federal, state, or local governmental agency or court with appropriate jurisdiction, or to any person properly seeking discovery before any such agency or court.

13.4. Each Party shall be given the ability to defend the confidentiality of its Confidential Information to the maximum extent allowable under the law prior to disclosure by the other Party of such Confidential Information.

13.5. The parties understand and agree that Customer is a public entity subject to the requirements of CORA. Therefore, any covenant of confidentiality given by the Customer in this Agreement shall be governed by the provisions of CORA.

13.6. Any specific information that Dominion claims to be confidential must be clearly marked or identified as such by the Customer. To the extent consistent with CORA, Customer shall maintain the confidentiality of all such information marked by Dominion as confidential. If a request is made to view such Confidential Information, Customer will notify Dominion of such request and the date the information will be released to the requestor unless Dominion obtains a court order enjoining such disclosure. If Dominion fails to obtain such court order enjoining such disclosure, the Customer will release the requested information on the date specified. Such release shall be deemed to have been made with Dominion's consent and shall not be deemed to be a violation of law or this Agreement.

13.7. Dominion acknowledges and agrees that employees, agents, and contractors of Dominion providing services to Customer may be exposed to confidential and/or sensitive information of Customer. Dominion, its employees, agents, and contractors shall not disclose to any third-party information learned regarding Customer's day to day business operations, including specifically any and all issues

related to use of Dominion's voting and election equipment without first obtaining express consent from Customer.

**14. Assignment.** Neither Party may assign its rights, obligations, or interests in this Agreement without the written consent of the other Party, providing however that Dominion may assign the proceeds of this Agreement to a financial institution without prior consent of the Customer but with written notice to Customer.

**15. Termination.**

15.1 For Default. In the event either Party violates any provisions of this Agreement, the non-violating Party may serve written notice upon the violating Party identifying the violation and providing a reasonable cure period. Except as otherwise noted herein, such cure period shall be at least thirty (30) days. In the event the violating Party has not remedied the infraction at the end of the cure period, the non-violating Party may terminate this Agreement, and seek legal remedies for breach of contract as allowed hereunder. If the breach identified in the notice cannot be completely cured within the specified time period, no default shall occur if the Party receiving the notice begins curative action within the specified time period and thereafter proceeds with reasonable diligence and in good faith to cure the breach as soon as practicable.

15.2 For Non-Appropriation of Funds. The Customer shall not be obligated for payments hereunder for any future fiscal year unless or until the Customer appropriates funds for this Agreement in Customer's budget for that fiscal year. In the event that funds are not appropriated, then this Agreement may be terminated by the Customer as the end of the last fiscal year for which funds were appropriated. Termination of this Agreement by the Customer under this Section 15.2 shall not constitute a breach of this Agreement by the Customer. For the purposes of this Agreement, the fiscal year commences on January 1st and ends on December 31st of the following year. Customer shall notify Dominion in writing of such non-appropriation at the earliest possible date which, in any event, shall be prior to Dominion performing services during any fiscal year for which an appropriation has not been made. In the event Customer notifies Dominion that sufficient funds have not been appropriated, or if in fact sufficient funds have not been appropriated, to compensate Dominion in accordance with this Agreement, Dominion may suspend Dominion's performance and terminate all Dominion licenses under this Agreement. Suspension of performance and termination all Dominion licenses by Dominion in accordance with this section 15.2 shall not constitute a breach of this Agreement by Dominion.

**16. Legality and Severability.** This Agreement and the Parties' actions under this Agreement shall comply with all applicable federal, state and local laws, ordinances, rules, regulations, court orders, and applicable governmental agency orders. If any term or provision of this Agreement is held to be illegal or unenforceable, the remainder of this Agreement shall not be affected thereby and each term or provision of this Agreement shall be valid and enforceable to the fullest extent

permitted by law. The Parties agree that any court reviewing this Agreement shall reform any illegal or unenforceable provision to carry out the express intent of the parties as set forth herein to the fullest extent permitted by law.

**17.  Survival.** The provisions of Sections 2, 9, 10, 11, 12, 13, 16, 18, and 19 shall survive the expiration or termination of this Agreement.

**18.  Choice of Law.** Interpretation of this Agreement shall be governed by the laws of the State of Colorado, and in the 4th Judicial District Court of the State of Colorado will have exclusive jurisdiction to hear and determine questions relating to this Agreement.

**19.  Waiver.** Any failure of a Party to assert any right under this Agreement shall not constitute a waiver or a termination of that right or any provisions of this Agreement.

**20.  Notices.** All notices required or permitted to be given hereunder shall be given in writing and shall be deemed to have been given when personally delivered or by nationally recognized overnight carrier or mailed, certified or registered mail, return receipt requested, addressed to the intended recipient as follows:

>        If to Dominion:
>
>                Dominion Voting Systems, Inc.
>                Attn: Contracts Administrator
>                1201 18th St., Ste. 210
>                Denver, CO 80202
>                Email:  contracts@dominionvoting.com
>
>        If to the Customer:
>
>                El Paso County Clerk and Recorder
>                Attn: Mary Bartelson
>                1675 West Garden of the Gods
>                Colorado Springs, CO 80907
>                Email:  MaryBartelson@elpasoco.com

**21.  INDEPENDENT CONTRACTOR.** In all situations and circumstances arising out of the terms and conditions of this Agreement, Dominion is an independent contractor, and as an independent contractor, the following shall apply:

21.1.  Dominion is not an employee or agent of Customer and is only responsible for the requirements and results specified by this Agreement.

21.2.  Dominion shall be responsible to Customer only for the requirements and results specified by this Agreement and except as specifically provided in this Agreement, shall not be subject to Customer's control with respect to the physical actions or activities of Dominion in fulfillment of the requirements of this Agreement.

21.3.   Dominion is not, and shall not be, entitled to receive from, or through, Customer, and Customer shall not provide, or be obligated to provide, Dominion, or any of its employees, agents or subcontractors, with Worker's Compensation coverage or any other type of employment or worker insurance or benefit coverage required or provided by any Federal, State or local law or regulation for, or normally afforded to, an employee of Customer.

21.4.   Dominion, or any of its employees, agents or subcontractors, shall not be entitled to have Customer withhold or pay, and Customer shall not withhold or pay, on behalf of Dominion, or any of its employees, agents or subcontractors,, any tax or money relating to the Social Security Old Age Pension Program, Social Security Disability Program, or any other type of pension, annuity, or disability program required or provided by any Federal, State or local law or regulation.

21.5.   Dominion, or any of its employees, agents or subcontractors, shall not be entitled to participate in, or receive any benefit from, or make any claim against any Customer fringe benefit program, including, but not limited to, Customer's pension plan, medical and health care plan, dental plan, life insurance plan, or any other type of benefit program, plan, or coverage designated for, provided to, or offered to Customer's employee.

21.6.   Customer shall not withhold or pay, on behalf of Dominion, or any of its employees, agents or subcontractors, any Federal, State, or local tax, including, but not limited to, any personal income tax, owed by Dominion.

21.7.   Dominion is, and at all times during the term of this Agreement shall represent and conduct itself as, an independent contractor, not an employee of Customer.

## 22.  Insurance.

22.1   Dominion hereby agrees at its own cost and expense to procure and maintain, during the entire term of this Agreement and any extended term therefore, insurance in a sum acceptable to Customer and adequate to cover potential liabilities arising in connection with the performance of this Agreement and in any event not less than the minimum limit set forth as follows:

| Insurance | Minimum Limit |
|---|---|
| Worker's Compensation, Coverage A | Statutory |
| Employers Liability, Coverage B | $1 million |
| Commercial General Liability Including Contractual Liability, Operations, Products and Completed Operations | |
| Personal/Bodily Injury | $1 million per occurrence/$2 million aggregate |

Property Damage

$1 million per occurrence/$2 million aggregate

Commercial Automobile Liability (owned, hired & non-owned vehicles)

| | |
|---|---|
| Personal/Bodily Injury | $1 million per occurrence |
| Property Damage | $1 million per occurrence |
| Professional Liability | $1 million per occurrence |

22.2. Certificates of Insurance. Complete copies of certificates of insurance for all required coverages including additional insured endorsements shall be attached hereto and incorporated herein as though fully set forth.

**23. Entire Agreement.** This Agreement and its Exhibits incorporated herein by reference constitute the entire agreement, understanding and representations between Dominion and the Customer, and supersede and replace all prior agreements, written or oral. No modifications or representations to the Agreement shall be valid unless made in writing and signed by duly authorized representatives of both the Customer and Dominion, and incorporated as an amendment hereto.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date first above written.

**DOMINION VOTING SYSTEMS, INC.**

AUTHORIZED SIGNATURE

Daryl L. Glenn
PRINTED NAME

President
TITLE

March 21, 2017
DATE

EL PASO COUNTY

AUTHORIZED SIGNATURE

Chuck Broerman
PRINTED NAME

El Paso County Clerk & Recorder
TITLE

March 21, 2017
DATE

**APPROVED AS TO FORM:**

BY: _____
**OFFICE OF THE COUNTY ATTORNEY**

## EXHIBIT A

### VOTING SYSTEM ACQUISITION AGREEMENT
BY AND BETWEEN DOMINION VOTING SYSTEMS
AND EL PASO, CO

### PRICING SUMMARY AND DELIVERABLES DESCRIPTION

1. Pricing and Deliverables Summary – This Exhibit A provides a description of all equipment, software, and related services for voting, vote counting, and result processing available in the Master Voting System Agreement between Dominion and Colorado Secretary of State. From the full list of available items, the Customer has chosen to implement the items and corresponding quantities specifically identified in the table below. Any other services, consumables, products, or differing quantities not specifically identified in this Agreement are available for purchase by the Customer at the prices listed in the Master Voting System Agreement between Dominion and Colorado Secretary of State.

   All pricing is in U.S. Dollars and conforms to the Master Voting System Agreement between Dominion Voting Systems and Colorado Secretary of State (attached hereto as Schedule 1), to extent applicable. Capitalized terms used but not defined in this Exhibit A shall have the meanings ascribed to them in the Voting System Agreement. The delivery and installation of the System will occur in two phases across the years 2017 and 2018. The tables below identify and describe which components are to be installed in 2017 and 2018, as well as related pricing. Concurrent with the installation of the 2018 Avalue ImageCast X system, the Customer will return (at Dominion's expense) the thirty Samsung ImageCast X units.

| 2017 COMPONENT DESCRIPTION | QTY | | |
|---|---|---|---|
| **Central Scanning Hardware & Software License** | | | |
| **ImageCast Central Includes:** Canon DR-G1130 high speed document scanner, OptiPlex 7440 All-in-One Series with pre-loaded software, ImageCast Central Software, Twain driver, ibutton driver, DR-G1130 driver, One (1) iButton Programmer and (1) iButton Key Switch & Cat5 RJ 45 Cables, Configured by DVS | 6 | $18,500 | $111,000.00 |
| Sub-Total: | | | $111,000.00 |
| **ImageCast X for the VSPC** | | | |
| **ICX Voter Card Activation Station:** Dell Latitude 3470 laptop, BTX, 4GB, 500 GB Serial ATA HD, Windows 10, 14" non glare screen, ACS ACR39U-U1 Smart Card Reader V1.04, USB. | 10 | $1,032.00 | $10,320.00 |
| **ImageCast X Accessible:** Samsung 12" android tablet, Armodillo Case, Lavalink usb hub, cables, smart card reader, Printer, Dominion's ATI, Audio Tactile Interface w USB cable, 5 voter cards per unit. | 30 | $2,575 | $77,250.00 |
| **ImageCast X Voting Booth** | 20 | $330 | $6,600.00 |
| Sub Total | | | $94,170.00 |
| **Democracy Suite and Adjudication Hardware** | | | |
| Democracy Suite Hardware server - 22 Poweredge R360 rack server w Windows 2012 R@ and SQL 2012, 24" monitor, synthesis speech software license, anit virus, patch cables 25ft, ethernet switch 24 ports and 2 1GBE SFP Uplink ports, keyboard and mouse usb, all software and Trusted build will be loaded prior to arrival. | 2 | $10,909 | $21,818.74 |

| | QTY | | |
|---|---|---|---|
| **Adjudication Workstation** (Dell Precision Workstation T3420 SFF 8GB RAM, 500 GB HDD, 24" Monitor, Cables) all software and trusted build will be install prior to arrival. | 4 | $1,124.70 | $4,498.80 |
| **EMS Report Printer - E310dw** | 1 | $115.00 | $115.00 |
| **EMS workstation** DELL PRECISION WORKSTATION T3420 SFF 8GB RAM, 500GB HDD, 24" Monitor, cables | 2 | $1,124.70 | $2,249.40 |
| Sub-Total: | | | **$28,681.94** |

| *Software License* | | | |
|---|---|---|---|
| *Democracy Suite (EMS)* | 1 | $185,000 | $185,000.00 |
| *ICC Adjudication Application* | 1 | $38,250 | $38,250.00 |
| *Automatic Test Decks* | 1 | $18,000 | $18,000.00 |
| Sub-Total: | | | **$241,250.00** |

| Implementation and Training | | | |
|---|---|---|---|
| **On-Site Training** | 1 | $15,640 | $15,640.00 |
| **Implementation / Configuration / Acceptance Testing** | 1 | $18,755 | $18,755.00 |
| **Project Management / Implementation costs** | 1 | $87,500 | $87,500.00 |
| Sub-Total: | | | **$121,895.00** |

| Shipping [1] | | | |
|---|---|---|---|
| **Estimated Shipping** | 1 | $0 | TBD |

| Discount | | | |
|---|---|---|---|
| **Discount** | 1 | | ($62,250.00) |
| Sub-Total: | | | **($62,250.00)** |

| **2017 Purchase Total:** | | | **$534,746.94** |
|---|---|---|---|

| **2018 COMPONENT DESCRIPTION** | QTY | | |
|---|---|---|---|
| Central Scanning Hardware & Software License | | | |
| *ImageCast Central Includes:* Canon DR-G1130 high speed document scanner, OptiPlex 7440 All-in-One Series with pre-loaded software, ImageCast Central Software, Twain driver, ibutton driver, DR-G1130 driver, One (1) iButton Programmer and (1) iButton Key Switch & Cat5 RJ 45 Cables, Configured by DVS | 2 | $18,500 | $37,000.00 |
| Sub-Total: | | | **$37,000.00** |

| *ImageCast X for the VSPC* | | | |
|---|---|---|---|
| *ICX Voter Card Activation Station:* Dell Latitude 3470 laptop, BTX, 4GB, 500 GB Serial ATA HD, Windows 10, 14" non glare screen, ACS ACR39U-U1 Smart Card Reader V1.04, USB | 18 | $1,032.00 | $18,576.00 |
| *ImageCast X Accessible* Avalue 21", cables, smart card reader, Printer, Dominion's ATI, Audio Tactile Interface w USB cable, 5 voter cards per unit | 90 | $3,175 | $285,750.00 |
| *ImageCast X Voting Booth* | 50 | $330 | $16,500.00 |
| *ICX Transport Bag set* | 90 | $100 | $9,000.00 |
| Sub Total | | | **$329,826.00** |

| Democracy Suite and Adjudication Hardware | | | |
|---|---|---|---|
| **Adjudication Workstation** (Dell Precision Workstation T3420 SFF 8GB RAM, 500 GB HDD, 24" Monitor, Cables) all software and trusted build will be install prior to arrival | 4 | $1,124.70 | $4,498.80 |
| Sub Total | | | **$4,498.80** |

## EXHIBIT B
## SOFTWARE LICENSE TERMS AND CONDITIONS

## 1.    Definitions.

1.1.    "<u>Documentation</u>" means manuals, handbooks, maintenance libraries, and other publications supplied with the Software, including System technical documentation, user documentation and training materials.

1.2.    "<u>Licensee</u>" shall mean the Customer defined in the general terms and conditions of this Agreement.

1.3.    "<u>Licensor</u>" shall mean Dominion Voting Systems, Inc.

1.4.    "<u>Party</u>" or "<u>Parties</u>" Licensor and Licensee may hereinafter be referred to individually as a Party and collectively as the Parties.

1.5.    "<u>Software</u>" means the Democracy Suite® and ImageCast® software licensed by Licensor hereunder, in object code form, including all documentation therefore.

1.6.    "<u>Specifications</u>" means descriptions and data regarding the features, functions and performance of the Software, as set forth in user manuals or other applicable documentation provided by Licensor to the Licensee.

1.7.    "<u>Third-Party Products</u>" means any software or hardware obtained from third-party manufacturers or distributers and provided by Licensor hereunder.

## 2.    License Terms.

2.1.    <u>License to Software</u>.  Subject to the terms of this Agreement, Licensor grants Licensee a non-exclusive license to use the Software solely for the Licensee's own internal business purposes and solely in conjunction with the Software and Hardware. This License shall only be effective during the Term and, except as provided in Section 8 of this Exhibit B cannot be transferred or sublicensed.

2.2.    <u>Third-Party Products</u>.  Subject to the terms of this Agreement, Licensor grants to Licensee a sublicense to use any software that constitutes or is contained in Third-Party Products, in object code form only, for use during the Term as part of the System for the purposes described in Section 2.1. This sublicense is conditioned on Licensee's continued compliance with the terms and conditions of the end-user licenses contained on or in the media on which such software is provided.

2.3.    <u>No Other Licenses</u>. Other than as expressly set forth in this Agreement, (a) Licensor grants no licenses, expressly or by implication, and (b) Licensor's entering into and performing the Agreement will not be deemed to license or assign any intellectual property rights of Licensor to Licensee or any third party. Without limiting the foregoing sentence, Licensee agrees not to use the Software as a service bureau for elections outside the Licensee's jurisdiction, except as otherwise provided in Section 8, and agrees not to reverse engineer or otherwise attempt to derive the source code of the Software. Except as otherwise provided in Section 8, the Licensee shall have no power to transfer or grant sub-licenses for the Software.  Any use of all or any portion of the Software not expressly permitted by the terms of this Agreement is strictly prohibited.

**3.     Payment**.  In consideration of the grant of the license, the Licensee shall pay the fees set forth in Exhibit A of this Agreement.

**4.     Upgrades and Certification**.  During the Term, Licensor may provide upgrades to Licensee under the following terms and conditions.

4.1.   Upgrades.   In the event that Licensor, at its sole discretion, certifies a software upgrade under the applicable provisions of the election laws and regulations of the Licensee's State, Licensor shall make the certified software upgrade available to the Licensee.

4.2.   Certification Requirement.   Notwithstanding any other terms of this Agreement, Licensor shall not provide, and shall not be obligated to provide under this Agreement any upgrade, enhancement or other software update that has not been certified under the applicable provisions of the election laws and regulations of the Licensee's State.

**5.     Warranties**.  The following warranties will apply to all Software during the Term.

5.1.   Software. Licensor warrants that during the Term, the Software will function substantially in accordance with the Specification.  If the Licensee believes that the Software is not functioning substantially in accordance with the Specifications, the Licensee shall provide Licensor with written notice of the material failure within thirty (30) days of discovering the material failure, provided that the Licensee can reproduce the material failure to Licensor.  The foregoing warranty shall be void in the event of the Software (i) having been modified by any party other than Licensor or (ii) having been used by the Licensee for purposes other than those for which the Software was designed by Licensor.  If Licensor establishes that the reported material failure is not covered by the foregoing warranty, the Licensee shall be responsible for the costs of Licensor's investigative and remedial work at Licensor's then current rates.

5.2.   Third-Party Products. The warranties in this Section 5 do not apply to any Third-Party Products.  However, to the extent permitted by the manufacturers of Third-Party Products, Licensor shall pass through to Licensee all warranties such manufacturers make to Licensor regarding the operation of such Third-Party Products.  Licensor shall assist Licensee in making warranty claims for Third-Party Products that do not permit Licensor to pass warranties through to Licensee.

5.3.   NO   OTHER   WARRANTIES.   LICENSOR   DISCLAIMS   ALL   OTHER REPRESENTATIONS AND WARRANTIES, WHETHER WRITTEN, ORAL, EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE AND ANY WARRANTY BASED ON A COURSE OF DEALING, COURSE OF PERFORMANCE OR USAGE OF TRADE.

**6.     Prohibited Acts**.  The Licensee shall not, without the prior written permission of Licensor:

6.1.   Transfer or copy onto any other storage device or hardware or otherwise copy the Software in whole or in part except for purposes of system backup;

6.2.    Reverse engineer, disassemble, decompile, decipher or analyze the Software in whole or in part;

6.3.    Alter or modify the Software in any way or prepare any derivative works of the Software or any part of parts of the Software;

6.4.    Alter, remove or obstruct any copyright or proprietary notices from the Software, or fail to reproduce the same on any lawful copies of the Software.

**7.      Return of Software.** Upon termination or expiration of this Agreement, Licensee shall (i) forthwith return to Licensor all Software in Licensee's possession or control, or destroy all such Software from any electronic media, and certify in writing to Licensor that it has been destroyed.

**8.      Permitted County Use.**  In the event that any term or condition of this Exhibit B conflicts with the Master Voting System Agreement between Dominion Voting Systems and Colorado Secretary of State ("Master Agreement"), the Master Agreement shall prevail.  Notwithstanding any provision of this Exhibit B to the contrary, Licensee is permitted to perform the following acts or services without the consent of Licensor:

8.1.    Transfer or loan its rights and obligations under this Agreement to one or more Colorado counties that operates or utilizes the Dominion Hardware and Software, with the advance approval of the Secretary of State;

8.2.    Program election databases and voting devices for other political subdivisions of the State of Colorado without charge.

8.3.    Use the Software to conduct elections for other political subdivisions wholly or partially located in the same county.

8.4.    Permit the State of Colorado to program Licensee's election databases and voting devices.

MASTER VOTING SYSTEMS AGREEMENT

BETWEEN

COLORADO DEPARTMENT OF STATE AND DOMINION VOTING SYSTEMS, INC.

## APPENDIX 1
## DOMINION HARDWARE PRICE LIST (INCLUDING EXTENDED WARRANTY FEES)

| Description | Purchase Price per Unit | Annual Warranty Fee per Unit (starting Year 2) |
|---|---|---|
| **ImageCast Central** | | |
| ImageCast Central (ICC) Scanner | $   18,500.00 | $      2,575.00 |
| ImageCast Central (ICC) Scanner Extended Warranty* | $        - | $      1,500.00 |
| ImageCast Central (ICC) 160 | $     6,500.00 | $      1,000.00 |
| ImageCast Central (ICC) 160  Extended Warranty* | $        - | $        650.00 |
| **ImageCast X** | | |
| ImageCast X Voting Terminal | $     1,925.00 | $        115.00 |
| ImageCast X Voting Terminal Extended Warranty* | $        - | $        125.00 |
| | | |
| ImageCast X Voting Terminal with Accessible Features | $     2,575.00 | $        125.00 |
| ImageCast X Voting Terminal with Accessible Features Extended Warranty* | $        - | $        140.00 |

* Warranty coverage for Dominion Hardware is included in the purchase price for the first year of a County's ownership.  Extended warranty coverage, if accepted and purchased by the County, shall take effect commencing at the beginning of the second year of the County's ownership of the covered hardware, at the price stated in Appendix 2. Dominion may escalate the price for extended warranty coverage by an amount not to exceed two percent (2%) of the prior year's extended warranty coverage price, commencing in the third year of the County's ownership of the Dominion Hardware.

MASTER VOTING SYSTEMS AGREEMENT

BETWEEN

COLORADO DEPARTMENT OF STATE AND DOMINION VOTING SYSTEMS, INC.

APPENDIX 2

ELIGIBLE COTS HARDWARE PRICE LIST

| Component Type Details | Make & Model | Dominion Supplier | Price to Dominion | Sales Price |
|---|---|---|---|---|
| Laptop | DELL Latitude e7450 Laptop, 8GB RAM, 500GB HDD | Dell | $1,496.15 | $1,645.77 |
| Mag Stripe Card Reader/Writer | MSR606 (COM or HID) | Card Device Expert Co., Ltd | $105.00 | $115.50 |
| Accessories | | | | |
| | 2x USB keys (4GB) | | $9.68 | $10.65 |
| | Cable, Ethernet, 25 FT. | | $4.00 | $4.40 |
| Ethernet Switch | | | | |
| 8 port - 3 ICX Stations | Dell Networking x1008 | Dell | $145.61 | $160.17 |
| 16 port - 7 ICX Stations | Dell Networking x1018 | Dell | $297.45 | $327.20 |
| 24 port - 11 ICX Stations | Dell Networking x1026 | Dell | $367.91 | $404.70 |
| EMS Standard Server | DELL PowerEdge R630 Server, Rack Mount, 32GB RAM, 6x 1TB HDD, HW RAID Controller (H730), 2x1GB NIC, eSATA Microsoft Server 2012 R2 SQL Server 2012 | Dell | $6,738.79 | $7,412.67 |
| EMS Standard Server Monitor | Dell 20" Monitor E2016H | Dell | $104.99 | $115.49 |
| EMS Express Server | DELL Precision T1700, 16GB RAM, 2x500GB HDD | Dell | $1,154.97 | $1,270.47 |
| Server Accessories | | | | |
| | Cepstral license | | $545.00 | $599.50 |
| | Cable, Ethernet, 25 FT. | | $4.00 | $4.40 |
| | iButton reader | | $22.35 | $24.59 |
| | CF Card Reader/Writer | Lexar | Lexar | $47.25 |
| EMS Workstation | DELL Precision T1700 Workstation, 8GB RAM, 500GB HDD | Dell | $933.01 | $1,026.31 |
| Adjudication Workstation | DELL Precision T1700 Workstation, 8GB RAM, 500GB HDD | Dell | $933.01 | $1,026.31 <br> 1,124.70 |

| Component Type Details | Make & Model | Dominion Supplier | Price to Dominion | Sales Price |
|---|---|---|---|---|
| Ethernet Switch | | | | |
| 8 port - 6 Workstations | Dell Networking x1008 | Dell | $145.61 | $160.17 |
| 16 port - 14 Workstations | Dell Networking x1018 | Dell | $297.45 | $327.20 |
| 24 port - 22 ICX Stations | Dell Networking x1026 | Dell | $367.91 | $404.70 |

MASTER VOTING SYSTEMS AGREEMENT

BETWEEN

COLORADO DEPARTMENT OF STATE AND DOMINION VOTING SYSTEMS, INC.

### APPENDIX 3

## DOMINION SOFTWARE, IMPLEMENTATION AND TRAINING PRICE LIST (CONTINUED)

| Dominion Services Item | Purchase Price per Item |
|---|---|
| **Tier 1.1** | |
| On-Site Training | $ 15,640 |
| Implementation / Configuration / Acceptance Testing | $ 18,755 |
| Project Management / Implementation costs | $ 87,500 |
| **Total - Tier 1.1 County** | **$ 121,895** |
| | |
| **Tier 1.2** | |
| On-Site Training | $ 15,640 |
| Implementation / Configuration / Acceptance Testing | $ 18,755 |
| Project Management / Implementation costs | $ 43,750 |
| **Total - Tier 1.2 County** | **$ 78,145** |
| | |
| **Tier 1.3** | |
| On-Site Training | $ 5,235 |
| Implementation / Configuration / Acceptance Testing | $ 7,820 |
| Project Management / Implementation costs | $ 22,500 |
| **Total - Tier 1.3 County** | **$ 35,555** |
| | |
| **Tier 1.4** | |
| On-Site Training | $ 3,140 |
| Implementation / Configuration / Acceptance Testing | $ 7,820 |
| Project Management / Implementation costs | $ 13,750 |
| **Total - Tier 1.4 County** | **$ 24,710** |
| | |
| **Tier 2** | |
| On-Site Training | $ 3,140 |
| Implementation / Configuration / Acceptance Testing | $ 7,820 |
| Project Management / Implementation costs | $ 6,964 |
| **Total - Tier 2 County** | **$ 17,924** |
| | |
| **Tier 3** | |
| On-Site Training | $ 3,140 |
| Implementation / Configuration / Acceptance Testing | $ 7,820 |
| Project Management / Implementation costs | $ 5,144 |
| **Total - Tier 3 County** | **$ 16,104** |

MASTER VOTING SYSTEMS AGREEMENT

BETWEEN

COLORADO DEPARTMENT OF STATE AND DOMINION VOTING SYSTEMS, INC.

### APPENDIX 3

## DOMINION SOFTWARE, IMPLEMENTATION AND TRAINING PRICE LIST (CONTINUED)

| Dominion Services Item | Purchase Price per Item |
|---|---|
| **Tier 1.1** | |
| On-Site Training | $ 15,640 |
| Implementation / Configuration / Acceptance Testing | $ 18,755 |
| Project Management / Implementation costs | $ 87,500 |
| **Total - Tier 1.1 County** | **$ 121,895** |
| | |
| **Tier 1.2** | |
| On-Site Training | $ 15,640 |
| Implementation / Configuration / Acceptance Testing | $ 18,755 |
| Project Management / Implementation costs | $ 43,750 |
| **Total - Tier 1.2 County** | **$ 78,145** |
| | |
| **Tier 1.3** | |
| On-Site Training | $ 5,235 |
| Implementation / Configuration / Acceptance Testing | $ 7,820 |
| Project Management / Implementation costs | $ 22,500 |
| **Total - Tier 1.3 County** | **$ 35,555** |
| | |
| **Tier 1.4** | |
| On-Site Training | $ 3,140 |
| Implementation / Configuration / Acceptance Testing | $ 7,820 |
| Project Management / Implementation costs | $ 13,750 |
| **Total - Tier 1.4 County** | **$ 24,710** |
| | |
| **Tier 2** | |
| On-Site Training | $ 3,140 |
| Implementation / Configuration / Acceptance Testing | $ 7,820 |
| Project Management / Implementation costs | $ 6,964 |
| **Total - Tier 2 County** | **$ 17,924** |
| | |
| **Tier 3** | |
| On-Site Training | $ 3,140 |
| Implementation / Configuration / Acceptance Testing | $ 7,820 |
| Project Management / Implementation costs | $ 5,144 |
| **Total - Tier 3 County** | **$ 16,104** |

MASTER VOTING SYSTEMS AGREEMENT
BETWEEN
COLORADO DEPARTMENT OF STATE AND DOMINION VOTING SYSTEMS, INC.

## APPENDIX 4
## LOCAL PRINTING FACILITIES

1. Automated Ballot Concepts, 13500 Red Yucca, Albuquerque, NM  87111

2. Basin Printing, 1437 E. 2nd Ave., Durango, CO 81301

3. Custom Direct, 16163 W 45th Dr., Unit H, Golden CO 80403

4. Frederic Printing, 14701 E. 38th Ave. #A  Aurora, CO  80011

5. Gran Farnum Printing, 1526 Grand Ave, Glenwood Springs, CO 81601

6. Integrated Voting Solutions, 10940 S Parker Rd. Suite 412, Parker, CO  80134

7. ProVote Solutions, 90 West Poplar Avenue, Porterville, CA  93257

8. Response Technologies, Inc., 4105 Holly Street, Unit 1 Denver, CO 80216

9. Runbeck Election Services, 2404W 14th St, Suite 1 10, Tempe, AZ 85281

10. Sprint Press Denver, 4999 Kingston St Denver, CO 80239

11. Teryx, Inc., 1115 Washington Ave., 2nd Floor, Suite B,  Golden, CO  80401

| Shipping [1] | | | |
|---|---|---|---|
| **Estimated Shipping** | 1 | $0 | TBD |
| **Discount** | | | |
| **Discount** | 1 | | ($18,000.00) |
| Sub-Total: | | | ($18,000.00) |
| **2018 Purchase Total:** | | | **$353,324.80** |

| Annual License / Warranty Fees for Year 2018 only | | | |
|---|---|---|---|
| **Democracy Suite RTR (EMS)** | 1 | $50,000 | $50,000.00 |
| **Adjudication Application** | 1 | $10,000 | $10,000.00 |
| **ImageCast Central** | 6 | $2,575 | $15,451.20 |
| **Automatic Test Decks** | 1- | $3,600 | $3,600.00 |
| **ImageCast Central Extended Warranty (Optional)** | 6 | $1,500 | $9,000.00 |
| Annual Fees: | | | **$88,051.20** |

| Annual License / Warranty Fees – Starting in Year 2019 | | | |
|---|---|---|---|
| **Democracy Suite RTR (EMS)** | 1 | $50,000 | $50,000.00 |
| **Adjudication Application** | 1 | $10,000 | $10,000.00 |
| **ImageCast Central** | 8 | $2,575 | $20,601.60 |
| **Automatic Test Decks** | 1 | $3,600 | $3,600.00 |
| **ImageCast A Acessible License Fee Avalue 21"** | 90 | $125 | $11.250.00 |
| **ImageCast Central Extended Warranty (Optional)** | 6 | $1,500 | $12,000.00 |
| **ImageCast A Acessible Extended Warranty Avalue 21" (Optional)** | 90 | $140 | $12,600.00 |
| Annual Fees: | | | **$120,051.60** |

| Election Services for 2017 and 2018 | | | |
|---|---|---|---|
| **On-Site Elections Day Support for three (3) Elections** | 3 | $4,500 | $13,500.00 |
| Sub-Total: | | | **$13,500.00** |

## 2. Product Description

2.1 *ImageCast® Central Scanner (ICC) – High Speed*. Dominion shall provide the ImageCast® Central Scanner for use by The Customer. The ImageCast® Central Scanner is commercial off-the-shelf digital scanners configured to work with the ImageCast® Central Software for high speed ballot tabulation. Each ImageCast® Central Scanner includes the following components:

2.1.1 Canon DR-G1130 high speed document scanner

2.1.2 ImageCast® Central Software including third party Twain driver

2.1.3 OptiPlex 9020 All-in-One Series with pre-loaded software

2.1.4 iButton Security Key

2.1.5 iButton Programmer and iButton Key Switch & Cat5 RJ 45 Cables used with Democracy Suite to transfer security and election information to the iButtons for use with the ICC.

2.2 *ImageCast® Central Scanner Software*. The Parties will enter into software licenses for the ImageCast Central Scanner software, substantially in the form of Exhibit B to this Agreement. The Dominion software includes, without limitation:

## AMENDMENT 1

### TO THE VOTING SYSTEM ACQUISITION AGREEMENT
### BY AND BETWEEN
### DOMINION VOTING SYSTEMS, INC.
### AND COUNTY OF EL PASO, STATE OF COLORADO

This Amendment 1 to the Voting Systems Acquisition Agreement, is made and entered into on this _____ day of April 2020 (the "Effective Date"), between County of El Paso, State of Colorado ("Customer") and Dominion Voting Systems, Inc. ("Dominion").

### RECITALS

**WHEREAS**, on March 21, 2017, the Customer and Dominion entered into a Voting Systems Acquisition Agreement (the "Agreement"); and

**WHEREAS**, the Customer and Dominion desire to amend the Agreement as described herein to memorialize the equipment purchase described above;

### TERMS

**NOW, THEREFORE**, the parties amend the Agreement in accordance with the terms and conditions set forth below:

**A.** **Incorporation of Recitals**. The above recitals are true and correct and incorporated herein by this reference as if fully set forth.

**B.** **Addition to Exhibit A.** Exhibit A-1 (attached to this Amendment 1) is hereby incorporated into and appended to Exhibit A of the Agreement.

**C.** **All Other Terms.** All other terms and provisions of the Agreement shall remain in full force and effect.

IN WITNESS WHEREOF, the parties have caused this Amendment 1 to be executed as of the Effective Date above written.

**DOMINION VOTING SYSTEMS, INC.**

_____

By: John Poulos, President and CEO

6/1/20
_____
DATE

**COUNTY OF EL PASO, STATE OF COLORADO**

_____
By:

6/9/2020
_____
DATE

# EXHIBIT A-1

### THE VOTING SYSTEM ACQUISITION AGREEMENT
### BY AND BETWEEN
### DOMINION VOTING SYSTEMS, INC.
### AND COUNTY OF EL PASO, STATE OF COLORADO

## PRICING SUMMARY AND DELIVERABLES DESCRIPTION

1. **Pricing Summary** - Prices of equipment, technical facilities, software, and other related services for voting, vote counting, and result processing. All pricing in U.S. Dollars.

| DESCRIPTION | | QTY | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| **ImageCast X for the VSPC** | | | | |
| **ImageCast X Classic BMD – accessible (with ATI)** | | 20 | $3,175.00 | $63,500.00 |
| | Sub Total | | | $63,500.00 |
| **Accessories** | | | | |
| **ImageCast X Voting Booth – Transport Bag** | | 20 | $125.00 | $2,500.00 |
| | Sub-Total: | | | $2,500.00 |
| **Total Purchase Cost** | | | | **$66,000.00** |
| | | | | |
| **Annual License / Warranty Fees** | | | | |
| **ImageCast X Classic BMD License** | | 20 | $125.00 | $2,500.00 |
| **ImageCast X Classic BMD Warranty** | | 20 | $140.00 | $2,800.00 |
| **Annual Fees:** | | | | **$5,300.00** |

2. **Payment Terms** Dominion shall invoice the Customer upon Amendment 1 signing for the Total Purchase Costs and annually for the license and warranty fees. El Paso County has paid in full Invoice # DVS131141 for $66,700.00 per Purchase Order #811-2991 on 12/31/19