IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br><br>　　　　Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

**NOTICE OF ENTRY OF APPEARANCE**

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

Matthew R. Eslick of Parker Daniels Kibort LLC hereby enters an appearance as counsel for Defendants My Pillow, Inc., and Michael J. Lindell (collectively, "Defendants") in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).

DATED:  October 20, 2022　　　　　　**PARKER DANIELS KIBORT LLC**

　　　　　　　　　　　　　　　　　　By */s/ Matthew R. Eslick*
　　　　　　　　　　　　　　　　　　　Matthew R. Eslick (MN #0388494)*
　　　　　　　　　　　　　　　　　　　123 N. Third Street, Suite 888
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55401
　　　　　　　　　　　　　　　　　　　Telephone: (612) 355-4100
　　　　　　　　　　　　　　　　　　　eslick@parkerdk.com

　　　　　　　　　　　　　　　　　　　 **Admitted Pro Hac Vice*

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants My Pillow, Inc., and Michael J. Lindell*