## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) | |
| *Plaintiffs/Counter-Defendants*, | ) ) | |
| v. | ) ) | |
| MY PILLOW, INC., and MICHAEL J. LINDELL, | ) ) ) | |
| *Defendants/Counter and Third- Party Plaintiffs,* | ) ) ) | Civil Case No. 1:21-cv-00445 (CJN) |
| *v.* | ) ) | |
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, | ) ) ) ) ) | |
| *Third-Party Defendants.* | ) ) | |

## DECLARATION OF LARANDA WALKER IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING THIRD PARTY SUBPOENAS

1.     I am a partner in the law firm of Susman Godfrey LLP and I represent Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corp. (collectively, "Dominion") in this action. I am admitted to practice law before this Court.

2.     I submit this declaration in further support of Dominion's Motion for Protective Order Regarding Third Party Subpoenas [ECF No. 145].

3.     Attached hereto as **Exhibit 1** is a fair and accurate copy of an article written by KTVB Staff and published on July 6, 2022, at 12:49 PM MDT and updated on July 7, 2022, at 8:10 MDT. This exhibit can be found at https://www.ktvb.com/article/news/local/208/mypillow-

mike-lindell-claims-of-idaho-2022-primary-fraud-baseless-state-official-says-mcgeachin-little/277-e1fda9ed-faab-4cf1-8bb7-67e980f91386.

4.      Attached hereto as **Exhibit 2** is a fair and accurate copy of a Reuter's Special Report written by Alexandra Ulmer and Nathan Layne, entitled *Trump Allies Breach U.S. Voting Systems in Search of 2020 Fraud 'Evidence,'* which was published on April 28, 2022, 10 a.m. GMT. This exhibit can be found at https://www.reuters.com/investigates/special-report/usa-election-breaches/.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the Motion to Quash filed by the Monroe County Supervisor of Elections, filed on September 30, 2022, in the United States District Court for the Southern District of Florida.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of the Motion to Quash filed by the Monroe County Supervisor of Elections, filed on October 4, 2022, in the United States District Court for the Western District of Michigan.


I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2022                          /s/ Laranda Walker
                                                 Laranda Walker