# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al, <br><br> *Plaintiffs/Counter-Defendants*, <br><br> v. <br><br> SIDNEY POWELL, et al., <br><br> *Defendants/Counter-Plaintiffs.* | Civil Case No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> *Defendant.* | Civil Case No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al., <br><br> *Plaintiffs/Counter-Defendants*, <br><br> v. <br><br> MY PILLOW, INC., et al., <br><br> *Defendants/Counter- and Third- Party Plaintiffs,* <br><br> v. <br><br> SMARTMATIC USA CORP., et al., <br><br> *Third-Party Defendants.* | Civil Case No. 1:21-cv-00445 (CJN) |

## STIPULATED MOTION TO AMEND SCHEDULING ORDER

The parties to the consolidated actions, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion"), and consolidated Defendants Sidney Powell, Defending the Republic, Rudolph W. Giuliani, MyPillow, Inc., and Michael J. Lindell, hereby move pursuant to paragraph 9 of this Court's Standing Order to amend the scheduling order entered in these matters.

The Court has heard argument from the Parties regarding and is considering competing versions of a protective order to govern discovery in these cases. The Parties agree that this request to amend the scheduling order is based on the parties' need for additional time to conduct discovery once a protective order is entered.

The parties previously sought an extension of the case schedule to align the discovery schedules of these three cases consistent with the schedule in place in *US Dominion, Inc., et al. v. Patrick Byrne*, Case file No. 21—cv-02131 (CJN). The Court granted that request.[1] Dkt. 143. The proposed amended schedule is as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Deadline to Serve Document Requests under Fed. R. Civ. P. 34 | **December 2, 2022** | **May 5, 2023** |
| Deadline for Completion of Fact Discovery | **April 14, 2023** | **September 22, 2023** |
| Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | **May 26, 2023** | **October 13, 2023** |

---

[1] The parties in *Byrne* will likewise be moving to amend the schedule in that case consistent with the schedule proposed in these cases so that the case schedules remain aligned.

| | | |
|---|---|---|
| Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | **June 30, 2023** | **November 10, 2023** |
| Deadline for Proponents to Produce Responsive Expert Reports | **August 4, 2023** | **December 8, 2023** |
| Deadline for Expert Depositions | **September 22, 2023** | **January 19, 2023** |
| Status Conference: Court will discuss trial date and date for final pretrial conference | **In-person on October 4, 2023 at 10:00am** | **In-person, on February __, 2024, at 10:00am** |
| Deadline to File Dispositive Motions | **November 3, 2023** | **March 1, 2024** |
| Deadline to File Oppositions to Dispositive Motions | **December 18, 2023** | **March 29, 2024** |
| Deadline to File Replies in Support of Dispositive Motions | **January 17, 2024** | **April 19, 2024** |

Dated: December 1, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Laranda Walker<br>Justin A. Nelson (D.C. Bar No. 490347)<br>Laranda Walker (D.C. Bar No. TX0028)<br>Florence T. Chen (D.C. Bar No. TX0025)<br>Katie Sammons (D.C. Bar No. TX0030)<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, #5100<br>Houston, Texas 77002<br>(713) 651-9366<br>jnelson@susmangodfrey.com<br>lwalker@susmangodfrey.com<br>fchen@susmangodfrey.com<br>ksammons@susmangodfrey.com<br>bfowler@susmangodfrey.com | Stephen E. Morrissey (*admitted pro hac vice*)<br>SUSMAN GODFREY LLP<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101<br>(206) 516-3880<br>smorrissey@susmangodfrey.com<br><br>Rodney Smolla (Bar No. 6327)<br>4601 Concord Pike<br>Wilmington, DE 19803<br>rodsmolla@gmail.com<br>(864) 373-3882 |

3

| | |
|---|---|
| Stephen Shackelford, Jr. (D.C. Bar No. NY0443) Elisha Barron (*admitted pro hac vice*) SUSMAN GODFREY LLP 1301 Avenue of the Americas, 32nd Fl New York, NY 10019 (212) 336-8330 sshackelford@susmangodfrey.com ebarron@susmangodfrey.com | Davida Brook (D.C. Bar No. CA00117) SUSMAN GODFREY LLP 1900 Avenue of the Stars, Suite 1400 Los Angeles, CA 90067 (310) 789-3100 dbrook@susmangodfrey.com |

*Counsel for Plaintiffs/Counter-Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Third-Party Defendant Hamilton Place Strategies, LLC*


   s/ Andrew D. Parker.
**PARKER DANIELS KIBORT LLC**
Andrew D. Parker (D.C. Bar No. 63279)
Joseph A. Pull (D.C. Bar No. 982468)
Matthew R. Eslick (MN #0388494)*
Abraham S. Kaplan (MN Bar No. 399507)*
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
pull@parkerdk.com
eslick@parkerdk.com
kaplan@parkerdk.com

* Admitted Pro Hac Vice

*Counsel for Defendant My Pillow, Inc.*

**LEWIN & LEWIN, LLP**
Nathan Lewin (D.C. Bar No. 38299)
888 17th Street NW
Fourth Floor
Washington, DC 20006
Telephone: (202) 828-1000
nat@lewinlewin.com

*Counsel for Defendant My Pillow, Inc.*

4

Alan Dershowitz (MA Bar No. 121200)
1575 Massachusetts Avenue
Cambridge, MA 02138

*Of Counsel for Defendant My Pillow, Inc.*

s/ Andrew D. Parker.
**PARKER DANIELS KIBORT LLC**
Andrew D. Parker (D.C. Bar No. 63279)
Matthew R. Eslick (MN #0388494)*
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
eslick@parkerdk.com

* Admitted Pro Hac Vice

*Counsel for Defendant Michael J. Lindell*

s/ Marc Casarino
Marc S. Casarino (DE 3613)
919 N Market Street, Suite 1550
Wilmington, DE 19801
Tel. 302.308.6647
*Counsel for Defendant Sidney Powel and Sidney Powell, P.C.*

/s/ Marc Eisenstein
Marc Eisenstein  (DC Bar No. 1007208)
Coburn & Greenbaum, PLLC
1710 Rhode Island Avenue, N.W.
Second Floor
Washington, DC 20036
Phone: (202) 470-2695
Fax: (866) 561-9712
marc@coburngreenbaum.com
*Counsel for Defending the Republic, Inc.*

s/ Joseph Sibley
Joseph D. Sibley IV
DC Bar ID: TX0202
CAMARA & SIBLEY L.L.P.
1108 LAVACA ST., STE 110263
AUSTIN, TX 78701
Tel: (713) 966-6789
Fax: (713) 583-1131
sibley@camarasibley.com
***Counsel for Rudolph Giuliani***