# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants,*

      v.

SIDNEY POWELL, et al.,

*Defendants/Counter-Plaintiffs.*

Civil Action No. 1:21-cv-00040 (CJN)

---

US DOMINION, INC., et al.,

      *Plaintiffs,*

      v.

RUDOLPH W. GIULIANI,

      *Defendant.*

Civil Action No. 1:21-cv-00213 (CJN)

---

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants,*

      v.

MY PILLOW, INC., et al.,

*Defendants/ Counter- and Third- Party Plaintiffs,*

      v.

SMARTMATIC USA CORP., et al.,

*Third-Party Defendants.*

Civil Action No. 1:21-cv-00445 (CJN)

## **AMENDED SCHEDULING ORDER**

Upon review of the Parties' Stipulated Motion to Amend Scheduling Order, the Court enters the following schedule to govern discovery in all of the above-captioned cases:

1. Deadline to Serve Document Requests under Fed. R. Civ. P. 34:  **May 5, 2023**

2. Deadline for Completion of Fact Discovery:  **September 22, 2023**

3. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):  **October 13, 2023**

4. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):  **November 10, 2023**

5. Deadline for Proponents to Produce Responsive Expert Reports:  **December 8, 2023**

6. Deadline for Expert Depositions: **January 19, 2024**

7. Status Conference:  **In-person on February 7, 2024 at 10:00am**

8. Deadline to File Dispositive Motions:  **March 1, 2024**

9. Deadline to File Oppositions to Dispositive Motions: **March 29, 2024**

10. Deadline to File Replies in Support of Dispositive Motions:  **April 19, 2024**

The Court intends to discuss a potential date for the final pretrial conference and potential trial dates at the status conference scheduled for February 7, 2024 at 10:00am.

It is so **ORDERED**.

DATE:  December 2, 2022

_____

CARL J. NICHOLS
United States District Judge