# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LISA POSTHUMUS LYONS,

    Petitioner,

v.

MY PILLOW, INC., et al.,

    Respondents.

_____/

Hon. Phillip J. Green

Case No. 1:22-mc-00107

**ORDER**

This matter is before the Court on Petitioner's Motion to Quash Subpoena and for Sanctions. (ECF No. 1). Respondents filed a response in opposition to the motion (ECF No. 8), and Petitioner replied (ECF No. 14). The Court held a hearing today at which counsel for all parties appeared. Having considered the parties oral and written submissions, and for the reasons stated on the record, the motion (ECF No. 1) is **GRANTED**. Accordingly,

**IT IS ORDERED** that the subpoena to the Kent County Clerk (ECF No. 1-7) is hereby **QUASHED**.

Further, and for the reasons stated on the record, the Court will impose sanctions against Respondents in the form of attorney's fees and costs incurred by Petitioner in bringing and pursuing the instant motion. *See* FED. R. CIV. P. 45(d)(1). Accordingly,

**IT IS ORDERED** that Petitioner shall, no later than fourteen days from the date of this Order, file a petition for attorney's fees and costs associated with the motion to quash.

**IT IS FURTHER ORDERED** that Respondent shall, no later than fourteen days from the service of that petition, file a response. Any issue not timely addressed will result in a waiver of that issue.

**IT IS SO ORDERED**.

Date: November 29, 2022                  /s/ Phillip J. Green
                                                             PHILLIP J. GREEN
                                                             United States Magistrate Judge