UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>*Defendants/Counter and Third- Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants*. | Civil Case No. 1:21-cv-00445 (CJN) |

### ADDITIONAL SUPPLEMENT TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING THIRD PARTY SUBPOENAS

Dominion respectfully submits this additional filing to its Supplemental Memorandum in Support of Plaintiffs' Motion for Protective Order Regarding Third Party Subpoenas [ECF No. 154]. Specifically, Dominion notifies the Court of a recent ruling regarding the Monroe County, Florida, Supervisor of Elections' Motion to Quash one of the Subpoenas. On pages 2-3 of its December 16 Supplemental Memorandum, Dominion explained that United States Magistrate Judge Phillip Green quashed the subpoena that Defendants issued to Kent County, Michigan, Clerk

1

Lisa Posthumus Lyons (and imposed sanctions on Defendants). Dominion also explained that the Monroe County, Florida, Supervisor of Elections' Motion to Quash was still pending.

On December 20, 2022, United States Magistrate Judge Lauren F. Louis granted in part the Monroe County Supervisor of Election's Motion as to Requests 1 through 3 of the Subpoena (which include the requests to which Dominion objects as containing its confidential and proprietary information). It found those to be unduly burdensome.[1] A copy of the court's order is attached as Exhibit 1.

Dated: December 22, 2022

                                                         Respectfully submitted,

                                                         /s/ Laranda Walker
                                                         Justin A. Nelson (D.C. Bar No. 490347)
                                                         Katie Sammons (D.C. Bar No. TX0030)
                                                         Laranda Walker (D.C. Bar No. TX0028)
                                                         Florence T. Chen (D.C. Bar No. TX0025)
                                                         SUSMAN GODFREY LLP
                                                         1000 Louisiana Street, #5100
                                                         Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
ksammons@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Elisha Barron (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

---

[1] The court required the Supervisor to produce documents that the Supervisor had already agreed to produce, in response to Request No. 4(a) and 4(b) of the Subpoena.

Davida Brook (D.C. Bar No. CA00117*)*
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Stephen E. Morrissey (*admitted pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3880
smorrissey@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

***Attorneys for Plaintiffs/Counter-Defendants US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Third-Party Defendant Hamilton Place Strategies, LLC***