UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>   *Plaintiffs/Counter-Defendants*,<br><br>  v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>   *Defendants/Counter and Third- Party Plaintiffs,*<br><br>  v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>   *Third-Party Defendants.* | Civil Case No. 1:21-cv-00445 (CJN) |

### DECLARATION OF LARANDA WALKER IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING THIRD PARTY SUBPOENAS

1. I am a partner in the law firm of Susman Godfrey LLP and I represent Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corp. (collectively, "Dominion") in this action. I am admitted to practice law before this Court.

2. I submit this declaration in further support of Dominion's Motion for Protective Order Regarding Third Party Subpoenas [ECF No. 145].

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Order dated December 20, 2022, granting in part the Motion to Quash filed by R. Joyce Griffin, Supervisor of Elections for Monroe County, Florida, signed by United States Magistrate Judge Lauren F. Louis.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2022          <u>/s/ Laranda Walker</u>
                                  Laranda Walker