IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al. | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:21-cv-00445-CJN<br>) Judge Carl J. Nichols |
| v. | )<br>) |
| MY PILLOW, INC., et al. | )<br>)<br>) |
| Defendants. | ) |

### DECLARATION OF ANDREW PARKER

I, Andrew D. Parker, being first duly sworn, states as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and am one of the attorneys representing the Defendants in the above-referenced case. I have personal knowledge of the matters stated below.

2. Attached as **Exhibit 1** is a true and correct copy of the transcript from the Motion to Quash Subpoena hearing held on November 29, 2022 in the United States District Court for the Western District of Michigan, in the case captioned *Lyons v. My Pillow, Inc.*, No. 22-mc-00107.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 22, 2022, in Hennepin County, Minnesota.

December 22, 2022                    By */s/* Andrew D. Parker

1