UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>*Defendants/Counter and Third- Party Plaintiffs*,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants*. | Civil Case No. 1:21-cv-00445 (CJN) |

**[PROPOSED] ORDER**

Having considering Plaintiffs' Motion for Protective Order Regarding Third Party Subpoenas and supporting memoranda, Defendants' memoranda in opposition to same, and argument of the parties; and for good cause shown, the Court finds Dominion's Motion should be GRANTED. With respect to the materials sought through Requests 1 and 2(a) of the Subpoenas, the following process shall apply:

1. Defendants will choose which counties to approach about imaging Dominion equipment and software and non-Dominion equipment and software that communicated with the Dominion

equipment and software ("the Imaging"). They may approach as few or as many counties as they like.

2. For each county Defendant chooses, and before embarking on the Imaging, Defendants will obtain a certification from the county that (i) the county used Dominion equipment and software during the 2020 presidential election, and (ii) the Dominion equipment and software, and any non-Dominion equipment or software that communicated with the Dominion equipment and software, exist in the same form and condition that they existed in the 2020 election ("the Equipment and Software").

3. The parties will agree on a neutral third-party lab to conduct the forensic imaging of the Equipment and Software ("the Neutral"). Dominion suggests the EAC Certified Lab, which conducted the post-election review process in Maricopa County, or Idaho National Lab, which CISA uses.

4. Representatives from either side may be present during any imaging.

5. The Neutral will keep a log of the Equipment and Software imaged at each county and provide a copy to each party.

6. The Neutral will deliver the Imaging to the offices of Dominion's counsel at Susman Godfrey in Houston, Texas, for safeguarding. Susman Godfrey will maintain the Imaging in a secure location and make it available to Defendants for review during working hours.

7. Susman Godfrey will also provide Defendants' representatives with a private office to work from during breaks in the review process.

8. Defendants will not duplicate or otherwise provide the Imaging to any person during the review process. As such, Defendants will not be permitted internet access while reviewing

the Imaging and will leave their phones outside the room. Susman Godfrey has the right to monitor compliance with this paragraph.

9. If Defendants determine that any part of the Imaging discloses or could disclose a potential hack, they shall identify that part of the Imaging for the Neutral or any agreed-upon third-party, who will create a copy of the relevant Imaging for each of Defendants and Dominion, which shall be provided to both simultaneously.

10. All Imaging, including any provided to Defendants, will be treated as AEO under the existing protective order in this case.

11. Once Defendants' review is completed, the Neutral or other agreed-upon third-party will transport to and maintain the Imaging at a secure location.

12. If Dominion decides to review the Imaging, the Neutral or other agreed-upon third-party will transport the Imaging back to Susman Godfrey. If the Neutral or other agreed-upon third-party copies portions of the Imaging at Dominion's request, they shall provide copies to Defendants and Dominion simultaneously.

13. If either party later determines that it requires additional access to the Imagining in order to respond to arguments from the other side, the parties will follow the procedures set forth above in conducting their reviews.

14. The Imaging will be destroyed when and according to the procedures set forth in the Order.

15. Dominion will not charge Defendants for the use of Susman Godfrey's offices. Dominion will pay for any copies of the Imaging it receives but will not be responsible for paying any other costs.

Dated: _____, 2023

                                                                                                                         _____
CARL J. NICHOLS
United States District Judge