**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,

*Plaintiffs/Counter-Defendants*,

vs.

MY PILLOW, INC., *Defendant/Counter-Claimant*.

MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,

vs.

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,

*Third-Party Defendants*.

Case No. 21-cv-445-CJN

Judge Carl J. Nichols

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Third-Party Defendants Smartmatic USA Corp, Smartmatic International Holding B.V., and SGO Corporation Limited (collectively, "Smartmatic") hereby submit this Notice of Supplemental Authority pertaining to the Court's requested briefing on a fee award pursuant to Federal Rule of Civil Procedure 11. (*See* ECF Nos. 135, 136, 137.) The Court previously dismissed Third-Party Plaintiff Michael J. Lindell's complaint against Smartmatic and determined that Mr. Lindell, through his counsel Douglas A. Daniels and Heath A. Novosad, filed claims which violated Federal Rule of Civil Procedure 11. (*See* ECF No. 135, at 29–30.) The Court then ordered Smartmatic, and Mr. Lindell and his counsel, to file supplemental briefing on the appropriate amount of fees and costs to be awarded to Smartmatic. (*Id.*; *see also* ECF No. 136.) Smartmatic filed its supplemental briefing (ECF No. 137), as did Mr. Lindell and his counsel (ECF No. 140).

Smartmatic now submits as supplemental authority **Exhibit A**, a decision by the United States District Court for the District of Minnesota in *Smartmatic USA Corp., et al., v. Michael J. Lindell, et al.*, No. 22-cv-00098. In that case, Smartmatic sued Mr. Lindell and his company, My Pillow, Inc., for defamatory statements about Smartmatic's role in the 2020 election. In the decision attached as **Exhibit A**, Judge Wilhelmina M. Wright held that Smartmatic's claims are actionable and denied motions to dismiss filed by Mr. Lindell and My Pillow, Inc. Judge Wright's decision goes to the heart of this Court's determination that Mr. Lindell and his lawyers filed frivolous claims in violation of Rule 11. All of Mr. Lindell's putative claims against Smartmatic turned on Smartmatic's intention to file a defamation lawsuit against him for claiming that Smartmatic rigged the 2020 election. (*See* ECF No. 135.) Judge Wright's decision on the actionability of Smartmatic's defamation claims confirms that Mr. Lindell's claims in this case were plainly frivolous and designed to frustrate the federal courts' orderly administration of justice. As set forth in Smartmatic's supplemental briefing (ECF No. 137), the degree of Mr. Lindell's abuse is relevant to this Court's fee determination and supports a finding that Smartmatic's fees and costs should be recouped to the full extent permissible under Rule 11. Accordingly, Smartmatic respectfully submits **Exhibit A** as supplemental authority.

Dated: April 6, 2023

*/s/ Lee B. Muench*

J. Erik Connolly
D.C. Bar No. IL0099
Email: econnolly@beneschlaw.com
Nicole E. Wrigley
D.C. Bar No. IL0101
Email: nwrigley@beneschlaw.com
Lee B. Muench (*admitted pro hac vice*)
Illinois ARDC No. 6305846
Email: lmuench@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

I, Lee B. Muench, certify that on this 6th day of April, 2023, I electronically filed the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY with the Clerk of the U.S. District Court for the District of Columbia using the CM/ECF system, which will send a notice of this electronic filing to all counsel. A copy will also be sent via email and US mail to the following:

Douglas A. Daniels
Heath A. Novosad
Daniels & Tredennick PLLC
6363 Woodway Drive
Suite 700
Houston, TX 77057
doug.daniels@dtlawyers.com
heath.novosad@dtlawyers.com

*/s/ Lee B. Muench*