# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:21-cv-00445-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

TO:    The Clerk of the Above-Named Court and to All Parties and Counsel of Record:

**PLEASE TAKE NOTICE** that attorney Matthew R. Eslick (MN Bar No. 0388494), hereby withdraws as counsel of record herein for Defendants My Pillow, Inc. and Michael J. Lindell, pursuant to Local Rule 83.7.  All other counsel of record for Defendants My Pillow, Inc. and Michael J. Lindell remains.

DATED:  June 28, 2023                **PARKER DANIELS KIBORT LLC**

                                                        By */s/ Andrew D. Parker*
                                                            Andrew D. Parker (MN Bar No. 195042)
                                                            123 N. Third Street, Suite 888
                                                           Minneapolis, MN 55401
                                                           Telephone: (612) 355-4100
                                                           Facsimile: (612) 355-4101
                                                           parker@parkerdk.com

                                                           *Counsel for Defendants My Pillow, Inc. and Michael J. Lindell*