**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) | |
| Plaintiffs/Counter-Defendants, | ) ) ) | |
| v. | ) ) | |
| MY PILLOW, INC., and MICHAEL J. LINDELL, | ) ) ) ) | Case No. 1:21-cv-445 (CJN) |
| Defendants/Counter and Third-Party Plaintiffs, | ) ) ) ) | |
| v. | ) ) | |
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ADMISSION *PRO HAC VICE* OF ATTORNEY ELIZABETH B. HADAWAY**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Elizabeth B. Hadaway in the above-captioned matter and the Declaration of Elizabeth B. Hadaway in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Elizabeth B. Hadaway be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that Elizabeth B. Hadaway be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.


Dated: _____


_____
UNITED STATES DISTRICT JUDGE