IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants/Counter and Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>    Third-Party Defendants. | Case No. 1:21-cv-445 (CJN) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MARK HATCH-MILLER**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Mark Hatch-Miller in the above-captioned matter and the Declaration of Mark Hatch-Miller in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Mark Hatch-Miller be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that Mark Hatch-Miller be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

2

**SO ORDERED** this _____ day of _____ 2023.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE