AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| U.S. Dominion, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00445-CJN |
| My Pillow, Inc. and Michael J. Lindell | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Third Party Defendant Hamilton Place Strategies, LLC.

Date: 07/07/2023

/s/ Eve Levin
*Attorney's signature*

Eve Levin, Bar ID 1672808
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
*Address*

elevin@susmangodfrey.com
*E-mail address*

(212) 338-8330
*Telephone number*

(212) 336-8340
*FAX number*