AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

## CERTIFICATE OF GOOD STANDING

I, _Sean F. McAvoy_, Clerk of this Court, certify that _Edgar G. Sargent_, Bar # _28283_, was duly admitted to practice in this Court on _10/26/2005_, and is in good standing as a member of the Bar of this Court.

Dated at _Richland, WA_ on _07/07/2023_
(Location)                                              (Date)

1:02 pm, Jul 07, 2023

Sean F. McAvoy
CLERK

DEPUTY CLERK