IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | )<br>)<br>)<br>) |
| Plaintiffs/Counter-Defendants, | )<br>) |
| v. | )<br>) |
| MY PILLOW, INC., and MICHAEL J. LINDELL, | )<br>)<br>) |
| Defendants/Counter and Third-Party Plaintiffs, | ) Case No. 1:21-cv-445 (CJN)<br>)<br>)<br>) |
| v. | )<br>) |
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, | )<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | )<br>) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY CHRISTINA MARY DIECKMANN

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Christina Mary Dieckmann in the above-captioned matter and the Declaration of Christina Mary Dieckmann in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Christina Mary Dieckmann be, and the same hereby, is **GRANTED**; and it is

2

**FURTHER ORDERED** that Christina Mary Dieckmann be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.


Dated: _____

                                                _____
                                                UNITED STATES DISTRICT JUDGE