IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00445-CJN |
| v. | ) ) ) | |
| MY PILLOW, INC., et al. | ) ) ) | |
| Defendants. | ) | |

### MOTION FOR ADMISSION *PRO HAC VICE* OF NATHANIEL R. GREENE

Joseph A. Pull moves for the admission of Nathaniel R. Greene of the law firm of Parker Daniels Kibort LLC, *pro hac vice* pursuant to Local Civil Rule 83.2, subdivisions (c) and (d), as counsel for Defendants My Pillow, Inc. and Michael J. Lindell in the above-captioned action. This motion is accompanied by the declaration of Mr. Greene, which certifies and establishes the following:

1. Mr. Greene has read and is familiar with the Local Rules of this Court.

2. Pursuant to Local Civil Rule 7, subdivision (m), on July 19, 2022, Mr. Pull exchanged email communications with Laranda Walker and Katie Sammons, counsel for Plaintiffs. Mr. Pull informed Ms. Walker and Ms. Sammons that Defendants My Pillow, Inc. and Michael J. Lindell would be filing a motion for admission *pro hac vice*. Ms. Walker stated that Plaintiffs will not oppose such a motion.

3. Accordingly, Joseph A. Pull, as a sponsoring member of the Bar of this Court, respectfully requests the Court permit, Nathaniel R. Greene to appear *pro hac vice* in this matter.

                      Respectfully submitted,

DATED:  July 31, 2023         **PARKER DANIELS KIBORT LLC**

                      By *s/ Joseph A. Pull*
                        Joseph A. Pull (D.C. Bar No. 982468)
                        888 Colwell Building
                        123 N. Third Street
                        Minneapolis, MN 55401
                        Telephone: (612) 355-4100
                        Facsimile: (612) 355-4101
                        pull@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*