IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al. | ) |
| Plaintiffs, | ) Case No. 1:21-cv-00445-CJN |
| v. | ) |
| MY PILLOW, INC., et al. | ) |
| Defendants. | ) |

**DECLARATION OF NATHANIEL R. GREENE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Nathaniel R. Greene, declare:

1. I am an attorney licensed to practice law in the State of Minnesota and am an attorney at Parker Daniels Kibort LLC.

2. Parker Daniels Kibort LLC is located at 888 Colwell Building, 123 North Third Street, Minneapolis, Minnesota 55401. The telephone number is (612) 355-4100 and facsimile number is (612) 355-4104.

3. On October 30, 2009, I was admitted to practice law in the state of Minnesota.

4. On June 15, 2010, I was admitted to practice law in the state of Wisconsin.

5. On May 17, 2018, I was admitted to practice before the United States Court of Appeals for the Eighth Circuit.

6. On February 12, 2019, I was admitted to practice before the United States District Court for the Western District of Wisconsin.

7. On February 15, 2019, I was admitted to practice before the United States District Court for the Eastern District of Wisconsin.

8. On March 14, 2019, I was admitted to practice before the United States

District Court for the District of Minnesota.

9. I have not been disciplined by any bar.

10. I have not been admitted *pro hac vice* in this Court.

11. I do not have an office located in the District of Columbia, and I am not a member of the District of Columbia Bar. Parker Daniels Kibort LLC has retained Nathan Lewin and the law firm Lewin & Lewin LLP, to serve as local and co-counsel in this matter. The address and telephone number for Nathan Lewin and Lewin & Lewin LLP are: 888 17th Street NW, 4th Floor, Washington, D.C. 20006, telephone number (202) 828-1000.

12. I have read the Local Rules of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2023 in Minneapolis, Minnesota.

Nathaniel R. Greene

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

NATHANIEL RICHARD GREENE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 30, 2009

Given under my hand and seal of this court on

July 11, 2023

Emily J. Eschweiler, Director
Office of Lawyer Registration



# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Samuel A. Christensen
Clerk

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

## CERTIFICATE OF GOOD STANDING

I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

NATHANIEL R. GREENE

was admitted to practice as an attorney within this state on June 15, 2010 and is presently in good standing in this court.

Dated: July 11, 2023

SAMUEL A. CHRISTENSEN
Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing