# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., et al.<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN |

## [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF NATHANIEL R. GREENE

Having read the Motion for Admission Pro Hac Vice, it is hereby ordered that the court permit and enter the appearance of Nathaniel R. Greene *pro hac vice* in this matter.

IT IS SO ORDERED.

Dated: _____            _____
                                                                                Honorable Carl J. Nichols
                                                                                District Court Judge