IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al. | ) |
| Plaintiffs, | ) Case No. 1:21-cv-00445-CJN |
| | ) Judge Timothy J. Kelly |
| v. | ) |
| MY PILLOW, INC., et al. | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO COMPEL DEPOSITION TESTIMONY OF CARLOTTA WELLS

Pursuant to Fed. R. Civ. P. 45, Defendants My Pillow, Inc. and Michael Lindell move the Court to compel Carlotta Wells to provide deposition testimony pursuant to a subpoena served upon her in this proceeding.

This Motion is based upon all the pleadings, files, records, and proceedings herein, including without limitation Defendants' accompanying Memorandum in Support of Motion to Compel Deposition Testimony of Carlotta Wells and the Declaration of Andrew D. Parker.

Counsel for the Defendants engaged in the required LCvR 7(m) discussion with counsel for Ms. Wells concerning this motion, through a teleconference on May 23, 2023, and through correspondence prior to May 23, 2023. This motion is opposed by Ms. Wells.

DATED:  August 7, 2023             **PARKER DANIELS KIBORT LLC**

   By *<ins>/s/ Andrew D. Parker</ins>*
      Andrew D. Parker (D.C. Bar No. 63279)
      888 Colwell Building
      123 N. Third Street
      Minneapolis, MN 55401
      Telephone: (612) 355-4100
      Facsimile: (612) 355-4101
      parker@parkerdk.com

*Counsel for Defendant Michael Lindell*

   By *<ins>/s/ Andrew D. Parker</ins>*
      Andrew D. Parker (D.C. Bar No. 63279)
      Joseph A. Pull (D.C. Bar No. 982468)
      888 Colwell Building
      123 N. Third Street
      Minneapolis, MN 55401
      Telephone: (612) 355-4100
      Facsimile: (612) 355-4101
      parker@parkerdk.com
      pull@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*