# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| US DOMINION, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-00445-CJN |
| | ) | Judge Timothy J. Kelly |
| v. | ) | |
| | ) | |
| MY PILLOW, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER GRANTING
## DEFENDANTS' MOTION TO COMPEL
## DEPOSITION TESTIMONY OF CARLOTTA WELLS

On consideration of Defendants' Motion to Compel Deposition Testimony of Carlotta Wells and supporting papers, the Opposition of Carlotta Wells, Defendants' Reply, arguments of counsel and the record herein, the Court **ORDERS** that Carlotta Wells shall provide deposition testimony in compliance with the subpoena served upon her by the Defendants.

**IT IS SO ORDERED**.

_____
Timothy J. Kelly
UNITED STATES DISTRICT JUDGE

DATE: _____, 2023

**LCvR 7(k) List of Persons to Be Notified**

Cassandra M. Snyder
Samuel A. Rebo
United States Department of Justice
Civil Division | Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Cassandra.M.Snyder@usdoj.gov
Samuel.A.Rebo@usdoj.gov
(202) 451-7729

*Counsel for John Negroponte*

_____

Davida Brook
Brittany Fowler
Jordan Mikhail Rux, I
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029
310-789-3100
dbrook@susmangodfrey.com
bfowler@omm.com
jrux@susmangodfrey.com

Stephen Shackelford, Jr.
Elisha Barron
Zachary Savage
SUSMAN GODFREY LLP
1301 Avenue of the Americas
32nd Floor
New York City, NY 10019
212-729-2012
212-729-2013
212-471-8358
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com
ZSavage@susmangodfrey.com

Mary Kathryn Sammons
Laranda Walker
Florence Chen
Justin A. Nelson
SUSMAN GODFREY L.L.P.

1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7864
713-653-7842
713-653-7826
713-653-7895
Fax: 713-654-6666
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
jnelson@susmangodfrey.com

Thomas A. Clare
Megan Lambart Meier
Dustin Andrew Pusch
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
(202) 628-7403
(202) 628-7406
dustin@clarelocke.com
megan@clarelocke.com
tom@clarelocke.com

*Counsel for Dominion Plaintiffs*

_____

Andrew D. Parker
PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
parker@parkerdk.com

*Counsel for Michael Lindell*

_____

Andrew D. Parker
Abraham S. Kaplan
Joseph Alan Pull

PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
parker@parkerdk.com
kaplan@parkerdk.com
pull@parkerdk.com

Nathan Lewin
LEWIN & LEWIN, LLP
888 17th Street, NW
4th Floor
Washington, DC 20006
(202) 828-1000
Fax: (202) 828-0909
nat@lewinlewin.com

*Counsel for My Pillow, Inc.*
_____

Davida Brook
Brittany Fowler
Jordan Mikhail Rux, I
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029
310-789-3100
dbrook@susmangodfrey.com
bfowler@omm.com
jrux@susmangodfrey.com

Stephen Shackelford, Jr.
Elisha Barron
Zachary Savage
SUSMAN GODFREY LLP
1301 Avenue of the Americas
32nd Floor
New York City, NY 10019
212-729-2012
212-729-2013
212-471-8358

sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com
ZSavage@susmangodfrey.com

Mary Kathryn Sammons
Laranda Walker
Florence Chen
Justin A. Nelson
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7864
713-653-7842
713-653-7826
713-653-7895
Fax: 713-654-6666
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
jnelson@susmangodfrey.com

Stephen Morrissey
SUSMAN GODFREY LLP
401 Union Street
Suite 3000
Seattle, WA 98101
206-373-7380
smorrissey@susmangodfrey.com

*Counsel for Hamilton Place Strategies, LLC*

_____

Joseph D. Sibley, IV
CAMARA & SIBLEY LLP
1108 Lavaca St
Suite 110263
Austin, TX 78701
713-966-6789
Fax: 713-583-1131
sibley@camarasibley.com

*Counsel for Rudolph Giuliani*

_____

Barry Coburn
Marc Jason Eisenstein
COBURN & GREENBAUM, PLLC
1710 Rhode Island Avenue, NW
2nd Floor
Washington, DC 20036
(202) 643-9472
(202) 470-2695
Fax: (866) 561-9712
barry@coburngreenbaum.com
marc@coburngreenbaum.com

Lawrence J. Joseph
LAW OFFICE OF LAWRENCE J. JOSEPH
1250 Connecticut Avenue, NW
Suite 700-1A
Washington, DC 20036
(202) 355-9452
Fax: (202) 318-2254
ljoseph@larryjoseph.com

*Counsel for Defending the Republic, Inc.*

_____

Lawrence J. Joseph
LAW OFFICE OF LAWRENCE J. JOSEPH
1250 Connecticut Avenue, NW
Suite 700-1A
Washington, DC 20036
(202) 355-9452
Fax: (202) 318-2254
ljoseph@larryjoseph.com

Marc Casarino
KENNEDYS CMK LLP
919 North Market Street
Ste 1550
Wilmington, DE 19801
302-308-6645
marc.casarino@kennedyslaw.com

Michael J. Tricarico
KENNEDYS CMK LLP
570 Lexington Avenue
Suite 8th Floor
New York, NY 10022

646-625-4000
Fax: 646-625-4045
michael.tricarico@kennedyslaw.com

*Counsel for Sidney Powell and Sidney Powell, P.C.*

_____

Robert Neil Driscoll
Alfred Dumetz Carry
MCGLINCHEY STAFFORD PLLC
1275 Pennsylvania Avenue, NW
Suite 420
Washington, DC 20004
(202) 802-9950
(202) 802-9999
Fax: (202) 330-5897
rdriscoll@mcglinchey.com
acarry@mcglinchey.com

Daniel T. Plunkett
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-586-1200
Fax: 504-596-2800
dplunkett@mcglinchey.com

*Counsel for Patrick Byrne*