IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al. | ) |
| Plaintiffs, | ) Case No. 1:21-cv-00445-CJN |
| | ) Judge Timothy J. Kelly |
| v. | ) |
| MY PILLOW, INC., et al. | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO COMPEL DEPOSITION TESTIMONY OF JOHN NEGROPONTE

Pursuant to Fed. R. Civ. P. 45, Defendants My Pillow, Inc. and Michael Lindell move the Court to compel John Negroponte to provide deposition testimony pursuant to a subpoena served upon him in this proceeding.

This Motion is based upon all the pleadings, files, records, and proceedings herein, including without limitation Defendants' accompanying Memorandum in Support of Motion to Compel Deposition Testimony of John Negroponte and the Declaration of Andrew D. Parker.

Counsel for the Defendants engaged in the required LCvR 7(m) discussion with counsel for Mr. Negroponte concerning this motion, through a teleconference on May 23, 2023, and through correspondence prior to May 23, 2023. This motion is opposed by Mr. Negroponte.

DATED:  August 7, 2023                          **PARKER DANIELS KIBORT LLC**

    By */s/ Andrew D. Parker*
        Andrew D. Parker (D.C. Bar No. 63279)
        888 Colwell Building
        123 N. Third Street
        Minneapolis, MN 55401
        Telephone: (612) 355-4100
        Facsimile: (612) 355-4101
        parker@parkerdk.com

*Counsel for Defendant Michael Lindell*

    By */s/ Andrew D. Parker*
        Andrew D. Parker (D.C. Bar No. 63279)
        Joseph A. Pull (D.C. Bar No. 982468)
        888 Colwell Building
        123 N. Third Street
        Minneapolis, MN 55401
        Telephone: (612) 355-4100
        Facsimile: (612) 355-4101
        parker@parkerdk.com
        pull@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*