## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., et al.<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., et al.<br><br>　　　　　Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Timothy J. Kelly |

## DECLARATION OF ANDREW D. PARKER

I, Andrew D. Parker, being first duly sworn, states as follows:

　　　1.　　I am an attorney with the law firm of Parker Daniels Kibort LLC and am one of the attorneys representing the Defendants in the above-referenced case. As such have personal knowledge of the dates, events, and facts stated below. I submit this Declaration in opposition to Plaintiffs' Motion for Protective Order.

　　　2.　　Attached as **Exhibit A** is a fair and accurate copy of the Complaint filed as Doc. 1 on January 31, 2006, in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

　　　3.　　Attached as **Exhibit B** is a fair and accurate copy of the Notice of Motion and Motion for Protective Order by the United States, filed as Doc. 83 on September 25, 2006, in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

4. Attached as **Exhibit C** is a fair and accurate copy of the Order filed as Doc. 252 on August 29, 2007, in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

5. Attached as **Exhibit D** is a fair and accurate copy of the United States Protective Order filed as Doc. 253 on August 29, 2007, in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

6. Attached as **Exhibit E** is a fair and accurate copy of excerpts of the Transcript of Continued Order to Show Cause Hearing filed as Doc. 731 on July 3, 2008, in case no. 3:06-cv-00056-PMP-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

7. Attached as **Exhibit F** is a fair and accurate copy of excerpts of the Transcript of Hearing filed as Doc. 732 on July 8, 2008, in case no. 3:06-cv-00056-PMP-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

8. Attached as **Exhibit G** is a fair and accurate copy of excerpts of the Transcript of Continued Show Cause Hearing filed as Doc. 834 on September 3, 2008, in case no. 3:06-cv-00056-PMP-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

9. Attached as **Exhibit H** is a fair and accurate copy of excerpts of the Declaration of Dennis L. Montgomery filed as Doc. 1216-2 on August 20, 2022, in case no. 3:06-cv-00056-MMD-CSD, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada.

10. Attached as **Exhibit I** is a fair and accurate copy of excerpts of the transcript of a videotaped deposition filed as Doc. 2115-5 on January 14, 2011, in case no. 2:10-bk-18510-bb, *In re: Dennis and Kathleen Montgomery,* in the United States Bankruptcy Court for the Central District of California.

11. Attached as **Exhibit J** is a fair and accurate copy of the Declaration of Plaintiff Dennis Montgomery filed as Doc. 40-1 on April 27, 2015, in case no. 1:15-cv-20782-JEM, *Montgomery v. Risen et al.,* in the United States District Court for the Southern District of Florida.

12. On behalf of the Defendants in this matter, I issued a subpoena to Carlotta Wells to provide a deposition. A fair and accurate copy of the subpoena is attached as **Exhibit K.** A fair and accurate copy of the affidavit of service on Ms. Wells, from the process server, is attached as **Exhibit L.**

13. Attached as **Exhibit M** is a fair and accurate copy of a letter I received by email on March 3, 2023.

14. Attached as **Exhibit N** is a fair and accurate of the Declaration and Formal Claim of State Secrets and Statutory Privileges by John D. Negroponte, Director of National Intelligence, filed as Doc. 83-2 on September 25, 2006, in case no. cv-n-06-00056 (BES) (VPC), *Montgomery et al. v. eTreppid Techs. et al.*, in the United States District Court for the District of Nevada.

15. On behalf of the Defendants in this matter, I issued a subpoena to John Negroponte to provide a deposition. A fair and accurate copy of the subpoena is attached as **Exhibit O.** A fair and accurate copy of the affidavit of service on Mr. Negroponte, from the process server, is attached as **Exhibit P.**

16. Attached as **Exhibit Q** is a fair and accurate copy of a letter I received by email on November 17, 2022.

17. In August 2022, Michael Lindell moved to intervene in case no. 3:06-cv-00056-MMD-VPC, *Montgomery et al. v. eTreppid Technologies, Inc. et al.*, in the United States District Court for the District of Nevada, for the purpose of lifting the Protective Order entered by the court in that action. Attached as **Exhibit R** is a fair and accurate copy of Lindell's Memorandum in Support of Motion to Intervene and to Lift Protective Order, filed on August 20, 2022 as doc. 1216 in that action.

18. Attached as **Exhibit S** is a fair and accurate copy of United States' Memorandum in Opposition to Motion to Intervene and to Lift Protective Order, filed on October 6, 2022 as doc. 1232 in case no. 3:06-cv-00056-MMD-CSD, *Montgomery et al. v. eTreppid Technologies, Inc. et al.* in the United States District Court for the District of Nevada.

19. Attached as **Exhibit T** is a fair and accurate copy of Report & Recommendation of United States Magistrate Judge, filed on May 15, 2023 as doc. 1254 in case no. 3:06-cv-00056-MMD-CSD, *Montgomery et al. v. eTreppid Technologies, Inc. et al.* in the United States District Court for the District of Nevada.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 7, 2023, in Hennepin County, Minnesota.

*s/ Andrew D. Parker*
Andrew D. Parker
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com