AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00445-CJN |
| My Pillow, Inc. and Michael J. Lindell | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation and Third Party Defendant Hamilton Place Strategies, LLC.

Date: 08/10/2023

/s/Christina Dieckmann
*Attorney's signature*

Christina Mary Dieckmann, NY Bar ID: 4984761
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas
32nd Floor
New York, NY 10019
*Address*

cdieckmann@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*