IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **US DOMINION, INC., et al.**, *Plaintiffs/Counter-Defendants*, v. **MY PILLOW, INC., et al.**, *Defendants/Counter and Third-Party Plaintiffs,* v. **SMARTMATIC USA CORP., et al.**, *Third-Party Defendants* | No. 1:21-cv-00445 |

**MOTION TO EXTEND**

Upon consideration of the United States' Motion to Extend and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the United States shall have until 21 days after resolution of the motion to compel the testimony of Carlotta Wells in *Smartmatic USA Corp. v. Lindell*, No. 22-cv-98 (D. Minn.), to respond to the motion to compel Ms. Wells' testimony in the instant case; and that the United States shall have until 21 days after resolution of the motion to compel the testimony of John Negroponte in *Smartmatic USA Corp. v. Lindell*, No. 22-cv-98 (D. Minn.), to respond to the motion to compel Mr. Negroponte's testimony in the instant case.

It is SO ORDERED.

DATED: _____                                    _____

TIMOTHY J. KELLY
United States District Judge