IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:21-cv-00445-CJN |
| ) | Judge Timothy J. Kelly |
| v. ) | |
| ) | |
| MY PILLOW, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**Defendants' Memorandum in Opposition to United States' "Motion to Extend"**

My Pillow, Inc. and Michael Lindell ("Movants") oppose the United States's motion to stay this proceeding pending the outcome of the motions to compel in the *Smartmatic* matter. While the Government titles its motion as a "Motion to Extend," in substance it is a motion to **stay** this proceeding – a proceeding that has already been excessively elongated. Movants initiated the motion to compel process in this (*Dominion*) action on May 31, 2023. *See* Mot. to Extend at ¶ 5 (Doc. 185). Postponing argument on the *Dominion* motions until an undetermined date in the future is not appropriate or fair.

While the Government couches its motion in terms of efficiency, the Government has already rejected the efficient approach to handling these motions. On July 17, 2023, Movants proposed to the Government that the two sets of motions to compel, which involve the same two deponents, should be consolidated into a single proceeding. *See* Decl. of Joseph Pull ¶ 2 & Ex. A. On July 18, 2023, the Government declined to consolidate them. *Id*. It is difficult to understand, therefore, how the Government could argue that "the interests of efficiency," Mot. to Extend at 3 (Doc. 185), support the Government's position in the motion now before the Court.

1

After the Government refused to agree to a consolidated proceeding, Movants filed the motions to compel at issue in this (*Dominion*) proceeding, and the Court issued a scheduling order to govern the briefing of the motions. Min. Order, July 17, 2023. The Government has known the motion to compel was coming since May, and was aware of its deadline to respond to the motion since July 17.

Later, on July 28, Movants filed the first motion to compel in the Smartmatic proceeding. *See* Mot. to Extend ¶ 8.[1] Now the Government asks the Court to stay resolution of the first-filed *Dominion* motions pending the outcome of the later-filed *Smartmatic* motions. This process is neither sensible nor fair to the Movants, given that the Government declined to consolidate the motions. Both sets of motions should move forward with all due speed. If a unified approach is desired, the appropriate course would be to consolidate the motions within the first-filed proceeding, which is the *Dominion* case.

The Government's motion to stay this proceeding should be denied. Movants do not oppose the Government's request for a briefing deadline of September 5, 2023.

DATED:  September 1, 2023                **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com

*Counsel for Defendant Michael Lindell*

---

[1] Movants disagree that their motions to compel deposition testimony from Ms. Wells and Mr. Negroponte in the *Smartmatic* proceeding were improperly captioned. However, in the interest of avoiding unnecessary motion practice, Movants agreed to modify the captions as requested by the Government.

By */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
Joseph A. Pull (D.C. Bar No. 982468)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
Facsimile: (612) 355-4101
parker@parkerdk.com
pull@parkerdk.com

*Counsel for Defendant My Pillow, Inc.*

3