IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-00445-CJN |
| | ) | Judge Timothy J. Kelly |
| v. | ) | |
| | ) | |
| MY PILLOW, INC., et al. | ) | **Declaration of Joseph A. Pull** |
| | ) | |
| Defendants. | ) | |

I, Joseph A. Pull, being first duly sworn, state as follows:

1. I am an attorney with the law firm of Parker Daniels Kibort LLC and am one of the attorneys representing the Defendants in the above-captioned action. As such I have personal knowledge of the matters stated below. I submit this Declaration in opposition to the United States's Motion to Extend, Doc. 185.

2. Attached as Exhibit A is a fair and accurate copy of email correspondence between myself, counsel for Plaintiffs, and counsel for the United States, on July 17 and 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2023, in Hennepin County, Minnesota.

                                                                   _/s/ Joseph A. Pull_
                                                                   Joseph A. Pull
                                                                   888 Colwell Building
                                                                   123 N. Third Street
                                                                   Minneapolis, MN 55401
                                                                   Telephone: (612) 355-4100
                                                                   Facsimile: (612) 355-4101
                                                                   pull@parkerdk.com