# EXHIBIT A

# Joe Pull

| | |
|---|---|
| **From:** | Snyder, Cassandra M (CIV) <Cassandra.M.Snyder@usdoj.gov> |
| **Sent:** | Tuesday, July 18, 2023 2:22 PM |
| **To:** | Laranda Walker; Joe Pull; Rebo, Samuel A. (CIV) |
| **Cc:** | Andrew Parker; Lori Johnson; Bloom, Michael; Loftus, Julie; Katie Sammons; Elizabeth Hadaway; Davida Brook |
| **Subject:** | RE: Wells and Negroponte subpoenas |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Joe,

Thank you for forwarding Judge Kelly's order. We agree that the order appears to be a misinterpretation of Judge Nichols' reassignment order. We suggest jointly emailing the courtroom deputy to clarify whether the order includes just the two "deposition subpoenas," as Judge Nichols' reassignment order stated, or whether it includes all three subpoenas. If you agree with that approach, we are happy to draft that email.

Relatedly, would Defendants agree to filing a joint motion to extend the briefing schedule pursuant to the parties' prior agreement? We had previously agreed on a four-week period between Defendants' motions and the subpoenas parties' respective responses, and then three weeks for Defendants' respective replies. That would mean Defendants' motions are due on August 7; the subpoenaed parties' responses are due on September 5; and Defendants' replies are due on September 26. We are also happy to include an extension of Defendants' initial August 7 filing deadline.

Finally, Ms. Wells and Mr. Negroponte do not consent to consolidation of the respective motions to compel in *Dominion* and *Smartmatic* at this time. In addition, any motion to compel Mr. Negroponte in the *Smartmatic* litigation would be premature at this time as he has not yet issued his response to the subpoena.

Best,
Cassie

**Cassie Snyder**
Trial Attorney
United States Department of Justice
Civil Division | Federal Programs Branch
Phone: (202) 451-7729

**From:** Laranda Walker <LWalker@susmangodfrey.com>
**Sent:** Tuesday, July 18, 2023 2:50 PM
**To:** Joe Pull <Pull@parkerdk.com>; Snyder, Cassandra M (CIV) <Cassandra.M.Snyder@usdoj.gov>; Rebo, Samuel A. (CIV) <Samuel.A.Rebo@usdoj.gov>
**Cc:** Andrew Parker <Parker@parkerdk.com>; Lori Johnson <Johnson@parkerdk.com>; Bloom, Michael <MBloom@beneschlaw.com>; Loftus, Julie <JLoftus@beneschlaw.com>; Katie Sammons <KSAMMONS@SusmanGodfrey.com>; Elizabeth Hadaway <EHadaway@susmangodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** [EXTERNAL] Re: Wells and Negroponte subpoenas

Joe,

1

Dominion does not oppose consolidating the *Smartmatic* motion with the *Dominion* motion, so long as the matters are heard in DC, where the *Dominion* matter is pending.

Regards,
Laranda

---

**From:** Joe Pull <Pull@parkerdk.com>
**Date:** Monday, July 17, 2023 at 3:31 PM
**To:** "Snyder, Cassandra M (CIV)" <Cassandra.M.Snyder@usdoj.gov>, "Rebo, Samuel A. (CIV)" <Samuel.A.Rebo@usdoj.gov>
**Cc:** Andrew Parker <Parker@parkerdk.com>, Lori Johnson <Johnson@parkerdk.com>, "Bloom, Michael" <MBloom@beneschlaw.com>, "Loftus, Julie" <JLoftus@beneschlaw.com>, Katie Sammons <KSAMMONS@SusmanGodfrey.com>, Laranda Walker <LWalker@susmangodfrey.com>
**Subject:** Wells and Negroponte subpoenas

EXTERNAL Email
Ms. Snyder, you may have already seen this, but the Court today provided the attached order with a briefing schedule concerning the subpoenas assigned by Judge Nichols to be heard by another judge. There are two issues that now arise concerning the order. First, I believe there is a mistake in the order, as it should only concern two subpoenas (Carlotta Wells and John Negroponte). We can sort that out with the Court.

Second, and more importantly, the attached order concerns the *Dominion* lawsuit.  You may be aware that Lindell/My Pillow also served subpoenas on Ms. Wells and Mr. Negroponte for the similar case of *Smartmatic v. Lindell*, no.  22-cv-0098-WMW-JFD, in the U.S. District Court for the District of Minnesota. Lindell/My Pillow intend to move to compel compliance with the subpoenas in the *Smartmatic* lawsuit as well.  Because the issues in *Dominion* and *Smartmatic* are essentially identical with respect to Ms. Wells and Mr. Negroponte, Lindell/My Pillow believe that it makes the most sense to consolidate the two motions to compel and have them heard at the same time, eliminating a duplication of proceedings.  Would Ms. Wells and Mr. Negroponte agree to that approach?  I have copied counsel for Smartmatic and Dominion on this email to loop them in, as well.

Ms. Sammons, Ms. Walker, Ms. Loftus, and/or Mr. Bloom – please notify us concerning your clients' positions on our proposal to consolidate Lindell/My Pillow's motions to compel deposition testimony from Ms. Wells and Mr. Negroponte, in the *Dominion* and *Smartmatic* lawsuits. The attached order provides a briefing schedule for the motions in *Dominion*, received today.

Regards,

-Joe



JOSEPH A. PULL
ATTORNEY

888 COLWELL BUILDING
123 NORTH THIRD STREET
MINNEAPOLIS, MN 55401
www.parkerdk.com

tel 612 355 4100