# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., et al. ) ) Plaintiffs, ) ) v. ) ) MY PILLOW, INC., et al. ) ) Defendants. ) ) | Case No. 1:21-cv-00445-CJN Judge Timothy J. Kelly |

**[PROPOSED] ORDER DENYING UNITED STATES'S MOTION TO EXTEND**

On consideration of the United States's Motion to Extend and supporting papers, the Opposition of Defendants, the United States's Reply, arguments of counsel and the record herein, the Court **ORDERS** that the Motion is denied.

**IT IS SO ORDERED**.

_____
Timothy J. Kelly
UNITED STATES DISTRICT JUDGE

DATE: _____, 2023

**LCvR 7(k) List of Persons to Be Notified**

Cassandra M. Snyder
Samuel A. Rebo
United States Department of Justice
Civil Division | Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Cassandra.M.Snyder@usdoj.gov
Samuel.A.Rebo@usdoj.gov
(202) 451-7729

*Counsel for John Negroponte*

_____

Davida Brook
Brittany Fowler
Jordan Mikhail Rux, I
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029
310-789-3100
dbrook@susmangodfrey.com
bfowler@omm.com
jrux@susmangodfrey.com

Stephen Shackelford, Jr.
Elisha Barron
Zachary Savage
SUSMAN GODFREY LLP
1301 Avenue of the Americas
32nd Floor
New York City, NY 10019
212-729-2012
212-729-2013
212-471-8358
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com
ZSavage@susmangodfrey.com

Mary Kathryn Sammons
Laranda Walker
Florence Chen
Justin A. Nelson
SUSMAN GODFREY L.L.P.

1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7864
713-653-7842
713-653-7826
713-653-7895
Fax: 713-654-6666
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
jnelson@susmangodfrey.com

Thomas A. Clare
Megan Lambart Meier
Dustin Andrew Pusch
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
(202) 628-7403
(202) 628-7406
dustin@clarelocke.com
megan@clarelocke.com
tom@clarelocke.com

*Counsel for Dominion Plaintiffs*

_____

Andrew D. Parker
PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
parker@parkerdk.com

*Counsel for Michael Lindell*

_____


Andrew D. Parker
Abraham S. Kaplan
Joseph Alan Pull

3

PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
parker@parkerdk.com
kaplan@parkerdk.com
pull@parkerdk.com

Nathan Lewin
LEWIN & LEWIN, LLP
888 17th Street, NW
4th Floor
Washington, DC 20006
(202) 828-1000
Fax: (202) 828-0909
nat@lewinlewin.com

*Counsel for My Pillow, Inc.*

Davida Brook
Brittany Fowler
Jordan Mikhail Rux, I
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029
310-789-3100
dbrook@susmangodfrey.com
bfowler@omm.com
jrux@susmangodfrey.com

Stephen Shackelford, Jr.
Elisha Barron
Zachary Savage
SUSMAN GODFREY LLP
1301 Avenue of the Americas
32nd Floor
New York City, NY 10019
212-729-2012
212-729-2013
212-471-8358
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

ZSavage@susmangodfrey.com

Mary Kathryn Sammons
Laranda Walker
Florence Chen
Justin A. Nelson
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7864
713-653-7842
713-653-7826
713-653-7895
Fax: 713-654-6666
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
jnelson@susmangodfrey.com

Stephen Morrissey
SUSMAN GODFREY LLP
401 Union Street
Suite 3000
Seattle, WA 98101
206-373-7380
smorrissey@susmangodfrey.com

*Counsel for Hamilton Place Strategies, LLC*

_____

Joseph D. Sibley, IV
CAMARA & SIBLEY LLP
1108 Lavaca St
Suite 110263
Austin, TX 78701
713-966-6789
Fax: 713-583-1131
sibley@camarasibley.com

*Counsel for Rudolph Giuliani*

_____

Barry Coburn
Marc Jason Eisenstein
COBURN & GREENBAUM, PLLC

1710 Rhode Island Avenue, NW
2nd Floor
Washington, DC 20036
(202) 643-9472
(202) 470-2695
Fax: (866) 561-9712
barry@coburngreenbaum.com
marc@coburngreenbaum.com

Lawrence J. Joseph
LAW OFFICE OF LAWRENCE J. JOSEPH
1250 Connecticut Avenue, NW
Suite 700-1A
Washington, DC 20036
(202) 355-9452
Fax: (202) 318-2254
ljoseph@larryjoseph.com

*Counsel for Defending the Republic, Inc.*

_____

Lawrence J. Joseph
LAW OFFICE OF LAWRENCE J. JOSEPH
1250 Connecticut Avenue, NW
Suite 700-1A
Washington, DC 20036
(202) 355-9452
Fax: (202) 318-2254
ljoseph@larryjoseph.com

Marc Casarino
KENNEDYS CMK LLP
919 North Market Street
Ste 1550
Wilmington, DE 19801
302-308-6645
marc.casarino@kennedyslaw.com

Michael J. Tricarico
KENNEDYS CMK LLP
570 Lexington Avenue
Suite 8th Floor
New York, NY 10022
646-625-4000
Fax: 646-625-4045
michael.tricarico@kennedyslaw.com

*Counsel for Sidney Powell and Sidney Powell, P.C.*

_____

Robert Neil Driscoll
Alfred Dumetz Carry
MCGLINCHEY STAFFORD PLLC
1275 Pennsylvania Avenue, NW
Suite 420
Washington, DC 20004
(202) 802-9950
(202) 802-9999
Fax: (202) 330-5897
rdriscoll@mcglinchey.com
acarry@mcglinchey.com

Daniel T. Plunkett
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street
12th Floor
New Orleans, LA 70130
504-586-1200
Fax: 504-596-2800
dplunkett@mcglinchey.com

*Counsel for Patrick Byrne*