IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| US DOMINION, INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:21-cv-00445-CJN |
| v. | ) ) | Judge Carl J. Nichols |
| MY PILLOW, INC., et al. | ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF
COUNSEL OF RECORD FOR DEFENDANTS**

Before this Court is Parker Daniels Kibort LLC's Motion to Withdraw as Counsel of Record for Michael J. Lindell and My Pillow, Inc. and Lewin & Lewin, LLP's joinder in the Motion with respect to its representation of My Pillow, Inc.

The Court, after reviewing the memoranda, declaration, and all other related papers, finds that the moving parties have shown good cause exists for withdrawal, that withdrawal would not result in delay to the trial date or unfair prejudice to the parties.

Accordingly, Parker Daniels Kibort LLC's and Lewin & Lewin, LLP's Motions to Withdraw as Counsel are hereby GRANTED.

SO ORDERED:

Dated:_____          _____
                                Carl J. Nichols
                                United States District Judge