IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., et al.<br><br>    Defendants. | Case No. 1:21-cv-00445-CJN<br>Judge Carl J. Nichols |

**CERTIFICATE OF SERVICE**

  I, Jill L. Thorvig, certify that on October 5, 2023 the following documents:

  1. Motion to Withdraw as Counsel of Record for Defendants;

  2. Memorandum in Support of Motion to Withdraw as Counsel of Record for Defendants;

  3. Declaration of Andrew D. Parker; and

  4. Proposed Order granting Motion to Withdraw as Counsel of Record for Defendants

were served on Defendants My Pillow, Inc. and Michael J. Lindell via U.S. Mail at the addresses on record with the Court.[1] These papers were also sent to Defendants My Pillow, Inc. and Michael J. Lindell via electronic mail.

  Defendant My Pillow, Inc. has been advised to obtain counsel. Defendant Michael J. Lindell has been advised to obtain counsel or, in the alternative, to notify the clerk of court within seven days if he intends to proceed *pro se*.

  I declare under the penalty of perjury that everything I have stated in this document is true and correct.

---

[1] The Court previously approved the home address of Mr. Lindell to be filed under seal.

2

Dated: October 5, 2023 	/s/ Jill L. Thorvig
	Signed in Hennepin County
	State of Minnesota

2