IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC. at al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:21-cv-00445-CJN |
| MY PILLOW, INC. et al., | ) |
| Defendants. | ) |

**Supplemental Meet and Confer Statement**

Pursuant to LCvR 7(m), the Parties submit this joint meet and confer statement to supplement what has already been submitted (ECF 195).

After further discussion, counsel for the Dominion Plaintiffs has stated that it does not oppose counsel for Defendants' motion to withdraw, subject to the following conditions:

> Until the Court grants defense counsels' motion, defense counsel will in good faith and without delay:
>
> 1. proceed with producing documents that hit on Dominion's search terms in accordance with the agreement indicated in counsel's October 4, 2023, letter to Dominion's counsel;
>
> 2. continue working to cure technical deficiencies in MyPillow and Mr. Lindell's prior productions as identified in Dominion's September 12, 2023, letter, including re-producing any documents as necessary;
>
> 3. continue to meet and confer regarding additional items identified in Dominion's September 12, 2023, letter and discussed in MyPillow and Mr. Lindell's October 4, 2023, response to same; and
>
> 4. per the parties' prior discussions, withdraw subpoenas served on the counties identified in the August 11, 2023, email correspondence from Dominion's counsel, in order to allow those jurisdictions to proceed with software updates.

Parker Daniels Kibort LLC has agreed to these conditions and has commenced efforts to accomplish them.

DATED:  October 6, 2023          **PARKER DANIELS KIBORT LLC**

                                              By */s/ Andrew D. Parker*
                                                  Andrew D. Parker (DC Bar No. 63278)
                                                  888 Colwell Building
                                                  123 N. Third Street
                                                  Minneapolis, MN 55401
                                                  Telephone: (612) 355-4100
                                                  Facsimile: (612) 355-4101
                                                  parker@parkerdk.com

                                             ***Counsel for Defendants***


                                                  */s/ Laranda Walker*
                                                  Laranda Walker (D.C. Bar No. TX0028)
                                                  Katie Sammons (D.C. Bar No. TX0030)
                                                  SUSMAN GODFREY LLP
                                                  1000 Louisiana Street, #5100
                                                  Houston, Texas 77002
                                                  (713) 651-9366
                                                  lwalker@susmangodfrey.com
                                                  ksammons@susmangodfrey.com

                                             ***Counsel for Plaintiffs***