**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| US DOMINION, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-00445-CJN |
| | ) | Judge Carl J. Nichols |
| v. | ) | |
| | ) | |
| MY PILLOW, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR HEARING ON MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR DEFENDANTS MY PILLOW, INC. AND MICHAEL J. LINDELL**

Parker Daniels Kibort LLC ("PDK") requests a hearing on the Motion to Withdraw as Counsel of Record for Defendants (ECF 195) filed on October 5, 2023. This Motion is supported by the papers filed with ECF 195 (ECF 195-1 through ECF 195-4), which Plaintiffs did not oppose. The issues raised therein have not been resolved. PDK consulted with counsel for Plaintiffs, the Dominion parties, on October 19, 2023, concerning this motion, pursuant to Local Civil Rule 7(m). Counsel for the Dominion parties stated that they did not oppose this Motion for Hearing.

WHEREFORE, Counsel respectfully requests the Court grant their request to schedule a hearing on ECF 195, Motion to Withdraw as Counsel for Defendants My Pillow, Inc. and Michael J. Lindell, in the above-captioned case.

DATED: October 20, 2023.                    **PARKER DANIELS KIBORT LLC**

                                    By */s/ Andrew D. Parker*
                                         Andrew D. Parker (D.C. Bar No. 63279)
                                         Joseph Pull (D.C. Bar No. 982468)
                                         Elizabeth Wright (MN Bar No. 184111)
                                         Abraham Kaplan (MN Bar No. 399507)
                                         Ryan Malone (MN Bar No. 395795)
                                         888 Colwell Building
                                         123 N. Third Street
                                         Minneapolis, MN 55401
                                         Telephone: (612) 355-4100
                                         parker@parkerdk.com
                                         pull@parkerdk.com
                                         wright@parkerdk.com
                                         kaplan@parkerdk.com
                                         malone@parkerdk.com


                                    **LEWIN & LEWIN, LLP**

                                    By */s/ Nathan Lewin*
                                         Nathan Lewin (D.C. Bar No. 38299)
                                         888 17th Street NW
                                         Fourth Floor
                                         Washington, DC 20006
                                         Telephone: (202) 828-1000
                                         nat@lewinlewin.com