**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC. et al., ) </br> ) </br> Plaintiffs, ) </br> ) </br> v. ) </br> ) </br> MY PILLOW, INC. et al., ) </br> ) </br> Defendants. ) </br> ) | Case No. 1:21-cv-00445-CJN </br> Judge Carl J. Nichols |

**[PROPOSED] ORDER GRANTING MOTION FOR HEARING ON MOTION FOR WITHDRAWAL OF COUNSEL OF RECORD FOR DEFENDANTS**

Before this Court is Parker Daniels Kibort LLC's Motion for Hearing on Motion to Withdraw as Counsel of Record for Michael J. Lindell and My Pillow, Inc. and Lewin & Lewin, LLP's joinder in the Motion with respect to its representation of My Pillow, Inc.

The Court, after reviewing the Motion, and all other related papers, finds that the moving parties have shown good cause exists for a hearing on its Motion to Withdraw.

Accordingly, Parker Daniels Kibort LLC's and Lewin & Lewin, LLP's Motion for Hearing on Motion to Withdraw as Counsel for Defendants is hereby GRANTED. A telephonic hearing will be held on _____ at ____.

SO ORDERED:

Dated:_____

_____
Carl J. Nichols
United States District Judge

**LCvR 7(k) List of Persons to Be Notified**

Davida Brook
Brittany Fowler
Jordan Mikhail Rux, I
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029
310-789-3100
dbrook@susmangodfrey.com
bfowler@omm.com
jrux@susmangodfrey.com

Stephen Shackelford, Jr.
Elisha Barron
Zachary Savage
SUSMAN GODFREY LLP
1301 Avenue of the Americas
32nd Floor
New York City, NY 10019
212-729-2012
212-729-2013
212-471-8358
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com
ZSavage@susmangodfrey.com

Mary Kathryn Sammons
Laranda Walker
Florence Chen
Justin A. Nelson
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100
Houston, TX 77002
713-653-7864
713-653-7842
713-653-7826
713-653-7895
Fax: 713-654-6666
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
jnelson@susmangodfrey.com

Thomas A. Clare
Megan Lambart Meier
Dustin Andrew Pusch
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7401
(202) 628-7403
(202) 628-7406
dustin@clarelocke.com
megan@clarelocke.com
tom@clarelocke.com

*Counsel for Dominion Plaintiffs*

_____

Andrew D. Parker
PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
parker@parkerdk.com

*Counsel for Michael Lindell*

_____

Andrew D. Parker
Abraham S. Kaplan
Joseph Alan Pull
Elizabeth Wright
Ryan Malone
PARKER DANIELS KIBORT LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
parker@parkerdk.com
kaplan@parkerdk.com
pull@parkerdk.com
wright@parkerdk.com
malone@parkerdk.com

Nathan Lewin
LEWIN & LEWIN, LLP
888 17th Street, NW
4th Floor
Washington, DC 20006
(202) 828-1000
Fax: (202) 828-0909
nat@lewinlewin.com

*Counsel for My Pillow, Inc.*

_____

Davida Brook
Brittany Fowler
Jordan Mikhail Rux, I
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029
310-789-3100
dbrook@susmangodfrey.com
bfowler@omm.com
jrux@susmangodfrey.com

Stephen Shackelford, Jr.
Elisha Barron
Zachary Savage
SUSMAN GODFREY LLP
1301 Avenue of the Americas
32nd Floor
New York City, NY 10019
212-729-2012
212-729-2013
212-471-8358
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com
ZSavage@susmangodfrey.com

Mary Kathryn Sammons
Laranda Walker
Florence Chen
Justin A. Nelson
SUSMAN GODFREY L.L.P.
1000 Louisiana
Suite 5100

Houston, TX 77002
713-653-7864
713-653-7842
713-653-7826
713-653-7895
Fax: 713-654-6666
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
jnelson@susmangodfrey.com

Stephen Morrissey
SUSMAN GODFREY LLP
401 Union Street
Suite 3000
Seattle, WA 98101
206-373-7380
smorrissey@susmangodfrey.com

*Counsel for Hamilton Place Strategies, LLC*

_____

Cassandra M. Snyder
Samuel A. Rebo
United States Department of Justice
Civil Division | Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Cassandra.M.Snyder@usdoj.gov
Samuel.A.Rebo@usdoj.gov
(202) 451-7729

*Counsel for John Negroponte and Carlotta Wells*