IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US Dominion, Inc., et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>My Pillow, Inc., et al.,<br><br>　　　Defendants. | Case No. 1:21-cv-00445-CJN<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

　　　Having been advised by the Court that a formal withdrawal of counsel is necessary in this matter, the undersigned submits the following:

　　　1.　　The undersigned was once employed by Parker Daniels Kibort, LLC. As part of that work, the undersigned once represented Defendants in this litigation.

　　　2.　　The undersigned ceased working at that firm several months ago.

　　　3.　　The undersigned no longer represents any clients of Parker Daniels Kibort, including any party in the above-captioned litigation.

　　　4.　　The undersigned has been advised by this Court's staff that he is still active in this file, necessitating this filing.

　　　5.　　The undersigned respectfully requests that he be removed from this case file.

　　　6.　　To the extent Local Rule 83.6(b) requires a signature by a party represented, the undersigned requests leave from that requirement, as the undersigned does not represent a client in this litigation.

|  | **COUSINEAU MALONE, P.A.** |
|---|---|
| Dated: 01 November 2023 | /s/ Matthew R. Eslick |
|  | IA: AT0002409 |
|  | MN: # 0388494 |
|  | 12800 Whitewater Drive, Suite 200 |
|  | Minnetonka, MN 55343 |
|  | 952-525-6991 |
|  | *Admitted pro hac vice.* |