IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC. et al., | ) |
| Plaintiffs, | ) Case No. 1:21-cv-00445-CJN |
| | ) Judge Carl J. Nichols |
| v. | ) |
| MY PILLOW, INC. et al., | ) |
| Defendants. | ) |

**Notice Concerning Discovery Protocol Proposals**

No motions or memoranda were filed by either of the parties on the docket in this case concerning the proposed discovery protocol in the cases brought by Dominion and consolidated for purposes of discovery. For the avoidance of doubt, Defendants My Pillow, Inc. and Michael Lindell agree with the proposed discovery order submitted by the other defendants, which was filed in *US Dominion v. Herring Networks, Inc., et al.*, no. 1:21-cv-02130-CJN, as docket nos. 142-1, 142-2, 142-3, 142-4, and in *US Dominion v. Byrne, et al.*, no. 1:21-cv-02131-CJN, as docket nos. 66-2, 66-3, 66-4, 66-5. My Pillow and Lindell join the briefing of the other defendants with respect to the issue of document custodian interviews.

DATED: November 2, 2023.      **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
Joseph Pull (D.C. Bar No. 982468)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
pull@parkerdk.com