IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC. et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| MY PILLOW, INC. et al., | )<br>)<br>) |
| Defendants. | )<br>) |

Case No. 1:21-cv-00445-CJN
Judge Carl J. Nichols

**Notice of Joinder**

No motions or memoranda were filed by either of the parties on the docket in this case concerning the proposed deposition protocol in the cases brought by Dominion and consolidated for purposes of discovery. For the avoidance of doubt, Defendants My Pillow, Inc. and Michael Lindell join the position and arguments submitted by the Herring Parties, which was filed in *US Dominion, Inc. et al. v. Herring Networks, Inc., et al.*, no. 1:21-cv-02130-CJN, as docket no. 152.

DATED: November 9, 2023.    **PARKER DANIELS KIBORT LLC**

By */s/ Andrew D. Parker*
Andrew D. Parker (D.C. Bar No. 63279)
Joseph Pull (D.C. Bar No. 982468)
888 Colwell Building
123 N. Third Street
Minneapolis, MN 55401
Telephone: (612) 355-4100
parker@parkerdk.com
pull@parkerdk.com