**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br><br>Defendants. | Case No. 1:21-cv-00445-CJN |

**ENTRY OF APPEARANCE**

To the clerk and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Michael J. Lindell.

Date: January 10, 2024

                                           /s/ *Robert J. Cynkar*
                                         Robert J. Cynkar, Bar No. 957845
                                         McSweeney, Cynkar & Kachouroff, PLLC
                                         10506 Milkweed Drive
                                         Great Falls, VA 22066
                                         Telephone: (703) 621-3300
                                         Email: rcynkar@mck-lawyers.com