IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br><br>Defendants. | Case No. 1:21-cv-00445-CJN |

### DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY DEBORAH B. MCILHENNY

Pursuant to LCvR 83.2(c) of the United States District Court for the District of Columbia, Defendant Michael J. Lindell moves for the admission and appearance of attorney Deborah B. McIlhenny *pro hac vice* in the above-captioned action. This motion is supported by the Declaration for Pro Hac Vice Admission executed by attorney McIlhenny and certificates from the State Bars of Kansas and Georgia certifying that attorney McIlhenny is a member in good standing of the Bars of those States.

This motion is supported and signed by Robert J. Cynkar, an active and sponsoring member of the Bar of this Court.

Date: February 9, 2024

Respectfully submitted,

/s/ *Robert J. Cynkar*
Robert J. Cynkar, Bar No. 957845
McSweeney, Cynkar & Kachouroff, PLLC
10506 Milkweed Drive
Great Falls, VA 22066
(703) 621-3300
rcynkar@mck-lawyers.com
*Counsel for Defendant Michael J. Lindell*