IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC. and MICHAEL J. LINDELL<br><br>Defendants. | Case No. 1:21-cv-00445-CJN |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY DEBORAH B. MCILHENNY**

Upon consideration of the Defendant's Motion for Admission *Pro Hac Vice* of Attorney Deborah B. McIlhenny in the above-captioned matter and the Declaration of Deborah B. McIlhenny in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Defendant's Motion for Admission *Pro Hac Vice* of Attorney Deborah B. McIlhenny be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that Deborah B. McIlhenny be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____, 2024.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE