**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.* | ) |
|     Plaintiffs/Counterclaim Defendants | ) Civil Action No. 1:21-cv-00445-CJN-MAU |
| v. | ) |
| MY PILLOW, INC., and MICHAEL J. LINDELL., *et al.,* | ) |
|     Defendants/Counterclaim, Third-Party Claim Defendants | ) |
| v. | ) |
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC., *et al.* | ) |
|     Counterclaim/Third-Party Claim Defendants | ) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

**PLEASE TAKE NOTICE** that the undersigned counsels, Stephen Shackelford, Jr., Eve Levin, Mark Hatch-Miller, and Christina Dieckmann for Plaintiffs and Third-Party Defendants, Hamilton Place Strategies, LLC, in the above-captioned matter, have changed their mailing address for service and all other communications to the following:

**SUSMAN GODFREY L.L.P.**
**One Manhattan West, 50th Floor**
**New York, NY 10001-8603**

All other contact information will remain the same.

12272134v1/017168

Dated: March 25, 2024

Respectfully submitted,

By: */s/ Eve Levin*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs and Third-Party Defendants, Hamilton Place Strategies, LLC.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Eve Levin*
Eve Levin

12272134v1/017168