IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC. et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MY PILLOW, INC. et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:21-cv-00445-CJN <br> Judge Carl J. Nichols |

**NOTICE OF ENTRY OF APPEARANCE**

Christopher I. Kachouroff, an attorney with the law firm of McSweeney, Cynkar & Kachouroff, PLLC, admitted and in good standing with the Bar of this Court, hereby enters his appearance as counsel for Defendant My Pillow, Inc. ("My Pillow") and Defendant Michael J. Lindell, in the above-captioned action pursuant to Local Civil Rule 83.6, subdivision (a).

Dated: April 3, 2024

**MCSWEENEY, CYNKAR & KACHOUROFF, PLLC**

By */s/ Christopher I. Kachouroff*
Christopher I. Kachouroff (Bar No. 44216)
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
Telephone: (703) 621-3300
chris@mck-lawyers.com

ATTORNEY FOR MY PILLOW, INC. AND
MICHAEL LINDELL

## CERTIFICATE OF SERVICE

  I certify that on April 3, 2024, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                By */s/ Christopher I. Kachouroff*