IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| US DOMINION, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:21-cv-00445-CJN |
| | ) | Judge Carl J. Nichols |
| v. | ) | |
| | ) | |
| MY PILLOW, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), the law firm of Parker Daniels Kibort LLC and attorneys Andrew D. Parker, Joseph J. Pull, Elizabeth S. Wright, Ryan Malone, and Abraham S. Kaplan respectfully withdraw their appearance as legal counsel for Defendant My Pillow, Inc. In addition, the law firm of Parker Daniels Kibort LLC and attorneys Andrew D. Parker and Joseph J. Pull respectfully withdraw their appearance as legal counsel for Defendant Michael J. Lindell. Additionally, the law firm of Lewin & Lewin, LLP and attorney Nathan Lewin respectfully withdraw their appearance as legal counsel for Defendant My Pillow, Inc. No trial date has been set in this matter. Robert J. Cynkar, Esq. of the law firm of McSweeney, Cynkar & Kachouroff, PLLC will continue to represent Defendant Michael J. Lindell in this matter. Christopher I. Kachouroff of the law firm of McSweeney, Cynkar & Kachouroff, PLLC will continue to represent Defendant My Pillow, Inc. in this matter. Defendants My Pillow, Inc. and Michel J. Lindell consent to the referenced withdrawal of counsel. This withdrawal is effective immediately. *See* Local Civil Rule 83.6(b).

Dated: 4/03/2024

_____
Michael J. Lindell

Dated: 4/03/2024

**MY PILLOW, INC.**

By: _____
Michael J. Lindell
Its: _____CEO_____


DATED: April 3rd, 2024.

**PARKER DANIELS KIBORT LLC**

By /s/ *Andrew D. Parker*
   Andrew D. Parker (D.C. Bar No. 63279)
   Joseph Pull (D.C. Bar No. 982468)
   Elizabeth Wright (MN Bar No. 184111)
   Abraham Kaplan (MN Bar No. 399507)
   Ryan Malone (MN Bar No. 395795)
   888 Colwell Building
   123 N. Third Street
   Minneapolis, MN 55401
   Telephone: (612) 355-4100
   parker@parkerdk.com
   pull@parkerdk.com
   wright@parkerdk.com
   kaplan@parkerdk.com
   malone@parkerdk.com


**LEWIN & LEWIN, LLP**

By /s/ *Nathan Lewin*
   Nathan Lewin (D.C. Bar No. 38299)
   888 17th Street NW
   Fourth Floor
   Washington, DC 20006
   Telephone: (202) 828-1000
   nat@lewinlewin.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served upon all parties of record through the Court's CM/ECF system on ___April 3___, 2024.

                                          */s/ Andrew D. Parker*
                                          Andrew D. Parker