UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants*. | Case No. 21-cv-445-CJN |

**SMARTMATIC'S MOTION FOR
ADMISSION PRO HAC VICE OF ATTORNEY JULIE M. LOFTUS**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, J. Erik Connolly, an attorney admitted to the Bar of this Court and counsel for Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited (collectively "Smartmatic"), hereby moves for the admission and appearance of attorney Julie M. Loftus *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Julie M. Loftus, filed herewith.

In support of this motion, Movant states as follows:

1. Ms. Loftus is admitted and in good standing with the Bar of the State of Illinois. Ms. Loftus is also admitted to practice in the United States District Court for the Northern District

of Illinois, the United States District Court for the Southern District of Illinois, and the United States District Court for the Eastern District of Wisconsin.

2. Ms. Loftus is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency.

3. Movant is satisfied that Ms. Loftus possesses the character and skills required of a member of the Bar of this Court.

WHEREFORE, Movant requests admission of Julie M. Loftus as representative of Third-Party Defendants Smartmatic in this proceeding.

Dated: May 29, 2024

Respectfully submitted,

/s/ J. Erik Connolly
J. Erik Connolly
    DC Bar No. IL0099
    Email: econnolly@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312.212.4949

*Attorneys for Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be filed with the Clerk of Court using the CM/ECF system on May 29, 2024, which I understand to have served counsel for the parties.

                                                      */s/ J. Erik Connolly*
                                                      J. Erik Connolly