UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>  vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>  vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>    *Third-Party Defendants*. | Case No. 21-cv-445-CJN |

### [PROPOSED] ORDER GRANTING SMARTMATIC'S MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY JULIE M. LOFTUS

Upon consideration of Third-Party Defendants' Motion for Admission *Pro Hac Vice* of Attorney Julie M. Loftus in the above-captioned matter and the Declaration of Julie M. Loftus in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that Third-Party Defendants' Motion for Admission *Pro Hac Vice* of Julie M. Loftus is **GRANTED**; and

**FURTHER ORDERED**, that Julie M. Loftus be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2024.

Dated: _____

_____
CARL J. NICHOLS
United States District Judge