UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **US DOMINION INC., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**MY PILLOW INC., et al.,**<br><br>Defendants. | Civil Action No.<br><br>1:21-cv-445-TJK-MAU |

## ORDER

Upon consideration of Defendants' Motions to Compel the Deposition Testimony of Carlotta Wells and John Negroponte (ECF No. 182; ECF No. 183), the United States' Opposition thereto (ECF No. 190; ECF No. 191), Defendants' Replies (ECF No. 193; ECF No. 194), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant's Motion to Compel Deposition Testimony of Carlotta Wells, ECF No. 182, is **DENIED**, and it is further,

**ORDERED** that Defendant's Motion to Compel Deposition Testimony of John Negroponte, ECF No. 183, is **DENIED**.

**SO ORDERED**.

Date: June 7, 2024

_____
MOXILA A. UPADHYAYA
United States Magistrate Judge

1