UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants*. | Case No. 21-cv-445-CJN |

**SMARTMATIC'S POSITION STATEMENT FOLLOWING THE STATUS CONFERENCE HELD ON MAY 31, 2024**

Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited (collectively, "Smartmatic") respectfully submit this letter to the Court following the Status Conference held on May 31, 2024. At the Status Conference, the Court requested Smartmatic's position with respect to whether the sanctions ordered by the Court on May 31, 2022 (ECF No. 135 at 30-31) should, when the appropriate amount of sanctions is determined by the Court, be 1) ordered to be paid into an escrow account held by the Court, or 2) ordered to be paid to Smartmatic, to be held in escrow, pending final judgment and potential appeal.

Counsel for Smartmatic has conferred with their client, and respectfully request that the ordered sanctions, when the amount is determined by this Court, be ordered to be paid to

1

Smartmatic, to be held in escrow by counsel for Smartmatic subject to an escrow agreement which will be negotiated by the relevant parties. Smartmatic further reserves its rights to seek leave to file a motion for partial final judgment with respect to the dismissal of Lindell's Counterclaims, such that the amounts held in escrow may be releasable to Smartmatic following final judgment and any subsequent appeal.

Dated: June 7, 2024

/s/ J. Erik Connolly

J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Lee B. Muench (*admitted pro hac vice*)
   Illinois ARDC No. 6305846
   Email: lmuench@beneschlaw.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties. A copy will also be sent via email and U.S. mail to the following:

> Douglas A. Daniels
> Heath A. Novosad
> Daniels & Tredennick PLCC
> 6363 Woodway Drive, Suite 700
> Houston, Texas 77057
> doug.daniels@dtlawyers.com
> heath.novosad@dtlawyers.com

*/s/ J. Erik Connolly*
J. Erik Connolly (Bar No. IL0099)

*One of the Attorneys for Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*