# Exhibit 1

## Second Joint Status Report Dispute Chart

**(1) Part One: Disputes Related to the Discovery Protocol.**

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| *Dominion v. Herring Networks, et al.* (21-cv- 2130)<br><br>*Dominion v. My Pillow, et al.* (21-cv- 445)<br><br>*Dominion v. Giuliani* (21-cv- 0213)<br><br>*Dominion v. Powell, et al.* (21-cv-040)<br><br>*Dominion v. Byrne* (21-cv-2131) | Judge Nichols ordered that the parties file simultaneous opening and responsive briefs. The docket numbers are listed below. The most recent dueling proposed orders are attached as **Exhibit 2** and **Exhibit 3**:<br><br>Dominion's Motion<br>• *Powell* ECF 107 (notice), 107-1 (brief), 107-2 (proposed order)<br><br>Defendants' Responses<br>• OAN Response (*Herring* ECF 145)<br>• Bobb Response (*Herring* ECF 147)<br>• Powell Response | All Parties | **(1) Hit Reports** (Dom: §5)[1]<br>• Whether Parties should share hit reports, which provide the number of documents that contain or "hit" on each search term, within the full universe of a party's collected documents.<br><br>**(2) Date Ranges** (Dom: §6, Def: §3(a))<br>• Which proposed date ranges govern custodial and noncustodial production, absent party agreement or court order.<br><br>**(3) Text Message and other non-email communications Redactions** (Dom: §7, Def: §7)<br>• Whether 24-hour portions of text messages that hit on | Following multiple meets and confers, the Parties have been unable to reach agreement. Seeking Court guidance and/or ruling. | Disputed issues were briefed following the September 21, 2023 Hearing before Judge Nichols. |

---

[1] References to the applicable section(s) of Dominion's Proposed Discovery Protocol and Defendants' Proposed Discovery Protocol are noted in parentheses following the heading for each disputed issue.

1

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | (*Powell* ECF 110)<br><br>• DTR Response (*Powell* ECF 111)<br><br>• Byrne Response (*Byrne* ECF 67)<br><br>OAN's Motion<br>• *Herring* ECF 142 (brief); 142-1 (proposed order)<br><br>Bobb's Motion<br>• *Herring* ECF 143<br><br>Powell's Motion<br>• *Powell* ECF 106, 106-1 (brief), 106-4 (proposed protocol))<br><br>Byrne's Motion<br>• *Byrne* ECF 66, 66-1 (brief), 66-2 (proposed protocol)<br><br>Lindell's Notice of Joinder<br>• *Lindell* ECF 199<br><br>Dominion's Consolidated Response | | search terms may be redacted for relevance or responsiveness.<br><br>**(4) Custodians**<br>(Dom: §3(a) & Ex.3; Def: §4(a) & Ex.3)<br>Provision language is agreed; contents of Ex.3 are disputed.<br><br>**(5) Custodian interview process**<br>(Dom: §3(b), Ex.4, Ex.5, §3(c); Def: §4(b))<br><br>• Scope of individuals interviewed;<br>• Whether must ask about certain topics (Ex.4), applications (Ex.5);<br>• Whether limited to "work habits" and work devices; and<br>• Scope of searches based on interviews.<br><br>**(6) Responsiveness & Relevance Review**<br>(Def §6)<br>• What constitutes an appropriate responsiveness and relevance review. | | |

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | to all Defendants' Motions<br>• *Herring* ECF 146 (brief)<br>• *Powell* ECF 112 (same brief)<br>• *Byrne* ECF 68 (same brief)<br><br>OAN's Reply<br>• *Herring* ECF 150 (brief) | | **(7) Organization of Documents** (Dom: §8(a), Def §8(a))<br>• Manner of production of documents.<br><br>**(8) Search Methodology** (Dom: §4, Ex.6, Def: §5)<br>• Whether using search terms, custodians, and timeframes is an acceptable search methodology<br>Whether to enter the parties' agreed search terms as part of the court's order (Ex.6). | | |

The other issues in the proposed discovery protocol are agreed: **Protocol for Production of Electronically Stored Information and Paper Documents** (Dom & Def: §1 & Ex. 1); **Stipulation Regarding Expert Discovery** (Dom & Def: §2 & Ex. 2); **Rolling & Supplemental Productions** (Dom & Def: §8(b), (c)); **Substantial Completion Date** (Dom & Def: §8(d)); **Privilege Log** (Dom & Def: §9); and **Relief & Modification of this Order** (Dom §11, Def §10).

**(2) Part Two: Specific Disputes Involving Dominion and Parties to the OAN Case.**

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| *Dominion v. Herring Networks, et al.* (21-cv- 2130) | In accordance with the Court's discovery dispute resolution process, Dominion and OAN submitted these disputes to the Court via email on two separate dates:<br><br>• April 3, 2024; *see* Exhibit TK<br><br>• July 29, 2024; *see* Exhibit TK | Dominion and the Herring Parties | **(1) Dominion's Request for Financial Documents** (Ex. 10)<br>• Certain of Dominion's Requests for Production to which the Herring Parties have objected.<br><br>**(2) Search of Personal Devices of OAN Employees** (Ex. 11)<br>• Dominion's renewed request that the Herring Parties search for and produce responsive communications from the personal devices of nine custodians.<br><br>**(3) Herring Parties Document Production** (Ex. 11)<br>• Dominion's renewed request for hit counts on agreed search terms and for additional documents responsive to its Requests for Production.<br><br>**(4) Dominion's Amended Disclosures** (Ex. 11) | Following multiple meets and confers the Parties have been unable to reach agreement. Seeking Court guidance and/or ruling. | Disputed issues were submitted to the Court in joint submissions dated April 3, 2024 and July 29, 2024. |

4

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | | | • Section III of Dominion's amended disclosures regarding damages-related information<br><br>**(5) Herring Parties Request for Inspection** (Ex. 11)<br>• Certain aspects of Herring Parties request for inspection of voting machines and software to which Dominion has objected<br><br>**(6) Herring Parties Additional Requested Custodians** (Ex. 10)<br>• 5 additional custodians requested.<br><br>**(7) Documents on Herring Parties' Privilege Log** (Ex. 11)<br>• 61 documents on the Herring Parties' privilege log that do not list an attorney.<br><br>**(8) Dominion's Response to Herring Parties Interrogatory No. 7** (Ex. 10)<br>• Scope of responsive | | |

5

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | | | information.<br>• Timeframe of responsive information.<br><br>**(9) Herring Parties Requests for Production** (Ex. 10)<br>• Timeframe applicable to certain requests.<br>• Search queries requested by Herring Parties for certain requests.<br><br>**(10) Herring Parties Requests for Production** (Ex. 10)<br>• 4 RFPs to which Dominion has objected<br><br>**(11) Claw Back of Dominion Document** (Ex. 11)<br>• Claw back by Dominion of Exhibit DOM-OAN 69 | | |

6

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| *Dominion v. Herring Networks, et al.* (21-cv- 2130) | Bobb's Motion for Partial Stay pending before Judge Nichols is filed at *Herring* ECF 182<br><br>• Dominion's Opposition (*Herring* ECF 185)<br><br>• Bobb's Reply (*Herring* ECF 186) | Dominion and Christina Bobb | **(1) Bobb's Motion for Partial Stay of Discovery pending resolution of criminal case**<br><br>• Bobb's motion for a limited stay of discovery propounded to Bobb, including her deposition, pending resolution of Arizona criminal indictment.<br>• Dominion's request that Bobb be directed to immediately produce documents and sit for a deposition. | Following multiple meets and confers the Parties have been unable to reach agreement. Bobb is seeking Judge Nichol's ruling. | Disputed issues are fully briefed as of July 15, 2024. |

7

**(3) Part Three: Specific Disputes Involving Dominion and Byrne.**

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| *Dominion v. Byrne* (1:21-cv-02131) | In accordance with the Court's discovery dispute resolution process, Dominion submitted these disputes to the Court via email on July 2, 2024. *See* Ex. 12. | Dominion and Patrick Byrne | **(1) Byrne's Document Custodians:**<br>• Dominion's request that Mr. Byrne identify additional document custodians.<br><br>**(2) Byrne's Search for Documents:**<br>• Dominion's request that Mr. Byrne confirm that he has searched all locations where non-duplicative, responsive information may be stored.<br><br>**(3) Byrne's Document Production**<br>• Dominion's request that Mr. Byrne complete his document production<br>• Dominion's request that Mr. Byrne clearly state whether he has produced certain documents he agreed to produce and whether he is refusing to produce other documents Dominion requested (and if so, why). | Following multiple meets and confers the Parties have been unable to reach agreement. Seeking Court guidance and/or ruling. | Dominion completed and submitted its portions of the Court's Discovery Dispute Template on July 2, 2024. Dominion repeatedly invited Counsel for Byrne to do the same. |

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | | | **(4) Byrne's Privilege Log**<br>- Dominion's request that Mr. Byrne provide additional information regarding certain entries on his privilege log so that Dominion can assess the privilege claim.<br><br>**(5) Dominion's Request for Production Seeking Financial information**<br>- Certain of Dominion's Requests for Production to which Mr. Byrne has objected. | | |

Defendants by case:

- *Dominion v. Herring Networks* (21-cv-02130): Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, Christina Bobb
- *Dominion v. My Pillow, Inc.* (21-cv-00445): Michael J. Lindell, My Pillow, Inc.
- *Dominion v. Giuliani* (21-cv-00213): Rudolph w. Giuliani
- *Dominion v. Powell* (21-cv-00040): Sidney Powell, Sidney Powell, P.C., Defending the Republic
- *Dominion v. Byrne* (21-cv-02131): Patrick Byrne