IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MY PILLOW, INC., and MICHAEL J. LINDELL, <br><br> Defendants/Counter and Third-Party Plaintiffs, <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, <br><br> Third-Party Defendants. | Case No. 1:21-cv-445 (CJN) |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's September 13, 2024, Minute Order, Plaintiffs, US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"); and Defendants Michael J. Lindell and MyPillow, Inc. ("Defendants") submit this joint status report regarding discovery.

The Parties have been working collaboratively over the past several weeks to try and resolve discovery disputes. This has included Defendants producing a hard drive, which Plaintiffs received on August 20, 2024, containing a very large number of files and documents that lack the usual metadata accompanying modern productions. The Parties have agreed that, given the timing,

1

size, and nature of this production, and the time and resources required to process the data included in this production, it is reasonable and necessary to continue scheduling and taking party and third-party depositions beyond September 30, as outlined in the proposed amended schedule Dominion submitted to the Court on September 10, 2024.  The Parties therefore do not have any current discovery disputes requiring the Court's attention.

Dated:  September 18, 2024

Respectfully submitted,

*/s/ Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

>Edgar Sargent (*Admitted pro hac vice*) Katherine Peaslee (*Admitted pro hac vice*) **SUSMAN GODFREY L.L.P.**
>401 Union Street, Suite 3000
>Seattle, WA 98101
>Tel: (206) 516-3880
>esargent@susmangodfrey.com
>kpeaslee@susmangodfrey.com
>
>*Attorneys for Plaintiffs*

>*s/ Christopher I. Kachouroff*
>Christopher I. Kachouroff
>McSWEENEY CYNKAR & KACHOUROFF, PLLC
>13649 Office Place, Suite 101
>Woodbridge, VA 22192
>(703) 621-3300
>chris@mck-lawyers.com
>
>*Attorneys for Defendants My Pillow, Inc. and Michael J. Lindell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

>*/s/ Davida Brook*