UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>    vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>    *Third-Party Defendants*. | Case No. 21-cv-445-CJN |

### DECLARATION OF TIMOTHY M. FREY IN SUPPORT OF SMARTMATIC'S MOTION FOR CIVIL CONTEMPT

I, Timothy M. Frey, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

    1.    I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

    2.    I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

    3.    Attached as Exhibit 1 is a true and correct copy of an email from me to counsel for Michael Lindell and My Pillow, Inc., Chris Kachouroff.

4.  Attached as Exhibit 2 is a true and correct copy of an email exchange between Mr. Kachouroff and me from January 29, 2025 to February 26, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Timothy M. Frey

Executed on March 12, 2025