| | |
|---|---|
| **From:** | Frey, Timothy |
| **To:** | Chris Kachouroff |
| **Subject:** | Smartmatic/Lindell Call |
| **Date:** | Tuesday, January 14, 2025 9:42:29 AM |

Hi Chris,

Do you have any availability tomorrow for a call to discuss 1) reaching a potential agreement on a proposal to Judge Bryan for oral argument time limits, and 2) the escrow agreement referenced by Judge Nichols in his sanctions order yesterday?

I am generally available other than 1-2 CT.

Thanks,

Tim

vCard Bio

Timothy M. Frey
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6365 | TFrey@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice