| | |
|---|---|
| **From:** | Chris Kachouroff |
| **To:** | Frey, Timothy |
| **Cc:** | Loftus, Julie |
| **Subject:** | Re: Escrow Agreement for Sanctions Award |
| **Date:** | Thursday, February 27, 2025 7:30:58 AM |
| **Attachments:** | image002.png |
| | image.png |

I am out of town until Saturday. Will let you know sometime over the weekend.

On Wed, Feb 26, 2025 at 4:36 PM Frey, Timothy <[TFrey@beneschlaw.com](mailto:TFrey@beneschlaw.com)> wrote:

> Chris,
>
> Please let us know by Friday whether Mr. Lindell will sign and pay. If we do not hear from you, we will move forward with the Court next week.
>
> Thank you,
>
> Tim



Timothy M. Frey
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6365 | TFrey@beneschlaw.com
[www.beneschlaw.com](http://www.beneschlaw.com)
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

vCard Bio

**From:** Chris Kachouroff <[chris@mck-lawyers.com](mailto:chris@mck-lawyers.com)>
**Sent:** Friday, February 21, 2025 5:22 PM
**To:** Frey, Timothy <[TFrey@beneschlaw.com](mailto:TFrey@beneschlaw.com)>
**Cc:** Loftus, Julie <[JLoftus@beneschlaw.com](mailto:JLoftus@beneschlaw.com)>
**Subject:** Re: Escrow Agreement for Sanctions Award

Working on getting in touch with him now.

On Fri, Feb 21, 2025 at 6:14 PM Frey, Timothy <[TFrey@beneschlaw.com](mailto:TFrey@beneschlaw.com)> wrote:

> Hi Chris,
>
> As discussed, Smartmatic does not agree to $5k per month. Attached please find the final Escrow Agreement, which has been executed by Smartmatic and Benesch. I understand from our prior conversations that Mr. Lindell does not dispute the language of the Escrow Agreement itself, but is otherwise refusing to sign/pay. Please confirm that this is

the case.

Thank you,

Tim


vCard  Bio

Timothy M. Frey
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6365 | TFrey@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Chris Kachouroff <chris@mck-lawyers.com>
**Sent:** Wednesday, February 5, 2025 4:22 PM
**To:** Frey, Timothy <TFrey@beneschlaw.com>
**Subject:** Re: Escrow Agreement for Sanctions Award

Can you guys do $5K per month?

On Wed, Feb 5, 2025 at 4:52 PM Frey, Timothy <TFrey@beneschlaw.com> wrote:

Hi Chris,

I understand from our call on Monday that you may have proposed edits to this agreement.  Please send over any comments or edits by tomorrow so that we can get the agreement finalized.

Thanks,

Tim

Timothy M. Frey
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6365 | TFrey@beneschlaw.com
www.beneschlaw.com

vCard  Bio

71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Frey, Timothy <TFrey@beneschlaw.com>
**Sent:** Wednesday, January 29, 2025 4:42 PM
**To:** Chris Kachouroff <chris@mck-lawyers.com>
**Subject:** Escrow Agreement for Sanctions Award

Hi Chris,

As previously discussed, attached please find a draft Escrow Agreement for Benesch to hold the sanctions award issued below.  Please let us know by Monday, February 3, whether you have any comments or proposed edits.  If you do not have any edits, please have your client execute and we will do the same.

Thank you,

Tim



vCard Bio

Timothy M. Frey
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6365 | TFrey@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Monday, January 13, 2025 9:56 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:21-cv-00445-CJN-MAU US DOMINION, INC. et al v. MY PILLOW, INC. et al Order on Motion for Miscellaneous Relief

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of

each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 1/13/2025 at 10:55 AM EDT and filed on 1/13/2025

| | |
|---|---|
| **Case Name:** | US DOMINION, INC. et al v. MY PILLOW, INC. et al |
| **Case Number:** | 1:21-cv-00445-CJN-MAU |
| **Filer:** | |
| **Document Number:** | 234 |

**Docket Text:**
**ORDER as to [118] Motion for Sanctions. Signed by Judge Carl J. Nichols on January 13, 2025. (lccjn2)**

**1:21-cv-00445-CJN-MAU Notice has been electronically mailed to:**

Robert J. Cynkar     rcynkar@mck-lawyers.com

Christopher Ivan Kachouroff     chris@mck-lawyers.com

Martin Vincent Sinclair, Jr     mvs@sperling-law.com, docket@beneschlaw.com

Zachary Savage     ZSavage@susmangodfrey.com

Justin A. Nelson (Terminated)     jnelson@susmangodfrey.com, klombardo@susmangodfrey.com

Mary Kathryn Sammons     ksammons@susmangodfrey.com, jingram@susmangodfrey.com

Stephen Shackelford, Jr     sshackelford@susmangodfrey.com, apena@susmangodfrey.com, aracelys-pena-0936@ecf.pacerpro.com

Stephen Morrissey     smorrissey@susmangodfrey.com

Davida Brook     dbrook@susmangodfrey.com

Jonathan J. Ross     jross@susmangodfrey.com, llindsey@susmangodfrey.com

Laranda Walker     lwalker@susmangodfrey.com, lcavazos@susmangodfrey.com, lisa-cavazos-1267@ecf.pacerpro.com

Joel Erik Connolly     econnolly@beneschlaw.com, LMuench@beneschlaw.com, docket@beneschlaw.com, jloftus@beneschlaw.com, kcarlson@beneschlaw.com, tfrey@beneschlaw.com

Nicole Wrigley     nwrigley@beneschlaw.com, docket@beneschlaw.com, rfelix@beneschlaw.com

Jordan Mikhail Rux, I (Terminated)     jrux@susmangodfrey.com, jerod-williams-0433@ecf.pacerpro.com, jwilliams@susmangodfrey.com

Cassandra Snyder     cassandra.m.snyder@usdoj.gov, fedprog.ecf@usdoj.gov

Lee Muench    lmuench@beneschlaw.com, docket@beneschlaw.com

Julie Loftus    jloftus@beneschlaw.com, docket2@beneschlaw.com

Eve Levin    elevin@susmangodfrey.com, cmorillo@susmangodfrey.com

Mark Hatch-Miller    mhatch-miller@susmangodfrey.com

Elizabeth B. Hadaway    ehadaway@susmangodfrey.com, nolguin@susmangodfrey.com

Christina Dieckmann    cdieckmann@susmangodfrey.com, jwang@susmangodfrey.com

Edgar Sargent    esargent@susmangodfrey.com, ghuante@susmangodfrey.com

Timothy M Frey    tfrey@beneschlaw.com

**1:21-cv-00445-CJN-MAU Notice will be delivered by other means to::**

Brittany Fowler
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6029

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/13/2025] [FileNumber=9317031-0]
[72c694f5fb246b4f2f90f32815b95b73d357648893d3c9a734c638c97f2b36ab656f
c706b6f0878937652570dabcec323af766a7126ee9143c57117f0f568c7f]]

--

--

**CHRISTOPHER I. KACHOUROFF, ESQ.**

Tel: 703.621.3300

Cell: 703.853.0160

Web: www.mck-lawyers.com



--

--

**CHRISTOPHER I. KACHOUROFF, ESQ.**

Tel: 703.621.3300

Cell: 703.853.0160

Web: www.mck-lawyers.com



--
--
**CHRISTOPHER I. KACHOUROFF, ESQ.**
Tel: 703.621.3300
Cell: 703.853.0160
Web: www.mck-lawyers.com

