UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>*Third-Party Defendants*. | Case No. 21-cv-445-CJN |

## SMARTMATIC'S MOTION FOR LEAVE TO FILE

Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited (collectively, "Smartmatic") respectfully move this Court for an order permitting Smartmatic to file supplemental information under seal.

1. On March 12, 2025, Smartmatic moved this Court for a finding of civil contempt in light of Mr. Lindell's failure to comply with the Court's January 13, 2025 Order directing Mr. Lindell to "pay $56,369 to Smartmatic . . . to be held in escrow by Smartmatic's counsel, subject to an escrow agreement" as sanctions for filing frivolous claims against Smartmatic. (ECF No. 234; ECF No. 235.) On April 16, 2025, the parties attended a status conference convened by this Court to address the unpaid sanctions award. (April 16, 2025 Minute Entry.) At the status conference, this Court requested that Lindell submit financial records to substantiate his claimed

inability to pay the as-ordered sanctions. Lindell submitted sealed financial records on April 18, 2025 (ECF No. 236.)

2.     The under-seal documents refer to, and purport to represent, Smartmatic's "beliefs" about Lindell's financial condition. Without disclosing their contents, Smartmatic respectfully submits that documents produced by Lindell in the case captioned *Smartmatic USA Corp., et al. v. Lindell, et al.* pending in the District of Minnesota ("Minnesota Litigation") are (1) inconsistent with representations made by Lindell to this Court and (2) consistent with Smartmatic's prior representations to this Court regarding Lindell's financial condition.

3.     Smartmatic respectfully requests leave to file under seal supplemental information produced by Lindell to Smartmatic as "Attorney's Eyes Only" in the Minnesota Litigation. This supplement would provide the Court with the full spectrum of information regarding Lindell's claims about his financial condition.

4.     Counsel for Smartmatic has been meeting and conferring with counsel for Lindell regarding the submission of this information under seal, but has not yet received written consent to share the information with this Court. Accordingly, Smartmatic will also move the Court in the District of Minnesota for modifications to the Protective Order in that case, to the extent necessary, to allow Smartmatic to share the information produced by Lindell in the Minnesota Litigation under seal in this Court.

Dated: April 29, 2025

/s/ J. Erik Connolly

J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Timothy M. Frey (admitted *pro hac vice*)
   Illinois ARDC No. 6303335
   Email: tfrey@beneschlaw.com
Julie M. Loftus (admitted *pro hac vice*)
   Illinois ARDC No. 6332174
   Email: jloftus@beneschlaw.com


BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ J. Erik Connolly
J. Erik Connolly (Bar No. IL0099)

*One of the Attorneys for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*