# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br>     Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> MY PILLOW, INC., and MICHAEL J. LINDELL., *et al.*, <br><br>     Defendants/Counterclaim, Third-Party Claim Defendants <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC., *et al.* <br><br>     Counterclaim/Third-Party Claim Defendants | Civil Action No. 1:21-cv-00445-CJN-MAU <br><br><br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Section 9(b) of this Court's Standing Order, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., Dominion Voting Systems Corporation ("Plaintiffs"), and Defendants My Pillow, Inc. and Michael J. Lindell ("Defendants") (collectively, the "Parties"), hereby file this Joint Motion for Extension of Time ("Joint Motion"), and request this Court to enter an Amended Scheduling Order in the above-styled action (the "Action")[1] pursuant to the terms provided below and in the attached proposed order (Exhibit A). In support of this Joint

---

[1] The Action is currently consolidated for purposes of discovery with three other related cases: *US Dominion, Inc., et al v. Powell*, No. 1:21-cv-00040-CJN (D.D.C.); *US Dominion, Inc., et al v. Giuliani*, No. 1:21-cv-00231-CJN (D.D.C.); and *US Dominion, Inc., et al v. Herring Networks, et al.*, No. 1:21-cv-02130-CJN (D.D.C.); and schedules in those three cases have been coordinated with *US Dominion, Inc., et al v. Byrne*, No. 1:21-cv-02131-CJN (D.D.C.), another related case. This Joint Motion is filed by the Parties only to the Action and the Parties' request for extension of time is limited only to the deadlines in the existing Scheduling Order as they apply to the Action.

Motion, the Parties state the following:

1. The current scheduling order in the above-styled action contains the following deadlines:

    a. Deadline for Dispositive Motions: **June 13, 2025**

    b. Deadline for Oppositions to Dispositive Motions: **July 18, 2025**

    c. Deadline for Replies in Support of Dispositive Motions: **August 29, 2025**

2. The Parties request this Court enter an Amended Scheduling Order in the Action with the following new deadlines:

    a. Deadline for Dispositive Motions: **October 20, 2025**

    b. Deadline for Oppositions to Dispositive Motions: **November 24, 2025**

    c. Deadline for Replies in Support of Dispositive Motions: **January 5, 2026**

3. There have been five prior amendments to the March 1, 2022 Scheduling Order in the Action: (1) August 19, 2022; (2) December 2, 2022; (3) May 15, 2023; (4) July 24, 2023; and (5) November 8, 2024. This proposed Amended Scheduling Order shall supersede the Order Regarding Scheduling and Discovery Disputes entered by the Court on November 8, 2024 (ECF 233) in the Action, but only in the Action.

4. Good cause exists for extending the open deadlines in the Order Regarding Scheduling and Discovery Disputes as they applied to the Parties to the Action. Counsel for Defendants is scheduled to be in trial in *Coomer v. Lindell, et al* (1:22-cv-01129-NYW-SBP) before the United States District Court for the District Colorado beginning June 2, 2025. The trial is scheduled to last ten days. Given Defendants' counsel's obligations related to the *Coomer v. Lindell* trial, the Parties contend that extending the deadlines related to dispositive motions is appropriate.

5. The granting of this Joint Motion will extend all open deadlines in the Action as to the

Parties to this Joint Motion by 129 days.

6. In accordance with both Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's Standing Order, the Parties have conferred and agree to the entry of this Amended Scheduling Order requested by this Joint Motion.

WHEREFORE, Plaintiffs and Defendants respectfully request this Court grant the Parties' Joint Motion for Extension of Time.

Dated: May 20, 2025                               Respectfully submitted,

<table>
<tr><td>

*/s/ Laranda Walker*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

</td><td>

*/s/ Christopher I. Kachouroff*
Christopher I. Kachouroff
Robert J. Cynkar
**McSWEENEY CYNKAR & KACHOUROFF, PLLC**
13649 Office Place, Suite 101
Woodbridge, VA 22192
Tel: (703) 621-3300
chris@mck-lawyers.com
rcynkar@mck-lawyers.com

*Attorneys for Defendants*

</td></tr>
</table>

4

5

**CERTIFICATE OF SERVICE**

    I, Laranda Walker, hereby certify that on May 20, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                                         */s/ Laranda Walker*
                                                                         Laranda Walker