# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.* <br><br>     Plaintiffs/Counterclaim Defendants <br><br> v. <br><br> MY PILLOW, INC., and <br> MICHAEL J. LINDELL., *et al.,* <br><br>     Defendants/Counterclaim, Third-Party Claim Defendants <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC., *et al.* <br><br>     Counterclaim/Third-Party Claim Defendants | Civil Action No. 1:21-cv-00445-CJN-MAU <br><br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] AMENDED SCHEDULING ORDER**

    a. Deadline for Dispositive Motions: **October 20, 2025**

    b. Deadline for Oppositions to Dispositive Motions: **November 24, 2025**

    c. Deadline for Replies in Support of Dispositive Motions: **January 5, 2026**

<br><br>

                                                        _____
                                                        Judge Carl J. Nichols
                                                        United States District Court