IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>　　　Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>　　　Defendants/Counter and Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>　　　Third-Party Defendants. | Case No. 1:21-cv-445 (CJN) |

**STATUS REPORT**

Pursuant to the Court's October 31, 2025, Minute Order, Plaintiffs, US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), submit this Status Report.

The Parties have completed discovery, and there are no outstanding motions between the Parties on which the Court should rule. At this time, Plaintiffs do not intend to file dispositive motions. Plaintiffs submit that this case is ready to be set for trial.

On November 13, 2025, counsel for Defendants Michael J. Lindell and MyPillow, Inc. ("Defendants") informed Plaintiffs that Defendants would seek an extension to file a joint status report. Plaintiffs consented to the extension. In the afternoon of November 14, 2025, Defendants filed their Motion for Extension of Time. Dkt. 242. Plaintiffs informed counsel for Defendants that if the Court did not grant the extension before 7:00 pm this evening, Plaintiffs would be filing this Status Report. Thus, while Plaintiffs consent to Defendants' request for an extension, Plaintiffs file this Status Report to comply with the Court's deadline.

Dated: November 14, 2025

Respectfully submitted,

/s/ Davida Brook
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*) Katherine Peaslee (*Admitted pro hac vice*) **SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                                   /s/Davida Brook