# Exhibit A

| | |
|---|---|
| **From:** | Loftus, Julie |
| **To:** | Christopher Kachouroff; Jen DeMaster |
| **Cc:** | Frey, Timothy |
| **Subject:** | DDC Filing - Service of Sealed Documents |
| **Date:** | Monday, June 9, 2025 12:25:41 PM |
| **Attachments:** | Activity in Case 121-cv-00445-CJN-MAU US DOMINION INC. et al v. MY PILLOW INC. et al Sealed Document.msg |
| | 2025.06.09 DDC Filing.zip |
| | image979625.jpg |

Chris and Jen,

Please find attached and served upon you sealed documents submitted to the Court in the *Dominion* case, as previously discussed.

Best,
Julie

Julie Loftus
(she/her/hers)
Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com

www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606‑4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice