# Exhibit B

| | |
|---|---|
| **From:** | Loftus, Julie |
| **To:** | Christopher Kachouroff; Jen DeMaster |
| **Cc:** | Frey, Timothy |
| **Subject:** | RE: DDC Filing - Service of Sealed Documents |
| **Date:** | Monday, November 24, 2025 11:15:09 AM |
| **Attachments:** | Activity in Case 121-cv-00445-CJN-MAU US DOMINION INC. et al v. MY PILLOW INC. et al Sealed Document.msg |
| | DDC Filing - Service of Sealed Documents.msg.msg |
| | 2025.06.09 DDC Filing.zip |

Chris and Jen,

Attached and below please find the documents we served when filing ECF No. 240 in the D.C. *Dominion* dispute. We are sending them again in light of the Court's directive that we ensure you have these documents.

Thank you,
Julie



Julie Loftus
(she/her/hers)
Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com

www.beneschlaw.com

71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Loftus, Julie <JLoftus@beneschlaw.com>
**Sent:** Monday, June 9, 2025 12:26 PM
**To:** Christopher Kachouroff <chris@mck-lawyers.com>; Jen DeMaster <jennifer@demasterlaw.com>
**Cc:** Frey, Timothy <TFrey@beneschlaw.com>
**Subject:** DDC Filing - Service of Sealed Documents

Chris and Jen,

Please find attached and served upon you sealed documents submitted to the Court in the *Dominion* case, as previously discussed.

Best,
Julie



Julie Loftus
(she/her/hers)
Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com
www.beneschlaw.com

71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice