# Exhibit C

| | |
|---|---|
| **From:** | Loftus, Julie |
| **To:** | Barbara Berens; Chris Kachouroff |
| **Cc:** | Frey, Timothy; Jen DeMaster |
| **Subject:** | RE: DDC Filing - Service of Sealed Documents |
| **Date:** | Tuesday, November 25, 2025 2:49:56 PM |
| **Attachments:** | Activity in Case 121-cv-00445-CJN-MAU US DOMINION INC. et al v. MY PILLOW INC. et al Sealed Document.msg |
| | DDC Filing - Service of Sealed Documents.msg |
| | 2025.06.09 DDC Filing.zip |
| | image411937.jpg |

Barbara,

Please see attached.

Best,
Julie

Julie Loftus
(she/her/hers)
Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com

www.beneschlaw.com

71 South Wacker Drive, Suite 1600, Chicago, IL 60606‑4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Barbara Berens <bberens@berensmiller.com>
**Sent:** Tuesday, November 25, 2025 2:48 PM
**To:** Chris Kachouroff <chris@mck-lawyers.com>
**Cc:** Frey, Timothy <TFrey@beneschlaw.com>; Jen DeMaster <Jennifer@demasterlaw.com>; Loftus, Julie <JLoftus@beneschlaw.com>
**Subject:** Re: DDC Filing - Service of Sealed Documents

thanks

> On Nov 25, 2025, at 2:34 PM, Chris Kachouroff <chris@mck-lawyers.com> wrote:
>
> Yes, please share those docs. Thanks
>
> Sent from my iPhone
>
>> On Nov 24, 2025, at 12:38 PM, Frey, Timothy <TFrey@beneschlaw.com> wrote:
>>
>> Chris and Jen,
>>
>> I am copying Barbara here, who has appeared in the Minnesota case but – to my knowledge – not yet in the DC litigation. Can you please confirm whether we should also be sharing these documents with Barbara? They were filed under seal in DC only because they were produced as confidential in the Minnesota case, such that we assume it should be okay. However, as they are currently under seal in DC we do not want to share without consent.

Thank you,

Tim

| | |
|---|---|
| vCard Bio | Timothy M. Frey<br>Partner \| Litigation<br>Benesch Friedlander Coplan & Aronoff LLP<br><br>t: 312.624.6365 \| TFrey@beneschlaw.com<br>www.beneschlaw.com<br>71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637<br><br>Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice |

**From:** Loftus, Julie <JLoftus@beneschlaw.com>
**Sent:** Monday, November 24, 2025 11:15 AM
**To:** Christopher Kachouroff <chris@mck-lawyers.com>; Jen DeMaster <jennifer@demasterlaw.com>
**Cc:** Frey, Timothy <TFrey@beneschlaw.com>
**Subject:** RE: DDC Filing - Service of Sealed Documents

Chris and Jen,

Attached and below please find the documents we served when filing ECF No. 240 in the D.C. *Dominion* dispute. We are sending them again in light of the Court's directive that we ensure you have these documents.

Thank you,
Julie

| | |
|---|---|
| <image001.jpg> | Julie Loftus<br>(she/her/hers)<br>Managing Associate \| Litigation<br>Benesch Friedlander Coplan & Aronoff LLP<br><br>t: 312.624.6341 \| JLoftus@beneschlaw.com<br>www.beneschlaw.com<br>71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637<br><br>Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice |

**From:** Loftus, Julie <JLoftus@beneschlaw.com>
**Sent:** Monday, June 9, 2025 12:26 PM
**To:** Christopher Kachouroff <chris@mck-lawyers.com>; Jen DeMaster <jennifer@demasterlaw.com>
**Cc:** Frey, Timothy <TFrey@beneschlaw.com>
**Subject:** DDC Filing - Service of Sealed Documents

Chris and Jen,

Please find attached and served upon you sealed documents submitted to the Court in the *Dominion* case, as previously discussed.

Best,
Julie

Julie Loftus
(she/her/hers)
Managing Associate | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 312.624.6341 | JLoftus@beneschlaw.com
www.beneschlaw.com
71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice