# Exhibit D



# Mike Lindell Legal Defense Fund

UPDATE: June 16, 2025

**Mike Lindell Vindicated in Landmark Defamation Trial**

**MyPillow is exonerated and will Pay $0.00**

Denver, CO — In a defiant stand for the First Amendment, Mike Lindell, CEO of MyPillow, has emerged largely victorious in a closely watched defamation trial brought by former Dominion Voting Systems executive Eric Coomer. While corporate media giants like Fox News surrendered under pressure—paying $787.5 million to Dominion to avoid a courtroom showdown—Lindell took the fight all the way to a jury trial and was overwhelmingly cleared of wrongdoing.

## Updates

**We Did It- Thanks to you!**
June 20th, 2025

Description: My trial win will lead to permanent election reform—with your help! Because of your generous support, we've just won a major victory in the battle for truth, justice, and the First Amendment.

**JURY TRIAL VERDICT: MASSIVE WIN FOR MYPILLOW!**
June 19th, 2025

FOR IMMEDIATE RELEASE
June 16, 2025

Mike Lindell Vindicated in Landmark Defamation Trial







**Recent Donations**

Show: Most Recent

MG Taylor - $ 50.00 USD
Just now
♥ 0

Anonymous Giver - $ 20.00 USD
Just now
♥ 0

David Fitzgerald - $ 50.00 USD
3 hours ago
♥ 1

Anonymous Giver - $ 25.00 USD
13 hours ago
Thank you Mike
♥ 4

Tony Nap - $ 25.00 USD
16 hours ago
God bless you Mike, MAGA!
♥ 5

Goal: USD $1,500,000
Raised: USD $448,819

Campaign created by Friends of Mike Lindell
Campaign funds will be received by Mike Lindell

Give 5050
Share 1163
Pray 423

