# Exhibit E





Read more

**Dominion now known as "Liberty Votes" Immediately attacks Mike Lindell!**
November 14th, 2025

BREKAING: MINNEAPOLIS, MN — [November 14, 2025] — MyPillow CEO and election security advocate Mike Lindell has issued a breaking statement revealing a shocking new development in his ongoing legal battle against Dominion Voting Systems—now rebranded

Read more

**Q: Does the Smartmatic Charges change things for Mike A: NO!**
October 21st, 2025

Hello to the friends and supporters of Mike.

Smartmatic, the same company that has gone into a Minnesota court without jurisdiction and tried to claim defamation by Mike Lindell, is having a very bad week. Right now NOTHING

Read more

**Smartmatic was just CHARGED- our APPEAL HAS TEETH!**
October 18th, 2025

Hello everyone, You may have seen this already but just this past week Smartmatic was officially CHARGED.

This clip is from CNN- not a reliable source usually, but even they are saying these charges

Read more

**Mike just went on Alex Jones to explain ARTIC FROST-SHOCKING!**
October 15th, 2025

click here : https://x.com/MLindellDefense/status/1978170981056414185

6 agencies came after Mike Lindell- ARTICFROST worked to freeze Mike's bank accounts and ruin MyPillow. The Federal Government, under the Biden Regime, weaponized itself against

Read more

**Click below to Listen to Mike's URGENT Update!**
October 13th, 2025

https://x.com/realMikeLindell/status/1977072140714172555

Friends of Mike Lindell

Read more

**Judge Makes Wrongful Ruling Against Mike Lindell & MyPillow!**
October 4th, 2025

Hey everybody, this is Mike Lindell.

But I do have some very bad news and I need everyone to please share this message. a Judge just ruled for Smartmatic against me and MyPillow in Minnesota, claiming defamation. They want to



Read more

Follow

Anonymous Giver-$ 15.00 USD



## Prayer Requests

Click the Pray button to let the campaign owner know you are praying for them.

Pray

## Campaigns Near Me



**Creative**

Raised: USD $150
Goal: USD $225,000

**Mega Trump - The Action Series**

Welcome Patriot! We are professional filmmakers in Los Angeles creating the most epic action movie of all time: "Me...

Last donation 1 year ago

Give



**Medical**

Raised: USD $1,400
Goal: USD $10,000

**Help The Armoza Family**

Our dear friend, a devoted single mother and one of the strongest women we know, is now facing a battle no one ever...

Last donation 1 hour ago

Give



**Community**

Raised: USD $5,614
Goal: USD $30,000

**Rally Around The Williams Family**

Many of you have come to know and love Christine & Joel (aka Homemade revival) over the years. I organized this fun...

Last donation 1 hour ago

Give

See More Campaigns

# GiveSendGo

The place where help and hope go hand in hand.

Start a GiveSendGo     Support GiveSendGo




