IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>     Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>     Defendants/Counter and Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>     Third-Party Defendants. | Case No. 1:21-cv-445 (CJN) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
BY DEFENDANTS LINDELL AND MY PILLOW, INC.**

Pursuant to Section 9(b) of this Court's Standing Order, Defendants My Pillow, Inc. and Michael J. Lindell ("Defendants") hereby file this Unopposed Motion for Extension of Time ("Motion"), and request this Court to enter an Amended Scheduling Order in the above-styled action pursuant to the terms provided below and in the attached proposed order (Exhibit A). In support of this Motion, Defendants state the following:

1. On January 5, 2026, the Court ordered Defendants to file a motion to amend the Amended Scheduling Order (ECF 239) if they wished to file a motion for summary judgment.

1

2. After transition to new counsel is complete, Defendants do intend to file a motion for summary judgment. Plaintiffs do not oppose this motion.

3. The current scheduling order in the above-styled action contains the following deadlines:

    a) Deadline for Dispositive Motions: October 20, 2025

    b) Deadline for Oppositions to Dispositive Motions: November 24, 2025

    c) Deadline for Replies in Support of Dispositive Motions: January 5, 2026

4. Defendants request this Court enter an Amended Scheduling Order in the Action with the following new deadlines:

    a) Deadline for Dispositive Motions: April 3, 2026 (Defendants)

    b) Deadline opposition to the initial motion and, if any, cross-motion for summary judgment (to be filed in a consolidated memorandum of law): June 12, 2026 (Plaintiffs)

    c) Deadline for reply in support of initial motion and opposition to cross-motion (to be filed in a consolidated memorandum of law): August 7, 2026 (Defendants)

    d) Deadline for reply in support of cross-motion: September 11, 2026 (Plaintiffs)

5. In accordance with both Local Rule 7(m) and Paragraph 9(b)(vi) of this Court's Standing Order, the Parties have conferred and agree to the entry of this Amended Scheduling Order requested by this Unopposed Motion.

WHEREFORE, Defendants respectfully request this Court grant their Unopposed Motion for Extension of Time.

Dated: January 19, 2026

                                  Respectfully submitted,

                                  */s/Christopher I. Kachouroff*
                                  Christopher I. Kachouroff
                                  Robert J. Cynkar
                                  **MCSWEENY, CYNKAR & KACHOUROFF, PLLC**
                                  13649 Office Place, Suite 101
                                  Woodbridge, VA 22192
                                  Tel: (703) 621-3300
                                  chris@mck-lawyers.com
                                  rcynkar@mck-lawyers.com
                                  *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                                 */s/Christopher I. Kachouroff*