**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br>     Plaintiffs/Counter-Defendants, <br><br> v. <br><br> MY PILLOW, INC., and MICHAEL J. LINDELL, <br><br>     Defendants/Counter and Third-Party Plaintiffs, <br><br> v. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, <br><br>     Third-Party Defendants. | Civil Action No. 1:21-cv-0445 (CJN) |

**AMENDED SCHEDULING ORDER**

a) Deadline for Dispositive Motions: April 3, 2026 (Defendants)

b) Deadline opposition to the initial motion and, if any, cross-motion for summary judgment (to be filed in a consolidated memorandum of law): June 12, 2026 (Plaintiffs)

c) Deadline for reply in support of initial motion and opposition to cross-motion (to be filed in a consolidated memorandum of law): August 7, 2026 (Defendants)

d) Deadline for reply in support of cross-motion: September 11, 2026 (Plaintiffs)

Date:  January 21, 2026

_____
CARL J. NICHOLS
United States District Judge