**Addendum A**

The proposed new caption is as follows:

    LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION,

        Plaintiffs,

        v.

    MY PILLOW, INC., and MICHAEL J. LINDELL,

        Defendants/Counter and Third-Party Plaintiffs,

        v.

    SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,

        Third-Party Defendants.