# EXHIBIT A

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The name of the corporation is Dominion Voting Systems, Inc.

2. The Certificate of Incorporation of the corporation is hereby amended by changing the Article thereof numbered One (First) so that, as amended, said Article shall be and read as follows:
The name of the Corporation (hereinafter called the "Corporation") is Liberty Vote USA Inc.

3. That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

By: /s/ Yaakov Y. Klein
Authorized Officer

Name: Yaakov Y. Klein, Authorized Counsel
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:41 PM 10/17/2025
FILED 03:41 PM 10/17/2025
SR 20254302549 - File Number 4706613

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT
# OF CERTIFICATE OF INCORPORATION

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The name of the corporation is US Dominion, Inc.

2. The Certificate of Incorporation of the corporation is hereby amended by changing the Article thereof numbered One (First) so that, as amended, said Article shall be and read as follows:
The name of the Corporation (hereinafter called the "Corporation") is Liberty Vote Holdings Inc.

3. That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

By: /s/ Yaakov Y. Klein
Authorized Officer

Name: Yaakov Y. Klein, Authorized Counsel
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:35 PM 10/17/2025
FILED 03:35 PM 10/17/2025
SR 20254302431 - File Number 6944838