IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants/Counter and Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>    Third-Party Defendants. | Case No. 1:21-cv-445 (CJN) |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND CASE CAPTION

Upon consideration of Plaintiffs' Unopposed Motion to Amend Case Caption, and any response thereto, the Court hereby GRANTS the Motion. The Court further ORDERS that, for all future filings, the case caption shall refer to (1) US Dominion, Inc., as Liberty Vote Holdings Inc. and (2) Dominion Voting Systems, Inc., as Liberty Vote USA Inc., and shall be consistent with the below:

LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION,

    Plaintiffs,

    v.

MY PILLOW, INC., and MICHAEL J. LINDELL,

    Defendants/Counter and Third-Party Plaintiffs,

    v.

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,

    Third-Party Defendants.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2026

                                                            THE HONORABLE CARL J. NICHOLS
                                                             UNITED STATES DISTRICT JUDGE