## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,

    *Plaintiffs/Counter-Defendants*,

vs.

MY PILLOW, INC., *Defendant/Counter-Claimant*.

MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,

vs.

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,

    *Third-Party Defendants*.

Case No. 21-cv-445-CJN

### SMARTMATIC'S NOTICE OF SUPPLEMENTAL EVIDENCE IN SUPPORT OF SMARTMATIC'S RESPONSE TO LINDELL'S BRIEF TO SHOW CAUSE

Third Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") respectfully submit the following notice of supplemental evidence in support of its Response to Defendant Lindell's Brief to Show Cause (the "Response," ECF No. 249) and its March 12, 2025 Motion for Contempt (ECF Nos. 234, 235).

In its latest filing, Smartmatic argues that Lindell has not demonstrated an inability to pay the $56,369 Sanctions Award issued by this Court on January 13, 2025. (*See* ECF No. 239 at 5-8). Smartmatic also submitted evidence showing that Lindell has raised hundreds of thousands of dollars through third-party entities including: (1) his Legal Defense Fund, (2) his Legal Offense Fund, and (3) his gubernatorial campaign committee, Mike Lindell for Governor (the "Campaign" or the "Committee"). (ECF 239 at 9, Exs. 4-7)

On February 3, 2026, the day after Smartmatic filed its Response, the Minnesota Campaign Finance and Public Disclosure Board posted the 2025 Year End Report for Mike Lindell for Governor. (Declaration of Timothy M. Frey ("Frey Decl.") ¶4) According to the Report, the Committee raised $356,513.40 in cash contributions in 2025 and spent $272,578.03. (Frey Decl. Ex. 1 at 1) The Committee's largest expenditures in 2025, were three purchases of "Lindell Books" and "Mike Lindell Books" from My Pillow Inc. totaling $187,037.87. (*Id.* at 29) In other words, the majority of the funds raised by the Campaign in 2025 were used to make bulk purchases of books from MyPillow Inc., of which Mr. Lindell is the Founder, CEO, and Majority Shareholder.

This supplemental evidence demonstrates that Defendant Lindell uses the hundreds of thousands of dollars raised by third-party entities and his assorted causes, to pay his own company and by extension, himself. It is additional evidence that Lindell has the financial means to satisfy this Court's Sanctions Award.

Dated: February 9, 2026

/s/ Timothy M. Frey

Timothy M. Frey (admitted *pro hac vice*)
   Illinois ARDC No. 6303335
   Email:  tfrey@beneschlaw.com
J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Julie M. Loftus (admitted *pro hac vice*)
   Illinois ARDC No. 6332174
   Email: jloftus@beneschlaw.com


BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                        */s/ Timothy M. Frey*
                        Timothy M. Frey (admitted *pro hac vice*)
                        Illinois ARDC No. 6303335

                        *One of the Attorneys for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*