**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    *Plaintiffs/Counter-Defendants*,<br><br>vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>    *Third-Party Defendants*. | Case No. 21-cv-445-CJN |

**DECLARATION OF TIMOTHY M. FREY**

I, Timothy M. Frey, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over the age of 18, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. These facts are true to the best of my knowledge, information, and belief, and if called upon to testify as a witness, I could and would testify competently to them.

2. I am an attorney at the law firm Benesch, Friedlander, Coplan & Aronoff, LLP, and I represent Third-Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") in the above-captioned lawsuit.

3. On February 2, 2026, Smartmatic filed Smartmatic's Response to Lindell's Brief to Show Cause ("Response," ECF No. 249), in support of its March 12, 2025 Motion for Contempt

(ECF Nos. 234, 235). As part of that Response, Smartmatic alerted the Court that Lindell announced a campaign for Governor of Minnesota, and that his campaign raised over $151,000 within 24 hours. (ECF No. 249 at 9).

4. The day after Smartmatic filed its Response, on February 3, 2026, the Minnesota Campaign Finance and Public Disclosure Board posted the 2025 Year End Report for Lindell's gubernatorial campaign committee, Mike Lindell for Governor (the "Campaign"). The Year End Report lists the Campaign's fundraising and expenditures for 2025, including that Mr. Lindell raised $356,513.40 in cash contributions. Attached as Exhibit 1 is a true and correct copy of the 2025 Year End Report for Mike Lindell for Governor.

5. According to the Year End Report, the Campaign paid MyPillow, Inc. $187,037.87 for "Lindell Books" and "Mike Lindell Books" in 2025. (Ex. 1 at 29). In total, the Campaign's purchases from MyPillow accounted for over two-thirds (68 percent) of the campaign's expenditures in 2025.

6. Mr. Lindell is the Founder, CEO, Majority Shareholder of MyPillow Inc.

7. The Year End Report shows that the bulk of the funds raised by the Campaign in 2025 were channeled to MyPillow, Inc. and by extension, Mr. Lindell.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Timothy M. Frey

Executed on February 6, 2025