**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs/Counter-Defendants,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>    Defendants/Counter and Third-Party Plaintiffs,<br><br>v.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,<br><br>    Third-Party Defendants. | Case No. 1:21-cv-445 (CJN) |

**ORDER GRANTING UNOPPOSED MOTION**
**TO AMEND CASE CAPTION**

Upon consideration of the Unopposed Motion to Amend Case Caption, ECF 250, that Motion is GRANTED. It is ORDERED that, for all future filings, the case caption shall refer to (1) US Dominion, Inc., as Liberty Vote Holdings Inc. and (2) Dominion Voting Systems, Inc., as Liberty Vote USA Inc., and shall be consistent with the below:

LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION,

    Plaintiffs,

    v.

MY PILLOW, INC., and MICHAEL J. LINDELL,

    Defendants/Counter and Third-Party Plaintiffs,

    v.

SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC,

    Third-Party Defendants.

IT IS SO ORDERED.

SIGNED this 10th day of March, 2026

_____
CARL J. NICHOLS
United States District Judge