**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., *et al.*, <br><br>      *Plaintiffs/Counter-Defendants,* <br><br> vs. <br><br> MY PILLOW, INC., *Defendant/Counter-Claimant.* <br><br> MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff,* <br><br> vs. <br><br> SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC, <br><br>      *Third-Party Defendants.* | Case No. 21-cv-445-CJN |

## SMARTMATIC'S NOTICE REGARDING THE COURT'S ORDER ON SMARTMATIC'S MOTION FOR CONTEMPT

Third Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") respectfully submit this notice regarding this Court's Order granting Smartmatic's motion for contempt. (ECF No. 253 (sealed); ECF No. 254 (proposed public, redacted version)).

On March 24, 2026, this Court granted Smartmatic's motion for contempt. (*Id.*) The Order stated that "Lindell shall pay Smartmatic $56,369 pursuant to the sanction order, ECF 23 at 2, on or before April 7, 2026," that "such money shall be 'held in escrow by Smartmatic's counsel, subject to an escrow agreement negotiated by the relevant parties,'" and that "if Lindell does not make the full payment one or before April 7, 2026, he shall be subject to a civil contempt penalty of $500 per day for each day he remains in noncompliance." (ECF No. 254 at 6.)

1

Counsel for Smartmatic met and conferred with counsel for Lindell prior to the Court's April 7, 2026 deadline. Lindell has yet to make any payment to Smartmatic pursuant to the sanction order. Similarly, he has not executed the negotiated escrow agreement. Thus, Lindell is now "subject to a civil contempt penalty of $500 per day for each day he remains in noncompliance[.]"

Dated: April 8, 2026

/s/ Timothy M. Frey_____

Timothy M. Frey (admitted *pro hac vice*)
   Illinois ARDC No. 6303335
   Email:  tfrey@beneschlaw.com
J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Julie M. Loftus (admitted *pro hac vice*)
   Illinois ARDC No. 6332174
   Email: jloftus@beneschlaw.com


BENESCH,   FRIEDLANDER,   COPLAN   &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949

*Counsel for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Timothy M. Frey
Timothy M. Frey (admitted *pro hac vice*)
Illinois ARDC No. 6303335

*One of the Attorneys for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*

3