**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., *et al.*,<br><br>     *Plaintiffs/Counter-Defendants*,<br><br>  vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br>  vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>     *Third-Party Defendants*. | Case No. 21-cv-445-CJN |

**SMARTMATIC'S SECOND NOTICE REGARDING THE COURT'S ORDER ON SMARTMATIC'S MOTION FOR CONTEMPT**

Third Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited ("Smartmatic") respectfully submit this notice regarding this Court's Order granting Smartmatic's motion for contempt. (ECF No. 253 (sealed); ECF No. 254 (unsealed).)

On May 22, 2022, this Court ruled that Lindell owed Smartmatic monetary sanctions for violations of Rule 11 of the Federal Rules of Civil Procedure. (ECF No. 135.) On March 24, 2026, this Court granted Smartmatic's motion for contempt for this failure to pay those sanctions. (ECF Nos. 253, 254.) The Order stated that "Lindell shall pay Smartmatic $56,369 pursuant to the sanction order, ECF 234 at 2, on or before April 7, 2026," that "such money shall be 'held in escrow by Smartmatic's counsel, subject to an escrow agreement negotiated by the relevant parties,'" and that "if Lindell does not make the full payment one or before April 7, 2026, he shall

1

be subject to a civil contempt penalty of $500 per day for each day he remains in noncompliance."
(ECF No. 254 at 6.)

Lindell has yet to make any payment to Smartmatic pursuant to the sanction order. Similarly, he has not executed the negotiated escrow agreement. Thus, Lindell is—and has been— "subject to a civil contempt penalty of $500 per day for each day he remains in noncompliance[.]" Seventy-two days have passed since April 7, 2026. Lindell now owes $36,000 in civil contempt penalties in addition to the $56,369 he must pay Smartmatic, totaling $92,369.

Four years have passed since this Court determined Lindell owes monetary sanctions to Smartmatic. Smartmatic continues to be prejudiced by Lindell's failure to pay the owed funds into an escrow account held by Smartmatic. Smartmatic therefore respectfully requests that this Court (1) increase the civil contempt penalties to a greater amount in order to ensure compliance; and (2) find that the civil contempt penalties Lindell owes, or at least a portion thereof, should be paid to Smartmatic as compensation for Lindell's continued violations.

Dated: June 18, 2026

*/s/ Timothy M. Frey*

Timothy M. Frey (admitted *pro hac vice*)
   Illinois ARDC No. 6303335
   Email:  tfrey@beneschlaw.com
J. Erik Connolly
   D.C. Bar No. IL0099
   Email: econnolly@beneschlaw.com
Nicole E. Wrigley
   D.C. Bar No. IL0101
   Email: nwrigley@beneschlaw.com
Julie M. Loftus (admitted *pro hac vice*)
   Illinois ARDC No. 6332174
   Email: jloftus@beneschlaw.com


BENESCH,    FRIEDLANDER,    COPLAN    &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949

*Counsel for Defendants Smartmatic USA Corp.,
Smartmatic International Holding B.V., and SGO
Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/ Timothy M. Frey
Timothy M. Frey (admitted *pro hac vice*)
Illinois ARDC No. 6303335

*One of the Attorneys for Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited*