**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) ) |
| Plaintiffs/Counter-Defendants, | ) ) |
| v. | ) ) ) |
| MY PILLOW, INC., and MICHAEL J. LINDELL, | ) ) Case No. 1:21-cv-445 (CJN) |
| Defendants/Counter and Third-Party Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, AND HAMILTON PLACE STRATEGIES, LLC, | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Liberty Vote Holdings Inc., Liberty Vote USA Inc., and Dominion Voting Systems Corporation ("Plaintiffs") and Defendants My Pillow, Inc. and Michael J. Lindell ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of all claims and causes of action asserted in this matter by Plaintiffs against Defendants with prejudice. Each party shall bear its own attorneys' fees, expenses, and costs.

1

Dated: June 22, 2026

Respectfully submitted,

*/s/Davida Brook*
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Christina Dieckmann (*Admitted pro hac vice)*
George El-Khoury *(Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Attorneys for Plaintiffs*

/s/ *Christopher Kachouroff*
Christopher I. Kachouroff
Robert J. Cynkar
**MCSWEENY, CYNKAR &**

2

**KACHOUROFF, PLLC**
13649 Office Place, Suite 101
Woodbridge, VA 22192
Tel: (703) 621-3300
chris@mck-lawyers.com
rcynkar@mck-lawyers.com

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 22nd day of June 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/Davida Brook*
Davida Brook