**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., *et al.*,<br><br>  *Plaintiffs/Counter-Defendants*,<br><br> vs.<br><br>MY PILLOW, INC., *Defendant/Counter-Claimant*.<br><br>MICHAEL J. LINDELL, *Defendant/Counter-Claimant/Third-Party Plaintiff*,<br><br> vs.<br><br>SMARTMATIC USA CORP., SMARTMATIC INTERNATIONAL HOLDING B.V., SGO CORPORATION LIMITED, and HAMILTON PLACE STRATEGIES, LLC,<br><br>  *Third-Party Defendants*. | Case No. 21-cv-445-CJN |

## [PROPOSED] ORDER

Upon consideration of Third-Party Defendants' Smartmatic USA Corp., Smartmatic International Holding B.V. and SGO Corporation Limited (collectively, "Smartmatic") Motion to Enter Final Judgment,  it is hereby ORDERED that:

Plaintiff's Motion pursuant to Federal Rule of Civil Procedure 58(b)(2) is GRANTED;

The Form of Judgment is hereby APPROVED;

The Clerk of Court is hereby directed to enter judgment in favor of Smartmatic and against Michael J. Lindell in accordance with the Form of Judgment. Post-judgment interest shall accrue on the judgment at the statutory rate provided by 28 U.S.C. § 1961.


Dated:             _____
                U.S. District Court Judge

1