AO 450 (Rev. 01/09; DC-03/10)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Liberty Vote Holdings Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   CV 21-445 (CJN) |
| My Pillow Inc., et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Third Party Defendants Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corp. Ltd.
recover $56,369. Post-judgment interest shall accrue at the rate provided by 28 USC § 1961.
.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Carl J. Nichols _____ on a motion for
Rule 11 Sanctions (ECF No. 118); Contempt (ECF Nos. 253, 254)

Date: _____ 07/21/2026 _____

*ANGELA D. CAESAR, CLERK OF COURT*

Courtney
Moore

Digitally signed by Courtney
Moore
Date: 2026.07.21 15:34:30
-04'00'

*Signature of Clerk or Deputy Clerk*