**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>MY PILLOW, INC., and MICHAEL J. LINDELL,<br><br>Defendants. | ) | Case No. 1:21-cv-00445 (CJN) |

**MICHAEL J. LINDELL'S NOTICE OF APPEAL**

Notice is hereby given that Defendant Michael J. Lindell ("Appellant") hereby appeals to the U.S. Court of Appeals for the D.C. Circuit from the following:

1. Document No. 135 Filed 05/19/22 (order of dismissal)
2. Document No.234 Filed January 13, 2025 (sanction order)
3. Document No. 253 Filed March 24, 2026
4. Document No. 260 Filed July 21, 2026

This appeal encompasses all prior rulings and orders merged into or subsumed by the final judgment, including but not limited to the Court's summary judgment rulings, evidentiary rulings, jury instructions, and all other orders adverse to Appellant that are properly reviewable on appeal from the final judgment.

**CERTIFICATE OF SERVICE**

I, Christopher I. Kachouroff, hereby certify that on August 20, 2026, that I caused a true and correct copy of the foregoing document to be filed under seal the ECF filing system in *US Dominion, Inc., et al. v. My Pillow, Inc., and Michael J. Lindell*, Case No. 1:21-cv-00445 (CJN). I also manually served a copy to Smartmatic's attorney Timothy M. Frey, Esq. of Benesch, Friedlander, Coplan, & Aronoff LLP at the following email address: tfrey@beneschlaw.com.

*/s/ Christopher Kachouroff*
Christopher I. Kachouroff, Esq.
**McSweeney, Cynkar & Kachouroff, PLLC**
13649 Office Place, Suite 101
Woodbridge, Virginia 22192
703.365.9900
chris@mck-lawyers.com